**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Controladora Dolphin, S.A. de C.V. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | Dolphin Discovery |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | CDO070410V77 (Registro Federal de Contribuyentes [RFC]) |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Quintana Roo, México C.P. 7750 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | N/A | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://thedolphinco.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Controladora Dolphin, S.A. de C.V.             Case number (*if known*)
        Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7 1 3 1

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No

☐ Yes

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes

| | Debtor | See attached Schedule 1 | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | _____ |

---

Debtor    Controladora Dolphin, S.A. de C.V.                                   Case number (*if known*) _____
       Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    See First Day Declaration [Docket No. 10]; Lead Case No. 25-10606 (LSS)

**Where is the property?** _____
                                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes    Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    Controladora Dolphin, S.A. de C.V.                               Case number (if known)
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/16/2025
               MM / DD / YYYY

**X** /s/ Steven Robert Strom                          Steven Robert Strom
Signature of authorized representative of debtor       Printed name

Title    Authorized Person

**18. Signature of attorney**

**X** /s/ Robert S. Brady                              Date  04/16/2025
Signature of attorney for debtor                             MM / DD / YYYY

Robert S. Brady
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone    302-571-6600          Email address   rbrady@ycst.com

2847 - DE
Bar number and State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On March 31, 2025, each of the affiliated entities listed below (collectively, the "**Initial Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the Court's order dated April 2, 2025 [Docket No. 32], the Initial Debtors' chapter 11 cases are being jointly administered under lead case number 25-10606 (LSS), for procedural purposes only, pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
| --- |
| Aqua Tours, S.A. de C.V. |
| Dolphin Austral Holdings, S.A. de C.V. |
| Dolphin Capital Company, S. de R.L. de C.V. |
| Dolphin Leisure, Inc. |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. |
| Gulf World Marine Park, Inc. |
| GWMP, LLC |
| Icarus Investments Holdings LLC |
| Leisure Investments Holdings LLC |
| Marineland Leisure, Inc. |
| MS Leisure Company |
| Promotora Garrafón, S.A. de C.V. |
| The Dolphin Connection, Inc. |
| Triton Investments Holdings LLC |
| Viajero Cibernético, SA de C.V. |

On the date hereof, Controladora Dolphin, S.A. de C.V. ("**Controladora**" and collectively with the Initial Debtors, the "**Debtors**") filed a petition for relief under chapter 11 of the

Bankruptcy Code in the Court.  Concurrently herewith, the Debtors are filing a supplemental motion for joint administration of Controladora's chapter 11 case with the Initial Debtors' chapter 11 cases for procedural purposes only.

 



PROTOCOLO ORDINARIO--------------------------MAVV/MLM/SAVR. --
LIBRO SETECIENTOS SESENTA Y TRES. ----------------------------
**TREINTA Y TRES MIL QUINIENTOS CINCUENTA Y TRES.** --------------
EN LA CIUDAD DE MÉXICO, a veintiocho de marzo de dos mil
veinticinco. ------------------------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, plenamente identificado como Notario en
este acto, hago constar: ------------------------------------
**A.- LA REMOCIÓN DE MIEMBROS DEL CONSEJO DE ADMINISTRACIÓN;** ---
**B.- EL NOMBRAMIENTO DE ADMINISTRADOR ÚNICO;** -----------------
**C.- LA REMOCIÓN DE FUNCIONARIOS;** ----------------------------
**D.- LA REVOCACIÓN DE PODERES;** y -----------------------------
**E.- EL OTORGAMIENTO DE PODERES** de **"CONTROLADORA DOLPHIN",
SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** que resultan de la
protocolización de las resoluciones unánimes adoptadas fuera
de Asamblea de Accionistas, que realizo a solicitud de la
señora MA. EUGENIA SOBERANIS PÉREZ, al tenor de los
siguientes antecedentes y cláusulas: ------------------------
- ----------------------------------------------------------
--------------------**A N T E C E D E N T E S** ------------------
- ----------------------------------------------------------
--- La compareciente acredita la legal constitución y
existencia de la sociedad, así como la validez y eficacia de
los acuerdos que más adelante se protocolizan, con los
documentos que a continuación se relacionan, manifestando
bajo protesta de decir verdad, advertida de las penas en que
incurre quien declara con falsedad ante Notario, que la
sociedad no ha sufrido modificación alguna distinta de las
siguientes: -------------------------------------------------
- ----------------------------------------------------------
--- **I.- CONSTITUCIÓN.** ----------------------------------------
--- Por escritura cuarenta y dos mil novecientos setenta y
cuatro, de fecha diez de abril de dos mil siete, ante el
licenciado Marco Antonio Sánchez Vales, Notario tres del Estado



- 2 -
33,553

de Quintana Roo, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil número dieciocho mil trescientos catorce**, se constituyó "GO ON DREAMS", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE (actualmente **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**), con domicilio en Cancún, Estado de Quintana Roo, duración de cincuenta años, capital social mínimo fijo de cien mil pesos, moneda nacional y máximo ilimitado, con cláusula de admisión de extranjeros, con el objeto que en dicha escritura se especificó, y de dicha escritura copio en su parte conducente lo que es del tenor literal siguiente: - - - -

"...*DECIMA TERCERA.- Las resoluciones tomadas fuera de asamblea, por unanimidad de los accionistas que representen la totalidad del capital social, tendrán para todos los efectos legales la misma validez que si hubieren sido adoptadas en asamblea general, siempre y cuando se confirme por escrito y sea debidamente firmada el acta por todos los socios.-...* - - - - - - - - - - - - - - - - - - - - - - -

*...VIGESIMA QUINTA. - LA ADMINISTRACION. - La administración de la sociedad será encomendada a un Administrador Único o el Consejo de Administración según así lo acuerde la Asamblea Ordinaria. Las personas serán nombradas por la propia Asamblea quien fijará sus atribuciones, facultades y poderes, así como sus emolumentos.-...* - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*...VIGESIMA OCTAVA. - El Administrador Único o el Consejo de Administración tendrá las más amplias facultades reconocidas por la Ley para un mandatario general, pudiendo celebrar todo tipo de contratos y realizar y dirigir los negocios de la sociedad en los términos del articulo Diez de la Ley General de Sociedades Mercantiles, gozando para ello de un Poder General Amplísimo para Pleitos y Cobranzas, Actos de Administración y de Riguroso Dominio con todas las facultades generales y las especiales que conforme a la ley requieran cláusula especial, en los términos del artículos dos mil ochocientos diez y dos mil ochocientos*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 3 -
33,553



cuarenta y tres del Código Civil del Estado de Quintana Roo y sus correlativos en los diversos Códigos de la República Mexicana.- Transcripción del articulo Dos Mil Ochocientos Diez del Código Civil del Estado de Quintana Roo: "En todos los poderes generales para pleitos y cobranzas bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley, para que se entiendan conferidos sin limitación alguna. En los poderes generales para administrar bienes, bastará que se digan que se otorgan con ese carácter, para que el apoderado tenga toda clase de facultades administrativas. -------------------------------------------------

En los poderes generales para ejercer actos de dominio, con la sola excepción de la donación, que en este Código es un negocio personalísimo para el donante y por tanto no admite la representación en cuanto a éste, bastará que se diga que dichos poderes generales se dan con ese carácter para que el apoderado tenga toda clase de facultades de dueño, tanto en lo relativo a los bienes, como para hacer toda clase de gestiones a fin de defenderlos. Cuando se quieran limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignarán las limitaciones o se otorgarán al respecto poderes especiales. Los notarios insertarán este artículo en los testimonios de los poderes que ante ellos se otorguen. Lo mismo hará al calce del poder y antes de las firmas de la ratificación si es que en el texto del documento no lo hubieran insertado los interesados, los funcionarios ante quienes los otorgantes y los testigos ratifiquen sus firmas de conformidad con la fracción II del artículo 2807 en relación con el 218 y al 2811. Sin esta inserción, los aludidos testimonios y las mencionadas ratificaciones carecerán de todo efecto legal". De manera enunciativa pero no limitativa, el Administrador Único o el Consejo de Administración, según el caso, gozara de la firma social quedando expresamente facultado para suscribir títulos de



- 4 -
33,553

crédito, solicitar su protesto, endosar, avalar y en general realizar toda clase de actos y operaciones de crédito en los términos del artículo Noveno de la General de Títulos y Operaciones de Crédito; igualmente queda facultado para presentar denuncias y querellas y desistirse de ellas en los casos en que proceda; para constituirse como coadyuvante del Ministro Público para el efecto de la reparación del daño; para articular y absolver posiciones; presentar testigos y tachar a los que presentare la contraparte; para transigir y comprometer en árbitros; para tener la representación laboral conforme los artículos once, cuarenta y seis, cuarenta y siete, ciento treinta y cuatro, fracción tercera, quinientos seis, ochocientos setenta y ocho, ochocientos ochenta, ochocientos ochenta y tres, y ochocientos ochenta y cuatro de la Ley Federal del Trabajo; de igual manera se le confiere la representación patronal de la sociedad para actuar ante o frente a los sindicatos con los cuales tenga celebrados contratos colectivos de trabajo, así como para celebrar y rescindir contratos individuales de trabajo; para comparecer ante las Juntas de Conciliación y Arbitraje, ya sean Locales o Federales, llevando representación patronal para acreditar personalidad y capacidad en juicio o fuera de él, en Los términos del artículo seiscientos noventa y dos Fracción II Y III; podrá comparecer al desahogo de las pruebas testimoniales confesionales en los términos del artículo setecientos ochenta y siete y setecientos ochenta y ocho de la Ley Federal del Trabajo, con facultades para señalar domicilios convencionales para oír y recibir notificaciones en las términos del artículo ochocientos setenta y seis; para comparecer, con la representación patronal bastante y suficiente, a la audiencia a qué se refiere el artículo ochocientos setenta y tres, ochocientos setenta y cinco, ochocientos setenta y seis, ochocientos setenta y siete y ochocientos setenta y ocho de la Ley Federal del Trabajo, en sus tres fases de conciliación, demanda y excepciones y de






ofrecimiento y admisión de pruebas, gozando de las facultades de celebrar todo tipo de convenio, transacciones, finiquitos. De la misma forma, el Administrador Único o el Consejo de Administración queda facultado para solicitar y desistirse del Juicio Constitucional de Amparo, designar a apoderados para la tramitación el juicio Constitucional; para otorgar y revocar poderes generales o especiales, sin menoscabo de sus facultades; para abrir y cerrar, depositar, retirar y girar en cuentas de cheques e inversiones en toda clases de instituciones bancarias y de seguros, designando a las personas que podrán firmar en dichas cuentas; para concurrir ante toda clase de autoridades fiscales sean federales, estatales o municipales; para tramitar y registrar el Registro federal de Contribuyentes, aumento o disminución de obligaciones fiscales, así como la firma electrónica de la Sociedad ante la Secretaria de Hacienda y Crédito Público; para presentar y recibir toda clase de documentos ante la Secretaria de Hacienda y Crédito Público, la Secretaria de Hacienda del Estado de Quintana Roo y la Tesorería en cualesquiera de los Municipios del Estado de Quintana Roo; para presentar toda clase de escritos, recursos, inconformidades, demandas y juicios de nulidad ante el Tribunal Federal de Justicia Fiscal y Administrativo, llevando en todas sus instancias los procesos en los cuales sean parte o tercera la Sociedad y de la manera más amplia, representar a la sociedad ante toda clase de autoridades y personas físicas o morales nacionales o extranjeras.-...".---------------------------------

--------------------------------------------------------------------

--- **II.- CABMIO DE DENOMINACIÓN Y MODIFICACIÓN DEL OBJETO SOCIAL.** --- Por instrumento cuarenta y cinco mil ciento noventa y siete, de fecha veinticinco de febrero de dos mil ocho, ante el mismo Notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil número dieciocho mil trescientos**



33,553

**catorce,** se hizo constar la protocolización del acta de Asamblea General Ordinaria de Accionistas, en la cual se acordó, entre otros, el cambio en la denominación de la sociedad para en lo sucesivo denominarse **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, así como la modificación al objeto social, reformando en consecuencia las cláusulas primera y cuarta de los estatutos sociales, y de dicho instrumento copio en su parte conducente lo que es del tenor literal siguiente: ----------------
"...*CUARTA.- OBJETO SOCIAL.- La sociedad tendrá por objeto social, de manera enunciativa pero no limitativa, el siguiente: a) El establecimiento, administración, operación y explotación de centros de atracción turística, incluyendo sin limitar la presentación de espectáculos con animales marinos; b) El establecimiento, administración, explotación y operación de toda clase de negociaciones de carácter comercial o industrial; c) La realización de toda clase de actividades turísticas y muy especialmente la compra, venta, arrendamiento, explotación, operación y construcción de toda clase de hoteles, restaurantes, bares, clubes, condominios, marinas y centros deportivos, así como la compra y venta de bienes muebles e inmuebles necesarios para el funcionamiento normal de dichos negocios y la prestación de las servicios relacionados con los mismos; d) La promoción, administración y participación de toda clase de negocios inmobiliarios, así como la adquisición, enajenación por cualquier titulo, arrendamiento, subarrendamiento, y en general la realización de toda clase de actos de comercio respecto de bienes muebles e inmuebles; e) La organización, promoción de todo tipo de excursiones turísticas, así como la prestación de toda clase de servicios para el establecimiento, administración, operación y explotación de centros de atracción turística.; f) La importación, exportación, y manejo de todo tipo de mercancías en los diferentes regímenes de aduaneros, así como*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 7 -
33,553



*la compra y venta de fletes marítimos, aéreos y terrestres; g) Adquirir y exportar embarcaciones, de Bandera Mexicana y extranjera; h) La prestación de servicios de transporte marítimo; i) La obtención, administración y explotación de toda clase de concesiones, permisos federales en la Zona Federal Marítimo Terrestre, así como la construcción de muelles previa autorización de la Secretaria de Desarrollo Social y la Secretaria de Comunicaciones y Transportes; j) La adquisición, construcción, instalación y explotación de toda clase de almacenes, depósitos, bodegas, oficinas, plantas, muelles, dársenas, atracaderos, cargaderos de petróleo, gasolineras, astilleros, varaderos, y demás establecimientos e inmuebles necesarios o convenientes para la realización de los fines de la sociedad; k) En general, la realización de toda clase de actividades de construcción, operación, explotación de marinas turísticas para tener en depósito de y dar servicios a toda clase de embarcaciones mexicanas y extranjeras; I) La prestación y explotación del servicio público de autotransporte federal del Turismo en las rutas o tramo de jurisdicción federal y local, mediante las concesiones o permisos que para tal efecto le otorgue a la sociedad correspondiente o mediante las concesiones o permisos que en goce le aporten sus propios socios; m) La explotación y operación de los servicios auxiliares y conexos; n) La coordinación, enlace, combinación e intercambio de equipo con otras personas físicas o morales dedicadas al mismo objeto, así como el enrolamiento interno de los vehículos con que la empresa realiza las prestación de servicios tanto federales como locales; o) Obtener toda clase de préstamos y créditos con o sin garantía específica y otorgar préstamos a sociedades mercantiles y civiles con los que la sociedad tenga relaciones de negocios o títulos de crédito a cargo de sociedades en las que tenga interés o*



- 8 -
33,553

*participación, así como de obligaciones o títulos de crédito a cargo de otras sociedades a personas con los que la sociedad tenga relación de negocios; p) Emitir y girar toda clase de títulos de crédito, aceptarlos y endosarlos, incluyendo obligaciones con o sin garantía hipotecaria o real; q) Adquirir en propiedad o en arrendamiento toda clase de bienes muebles e inmuebles, así como derechos reales sobre ellos que sean necesarios convenientes para su objeto social o para las operaciones de las sociedades mercantiles o civiles en las que la sociedad tenga interés o participación o con las que mantenga relaciones de negocios; r) Adquirir acciones, intereses o participaciones en otras sociedades mercantiles o civiles, ya sea formando parte en su constitución o adquiriendo acciones o participaciones en las ya constituidas, así como enajenar o traspasar tales acciones o participaciones; s) Fungir como representante, intermediario, mediador, comisionista, agente, factor, asesor y prestador de servicios de cualquier naturaleza ante toda clase de personas e instituciones de naturaleza civil, mercantil, públicas o privadas nacionales o extranjeras en la realización de toda clase de operaciones, actos y contratos civiles, mercantiles, de crédito, laborales y de cualquier otra naturaleza; t) La promoción, administración y participación en toda clase de negocios inmobiliarios, así como la adquisición, enajenación por cualquier título, arrendamiento y subarrendamiento y en general la realización de toda clase de actos de comercio respecto de bienes inmuebles; u) El otorgamiento y obtención de créditos para sí o para terceros, recibiendo y constituyendo las garantías reales o personales necesarias o relacionadas con ello; v) Responsabilizarse por obligaciones de terceros en forma onerosa o gratuita, constituyendo toda clase de garantías reales o personales; w) La celebración de toda clase de*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 9 -
33,553



contratos que tengan por objeto la concesión del uso o autorización de explotación de marcas, patentes, inversiones, modelos, y dibujos industriales, la cesión o autorización de nombres comerciales, la concesión de derechos de autor, la transmisión de conocimientos técnicos y la provisión de asistencia técnica, así como la celebración de toda clase de contratos de licencia y franquicia; x) Obligarse solidariamente; y) Registrar, adquirir, enajenar, poseer, licenciar, concesionar y ceder el derecho al uso de patentes, marcas, concesiones, franquicias, nombres comerciales, logotipos distintivos, permisos, licencias, privilegios, inventos, mejoras y derechos de autor que estén relacionados o que sean útiles respecto a cualquier negocio de la sociedad, sean nacionales o extranjeros; z) La emisión de bonos y obligaciones con o sin garantía hipotecaria o prendaria; aa) La inversión de capitales en valores de toda índole; bb) La preparación, conceptualización, ejecución, implementación, interpretación, complementación, investigación y, en general, la elaboración de toda clase de estudios y proyectos relacionados con la ciencia, la industria y el comercio, así como la promoción, administración y participación en toda clase de negocios; cc) En general, la celebración de todos los convenios y contratos y la realización de todos los actos de naturaleza que sean y que directa o indirectamente favorezcan a la buena marcha y mejor desarrollo de su objeto social, previa la obtención y sujeto, en su caso, a las autorizaciones y/o permisos que se requieran conforme a la ley.-...". --------------------------

-------------------------------------------------------------
--- **III.- <u>PROTOCOLIZACIÓN DE ACTAS DE FUSIÓN</u>.** --------------------
--- Por instrumento cincuenta y seis mil novecientos veintisiete, de fecha dos de septiembre de dos mil catorce, ante el mismo Notario que las anteriores, cuyo primer testimonio quedó inscrito



- 10 -
33,553

en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil número dieciocho mil trescientos catorce,** se hizo constar la protocolización de las actas de Asamblea General Extraordinaria de Accionistas de las sociedades que más adelante se indican, en la que se acordó, entre otros, fusionar **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, como sociedad fusionante y que subsiste, con "DELFINES DE QUINTANA ROO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, como sociedad fusionada y que se extingue. --------------------------- - ------------------------------------------------------------

--- **IV.- FUSIÓN DE SOCIEDADES.** ------------------------------------

--- Por instrumento cincuenta y siete mil novecientos sesenta, de fecha primero de julio de dos mil quince, ante el mismo Notario que las anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, por lo que se refiere a la sociedad fusionante, en el **folio mercantil número dieciocho mil trescientos catorce**, se hizo constar la fusión de **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, como sociedad fusionante y que subsiste, con "DELFINES DE QUINTANA ROO", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, como sociedad fusionada y que se extinguió, y como consecuencia de dicha fusión, se aumentó el capital social fijo de la primera, reformando al efecto la cláusula sexta de los estatutos sociales, para quedar redactada como en dicho instrumento se especificó. -------------------------------------

--- Asimismo, por así convenir a sus intereses, la compareciente me exhibe la constancia de folio mercantil de la sociedad de mérito, de la que transcribo en su parte conducente lo que es del tenor literal siguiente: ------------

"...*6.1- COMO CONSECUENCIA DE LA FUSIÓN SE AMORTIZA LA TOTALIDAD DEL CAPITAL TANTO MÍNIMO FIJO SIN DERECHO A RETIRO, COMO EL CAPITAL VARIABLE QUE PERTENECE A LA FUSIONANTE, Y SE AUMENTA EL CAPITAL DE LA SOCIEDAD CONTROLADORA DOLPHIN, SOCIEDAD ANÓNIMA DE*




- 11 -
33,553

CAPITAL VARIABLE EN SU PARTE MÍNIMA O FIJA SIN DERECHO A RETIRO EN LA CANTIDAD DE QUINIENTOS PESOS, MONEDA NACIONAL, CAPITAL SOCIAL TOTALMENTE PAGADO DE LA SOCIEDAD FUSIONADA...". -----------
- -------------------------------------------------------------



--- **V.- <u>REFORMA A LOS ESTATUTOS SOCIALES</u>.** ---------------------

--- Por instrumento cincuenta y ocho mil cien, de fecha nueve de julio de dos mil quince, ante el mismo Notario que las anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil número dieciocho mil trescientos catorce,** se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas, en la que se acordó, reformar las cláusulas sexta, octava y décima primera de los estatutos sociales, para quedar en los términos que en dicho instrumento se especificó, relativas al régimen estatutario de las acciones, a las reglas para aumentos y/o disminuciones de capital social y los requisitos que deben contener los títulos de acciones. -------
- -------------------------------------------------------------

--- **VI.- <u>DECLARACIONES PREVIAS</u>.** ----------------------------

--- Declara la compareciente, bajo protesta de decir verdad, advertida de las penas en que incurre quien declara con falsedad ante Notario: -----------------------------------

--- i) Que las firmas que aparecen en el acta que se protocoliza y sus anexos corresponden a quienes se les atribuye haberlas estampado en la misma; --------------------

--- ii) Que el acta que se protocoliza refleja la situación vigente de la sociedad, al momento de tomarse los acuerdos respectivos, especialmente por lo que se refiere a la identidad de los accionistas y el monto y distribución del capital social, habiendo cumplido las formalidades requeridas para su modificación, en su caso; ----------------------------

--- iii) Que en el caso de los accionistas que confirmaron por escrito las resoluciones unánimes que en este instrumento



- 12 -
33,553

se protocolizan, a través de representante, en su caso, dicho representante no es miembro del órgano de administración ni vigilancia de la sociedad; ----------------------------------
--- iv) Que el otorgamiento de poderes contenido en el acta que se protocoliza no se realiza en favor de miembros del órgano de vigilancia de la sociedad; ------------------------
--- v) Que por la etapa procesal en la que se encuentra la sociedad en el concurso mercantil a la que está sujeta actualmente, no se ha nombrado un conciliador que intervenga en la administración de la misma, en términos de lo dispuesto por la Ley de Concursos Mercantiles; y ----------------------
--- vi) Que los administradores que se nombran en el acta que se protocoliza conocen los alcances de las responsabilidades en las que pueden incurrir en términos de lo dispuesto por el Título décimo Bis y demás artículos correspondientes de la Ley de Concursos Mercantiles. ------------------------------
- --------------------------------------------------------------
--- **VII.- ACTA QUE SE PROTOCOLIZA.** ----------------------------
--- Declara la compareciente que la totalidad de los accionistas de **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, adoptaron diversas resoluciones unánimes fuera de Asamblea, mismas que constan en el acta que me exhibe escrita a dos columnas, una en idioma español y otra en idioma extranjero, siendo una traducción de la otra, respectivamente, según declara la compareciente, misma que en unión de su respectivo anexo agrego al apéndice de este instrumento con el número "**UNO**", respecto de la que certifico no tengo indicio de falsedad y que me pide protocolice, siendo dicha acta, por lo que se refiere a la columna redactada en idioma español, del tenor literal siguiente: ----
- --------------------------------------------------------------
"--------------- *RESOLUCIONES UNÁNIMES ADOPTADAS* --------------
----------------- *FUERA DE ASAMBLEA DE SOCIOS* ----------------




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 13 -

33,553

------------ DE CONTROLADORA DOLPHIN, S.A. DE C.V. -----------

-------------------- 28 de marzo de 2025 --------------------

*Las presentes Resoluciones Unánimes adoptadas fuera de Asamblea por la totalidad de los accionistas de Controladora Dolphin, S.A. de C.V. (la "Sociedad"), se realizan de conformidad con lo establecido en la Ley General de Sociedades Mercantiles y de la Cláusula Décima Tercera de los estatutos sociales de la Sociedad, por lo que las mismas tendrán, para todos los efectos a que haya lugar, la misma validez que si hubieran sido adoptadas reunidos en Asamblea General de Accionistas, ya que dichos acuerdos se han aprobado por escrito, de conformidad con lo establecido en los estatutos sociales de la Sociedad y la legislación aplicable. ---------------------------------------------------*

-------------------------------------------------------------

------------------------ ANTECEDENTES ----------------------

*(i) Con fecha 8 de octubre de 2015, la Sociedad, Promotora Garrafón, S.A. de C.V. ("Promotora") y Dolphin Capital Company, S. de R.L. de C.V. ("Dolphin Capital"), como fideicomitentes, CIBanco, S.A., Institución de Banca Múltiple (el "Fiduciario"), como fiduciario, y Wilmington Trust, National Association ("Wilmington"), como fideicomisario en primer lugar, con la comparecencia de Aqua Tours, S.A. de C.V. ("Aqua Tours") y Viajero Cibernético, S.A. de C.V. ("Viajero"), junto con las demás sociedades que de tiempo en tiempo se adhieran al mismo en el carácter que allí se indique, celebraron el Contrato de Fideicomiso Irrevocable de Garantía número CIB/2380 (según el mismo fue modificado y/o reexpresado con fecha 5 de abril de 2019, con fecha 2 de octubre de 2019, con fecha 6 de julio de 2020, y con fecha 27 de junio de 2022, el "Contrato de Fideicomiso"), por virtud del cual, entre otros, Dolphin Capital aportó de manera irrevocable, la propiedad y titularidad de (i) 999*



- 14 -
33,553

(novecientas noventa y nueve) acciones Serie "A", ordinarias, nominativas, con valor nominal de $100.00 (cien pesos 00/100 M.N.) cada una, representativas de la parte fija del capital social de la Sociedad, y (ii) 2,102,242 (dos millones ciento dos mil doscientos cuarenta y dos) acciones Serie "B", ordinarias, nominativas, con valor nominal de $100.00 (cien pesos 00/100 M.N.) cada una, representativas de la parte variable de la Sociedad, y que forman parte de la totalidad del capital social suscrito y pagado de la Sociedad, representativas del 99.9997% de la Sociedad, a efecto de garantizar el puntual y debido cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, por vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas Senior y las Obligaciones Garantizadas Subordinadas (según dichos términos se definen en el Contrato de Fideicomiso). ------------------------------

(ii) Con fecha 8 de abril de 2019, la Sociedad, en su carácter de emisor (issuer), Dolphin Capital, como controladora garante (parent guarantor), ciertas subsidiarias de la Sociedad como garantes y Wilmington en su carácter de agente de garantías (collateral agent), celebraron un contrato de compra de valores mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, adquirieron las Notas Existentes (según dicho término se define en el Contrato de Compraventa Original) emitidas por la Sociedad por la cantidad de EU$100,000,000.00 (cien millones de Dólares 00/100) (el "Contrato de Compra de Valores Original"). -------------------
------------------------------------------------------------

(iii) Con fecha 8 de junio de 2020, las partes del Contrato de Compra de Valores Original celebraron un Primer Contrato de Compra de Valores Modificado y Reexpresado, mediante el




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 15 -
33,553



cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, se obligaron a adquirir Nuevas Notas (new notes) (según dicho término se define en el Primer Contrato de Compra de Valores Modificado y Reexpresado) hasta por la cantidad de EU$8,000,000.00 (ocho millones de Dólares 00/100) (según el mismo fue modificado con fecha 24 de junio de 2021 y 1 de abril de 2022, el "Primer Contrato de Compra de Valores Modificado y Reexpresado"). -------------------------------------------
-----------------------------------------------------------------

(iv) Con fecha 08 de junio de 2020, el Sr. Eduardo Albor Villanueva ("EA"), como deudor prendario, y Wilmington, en su carácter de Agente de Garantías Mexicano en nombre y para beneficio de las Partes Garantizadas, como acreedor prendario, con la comparecencia de la Sociedad, celebraron un Contrato de Prenda Sobre Acciones (según el mismo sea modificado, re-expresado, adicionado o de cualquier otra forma reformado de tiempo en tiempo, el "Contrato de Prenda"), por virtud del cual EA dio en prenda 6 (seis) acciones Serie "A", ordinarias, nominativas, con valor nominal de $100.00 (cien pesos 00/100 M.N.) cada una, representativas de la parte fija del capital social de la Sociedad de las que es titular, representativas del 0.0003% del capital social de la Sociedad (las "Acciones Pignoradas"), a efecto de garantizar de manera incondicional e irrevocable el debido y puntual cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, su fecha de vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas (según dicho término se define en el Contrato de Prenda). -------------------------------------
-----------------------------------------------------------------

(v) Con fecha 27 de junio de 2022, las partes del Contrato de



- 16 -
33,553

*Compra de Valores Modificado y Reexpresado de manera conjunta con TDC Leisure Holdings LLC ("TDC Leisure"), en su carácter de controlador final (ultimate parent), y Leisure Investments Holdings LLC ("LIH"), una limited liability company constituida y válidamente existente de conformidad con las leyes del Estado de Delaware, celebraron un segundo Contrato de Compra de Valores Original (conjuntamente con el Contrato de Compra de Valores Original, el Primer Contrato de Compra de Valores Modificado y Reexpresado, y según el mismo sea adicionalmente reformado, adicionado o de cualquier otra manera modificado de tiempo, el "Contrato de Compra de Valores Modificado y Reexpresado"). -------------------------
-------------------------------------------------------------*

*(vi) Con fecha 27 de junio de 2022, Triton Investments Holdings, LLC, en su carácter de emisor (issuer), TDC Leisure, en su carácter de garante controlador (ultimate guarantor), LIH, en su carácter de garante intermedio (intermediate parent), la Sociedad, Dolphin Capital, entre otros, en su carácter de subsidiarias garantes (subsidiary guarantors) y Wilmington Trust, National Association, en su carácter de agente de garantías (collateral agent), celebraron cierto contrato de compra de valores y de garantía subordinado (second-lien note purchase and guarantee agreement) (el "Contrato de Compra de Valores Subordinado"). -
-------------------------------------------------------------*

*(vii) Mediante auto de fecha 7 de enero de 2025, se recibió a trámite la solicitud de declaración de concurso mercantil en etapa de conciliación promovida por el Sr. Martin Flores Merino como apoderado de la Sociedad, la cual fue radicada bajo el expediente 1/2025 en el Juzgado Segundo de Distrito en Materia de Concursos Mercantiles con Residencia en la Ciudad de México, misma que fue admitida a trámite con fecha 28 de enero de 2025 (la "Solicitud de Concurso Mercantil"). --*





- 17 -
33,553

---

*(viii) Con anterioridad a este acto, Dolphin Capital, como fideicomitente y de conformidad con los términos del Contrato de Fideicomiso, notificó al Fiduciario la celebración de las presentes Resoluciones y el ejercicio de los Derechos de Voto (según dicho término se define en el Contrato de Fideicomiso).* --------------------------------------------

---

*(ix) Con anterioridad a este acto, Wilmington, como acreedor prendario y en términos de lo dispuesto por el Contrato de Prenda, entregó al Secretario del Consejo de Gerentes de la Sociedad un Aviso de Incumplimiento por virtud del cual certificó la ocurrencia de un Evento de Incumplimiento. En virtud de lo anterior, a partir de dicha fecha, Wilmington quedó facultado para ejercer los derechos de voto de las Acciones Pignoradas, y demás derechos y facultades que EA tenga derecho de ejercer de conformidad con las disposiciones del Contrato de Prenda.* --------------------------------------------

---

*En consideración de las comunicaciones y la información intercambiada entre los accionistas de la Sociedad, éstos adoptan por unanimidad las siguientes resoluciones con efectos a partir de la fecha arriba indicada:* ----------------

----------------------- RESOLUCIONES -----------------------

---

*PRIMERA. Se resuelve aprobar que la Sociedad se desista de la Solicitud de Concurso Mercantil, así como de las medidas precautorias solicitadas al amparo de dicha Solicitud de Concurso Mercantil.* --------------------------------------------

---

*SEGUNDA. Se resuelve aprobar con efectos inmediatos a partir de la fecha de la presente, remover a la totalidad de los*



- 18 -

33,553

miembros del Consejo de Administración de la Sociedad, y nombrar al Sr. Steven Robert Strom como Administrador Único de la Sociedad -------------------------------------------------- -------------------------------------------------------------

*Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martin Flores Merino, Valeria Margarita Albor Dominguez y Sergio Said Jacome Palma respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como miembros del Consejo de Administración de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente, de conformidad con lo dispuesto por el Articulo 161 de la Ley General de Sociedades Mercantiles y demás disposiciones aplicables. ----------------------------* -------------------------------------------------------------

*TERCERA. Se resuelve aprobar con efectos inmediatos a partir de la fecha de la presente, remover a los Sres. Eduardo Albor Villanueva, Concepción Estaban Manchado, Martín Flores Merino, Valeria Margarita Albor Dominguez y Sergio Said Jacome Palma como Director General, Director Legal, Director de Contraloría, Director Corporativo y Director Financiero. --* -------------------------------------------------------------

*CUARTA. En este acto se aprueba revocar todos y cada uno de los poderes otorgados por la Sociedad con anterioridad a esta fecha en favor de los Sres. Eduardo Albor Villanueva, Concepción Estaban Manchado, Martín Flores Merino, Valeria Margarita Albor Dominguez y Sergio Said Jacome Palma. --------*

 

Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 19 -
33,553

------------------------------------------------------------

*Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Estaban Manchado, Martín Flores Merino, Valeria Margarita Albor Dominguez y Sergio Said Jacome Palma respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como apoderados de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente. -------*

------------------------------------------------------------

*QUINTA. Se resuelve autorizar al Administrador Único y/o a los apoderados de la Sociedad con facultad para pleitos y cobranzas en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México, para realizar los actos necesarios para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América. Considerando la situación de insolvencia de la Sociedad, para todos los efectos legales a que haya lugar, la resolución aquí contenida constituye la intención indubitable de los accionistas para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o la declaración de concurso mercantil de la Sociedad. ------------------------------------------------*



- 20 -
33,553

- --------------------------------------------------------------

*SEXTA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual: ---------*

*(i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. --------*

*En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes: ----------------------------*

*1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil. ----------------------------*

*2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares -------------*

*3. Para transigir. -------------------------------------------*

*4. Para comprometer en árbitros. ----------------------------*

*5. Para absolver y articular posiciones. --------------------*

*6. Para recusar. --------------------------------------------*

*7. Para recibir pagos. --------------------------------------*

*8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. -------------*

*(ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México. -----------*

*(iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y*




- 21 -
33,553



sus correlativos de los códigos de los Estados de la República y de la Ciudad de México ------------------------

(iv) Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito. ----

(v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros. --------

Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente. --------------------

Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. ---------------------------
- ------------------------------------------------------------

SÉPTIMA. Se resuelve en este acto otorgar en favor de los Sres. Jaime Rene Guerra González, Jesús Armando Treviño Moyeda, Alfonso Peniche García, Román Salazar Castillo, Rogelio Héctor Palacios Beltrán, Carlo Braulio Reyes Escandón, Miguel Ángel Hernández Morales, Sebastian Ruanova Carbajal y Rodrigo Josué Gazcón Quintana, los poderes adelante mencionados a ser ejercidos, conjunta o individualmente --------------------------------------------

(i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pero sin que comprenda la facultad de hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. ------------------------



- 22 -
33,553

En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes: ----------------------------

1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero inclusive amparo o el concurso mercantil. ------------------------------------

2. Para transigir. --------------------------------------------

3. Para comprometer en árbitros. ------------------------------

4. Para absolver y articular posiciones. ---------------------

5. Para recusar. ----------------------------------------------

6. Para recibir pagos. ----------------------------------------

7. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. -------------
----------------------------------------------------------------

OCTAVA. Se resuelve, autorizar a los Sres. Raúl García Chávez y Ma. Eugenia Soberanis Pérez para que, actuando conjunta o separadamente, en nombre y representación de la Sociedad, en caso de ser necesario realicen los siguientes actos: (i) gestionen ante el Notario Público de su elección la protocolización y ratificación de las presentes resoluciones; (ii) expidan las copias simples o certificadas de la presente acta, que en su integridad o en lo conducente, les fueren solicitadas; (iii) realicen, en general, todos los actos y trámites que sean necesarios para la formalización y ejecución de los acuerdos adoptados en las presentes Resoluciones Unánimes, incluidos aquellos ante cualquier dependencia gubernamental, incluyendo la Secretaría de Economía, teniendo la facultad para recibir cualquier tipo de documento e información relacionada con la Sociedad; y (iv) gestionen la inscripción de la escritura pública respectiva en el Registro Público de Comercio que corresponda. ----------
- ------------------------------------------------------------

NOVENA. Se resuelve, que estas resoluciones se pueden ejecutar en cualquier número de ejemplares, cada uno de los




- 23 -
33,553

cuales, cuando se ejecuten y entreguen se considerará un original, pero todos los ejemplares juntos constituirán el mismo instrumento. -------------------------------------------- ------------------------------------------------------------



DÉCIMA. Se resuelve, que las presentes resoluciones debidamente firmadas por la totalidad de los Accionistas de la Sociedad, (a) constituyen la confirmación a la que se refiere la Cláusula Cláusula Décima Tercera de los estatutos sociales de la Sociedad, y (b) sean enviadas al Administrador Único de la Sociedad, quien deberá transcribir el texto en el libro de actas correspondiente y certificar que las resoluciones de accionistas de la Sociedad fueron adoptadas de conformidad con la citada Cláusula de los estatutos sociales. ------------------------------------------------- - ----------------------------------------------------------

DÉCIMA PRIMERA. Se resuelve, que las presentes resoluciones se redactan en español y en inglés en el entendido que, en caso de cualquier discrepancia entre ambas versiones, la versión en español será la que prevalecerá en todo momento. -- - ----------------------------------------------------------

EN TESTIMONIO DE LO CUAL, los abajo firmantes, siendo los representantes autorizados de los socios de la Sociedad, firman este documento con efectos desde la fecha mencionada en la primera página, para evidenciar su consentimiento unánime con las resoluciones aquí mencionadas. --------------- ------------------------------------------------------------ ----------------- [SIGUEN HOJAS DE FIRMAS] ------------------ ------------------------------------------------------------

Página de firmas de las Resoluciones Unánimes Adoptadas Fuera de Asamblea de Accionistas de CONTROLADORA DOLPHIN, S.A. DE C.V. de fecha 28 de marzo de 2025. --------------------------- ------------------------------------------------------------

CIBanco, S.A., Institución de Banca Múltiple, como fiduciario



- 24 -
33,553

*del fideicomiso Irrevocable de Garantía número CIB/2380* ------
- ------------------------------------------------------------
-------------------- *Por: [firma ilegible]* -------------------
------------------*Nombre: Ma. Eugenia Soberanis Pérez* --------
------------------*Cargo: Representante Legal* ----------------
- ------------------------------------------------------------
*[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA*
*DE ASAMBLEA DE SOCIOS DE CONTROLADORA DOLPHIN, S.A. DE C.V.]* -
------------------------------------------------------------
*Página de firmas de las Resoluciones Unánimes Adoptadas Fuera*
*de Asamblea de Accionistas de CONTROLADORA DOLPHIN, S.A. DE*
*C.V. de fecha 28 de marzo de 2025.* --------------------------
---------------- *Eduardo Albor Villanueva* -------------------
------------------*Por: [firma ilegible]* --------------------
---------------*Nombre: Raúl García Chávez* -------------------
*en representación de Wilmington Trust, National Association,*
*en ejercicio de los derechos que le corresponden de*
*conformidad con el Contrato de Prenda* ----------------------
---------------*Cargo: Representante Legal* -------------------
- ------------------------------------------------------------
*[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA*
*DE ASAMBLEA DE SOCIOS DE CONTROLADORA DOLPHIN, S.A. DE*
*C.V.]"*. ----------------------------------------------------
- ------------------------------------------------------------
----------------------**C L Á U S U L A S** --------------------
- ------------------------------------------------------------
--- **PRIMERA.-** Queda protocolizada el acta de resoluciones
unánimes adoptadas fuera de Asamblea por la totalidad de los
Accionistas de **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE**
**CAPITAL VARIABLE,** transcrita en el antecedente séptimo de
este instrumento para todos los efectos a que haya lugar. ----
- ------------------------------------------------------------
--- **SEGUNDA.-** Quedan removidos los miembros del Consejo de




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 25 -
33,553



Administración de **"CONTROLADORA DOLPHIN"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----
- --------------------------------------------------------------
--- **TERCERA.-** Queda nombrado el Administrador Único de **"CONTROLADORA DOLPHIN"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. --------------------
- --------------------------------------------------------------
--- **CUARTA.-** Quedan removidos los funcionarios de **"CONTROLADORA DOLPHIN"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. --------------------
- --------------------------------------------------------------
--- **QUINTA.-** Quedan revocados los poderes de **"CONTROLADORA DOLPHIN"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
- --------------------------------------------------------------
--- **SEXTA.-** Quedan otorgados los poderes de **"CONTROLADORA DOLPHIN"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
**YO EL NOTARIO CERTIFICO:** -------------------------------------
- --------------------------------------------------------------
--- **I.-** Que conozco personalmente a la compareciente y que a mi juicio es capaz para este acto. ----------------------------
- --------------------------------------------------------------
--- **II.-** Que declara la compareciente que en **"CONTROLADORA DOLPHIN"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** no participa inversión extranjera. ----------------------------------------
- --------------------------------------------------------------
--- **III.-** Que advertí a la compareciente de la conveniencia de notificar a los apoderados de la revocación consignada en el presente instrumento. ------------------------------------
- --------------------------------------------------------------
--- **IV.-** Que advertí a la compareciente que en virtud de no proporcionarme los datos de los instrumentos en los que se





- 26 -
33,553

otorgaron los poderes que se revocan, no procederé a dar el aviso a que se refiere el artículo ciento veinte de la Ley del Notariado para la Ciudad de México, liberándome la compareciente de cualquier responsabilidad al respecto. ------
- ------------------------------------------------------------
--- **V.-** Que la compareciente declara que los accionistas de **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** se encuentran inscritos en el Registro Federal de Contribuyentes y al efecto me exhibe la Constancia de Situación Fiscal de los mencionados accionistas, mismas que agrego al apéndice de este instrumento con el número **"DOS"**. --
- ------------------------------------------------------------
--- **VI.-** Que la compareciente declara por sus generales ser: -
--- Mexicana, originaria de Tecpan de Galeana, Estado de Guerrero, lugar donde nació el día catorce de septiembre de mil novecientos setenta y tres, soltera, con domicilio en Avenida Presidente Masaryk, número ciento uno, piso doce, oficina mil doscientos uno "A", colonia Polanco Quinta Sección, código postal número once mil quinientos sesenta, abogada y con Clave Única de Registro de Población: "SOPE730914MGRBRG04". ------------------------------------
- ------------------------------------------------------------
--- **VII.-** Que advertí a la compareciente de las penas en que incurren quienes declaran falsamente ante notario. -----------
- ------------------------------------------------------------
--- **VIII.-** Que tuve a la vista los documentos citados en este instrumento. -------------------------------------------------
- ------------------------------------------------------------
--- **IX.-** Que expliqué a la compareciente en forma amplia, completa y sin tecnicismos, las consecuencias, alternativas y los procedimientos relacionados con el contenido de este instrumento, a fin de garantizar su autonomía, protección y cuidado en la toma de decisiones relacionadas con su





Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 27 -
33,553

patrimonio y relaciones familiares. --------------------------
- ---------------------------------------------------------------

--- **X.-** Que a solicitud de la compareciente leí y expliqué
este instrumento a la misma, una vez que le hice saber el
derecho que tiene de leerlo personalmente, manifestando la
otorgante su conformidad y comprensión plena y lo firmó,
imprimiendo además su huella digital en caso de considerarlo
conveniente, el día de su fecha, mismo momento en que la
autorizo definitivamente. -------------------------------------
Doy fe. --------------------------------------------------------
Firma y huella digital de la señora Ma. Eugenia Soberanis
Pérez. ---------------------------------------------------------
**Firma de Marco Antonio Vaca Vélez.** --------------------------
El sello de autorizar. -----------------------------------------
LAS NOTAS COMPLEMENTARIAS DEL PRESENTE INSTRUMENTO SE
AGREGARÁN AL APÉNDICE DEL MISMO. -------------------------------
**Para cumplir con lo dispuesto por el artículo dos mil
quinientos cincuenta y cuatro del Código Civil vigente en la
Ciudad de México, a continuación se transcribe:** --------------
**"ART. 2554.-** En todos los poderes generales para pleitos y
cobranzas bastará que se diga que se otorga con todas las
facultades generales y las especiales que requieran cláusula
especial conforme a la ley, para que se entiendan conferidos
sin limitación alguna. -----------------------------------------
En los poderes generales, para administrar bienes, bastará
expresar que se dan con ese carácter para que el apoderado
tenga toda clase de facultades administrativas. ---------------
En los poderes generales, para ejercer actos de dominio
bastará que se den con ese carácter para que el apoderado
tenga todas las facultades de dueño, tanto en lo relativo a
los bienes, como para hacer toda clase de gestiones a fin de
defenderlos. ---------------------------------------------------
Cuando se quisieren limitar, en los tres casos antes



- 28 -
33,553

mencionados, las facultades de los apoderados, se consignarán las limitaciones, o los poderes serán especiales. ------------ Los notarios insertarán este artículo en los testimonios de los poderes que otorguen". ----------------------------------

**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la Ciudad de México, EXPIDO **SEGUNDO** TESTIMONIO **SEGUNDO** EN SU ORDEN PARA CONSTANCIA DE **"CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** COMO INTERESADA EN VEINTIOCHO PÁGINAS. ------------------------------------------------------ EN LA CIUDAD DE MÉXICO, A VEINTIOCHO DE MARZO DE DOS MIL VEINTICINCO. ------------------------------------------------- DOY FE. ---------------------------------------------------------- AXPR.

**C**

**№ 02**

## CEDULA DE IDENTIFICACION FISCAL

 SAT
Servicio de Administración Tributaria

### CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
BENITO JUAREZ , QUINTANA ROO A 09 DE ENERO
DE 2020

AOVE681126732



## Datos de Identificación del Contribuyente:

| | |
|---|---|
| **RFC:** | AOVE681126732 |
| **CURP:** | AOVE681126HYNLLD07 |
| **Nombre (s):** | EDUARDO DE MARTIN |
| **Primer Apellido:** | ALBOR |
| **Segundo Apellido:** | VILLANUEVA |
| **Fecha inicio de operaciones:** | 02 DE ENERO DE 1986 |
| **Estatus en el padrón:** | ACTIVO |
| **Fecha de último cambio de estado:** | 15 DE MAYO DE 1995 |
| **Nombre Comercial:** | |

## Datos de Ubicación:

| | |
|---|---|
| **Código Postal:** 77504 | **Tipo de Vialidad:** AVENIDA (AV.) |
| **Nombre de Vialidad:** AV ACANCEH MZ 1 | **Número Exterior:** LOTE 8 |
| **Número Interior:** P B ANEXO 1 | **Nombre de la Colonia:** SUPERMANZANA 13 |
| **Nombre de la Localidad:** CANCUN | **Nombre del Municipio o Demarcación Territorial:** BENITO JUAREZ |

Página [1] de [3]

### Contacto

Av. Hidalgo 77, col. Guerrero, c.p. 06300 Ciudad de México.
Atención telefónica 627 22 728 desde la Ciudad de México,
y 01 (55) 627 22 728 del resto del país.
Desde Estados Unidos y Canadá 1 877 44 88 728.
www.sat.gob.mx

33553



gob.mx

do: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: 01 (55) 9852 2222, desde el extranjero: 1 844 28 73
www.gob.mx/sfp".

**Cadena Original Sello:** ||2020/01/09|ADVE661126732|CONSTANCIA DE SITUACIÓN FISCAL|200001088858500500
**Sello Digital:** hjPSEe2HwFnT7nq+YyDKqdu3MMzs3rt9rXpDRyWwugEgmJJ87Rn85DG3xmp4+8esP76VSMf
Nhyehax2XCJpAJKJkHDPJh0aCFsIg9WL5+m/440Q0mQgJjU4zDuF4UDG/0iPhYRKe+/n3um

**Contacto**
Av. Hidalgo 77, col. Guerrero, c.p. 06300 Ciudad de México.
Atención telefónica 627 22 728 desde la Ciudad de México;
01 (55) 627 22 728 del resto del país
Desde Estados Unidos y Canadá 1-877-44 88 728
denuncias sat.gob.mx



# INSCRIPCIÓN EN EL R.F.C.

EL SERVICIO DE ADMINISTRACIÓN TRIBUTARIA, LE DA A CONOCER EL REGISTRO FEDERAL DE CONTRIBUYENTES CON EL QUE HA SIDO ASIGNADO CON BASE EN LOS DATOS QUE PROPORCIONÓ, LOS CUALES HAN QUEDADO REGISTRADOS CONFORME A LO SIGUIENTE:

**CEDULA DE IDENTIFICACIÓN FISCAL**

CLAVE DEL REG. FED. DE CONTRIBUYENTES
AOVE661126732

NOMBRE, DENOMINACIÓN O RAZÓN SOCIAL
EDUARDO DE MARTINI ALBOR VILLANUEVA

CLAVE ÚNICA DE REGISTRO DE POBLACIÓN
AOVE661126HYNLLD07

FOLIO
B7311948

HOMBRE, DENOMINACIÓN O RAZÓN SOCIAL
EDUARDO DE MARTINI ALBOR VILLANUEVA

DOMICILIO
AV. ANDRES QUINTANA ROO MZA 4 LOTE 14 DEPTO 3 RZO 17 CANCUN QUINTANA ROO 77530

**CLAVE DEL R.F.C**     AOVE661126732

CLAVE ÚNICA DE REGISTRO DE POBLACIÓN    AOVE661126HYNLLD07

ADMINISTRACIÓN LOCAL     ALR CANCÚN, Q.ROO.

ACTIVIDAD    Servicios de consultoria en administracion

SITUACIÓN DE REGISTRO    **ACTIVO**

FECHA DE INSCRIPCIÓN     FECHA DE INICIO DE OPERACIONES   02-07-1986

## OBLIGACIONES

| DESCRIPCIÓN | FECHA ALTA |
|---|---|
| Presentar la declaración y pago provisional mensual de Impuesto Sobre la Renta (ISR) por la renta de inmuebles | 01-07-2005 |
| Presentar la declaración anual de Impuesto Sobre la Renta (ISR) de personas físicas. | 01-32-2005 |
| Proporcionar la información del Impuesto al Valor Agregado (IVA) que se solicite en las declaraciones del Impuesto Sobre la Renta (ISR) | 01-07-2005 |
| Presentar la declaración mensual donde se informe sobre las operaciones con terceros para efectos de Impuesto al Valor Agregado (IVA). | 01-07-2005 |
| Presentar la declaración y pago provisional mensual del Impuesto Empresarial a Tasa Única (IETU). | 01-07-2008 |
| Presentar la declaración y pago anual del Impuesto Empresarial a Tasa Única (IETU). | 31-07-2008 |
| Presentar la declaración y pago definitivo mensual de Impuesto al Valor Agregado (IVA). | 01-07-2005 |

| TRÁMITES EFECTUADOS | FECHA DE PRESENTACIÓN | FOLIO DEL TRÁMITE |
|---|---|---|
| Reg. Federal Contribuyente / Actualización / Autorización Administración/Disminución de Obligaciones | 21-05-2007 | RF20091746172 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 25-02-2003 | RF1600704336 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 27-07-2006 | RF20060930723 |
| Reg. Federal Contribuyente / Actualización / Actualización Administración/Disminución de Obligaciones | 11-07-2006 | RF20060706113 |
| Reg. Federal Contribuyente / Actualización / Actualización Administración/Disminución de Obligaciones | 05-01-2001 | RF20050046647 |

Fecha de expedir: 11 de Agosto de 2008
TELEFONO DE ATENCIÓN CIUDADANA
(CLAVE Y Suporte)(SAT)61-300-463-6728

o11dkw/AF8INZ25Cy93RCBU6daIDDVFInCp1Z7AsAlr1Agun+Ars1SCaALaSaDy3a1ts0Bj0lbhdm2ZkvAF0RQ2ShajMUWf4W7SqaBNachsI2abthiLZampebvjq
PROSC4TBRVES+HEJ+BDNINGSMXFOASIAIAV5IL5VxNt3rUr

SIN TEXTO



## CÉDULA DE IDENTIFICACIÓN FISCAL

 

BNY080206UR9
Registro Federal de Contribuyentes

CIBANCO, S.A. INSTITUCION DE
BANCA MULTIPLE
Nombre, denominación o razón
social

idCIF: 14111142672
VALIDA TU INFORMACIÓN
FISCAL

### CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
**MIGUEL HIDALGO , CIUDAD DE MEXICO A 03 DE MARZO DE 2025**



BNY080206UR9

### Datos de Identificación del Contribuyente:

| | |
|---|---|
| RFC: | BNY080206UR9 |
| Denominación/Razón Social: | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| Régimen Capital: | SIN TIPO DE SOCIEDAD |
| Nombre Comercial: | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| Fecha inicio de operaciones: | 06 DE FEBRERO DE 2008 |
| Estatus en el padrón: | ACTIVO |
| Fecha de último cambio de estado: | 06 DE FEBRERO DE 2008 |

### Datos del domicilio registrado

| | |
|---|---|
| Código Postal:11560 | Tipo de Vialidad: CALZADA  (CALZ.) |
| Nombre de Vialidad: MARIANO ESCOBEDO | Número Exterior: 595 |
| Número Interior: | Nombre de la Colonia: POLANCO V SECCION |
| Nombre de la Localidad: MIGUEL HIDALGO | Nombre del Municipio o Demarcación Territorial: MIGUEL HIDALGO |
| Nombre de la Entidad Federativa: CIUDAD DE MEXICO | Entre Calle:  CAMPOS ELISEOS |
| Y Calle: RINCON DEL BOSQUE | |

### Actividades Económicas:

 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de Mexico.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33553

| Orden | Actividad Económica | Porcentaje | Fecha Inicio | Fecha Fin |
|-------|---------------------|------------|--------------|-----------|
| 1 | Banca múltiple o comercial | 100 | 06/02/2008 | |

**Regímenes:**

| Régimen | Fecha Inicio | Fecha Fin |
|---------|--------------|-----------|
| Régimen General de Ley Personas Morales | 06/02/2008 | |

**Obligaciones:**

| Descripción de la Obligación | Descripción Vencimiento | Fecha Inicio | Fecha Fin |
|------------------------------|-------------------------|--------------|-----------|
| Entero de retenciones mensuales de ISR por sueldos y salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa anual de clientes y proveedores de bienes y servicios. Impuesto sobre la renta. | A más tardar el 15 de febrero del año siguiente | 06/02/2008 | |
| Declaración informativa anual de ingresos en regímenes fiscales preferentes. Empresas multinacionales. Impuesto sobre la renta. | En el mes de febrero de cada año | 06/02/2008 | |
| Entero de retenciones mensuales de ISR por ingresos asimilados a salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración de proveedores de IVA | A más tardar el último día del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa de IVA con la anual de ISR | Conjuntamente con la declaración anual del ejercicio. | 06/02/2008 | |
| Pago definitivo mensual de IVA. | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración anual de ISR del ejercicio Personas morales. | Dentro de los tres meses siguientes al cierre del ejercicio. | 06/02/2008 | |
| Informacion anual de operaciones realizadas con partes relacionadas residentes en el extranjero. | Conjuntamente con la declaración anual del ejercicio | 06/02/2008 | |
| Pago provisional mensual de ISR personas morales régimen general | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 01/04/2009 | |
| Entero de retenciones de ISR por intereses. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero mensual de retenciones de ISR de ingresos por arrendamiento. | Conjuntamente con la retención por salarios o asimilados a salarios (17 de cada mes en su defecto) | 19/02/2018 | |
| Entero de retención de ISR por servicios profesionales. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero de retenciones de IVA Mensual | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |

**Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.**

**Si desea modificar o corregir sus datos personales, puede acudir a cualquier Módulo de Servicios Tributarios y/o a través de la dirección http://sat.gob.mx**

 

Contacto
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

"La corrupción tiene consecuencias ¡denúnciala! Si conoces algún posible acto de corrupción o delito presenta una queja o denuncia a través de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: (55) 8852 2222, desde el extranjero: + 55 8852 2222, SAT móvil o www.gob.mx/sfp".

**Cadena Original Sello:** ||2025/03/03|BNY080206UR9|CONSTANCIA DE SITUACIÓN FISCAL|200001088888800000031||
**Sello Digital:** murZIFJ0dyX8h08kVmZQdQM6AqkJkAk5mtJeeBAEsm993q/7YJinS7GG8YALuZDRmteaoIQWFm0Y8kFaiRHa Rk5jMqIyaoyUZ3iupx49aIEfVXbwTJBwWbL1VERLUoqLpVNpHJAdNIHnoRR4Gvi347ahHjdfNt7sNnU1B3EyGvU =



 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33553

SIN TEXTO



# Registro Público de Comercio

Cancún



Gobierno del Estado de
**Quintana Roo**

| Boleta inscripción | 20250008441900ZA |
|---|---|
| | Número Único de Documento |

## BOLETA DE INSCRIPCIÓN

| ANTECEDENTES REGISTRALES | |
|---|---|
| **FME** | **Nombre/Denominación razón social** |
| 18314 | CONTROLADORA DOLPHIN S.A. DE C.V. |

| DATOS DE INGRESO | | |
|---|---|---|
| **NCI** | **Fecha y hora** | **Solicitante** |
| 202500084419 | 28/03/2025 06:27:51 T.CENTRO | MARCO ANTONIO VACA VELEZ |

| DATOS DEL DOCUMENTO QUE SE PRESENTA | |
|---|---|
| **No. de documento** | **Tipo de documento** |
| 33,553 | Escritura |

**Fedatario / Autoridad**

Marco Antonio Vaca Vélez

| ACTOS INSCRITOS | | | |
|---|---|---|---|
| **FME** | **Formas precodificadas** | **Nombre acto** | **Fecha de ingreso** |
| 18314 | M2-Asamblea | Revocación de apoderados | 28/03/2025 06:27:51 T.CENTRO |
| | | Revocación de funcionarios | 28/03/2025 06:27:51 T.CENTRO |
| | | Nombramiento de funcionarios y sus respectivas facultades | 28/03/2025 06:27:51 T.CENTRO |
| | | Nombramiento de apoderados y sus respectivas facultades | 28/03/2025 06:27:51 T.CENTRO |

| PAGO RELACIONADO A LA SOLICITUD | | |
|---|---|---|
| **Referencia de pago No.** | **Fecha** | **Importe** |
| N° 27873242 | 28/03/2025 06:27:10 T.CENTRO | $1,303.00 |

| FIRMA RESPONSABLE DE OFICINA |
|---|
| **Nombre** |
| Elmy Emily May Uicab |
| **Firma** |
| 4wJMgnrwq4mxJ0nJh+vGED3P5HFmAjiIVgwGliDsqO4= |

| SELLO DIGITAL DE TIEMPO |
|---|
| **Sello digital de tiempo** |



# Registro Público de Comercio

Cancún



Gobierno del Estado de
**Quintana Roo**

| | |
|---|---|
| Boleta inscripción | 20250008441900ZA |

Número Único de Documento

| | |
|---|---|
| 20250329002751.808Z | mwSvt8XfzdUSoANGR8/7j6W/I/0oDXAyiTHgvcG1xIkjIB+TW2SVj+bXJiIly8kQegxM0UZusUJ/e3AI5NMIMGYQL3k0ppdvzr+18xvsjPvRaayPr0rp8I2AxnUIeEXzKZqXI5zBMC/XwprHNVbXFT7zLK0dJ/HJaQK6AqKMOZauuCCHqSz4nYtIv//czcAobhwMBTghUAp5EJeu1wYG3Jhylm7a/usS0Bn7DVSSwg6+JbqCj+SojxWidGXVp5iNAtRXGGRDSNcO6V7M8hj4j4MO+Lt43QqZbOFShrMYPoYMJP4nVm1kgIUD6hATaoZiS/dbAoUgGNO8qfI932uusA== |

| **FIRMÓ** |
|---|

**Responsable de oficina**

Elmy Emily May Uicab
>30466416¿jcKngyXfs9dcjdrIXF/Hzd0rL9A=|>30466462¿/mKBrf1HS4IfU83mz/vQy98ETaM=|>30467684¿tmnKy4/
pu2vySQDTQOwY5rLc0rY=|>30467854¿IisUZx9ek/zsP+yhhiZv5wY25aY=|>30467961¿NEsJ3WQeHdIYA7I69rOMb2amBtw=|
>30468232¿0qaplpKw+2YW3ek/y1iskUOHN3w=|>30468268¿wLv42MvUlPClcGUcO65gUEhrfBk=|
Ma4yjMHxF6GNZ2hvEFZV7zRs4Bbe96E22NdH62yKIfhQ/oF3sMESEauKMyeXyB5LrKWfzGEa+3iOUjScAlxBxx6SnBH/
p7iNTDiZOqYQDh5Qk9TKPfWqbuW9amc+PbeZfqRocoBnBHg/
d8Tjeo1m9eUaQVJsb1SfXwpJNK4Fyl09rfRIvun5FgLtujJpVMPoJH/
A6xe6q9aEDHK5bTr33mMIiyckO38DIv6I9hVQSZwIw3R2cB1JLg0zzv5+/
LF8nd9rmZrKceD9S0tg0jR8a4XV58stgAvx0sVgEER4tgPcWroMkGjhsPlve22Fp6CReLRhEhTeCGqw3MrHHgEu6w==

 **Registro Público de Comercio**


Gobierno del Estado de
**Quintana Roo**

Cancún

Asamblea                                                                    20250008441900ZA

Número Único de Documento

# M2 - Asamblea

**Folio mercantil electrónico:**            18314

**Por instrumento No.**    33553                                         **Libro:** 763

**De fecha:**                          28/03/2025

**Formalizado ante:**            Notario Público

**Nombre:**       Marco Antonio Vaca Vélez       **No.**               142

**Estado:**       Ciudad de México       **Municipio:**       Benito Juárez

**Consta que a solicitud de:**       MA. EUGENIA SOBERANIS PÉREZ

**Como representantes(s) y/o delegado(s) de la asamblea de socios de la sociedad denominada:**       "CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE

**Se formalizó el acta de asamblea:**

| X | **General** | | **Especial** |

**En caso de asamblea general**

| X | **Ordinaria** | | **Extraordinaria** |

**De fecha:**       28/03/2025

**Y se tomaron los siguientes acuerdos**

| Revocación y/o renuncia de funcionarios y/o apoderados | | | | | |
|---|---|---|---|---|---|
| **Nombre** | **Primer apellido** | **Segundo apellido** | **RFC/CURP** | **Cargo** | **Facultades que conserva** |
| Eduardo | Albor | Villanueva | | Director General | Ninguna |
| Concepción | Esteban | Manchado | | Director Legal | Ninguna |
| Martín | Flores | Merino | | Director Contraloria | Ninguna |
| Valeria Margarita | Albor | Dominguez | | Director Corporativo | Ninguna |
| Sergio Said | Jacome | Palma | | Director Financiero | Ninguna |
| Eduardo | Albor | Villanueva | | Apoderado | Ninguna |
| Concepción | Esteban | Manchado | | Apoderada | Ninguna |
| Martín | Flores | Merino | | Apoderado | Ninguna |
| Valeria Margarita | Albor | Dominguez | | Apoderado | Ninguna |
| Sergio Said | Jacome | Palma | | Apoderado | Ninguna |



# Registro Público de Comercio

Cancún

Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| **Nombre** | **Primer apellido** | **Segundo apellido** | **RFC/CURP** | **Cargo** | **Facultades** |
| Steven Robert | Strom | | | Administrador Único | ...VIGESIMA OCTAVA.- El Administrador Único o el Consejo de Administración tendrá las más amplias facultades reconocidas por la Ley para un mandatario general, pudiendo celebrar todo tipo de contratos y realizar y dirigir los negocios de la sociedad en los términos del artículo Diez de la Ley General de Sociedades Mercantiles, gozando para ello de un Poder General Amplísimo para Pleitos y Cobranzas, Actos de Administración y de Riguroso Dominio con todas las facultades generales y las especiales que conforme a la ley requieran cláusula especial, en los términos del artículos dos mil ochocientos diez y dos mil ochocientos cuarenta y tres del Código Civil del Estado de Quintana Roo y sus correlativos en los diversos Códigos de la República Mexicana.- Transcripción del artículo Dos Mil Ochocientos Diez del Código Civil del Estado de Quintana Roo: "En todos los poderes generales para pleitos y cobranzas bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley, para que se entiendan conferidos sin limitación alguna. En los poderes generales para administrar bienes, bastará que se digan que se otorgan con ese carácter, para que el apoderado tenga toda clase de facultades administrativas.  En los poderes generales para ejercer actos de dominio, con la sola excepción de la donación, que en este Código es un negocio personalísimo para el donante y por tanto no admite la representación en cuanto a éste, bastará que se diga que dichos poderes generales se dan con ese carácter para que el apoderado tenga toda clase de facultades de dueño, tanto en lo relativo a los |



# Registro Público de Comercio

Cancún

Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| | | | | | bienes, como para hacer toda clase de gestiones a fin de defenderlos. Cuando se quieran limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignarán las limitaciones o se otorgarán al respecto poderes especiales. Los notarios insertarán este artículo en los testimonios de los poderes que ante ellos se otorguen. Lo mismo hará al calce del poder y antes de las firmas de la ratificación si es que en el texto del documento no lo hubieran insertado los interesados, los funcionarios ante quienes los otorgantes y los testigos ratifiquen sus firmas de conformidad con la fracción II del artículo 2807 en relación con el 218 y al 2811. Sin esta inserción, los aludidos testimonios y las mencionadas ratificaciones carecerán de todo efecto legal". De manera enunciativa pero no limitativa, el Administrador Único o el Consejo de Administración, según el caso, gozara de la firma social expresamente quedando facultado para suscribir títulos de crédito, solicitar su protesto, endosar, avalar y en general realizar toda clase de actos y operaciones de crédito en los términos del artículo Noveno de la General de Títulos y Operaciones de Crédito; igualmente queda facultado para presentar denuncias y querellas y desistirse de ellas en los casos en que proceda; para constituirse como coadyuvante del Ministro Público para el efecto de la reparación del daño; para articular y absolver posiciones; presentar testigos y tachar a los que presentare la contraparte; para transigir y comprometer en árbitros; para tener la representación laboral conforme los artículos once, cuarenta y seis, cuarenta y siete, ciento treinta y cuatro, fracción |



# Registro Público de Comercio

Cancún

Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| | | | | | tercera, quinientos seis, ochocientos setenta y ocho, ochocientos ochenta, ochocientos ochenta y tres, y ochocientos ochenta y cuatro de la Ley Federal del Trabajo; de igual manera se le confiere la representación patronal de la sociedad para actuar ante o frente a los sindicatos con los cuales tenga celebrados contratos colectivos de trabajo, así como para celebrar y rescindir contratos individuales de trabajo; para comparecer ante las Juntas de Conciliación y Arbitraje, ya sean Locales o Federales, llevando representación patronal para acreditar personalidad y capacidad en juicio o fuera de él, en Los términos del artículo seiscientos noventa y dos Fracción II Y III; podrá comparecer al desahogo de las pruebas testimoniales confesionales en los términos del artículo setecientos ochenta y siete y setecientos ochenta y ocho de la Ley Federal del Trabajo, con facultades para señalar domicilios convencionales para oír y recibir notificaciones en las términos del articulo ochocientos setenta y seis; para comparecer, con la representación patronal bastante y suficiente, a la audiencia a qué se refiere el artículo ochocientos setenta y tres, ochocientos setenta y cinco, ochocientos setenta y seis, ochocientos setenta y siete y ochocientos setenta y ocho de la Ley Federal del Trabajo, en sus tres fases de conciliación, demanda y excepciones y de ofrecimiento y admisión de pruebas, gozando de las facultades de celebrar todo tipo de convenio, transacciones, finiquitos. De la misma forma, el Administrador Único o el Consejo de Administración queda facultado para solicitar y desistirse del Juicio Constitucional de Amparo, designar a apoderados para la tramitación el juicio |



# Registro Público de Comercio

Cancún



Gobierno del Estado de
## Quintana Roo

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| | | | | | Constitucional; para otorgar y revocar poderes generales o especiales, sin menoscabo de sus facultades; para abrir y cerrar, depositar, retirar y girar en cuentas de cheques e inversiones en toda clases de instituciones bancarias y de seguros, designando a las personas que podrán firmar en dichas cuentas; para concurrir ante toda clase de autoridades fiscales sean federales, estatales o municipales; para tramitar y registrar el Registro federal de Contribuyentes, aumento o disminución de obligaciones fiscales, así como la firma electrónica de la Sociedad ante la Secretaria de Hacienda y Crédito Público; para presentar y recibir toda clase de documentos ante la Secretaria de Hacienda y Crédito Público, la Secretaria de Hacienda del Estado de Quintana Roo y la Tesorería en cualesquiera de los Municipios del Estado de Quintana Roo; para presentar toda clase de escritos, recursos, inconformidades, demandas y juicios de nulidad ante el Tribunal Federal de Justicia Fiscal y Administrativo, llevando en todas sus instancias los procesos en los cuales sean parte o tercera la Sociedad y de la manera más amplia, representar a la sociedad ante toda clase de autoridades y personas físicas o morales nacionales o extranjeras. |



# Registro Público de Comercio

Cancún

Gobierno del Estado de
**Quintana Roo**

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| Robert L. | Wagstaff | | | Apoderado | SEXTA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual:  (i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México.  En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes:  1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil.  2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares  3. Para transigir.  4. Para comprometer en árbitros.  5. Para absolver y articular posiciones.  6. Para recusar.  7. Para recibir pagos.  8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley.  (ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México.  (iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos |



# Registro Público de Comercio

Cancún



Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| | | | | | de los Estados de la República y de la Ciudad de México  (iv) Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito.  (v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros.  Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente.  Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. |



# Registro Público de Comercio

Cancún

Gobierno del Estado de
**Quintana Roo**

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| **Nombre** | **Primer apellido** | **Segundo apellido** | **RFC/CURP** | **Cargo** | **Facultades** |
| Michael Nicosia | Flynn | | | Apoderado | SEXTA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual: (i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México.  En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes:  1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil.  2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares  3. Para transigir.  4. Para comprometer en árbitros.  5. Para absolver y articular posiciones.  6. Para recusar.  7. Para recibir pagos.  8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley.  (ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México.  (iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos |



# Registro Público de Comercio

Cancún



Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| | | | | | de los Estados de la República y de la Ciudad de México (iv) Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito. (v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros. Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente. Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. |



# Registro Público de Comercio

Cancún

Asamblea

20250008441900ZA

Número Único de Documento

Gobierno del Estado de
**Quintana Roo**

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| Eduardo | Moyano | Luco | | Apoderado | SEXTA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual:  (i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México.  En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes:  1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil.  2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares  3. Para transigir.  4. Para comprometer en árbitros.  5. Para absolver y articular posiciones.  6. Para recusar.  7. Para recibir pagos.  8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley.  (ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México.  (iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos |



# Registro Público de Comercio

Cancún



Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| | | | | | de los Estados de la República y de la Ciudad de México  (iv) Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito.  (v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros.  Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente.  Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. |



# Registro Público de Comercio

Cancún

Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| Matías | Marambio | Calvo | | Apoderado | SEXTA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual: (i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México.  En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes: 1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil. 2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares 3. Para transigir. 4. Para comprometer en árbitros. 5. Para absolver y articular posiciones. 6. Para recusar. 7. Para recibir pagos. 8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. (ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México. (iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos |



# Registro Público de Comercio

Cancún



Gobierno del Estado de
**Quintana Roo**

Asamblea

20250008441900ZA

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | | |
|---|---|---|---|---|---|
| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo | Facultades |
| | | | | | de los Estados de la República y de la Ciudad de México  (iv) Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito.  (v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros.  Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente.  Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. |

**Anotar el resumen de acuerdo(s)objeto de la inscripción y que fueron señalados anteriormente**

--- PRIMERA.- Queda protocolizada el acta de resoluciones unánimes adoptadas fuera de Asamblea por la totalidad de los Accionistas de "CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, transcrita en el antecedente séptimo de este instrumento para todos los efectos a que haya lugar.  -  --- SEGUNDA.- Quedan removidos los miembros del Consejo de Administración de "CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en los términos del acta protocolizada.  -  --- TERCERA.- Queda nombrado el Administrador Único de "CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en los términos del acta protocolizada.  -  CUARTA.- Quedan removidos los funcionarios de "CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en los términos del acta protocolizada.  -  --- QUINTA.- Quedan revocados los poderes de "CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en los términos del acta protocolizada.  -  --- SEXTA.- Quedan otorgados los poderes de "CONTROLADORA DOLPHIN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, en los términos del acta protocolizada.

**El quórum de asistencia a la asamblea fue de**

100%

**Generales de (los) representante(s) y/o delegado(s)**



# Registro Público de Comercio

Cancún



Gobierno del Estado de
**Quintana Roo**

---

Asamblea                                                                                                     20250008441900ZA

Número Único de Documento

---

Mexicana, originaria de Tecpan de Galeana, Estado de Guerrero, lugar donde nació el día catorce de septiembre de mil novecientos setenta y tres, soltera, con domicilio en Avenida Presidente Masaryk, número ciento uno, piso doce, oficina mil doscientos uno "A", colonia Polanco Quinta Sección, código postal número once mil quinientos sesenta, abogada y con Clave Única de Registro de Población: "SOPE730914MGRBRG04"

**Datos de inscripción**

**NCI**

202500084419

**Fecha inscripción**

28/03/2025 06:27:51 T.CENTRO

**Fecha ingreso**

28/03/2025 06:27:51 T.CENTRO

**Responsable de oficina**

Elmy Emily May Uicab

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CONTROLADORA DOLPHIN, S.A. DE C.V., | Case No. 25-_____ (__) |
| Debtor. | |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY INTEREST HOLDERS PURSUANT
## TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the above-captioned debtor (the "**Debtor**") hereby states as follows:

1.     For purposes of this chapter 11 case, the Debtor's mailing address is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

2.     Debtor is 0.0003% owned by Eduardo Albor Villanueva, whose address is available upon request, and is 99.9997% owned by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the Irrevocable Guaranty Trust, number CIB/2380 Plaza Campos Eliseos Uno (Mariano Escobedo #595), Polanco Section V, Miguel Hidalgo, Zip Code 11560, Mexico City, Mexico.[1]

---

[1]     Mexican law does not permit its corporate entities to be wholly owned and requires each entity have at least two equity holders.

**Fill in this information to identify the case:**

Debtor name __Controladora Dolphin, S.A. de C.V.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 To be provided | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

| Debtor | Controladora Dolphin, S.A. de C.V. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Controladora Dolphin, S.A. de C.V.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement and List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/16/2025__          ✖ __/s/ Steven Robert Strom__
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

__Steven Robert Strom__
Printed name

__Authorized Person__
Position or relationship to debtor