**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*, [1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
CONTROLADORA DOLPHIN, S.A. de C.V. (CASE NO. 25-10715)**

---

[1]    Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, AND METHODOLOGY, DISCLAIMERS, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Leisure Investments Holdings LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") have filed their respective *Schedules of Assets and Liabilities* (each, a "**Schedule**," and collectively, the "**Schedules**") and *Statements of Financial Affairs* (each, a "**Statement**," and collectively, the "**Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"), under section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes and Statement of Limitations, and Methodology, Disclaimers, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Debtors' financial records are located and prepared primarily in Cancun, Mexico according to International Financial Reporting Standards ("**IFRS**") and local requirements, as applicable, but the Schedules and Statements do not purport to represent financial statements prepared in accordance with IFRS or in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared for the Debtors.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review, verification, and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated

---

[1]    Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

basis.  Because the accounting systems, policies, and practices of the Debtors were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

The Schedules and Statements are unaudited and subject to adjustment.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.  Although the Debtors have made commercially reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements.  There can be no assurance that the Schedules and Statements are complete.  Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements, as may be necessary or appropriate.

The Debtors and their management, agents, attorneys, and financial advisors, professionals, and other representatives (collectively, the "**Advisors and Representatives**") do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  For the avoidance of doubt, the Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but expressly do not undertake any obligation to revise the information provided in the Schedules and Statements, or to notify any third party should the information be revised or modified, except as required by applicable law.

The Schedules and Statements have been signed by Robert Wagstaff in his capacity as Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Wagstaff has necessarily relied upon the efforts, statements, and representations of the Debtors' various personnel and advisors.  Mr. Wagstaff has not (and could not have) personally verified the accuracy of each statement and representation included in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, as applicable, correctly and with an effort to avoid duplication based on the financial information available to the Debtors, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items.

## Global Notes and Overview of Methodology

1.      **Description of Cases**.  On March 31, 2025, all of the Debtors other than Controladora Dolphin, S.A. de C.V. ("**Controladora**") and Embassy of the Seas Limited ("**Embassy**") filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code in the Court.  On April 16, 2025 and May 4, 2025 (the applicable date on which each Debtor filed its chapter 11

case, the "**Petition Date**"), Controlodora and Embassy, respectively, also filed voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only under the lead case, *In re Leisure Investments Holdings LLC, et al.*, Case No. 25-10606 (LSS) (Bankr. D. Del.). The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist. The Debtors reserve all rights to: (i) amend or supplement the Schedules and Statements in all respects as may be necessary and appropriate; (ii) dispute or assert, offsets, setoffs, or defenses to, any claim reflected on the Schedules and Statements as to the amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," and/or "unliquidated"; or (iv) object to the extent, validity, enforceability, priority or avoidability of any claim regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," and/or "unliquidated." Further, nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to the Chapter 11 Cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization, or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

3.    **Basis of Presentation**. The Debtors historically prepared consolidated quarterly and annual unaudited consolidated financial statements. Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis. Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically.

The Schedules and Statements reflect the best available estimate of assets and liabilities of each Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the available data extracted from the Debtors' books and records and historical financial statements. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

4.    **Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of March 31, 2025.

5.    **Currency**. All amounts are reflected in U.S. dollars, unless otherwise indicated. For the sole purpose of the Schedules and Statements, foreign currency amounts have been converted to U.S. Dollars as of the Petition Date using published exchange rates.[2]

---

[2]    The applicable exchange rate for Mexican Peso denominated values is MXN/USD 0.049. The applicable exchange rate for Pound Sterling denominated values is 1.29 GBP/USD. The applicable exchange rate for Euro denominated values is 1.09 EUR/USD.

6.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expenses.  Actual results could differ materially from these estimates.

7.    **Causes of Action**. Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights to pursue any and all claims and causes of action against any and all third parties.

8.    **Undetermined, To Be Determined or Unknown Amounts**.  The description of an amount as "undetermined," "to be determined," "unliquidated", or "unknown" is not intended to reflect upon the materiality of such amount.

9.    **Net Book Value of Assets**.  The Debtors' have presented the net book value of their assets as of March 31, 2025.   As it would be prohibitively expensive and an inefficient use of estate resources for the Debtors to obtain current economic valuations for  all of their assets, unless otherwise noted, the carrying value on the Debtors' books (e.g., net book value), rather than current economic values, is reflected on the Schedules and Statements, where applicable.  The net book values of certain assets may be materially different from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the Debtors' disclosure statement and chapter 11 plan.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the economic value or ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

10.    **Cash Management System**. The Debtors use an integrated, centralized cash management system through which the Debtors pay disbursements on account of liabilities and expenses.   As a result, certain payments in the Schedules and Statements may have been made by one entity on behalf of another entity through the operation of the consolidated cash management system (the "**Cash Management System**").

11.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) omit credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments.  The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules and Statements, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

12.    **Executory Contracts**.  Due to the difficulties in obtaining access to the Debtors' legal documents, including executory contracts and unexpired leases, the Debtors have been unable to

list the majority of their executory contracts and unexpired leases. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any executory contracts or unexpired leases identified in the Schedules or Statements, including whether such contracts: (i) constitute executory contracts within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect. The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, and may amend or supplement the Schedules and Statements when additional documents have been identified.

13.     **Intercompany Transactions**.  In the ordinary course of business, the Debtors and their non-Debtor affiliates engage in intercompany transactions (the "**Intercompany Transactions**"), which result in intercompany receivables and payables (the "**Intercompany Claims**").  Known and assumed prepetition receivables and payables among and between the Debtors and affiliates are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtors' books and records. Intercompany Claims are presented based on the Debtors' current books and records; however, the corresponding balances between entities may not align due to foreign exchange, timing, reconciliation status, or other accounting differences. The Debtors reserve all rights to amend, modify, or supplement the Intercompany Claims as additional information becomes available, or reconciliations are completed.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

14.     **Liabilities**.  Unless otherwise indicated, liabilities on the Schedules and Statements reflect net book values as of the Petition Date.  Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.  In such cases, the amounts are listed as "unknown," "to be determined," or "undetermined."  Further, liabilities such as certain deferred liabilities, accruals, or general reserves, if any, are not included as they are general estimates and do not represent specific claims as of the Petition Date for each Debtor.   Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

15.     **Payments on Account of Prepetition Debt**.  Due to obstruction from prior management, the Debtors were unable to gain meaningful access to their books and records until June 2025. Based on the Debtors' review of the books and records, it appears that prior management made payments on account of prepetition debts in the postpetition period during the Chapter 11 Cases. The Debtors are currently investigating these payments and reserve all rights with respect thereto. Accordingly, certain outstanding liabilities that have been reduced or satisfied by postpetition payments made on account of prepetition liabilities may not be listed in the Schedules and Statements or have been designated as "unknown" or "to be determined."  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other actions as necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  The estimate of claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Court.

33341693.4

16. **Liens**. The inclusion of creditors on Schedule D is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same.

17. **Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insiders" as such term is defined in section 101(31) of the Bankruptcy Code. The listing of a person as an "insider," is included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. The Debtors reserve the right to dispute whether someone identified as an insider herein is in fact an "insider" as within the meaning of section 101(31) of the Bankruptcy Code or otherwise.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B Notes**.

- Cash and Cash Equivalents (AB1 through AB5). The reported bank balances and cash on hand have been, in some instances, converted into U.S. dollars as of the Petition Date.

- Deposits (AB7). The Debtors have made reasonable efforts to identify all deposits. However, the Schedules may not reflect an exhaustive list of deposits. The amounts listed by the Debtors in response to AB7 include deposits by Debtors that may have been offset and withdrawn postpetition by the counterparty.

- Inventory (AB19 through AB26). Items listed in AB19-26 are scheduled according to their net book value.

**Schedule D Notes**.

- Except as otherwise agreed in accordance with any stipulation and order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D. The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- Certain claims are listed on Schedule D as "undetermined" because the value of the collateral securing such potential claims is unknown.

33341693.4

- The descriptions provided on Schedule D are intended only as a summary.   Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.   Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

**Schedule E/F Notes**.

- Schedule E/F may contain information regarding pending litigation involving the Debtors.   The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

**Schedule G Notes**.

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.     Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract.

- Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.   In addition, as detailed above, due to the difficulties in obtaining access to the Debtors' legal documents, including executory contracts and unexpired leases, the majority of the Debtors executory contracts and unexpired leases have not been listed.  The Debtors are continuing to obtain such documents and expressly reserve their right  to  amend the  Schedules  as  necessary.

- Certain of the leases listed on Schedule G may contain renewal options, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G.   Certain of the agreements listed on Schedule G may also be in the nature of conditional sales agreements or financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.   In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**<u>Schedule H Notes</u>**.

- In certain instances, a Debtor may be a guarantor or co-obligor with respect to certain executory contracts, unexpired leases, secured financings, debt instruments and other similar agreements or scheduled claims of other Debtors.  Such guaranties may not be included on Schedule H.  The Debtors reserve all rights to amend the Schedules to the extent additional guaranties are identified.

33341693.4

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement Question 3 – 90 Day Payment/Question 4 – Payments to Insiders**.

Pursuant to the Cash Management System, certain Debtor obligations may be funded by a different Debtor.  Payments are reported on the Statement of the Debtor that made the payment directly to the creditor.

**Statement Question 4 – Payments to Insiders**.  The inclusion of any payments in response to Question 4 is not a concession that the applicable recipient of any such payments was in fact an "insider" within the meaning of section 101(31) of the Bankruptcy Code or otherwise.  For more detail, please refer to Global Note "Insiders."

**Statement Question 7 – Legal Actions**.  Certain litigation actions against one Debtor may relate to other Debtors.  The Debtors have made commercially reasonable efforts to identify all current pending litigation involving the Debtors and to record these actions in the Statements of the Debtor that is party to the action.  However, certain omissions may have occurred.  The inclusion of any legal action in this question does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim currently pending or that may arise in the future.  As the Debtors continue to operate their business, additional litigation actions may arise as a result thereof.  Accordingly, the Debtors reserve the right to amend, supplement, or otherwise modify the Schedules and Statements, as is necessary or appropriate.

**Statement Question 28 and 29 – Current and Former Officer and Directors**.  The Debtors have made commercially reasonable efforts to list the known current and former officers and directors for each Debtor entity based on a review of existing books and records and other available information which may not be complete and updated as of the Petition Date. While this information is based on a review of the best historical information available, inadvertent errors or omissions may exist.

33341693.4

**Fill in this information to identify the case:**

Debtor Name: In re : Controladora Dolphin, S.A. de C.V.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10715 (LSS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ............................................................................................  $ _____0.00_

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ..........................................................................................  $ _____105,342,230.92_

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ............................................................................................  $ _____105,342,230.92_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................  $ _____223,758,666.09_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..............................................  $ _____0.00_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................  + $ _____46,459,114.98_

4. **Total liabilities**

    Lines 2 + 3a + 3b ...................................................................................................................  $ _____270,217,781.07_

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor Name: In re : Controladora Dolphin, S.A. de C.V. | |
| United States Bankruptcy Court for the:  District of Delaware | |
| Case number (if known): 25-10715 (LSS) | |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

| | | | |
|---|---|---|---|
| 2.1 | Petty Cash | | $ 980.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | Operating Account | 1360 | $ 92.40 |
| 3.2 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | Operating Account | 1843 | $ 2,606.87 |
| 3.3 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | Operating Account | 3953 | $ 1,975.79 |
| 3.4 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | Operating Account | 5516 | $ 0.00 |
| 3.5 | Banco Nacional de México, S.A. | Operating Account | 2004 | $ 0.19 |
| 3.6 | Banco Nacional de México, S.A. | Operating Account | 2039 | $ 40.59 |
| 3.7 | Banco Nacional de México, S.A. | Operating Account | 2519 | $ 94.91 |
| 3.8 | Banco Nacional de México, S.A. | Operating Account | 3355 | $ 0.00 |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

| | Name | | | | |
|---|---|---|---|---|---|
| 3.9 | Banco Santander México, S.A., Institución de Banca Múltiple, Grupo Financiero Santander México. | Operating Account | 2971 | $ | 6,986.88 |
| 3.10 | Banco Santander México, S.A., Institución de Banca Múltiple, Grupo Financiero Santander México. | Operating Account | 6830 | $ | 42.26 |
| 3.11 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 5625 | $ | 90,939.24 |
| 3.12 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 6847 | $ | 1,397.09 |
| 3.13 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 0057 | $ | 98.19 |
| 3.14 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1159 | $ | 1.32 |
| 3.15 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1446 | $ | 17.38 |
| 3.16 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1470 | $ | 67.13 |
| 3.17 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1519 | $ | 78.68 |
| 3.18 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1527 | $ | 26.16 |
| 3.19 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1537 | $ | 1,460.15 |
| 3.20 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1551 | $ | 60.49 |
| 3.21 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 1762 | $ | 14,576.62 |
| 3.22 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 2083 | $ | 0.00 |
| 3.23 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 2134 | $ | 3,799.99 |
| 3.24 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 2231 | $ | 967.76 |
| 3.25 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 2363 | $ | 1,604.88 |
| 3.26 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 4204 | $ | 0.23 |
| 3.27 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 6436 | $ | 1.26 |
| 3.28 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 7696 | $ | 91.62 |
| 3.29 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 7984 | $ | 6,575.54 |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | Name | | | | |
|---|---|---|---|---|---|
| 3.30 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 8018 | $ | 0.38 |
| 3.31 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 8034 | $ | 1.97 |
| 3.32 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 8050 | $ | 3.22 |
| 3.33 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 8745 | $ | 5.33 |
| 3.34 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 9216 | $ | 82.89 |
| 3.35 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | Operating Account | 4839 | $ | 10.37 |
| 3.36 | CIBanco S.A., Institución de Banca Múltiple (CIBanco) | Operating Account | 2562 | $ | 0.00 |
| 3.37 | CIBanco S.A., Institución de Banca Múltiple (CIBanco) | Operating Account | 5704 | $ | 0.00 |
| 3.38 | CIBanco S.A., Institución de Banca Múltiple (CIBanco) | Operating Account | 5821 | $ | 0.00 |
| 3.39 | Intercam Banco S.A. Institución de Banca Múltiple Intercam Grupo Financiero | Operating Account | 4537 | $ | 0.00 |
| 3.40 | Intercam Banco S.A. Institución de Banca Múltiple Intercam Grupo Financiero | Operating Account | 4545 | $ | 0.00 |
| 3.41 | Intercam Banco S.A. Institución de Banca Múltiple Intercam Grupo Financiero | Operating Account | 4511 | $ | 0.00 |
| 3.42 | PNC Bank, National Association | Operating Account | 7124 | $ | 37,006.24 |
| 3.43 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | Operating Account | 8568 | $ | 15,014.80 |
| 3.44 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | Operating Account | 9308 | $ | 181.42 |

4. **Other cash equivalents** *(Identify all)*

    4.1 None      $

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $   186,890.24

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | Security Deposit - Various holders | $ 342,592.83 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | Prepaid Insurance - Various holders | $ 304,588.41 |
| 8.2 | Prepaid Lease - Various holders | $ 2,695,969.80 |
| 8.3 | Prepaid services - Various holders | $ 225,158.39 |
| 8.4 | Prepayment of Goods - Various holders | $ 1,148,748.90 |
| 8.5 | Prepayment of Goods - Various holders | $ 4,617,248.93 |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $ 9,334,307.26

Debtor: Controladora Dolphin, S.A. de C.V.

_____
Name

Case number *(if known)*: 25-10715

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | | $ 661,609.08 | - $ | 0.00 | =..... → | $ | 661,609.08 |
| 11b. | Over 90 days old: | | $ 307,159.54 | - $ | 0.00 | =..... → | $ | 307,159.54 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 968,768.62

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715
_____
     Name

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14.1 | None | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:       % of ownership:

| | Name of entity | % of ownership | | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1 | Aqua Tours, S.A. de C.V. | 99.990% | $ | Undetermined |
| 15.2 | Desarrollo Corporativo del Pacifico SA de CV | 60.000% | $ | Undetermined |
| 15.3 | Dolphin Austral Holdings, S.A. de C.V. | 99.000% | $ | Undetermined |
| 15.4 | Dolphin Discovery Inc | 100.000% | $ | Undetermined |
| 15.5 | Dolphin Leisure, Inc. | 100.000% | $ | Undetermined |
| 15.6 | Embassy of the Seas Limited | 100.000% | $ | Undetermined |
| 15.7 | Plunimar SA | 35.02% | $ | Undetermined |
| 15.8 | Promotora Garrafón, S.A. de C.V. | 99.990% | $ | Undetermined |
| 15.9 | Viajero Cibernético, S.A. de C.V. | 99.999% | $ | Undetermined |
| 15.10 | Whale Lovers de México SA de CV | 58.500% | $ | Undetermined |
| 15.11 | World of Dolphins Inc | 100.000% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

| | | | Current value of debtor's interest |
|---|---|---|---|
| 16.1 | None | $ | |

17. **Total of Part 4.**

    Add lines 14 through 16. Copy the total to line 83.

    | $ | 0.00 |
    |---|---|

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Inventory - Boutique | 3/31/2025 | $ 93,043.54 | Book Value | $ 93,043.54 |
| 21.2 Inventory - Boutique Warehouse | 3/31/2025 | $ 133,872.29 | Book Value | $ 133,872.29 |
| 21.3 Inventory - Chlorine | 3/31/2025 | $ 11,925.31 | Book Value | $ 11,925.31 |
| 21.4 Inventory - F&B | 3/31/2025 | $ 2,347.44 | Book Value | $ 2,347.44 |
| 21.5 Inventory - Fish | 3/31/2025 | $ 373,821.60 | Book Value | $ 373,821.60 |
| 21.6 Inventory - Medicine | 3/31/2025 | $ 148,929.12 | Book Value | $ 148,929.12 |
| 21.7 Inventory - Other | 3/31/2025 | $ 935.75 | Book Value | $ 935.75 |
| 21.8 Inventory - Retail | 3/31/2025 | $ 8,710.41 | Book Value | $ 8,710.41 |
| 21.9 Inventory - Warehouse | 3/31/2025 | $ 82,522.25 | Book Value | $ 82,522.25 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$ 856,107.71

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Description _____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1   Furniture and Office Equipment | $    11,191.28 | Net Book Value | $    11,191.28 |
| 40. **Office fixtures** | | | |
| 40.1   None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Computer Equipment | $    111,884.18 | Net Book Value | $    111,884.18 |
| 41.2   Video and Photography Equipment | $    49,038.30 | Net Book Value | $    49,038.30 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1   None | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$    172,113.76

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.  

Case number *(if known)*:  25-10715

Name

---

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47.1 | 2001 TSURU SEDAN GST STD 2001 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.2 | 2001 V W SEDAN 2001 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.3 | 2003 CHEVY POP STANDARD MOD 2003 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.4 | 2003 NISSAN TSURU GS2 STANDARD MOD 2003 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.5 | 2004 HONDA C 100 BIZ 2004 MOTORCYCLE Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.6 | 2006 CHEVROLET SILVERADA 1500 MOD 2006 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.7 | 2007 CHEVROLET SILVERADO 1500 MOD 2007 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.8 | 2008 F-2 CHEVY 2008 SILVER COLOR S: 3G1SF61X58S123294 Vin: 3G1SF61X58S123294 | $ 0.00 | Net Book Value | $ 0.00 |
| 47.9 | 2010 MERCEDES BENZ VEHICLE MOD. C200 CGI SPORT 2010 NO. DC  Vin: WDDGF4JB7AA385448 | $ 0.00 | Net Book Value | $ 0.00 |
| 47.10 | 2010 TSURU NISSAN MOD 2010 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.11 | 2011 TOYOTA HILUX 2011 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.12 | 2012 FORD F450 SUPERDUTY MOD 2012 Vin: 1FDGF4GY2CED02876 | $ 1,419.01 | Net Book Value | $ 1,419.01 |
| 47.13 | 2012 USED FORD TRANSITPASS MWB AC Vin: WF0RS4KP8CJA20935 | $ 0.00 | Net Book Value | $ 0.00 |
| 47.14 | 2012 TOYOTA SEQUOIA PLATINUM MOD 2012 ENGINE 3UR-5594936 DC Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.15 | 2012 USED VEHICLE TOYOTA HIACE MOD 2012 Vin: JTFPX22P3C0029665 | $ 0.00 | Net Book Value | $ 0.00 |
| 47.16 | 2014 CTTO:63892700251 Tsuru GS1 2014 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.17 | 2014 CTTO:63892700277 Tsuru GS1 2014 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.18 | 2014 CTTO:63892700285 Tsuru GS1 2014 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.19 | 2015 DOB TRUCK. CAB. NISSAN MOD.2015 Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.20 | 2015 NISSAN CHASSIS NP300 PICKUP MOD.2015 DC Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |
| 47.21 | 2015 NISSAN DOUBLE CAB TRUCK. NP300 MOD.2015 MARINE Vin: Unknown | $ 0.00 | Net Book Value | $ 0.00 |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 47.22 | 2015 NISSAN XTRAIL TRUCK MOD.2015 DC Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.23 | 2015 TSURU GSI 2015 3N1EB31S0FK328475 SERIES Vin: 3N1EB31S0FK328475 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.24 | 2016 USED VEHICLE BRAND KIA MODEL 2016 Vin: KNAFX4A74G5566911 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.25 | 2016 USED VOLVO XC90 MOD 2016 DC PICKUP Vin: YV1LFA2AXG1005549 | $ | 13,640.44 | Net Book Value | $ | 13,640.44 |
| 47.26 | 2018 MARCH 2018 SENSE DC Vin: 3N1CK3CD2JL252086 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.27 | 2018 MARCH 2018 SENSE DC Vin: 3N1CK3CDXJL243829 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.28 | 2018 NP300 D SE TM CAB 2018 DC Vin: 3N6AD33A9JK856421 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.29 | 2018 VERSA DRIVE 2018  PALCE Vin: 3N1CN7AD1JK448172 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.30 | 2018 VERSA DRIVE 2018 PALC Vin: 3N1CN7AD8JK447956 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.31 | 2018 VERSA No. strands Vin: 3N1CN7AD4JK398822 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.32 | 2019 VERSA NO. SERIES  VALL Vin: 3N1CN7AD2JK395434 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.33 | 2024 VOLKSWAGEN POINTER STANDARD MOD 2004 Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.34 | 2104 Chassis Cab TM 2014 Estaquita Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.35 | Unknown AK ELECTRIC GOLF CART Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.36 | Unknown CABOS GOLF CART Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.37 | Unknown HONDA ODYSSEY GY Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.38 | Unknown XTRAIL SENSE WHITE Vin: JN1AT18T5EW107939 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.39 | Unknown HIACE PURCHASES SERIES Vin: JTFPX22P5E0050309 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.40 | Unknown HIACE SHOPPING SERIES Vin: JTFPX22P1E0050243 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.41 | Unknown TOYOTA MAKES 15 PEOPLE Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.42 | Unknown TSURU GSI WHITE Vin: 3N1EB31S1EK318407 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.43 | Unknown TSURU GSI WHITE Vin: 3N1EB31S1EK318620 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.44 | Unknown TSURU GSI WHITE Vin: 3N1EB31S6EK318337 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.45 | Unknown TSURU GSI WHITE Vin: 3N1EB31S7EK318511 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.46 | Unknown 2 TRAWL NACELLES Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.47 | Unknown 2-SEATER TRACTOR WITHOUT CAB Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.48 | Unknown ATV SEASON TICKET Vin: Unknown | $ | 3,923.83 | Net Book Value | $ | 3,923.83 |

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known)*: | 25-10715 |
|---|---|---|---|---|
| | Name | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 47.49 | Unknown CHEVROLET AVEO Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.50 | Unknown MANUFACTURE OF CATTLE BOX IN PICKUP TRUCK Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.51 | Unknown MULTIPURPOSE CHARGING TRICYCLE MOD 20223SPHAMZ30NA001319 PTO Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.52 | Unknown REGINA ALBOR DC TRUCK Vin: Unknown | $ | 5,614.58 | Net Book Value | $ | 5,614.58 |
| 47.53 | Unknown VLL ENGINES Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.54 | Unknown JETTA CLASSIC Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.55 | Unknown YAMAHA GOLF CART S:JW9-500114 Vin: JW9-500114 | $ | 0.00 | Net Book Value | $ | 0.00 |
| 47.56 | NISSAN URBAN PANEL LONG TRUCK, AWNING, MANUAL Vin: Unknown | $ | 0.00 | Net Book Value | $ | 0.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | | | |
|---|---|---|---|---|---|---|
| 48.1 | 14' MARBATMANGA BOAT 1.70 M. | $ | 3,421.17 | Net Book Value | $ | 3,421.17 |
| 48.2 | 14' MARBATMANGA BOAT 1.70 M. | $ | 4,911.33 | Net Book Value | $ | 4,911.33 |
| 48.3 | 14' MARBATMANGA BOAT 1.70 M. | $ | 6,303.72 | Net Book Value | $ | 6,303.72 |
| 48.4 | 14" BOAT MARBATMANGA 1.70 M. | $ | 244.26 | Net Book Value | $ | 244.26 |
| 48.5 | 14" BOAT MARBATMANGA 1.70 M. | $ | 619.56 | Net Book Value | $ | 619.56 |
| 48.6 | 14" BOAT MARBATMANGA 1.70 M. | $ | 636.79 | Net Book Value | $ | 636.79 |
| 48.7 | 14" BOAT MARBATMANGA 1.70 M. | $ | 640.92 | Net Book Value | $ | 640.92 |
| 48.8 | 14" BOAT MARBATMANGA 1.70 M. | $ | 653.56 | Net Book Value | $ | 653.56 |
| 48.9 | 14" BOAT MARBATMANGA 1.70 M. | $ | 724.37 | Net Book Value | $ | 724.37 |
| 48.10 | 14" BOAT MARBATMANGA 1.70 M. | $ | 783.80 | Net Book Value | $ | 783.80 |
| 48.11 | 14" BOAT MARBATMANGA 1.70 M. | $ | 846.54 | Net Book Value | $ | 846.54 |
| 48.12 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,028.38 | Net Book Value | $ | 1,028.38 |
| 48.13 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,230.48 | Net Book Value | $ | 1,230.48 |
| 48.14 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,252.92 | Net Book Value | $ | 1,252.92 |
| 48.15 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,278.86 | Net Book Value | $ | 1,278.86 |
| 48.16 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,356.52 | Net Book Value | $ | 1,356.52 |
| 48.17 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,496.40 | Net Book Value | $ | 1,496.40 |
| 48.18 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,783.86 | Net Book Value | $ | 1,783.86 |
| 48.19 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,841.31 | Net Book Value | $ | 1,841.31 |
| 48.20 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,890.71 | Net Book Value | $ | 1,890.71 |
| 48.21 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,914.78 | Net Book Value | $ | 1,914.78 |
| 48.22 | 14" BOAT MARBATMANGA 1.70 M. | $ | 1,975.94 | Net Book Value | $ | 1,975.94 |
| 48.23 | 14" BOAT MARBATMANGA 1.70 M. | $ | 2,169.72 | Net Book Value | $ | 2,169.72 |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known): 25-10715

| | Name | | | | |
|---|---|---|---|---|---|
| 48.24 | 14" BOAT MARBATMANGA 1.70 M. | $ | 3,188.11 | Net Book Value | $ | 3,188.11 |
| 48.25 | 14" BOAT MARBATMANGA 1.70 M. | $ | 3,223.21 | Net Book Value | $ | 3,223.21 |
| 48.26 | 14" BOAT MARBATMANGA 1.70 M. | $ | 3,404.97 | Net Book Value | $ | 3,404.97 |
| 48.27 | 14" BOAT MARBATMANGA 1.70 M. | $ | 4,126.33 | Net Book Value | $ | 4,126.33 |
| 48.28 | 5 KAYAKS AND 10 PADDLES FOR GARF KAYAKS | $ | 339.70 | Net Book Value | $ | 339.70 |
| 48.29 | 6 KAYAK & 12 PADS | $ | 347.54 | Net Book Value | $ | 347.54 |
| 48.30 | Accessories | $ | 60,387.59 | Net Book Value | $ | 60,387.59 |
| 48.31 | Boat Accessories | $ | 22,822.61 | Net Book Value | $ | 22,822.61 |
| 48.32 | BOAT OF 14' LENGTH 4.20 MTS.-1 | $ | 2,676.16 | Net Book Value | $ | 2,676.16 |
| 48.33 | BOAT OF 14' LENGTH 4.20 MTS.-2 | $ | 2,676.16 | Net Book Value | $ | 2,676.16 |
| 48.34 | BOAT OF 14' LENGTH 4.20 MTS.-3 | $ | 3,838.73 | Net Book Value | $ | 3,838.73 |
| 48.35 | Electronics | $ | 3.28 | Net Book Value | $ | 3.28 |
| 48.36 | Engine | $ | 527,647.98 | Net Book Value | $ | 527,647.98 |
| 48.37 | KAYAK LIFETIME 2 PERSON pto | $ | 667.01 | Net Book Value | $ | 667.01 |
| 48.38 | KAYAK MANTA 2 PEOPLE GARF | $ | 10,005.27 | Net Book Value | $ | 10,005.27 |
| 48.39 | MANNTO, IMPROVEMENTS, CAT 9 MARI BOAT | $ | 273.79 | Net Book Value | $ | 273.79 |
| 48.40 | MOTORBOAT MODEL: CIGATO-1 | $ | 3.28 | Net Book Value | $ | 3.28 |
| 48.41 | MOTORBOAT MODEL: CIGATO-2 | $ | 3.28 | Net Book Value | $ | 3.28 |
| 48.42 | MOTORBOAT MODEL: CIGATO-3 | $ | 3.28 | Net Book Value | $ | 3.28 |
| 48.43 | MOTORBOAT MODEL: CIGATO-4 | $ | 3.28 | Net Book Value | $ | 3.28 |
| 48.44 | MOTORBOAT MODEL: CIGATO-5 | $ | 3.28 | Net Book Value | $ | 3.28 |
| 48.45 | MOTORBOAT MODEL: CIGATO-6 | $ | 30.63 | Net Book Value | $ | 30.63 |
| 48.46 | MOTORBOAT MODEL: CIGATO-7 | $ | 30.63 | Net Book Value | $ | 30.63 |
| 48.47 | MOTORBOAT MODEL: CIGATO-8 | $ | 30.63 | Net Book Value | $ | 30.63 |
| 48.48 | MOTORBOAT MODEL: CIGATO-9 | $ | 30.63 | Net Book Value | $ | 30.63 |
| 48.49 | MOTORBOAT MODEL: CIGATO-10 | $ | 30.63 | Net Book Value | $ | 30.63 |
| 48.50 | MOTORBOAT MODEL: CIGATO-11 | $ | 30.63 | Net Book Value | $ | 30.63 |
| 48.51 | MOTORBOAT MODEL: CIGATO-12 | $ | 30.63 | Net Book Value | $ | 30.63 |
| 48.52 | MOTORBOAT MODEL: CIGATO-13 | $ | 34.30 | Net Book Value | $ | 34.30 |
| 48.53 | MOTORBOAT MODEL: CIGATO-14 | $ | 34.30 | Net Book Value | $ | 34.30 |
| 48.54 | MOTORBOAT MODEL: CIGATO-15 | $ | 34.30 | Net Book Value | $ | 34.30 |
| 48.55 | MOTORBOAT MODEL: CIGATO-16 | $ | 34.30 | Net Book Value | $ | 34.30 |
| 48.56 | MOTORBOAT MODEL: CIGATO-17 | $ | 34.30 | Net Book Value | $ | 34.30 |
| 48.57 | MOTORBOAT MODEL: CIGATO-18 | $ | 34.30 | Net Book Value | $ | 34.30 |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 48.58 | MOTORBOAT MODEL: CIGATO-19 | $ 44.10 | Net Book Value | $ 44.10 |
| 48.59 | MOTORBOAT MODEL: CIGATO-20 | $ 44.10 | Net Book Value | $ 44.10 |
| 48.60 | MOTORBOAT MODEL: CIGATO-21 | $ 49.00 | Net Book Value | $ 49.00 |
| 48.61 | MOTORBOAT MODEL: CIGATO-22 | $ 49.00 | Net Book Value | $ 49.00 |
| 48.62 | MOTORBOAT MODEL: CIGATO-23 | $ 49.00 | Net Book Value | $ 49.00 |
| 48.63 | MOTORBOAT MODEL: CIGATO-24 | $ 49.00 | Net Book Value | $ 49.00 |
| 48.64 | MOTORBOAT MODEL: CIGATO-25 | $ 49.00 | Net Book Value | $ 49.00 |
| 48.65 | MOTORBOAT MODEL: CIGATO-26 | $ 49.00 | Net Book Value | $ 49.00 |
| 48.66 | MOTORBOAT MODEL: CIGATOSERIAL NUMBER: | $ 3.28 | Net Book Value | $ 3.28 |
| 48.67 | Other Equipment | $ 596,785.54 | Net Book Value | $ 596,785.54 |
| 48.68 | WHALE LOVER BOATS SERV. CUSTOMS PROCEDURES SHIPPING MARI BOATS | $ 1,598.63 | Net Book Value | $ 1,598.63 |
| 48.69 | WHALE LOVER BOATS SERVICE RENTAL. MANOEUVRING CRANE FOR MARI BOATS | $ 265.56 | Net Book Value | $ 265.56 |
| 48.70 | WHALE LOVER BOATS TRANSPORTATION MARI BOATS | $ 1,318.76 | Net Book Value | $ 1,318.76 |
| 48.71 | WHALE LOVER BOATS TRANSPORTATION MARI BOATS | $ 1,447.67 | Net Book Value | $ 1,447.67 |
| 48.72 | WHALE LOVER BOATS TRANSPORTATION MARI BOATS | $ 2,371.21 | Net Book Value | $ 2,371.21 |
| 48.73 | WHALE LOVER BOATS TRANSPORTATION MARI BOATS | $ 5,925.57 | Net Book Value | $ 5,925.57 |
| 48.74 | WOODEN BOAT COLUMBUS | $ 2,540.30 | Net Book Value | $ 2,540.30 |
| 48.75 | WORK ON THE DOLPHIN PRINCESS BOAT 2° PAYMENT (30%) IM | $ 2,520.85 | Net Book Value | $ 2,520.85 |

49. **Aircraft and accessories**

$ _____    $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1 | Various machinery, fixtures, and equipment | $ 946,891.97 | Net Book Value | $ 946,891.93 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 2,271,720.31

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known):* | 25-10715 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | CORPORATIVE OFFICES, AV. BANCO CHINCHORRO ESQUINA ACANCEH MZA 1 LT 8 SM 13 CANCUN QUINTANA ROO MEXICO | Leased | $     Undetermined | n/a | $     Undetermined |
| 55.2 | ICE CREAM STORE, CARRETERA COSTERA SUR KM. 9.5, DENTRO DEL PARQUE NACIONAL CHANKANAAB, COZUMEL, C. P. 77601 | Leased | $     Undetermined | n/a | $     Undetermined |
| 55.3 | PARKING LOT, AV. BANCO CHINCHORRO ESQUINA ACANCEH MZA 1 LT 8 SM 13 CANCUN QUINTANA ROO MEXICO | Leased | $     Undetermined | n/a | $     Undetermined |
| 55.4 | Real Property, LOTE 24, MZA 75, SM 007ISLA MUJERES | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.5 | Real Property, LOTE 26, MZA 75, SM 007ISLA MUJERES | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.6 | Real Property, LOT 29, MZA 75, SM 007 ISLA MUJERES | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.7 | Real Property, OTE 30, MZA 75, SM 007 GO ON DREAMS, S.A. DE C.V. (NOW ISLA MUJERES CONTROLADORA DOLPHIN, S.A.   DE C.V.) | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.8 | Real Property, Ir-,OTE 08, MZA 41, SM 009 ISLA MUJERES | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.9 | Real Property, Ir-,OTE 13, MZA 41, SM 009 ISLA MUJERES | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.10 | Real Property, LOCAL BI, MZA 23, PUERTO CONTROLADORA DOLPHIN, S.A.   OF VENTURAS lc.v. | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.11 | Real Property, LOCAL B2, MZA 23, PUERTO CONTROLADORA DOLPHIN, S.A.   OF AS lc.v. | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.12 | Real Property, LOCAL B-3A, MZA 23, PUERTO AVENTURAS | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.13 | Real Property, LOCAL B-3B, MZA 23, UERTO A VENTURAS | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.14 | Real Property, LOCAL B-3C, MZA 23, UERTO A VENTURAS | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.15 | Real Property, Ir-,OTE 10, MZA 23, PORT IAVENTURAS | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |
| 55.16 | Real Property, OTE 03, MZA 01, ATULCO, OAXACA | 100% Ownership Interest | $     Undetermined | n/a | $     Undetermined |

Debtor:   Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:   25-10715
_____
Name

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known)*: | 25-10715 |
|---|---|---|---|---|
| | Name | | | |

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  Trademark: DOLPHIN DISCOVERY | $            Undetermined | | $            Undetermined |
| 60.2  Trademark: DOLPHIN DISCOVERY & DESIGN | $            Undetermined | | $            Undetermined |
| 60.3  Trademark: DOLPHIN DISCOVERY PUNTA CANA & DESIGN | $            Undetermined | | $            Undetermined |
| 60.4  Trademark: DOLPHIN DISCOVERY THE EXPERIENCE OF A LIFETIME | $            Undetermined | | $            Undetermined |
| 60.5  Trademark: DOLPHIN DISCOVERY Y DISEÑO | $            Undetermined | | $            Undetermined |
| 60.6  Trademark: DOWNTOWN & DESIGN | $            Undetermined | | $            Undetermined |
| 60.7  Trademark: GULF WORLD BY DOLPHIN DISCOVERY Y DISEÑO | $            Undetermined | | $            Undetermined |
| 60.8  Trademark: The Dolphin Company - Aqua Tours By Dolphin Discovery Diseño 39 Controladora Dolphin, S.A. De C.V. 902497 | $            Undetermined | | $            Undetermined |
| 60.9  Trademark: The Dolphin Company - Aqua Tours By Dolphin Discovery Diseño 41 Controladora Dolphin, S.A. De C.V. 901108 | $            Undetermined | | $            Undetermined |
| 60.10  Trademark: The Dolphin Company - Aqua Tours By Dolphin Discovery Diseño 43 Controladora Dolphin, S.A. De C.V.902498 | $            Undetermined | | $            Undetermined |
| 60.11  Trademark: The Dolphin Company - Aquaventuras Park Y Diseño 25 Controladora Dolphin, S.A. De C.V. 1062317 | $            Undetermined | | $            Undetermined |
| 60.12  Trademark: The Dolphin Company - Aquaventuras Park Y Diseño 44 Controladora Dolphin, S.A. De C.V. 1060718 | $            Undetermined | | $            Undetermined |
| 60.13  Trademark: The Dolphin Company - Controladora Dolphin, S.A. de C.V. | $            Undetermined | | $            Undetermined |
| 60.14  Trademark: The Dolphin Company - Dolphin Discovery  Photo & Video Because There´S No Second Chance Y Diseño 16 Controladora Dolphin, S.A. De C.V. 944852 | $            Undetermined | | $            Undetermined |
| 60.15  Trademark: The Dolphin Company - Dolphin Discovery (Y Diseño) 25 And 41 Controladora Dolphin, S.A. De C.V. Tm/2016/000340 | $            Undetermined | | $            Undetermined |
| 60.16  Trademark: The Dolphin Company - Dolphin Discovery (Y Diseño) 25 And 41 Controladora Dolphin, S.A. De C.V 5796 | $            Undetermined | | $            Undetermined |
| 60.17  Trademark: The Dolphin Company - Dolphin Discovery (Y Diseño) 25 And 41 Controladora Dolphin, S.A. De C.V. Tm/2015/000202 | $            Undetermined | | $            Undetermined |
| 60.18  Trademark: The Dolphin Company - Dolphin Discovery (Y Diseño) 25, 28 And 41 Controladora Dolphin, S.A. De C.V 7002 | $            Undetermined | | $            Undetermined |

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

| | Name | | |
|---|---|---|---|
| 60.19 | Trademark: The Dolphin Company - Dolphin Discovery (Y Diseño) 25, 28 And 41 Controladora Dolphin, S.A. De C.V.3089632 | $ Undetermined | $ Undetermined |
| 60.20 | Trademark: The Dolphin Company - Dolphin Discovery (Y Diseño)25 And 41 Controladora  Dolphin, S.A. De C.V. 18191 And 18192 | $ Undetermined | $ Undetermined |
| 60.21 | Trademark: The Dolphin Company - Dolphin Discovery 25 And 41Controladora Dolphin, S.A. De C.V 67895 | $ Undetermined | $ Undetermined |
| 60.22 | Trademark: The Dolphin Company - Dolphin Discovery 25, 28 And 41 Controladora Dolphin, S.A. De C.V. 3089632 | $ Undetermined | $ Undetermined |
| 60.23 | Trademark: The Dolphin Company - Dolphin Discovery And Design 25 And 41 Controladora Dolphin, S.A. De C.V 70911 | $ Undetermined | $ Undetermined |
| 60.24 | Trademark: The Dolphin Company - Dolphin Discovery Downtown Y Diseño 41 Controladora Dolphin, S. A. De C. V. | $ Undetermined | $ Undetermined |
| 60.25 | Trademark: The Dolphin Company - Dolphin Discovery Downtown Y Diseño 41 Controladora Dolphin, S. A. De C. V. 224561 | $ Undetermined | $ Undetermined |
| 60.26 | Trademark: The Dolphin Company - Dolphin Discovery Photo & Video Because There´S No Second Chance Y Diseño 9 Controladora Dolphin, S.A. De C.V.939997 | $ Undetermined | $ Undetermined |
| 60.27 | Trademark: The Dolphin Company - Dolphin Discovery Punta Cana Y Diseño 41 Controladora Dolphin, S. A. De C. V. 224558 | $ Undetermined | $ Undetermined |
| 60.28 | Trademark: The Dolphin Company - Dolphin Discovery The Experience Of A Lifetime | $ Undetermined | $ Undetermined |
| 60.29 | Trademark: The Dolphin Company - Dolphin Discovery Y  Diseño 16 Controladora Dolphin, S.A. De C.V. 944853 | $ Undetermined | $ Undetermined |
| 60.30 | Trademark: The Dolphin Company - Dolphin Discovery Y  Diseño 25 Controladora Dolphin, S.A. De C.V. 692178 | $ Undetermined | $ Undetermined |
| 60.31 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño | $ Undetermined | $ Undetermined |
| 60.32 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 18 Controladora Dolphin, S.A. De C.V. 942387 | $ Undetermined | $ Undetermined |
| 60.33 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 20 Controladora Dolphin, S.A. De C.V. 942859 | $ Undetermined | $ Undetermined |
| 60.34 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 21Controladora Dolphin, S.A. De C.V. 941670 | $ Undetermined | $ Undetermined |
| 60.35 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 22Controladora Dolphin, S.A. De C.V. 939999 | $ Undetermined | $ Undetermined |
| 60.36 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 24 Controladora Dolphin, S.A. De C.V. 940000 | $ Undetermined | $ Undetermined |
| 60.37 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 25 Controladora Dolphin, S.A. De C.V. 943267 | $ Undetermined | $ Undetermined |
| 60.38 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 28 Controladora Dolphin, S.A. De C.V. 940795 | $ Undetermined | $ Undetermined |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

| | Name | | | | |
|---|---|---|---|---|---|
| 60.39 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 3 Controladora Dolphin, S.A. De C.V. 942858 | $ | Undetermined | $ | Undetermined |
| 60.40 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 35 Controladora Dolphin, S.A. De C.V. 941671 | $ | Undetermined | $ | Undetermined |
| 60.41 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 39 Controladora Dolphin, S.A. De C.V. 944855 | $ | Undetermined | $ | Undetermined |
| 60.42 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 41 Controladora Dolphin, S. A. De C. V. | $ | Undetermined | $ | Undetermined |
| 60.43 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 41 Controladora Dolphin, S.A. De C.V. 938594 | $ | Undetermined | $ | Undetermined |
| 60.44 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 41-45 Controladora Dolphin, S.A. De C.V. 620105 | $ | Undetermined | $ | Undetermined |
| 60.45 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 42 Controladora Dolphin, S.A. De C.V. 945466 | $ | Undetermined | $ | Undetermined |
| 60.46 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 43 Controladora Dolphin, S.A. De C.V. 932675 | $ | Undetermined | $ | Undetermined |
| 60.47 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 44 Controladora Dolphin, S.A. De C.V. 945467 | $ | Undetermined | $ | Undetermined |
| 60.48 | Trademark: The Dolphin Company - Dolphin Discovery Y Diseño 9 Controladora Dolphin, S.A. De C.V. 939998 | $ | Undetermined | $ | Undetermined |
| 60.49 | Trademark: The Dolphin Company - Dolphin Encounter 25 Controladora Dolphin, S.A. De C.V. 651165 | $ | Undetermined | $ | Undetermined |
| 60.50 | Trademark: The Dolphin Company - Dolphin Encounter 41Controladora Dolphin, S.A. De C.V. 612582 | $ | Undetermined | $ | Undetermined |
| 60.51 | Trademark: The Dolphin Company - Dolphin Encounter 42-45 Controladora Dolphin, S.A. De C.V. 612919 | $ | Undetermined | $ | Undetermined |
| 60.52 | Trademark: The Dolphin Company - Dolphin Sanctuary 41 Controladora Dolphin, S.A. De C.V 70461 | $ | Undetermined | $ | Undetermined |
| 60.53 | Trademark: The Dolphin Company - Garrafón By Dolphin  Discovery Y Diseño 25 Controladora Dolphin, S.A. De C.V. 948194 | $ | Undetermined | $ | Undetermined |
| 60.54 | Trademark: The Dolphin Company - Garrafón By Dolphin  Discovery Y Diseño 41 Controladora Dolphin, S.A. De C.V. 953335 | $ | Undetermined | $ | Undetermined |
| 60.55 | Trademark: The Dolphin Company - Garrafón By Dolphin Discovery Y Diseño 39 Controladora Dolphin, S.A. De C.V. 946974 | $ | Undetermined | $ | Undetermined |
| 60.56 | Trademark: The Dolphin Company - Garrafon Discovery 25 Controladora Dolphin, S.A. De C.V. 945651 | $ | Undetermined | $ | Undetermined |
| 60.57 | Trademark: The Dolphin Company - Garrafon Discovery 39 Controladora Dolphin, S.A. De C.V. 946116 | $ | Undetermined | $ | Undetermined |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

| Name | | | |
|---|---|---|---|
| 60.58 | Trademark: The Dolphin Company - Garrafon Discovery 41 Controladora Dolphin, S.A. De C.V. 946117 | $    Undetermined | $    Undetermined |
| 60.59 | Trademark: The Dolphin Company - Garrafón Y Diseño 25 Controladora Dolphin, S.A. De C.V. 577077 | $    Undetermined | $    Undetermined |
| 60.60 | Trademark: The Dolphin Company - Garrafón Y Diseño 39 Controladora Dolphin, S.A. De C.V. 577405 | $    Undetermined | $    Undetermined |
| 60.61 | Trademark: The Dolphin Company - Garrafón Y Diseño 41 Controladora Dolphin, S.A. De C.V. 579293 | $    Undetermined | $    Undetermined |
| 60.62 | Trademark: The Dolphin Company - Garrafón Y Diseño 42 Controladora Dolphin, S.A. De C.V. 580717 | $    Undetermined | $    Undetermined |
| 60.63 | Trademark: The Dolphin Company - Grupo Dolphin Discovery 25 Controladora Dolphin, S.A. De C.V. 1096705 | $    Undetermined | $    Undetermined |
| 60.64 | Trademark: The Dolphin Company - Grupo Dolphin Discovery 41 Controladora Dolphin, S.A. De C.V. 1096706 | $    Undetermined | $    Undetermined |
| 60.65 | Trademark: The Dolphin Company - Grupo Dolphin Discovery 43 Controladora Dolphin, S.A. De C.V. 1096707 | $    Undetermined | $    Undetermined |
| 60.66 | Trademark: The Dolphin Company - Grupo Dolphin Discovery 44Controladora Dolphin, S.A. De C.V. 1100515 | $    Undetermined | $    Undetermined |
| 60.67 | Trademark: The Dolphin Company - Gulf World By Dolphin Discovery Y Diseño 2 | $    Undetermined | $    Undetermined |
| 60.68 | Trademark: The Dolphin Company - Hogar De Los Delfines Ás Amados 41 Controladora Dolphin, S. A. De C. V. 239696 (Asociado Al Registro De Marca No. 224566) | $    Undetermined | $    Undetermined |
| 60.69 | Trademark: The Dolphin Company - Royal Garrafón 25 Controladora Dolphin, S.A. De C.V. 946115 | $    Undetermined | $    Undetermined |
| 60.70 | Trademark: The Dolphin Company - Royal Garrafón 39 Controladora Dolphin, S.A. De C.V. 945649 | $    Undetermined | $    Undetermined |
| 60.71 | Trademark: The Dolphin Company - Royal Garrafón 41 Controladora Dolphin, S.A. De C.V. 945650 | $    Undetermined | $    Undetermined |
| 60.72 | Trademark: The Dolphin Company - Sólo Hay Alguien Que Ama A Los Delfines Más Que Tú...Nosotros (Lema Comercial) 41 Controladora Dolphin, S. A. De C.V. 239891 (Asso | $    Undetermined | $    Undetermined |
| 60.73 | Trademark: The Dolphin Company - The Experience Of A Lifetime 41 Controladora Dolphin, S.A. De C.V 5797 | $    Undetermined | $    Undetermined |
| 60.74 | Trademark: The Dolphin Company - The Experience Of A Lifetime 41 Controladora Dolphin, S.A. De C.V. 18190 | $    Undetermined | $    Undetermined |
| 60.75 | Trademark: The Dolphin Company - The Experience Of A Lifetime41 Controladora Dolphin, S.A. De C.V. Tm/2015/000203 | $    Undetermined | $    Undetermined |
| 60.76 | Trademark: The Dolphin Company - The Most Famous Dolphin Family Around The World Y Diseño 25 Controladora Dolphin, S.A. De C.V. 934837 | $    Undetermined | $    Undetermined |
| 60.77 | Trademark: The Dolphin Company - The Most Famous Dolphin Family Around The World Y Diseño 39 Controladora Dolphin, S.A. De C.V. 938262 | $    Undetermined | $    Undetermined |
| 60.78 | Trademark: The Dolphin Company - The Most Famous Dolphin Family Around The World Y Diseño 41 Controladora Dolphin, S.A. De C.V. 938780 | $    Undetermined | $    Undetermined |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | | |
|---|---|---|---|---|---|
| 60.79 | Trademark: The Dolphin Company - The Most Famous Dolphin Family Around The World Y Diseño 43 Controladora Dolphin, S.A. De C.V. 932676 | $ | Undetermined | $ | Undetermined |
| 60.80 | Trademark: The Dolphin Company - The Most Famous Dolphin Family Around The World Y Diseño 44 Controladora Dolphin, S.A. De C.V. 932677 | $ | Undetermined | $ | Undetermined |
| 60.81 | Trademark: The Dolphin Company - The No. 1 Dolphin Company In The World 41 Controladora Dolphin, S.A. De C.V. 1107822 | $ | Undetermined | $ | Undetermined |
| 60.82 | Trademark: The Dolphin Company - Yaaman 41 Controladora Dolphin, S.A. De C.V 70634 | $ | Undetermined | $ | Undetermined |

**61. Internet domain names and websites**

| | | | | | |
|---|---|---|---|---|---|
| 61.1 | www.dolphindiscovery.com.mx/ | $ | Undetermined | $ | Undetermined |

**62. Licenses, franchises, and royalties**

| | | | | | |
|---|---|---|---|---|---|
| 62.1 | Copyright License: www.dolphindiscovery.com | $ | Undetermined | $ | Undetermined |
| 62.2 | Copyright License: Characters Dolphin Discovery | $ | Undetermined | $ | Undetermined |
| 62.3 | Copyright License: Sistema para el registro y control documental de mamiferos marinos | $ | Undetermined | $ | Undetermined |
| 62.4 | Copyright License: Characters Triton, Frida, Pingo and Romeo. | $ | Undetermined | $ | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

| | | | | | |
|---|---|---|---|---|---|
| 63.1 | The Dolphin Company Newsletter | $ | Undetermined | $ | Undetermined |

**64. Other intangibles, or intellectual property**

| | | | | | |
|---|---|---|---|---|---|
| 64.1 | None | $ | | $ | |

**65. Goodwill**

| | | | | | |
|---|---|---|---|---|---|
| 65.1 | None | $ | | $ | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$       0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐   No. Go to Part 12.

☑   Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1 None          $ _____          - $ _____          =..... ➔   $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 Tax NOL Carryforward          Tax year  12/31/2020          $          12,936,161.77

Description (for example, federal, state, local)

72.2 Tax NOL Carryforward          Tax year  12/31/2021          $          4,400,596.35

Description (for example, federal, state, local)

72.3 Tax NOL Carryforward          Tax year  12/31/2022          $          3,606,927.14

Description (for example, federal, state, local)

72.4 Tax NOL Carryforward          Tax year  12/31/2024          $          19,284,892.42

73. **Interests in insurance policies or annuities**

73.1 None          $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 To be Determined          $          Undetermined

   **Nature of claim**          _____

   **Amount requested**          $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None          $ _____

   **Nature of claim**          _____

   **Amount requested**          $ _____

76. **Trusts, equitable or future interests in property**

76.1 None          $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 African black-footed penguin (10)          $          Undetermined

77.2 African grey (2)          $          Undetermined

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | |
|---|---|---|
| 77.3 | African pied crow | $ _____ Undetermined |
| 77.4 | African spurred tortoise (2) | $ _____ Undetermined |
| 77.5 | American alligator (3) | $ _____ Undetermined |
| 77.6 | American flamingo (28) | $ _____ Undetermined |
| 77.7 | Animal ( arya coz h190910ar330) | $ _____ Undetermined |
| 77.8 | Animal (9 delfines fusion) | $ _____ Undetermined |
| 77.9 | Animal (Aisha - puerto aventuras) | $ _____ Undetermined |
| 77.10 | Animal (Amaya - cozumel) | $ _____ Undetermined |
| 77.11 | Animal (America 2014 isla mujeres) | $ _____ Undetermined |
| 77.12 | Animal (Angelica - puerto aventuras) | $ _____ Undetermined |
| 77.13 | Animal (Athena 2014 isla mujeres) | $ _____ Undetermined |
| 77.14 | Animal (Athenea - isla mujeres) | $ _____ Undetermined |
| 77.15 | Animal (Audrey - puerto aventuras) | $ _____ Undetermined |
| 77.16 | Animal (Audrey cabos m160904he275 macho) | $ _____ Undetermined |
| 77.17 | Animal (Azteca - isla mujeres) | $ _____ Undetermined |
| 77.18 | Animal (Balam avid 092 060 613 pto) | $ _____ Undetermined |
| 77.19 | Animal (Beethoven m170220be281-cozumel) | $ _____ Undetermined |
| 77.20 | Animal (Camello cabos 7877 31-01-15) | $ _____ Undetermined |
| 77.21 | Animal (Cielo ago19 im m190713co329) | $ _____ Undetermined |
| 77.22 | Animal (Daniela - isla mujeres) | $ _____ Undetermined |
| 77.23 | Animal (Diana puerto aventuras) | $ _____ Undetermined |
| 77.24 | Animal (Diego avid 100 840 550 cabos) | $ _____ Undetermined |
| 77.25 | Animal (Edison m171116ed289 - isla mujeres) | $ _____ Undetermined |
| 77.26 | Animal (Eros - puerto aventuras) | $ _____ Undetermined |
| 77.27 | Animal (Frida - cozumel) | $ _____ Undetermined |
| 77.28 | Animal (Frida 2014 cozumel) | $ _____ Undetermined |
| 77.29 | Animal (Gandalf m170615ga284 isla mujeres) | $ _____ Undetermined |
| 77.30 | Animal (Gioconda isla mujeres) | $ _____ Undetermined |
| 77.31 | Animal (Hermes m170606he283 -islamujeres) | $ _____ Undetermined |
| 77.32 | Animal (Hija de estrella -pto m181229dr321) | $ _____ Undetermined |
| 77.33 | Animal (Hija de regina pto h181001mu323) | $ _____ Undetermined |
| 77.34 | Animal (Itzel avid 092 553 831 coz) | $ _____ Undetermined |
| 77.35 | Animal (Itzman avid 100 858 831 pto) | $ _____ Undetermined |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | |
|---|---|---|
| 77.36 | Animal (Ixchel - cabos) | $ Undetermined |
| 77.37 | Animal (Krista may-19 coz m190605st326) | $ Undetermined |
| 77.38 | Animal (Laura (hija de citlali) h221105la343 isla) | $ Undetermined |
| 77.39 | Animal (Lissy - puerto aventuras) | $ Undetermined |
| 77.40 | Animal (Madona - isla mujeres) | $ Undetermined |
| 77.41 | Animal (Marina cozumel) | $ Undetermined |
| 77.42 | Animal (Miranda jun19 coz h190612sa327) | $ Undetermined |
| 77.43 | Animal (Moctezuma (hijo de azteca) h220922mo342 isla) | $ Undetermined |
| 77.44 | Animal (Nacimiento de 15 delfines) | $ Undetermined |
| 77.45 | Animal (Nacimiento de 2 lobos marinos) | $ Undetermined |
| 77.46 | Animal (Odisea ago19 im h190709da328) | $ Undetermined |
| 77.47 | Animal (Odisea isla mujeres) | $ Undetermined |
| 77.48 | Animal (Olimpia puerto aventuras) | $ Undetermined |
| 77.49 | Animal (Orion - puerto aventuras) | $ Undetermined |
| 77.50 | Animal (Perseo - puerto aventuras) | $ Undetermined |
| 77.51 | Animal (Popeye avid 100 833 563 cabos) | $ Undetermined |
| 77.52 | Animal (Rea - isla mujeres) | $ Undetermined |
| 77.53 | Animal (Saldo 10 lobos marinos) | $ Undetermined |
| 77.54 | Animal (Saldo de 46 delfines) | $ Undetermined |
| 77.55 | Animal (Shadia isla mujeres) | $ Undetermined |
| 77.56 | Animal (Shelley - cabos) | $ Undetermined |
| 77.57 | Animal (Tiziano m170115ti279 coz) | $ Undetermined |
| 77.58 | Ball python (2) | $ Undetermined |
| 77.59 | Bearded dragon | $ Undetermined |
| 77.60 | Black and white tegu (2) | $ Undetermined |
| 77.61 | Black-throated monitor | $ Undetermined |
| 77.62 | Blue and gold macaw (4) | $ Undetermined |
| 77.63 | Blue crowned conure (2) | $ Undetermined |
| 77.64 | Blue tongued skink | $ Undetermined |
| 77.65 | Burmese python | $ Undetermined |
| 77.66 | Corn snake | $ Undetermined |
| 77.67 | Diamondback terrapin (2) | $ Undetermined |
| 77.68 | Domestic cat (2) | $ Undetermined |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | |
|---|---|---|
| 77.69 | Eastern collared lizard | $ Undetermined |
| 77.70 | Fancy rat | $ Undetermined |
| 77.71 | Gargoyle gecko (4) | $ Undetermined |
| 77.72 | Green (blue axanthic) iguana | $ Undetermined |
| 77.73 | Green sea turtle | $ Undetermined |
| 77.74 | Hyacinth macaw | $ Undetermined |
| 77.75 | Hybrid red/yellow footed tortoise (3) | $ Undetermined |
| 77.76 | Intercompany Receivable - Aqua Tours, S.A. de C.V. | $ 683,726.20 |
| 77.77 | Intercompany Receivable - AT Travel Discovery SA de C.V. | $ 77,796.34 |
| 77.78 | Intercompany Receivable - AT Travel Discovery SA de C.V. | $ 1,470.00 |
| 77.79 | Intercompany Receivable - AT Travel Discovery SA de C.V. | $ 497.80 |
| 77.80 | Intercompany Receivable - BBVI TORTOLA | $ 1,460,508.34 |
| 77.81 | Intercompany Receivable - Caribbean Festival | $ 31,614.02 |
| 77.82 | Intercompany Receivable - Desarrollo Corporativo del Pacifico Sa de C.V. | $ 43,321.14 |
| 77.83 | Intercompany Receivable - Desarrollo Corporativo del Pacifico Sa de C.V. | $ 212,028.89 |
| 77.84 | Intercompany Receivable - Desarrollo Corporativo del Pacifico Sa de C.V. | $ 62,873.81 |
| 77.85 | Intercompany Receivable - Dolphin Austral Holdings, S.A. de C.V. | $ 12,192.18 |
| 77.86 | Intercompany Receivable - Dolphin Austral Holdings, S.A. de C.V. | $ 1,909,277.25 |
| 77.87 | Intercompany Receivable - Dolphin Austral Holdings, S.A. de C.V. | $ 2,502,716.76 |
| 77.88 | Intercompany Receivable - Dolphin Austral Holdings, S.A. de C.V. | $ 2,712.15 |
| 77.89 | Intercompany Receivable - Dolphin Capital Company, S. de R.L. de C.V. | $ 25,827.90 |
| 77.90 | Intercompany Receivable - Dolphin Capital Company, S. de R.L. de C.V. | $ 430,584.91 |
| 77.91 | Intercompany Receivable - Dolphin Capital Company, S. de R.L. de C.V. | $ 5,059.52 |
| 77.92 | Intercompany Receivable - Dolphin Cove Cayman Ltd. | $ 10,646.11 |
| 77.93 | Intercompany Receivable - Dolphin Cove Ltd. | $ 14,860.50 |
| 77.94 | Intercompany Receivable - Dolphin Discovery Anguilla Ltd. | $ 12,979.79 |
| 77.95 | Intercompany Receivable - Dolphin Discovery Cayman Ltd. | $ 46,624.04 |
| 77.96 | Intercompany Receivable - Dolphin Discovery Limited | $ 322,456.21 |
| 77.97 | Intercompany Receivable - Dolphin Discovery Tortola | $ 2,454,774.28 |
| 77.98 | Intercompany Receivable - Dolphin Downtown PC SRL | $ 446,788.86 |
| 77.99 | Intercompany Receivable - Dolphin Leisure, Inc. | $ 18,400.00 |
| 77.100 | Intercompany Receivable - Ejecutivos de Turismo Sustentable, S.A. de C.V. | $ 156,211.04 |
| 77.101 | Intercompany Receivable - Ejecutivos de Turismo Sustentable, S.A. de C.V. | $ 51,619.30 |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | Name | | |
|---|---|---|---|
| 77.102 | Intercompany Receivable - Ejecutivos de Turismo Sustentable, S.A. de C.V. | $ | 32,576.16 |
| 77.103 | Intercompany Receivable - Ejecutivos de Turismo Sustentable, S.A. de C.V. | $ | 749.63 |
| 77.104 | Intercompany Receivable - Embassy of the Seas Limited | $ | 11,964,029.92 |
| 77.105 | Intercompany Receivable - Embassy of the Seas Limited | $ | 20,893,252.93 |
| 77.106 | Intercompany Receivable - Gulf World Marine Park, Inc. | $ | 54,258.82 |
| 77.107 | Intercompany Receivable - Marineland Leisure, Inc. | $ | 44,809.72 |
| 77.108 | Intercompany Receivable - Marineland Leisure, Inc. | $ | 57,950.31 |
| 77.109 | Intercompany Receivable - MS Leisure Company | $ | 68,177.68 |
| 77.110 | Intercompany Receivable - MS Leisure Company | $ | 2,742.41 |
| 77.111 | Intercompany Receivable - MS Leisure Company | $ | 139,634.31 |
| 77.112 | Intercompany Receivable - Promotora Garrafón, S.A. de C.V. | $ | 1,356,274.81 |
| 77.113 | Intercompany Receivable - Reserva Bengala SA. DE C.V. | $ | 20,984.11 |
| 77.114 | Intercompany Receivable - Reserva Bengala SA. DE C.V. | $ | 56,298.01 |
| 77.115 | Intercompany Receivable - Reserva Bengala SA. DE C.V. | $ | 22,202.19 |
| 77.116 | Intercompany Receivable - Servicios Compartidos Entretenimiento, S.A. de C.V. | $ | 27,497.69 |
| 77.117 | Intercompany Receivable - The Dolphin Connection, Inc. | $ | 6,960.14 |
| 77.118 | Intercompany Receivable - Viajero Cibernético, S.A. de C.V. | $ | 1,719,234.04 |
| 77.119 | Intercompany Receivable - Viajero Cibernético, S.A. de C.V. | $ | 1,324,646.81 |
| 77.120 | Intercompany Receivable - Viajero Cibernético, S.A. de C.V. | $ | 133,594.30 |
| 77.121 | Intercompany Receivable - Viajero Cibernético, S.A. de C.V. | $ | 5,341.00 |
| 77.122 | Intercompany Receivable - Viajero Cibernético, S.A. de C.V. | $ | 336,609.59 |
| 77.123 | Intercompany Receivable - Whale Lovers de México SA de C.V. | $ | 1,023.12 |
| 77.124 | Intercompany Receivable - Whale Lovers de México SA de C.V. | $ | 26,721.97 |
| 77.125 | Intercompany Receivable - Whale Lovers de México SA de C.V. | $ | 330.42 |
| 77.126 | Intercompany Receivable - Whale Lovers de México SA de C.V. | $ | 96,628.00 |
| 77.127 | Intercompany Receivable - World of Dolphin, Inc. | $ | 1,933,649.91 |
| 77.128 | Loggerhead sea turtle (2) | $ | Undetermined |
| 77.129 | Macaw hybrid | $ | Undetermined |
| 77.130 | Military macaw (2) | $ | Undetermined |
| 77.131 | Moluccan cockatoo (2) | $ | Undetermined |
| 77.132 | Pond slider (8) | $ | Undetermined |
| 77.133 | Red and green wing macaw (3) | $ | Undetermined |
| 77.134 | Red footed tortoise (8) | $ | Undetermined |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | |
|---|---|---|
| 77.135 | Rose breasted cockatoo | $ Undetermined |
| 77.136 | Uromastyx | $ Undetermined |
| 77.137 | White cockatoo | $ Undetermined |
| 77.138 | Yellow footed tortoise (5) | $ Undetermined |
| 77.139 | Yellow headed amazon | $ Undetermined |
| 77.140 | Yellow naped amazon | $ Undetermined |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 91,552,323.02

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 186,890.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 9,334,307.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 968,768.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 856,107.71 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 172,113.76 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,271,720.31 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 91,552,323.02 | |
| 91. **Total.** Add lines 80 through 90 for each column...........91a. | $ 105,342,230.92 + 91b. | $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................ | | $ 105,342,230.92 |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor Name: In re : Controladora Dolphin, S.A. de C.V.</td></tr>
<tr><td>United States Bankruptcy Court for the:  District of Delaware</td></tr>
<tr><td>Case number (if known): 25-10715 (LSS)</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑  Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|

**2.1 Creditor's name**

Cigna Health and Life Insurance Company
Creditor's Name

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor

Column A: $ 29,450,698.24    Column B: $ Unliquidated

**Creditor's mailing address**

Attention: Fixed Income Securities
Notice Name

900 Cottage Grove Road
Street

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑  No
☐  Yes

| Bloomfield | CT | 06002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Is anyone else liable on this claim?**

☐  No
☑  Yes. Fill out *Schedule H: Codebtors* *(Official Form 206H).*

**Creditor's email address, if known**

Lenny.Mazlish@CignaHealthcare.com,
Graham.Bradler@CignaHealthcare.com,
CIMFixedIncomeSecurities@Cigna.com

**Date debt was incurred**      6/8/2020,6/27/20
22

**Last 4 digits of account
number**      _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Do multiple creditors have an interest in the
same property?**

☐  No
☑  Yes. Have you already specified the
   relative priority?

   ☐  No. Specify each creditor, including this
      creditor, and its relative priority.

   ☑  Yes. The relative priority of creditors is
      specified on lines

      See above

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)* | 25-10715 |
|---|---|---|---|

Name

**Part 1:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

2.2 **Creditor's name**

Leisure Investment Funding LLC

Creditor's Name

**Creditor's mailing address**

Attn: Real Estate Asset Management

Notice Name

9 West 57th Street, 40th Floor

Street

| New York | NY | 10019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

sreassetmgmt@sculptor.com

**Date debt was incurred**   6/27/2022

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

    ☒ Yes. The relative priority of creditors is specified on lines

        See above

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor    $ 105,951,075.00   $   Unliquidated

**Describe the lien**

Secured second priority lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

*NOTE: Total claim amount is $105,951,075.00 plus interest, fees, and costs*

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known):* | 25-10715 |
|---|---|---|---|
| | Name | | |

**Part 1:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|

**2.3 Creditor's name**

Prudential Legacy Insurance Company of New Jersey

Creditor's Name

**Creditor's mailing address**

Attention: Managing Director – Corporate and Project Workout

Notice Name

655 Board Street, 17th Floor

Street

South Tower

| Newark | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

cpw@prudential.com

**Date debt was incurred**    6/8/2020,6/27/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐   No

☑   Yes. Have you already specified the relative priority?

  ☐   No. Specify each creditor, including this creditor, and its relative priority.

  ☑   Yes. The relative priority of creditors is specified on lines

  See above

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor          $          38,700,319.07   $          Unliquidated

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑   No

☐   Yes

**Is anyone else liable on this claim?**

☐   No

☑   Yes. Fill out *Schedule H: Codebtors* *(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐   Contingent

☐   Unliquidated

☐   Disputed

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.4 **Creditor's name**

The Prudential Insurance Company of America

Creditor's Name

**Creditor's mailing address**
Attention: Managing Director – Corporate and Project Workout

Notice Name

655 Board Street, 17th Floor

Street

South Tower

| Newark | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

cpw@prudential.com

| **Date debt was incurred** | 6/8/2020,6/27/2022 |
|---|---|

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines

    See above

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor    $   49,656,573.78   $   Unliquidated

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$   223,758,666.09

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|-----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Baker & McKenzie LLP | | | Line 2.1 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Baker & McKenzie LLP | | | Line 2.3 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Baker & McKenzie LLP | | | Line 2.4 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

Latham & Watkins LLP
_____
Name

Line  2.2
_____

_____

Attn: Whit Morley
_____
Notice Name

220 North Wabash Avenue
_____
Street

Suite 2800
_____

_____

Chicago
_____
City

IL
_____
State

60611
_____
ZIP Code

_____
Country

**Fill in this information to identify the case:**

Debtor Name: In re : Controladora Dolphin, S.A. de C.V.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10715 (LSS)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐  No. Go to Part 2.
   ☑  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ ____ Unliquidated | $ ____ Unliquidated |

**2.1 Priority creditor's name and mailing address**

Servicio de Administración Tributaria
Creditor Name

_____
Creditor's Notice name

Av. Hidalgo 77, Col. Guerrero, C.P. Ciudad de México
Address

_____

| Mexico City | | 6300 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

Multiple

**Last 4 digits of account
number**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ ____ Unliquidated
*Check all that apply.*

☐  Contingent
☑  Unliquidated
☐  Disputed

**Basis for the claim:**

VAT Tax

**Is the claim subject to offset?**
☑  No
☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

**2.2 Priority creditor's name and mailing address**

Servicio de Administración Tributaria
Creditor Name

Creditor's Notice name

Av. Hidalgo 77, Col. Guerrero, C.P. Ciudad de México
Address

| Mexico City | | 6300 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

Multiple

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Income tax

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.3 Priority creditor's name and mailing address**

Servicio de Administración Tributaria
Creditor Name

Creditor's Notice name

Av. Hidalgo 77, Col. Guerrero, C.P. Ciudad de México
Address

| Mexico City | | 6300 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

Multiple

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Income Withholding Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated |
|---|---|---|

Servicio de Administración Tributaria
_____
Creditor Name

_____
Creditor's Notice name

Av. Hidalgo 77, Col. Guerrero, C.P. Ciudad de México
_____
Address

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

ISR Interest
_____

| Mexico City | | 6300 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**

Multiple
_____

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.5 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated |
|---|---|---|

Servicio de Administración Tributaria
_____
Creditor Name

_____
Creditor's Notice name

Av. Hidalgo 77, Col. Guerrero, C.P. Ciudad de México
_____
Address

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Income Tax on Lease
_____

| Mexico City | | 6300 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**

Multiple
_____

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ Unliquidated | $ _____ Unliquidated |
|---|---|---|---|---|

Servicio de Administración Tributaria
_____
Creditor Name

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

_____
Creditor's Notice name

Av. Hidalgo 77, Col. Guerrero, C.P. Ciudad de México
_____
Address

**Basis for the claim:**

VAT Withholding Tax
_____

_____

| Mexico City | | 6300 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**

Multiple
_____

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.7 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ Unliquidated | $ _____ Unliquidated |
|---|---|---|---|---|

Servicio de Administración Tributaria
_____
Creditor Name

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

_____
Creditor's Notice name

Av. Hidalgo 77, Col. Guerrero, C.P. Ciudad de México
_____
Address

**Basis for the claim:**

Penalties
_____

_____

| Mexico City | | 6300 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**

Multiple
_____

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1 Nonpriority creditor's name and mailing address**

4imprint, Inc.
Creditor Name

Creditor's Notice name

101 Commerce Street
Address

| Oshkosh | WI | 54901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                    1,080.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2 Nonpriority creditor's name and mailing address**

AAMEVHOS AC
Creditor Name

Creditor's Notice name

Av. Universidad 3000, Col. Copilco Universidad
Address

| Mexico City | | 04510 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                    693.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known)*: | 25-10715 |
| | Name | | | |

**3.3** **Nonpriority creditor's name and mailing address**

ABARROTERA del DUERO SA de C.V.
Creditor Name

Creditor's Notice name

Calle 5 de Febrero No. 123, Zona Centro
Address

| Guanajuato | GTO | 36000 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $        1,223.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

ABASTECEDOR HOSPITALARIO de CANCUN SA de C.V.
Creditor Name

Creditor's Notice name

Av. Yaxchilán 56, SM 22
Address

| Cancún | Q.R. | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $        519.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,498.51 |

**3.5 Nonpriority creditor's name and mailing address**

ABASTECEDORA MODERNA de MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Calle 22 de Enero No. 261, Col. Centro
Address

| Chetumal | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 1,498.51
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

ABC Training and Testing LLC
Creditor Name

Creditor's Notice name

2600 Dallas Pkwy Suite 590
Address

| Frisco | TX | 75034 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 6,008.77
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)* 25-10715

**3.7 Nonpriority creditor's name and mailing address**

ACEVEDO PALESTINO KARINA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    171.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

ACOSTA INTERIAN ARMANDO BENITO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    287.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.9** **Nonpriority creditor's name and mailing address**

ACTIVIDADES de NAUTILUS SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 9.5
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    318.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

ADMINISTRACION MEXXCAR VZ
Creditor Name

Creditor's Notice name

Av. Huayacán 509, SM 313, Cancún
Address

| Q.R. | QR | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  12,322.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.11 Nonpriority creditor's name and mailing address**

ADMINISTRACION PORTUARIA INTEGRAL de QUINTANA ROO SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 109, SM 64
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,629.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.12 Nonpriority creditor's name and mailing address**

AES AKE MARIA del SOCORRO
Creditor Name

Creditor's Notice name

Heriberto Frías No. 427, Col. Narvarte
Address

| Mexico City | | 03020 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 902.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)* 25-10715

**3.13 Nonpriority creditor's name and mailing address**

AFIANZADORA SOFIMEX SA

Creditor Name

Creditor's Notice name

Av. Paseo de las Palmas 275, Piso 8, Lomas de Chapultepec

Address

| Mexico City | | 11510 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,236.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

AGUILAR DELGADO LUIS CARLOS

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,070.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.15 Nonpriority creditor's name and mailing address**

AGUILAR DOMINGUEZ AMERICA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 390.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

AGUILAR MENDOZA, DAVID
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 958.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

**3.17 Nonpriority creditor's name and mailing address**

AKE CETZ FELIX

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    21,880.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

AKIN GUMP STRAUSS HAUER & FELD LLP

Creditor Name

Creditor's Notice name

2001 K St NW, Suite 600

Address

| Washington | DC | 20006 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    66,276.25

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
Name

**3.19** **Nonpriority creditor's name and mailing address**

ALBERCAS BOMBAS Y CALENTADORES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Coyoacán 1108, Colonia del Valle
Address

Benito Juárez

| Mexico City | | 03100 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 216.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**

ALBOR RODRIGUEZ JUAN ALAN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 221.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

| | |
|---|---|
| **3.21 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 723.27 |
| ALEJANDRO JIMENEZ GILBERTO | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| [Available Upon Request] | |
| Address | Trade |

City / State / ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.22 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 657.51 |
| ALESTRA INNOVACION DIGITAL S de RL de C.V. | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Avenida 39 Nte. y Calle 30 Poniente, Mz 1, SM 71 | |
| Address | Trade |

| Cancún | QR | 77510 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| 3.23 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,978.26 |

ALFACERO SA de C.V.
Creditor Name

Creditor's Notice name

Benito Juárez 301-A, Industrial
Address

| Mérida | Yuc. | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| 3.24 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 458.33 |

ALIMENTOS BENEFITS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Felipe Carrillo Puerto No. 45, Cancún
Address

| Q.R. | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.25 Nonpriority creditor's name and mailing address**

ALIMENTOS CARNICOS del CARIBE S de RL de C.V.
Creditor Name

Creditor's Notice name

Guadalupe No. 1961
Address

Jesús María

| Aguascalientes | | 20900 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              6,594.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.26 Nonpriority creditor's name and mailing address**

ALIMENTOS CONGELADOS QUESADA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Lol-Ha, Mz 385 Lt 10, SM 307
Address

| Cancún | QR | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              3,569.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

**3.27 Nonpriority creditor's name and mailing address**

ALIMENTOS SLM
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address




City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    55.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.28 Nonpriority creditor's name and mailing address**

ALLIANCE OF MARINE MAMMAL PARKS & AQUARIUMS
Creditor Name


Creditor's Notice name

218 N. Lee Street Ste. 200
Address



Alexandria    VA    22314
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    10,940.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
                                                        Case number *(if known)*    25-10715

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 59,236.48 |

Alliance of Marine Mammal Parks and Aquariums
Creditor Name

Kathleen Dezio
Creditor's Notice name

218 N Lee Street Ste 200
Address

| Alexandria | VA | 22314 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    59,236.48
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 6,766.88 |

Alliance of Marine Mammal Parks and Aquariums
Creditor Name

Kathleen Dezio
Creditor's Notice name

218 N Lee Street Ste 200
Address

| Alexandria | VA | 22314 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    6,766.88
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.31 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 40.78 |
| ALPINA SA de C.V. | *Check all that apply.* |
| Creditor Name | |

Creditor's Notice name

Av. Industria del Agave 1
Address

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

| Lerma | Mex. | 52004 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account**

**number**

---

**3.32 Nonpriority creditor's name and mailing address**

ALSICO MEXICO S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Parque Industrial Ramos Arizpe
Address

**As of the petition filing date, the claim is:** $ 495.71
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

| Saltillo | Coahuila | 25900 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account**

**number**

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known)* | 25-10715 |

---

**3.33** **Nonpriority creditor's name and mailing address**

ALSTON & BIRD LLP
Creditor Name

Creditor's Notice name

333 Commerce St, Suite 1100
Address


| Nashville | TN | 37201 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 134,115.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

ALTAMIRANO CASIMIRO OLIVIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address


| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 180.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
                                                                Case number *(if known)*    25-10715
Name

| | |
|---|---|
| **3.35 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $ 2,865.90 |
| ALVAREZ HERNANDEZ SANDRA | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| [Available Upon Request] | Trade |
| Address | |

City            State            ZIP Code

Country

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                        ☒ No
**Last 4 digits of account**                            ☐ Yes

**number**

| | |
|---|---|
| **3.36 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $ 295.73 |
| AME de QUINTANA ROO SA de C.V. | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Calle 40 Sur entre 70 y 75 Av. Sur, Cozumel | Trade |
| Address | |

Q.R.            QR            77600
City            State            ZIP Code

Mexico
Country

**Date or dates debt was incurred**                    **Is the claim subject to offset?**
                                                        ☒ No
**Last 4 digits of account**                            ☐ Yes

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 5,601.27 |

**3.37 Nonpriority creditor's name and mailing address**

American Humane Association
Creditor Name

Creditor's Notice name

1400 16th Street NW
Address

Washington         DC         20036
City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    5,601.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

AMERICAN SIGN SA de C.V.
Creditor Name

Creditor's Notice name

3265 W Alabama St
Address

Houston         TX         77098
City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    3,043.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.39 Nonpriority creditor's name and mailing address**

AMSTAR OPERACIONES DMC MX S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum Mz. 1 Lt. 2, Supermanzana 9
Address

| Cancún | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,937.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.40 Nonpriority creditor's name and mailing address**

ANALISIS CLINICOS ESPECIALIZADOS SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 67
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,575.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| Debtor: | Controladora Dolphin, S.A. de C.V. |
| | Name |

Case number *(if known)*: 25-10715

**3.41** **Nonpriority creditor's name and mailing address**

ANALISIS TECNICOS SA de C.V.
Creditor Name

Creditor's Notice name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,857.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**

ANALOGIC CARE S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Huayacán 5204, Cancún
Address

| Q.R. | QR | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,891.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**Name**

**3.43  Nonpriority creditor's name and mailing address**

ANDYS DISTRIBUCIONES SA de C.V.

Creditor Name

Creditor's Notice name

Calle 21 No. 152 x 16 y 18, Itzimná

Address

| Mérida | Yucatán | 97100 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    752.94
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.44  Nonpriority creditor's name and mailing address**

ANGUIANO SALINAS CECILIA MICAELA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  7,762.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.45** **Nonpriority creditor's name and mailing address**

ANUNCIOS PUBLICITARIOS del CARIBE SA de C.V.

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            2,583.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

AQUA EXCURSIONS S de RL de C.V.

Creditor Name

Creditor's Notice name

Carr. Federal Chetumal-Cancún Km 311, Playa del Carmen

Address

Q.R.        QR        77710

City        State        ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            1,091.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.47** **Nonpriority creditor's name and mailing address**

AQUALAB S de RL de C.V.

Creditor Name

Creditor's Notice name

Calle Clavel 21

Address

| Cancún | QR | 77533 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 898.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

ARENAS ORTEGA OFELIA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9.43

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.49 Nonpriority creditor's name and mailing address**

ARJONA FUENTES JESSICA IRELA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 11,173.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.50 Nonpriority creditor's name and mailing address**

ARMADA SYSTEMS INC

Creditor Name

Creditor's Notice name

503 N Sepulveda Blvd

Address

| | | |
|---|---|---|
| Manhattan Beach | CA | 90266 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 66.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.51  Nonpriority creditor's name and mailing address**

ARPESCA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 29 #184
Address

| Progreso | Yucatán | 97320 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,818.37
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.52  Nonpriority creditor's name and mailing address**

ARREGUI GUERRERO FAUSTO ULISES
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    354.88
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)* | 25-10715 |

**3.53 Nonpriority creditor's name and mailing address**

ASCENTEC TECNOLOGIA VERTICAL SA de C.V.
Creditor Name

Creditor's Notice name

Av. Centenario No. 206, Álamos II, Cancún
Address

| Q.R. | QR | 77560 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,091.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.54 Nonpriority creditor's name and mailing address**

ASESORIA Y VERIFICACION de PETROLIFEROS del CENTRO SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Cancún☐Mérida Km 1.5
Address

| Puerto Morelos | QR | 77580 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,681.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:  $                    1,029.15
ASOCIACION de CLUBES VACACIONALES de QUINTANA ROO
Creditor Name

*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Sm 43 Mza 3 Lote 8
Address

**Basis for the claim:**

Trade

| Cancún | QR | 77506 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒  No

☐  Yes

**Last 4 digits of account**

**number**

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:  $                    5,609.76
ASOCIACION de CONDOMINOS PUERTO LOS CABOS AC
Creditor Name

*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Blvd. Mar de Cortés s/n
Address

**Basis for the claim:**

Trade

| San José del Cabo | B.C. | 23403 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒  No

☐  Yes

**Last 4 digits of account**

**number**

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
Name

**3.57 Nonpriority creditor's name and mailing address**

ASOCIACION de HOTELES de QUINTANA ROO AC
Creditor Name

Creditor's Notice name

Calle Pargo 5, SM 3, Mz 1, Lt 1
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,698.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

ASOCIACION FEMENIL de EJECUTIVAS de EMPRESAS TURISTICAS
de QUINTANA ROO AC
Creditor Name

Creditor's Notice name

Av. Tulum 260
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,656.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known)* | 25-10715 |
| | Name | | | |

**3.59 Nonpriority creditor's name and mailing address**

ASOCIACION MEXICANA de AGENCIAS de VIAJES de QUINTANARO
Creditor Name

Creditor's Notice name

Av. López Portillo, Mz 4, Lt 20, SM 63
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     175.37

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.60 Nonpriority creditor's name and mailing address**

ASOCIACION MEXICANA de HABITATS PARA LA INTERACCION Y
PROTECCION de MAMIFEROS MARINO AC
Creditor Name

Creditor's Notice name

Calle Los Tules 217, SM 38, Mz 1, Lt 2
Address

| Cancún | QR | 77507 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   6,197.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*  25-10715

**3.61 Nonpriority creditor's name and mailing address**

ASOCIADOS NAUTICOS de CANCUN SA de C.V.
Creditor Name

_____
Creditor's Notice name

Av. Tankah Mza 11, Loc A, Smza 27
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 6,329.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.62 Nonpriority creditor's name and mailing address**

Association of Zoos and Aquariums, Inc.
Creditor Name

_____
Creditor's Notice name

Av. Bonampak 77
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 2,818.11
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 2,818.11 |
|---|---|---|---|

Association of Zoos and Aquariums, Inc.

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

Av. Bonampak 77

☐ Disputed

Address

**Basis for the claim:**

Trade

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 6,675.77 |
|---|---|---|---|

Association of Zoos and Aquariums, Inc.

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

8403 Colesville Rd, Suite 710

☐ Disputed

Address

**Basis for the claim:**

Trade

| Silver Spring | MD | 20910 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 2,350.51 |
|---|---|---|---|

ASTILLEROS CATAMARANES PROGRESO SA de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Calle 82 x 25 y 27, Puerto de Abrigo
Address

**Basis for the claim:**

Trade

| Progreso | Yucatán | 97320 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 71,839.14 |
|---|---|---|---|

Atlantic Pacific Companies
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☒ Unliquidated

☐ Disputed

PO Box 874
Address

**Basis for the claim:**

Trade

| North Kingstown | RI | 02852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| 3.67 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 157.72 |

AUTOELECTRICA RAFA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Itzáes 530, Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.68 **Nonpriority creditor's name and mailing address**

AUTOPARTES Y MAS SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 234, SM 59, Cancún
Address

| Q.R. | QR | 77515 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 193.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.69** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 55.60 |

AUTOSERVICIO LA PLAYA SA de C.V.
Creditor Name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

**Basis for the claim:**

Av. Tulum 12, SM 22
Address

Trade

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

---

| | |
|---|---|
| **3.70** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 709.67 |

AUTOTRANSPORTES de CARGA TRESGUERRAS SA de C.V.
Creditor Name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

**Basis for the claim:**

Carretera León-Silao Km 4.5
Address

Trade

| León | Guanajuato | 37670 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.71** **Nonpriority creditor's name and mailing address**

AVENTURAS UNICAS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Bahía Xcacel 7, Lote 1□4, Puerto Aventuras
Address

| Solidaridad | QR | 77750 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,520.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**

AVILA RODRIGUEZ HERNANDEZ MENA & GARRO LLP
Creditor Name

Creditor's Notice name

1601 Elm Street, Suite 4300
Address

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 169,561.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.73** **Nonpriority creditor's name and mailing address**

AXA SEGUROS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Félix Cuevas 366
Address

Benito Juárez

| Mexico City | | 03100 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 105,157.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

BACAB PACHECO JENIFER
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 120.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.75 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 3,130.49 |

**3.75 Nonpriority creditor's name and mailing address**

BALCH TOURS CANCUN

Creditor Name

Creditor's Notice name

Av. Yaxchilán 31

Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,130.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

BANCO INVEX SA  FIDEICOMISO NO 192 PLC F

Creditor Name

Creditor's Notice name

Av. Paseo de la Reforma 243

Address

| Mexico City | | 06500 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 50,056.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
|---|---|---|---|
| | Name | | |

---

**3.77 Nonpriority creditor's name and mailing address**

BANCO MERCANTIL del NORTE SA
Creditor Name

_____
Creditor's Notice name

Av. Revolución 3000, Col. Primavera
Address

_____

_____

| Monterrey | Nuevo León | 64830 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41.85

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.78 Nonpriority creditor's name and mailing address**

BANCO MERCANTIL del NORTE SA
Creditor Name

_____
Creditor's Notice name

Av. Revolución 3000, Col. Primavera
Address

_____

_____

| Monterrey | Nuevo León | 64830 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 157.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

**3.79** **Nonpriority creditor's name and mailing address**

BARCEL SA de C.V.

Creditor Name

Creditor's Notice name

Av. Industria Automotriz 1500

Address

| Lerma | Mex. | 52004 |
|-------|------|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 104.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**

BARRERA ZALDIVAR FABIAN ANTONIO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|-------|------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 628.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)* | 25-10715 |
|---|---|---|---|
| | Name | | |

**3.81** **Nonpriority creditor's name and mailing address**

BAZAN SALINA IVAN

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      234.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**

BBVA BANCOMER SA

Creditor Name

Creditor's Notice name

Torre BBVA

Address

Mexico City        06600

City    State    ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      76.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.83 Nonpriority creditor's name and mailing address**

BEBIDAS PURIFICADAS S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Chichen Itzá 45, SM 23, Cancún
Address

| Q.R. | QR | 77500 |
|------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 642.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.84 Nonpriority creditor's name and mailing address**

BEELIVE DISTRIBUCIONES
Creditor Name

Creditor's Notice name

Av. Chichen Itzá 235, SM 30, Cancún
Address

| Q.R. | QR | 77508 |
|------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 541.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known):  25-10715

| | |
|---|---|
| 3.85 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,951.85 |
| BEPENSA BEBIDAS SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Calle 59 660, Zona Industrial | Trade |
| Address | |

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| 3.86 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 5,321.30 |
| BIMBO SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | Trade |
| Address | |

| Mexico City | | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.87 Nonpriority creditor's name and mailing address**

Bionic Zoo & Aquarium, Inc.

Creditor Name

Creditor's Notice name

95 NW 13th Ave

Address

| Pompano Beach | FL | 33069 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,187.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

BLIDCO DISTRIBUTION MEX SA de C.V.

Creditor Name

Creditor's Notice name

Calle 63 No. 526-A, Centro, Mérida

Address

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 578.61

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

| | |
|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** |

Blue Cross and Blue Shield of Florida, Inc.
Creditor Name

Creditor's Notice name

4800 Deerwood Campus Pkwy
Address

| Jacksonville | FL | 32246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   16,662.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.90** | **Nonpriority creditor's name and mailing address** |

BONAFONT SA de C.V.
Creditor Name

Creditor's Notice name

Av. Industria del Agave 1
Address

| Lerma | Mex. | 52004 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   255.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*  25-10715

**3.91 Nonpriority creditor's name and mailing address**

BRAZALETES MEXICO SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

5a Avenida entre Calle 6 y 8
_____
Address

_____

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  5,870.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.92 Nonpriority creditor's name and mailing address**

BRIDGEFIELD CASUALITY INSURANCE COMPANY
_____
Creditor Name

_____
Creditor's Notice name

2310 Commerce Point Drive
_____
Address

_____

| Lakeland | FL | 33801 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  0.00

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)* | 25-10715 |
|---|---|---|---|
| | Name | | |

**3.93 Nonpriority creditor's name and mailing address**

BTS SOUVENIRS S de RL de C.V.
Creditor Name

_____
Creditor's Notice name

Calle Chetumal-Cancún Km 289, SM 307
Address

| Cancún | QR | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,653.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

BURGOIN BARRERA CATSICA MALINALY
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 296.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known)*: | 25-10715 |
|---------|------|--|------|------|
| | Name | | | |

---

**3.95** **Nonpriority creditor's name and mailing address**

BURRELLES INFORMATION SERVICES, LLC
Creditor Name

Creditor's Notice name

30 B Vreeland Rd
Address

| Florham Park | NJ | 07932 |
|------|------|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,853.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

BY THE SEA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Cobá Mz 2 Lt 6, SM 26
Address

| Cancún | QR | 77500 |
|------|------|------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,430.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.97 Nonpriority creditor's name and mailing address**

C MARINE SAPI de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 9.5, Zona Hotelera
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,168.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

CABRERA PEREZ DAVID ARTURO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    564.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.99** **Nonpriority creditor's name and mailing address**

CABRERA URIBE CHRISTIAN
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address




City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,940.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.100** **Nonpriority creditor's name and mailing address**

CABRERA VENTURA HECTOR EDUARDO
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address




City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                384.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.101**  **Nonpriority creditor's name and mailing address**

CAMARA BARRERA CARLOS ENRIQUE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                241.32
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.102**  **Nonpriority creditor's name and mailing address**

CAMARA BARRERA VERONICA ALEJANDRA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,612.35
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

Name

---

**3.103**  **Nonpriority creditor's name and mailing address**

CAMPOS RIVERA LUCERO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City                State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    197.14
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.104**  **Nonpriority creditor's name and mailing address**

CANALES MERINO MARIA ROCIO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City                State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    350.43
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

---

**3.105 Nonpriority creditor's name and mailing address**

CANCHE MARTIN CARLOS ALBERTO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                5,124.81
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.106 Nonpriority creditor's name and mailing address**

CANCHE MARTIN ROGER ABEL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                475.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)* 25-10715

---

**3.107** **Nonpriority creditor's name and mailing address**

CAPACO SA de C.V.

Creditor Name

Creditor's Notice name

Calle 6 Norte 6, Cozumel

Address

| Q.R. | QR | 77600 |
|------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 198.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

CARAVALI IMPORT SA de C.V.

Creditor Name

Creditor's Notice name

Av. López Portillo 1450, SM 64

Address

| Cancún | QR | 77517 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,940.57

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

**3.109 Nonpriority creditor's name and mailing address**

CARAVEO VALLARTA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Ejemplo, Colonia Vallarta
Address

| Puerto Vallarta | Jalisco | 48310 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    2,051.69
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.110 Nonpriority creditor's name and mailing address**

CARIBBEAN FESTIVAL SRL
Creditor Name

Creditor's Notice name

Av. España 1171
Address

| Santo Domingo | | 10108 |
|---|---|---|
| City | State | ZIP Code |

Dominican Republic
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    100,777.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.111 Nonpriority creditor's name and mailing address**

CARIBE TRANSFERS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Huayacán 608, SM 313
Address

| Cancún | QR | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,794.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.112 Nonpriority creditor's name and mailing address**

CARRIER ENTERPRISE MEXICO S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Cámara de Comercio 200
Address

| Parque Industrial Escobedo | Nuevo León | 66050 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 366.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

---

**3.113 Nonpriority creditor's name and mailing address**

CARRILLO SOBERANIS JULIO AGUSTIN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 137.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.114 Nonpriority creditor's name and mailing address**

CASA SATIVA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Álamos No. 26, Col. Álamos, Benito Juárez
Address

| City | State | ZIP Code |
|------|-------|----------|
| Mexico City | CDMX | 03400 |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 132.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 578.69 |

CASPER VENTAS Y REPRESENTACIONES SA de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Blvd. Kukulcán Km. 12.5, Zona Hotelera
Address

**Basis for the claim:**

Trade

| Cancún | QROO | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 285.88 |

CASTRO AGUILAR ELIA
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

[Available Upon Request]
Address

**Basis for the claim:**

Trade

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.117  Nonpriority creditor's name and mailing address**

CASTRO ARAIZA GIOVANY EMMANUEL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          37.16
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.118  Nonpriority creditor's name and mailing address**

CASTRO LOPEZ ARCADIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          71.44
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715
_____

**3.119** **Nonpriority creditor's name and mailing address**

CC INSTITUCIONALES SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Blvd. Miguel de Cervantes Saavedra 301
_____
Address

_____

_____

| CDMX | Mexico | 11520 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              228.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.120** **Nonpriority creditor's name and mailing address**

CEN LOPEZ JESUS MARCO ANTONIO
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              256.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

**3.121** **Nonpriority creditor's name and mailing address**

CENTRO MEXICANO PARA LA FILANTROPIA AC
_____
Creditor Name

_____
Creditor's Notice name

Calle Uruguay 37
_____
Address

_____

_____

| Mexico City | | 06600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    4,140.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.122** **Nonpriority creditor's name and mailing address**

CEREBRO AD MEDIA S.A. de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Pdte. Masaryk 29, Polanco
_____
Address

Miguel Hidalgo
_____

| Mexico City | | 11560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    2,858.76
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

| | |
|---|---|
| **3.123 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,140.05 |

CERVECERIA MODELO de MEXICO S de RL de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

Avenida Lago Alberto 156, Anáhuac I Sección
Address

☐ Disputed

**Basis for the claim:**

Trade

| | | |
|---|---|---|
| Mexico City | | 11320 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.124 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 37,133.08 |

CERVEZAS CUAUHTEMOC MOCTEZUMA SA de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

Calz. Ermita Iztapalapa 911
Address

☐ Disputed

**Basis for the claim:**

Trade

| | | |
|---|---|---|
| Mexico City | | 09620 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.125** **Nonpriority creditor's name and mailing address**

CESAR VALENCIA PORFIRIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,568.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.126** **Nonpriority creditor's name and mailing address**

CFE SUMINISTRADOR de SERVICIOS BASICOS
Creditor Name

Creditor's Notice name

Av. Río Churubusco No. 589
Address

| | | |
|---|---|---|
| Mexico City | | 09310 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,865.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.127** **Nonpriority creditor's name and mailing address**

CHAN CHAN JESUS RICARDO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 283.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.128** **Nonpriority creditor's name and mailing address**

CHAVEZ CRUZ THANIA NORELY

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,725.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

**3.129 Nonpriority creditor's name and mailing address**

CHAVEZ ESCOBEDO NOE TAKATOSI
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____  _____  _____
City            State       ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                4,096.21
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.130 Nonpriority creditor's name and mailing address**

CHEF MART SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Santa Margarita 3600
_____
Address

_____

Zapopan        Jalisco      45138
_____  _____  _____
City            State       ZIP Code

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                938.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | |
|---|---|
| **3.131** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,917.53 |

CIBANCO SA

Creditor Name

Creditor's Notice name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Paseo de las Palmas 215, Torre B, Col. Lomas de Chapultepec V Secc.

Address

**Basis for the claim:**

Miguel Hidalgo

Trade

| Mexico City | | 11570 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.132** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,715.25 |

CIDAR SA de C.V.

Creditor Name

Creditor's Notice name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Av. Miguel Aleman No. 250, Col. Centro

Address

**Basis for the claim:**

Trade

| Mérida | YUC | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.133 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 36.98 |
| CLAVERIA TARTAMELLA LOUIS JOSEPH | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| [Available Upon Request] | **Basis for the claim:** |
| Address | Trade |

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.134 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 8,429.85 |
| COCO FRUT de CANCUN S de RL de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| Calle 3 Sur, SM 64, Mz 2, Lote 2 | **Basis for the claim:** |
| Address | Trade |

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

---

3.135 **Nonpriority creditor's name and mailing address**

COLEGIO de CONTADORES PUBLICOS de CANCUN AC
Creditor Name


Creditor's Notice name

Av. Uxmal 655, Supermanzana 19
Address




| Cancún | QROO | 77500 |
|--------|------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.136 **Nonpriority creditor's name and mailing address**

COLEGIO ILUSTRE de MAESTRIAS EN MEXICO SC
Creditor Name


Creditor's Notice name

Boulevard Miguel Hidalgo No. 26, Col. Centro
Address




| San Juan del Río | QR | 76800 |
|------------------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 314.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
|---|---|---|---|
| | Name | | |

**3.137 Nonpriority creditor's name and mailing address**

COLOR MAX SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo No. 123, Col. Centro
Address

| Chetumal | QR | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 8,381.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.138 Nonpriority creditor's name and mailing address**

COMERCIAL ESSEX SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 88
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 185.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.139 Nonpriority creditor's name and mailing address**

COMERCIALIZADORA A. J. GUTIERREZ TEXTILES
Creditor Name

Creditor's Notice name

Calle 63 456 x 50 y 52, Centro
Address

| Mérida | Yucatán | 97000 |
|--------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              4,459.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.140 Nonpriority creditor's name and mailing address**

COMERCIALIZADORA del MAR JER SA de C.V.
Creditor Name

Creditor's Notice name

Calle Puerto Juárez 102, SM 84, Cancún
Address

| Q.R. | QR | 77520 |
|------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                542.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 3,767.90 |

**3.141** **Nonpriority creditor's name and mailing address**

COMERCIALIZADORA DELTA S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Central 178, Colonia Valle de Aragón
Address

| Nezahualcóyotl | Mex. | 57100 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,767.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.142** **Nonpriority creditor's name and mailing address**

COMERCIALIZADORA DIGITAL RADIO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Coyoacán 1622, Del Valle
Address

Benito Juárez

| Mexico City | | 03100 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,116.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

**3.143** **Nonpriority creditor's name and mailing address**

COMERCIALIZADORA FARMACEUTICA de CHIAPAS SAPI de C.V.
Creditor Name

_____
Creditor's Notice name

Avenida Alfonso Reyes 100 G, Valle Poniente
Address

_____

| | | |
|---|---|---|
| Santa Catarina | Nuevo León | 66196 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 472.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**

COMERCIALIZADORA GIACO SAPI de C.V.
Creditor Name

_____
Creditor's Notice name

Av. Kabah Km 4.5, Plaza Las Américas
Address

_____

| | | |
|---|---|---|
| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 122.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 4,566.77 |

COMERCIALIZADORA PEPSICO MEXICO S de RL de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

Bosques de Duraznos No. 67, Piso 11, Bosque de las Lomas
Address

☐ Disputed

**Basis for the claim:**

Trade

| Mexico City | | 11700 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 625.10 |

COMERCIALIZADORA PROINCO de LA PENINSULA SA de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

Calle 52 469, Centro
Address

☐ Disputed

**Basis for the claim:**

Trade

| Mérida | Yucatán | 97000 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

**3.147 Nonpriority creditor's name and mailing address**

COMERCIALIZADORA ROFELE SA de C.V.

Creditor Name

Creditor's Notice name

Calle 6 Poniente No. 301, Col. Centro

Address

| Chetumal | QR | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 619.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.148 Nonpriority creditor's name and mailing address**

COMERCIALIZADORA SAZA RIVIERA MAYA SA de C.V.

Creditor Name

Creditor's Notice name

Av. Juárez 105

Address

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 83.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.149** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 12.28 |
| COMERCIALIZADORA UMI SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Calle 12 No. 34 x 5 y 7, Col. Centro, Tulum | Trade |
| Address | |

| | | |
|---|---|---|
| Q.R. | QR | 77760 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.150** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 36.50 |
| COMERCIALIZADORA VAFREM SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Av. López Portillo 740 | Trade |
| Address | |

| | | |
|---|---|---|
| Cancún | QR | 77516 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.151 Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 853.19 |
| COMERCIALIZADORA Y DISTRIBUIDORA de CERVEZAS Y LICORES del CARIBE SA de C.V. | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| Creditor's Notice name | ☐ Unliquidated |
| | ☐ Disputed |
| Carretera Chetumal-Cancún Km 8, Calderitas | **Basis for the claim:** |
| Address | Trade |

| | | | |
|---|---|---|---|
| Chetumal | QR | 77955 | |
| City | State | ZIP Code | |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account**

**number**

---

| | |
|---|---|
| **3.152 Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 694.73 |
| COMERCIALIZADORA Y DISTRIBUIDORA del NAYAR SA de C.V. | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| Creditor's Notice name | ☐ Unliquidated |
| | ☐ Disputed |
| Libramiento Tepic–Mazatlán No. 108, Col. Las Brisas | **Basis for the claim:** |
| Address | Trade |

| | | | |
|---|---|---|---|
| Tepic | Nayarit | 63117 | |
| City | State | ZIP Code | |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.153** **Nonpriority creditor's name and mailing address**

COMETRA SERVICIOS INTEGRALES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Uxmal 313, Super Manzana 48
Address

| Cancún | QR | 77509 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,750.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**

COMISION FEDERAL de ELECTRICIDAD
Creditor Name

Creditor's Notice name

Av. Río Churubusco No. 589
Address

| Mexico City | | 09310 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 542.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
      Name

Case number *(if known)*    25-10715

---

**3.155** **Nonpriority creditor's name and mailing address**

COMPAÑIA MEXICANA de TRASLADO de VALORES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Enrique Diaz de León No. 1047
Address

| Guadalajara | JAL | 44670 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    47,417.14
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

CONCESIONARIA de AGUAS del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Av. Andrés Quintana Roo 145
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,750.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

**3.157** **Nonpriority creditor's name and mailing address**

CONCHA MALDONADO ARIEL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            374.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

CONSTROD CONDOS
Creditor Name

Creditor's Notice name

Calle 40 Norte, Playa del Carmen
Address

Q.R.            QR            77720
City            State            ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            8,721.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.159** **Nonpriority creditor's name and mailing address**

CONSTRUCCIONES VIMAPA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 5 No. 134, Fracc. Las Palmas
Address

| Chetumal | QR | 77019 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 520.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.160** **Nonpriority creditor's name and mailing address**

CONSTRUCTORA VIENTOS del SURESTE SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 123, SM 64
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,500.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)* | 25-10715 |
| | Name | | |

**3.161** **Nonpriority creditor's name and mailing address**

CONSTRUCTORES AEBAJ SA de C.V.

Creditor Name

Creditor's Notice name

Calle 20 No. 185, Fracc. Montebello

Address

| Mérida | Yucatán | 97113 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    457.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.162** **Nonpriority creditor's name and mailing address**

CONSULTING MANAGEMENT ADVANCED RETAIL SC

Creditor Name

Creditor's Notice name

Av. Bonampak 73

Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    19.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| Debtor: | Controladora Dolphin, S.A. de C.V. |
| | Name |

Case number *(if known)*    25-10715

---

**3.163 Nonpriority creditor's name and mailing address**

CONTRERAS ORTIZ LUIS RAUL
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address




City        State        ZIP Code


Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,226.18
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade


**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.164 Nonpriority creditor's name and mailing address**

CONTRERAS SANDEZ JOAQUIN
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address




City        State        ZIP Code


Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,347.61
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade


**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.165  Nonpriority creditor's name and mailing address**

CORAL HERNANDEZ XOCHITL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    256.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.166  Nonpriority creditor's name and mailing address**

CORDERO CARBAJAL JESSICA ESTHER

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,534.67
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

---

3.167 **Nonpriority creditor's name and mailing address**

CORPORACION FARMERDEZA INTERNACIONAL
Creditor Name

Creditor's Notice name

Calle 60 453, Centro, Mérida
Address

| Yucatán | Yucatán | 97000 |
|---------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 192.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.168 **Nonpriority creditor's name and mailing address**

CORPORATIVO AVICOLA GUILLEGG SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Teapa - Villahermosa Km 10
Address

| Villahermosa | Tabasco | 86280 |
|--------------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 201.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,153.34 |

3.169 **Nonpriority creditor's name and mailing address**

CORPORATIVO JAZANT SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 227
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,153.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.170 **Nonpriority creditor's name and mailing address**

CORPORATIVO SESENTA Y CUATRO de QUINTANA ROO SC
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km. 6.5, Zona Hotelera
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 58.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.171** **Nonpriority creditor's name and mailing address**

CORREDURIA PUBLICA de QUINTANA ROO SC
Creditor Name

Creditor's Notice name

Av. Xcaret Mz 2 Lt 1
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    714.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.172** **Nonpriority creditor's name and mailing address**

CORTINAS Y TAPICES VANESSA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Constituyentes 14, Gonzalo Guerrero, Playa del Carmen
Address

| Q.R. | QR | 77720 |
|------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    494.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
|---|---|---|---|

| | Name | | |

**3.173** **Nonpriority creditor's name and mailing address**

COSTCO de MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Magnocentro 4
Address

| Huixquilucan | Mex. | 52760 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              14,682.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

CRISTALERIA MONACO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Xcaret 25
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               1,587.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

**3.175  Nonpriority creditor's name and mailing address**

CRUZ ROJA MEXICANA IAP

Creditor Name

Creditor's Notice name

Juan Luis Vives No. 200, Col. Xoco

Address

| Mexico City | | 03330 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              1,725.11

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.176  Nonpriority creditor's name and mailing address**

CULTURA ENERGETICA de QUINTANA ROO SA de C.V.

Creditor Name

Creditor's Notice name

Carretera Chetumal-Cancún Km 3.5

Address

| Puerto Morelos | QR | 77580 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                228.70

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

**3.177** **Nonpriority creditor's name and mailing address**

CUN ALIANZA LOGISTICA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Lopez Mateos Sur 2077
Address

| Guadalajara | Jalisco | 45050 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                166,304.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.178** **Nonpriority creditor's name and mailing address**

CUSTOM TAILS JEWELRY
Creditor Name

Creditor's Notice name

8784 NW 116th St
Address

| Hialeah Gardens | FL | 33018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     465.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.179  Nonpriority creditor's name and mailing address**

DELFIN CHAVEZ CARLOS ADRIAN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              457.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.180  Nonpriority creditor's name and mailing address**

DELFIN YAÑEZ TEODORO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            3,531.19
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.181** **Nonpriority creditor's name and mailing address**

DENIZ CARDENAS JUAN MANUEL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,337.44
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.182** **Nonpriority creditor's name and mailing address**

Desarrollo Corporativo del Pacifico S.A.B. de C.V.

Creditor Name

Creditor's Notice name

Calle Rio Elba 20

Address

Cuauhtémoc       CDMX          06500

City          State          ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                7,350.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.183 Nonpriority creditor's name and mailing address**

DESARROLLOS HIDRAULICOS de CANCUN SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 312, SM 64
Address

| | | |
|---|---|---|
| Cancún | QR | 77516 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,454.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.184 Nonpriority creditor's name and mailing address**

DESPEGAR.COM MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Insurgentes Sur No. 1457, Piso 17, Ofi. 17-2 Insurgentes Mixcoac
Address

Benito Juárez México

| | | |
|---|---|---|
| CIUDAD DE MEXICO | | 03920 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 379.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.185** **Nonpriority creditor's name and mailing address**

DESPEGAR.COM MEXICO SA de C.V.
Creditor Name


Creditor's Notice name

Av. Insurgentes Sur No. 1457, Piso 17, Ofi. 17-2 Insurgentes Mixcoac
Address

Benito Juárez México


| CIUDAD DE MEXICO | | 03920 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,811.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade


**Is the claim subject to offset?**

☒ No

☐ Yes

**3.186** **Nonpriority creditor's name and mailing address**

DETERLAV SA
Creditor Name


Creditor's Notice name

Av. Kabah 123
Address


| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 253.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade


**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.187** **Nonpriority creditor's name and mailing address**

DIAZ ACUÑA ESDRAS

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    985.79

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.188** **Nonpriority creditor's name and mailing address**

DIAZ BARRERA MARIA de LOURDES

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

| 3.189 | **Nonpriority creditor's name and mailing address** | | | As of the petition filing date, the claim is: | $ | 9,240.59 |

DIESEL CANCUN SA de C.V.
Creditor Name

Creditor's Notice name

Boulevard Kukulcán Km 8.5, Zona Hotelera
Address


| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 9,240.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** |

DIFARVET SA de C.V.
Creditor Name

Creditor's Notice name

Industria Metalúrgica 114, Parque Industrial Belenes Norte
Address


| Zapopan | Jalisco | 45130 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 248.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.191** | **Nonpriority creditor's name and mailing address** |

DIKEN INTERNATIONAL S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. 16 de Septiembre 78, Col. El Carmen
Address

Coyoacán

| | | |
|---|---|---|
| Mexico City | | 04100 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 387.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.192** | **Nonpriority creditor's name and mailing address** |

DIMAQROO SA de C.V.
Creditor Name

Creditor's Notice name

Calle 6 Poniente 506, Col. Centro
Address

| | | |
|---|---|---|
| Chetumal | QR | 77000 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 688.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|

**3.193** **Nonpriority creditor's name and mailing address**

DISEÑO CONSTRUCCION Y SERVICIOS SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Chetumal-Mérida Km 1.5
Address

| Puerto Morelos | QR | 77580 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,969.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.194** **Nonpriority creditor's name and mailing address**

DISTRIBUCIONES DAMBA SA de C.V.
Creditor Name

Creditor's Notice name

Av. José López Portillo No. 198, Colonia Centro
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 760.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

---

**3.195** **Nonpriority creditor's name and mailing address**

DISTRIBUCIONES ESPECIALES FEMART SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 315
Address

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 194.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

DISTRIBUIDORA AGUA de MAR SA de C.V.
Creditor Name

Creditor's Notice name

Av. José López Portillo 1877
Address

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,308.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,229.83 |

DISTRIBUIDORA ALIMENTARIA ALICA SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Chetumal-Cancún Km 8, Calderitas
Address

| Chetumal | QR | 77955 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,005.64 |

DISTRIBUIDORA CUAUHTEMOC MOCTEZUMA de COZUMEL SA de C.V.
Creditor Name

Creditor's Notice name

Av. Rafael E. Melgar No. 181, Col. Centro
Address

| Cozumel | QR | 77600 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.199 Nonpriority creditor's name and mailing address**

DISTRIBUIDORA de LA COSTA de NAYARIT SA de C.V.
Creditor Name

Creditor's Notice name

Calle Aztlán 6, Col. Mololoa
Address

| Tepic | Nayarit | 63198 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  854.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.200 Nonpriority creditor's name and mailing address**

DISTRIBUIDORA JALI SA de C.V.
Creditor Name

Creditor's Notice name

Calle 63 503-B x 66 y 68, Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  202.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
Name

| | |
|---|---|
| **3.201** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 92.54 |

DISTRIBUIDORA MAICO de MEXICO SA de C.V.
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Av. José López Portillo 125
Address

**Basis for the claim:**

Trade

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.202** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,116.39 |

DISTRIBUIDORA MAK S de RL de C.V.
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Calle 5 #301, Parque Industrial Zapopan Norte
Address

**Basis for the claim:**

Trade

| Zapopan | Jalisco | 45136 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 93.80 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
DISTRIBUIDORA MAYORISTA de TORNILLOS de YUCATAN SA de C.V.
Creditor Name

Creditor's Notice name

Calle 59 471, Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

As of the petition filing date, the claim is:   $   93.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.204 **Nonpriority creditor's name and mailing address**
DISTRIBUIDORA OCCIDENTALISTA KRAKIS S.A. de C.V.
Creditor Name

Creditor's Notice name

Calle 14 105, Col. México Oriente, Mérida
Address

| Yucatán | Yucatán | 97118 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

As of the petition filing date, the claim is:   $   1,478.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 511.42 |

**Nonpriority creditor's name and mailing address**

DISTRIBUIDORA PROSERVIS SA de C.V.
Creditor Name

Creditor's Notice name

Calle 68 591, Centro
Address

| Mérida | Yucatán | 97000 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 511.42
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.206 **Nonpriority creditor's name and mailing address**

DISTRIBUIDORA SERVISUR SA de C.V.
Creditor Name

Creditor's Notice name

Av. Xcaret No. 65, Super Manzana 25
Address

| Cancún | QR | 77510 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 844.59
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.207** | **Nonpriority creditor's name and mailing address** |

DISTRIBUIDORA YAXCHILAN SA de C.V.
Creditor Name

Creditor's Notice name

Boulevard Kukulcán Km 11, Zona Hotelera
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,218.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.208** | **Nonpriority creditor's name and mailing address** |

DIVERSAN TRADING SA de C.V.
Creditor Name

Creditor's Notice name

Calle 16 61, SM 64
Address

| Cancún | QR | 77517 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 202.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*   25-10715

**3.209 Nonpriority creditor's name and mailing address**

Dolphin Austral Holdings S.A. de C.V.

Creditor Name

Creditor's Notice name

Av. Banco Chinchorro, MZA 1, LT 7-02, Local B

Address

Supermanzana 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 4,900.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

Dolphin Capital Company, S. de R.L. de C.V.

Creditor Name

Creditor's Notice name

404 Washington Ave

Address

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 1,581,043.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.211 Nonpriority creditor's name and mailing address**

DOLPHIN COVE CAYMAN LTD
Creditor Name

Creditor's Notice name

Turtle Lagoon Dr
Address

| Grand Cayman | | KY1-1201 |
|---|---|---|
| City | State | ZIP Code |

Cayman Islands
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,203.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

DOLPHIN COVE LTD
Creditor Name

Creditor's Notice name

Belmont Rd
Address

| Ocho Rios | | |
|---|---|---|
| City | State | ZIP Code |

Jamaica
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,726.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.213 Nonpriority creditor's name and mailing address**

DOLPHIN DISCOVERY ANGUILA LTD

Creditor Name

Creditor's Notice name

Blowing Point Ferry Terminal

Address

| City | State | ZIP Code |
|------|-------|----------|

Anguilla

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                29,848.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.214 Nonpriority creditor's name and mailing address**

DOLPHIN DISCOVERY GRAND CAYMAN

Creditor Name

Creditor's Notice name

Turtle Lagoon Dr

Address

| Grand Cayman | | KY1-1201 |
|------|-------|----------|
| City | State | ZIP Code |

Cayman Islands

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               151,685.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

---

**3.215** **Nonpriority creditor's name and mailing address**

DOLPHIN DISCOVERY INC
Creditor Name

Creditor's Notice name

Carretera Costera Sur Km 3.5
Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 799.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

DOLPHIN DISCOVERY LTD
Creditor Name

Creditor's Notice name

Belmont Rd
Address

| Ocho Rios | | |
|---|---|---|
| City | State | ZIP Code |

Jamaica
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 298,013.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.217 Nonpriority creditor's name and mailing address**

DOLPHIN DISCOVERY TORTOLA LTD
Creditor Name

Creditor's Notice name

Prospect Reef Marina
Address


Tortola
City          State          ZIP Code

British Virgin Is
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                45,348.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.218 Nonpriority creditor's name and mailing address**

DOLPHIN DOWNTOWN PC SRL
Creditor Name

Creditor's Notice name

Plaza Downtown Punta Cana
Address


Punta Cana                    23000
City          State          ZIP Code

Dominican Republic
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $               598,133.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
Name

**3.219 Nonpriority creditor's name and mailing address**

Dolphin Leisure, Inc.
Creditor Name

Creditor's Notice name

Km 9.5 Blvd. Kukulcan
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                41,406.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.220 Nonpriority creditor's name and mailing address**

Dolphin Leisure, Inc.
Creditor Name

Creditor's Notice name

Km 9.5 Blvd. Kukulcan
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                   873.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 19.72 |

DOMINGUEZ GUEMEZ OMAR

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

[Available Upon Request]

**Basis for the claim:**

Address

Trade

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 283.02 |

DOMINGUEZ LOPEZ DENNISSE MILDRETH

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

[Available Upon Request]

**Basis for the claim:**

Address

Trade

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715
_____

| | |
|---|---|
| **3.223 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 19,621.89 |
| DOMINGUEZ RICALDE MARIANA | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| [Available Upon Request] | **Basis for the claim:** |
| Address | Trade |

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.224 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 25,000.00 |
| DTRAVELLER LTD (CAYMAN) | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 20 Genesis Building | **Basis for the claim:** |
| Address | Intercompany |

Grand Cayman

City    State    ZIP Code

Cayman Islands

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.225** **Nonpriority creditor's name and mailing address**

ECOLOGIA Y MANEJO de RESIDUOS SA de C.V.
Creditor Name

Creditor's Notice name

Calle 3 100
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                      154.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**

ECOLSUR SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Chetumal-Cancún Km 3.5
Address

| Puerto Morelos | QR | 77580 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                      677.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.227** **Nonpriority creditor's name and mailing address**

ECOSTA S de RL de C.V.

Creditor Name

Creditor's Notice name

Calle 21 No. 369 x 36 y 38, Col. Miguel Alemán

Address

| Mérida | Yucatán | 97148 |
|--------|---------|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                166.31

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.228** **Nonpriority creditor's name and mailing address**

EDENRED MEXICO SA de C.V.

Creditor Name

Creditor's Notice name

Av. Insurgentes Sur 1602, Crédito Constructor

Address

Benito Juárez

| Mexico City | | 03940 |
|-------------|--|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              3,304.29

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.229  Nonpriority creditor's name and mailing address**

EDIFICACION BALBANEDA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 25 Sur 123
Address

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                1,837.32
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.230  Nonpriority creditor's name and mailing address**

EDUPER PRODUCTOS Y SERVICIOS S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. 135 301
Address

| Cancún | QR | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  290.59
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.231 Nonpriority creditor's name and mailing address**

EDWARDS GAVIN PERRAN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                184.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.232 Nonpriority creditor's name and mailing address**

EFFEM MEXICO INC Y COMPAÑIA S EN NC de C.V.
Creditor Name

Creditor's Notice name

Av. Industria No. 73, Col. Centro
Address

| | | |
|---|---|---|
| Chetumal | QR | 77000 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                564.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.233** | **Nonpriority creditor's name and mailing address**

Ejecutivos de Turismo Sustentable S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13
Address

| Cancun | QR | 77504 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,855.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**

Ejecutivos de Turismo Sustentable S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13a
Address

| Cancún | QR | 77504 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,091.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.235** **Nonpriority creditor's name and mailing address**

Ejecutivos de Turismo Sustentable S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13
Address

| Cancún | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 102,963.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.236** **Nonpriority creditor's name and mailing address**

Ejecutivos de Turismo Sustentable S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13
Address

| Cancún | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,490.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.237** **Nonpriority creditor's name and mailing address**

EL FLUXOMETRO de CANCUN SA de C.V.

Creditor Name

Creditor's Notice name

Calle 74 Región 92

Address

| Cancún | QR | 77516 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,861.78
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.238** **Nonpriority creditor's name and mailing address**

EL MAHARAJA SA de C.V.

Creditor Name

Creditor's Notice name

Calle 2 Norte No. 45, Col. Centro

Address

| Chetumal | QR | 77000 |
|----------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,622.25
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 46.58 |

**Nonpriority creditor's name and mailing address**

EL NIPLITO del SURESTE SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Yaxchilán 23
_____
Address

_____

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 46.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.240 **Nonpriority creditor's name and mailing address**

ELECTRONICA EMPRESARIAL CANCUN SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Kabah No. 380, Super Manzana 25
_____
Address

_____

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 130.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,993.14 |

ELECTRONICA GONZALEZ SA de C.V.
Creditor Name

Creditor's Notice name

Av. Urano 1585 Local 11□A, Francisco de Montejo
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

| Mérida | Yucatán | 97000 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 75,000.00 |

ELYSIUM DEVELOPMENTS GC, LTD
Creditor Name

Creditor's Notice name

Calle 52 Nte 299
Address

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Unknown

| Playa del Carmen | | 77720 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.243** **Nonpriority creditor's name and mailing address**

EMBOTELLADORAS BEPENSA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 59 660, Zona Industrial
Address

| Mérida | Yucatán | 97288 |
|--------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,427.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**

EMPACADORA CIM del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Cancun-Aeropuerto Km 9, Modulo Central, Sector Ciudad de Cancún
Address

| Benito Juárez | QR | 77569 |
|---------------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 238.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

**3.245 Nonpriority creditor's name and mailing address**

EMPACADORA Y COMERCIALIZADORA de OCCIDENTE SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Address

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,890.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

EQUIPAMIENTO INTEGRAL del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

CI 35B #14☐19
Address

| Barranquilla | Atlántico | |
|---|---|---|
| City | State | ZIP Code |

Colombia
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,553.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.247** **Nonpriority creditor's name and mailing address**

EQUIPOHOTEL SA de C.V.
Creditor Name

Creditor's Notice name

Boulevard Kukulcán Km 12, Zona Hotelera
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    2,201.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

EQUIP-SA REFRIGERACION del SURESTE S de RL de C.V.
Creditor Name

Creditor's Notice name

Calle 64 560, Centro
Address

| Mérida | Yucatán | 97000 |
|--------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    153.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.249** **Nonpriority creditor's name and mailing address**

ESCOTO ESPARZA MARTHA FABIOLA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            330.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.250** **Nonpriority creditor's name and mailing address**

ESPINOSA AVILES LEON DAVID
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            563.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.251** **Nonpriority creditor's name and mailing address**

ESTRUCTURA EMPRESARIAL SA de C.V.
Creditor Name

Creditor's Notice name

Calle 10 No. 300 x 5 y 7, Col. México Norte
Address

| Mérida | Yucatán | 97128 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 142.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.252** **Nonpriority creditor's name and mailing address**

ESTUDIO LEGAL LABORAL SC
Creditor Name

Creditor's Notice name

Av. Uxmal 330, Supermanzana 7
Address

| Cancún | QR | 77506 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,339.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.253** **Nonpriority creditor's name and mailing address**

EUAN ELIDE AZENETH
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                384.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**

EXCURSION INSURANCE LLC
Creditor Name

Creditor's Notice name

10095 Red Run Blvd
Address

| Owings Mills | MD | 21117 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             130,289.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.255 Nonpriority creditor's name and mailing address**

Exploration Instruments LLC

Creditor Name

Creditor's Notice name

2808 Longhorn Blvd Suite 304

Address

| Austin | TX | 78758 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 1,574.44

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

EXTINGUIDORES CANCUN SA de C.V.

Creditor Name

Creditor's Notice name

Av. López Portillo 51, SM 64

Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 2,460.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.257 Nonpriority creditor's name and mailing address**

FACILEASING SA de C.V.
Creditor Name

Creditor's Notice name

Av. Chacmool No. 120, Supermanzana 4
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,901.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.258 Nonpriority creditor's name and mailing address**

FB DISTRIBUCIONES S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Luis Donaldo Colosio, Mza 4, Lote 5, Bodega 519, SM 301, Cancún
Address

| Benito Juárez | QR | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,309.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.259 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 43.17 |
| FedEx Corporation | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 942 South Shady Grove Road | Trade |
| Address | |

| Memphis | TN | 38120 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| **3.260 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 8,682.37 |
| FERNANDEZ OROPEZA Y ASOCIADOS SC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Calle 60 413, Centro | Trade |
| Address | |

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.261** **Nonpriority creditor's name and mailing address**

FERNANDEZ SILVA WILBERTH

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                214.36

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.262** **Nonpriority creditor's name and mailing address**

FERRE ESPACIOS SA de C.V.

Creditor Name

Creditor's Notice name

Av. Lázaro Cárdenas 4305, Zona Industrial

Address

| Guadalajara | Jalisco | 44940 |
|-------------|---------|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  8.77

*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.263 Nonpriority creditor's name and mailing address**

FERRETERIAS EL DELFIN SA de C.V.
Creditor Name

Creditor's Notice name

Av. La Luna Mz. 27 Lt 14, Región 505
Address

| Cancún | QR | 77533 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 335.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.264 Nonpriority creditor's name and mailing address**

FIGUEROA FRANCISCO JUANA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 417.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.265 Nonpriority creditor's name and mailing address**

FLAMENCO REYES GRACIELA ELENA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                1,850.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.266 Nonpriority creditor's name and mailing address**

FLORES GARCIA JOSE LUIS
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                450.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*:   25-10715

| 3.267 | **Nonpriority creditor's name and mailing address** |
|---|---|

FLOVAL CONSULTORES SC
Creditor Name

Creditor's Notice name

Av. Yaxchilán 9, Super Manzana 59
Address

| Cancún | QR | 77510 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,972.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.268 | **Nonpriority creditor's name and mailing address** |
|---|---|

FOOD SERVICE de MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Calle 6 105, San Juan Ixhuatepec
Address

| Tlalnepantla | Mex. | 54180 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               932.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.269 Nonpriority creditor's name and mailing address**

FREITEZ GUEDEZ LAURA FERNANDA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.270 Nonpriority creditor's name and mailing address**

FRESCAS FRUTAS Y VERDURAS de LA RIVIERA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 6 Norte No. 120
Address

| Cozumel | QR | 77600 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,932.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:   Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*   25-10715
_____

**3.271** **Nonpriority creditor's name and mailing address**

FRUITS Y MAS del CARIBE SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Rafael E. Melgar No. 127, Col. Centro
_____
Address

_____

_____

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,515.72
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.272** **Nonpriority creditor's name and mailing address**

FRUTAS Y VERDURAS ZIRACUA SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Andrés Quintana Roo No. 23, Centro
_____
Address

_____

_____

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  165.73
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.273 Nonpriority creditor's name and mailing address**

FUENTES BRICEÑO JOSE CRUZ
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    309.19
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.274 Nonpriority creditor's name and mailing address**

FUENTES CASANOVA ADRIAN ROMAN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    128.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.275 Nonpriority creditor's name and mailing address**

FUNDACION de PARQUES Y MUSEOS de COZUMEL QUINTANA ROO

Creditor Name

Creditor's Notice name

Av. Pedro Joaquín Coldwell, Centro

Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 179,240.92

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.276 Nonpriority creditor's name and mailing address**

FUNDACION de PARQUES Y MUSEOS de COZUMEL QUINTANA ROO

Creditor Name

Creditor's Notice name

Av. Pedro Joaquín Coldwell, Centro

Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,722.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.277** **Nonpriority creditor's name and mailing address**

G&B ALMACENADORA SA de C.V.

Creditor Name

Creditor's Notice name

Av. Javier Rojo Gómez 1350, Col. San Miguel

Address

Iztapalapa

| Mexico City | | 09360 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,733.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.278** **Nonpriority creditor's name and mailing address**

GALEANA CORNEJO RICHARD

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,684.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*   25-10715
_____

3.279 **Nonpriority creditor's name and mailing address**

GALVAN FUENTES ROXANA ELIZABETH
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____
City                State           ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                228.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

3.280 **Nonpriority creditor's name and mailing address**

GARCIA CHAVEZ MARTHA ELENA
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____
City                State           ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              3,233.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

---

**3.281** **Nonpriority creditor's name and mailing address**

GARCIA LUNA ARAICO ARACELI
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,280.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.282** **Nonpriority creditor's name and mailing address**

GARCIA MORENO LIDIA LETICIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,979.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

_____
Name

**3.283** **Nonpriority creditor's name and mailing address**

GARCIA SANCHEZ ANER
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

_____

_____

_____
City        State        ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        171.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.284** **Nonpriority creditor's name and mailing address**

GARRIDO LICONA Y ASOCIADOS
Creditor Name

_____
Creditor's Notice name

Calle Hegel 435, Polanco
Address

Miguel Hidalgo
_____

_____

Mexico City        11560
City        State        ZIP Code

Mexico
_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        21,440.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

3.285 **Nonpriority creditor's name and mailing address**

GARZA TELLO Y ASOCIADOS SC
Creditor Name

Creditor's Notice name

Av. Pdte. Masaryk 29, Piso 6, Polanco
Address

Miguel Hidalgo

| Mexico City | | 11560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 93,856.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.286 **Nonpriority creditor's name and mailing address**

GAS del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Chetumal-Cozumel Km 2
Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 5,760.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 147 of 371

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.287** **Nonpriority creditor's name and mailing address**

GCS IMAGEN EMPRESARIAL SA de C.V.

Creditor Name

Creditor's Notice name

Av. Uxmal 605, Supermanzana 14

Address

| Cancún | QR | 77505 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,490.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.288** **Nonpriority creditor's name and mailing address**

GENTE DISCOVERY SA de C.V.

Creditor Name

Creditor's Notice name

Av. Sayil 20

Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8.03

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

**3.289** **Nonpriority creditor's name and mailing address**

GIRON LOPEZ JAVIER
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                410.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.290** **Nonpriority creditor's name and mailing address**

GOBIERNO del ESTADO de OAXACA
Creditor Name

Creditor's Notice name

Av. Río Mayo s/n, Colonia Reforma
Address

Oaxaca de Juárez    OAX          68000
City          State          ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                999.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    Controladora Dolphin, S.A. de C.V.
           _____
           Name

Case number *(if known)*    25-10715
                            _____

**3.291**  **Nonpriority creditor's name and mailing address**

GOMEZ GARCIA GAMALIEL JAVIER
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____  _____  _____
City           State       ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                27,352.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.292**  **Nonpriority creditor's name and mailing address**

GOMEZ GUTIERREZ IVAN
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____  _____  _____
City           State       ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    81.82
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

---

**3.293  Nonpriority creditor's name and mailing address**

GOMEZ HERNANDEZ NELY SOFIA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    666.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.294  Nonpriority creditor's name and mailing address**

GOMEZ MARTINEZ JUAN ARTURO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    45.74
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*  25-10715

**3.295 Nonpriority creditor's name and mailing address**

GOMEZ VIZCARRA JORGE ENRIQUE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                1,030.83
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.296 Nonpriority creditor's name and mailing address**

GONZALEZ BAKER ERICK ANTONIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                566.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.297  Nonpriority creditor's name and mailing address**

GONZALEZ GARCIA ALEXANDER
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 76.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.298  Nonpriority creditor's name and mailing address**

GONZALEZ VELAZQUEZ JANET
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 516.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

---

**3.299  Nonpriority creditor's name and mailing address**

GONZALEZ ZUÑIGA HERENIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  35.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.300  Nonpriority creditor's name and mailing address**

GOOGLE OPERACIONES de MEXICO S de RL de C.V.
Creditor Name

Creditor's Notice name

Montes Urales No. 445, Lomas de Chapultepec 3ra Secc
Address

| | | |
|---|---|---|
| Mexico City | | 11000 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  3,096.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.301 Nonpriority creditor's name and mailing address**

GOURMET ITAL FOOD SA de C.V.

Creditor Name

Creditor's Notice name

Av. Coba No. 502, Super Manzana 16

Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    160.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.302 Nonpriority creditor's name and mailing address**

GOZAIN CHALE BIANCA IRENE

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,222.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

| | |
|---|---|
| **3.303** | **Nonpriority creditor's name and mailing address** |

GOZMAR SA de C.V.

Creditor Name

Creditor's Notice name

Av. López Portillo 1877

Address

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                611.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.304** | **Nonpriority creditor's name and mailing address** |

GRAINGER SA de C.V.

Creditor Name

Creditor's Notice name

Av. Industrias No. 40, Col. Industrial

Address

| San Luis Potosí | SLP | 78395 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                276.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.305 Nonpriority creditor's name and mailing address**

GRASAS Y RECICLABLES INDUSTRIALIZADOS del CARIBE

Creditor Name

Creditor's Notice name

Carretera Cancún–Mérida Km 301, Cancún

Address

| Q.R. | QR | 77560 |
|------|------|------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 236.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.306 Nonpriority creditor's name and mailing address**

Great Locations, INC

Creditor Name

Creditor's Notice name

1904 NE 5th Ave

Address

| Wilton Manors | FL | 33305 |
|------|------|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,001.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.307** **Nonpriority creditor's name and mailing address**

Greater Marathon Chamber of Commerce
Creditor Name

Creditor's Notice name

12222 Overseas Hwy
Address

| Marathon | FL | 33050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,702.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.308** **Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG LLP
Creditor Name

Creditor's Notice name

One Vanderbilt Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,001,276.01
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)* 25-10715
_____

**3.309 Nonpriority creditor's name and mailing address**

GREMACO MANTENIMIENTO Y CONSTRUCCION SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle 4 Poniente No. 23, Col. Centro
_____
Address

_____

_____

| Chetumal | QR | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,866.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.310 Nonpriority creditor's name and mailing address**

GREVTSEVA OKSANA
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,560.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.311 Nonpriority creditor's name and mailing address**

GRUPO ANMEX SOLUCIONES INTEGRALES S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Andrés Quintana Roo No. 19, Centro
Address

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 790.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.312 Nonpriority creditor's name and mailing address**

GRUPO EDITORIAL LATITUD SA de C.V.
Creditor Name

Creditor's Notice name

Calle 6 Norte Mz 4 Lt 6, SM 64
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,251.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 1,172.49 |

**Nonpriority creditor's name and mailing address**

GRUPO FRATEX SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Mérida - Progreso Km 21
Address

| Progreso | Yucatán | 97320 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $    1,172.49
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.314 **Nonpriority creditor's name and mailing address**

GRUPO IXION SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km. 9, Zona Hotelera
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $    468.84
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.315** **Nonpriority creditor's name and mailing address**

GRUPO JUNACUN SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum No. 380, Super Manzana 10
Address

| Cancún | QR | 77505 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    43,978.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.316** **Nonpriority creditor's name and mailing address**

GRUPO MEXICANO de SEGUROS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Paseo de la Reforma 300, Cuauhtémoc
Address

| Mexico City | | 06600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    45,743.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

3.317 **Nonpriority creditor's name and mailing address**

GRUPO NACIONAL PROVINCIAL SA
Creditor Name


Creditor's Notice name

Av. Félix Cuevas 366, Del Valle
Address

Benito Juárez


| Mexico City | | 03100 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,117.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.318 **Nonpriority creditor's name and mailing address**

GRUPO OCTANO SA de C.V.
Creditor Name


Creditor's Notice name

Av. Prolongación Paseo de la Reforma 51, Santa Fe
Address

Álvaro Obregón


| Mexico City | | 01219 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 56.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| Name | |

**3.319** **Nonpriority creditor's name and mailing address**

GRUPO POGAMI SA de C.V.
Creditor Name

Creditor's Notice name

Calle 55 No. 487 x 54 y 56, Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7.98
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.320** **Nonpriority creditor's name and mailing address**

GRUPO PRE MEX SA de C.V.
Creditor Name

Creditor's Notice name

Av. Chichen Itzá 25, SM 23, Cancún
Address

| Q.R. | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,200.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |

**3.321 Nonpriority creditor's name and mailing address**

GRUPO SERTOP SA de C.V.
Creditor Name

Creditor's Notice name

Carretera a Chetumal Km 5.5
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $ 300.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.322 Nonpriority creditor's name and mailing address**

GRUPO TEXTIL del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Av. Industria No. 45, Col. Industrial
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $ 11,378.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.323** | **Nonpriority creditor's name and mailing address** |

GRUPO TEXTIL PUBLITEXT S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 730
Address


Cancún | QR | 77516
City | State | ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,004.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.324** | **Nonpriority creditor's name and mailing address** |

GUADARRAMA MARES MARIBEL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address


City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 690.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.325 Nonpriority creditor's name and mailing address**

GUILLEN QUEVEDO LUCILA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                 358.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.326 Nonpriority creditor's name and mailing address**

GUILLESA INTERNACIONAL SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 10, Zona Hotelera
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                 617.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.327 Nonpriority creditor's name and mailing address**

Gulf World Marine Park, Inc.
Creditor Name

Creditor's Notice name

15412 Front Beach Rd
Address

| Panama City Beach | FL | 32413 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                      555.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.328 Nonpriority creditor's name and mailing address**

Gulf World Marine Park, Inc.
Creditor Name

Creditor's Notice name

15412 Front Beach Rd
Address

| Panama City Beach | FL | 32413 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    43,388.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*:  25-10715

**3.329  Nonpriority creditor's name and mailing address**

GUTIERREZ GUZMAN LEYDA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                53,227.89
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.330  Nonpriority creditor's name and mailing address**

H.R.A & F. SRL
Creditor Name

Creditor's Notice name

Ave. Gustavo Mejia Ricart #106 Torre Piantini, 6to.
Address

| Santo Domingo | State | ZIP Code |
| City | | |

Dominican Republic
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                13,450.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |

Name

**3.331** **Nonpriority creditor's name and mailing address**

HAMDEC SA de C.V.

Creditor Name

Creditor's Notice name

Calle 11 Pte 143, Felipe Carrillo Puerto

Address

| Q.R. | QR | 77200 |
|------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,616.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.332** **Nonpriority creditor's name and mailing address**

HANAN DISTRIBUCIONES SA de C.V.

Creditor Name

Creditor's Notice name

Carretera Chetumal-Cancún Km 8, Calderitas

Address

| Chetumal | QR | 77955 |
|----------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 373.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

**3.333** **Nonpriority creditor's name and mailing address**

HBS-DELLI de MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Luis Donaldo Colosio 55
Address

| Cancún | QR | 77560 |
|--------|-----|--------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    142.94
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒    No

☐    Yes

**3.334** **Nonpriority creditor's name and mailing address**

HELGUERA KUMUL GILMER FRANCISCO REYES
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|--|--|--|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    308.75
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒    No

☐    Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.335 Nonpriority creditor's name and mailing address**

HERALD CUSTOM PUBLISHING OF MEXICO S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Huayacán 1807
Address

| Cancún | QR | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,458.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.336 Nonpriority creditor's name and mailing address**

HERNANDEZ ANTONIO SHIRLEY AMOR
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    67.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

**3.337 Nonpriority creditor's name and mailing address**

HERNANDEZ JOSE CARLOS MARIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                289.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.338 Nonpriority creditor's name and mailing address**

HERNANDEZ SOSA AARON
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                753.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.339** **Nonpriority creditor's name and mailing address**

HERRAJES del CARIBE S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 101, SM 64
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 1,101.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**

HIDALGO OSORIO MARIA del CARMEN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 261.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.341** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,041.87
---|---|---|---|---

HOME DEPOT MEXICO S de RL de C.V.
Creditor Name

*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Av. Javier Rojo Gómez 670
Address

**Basis for the claim:**

Trade

| Cancún | QR | 77535 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒  No

☐  Yes

**Last 4 digits of account**

**number**

---

**3.342** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 14,097.53
---|---|---|---|---

HORBIS INNOTRADE Sa de C.V.
Creditor Name

*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Av. Sayil 30, SM 6, Cancún
Address

**Basis for the claim:**

Trade

| Q.R. | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒  No

☐  Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.343 Nonpriority creditor's name and mailing address**

HOSPITAL AMERIMED CANCUN SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 260, SM 4
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 126.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.344 Nonpriority creditor's name and mailing address**

HUESCAS HERNANDEZ LAURA SILVIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,576.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|

**3.345 Nonpriority creditor's name and mailing address**

IBAÑEZ OROPEZA JORGE RUBEN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City                State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,269.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.346 Nonpriority creditor's name and mailing address**

ICEE de MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Boulevard Luis Donaldo Colosio No. 121, Col. Centro
Address

Puerto Morelos       QR            77580
City                State            ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,379.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.347 Nonpriority creditor's name and mailing address**
IDEAS RECREATIVAS S de RL de C.V.
Creditor Name

Creditor's Notice name

Calle 63 No. 527-A x 66 y 68, Centro
Address

| Mérida | Yucatán | 97000 |
|--------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                891.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.348 Nonpriority creditor's name and mailing address**
IGLESIAS HERNANDEZ REYNA DORIS
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|--|--|--|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,463.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

**3.349 Nonpriority creditor's name and mailing address**

ILUMINACUN SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Uxmal 645, Super Manzana 14
_____
Address

_____

| Cancún | QR | 77505 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 399.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.350 Nonpriority creditor's name and mailing address**

IMPAKTATE de ESPACIOS CON CREATIVIDAD
_____
Creditor Name

_____
Creditor's Notice name

Calle 20 No. 185, Fracc. Montebello
_____
Address

_____

| Mérida | Yucatán | 97113 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,629.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.351 Nonpriority creditor's name and mailing address**

IMPERIUM VINOS Y LICORES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Coba No. 501, Super Manzana 16
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    106.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.352 Nonpriority creditor's name and mailing address**

IMPORTADORA de FILTROS
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,042.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

### 3.353 Nonpriority creditor's name and mailing address

INDUSTRIA QUIMICA de QUINTANA ROO SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Chetumal-Cancún Km 4.5
Address

| Chetumal | QR | 77955 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                10,478.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.354 Nonpriority creditor's name and mailing address

INDUSTRIAS UNIFILA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 168, SM 20
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                198.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.355 Nonpriority creditor's name and mailing address**

INIESTA VIRRUETA SERGIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City                State         ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    162.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.356 Nonpriority creditor's name and mailing address**

INMOBILIARIA FUENTES del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 9.5, Zona Hotelera
Address

Cancún          QR            77500
City                State         ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    142.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.357 Nonpriority creditor's name and mailing address**

INMOBILIARIA GARUFFI SA de C.V.
Creditor Name

Creditor's Notice name

Boulevard San José
Address

| San José del Cabo | B.C. | 23406 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,626.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.358 Nonpriority creditor's name and mailing address**

INSTITUTO de APRENDIZAJE EN LINEA
Creditor Name

Creditor's Notice name

Av. Constituyentes 20, Playa del Carmen
Address

| Q.R. | QR | 77720 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 231.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.359** **Nonpriority creditor's name and mailing address**

INTEGRADORA de EQUIPOS Y SERVICIOS ERREJO SA de C.V.
Creditor Name

Creditor's Notice name

Av. 135 11
Address

| Cancún | QR | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            1,793.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**

INTERACTIVE MKT SA de C.V.
Creditor Name

Creditor's Notice name

Av. Yaxchilán 15, Super Manzana 50
Address

| Cancún | QR | 77533 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              205.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| Debtor: Controladora Dolphin, S.A. de C.V. | Case number *(if known)*  25-10715 |
| Name | |

**3.361  Nonpriority creditor's name and mailing address**

INTERCAM AGENTE de SEGUROS Y FIANZAS
Creditor Name

Creditor's Notice name

Blvd. Manuel Ávila Camacho 40, Lomas de Chapultepec
Address

Miguel Hidalgo

| Mexico City | | 11000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             3,859.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.362  Nonpriority creditor's name and mailing address**

INTERMEDIA WEB SA de C.V.
Creditor Name

Creditor's Notice name

Av. Uxmal 312, Super Manzana 34
Address

| Cancún | QR | 77506 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             2,258.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*  25-10715

---

**3.363 Nonpriority creditor's name and mailing address**

ISLAND STORAGE
Creditor Name

Creditor's Notice name

1529 Mainsail Dr
Address

| Naples | FL | 34114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      2,474.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.364 Nonpriority creditor's name and mailing address**

JAYARAM SA de C.V.
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        620.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:    Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

**3.365  Nonpriority creditor's name and mailing address**

JONES AND ADAMS PA
Creditor Name

Creditor's Notice name

100 Somerset St
Address

| Boston | MA | 02108 |
|--------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                45,340.97
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.366  Nonpriority creditor's name and mailing address**

JOYERIA ROMESA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 227
Address

| Cancún | QR | 77500 |
|--------|-----|--------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                31.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.367 Nonpriority creditor's name and mailing address**

JUMBO TOURS MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Chetumal-Cancún Km 305
Address

| Mahahual | QR | 77936 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,374.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.368 Nonpriority creditor's name and mailing address**

JURADO ARROYO FRANCISCO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,790.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*  25-10715
Name

**3.369 Nonpriority creditor's name and mailing address**

JURISTAS SAS
Creditor Name

Creditor's Notice name

Cra. 7 #74-56
Address

| Oficina 1204 | Bogotá | |
|---|---|---|
| City | State | ZIP Code |

Colombia
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                4,843.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.370 Nonpriority creditor's name and mailing address**

KADIMATEX SA de C.V.
Creditor Name

Creditor's Notice name

Av. Francisco I. Madero 32, Lazaro Cardenas
Address

| Naucalpan de Juárez | Méx. | 53560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                2,900.15
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 55.09 |

**Nonpriority creditor's name and mailing address**

KANG FEI SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. López Portillo 513
_____
Address

_____

_____

| Cancún | QR | 77516 |
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 55.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 236.71 |

**Nonpriority creditor's name and mailing address**

KAUIL POOL SANTOS DAVID
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

| | | |
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 236.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 188.45 |

KAYZERMAN LIRAN

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $    188.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** |

Keys Hotel Operator, Inc.

Creditor Name

Creditor's Notice name

61 Hawks Cay Blvd

Address

Duck Key    FL    33050

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $    Unliquidated
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

3.375 **Nonpriority creditor's name and mailing address**

KIBU TRADING SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Tulum No. 385, Super Manzana 10
_____
Address

_____

_____

| Cancún | QR | 77505 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 73.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

3.376 **Nonpriority creditor's name and mailing address**

KONE MEXICO SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Industrias No. 15, Col. Industrial
_____
Address

_____

_____

| San Luis Potosí | SLP | 78395 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 143.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

_____
Name

Case number *(if known)*  25-10715
_____

3.377 **Nonpriority creditor's name and mailing address**

KPMG CARDENAS DOSAL SC
_____
Creditor Name

_____
Creditor's Notice name

Blvd. Manuel Ávila Camacho No. 176
_____
Address

_____

_____

Mexico City _____ 11650
_____
City          State          ZIP Code

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 55,745.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

3.378 **Nonpriority creditor's name and mailing address**

KU SANCHEZ ALMA VERONICA
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 4,377.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.379 Nonpriority creditor's name and mailing address**

KUALI PIALI SA de C.V.
Creditor Name

Creditor's Notice name

Calle 39 #420 x 46 y 48, Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 96.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.380 Nonpriority creditor's name and mailing address**

KUYOC DZUL DAVID
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,398.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.381** **Nonpriority creditor's name and mailing address**

LA EUROPEA MEXICO SAPI de C.V.
Creditor Name

Creditor's Notice name

Av. Paseo de la Reforma 404, Juárez
Address

Cuauhtémoc

| Mexico City | | 06600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 250.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.382** **Nonpriority creditor's name and mailing address**

LA MICHE RUSTIQUE SA de C.V.
Creditor Name

Creditor's Notice name

Avenida Palenque No. 145, Mza 4, Lote 4, SM☐30
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 384.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.383** **Nonpriority creditor's name and mailing address**

LABORATORIO de PATOLOGIA CLINICA VALLARTA SC
Creditor Name

Creditor's Notice name

Av. Francisco Villa 1010
Address

| Puerto Vallarta | Jalisco | 48328 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**

LABORATORIOS GLOBE SA de C.V.
Creditor Name

Creditor's Notice name

SN Lucas Tepetlacalco 9, San Lucas Tepetlacalco
Address

| Tlalnepantla de Baz | Mex. | 54055 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 682.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.385** **Nonpriority creditor's name and mailing address**

LABORATORIOS JULIO SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo No. 252
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    14,711.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.386** **Nonpriority creditor's name and mailing address**

LANDA CARIBE SERVICIOS INTEGRALES SA de C.V.
Creditor Name

Creditor's Notice name

Calle 3 Norte 54
Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                      200.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
|---|---|---|---|

**3.387** **Nonpriority creditor's name and mailing address**

LATITUD SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum No. 353, Supermanzana 20
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              58.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.388** **Nonpriority creditor's name and mailing address**

LE KING POULET
Creditor Name

Creditor's Notice name

Rue François de Tessan 41, Z.A.C
Address

| Ozoir-la-Ferrière | | 77330 |
|---|---|---|
| City | State | ZIP Code |

France
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $          21,597.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.389** **Nonpriority creditor's name and mailing address**

LEON COSGROVE

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    41,168.48
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.390** **Nonpriority creditor's name and mailing address**

LIMA ZUNO ENRIQUE

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    3,438.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

**3.391** **Nonpriority creditor's name and mailing address**

LIMPIEZA PARA OBRA Y PERSONAL FIJO del SURESTE SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle 2 No. 123, Colonia Industrial
_____
Address

_____

_____

| Villahermosa | Tabasco | 86030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,238.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.392** **Nonpriority creditor's name and mailing address**

LIQUOR PREMI
_____
Creditor Name

_____
Creditor's Notice name

Av. Bonampak 53, SM 4A, Cancún
_____
Address

_____

| Q.R. | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    5,597.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.393 Nonpriority creditor's name and mailing address**

LIVEK del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Av. 135 301
Address

| Cancún | QR | 77536 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,241.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.394 Nonpriority creditor's name and mailing address**

LIZAMA BERMEJO LUCIA MARLENE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.395 Nonpriority creditor's name and mailing address**

LLOMPART FRANCO PAVEL IGNACIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                971.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.396 Nonpriority creditor's name and mailing address**

Lobo & de Rizzo Sociedade de Advogados
Creditor Name

Creditor's Notice name

Avenida Brigadeiro Faria Lima 4300, 9º andar
Address

São Paulo - SP
City          State          ZIP Code

Brazil
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            293,185.36
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

---

**3.397  Nonpriority creditor's name and mailing address**

LOPEZ MEDINA CARLOS ALBERTO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            2,417.36
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.398  Nonpriority creditor's name and mailing address**

LOPEZ ROSILLO KAREN ANAHI
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            1,226.97
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

---

**3.399**  **Nonpriority creditor's name and mailing address**

LOPEZ SILVA SILVIA
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address




City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            8,549.83
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.400**  **Nonpriority creditor's name and mailing address**

LORENZO DIAZ LETICIA
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address




City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            1,682.21
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.401**  **Nonpriority creditor's name and mailing address**

LUVA CONFORT SA de C.V.
Creditor Name

Creditor's Notice name

Calle 60 No. 458, Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,134.57
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.402**  **Nonpriority creditor's name and mailing address**

MACEDO de LA CRUZ AUDREY JIMENA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,791.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.403 Nonpriority creditor's name and mailing address**

MACHUCA ARITA SALVADOR
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.404 Nonpriority creditor's name and mailing address**

MADERAS Y MATERIALES de VILLAHERMOSA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Adolfo Ruiz Cortines 1510, Col. Primero de Mayo
Address

| Villahermosa | Tabasco | 86035 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 138.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

---

**3.405** **Nonpriority creditor's name and mailing address**

MAFUD SALUM MARIA CECILIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 445.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.406** **Nonpriority creditor's name and mailing address**

MAK DVG S de RL de C.V.
Creditor Name

Creditor's Notice name

Calle 13 No. 208 x 24 y 26, Col. García Ginerés
Address

Mérida    Yucatán    97070
City    State    ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,918.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*   25-10715
_____

**3.407** **Nonpriority creditor's name and mailing address**

MALAR GLOBAL TRADE SERVICES S de RL de C.V.
Creditor Name

_____
Creditor's Notice name

Calle 1 Sur 123
Address

_____

_____

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                382.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.408** **Nonpriority creditor's name and mailing address**

MALDONADO GARCIA DENNYS
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                404.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.409  Nonpriority creditor's name and mailing address**

MANCERA SC
Creditor Name

Creditor's Notice name

Av. Ejército Nacional 843-B
Address

| Mexico City | | 11520 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  285,050.32
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.410  Nonpriority creditor's name and mailing address**

MANCERA SC
Creditor Name

Creditor's Notice name

Av. Ejército Nacional 843-B
Address

| Mexico City | | 11520 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  23,233.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| Name | |

**3.411** **Nonpriority creditor's name and mailing address**

MANRIQUE MAZA OLGA CLAUDINA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                10,872.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.412** **Nonpriority creditor's name and mailing address**

MAQUINARIA POPULAR del CARIBE SA de C.V.

Creditor Name

Creditor's Notice name

Calle 7 Pte 153, Felipe Carrillo Puerto

Address

| | | |
|---|---|---|
| Q.R. | QR | 77200 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                     5.91

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.413 Nonpriority creditor's name and mailing address**

MARA MARLIN SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 9, Zona Hotelera
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 541.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.414 Nonpriority creditor's name and mailing address**

MARINE WILD LIFE LLC
Creditor Name

Creditor's Notice name

903 10th St SW
Address

| Albuquerque | NM | 87102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,004.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 49,007.30 |

Marineland Leisure Inc.
Creditor Name

Creditor's Notice name

9600 Oceanshore Blvd
Address

As of the petition filing date, the claim is: $ 49,007.30
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany

| St. Augustine | FL | 32080 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.416 **Nonpriority creditor's name and mailing address**

Marineland Leisure Inc.
Creditor Name

Creditor's Notice name

9600 Oceanshore Blvd
Address

As of the petition filing date, the claim is: $ 513.35
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany

| St. Augustine | FL | 32080 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.417 Nonpriority creditor's name and mailing address**

MARISCAL COLE ADOLFO HECTOR
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,019.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.418 Nonpriority creditor's name and mailing address**

MARISCAL HERNANDEZ HECTOR
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,167.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715

**3.419** **Nonpriority creditor's name and mailing address**

MARKETING GLOBAL JOLIDYN SA de C.V.
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

_____

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            23,674.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.420** **Nonpriority creditor's name and mailing address**

MARTINEZ ANCONA DARIA TERESITA
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

_____

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            246.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*  25-10715

**3.421 Nonpriority creditor's name and mailing address**

MARTINEZ CAMPOS, OSCAR
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

_____

_____

_____
City            State         ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            3,578.31
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.422 Nonpriority creditor's name and mailing address**

MARTINEZ GOMEZ JUAN SERGIO
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

_____

_____

_____
City            State         ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            513.53
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

---

**3.423** **Nonpriority creditor's name and mailing address**

MARTINEZ HAMED ANA CARMELINA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                464.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

MARTINEZ PLAZOLA LETICIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                21.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.425 Nonpriority creditor's name and mailing address**

MASTER ACUMULADORES FILTROS Y LUBRICANTES SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 217
Address

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,564.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.426 Nonpriority creditor's name and mailing address**

MATA HERNANDEZ YASMIN ROCIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 230.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715

**3.427** **Nonpriority creditor's name and mailing address**

MATERIALES EL UNICORNIO SA
Creditor Name

_____
Creditor's Notice name

Calle 7 No. 127, SM 64
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    2.96
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.428** **Nonpriority creditor's name and mailing address**

MAXIMO CABRERA MECATI
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
Address

| | | |
|--|--|--|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                 2,899.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.429 Nonpriority creditor's name and mailing address**

MAXIVA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 9 Sur 523, Col. Centro, Puebla
Address

| Pue. | Pue. | 72000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 29.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.430 Nonpriority creditor's name and mailing address**

MAY CHULIN CARLOS ENRIQUE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 208.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
Name

**3.431 Nonpriority creditor's name and mailing address**

MAYA PAREOS SA de C.V.
Creditor Name



Creditor's Notice name

Calle 8 Norte 38
Address




| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                          164.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.432 Nonpriority creditor's name and mailing address**

MEDAM S de RL de C.V.
Creditor Name



Creditor's Notice name

Av. Tulum 228, Super Manzana 20
Address




| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                        1,484.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

---

**3.433** **Nonpriority creditor's name and mailing address**

MEDINCINA HIPERBARICA INTEGRAL
Creditor Name

Creditor's Notice name

Av. López Mateos 920
Address

| Guadalajara | Jalisco | 44510 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    466.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

MEDINA MADERA TERESITA de JESUS
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8.58
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

**3.435 Nonpriority creditor's name and mailing address**

MEDIOS CATTRI SA de C.V.
Creditor Name

Creditor's Notice name

Piso 8, Oficina 0801, Av. Javier Barros Sierra 495
Address

Col. Santa Fe

| Mexico City | | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,886.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.436 Nonpriority creditor's name and mailing address**

MENDOZA RAMIREZ MARCO ANTONIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    138.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.437** **Nonpriority creditor's name and mailing address**

MENDOZA RODRIGUEZ SANDRA KARINA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              5,416.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.438** **Nonpriority creditor's name and mailing address**

MEREX DIESEL POWER PARTES INTERNACIONALES SA de C.V.

Creditor Name

Creditor's Notice name

Calle Heriberto Jara 1028, Morelos

Address

| Tampico | Tamps. | 89290 |
|---------|--------|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              3,943.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
Name

**3.439 Nonpriority creditor's name and mailing address**

MERIDIANO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 260, Supermanzana 20
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                     13.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.440 Nonpriority creditor's name and mailing address**

MERINO BARBA LOURDES MARGARITA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                  2,854.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.441** **Nonpriority creditor's name and mailing address**

META PLATFORMS IRELAND LIMITED

Creditor Name

Creditor's Notice name

4 Grand Canal Square, Grand Canal Harbour

Address

| Dublin 2 | | D02 X525 |
|---|---|---|
| City | State | ZIP Code |

Ireland

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,308.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.442** **Nonpriority creditor's name and mailing address**

META PLATFORMS IRELAND LIMITED

Creditor Name

Creditor's Notice name

4 Grand Canal Square, Grand Canal Harbour

Address

| Dublin 2 | | D02 X525 |
|---|---|---|
| City | State | ZIP Code |

Ireland

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 181.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.443** **Nonpriority creditor's name and mailing address**

MILESTONE INTERNET MARKETING INC
Creditor Name

Creditor's Notice name

333 West San Carlos St, Suite 600
Address

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,304.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.444** **Nonpriority creditor's name and mailing address**

MINISTERIO de TURISMO
Creditor Name

Creditor's Notice name

Av. Presidente Masaryk #172
Address

| Mexico City | | 11580 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,201.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.445 Nonpriority creditor's name and mailing address**

MITCHELL SILBERBERG & KNUPP LLP

Creditor Name

Creditor's Notice name

2049 Century Park East, 18th Floor

Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,275.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.446 Nonpriority creditor's name and mailing address**

MONTEJANO SAUCEDO NIDIA SARA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,137.63

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.447**  **Nonpriority creditor's name and mailing address**

MONTES RODRIGUEZ ALDO AMBROSIO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                    95.18
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.448**  **Nonpriority creditor's name and mailing address**

MORA GUADARRAMA IRLANDA PAMELA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                   194.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.449** **Nonpriority creditor's name and mailing address**

MORA MONTEJO JAIRO HALEE

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                42.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.450** **Nonpriority creditor's name and mailing address**

MORA POOT, ERIK ANTONIO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                257.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.451 Nonpriority creditor's name and mailing address**

MORALES JUAREZ SANTIAGO
Creditor Name

Creditor's Notice name

Juárez 30
Address

| Valle de Santiago | Guanajuato | 38450 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.452 Nonpriority creditor's name and mailing address**

MORALES SANCHEZ MARIA del SOCORRO VERONICA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,903.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

### 3.453 Nonpriority creditor's name and mailing address

MS Leisure Company

Creditor Name

Creditor's Notice name

Km 9.5 Blvd. Kukulcan

Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,808.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.454 Nonpriority creditor's name and mailing address

MUELLES Y MAS SA de C.V.

Creditor Name

Creditor's Notice name

Av. López Portillo Mz. 11 Lote 1

Address

| Cancún | QR | 77535 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,773.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.455** **Nonpriority creditor's name and mailing address**

MULTIMACH SA de C.V.
Creditor Name

Creditor's Notice name

Av. Kabah 21
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,445.09
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.456** **Nonpriority creditor's name and mailing address**

MUNICIPIO de BENITO JUAREZ
Creditor Name

Creditor's Notice name

Av. Nader s/n, Super Manzana 2
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              13,456.61
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

3.457 **Nonpriority creditor's name and mailing address**

MUNICIPIO de ISLA MUJERES

Creditor Name

Creditor's Notice name

Av. Rueda Medina 44

Address

| Isla Mujeres | QR | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   21,123.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

3.458 **Nonpriority creditor's name and mailing address**

MUNICIPIO de OTHON P BLANCO

Creditor Name

Creditor's Notice name

Av. Álvaro Obregón No. 259

Address

| Chetumal | QR | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,756.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.459 Nonpriority creditor's name and mailing address**

MUNICIPIO de SOLIDARIDAD
Creditor Name

Creditor's Notice name

Av. 20 entre 8 y 10 Norte
Address

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 90.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.460 Nonpriority creditor's name and mailing address**

Municipio Isla Mujures
Creditor Name

Creditor's Notice name

Av Perimetral Oriente
Address

| Isla Mujeres | | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 557,871.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Rent

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715
_____

| 3.461 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | 1,725.11 |

MUÑOZ GARCIA JEHOVANY
_____
Creditor Name

*Check all that apply.*

☐ Contingent

_____
Creditor's Notice name

☐ Unliquidated

☐ Disputed

[Available Upon Request]
_____
Address

**Basis for the claim:**

Trade
_____

_____

_____

_____
City       State       ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

---

| 3.462 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | 97.20 |

MUÑOZ GONZALEZ ANA KAREN
_____
Creditor Name

*Check all that apply.*

☐ Contingent

_____
Creditor's Notice name

☐ Unliquidated

☐ Disputed

[Available Upon Request]
_____
Address

**Basis for the claim:**

Trade
_____

_____

_____

_____
City       State       ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.463** **Nonpriority creditor's name and mailing address**

MWI ANIMAL HEALTH, INC.
Creditor Name

Creditor's Notice name

2590 114th St suite 100
Address

| Grand Prairie | TX | 75050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 563.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.464** **Nonpriority creditor's name and mailing address**

MYERS FLETCHER & GORDON
Creditor Name

Creditor's Notice name

21 East Street
Address

| Kingston | | |
|---|---|---|
| City | State | ZIP Code |

Jamaica
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 105,685.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

**3.465 Nonpriority creditor's name and mailing address**

MYKOS ABOGADOS & ASESORES S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Javier Barros Sierra 286, Torre I, Piso 2
Address

Col. Santa Fe

| Mexico City | | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    16,065.82
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.466 Nonpriority creditor's name and mailing address**

NATURAL ARTS del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Av. Juárez 143
Address

| Playa del Carmen | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,062.09
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

---

**3.467** **Nonpriority creditor's name and mailing address**

NAUTICOS CANCUN SA de C.V.
Creditor Name

Creditor's Notice name

Av. Chichén Itzá Mz 83, Av. Bonampak y Calle 15, Benito Juárez
Address

| Cancún | QR | 77524 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,048.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.468** **Nonpriority creditor's name and mailing address**

NAVAR NAVAR FEBRONIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    395.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.469 **Nonpriority creditor's name and mailing address**

NAVARRO MUÑIZ PERLA KARINA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    34.31
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

3.470 **Nonpriority creditor's name and mailing address**

NAVIERA OCEAN GM SA de C.V.
Creditor Name

Creditor's Notice name

Av. Uxmal 25
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                12,260.74
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.471  Nonpriority creditor's name and mailing address**

NAVIERA OCEAN GM SA de C.V.
Creditor Name

Creditor's Notice name

Av. Uxmal 25
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  431.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.472  Nonpriority creditor's name and mailing address**

NEGOCIOS EN FUTBOL PROFESIONAL
Creditor Name

Creditor's Notice name

Av. Paseo de la Reforma 379
Address

Cuauhtémoc

| Mexico City | | 06500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  514.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

Name

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 5,808.75 |

NIKA INDUSTRIAS SA de C.V.

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

Calle 5 de Mayo No. 19, Col. Carmen Ochoa de Merino

Address

**Basis for the claim:**

Trade

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account**

**number**

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 406.04 |

NORTHWESTERN MUTUAL

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

720 East Wisconsin Ave

Address

**Basis for the claim:**

Trade

| Milwaukee | WI | 53202 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.475 Nonpriority creditor's name and mailing address**

NOUVA TEK SA de C.V.
Creditor Name

Creditor's Notice name

Av. José Vasconcelos 150, Col. Santa Engracia
Address

| San Pedro Garza García | Nuevo León | 66267 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 240.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.476 Nonpriority creditor's name and mailing address**

NOVELO UC PAULA SOLEDAD
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,767.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**Name**

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 43,780.55 |

NUEVA WAL MART de MEXICO S de RL de C.V.

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Blvd. Manuel Ávila Camacho 647

**Basis for the claim:**

Address

Trade

| Mexico City | | 11220 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 6.16 |

NUTRICION Y NEFROLOGIA de PUERTO VALLARTA S de RL de C.V.

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☑ Unliquidated

☐ Disputed

Av Los Tules 136, Díaz Ordaz

**Basis for the claim:**

Address

Trade

| Puerto Vallarta | Jalisco | 48310 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.479** **Nonpriority creditor's name and mailing address**

OCEAN LEADER SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 9.5, Zona Hotelera
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 20,214.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**

OCEAN REEF PRESS, INC.
Creditor Name

Creditor's Notice name

6 Fishing Village Dr
Address

| Key Largo | FL | 33037 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 2,448.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | |
|---|---|
| **3.481** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 353.91 |
| OFC CONSULTING SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Paseo de los Tamarindos 400, Bosques de las Lomas | Trade |
| Address | |
| Cuajimalpa | |

| | | |
|---|---|---|
| Mexico City | | 05120 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| **3.482** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 615.53 |
| OFIX SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Avenida Insurgentes Sur 1602 | Trade |
| Address | |
| Col. Crédito Constructor | |

| | | |
|---|---|---|
| Mexico City | | 03940 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

**3.483 Nonpriority creditor's name and mailing address**

OJEDA CASTILLO LILIA AMERICA
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                777.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.484 Nonpriority creditor's name and mailing address**

OLYMPUS TOURS SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Bonampak 53, SM 3
_____
Address

_____

| | | |
|---|---|---|
| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                208.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.485 Nonpriority creditor's name and mailing address**

OPERADORA de HOTELES LA COSTA SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 11.5, Zona Hotelera
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    19,066.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.486 Nonpriority creditor's name and mailing address**

OPERADORA de MARINAS SA de C.V.
Creditor Name

Creditor's Notice name

Km 245.6 Carretera Chetumal - Pto Juárez, Puerto Aventuras
Address

| Q.R. | QR | 77733 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    203.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.487** **Nonpriority creditor's name and mailing address**

OPERADORA de ROPA  DEPORTIVA CUSMA SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 1021
Address

| Cancún | QR | 77535 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    2,424.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.488** **Nonpriority creditor's name and mailing address**

OPERADORA de TIENDAS VOLUNTARIAS SA de C.V.
Creditor Name

Creditor's Notice name

Calle 99 No. 646, Colonia Nueva Obrera
Address

| Mérida | Yucatán | 97260 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    465.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| 3.489 | **Nonpriority creditor's name and mailing address** |

OPERADORA del CARIBE IM SA de C.V.
Creditor Name

Creditor's Notice name

Calle 14 Nte, Gonzalo Guerrero, Playa del Carmen
Address

| Q.R. | QR | 77720 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,707.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| 3.490 | **Nonpriority creditor's name and mailing address** |

OPERADORA KLG SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 260, SM 20, Cancún
Address

| Q.R. | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                5,157.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.491** **Nonpriority creditor's name and mailing address**

OPERADORA MAROMITA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 38 Norte, Gonzalo Guerrero, Playa del Carmen
Address

| Q.R. | QR | 77720 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 92.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.492** **Nonpriority creditor's name and mailing address**

OPERADORA TIKINXIC S de R L de C V
Creditor Name

Creditor's Notice name

Carretera a Punta Sam Mz 3 Lt 3
Address

| Cancún | QR | 77520 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,312.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| 3.493 | **Nonpriority creditor's name and mailing address** |

ORGANIZACION RG HERMANOS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Bonampak 63, Super Manzana 64
Address

| Cancún | QR | 77524 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 82,287.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| 3.494 | **Nonpriority creditor's name and mailing address** |

ORTEGA AVIÑA KARLA JUDITH
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,230.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.495 Nonpriority creditor's name and mailing address**

ORTEGA RUIZ MARIA de LA LUZ
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                264.44
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.496 Nonpriority creditor's name and mailing address**

ORTIZ MENDEZ FRANCISCO ENRIQUE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,143.50
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.497** **Nonpriority creditor's name and mailing address**

OVERSEAS REFRIGERATION
Creditor Name

Creditor's Notice name

1140 74th St Ocean
Address

| Marathon | FL | 33050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,218.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.498** **Nonpriority creditor's name and mailing address**

P1 Finance
Creditor Name

Creditor's Notice name

P.O. Box 922025
Address

| Norcross | GA | 30010-2025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,519.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.499 Nonpriority creditor's name and mailing address**

PADILLA AGUAYO JAVIER AZEL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                485.30

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.500 Nonpriority creditor's name and mailing address**

PARTES Y EQUIPOS de REFRIGERACION del SURESTE SA de C.V.

Creditor Name

Creditor's Notice name

Av. Coba 29, SM 26

Address

Cancún        QR            77509

City          State          ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                423.88

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,082.56 |

PATIÑO MARTINEZ JORGE OSWALDO

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

[Available Upon Request]

Address

**Basis for the claim:**

Trade

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 494.68 |

PAWYC S.A. de C.V.

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Calle Monte Libano Manzana 61 Lote 61 Bodega 7-a Sm 301

Address

**Basis for the claim:**

Trade

Cancun    Qroo    77560

City    State    ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,111.38 |
|---|---|---|---|---|

PELUCHES MARINOS SA de C.V.

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Av. Chac Mool No. 156

**Basis for the claim:**

Address

Trade

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 60,276.71 |
|---|---|---|---|---|

PELUCHES MARINOS SA de C.V.

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Av. Chac Mool No. 156

**Basis for the claim:**

Address

Trade

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.505 Nonpriority creditor's name and mailing address**

PEÑA CAMILLERI, LEOPOLDO
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address



City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:        $        144.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.506 Nonpriority creditor's name and mailing address**

PEREZ MONZON ARICELDA
Creditor Name


Creditor's Notice name

[Available Upon Request]
Address



City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:        $        153.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.507** | **Nonpriority creditor's name and mailing address** |

PEREZ VALENCIA CESAR BENJAMIN

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,352.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.508** | **Nonpriority creditor's name and mailing address** |

PERFILES PANA SA de C.V.

Creditor Name

Creditor's Notice name

Av. Tulum 179, Super Manzana 20

Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,161.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.509 Nonpriority creditor's name and mailing address**

PEST & WOOD CONTROL SA de C.V.
Creditor Name

Creditor's Notice name

Lote 2 Mza 15 Zona 3 Calle 121
Address

| Felipe Carrillo Puerto | QR | 77200 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   8,345.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.510 Nonpriority creditor's name and mailing address**

PET FOODS SA de C.V.
Creditor Name

Creditor's Notice name

Calle 60 No. 520 x 65 y 67, Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   25.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | |
|---|---|
| **3.511** | **Nonpriority creditor's name and mailing address** |

PINTO ZAVALETA CARLOS ALLAN
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____  _____  _____
City                State             ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 5.89
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.512** | **Nonpriority creditor's name and mailing address** |

PINTURAS del CARIBE SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Puerto Juárez SM 92 Mz 119 Lote 5
_____
Address

_____

Cancún          QR              77516
_____  _____  _____
City                State             ZIP Code

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 75.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.513** **Nonpriority creditor's name and mailing address**

PINTURAS MAR del SURESTE SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 510, SM 63, Cancún
Address

| Q.R. | QR | 77500 |
|------|------|------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          148.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.514** **Nonpriority creditor's name and mailing address**

PINTURAS MARTINEZ del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Calle 49 527, Centro
Address

| Mérida | Yucatán | 97000 |
|------|------|------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          271.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.515 Nonpriority creditor's name and mailing address**

PINTURAS Y DERIVADOS del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Av. Andrés Quintana Roo 103
Address

| Cancún | QR | 77535 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,814.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.516 Nonpriority creditor's name and mailing address**

PIRYTA DORADA S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Juárez 159, Col. Centro, Chetumal
Address

| Q.R. | QR | 77000 |
|------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,206.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.517 Nonpriority creditor's name and mailing address**

PIXEL PRESS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Labná 25
Address

| Cancún | QR | 77500 |
|--------|-----|---------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,600.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.518 Nonpriority creditor's name and mailing address**

PLANTA HBS-DELLI SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Luis Donaldo Colosio 55
Address

| Cancún | QR | 77560 |
|--------|-----|---------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 15,481.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
| | Name | | |

**3.519** **Nonpriority creditor's name and mailing address**

PLASTICOS INDUSTRIALES del SURESTE SA de C.V.
Creditor Name

Creditor's Notice name

Av. Bonampak 67
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                5,947.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.520** **Nonpriority creditor's name and mailing address**

PLAYA RMAYA ONE S de RL de C.V.
Creditor Name

Creditor's Notice name

Avenida Tulum
Address

| Quintana Roo | Mexico | 77760 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                153.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.521** **Nonpriority creditor's name and mailing address**

PLAZOLA RAZO LETICIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,091.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.522** **Nonpriority creditor's name and mailing address**

POLLOS CANCUN SA de C.V.
Creditor Name

Creditor's Notice name

Av. Miguel Hidalgo 216
Address

| Cancún | QR | 77515 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   28,015.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.523 Nonpriority creditor's name and mailing address**

POLYCHEM SA de C.V.

Creditor Name

Creditor's Notice name

Av. Adolfo López Mateos 1855, Tlajomulco

Address

| Jal. | Jal. | 45640 |
|------|------|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 490.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.524 Nonpriority creditor's name and mailing address**

POOT GARCIA MIGUEL ANGEL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|------|------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 52.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.525  Nonpriority creditor's name and mailing address**

PRIETO RENTERIA LORETA del CARMEN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           404.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.526  Nonpriority creditor's name and mailing address**

PRODUCTOS RICOLINO SAPI de C.V.
Creditor Name

Creditor's Notice name

Calz. Gral. Ignacio Zaragoza 789, Col. Jardín Balbuena, Venustiano
Carranza
Address

Mexico City    CDMX       15900
City          State          ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            13.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

**3.527** **Nonpriority creditor's name and mailing address**

PROESA TECNOGAS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Francisco I. Madero 108
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 726.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.528** **Nonpriority creditor's name and mailing address**

PROMOCIONES E INVERSIONES ALMENDRO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 163
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,526.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*:  25-10715

**3.529** **Nonpriority creditor's name and mailing address**

PROMOCIONES E INVERSIONES ALMENDRO SA de C.V.
Creditor Name


Creditor's Notice name

Av. Tulum 163
Address



| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    3,628.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.530** **Nonpriority creditor's name and mailing address**

PROMOCIONES TURISTICAS MAHAHUAL SA de C.V.
Creditor Name


Creditor's Notice name

Av. Paseo del Puerto No. 22
Address



| Mahahual | QR | 77976 |
|----------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    16,371.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.531 Nonpriority creditor's name and mailing address**

PROMOCIONES TURISTICAS MAHAHUAL SA de C.V.
Creditor Name

_____
Creditor's Notice name

Av. Paseo del Puerto No. 22
Address

| | | |
|---|---|---|
| Mahahual | QR | 77976 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 47.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.532 Nonpriority creditor's name and mailing address**

PROMOTIONS GUY LLC
Creditor Name

_____
Creditor's Notice name

5409 Overseas Hwy, Ste 308
Address

| | | |
|---|---|---|
| Marathon | FL | 33050 |
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              6,058.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.533 Nonpriority creditor's name and mailing address**

PROMOVENTAS AL DETALLE SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 241
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    138.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.534 Nonpriority creditor's name and mailing address**

PROVEEDORA del PANADERO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Yaxchilán 49
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    95.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

**3.535** **Nonpriority creditor's name and mailing address**

PROYECTOS EATSA del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Blvd. Kukulcán Km 12, Zona Hotelera
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              12,950.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.536** **Nonpriority creditor's name and mailing address**

PROYECTOS EJECUTIVOS SUSTENTABLES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Coba 81, SM 26
Address

| Cancún | QR | 77509 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               1,414.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
|---|---|---|---|
| | Name | | |

**3.537** **Nonpriority creditor's name and mailing address**

PUBLICIDAD PORTUARIA del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Av. Bonampak 73
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    428.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.538** **Nonpriority creditor's name and mailing address**

PUBLIMODA TEXTIL SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 524
Address

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    545.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

**3.539** **Nonpriority creditor's name and mailing address**

PUERTO AVENTUREROS AC
_____
Creditor Name

_____
Creditor's Notice name

Blvd. Puerto Aventuras Km 269, Puerto Aventuras
_____
Address

_____

| Solidaridad | QR | 77733 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6.85
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.540** **Nonpriority creditor's name and mailing address**

PUNTO A PUNTO T S de RL de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle 2 No. 13, SM 64, Cancún
_____
Address

_____

| Q.R. | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                32.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.541** | **Nonpriority creditor's name and mailing address** |

**3.541** **Nonpriority creditor's name and mailing address**

PUNTO SUB S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Kabah Plaza, Local 12, Supermanzana 2
Address

| | | |
|---|---|---|
| Cancún | QR | 77710 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2.44
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.542** **Nonpriority creditor's name and mailing address**

PYD CONSTRUCAN DEL CARIBE S.A. DE C.V.
Creditor Name

Creditor's Notice name

Calle Monte Vinsón y Calle Sierra Madre
Address

Supermanzana 310 Manzana 111 Lote 6

| | | |
|---|---|---|
| Cancún | Q.R. | 77560 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Funded Debt

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:    Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

**3.543 Nonpriority creditor's name and mailing address**

QROO EN TU MANO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Yaxchilán 18
Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    220.12
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒    No

☐    Yes

**3.544 Nonpriority creditor's name and mailing address**

QUIÑONES JUAREZ JOSE MANUEL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    6,805.90
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒    No

☐    Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.545** **Nonpriority creditor's name and mailing address**

QUINTA del GOLFO de CORTEZ SA de C.V.
Creditor Name



Creditor's Notice name

Av. Rafael E. Melgar 301
Address




| Ciudad del Carmen | Campeche | 77668 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 246.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.546** **Nonpriority creditor's name and mailing address**

RAAL PRODUCTOS Y SERVICIOS SA de C.V.
Creditor Name



Creditor's Notice name

Calle Ignacio Napoli #3508, Col. Zacatal
Address




| San José del Cabo | B.C. | 23427 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715
_____

**3.547** **Nonpriority creditor's name and mailing address**

RADIOMOVIL DIPSA SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Lago Zurich 245
_____
Address

_____

_____

| Mexico City | State | 11529 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 113.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.548** **Nonpriority creditor's name and mailing address**

RAMIREZ AVELAR FRANCISCO JAVIER
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

| | State | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 1,516.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*      25-10715
_____

| | |
|---|---|
| **3.549** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $                                    1,429.38 |
| RAMIREZ CASTRO CECILIA CRISTAL | *Check all that apply.* |
| Creditor Name | |
| | ☐   Contingent |
| | ☐   Unliquidated |
| Creditor's Notice name | ☐   Disputed |
| | **Basis for the claim:** |
| [Available Upon Request] | |
| Address | Trade |
| | |
| | |
| City          State          ZIP Code | |
| | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☒   No |
| **Last 4 digits of account** | ☐   Yes |
| **number** | |

| | |
|---|---|
| **3.550** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $                                    268.72 |
| RAMIREZ GALVAN MARIA de LA LUZ | *Check all that apply.* |
| Creditor Name | |
| | ☐   Contingent |
| | ☐   Unliquidated |
| Creditor's Notice name | ☐   Disputed |
| | **Basis for the claim:** |
| [Available Upon Request] | |
| Address | Trade |
| | |
| | |
| City          State          ZIP Code | |
| | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☒   No |
| **Last 4 digits of account** | ☐   Yes |
| **number** | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.551 Nonpriority creditor's name and mailing address**

RAMIREZ GONZALEZ JOSE de JESUS
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 636.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.552 Nonpriority creditor's name and mailing address**

RAMOS ALVARADO MONICA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 977.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.553 Nonpriority creditor's name and mailing address**

RAMOS MORALES FACUNDO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                              39.43
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.554 Nonpriority creditor's name and mailing address**

RANGEL JACOBO ANGEL ARTURO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                            205.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.555** **Nonpriority creditor's name and mailing address**

RECUBRIMIENTOS de LA BAHIA SAS de C.V.
Creditor Name

Creditor's Notice name

Carretera Puerto Juárez–Punta Sam Km 3
Address

| Cancún | QR | 77520 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.556** **Nonpriority creditor's name and mailing address**

REDEAM, INC.
Creditor Name

Creditor's Notice name

1317 Carolina St
Address

| Greensboro | NC | 27405 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 337.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

**3.557** **Nonpriority creditor's name and mailing address**

REFRIGERACION CANARI de CANCUN SA de C.V.

Creditor Name

Creditor's Notice name

Av. López Portillo 1008

Address

| Cancún | QR | 77535 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 691.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.558** **Nonpriority creditor's name and mailing address**

REGIOSUR OH SA de C.V.

Creditor Name

Creditor's Notice name

Calle La Luna 25

Address

| Cancún | QR | 77505 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 76,231.87
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.559 Nonpriority creditor's name and mailing address**

REMEDIO PARA EL MAL de AMORES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Yaxchilán 31, Super Manzana 25
Address

| Cancún | QR | 77509 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               15,465.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.560 Nonpriority creditor's name and mailing address**

RENDON UCO SANTIAGO IGNACIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,300.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.561** | **Nonpriority creditor's name and mailing address** |

RENOVADORA SIEC
Creditor Name

Creditor's Notice name

Calle 16 de Septiembre No. 18, San Pablo Tecalco
Address

| Tecámac | Mex. | 55764 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,966.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| **3.562** | **Nonpriority creditor's name and mailing address** |

Repamaya S.A. de C.V.
Creditor Name

Creditor's Notice name

Calle 16 No. 108, Santa Gertrudis Copó
Address

| Mérida | Yucatán | 97305 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 57,045.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 786.33

Reserva Bengala SA. de C.V.
Creditor Name

Creditor's Notice name

Calle 10 Nte Bis
Address

Playa del Carmen    QR    77720
City                State        ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 232.68

Reserva Bengala SA. de C.V.
Creditor Name

Creditor's Notice name

Calle 10 Nte Bis
Address

Playa del Carmen    QR    77720
City                State        ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

**3.565** **Nonpriority creditor's name and mailing address**

Reserva Bengala SA. de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle 10 Nte Bis
_____
Address

_____

_____

| Playa del Carmen | QR | 77720 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                188,964.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.566** **Nonpriority creditor's name and mailing address**

Reserva Bengala SA. de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle 10 Nte Bis
_____
Address

_____

_____

| Playa del Carmen | QR | 77720 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                363.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715
_____

**3.567** **Nonpriority creditor's name and mailing address**

RETTO Limited
_____
Creditor Name

_____
Creditor's Notice name

Calle 63 No. 507, Centro, Mérida
_____
Address

_____

_____

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,301.52
_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.568** **Nonpriority creditor's name and mailing address**

REYES ARENAS ADRIAN
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,783.86
_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*   25-10715
_____

**3.569** **Nonpriority creditor's name and mailing address**

RICALDE RICALDE ENNA MARGARITA del CARMEN
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____  _____  _____
City            State        ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                728.07
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.570** **Nonpriority creditor's name and mailing address**

RITCHIE CAMACHO MIGUEL ANGEL
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____  _____  _____
City            State        ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                295.73
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.571** **Nonpriority creditor's name and mailing address**

RIVAS BARRERA JUAN CARLOS
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
| --- | --- | --- |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    263.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.572** **Nonpriority creditor's name and mailing address**

RIVIERA DESECHABLES Y PLASTICOS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Miguel Hidalgo 89
Address

| Cancún | QR | 77500 |
| --- | --- | --- |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,928.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

| | |
|---|---|
| **3.573** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,117.49 |

RM HALA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 52 No. 456 x 51 y 53, Centro, Mérida
Address

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.574** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,945.73 |

RODRIGUEZ GOMEZ, MARCELA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.575 Nonpriority creditor's name and mailing address**

RODRIGUEZ LAMAS HECTOR YAOTZIN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            2,172.78
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.576 Nonpriority creditor's name and mailing address**

RODRIGUEZ LOPEZ LUIS MARIO ALONSO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            5,269.97
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.577** **Nonpriority creditor's name and mailing address**

RODRIGUEZ MACEDO ROBERTO JOSHUE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                320.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.578** **Nonpriority creditor's name and mailing address**

ROJAS AGUILAR DANIELA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                513.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.579**   **Nonpriority creditor's name and mailing address**

ROMANO VELAZQUEZ MARIA GUADALUPE VERONICA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    82.90
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.580**   **Nonpriority creditor's name and mailing address**

ROMERO AVENDAÑO JAVIER LORENZO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  1,131.18
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.581** **Nonpriority creditor's name and mailing address**

ROMERO BELTRAN LUIS GUILLERMO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,171.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.582** **Nonpriority creditor's name and mailing address**

ROOTS AND FIRE S de RL de C.V.

Creditor Name

Creditor's Notice name

Av. José López Portillo 1020

Address

| City | State | ZIP Code |
|------|-------|----------|
| Cancún | QR | 77516 |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,675.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.583** **Nonpriority creditor's name and mailing address**

ROSALES OCARANZA NORMA ANGELICA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    218.94
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

ROTULOS Y OFFSET de CANCUN SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 270
Address

| | | |
|---|---|---|
| Cancún | QR | 77516 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    279.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.585** **Nonpriority creditor's name and mailing address**

RR CABO SA de C.V.
Creditor Name

Creditor's Notice name

Paseo de La Marina 125
Address

Cabo San Lucas

| Baja California | | 23450 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 390.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.586** **Nonpriority creditor's name and mailing address**

RSM MEXICO BOGARIN SC
Creditor Name

Creditor's Notice name

Av. Ejército Nacional 843-B Piso 7, Col. Granada
Address

Miguel Hidalgo

| Mexico City | | 11520 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 383,546.62
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.587  Nonpriority creditor's name and mailing address**

RUEDA Y LINARES ARYM

Creditor Name

Creditor's Notice name

Calle 56 No. 342, Centro, Mérida

Address

| Yucatán | Yucatán | 97000 |
|---------|---------|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            12,475.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.588  Nonpriority creditor's name and mailing address**

RUIZ BRUNO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 91.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.589 Nonpriority creditor's name and mailing address**

RUIZ GONZALEZ JOSE ANTONIO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               1,303.20
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.590 Nonpriority creditor's name and mailing address**

SALAZAR CORAL EDWIN

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                517.55
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number (if known)    25-10715

**3.591 Nonpriority creditor's name and mailing address**

SALAZAR HERNANDEZ JONATHAN ISSMAY
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,784.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.592 Nonpriority creditor's name and mailing address**

SALAZAR LOPEZ IGNACIO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                420.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

Name

3.593  **Nonpriority creditor's name and mailing address**

SALCEDO RAMOS GERARDO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,953.67

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

3.594  **Nonpriority creditor's name and mailing address**

SALDAÑA VARELA JUANA HAIDE

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                504.28

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.595 Nonpriority creditor's name and mailing address**

SALGADO VELAZQUEZ DULCE MARIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,654.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.596 Nonpriority creditor's name and mailing address**

SANCHEZ MARTINEZ MARIA IVONE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,596.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)* 25-10715

**3.597** **Nonpriority creditor's name and mailing address**

SANCHEZ MELENDEZ JOSE SALVADOR

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 158.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.598** **Nonpriority creditor's name and mailing address**

SANCHEZ VARGAS LESLIE

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 226.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,926.80 |

**3.599** **Nonpriority creditor's name and mailing address**

SANDOVAL DORDIAN ABRAHAN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,926.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.600** **Nonpriority creditor's name and mailing address**

SANTIAGO FUNEZ ELSA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,945.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*    25-10715

Name

**3.601** **Nonpriority creditor's name and mailing address**

SAVE THE WORLD MEXICO SA de C.V.
Creditor Name


Creditor's Notice name

Av. Tulum 260
Address




| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $             2,101.19
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.602** **Nonpriority creditor's name and mailing address**

Sculptor Capital Management Inc
Creditor Name


Creditor's Notice name

9 West 57th Street, 39th Floor
Address




| New York | NY | 10019 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $           250,365.50
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

---

**3.603**  **Nonpriority creditor's name and mailing address**

SECRETARIA de MARINA
Creditor Name

Creditor's Notice name

Av. Heroica Escuela Naval Militar S/N
Address

| Mexico City | | 04360 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,333.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.604**  **Nonpriority creditor's name and mailing address**

SECRETARIA de MEDIO AMBIENTE Y RECURSOS NATURALES
Creditor Name

Creditor's Notice name

Ejército Nacional 223, Anáhuac I Secc
Address

| Mexico City | | 11320 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,521.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)* 25-10715

**3.605 Nonpriority creditor's name and mailing address**

SECUDATA ASESORIA EN PROTECCION de DATOS PERSONALES SC
Creditor Name

Creditor's Notice name

Av. Insurgentes Sur 1685
Address

| Mexico City | | 03900 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,904.91

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.606 Nonpriority creditor's name and mailing address**

SEGOVIA LOPEZ MIGUEL ANGEL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 853.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.607** **Nonpriority creditor's name and mailing address**

SEGURA ALFONSO MARICELA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 398.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.608** **Nonpriority creditor's name and mailing address**

SEGUROS ATLAS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Paseo de la Reforma 505
Address

Mexico City          06500
City          State          ZIP Code

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,810,284.24
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:    Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715
_____
Name

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 61,224.11 |

SEGUROS ATLAS SA de C.V.
_____
Creditor Name

*Check all that apply.*

_____
Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Av. Paseo de la Reforma 505
_____
Address

**Basis for the claim:**

Trade
_____

| Mexico City | | 06500 |
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 123.07 |

SEGUROS BBVA BANCOMER SA de C.V. GRUPO FINANCIERO BBVA BANCOMER
_____
Creditor Name

*Check all that apply.*

_____
Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Av. Paseo de la Reforma 510
_____
Address

**Basis for the claim:**

Trade
_____

| Mexico City | | 06600 |
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
| | Name | | |

**3.611** **Nonpriority creditor's name and mailing address**

SEICOP CONTROL de PLAGAS SA de C.V.
Creditor Name

Creditor's Notice name

Calle Margaritas 2
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                182.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.612** **Nonpriority creditor's name and mailing address**

SEICOP PEST CONTROL SAS de C.V.
Creditor Name

Creditor's Notice name

Calle Margaritas 2
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                457.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.613 Nonpriority creditor's name and mailing address**

SEMPERE MACIAS JOSE

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            450.54

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.614 Nonpriority creditor's name and mailing address**

SEPCO CONSULTORIA ESPECIALIZADA SC

Creditor Name

Creditor's Notice name

Av. Acanceh 33

Address

Cancún        QR        77505

City        State        ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            308.75

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.615 Nonpriority creditor's name and mailing address**

SEPSA SA de C.V.
Creditor Name

Creditor's Notice name

Prolongación Paseo de la Reforma 1200
Address

| Mexico City | | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,413.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.616 Nonpriority creditor's name and mailing address**

SEPSA SERVICIOS INTEGRALES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Javier Barros Sierra 495
Address

| Mexico City | | 01219 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                93.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.617** **Nonpriority creditor's name and mailing address**

SEQUEDA MARTINEZ SAMUEL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    788.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.618** **Nonpriority creditor's name and mailing address**

Serfimex Capital S.A.P.I. de C.V. Sofom E.N.R.

Creditor Name

Creditor's Notice name

Prol. P.º de la Reforma 379, Santa Fe, Zedec Sta Fé

Address

Álvaro Obregón

| Mexico City | State | 01219 |
|-------------|-------|-------|
| City | | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                Unliquidated

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Funded Debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.619 Nonpriority creditor's name and mailing address**

SERVICIO COZUMEL SA de C.V.
Creditor Name

Creditor's Notice name

Av. Rafael E. Melgar 599
Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 596.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.620 Nonpriority creditor's name and mailing address**

SERVICIOS AVENTOUR SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 260
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 66,120.94
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.621** **Nonpriority creditor's name and mailing address**

SERVICIOS COMERCIALES AMAZON MEXICO S de RL de C.V.

Creditor Name

Creditor's Notice name

Blvd. Manuel Ávila Camacho 36

Address

Miguel Hidalgo

| Mexico City | | 11000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 167.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.622** **Nonpriority creditor's name and mailing address**

SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA de C.V.

Creditor Name

Creditor's Notice name

Av. Bonampak 53

Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,836.85

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.623 Nonpriority creditor's name and mailing address**

SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA de C.V.

Creditor Name

Creditor's Notice name

Av. Bonampak 53

Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    173,510.81

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.624 Nonpriority creditor's name and mailing address**

SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA de C.V.

Creditor Name

Creditor's Notice name

Av. Insurgentes Sur 1431, Insurgentes Mixcoac, Benito Juárez

Address

| Mexico City | CDMX | 03920 |
|-------------|------|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    546.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*:  25-10715

**3.625** **Nonpriority creditor's name and mailing address**

SERVICIOS de INGENIERIA TECNICA ROO SA de C.V.
Creditor Name

Creditor's Notice name

Av. José López Portillo, Supermanzana 57, Cancún
Address

| Q.R. | QR | 77515 |
|------|------|------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            1,564.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.626** **Nonpriority creditor's name and mailing address**

SERVICIOS de INGENIERIA Y ADMINISTRACION del AGUA
Creditor Name

Creditor's Notice name

Av. Santa Margarita 4099
Address

| Zapopan | Jalisco | 45138 |
|------|------|------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            8,658.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.627  Nonpriority creditor's name and mailing address**

SERVICIOS EMPRESARIAL ADMINISTRATIVO LEGAL & FIANZAS
Creditor Name

_____
Creditor's Notice name

Calle 33 No. 202 x 38 y 40, Col. García Ginerés
Address

| Mérida | Yucatán | 97070 |
|--------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 114.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.628  Nonpriority creditor's name and mailing address**

SERVICIOS GASOLINEROS de MEXICO SA de C.V.
Creditor Name

_____
Creditor's Notice name

Av. División del Norte 3323
Address

| Mexico City | | 03300 |
|-------------|---|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,027.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

**3.629** **Nonpriority creditor's name and mailing address**

SERVICIOS INSTITUCIONALES MULTIPLES SA de C.V.
Creditor Name

Creditor's Notice name

Av. José López Portillo 526
Address

| Cancún | QR | 77515 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,333.30
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒  No
☐  Yes

**3.630** **Nonpriority creditor's name and mailing address**

SERVICIOS INTEGRALES de COMUNICACIONES Y
PROCESAMIENTO de DATOS SA de C.V.
Creditor Name

Creditor's Notice name

Calle Quetzal 13
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    9,005.08
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒  No
☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

---

**3.631** **Nonpriority creditor's name and mailing address**

SERVICIOS MULTIMODAL del CARIBE SA de C.V.

Creditor Name

Creditor's Notice name

Av. Uxmal 14

Address

| Cancún | QR | 77500 |
|--------|-----|--------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 583.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.632** **Nonpriority creditor's name and mailing address**

SIENSEG SA de C.V.

Creditor Name

Creditor's Notice name

Av. La Luna 15, Supermanzana 505

Address

| Cancún | QR | 77533 |
|--------|-----|--------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 126.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.633** **Nonpriority creditor's name and mailing address**

SIGMA FOODSERVICE COMERCIAL S de RL de C.V.
Creditor Name

Creditor's Notice name

Blvd. Miguel de Cervantes Saavedra 301
Address

| CDMX | Mexico | 11520 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,733.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.634** **Nonpriority creditor's name and mailing address**

SIMON VAZQUEZ RICARDO
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 551.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| 3.635 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 47,339.03 |

SINDICATO UNICO de CHOFERES TAXISTAS Y SIMILARES de LA
ISLA de COZUMEL

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Av. Uxmal 27

Address

**Basis for the claim:**

Trade

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| 3.636 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,665.87 |

SINGLE DIGITS WIFI SAPI de C.V.

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Av. Uxmal 62, Super Manzana 34

Address

**Basis for the claim:**

Trade

| Cancún | QROO | 77506 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.637** **Nonpriority creditor's name and mailing address**

SIX FLAGS MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Carretera Picacho-Ajusco Km 1.5
Address

| Mexico City | | 14200 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,245.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.638** **Nonpriority creditor's name and mailing address**

SKY GRAPHIC S de RL de C.V.
Creditor Name

Creditor's Notice name

Calle Lirio Mz 10 Lt 1
Address

| Cancún | QR | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,170.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715
_____
Name

**3.639** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,781.86

SLOVENSKO SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle 36 Nte, Gonzalo Guerrero, Playa del Carmen
_____
Address

_____

_____

| Q.R. | QR | 77720 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.640** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 335.13

SMEGO MARKETING S de RL de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle Del Bosque 20, Col. Del Bosque
_____
Address

_____

_____

| Mexico City | | 03570 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715
_____

**3.641** **Nonpriority creditor's name and mailing address**

SOCIEDAD de AUTORES Y COMPOSITORES de MEXICO S de GC de IP
_____
Creditor Name

_____
Creditor's Notice name

Calle Magdalena 126, Del Valle Norte
_____
Address

_____

| Mexico City | | 03100 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,432.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.642** **Nonpriority creditor's name and mailing address**

SOLIS IBARRA ROBERTO
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,232.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.643 Nonpriority creditor's name and mailing address**

SOLUCIONES EN LIMPIEZA COZUCLEAN S de RL de C.V.
Creditor Name

Creditor's Notice name

65 Av. Sur
Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    186.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.644 Nonpriority creditor's name and mailing address**

SOLUCIONES FERRETERAS del CARIBE SA de C.V.
Creditor Name

Creditor's Notice name

Av. López Portillo 185
Address

| Cancún | QR | 77516 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    601.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.645 Nonpriority creditor's name and mailing address**
SOLUCIONES INDUSTRIALES ELECTRICAS Y MECANICAS SRL de C.V.
Creditor Name

Creditor's Notice name

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Address

| Mérida | Yucatán | 97070 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 789.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.646 Nonpriority creditor's name and mailing address**
SOLUCIONES INDUSTRIALES ELECTRICAS Y MECANICAS SRL de C.V.
Creditor Name

Creditor's Notice name

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Address

| Mérida | Yucatán | 97070 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,789.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

3.647 **Nonpriority creditor's name and mailing address**

SOLUCIONES PENINSULA CREATIVA SA de C.V.
Creditor Name

Name

Creditor's Notice name

Av. Tulum 268
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                                   457.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.648 **Nonpriority creditor's name and mailing address**

SOLUCIONES SENCILLAS SA de C.V.
Creditor Name

Creditor's Notice name

Calle 36 No. 124 x 21 y 23, Col. Buenavista
Address

| Mérida | Yucatán | 97127 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                                   124.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Case number *(if known)*: 25-10715
_____
Name

| | |
|---|---|
| **3.649** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 916.62 |
| SOMOS CARNE SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Calle 3 Poniente 104 | Trade |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Puebla | Puebla | 72000 |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| **3.650** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 17,952.85 |
| SSA MEXICO SA de C.V. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Av. Santa Fe No. 170, Santa Fe | Trade |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Mexico City | | 01210 |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

---

**3.651** **Nonpriority creditor's name and mailing address**

STETA MARKETING GROUP SC

Creditor Name

Creditor's Notice name

Av. Yaxchilán 63

Address

| Cancún | QR | 77500 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               1,429.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.652** **Nonpriority creditor's name and mailing address**

Sticker Mule, LLC

Creditor Name

Creditor's Notice name

279 Waverley Oaks Rd, Suite 210

Address

| Waltham | MA | 02452 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 598.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*  25-10715

---

**3.653** **Nonpriority creditor's name and mailing address**

SUAREZ MOGUEL JENNIFER MONSTSERRAT
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,124.15
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.654** **Nonpriority creditor's name and mailing address**

SULUB TREJO NANCY OLIVIA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,429.38
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
| | Name | | |

---

**3.655** **Nonpriority creditor's name and mailing address**

SUMINISTROS HIDRAULICOS del SURESTE SA de C.V.
Creditor Name

Creditor's Notice name

Calle 5 No. 134, Fracc. Las Palmas
Address

| Chetumal | QROO | 77019 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 565.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.656** **Nonpriority creditor's name and mailing address**

SUPER SAN FRANCISCO de ASIS SA de C.V.
Creditor Name

Creditor's Notice name

Av. José López Portillo 730
Address

| Cancún | QR | 77516 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 222.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*    25-10715

**3.657** **Nonpriority creditor's name and mailing address**

SURTIDORA de FRIOS de LA PENINSULA SA de C.V.
Creditor Name

Creditor's Notice name

Calle 50 No. 393, Col. Centro
Address

| Mérida | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 144.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.658** **Nonpriority creditor's name and mailing address**

TAPIA MARIN JUDITH ADRIANA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 302.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

3.659 **Nonpriority creditor's name and mailing address**

TE LA PONEMOS FACIL SA de C.V.
Creditor Name

Creditor's Notice name

Av. Prolongación Paseo de la Reforma 1190, Santa Fe
Address

Álvaro Obregón

| Mexico City | | 01376 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 112.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

3.660 **Nonpriority creditor's name and mailing address**

TECHNO CABS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Tulum 11
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,934.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
|---------|-----|-----|-----|
| | Name | | |

**3.661** **Nonpriority creditor's name and mailing address**

TELEVISA S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Chapultepec 28, Doctores
Address

Cuauhtémoc

| Mexico City | | 06724 |
|------|------|------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 285.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.662** **Nonpriority creditor's name and mailing address**

TENDENCIA GASTRONOMICA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Nichupté 25
Address

| Cancún | QR | 77500 |
|------|------|------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,286.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

3.663 **Nonpriority creditor's name and mailing address**

TERMINIX INTERNATIONAL SA de C.V.
Creditor Name

Creditor's Notice name

Av. Río Churubusco 601
Address

| Mexico City | | 09400 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,596.02
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

3.664 **Nonpriority creditor's name and mailing address**

TERRENOS de ISLA MUJERES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Rueda Medina 44
Address

| Isla Mujeres | QR | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               58,291.29
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Controladora Dolphin, S.A. de C.V.

Case number *(if known)*   25-10715

**3.665** **Nonpriority creditor's name and mailing address**

TERRENOS de ISLA MUJERES SA de C.V.
Creditor Name

Creditor's Notice name

Av. Rueda Medina 44
Address

| Isla Mujeres | QR | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                7,437.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.666** **Nonpriority creditor's name and mailing address**

The Dolphin Connection, Inc.
Creditor Name

Creditor's Notice name

102601 Overseas Hwy
Address

| Key Largo | FL | 33037 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                988.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.667 Nonpriority creditor's name and mailing address**

THONA SEGUROS SA de C.V.
Creditor Name

Creditor's Notice name

Av. Javier Barros Sierra 495
Address

| Mexico City | | 01219 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 42,976.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.668 Nonpriority creditor's name and mailing address**

TICKET TOURS
Creditor Name

Creditor's Notice name

Av. Uxmal 20, Centro
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 21,227.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:    Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

**3.669** **Nonpriority creditor's name and mailing address**

TICKET TOURS
Creditor Name

Creditor's Notice name

Av. Uxmal 20, Centro
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    10,009.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.670** **Nonpriority creditor's name and mailing address**

TIENDAS CHEDRAUI SA de C.V.
Creditor Name

Creditor's Notice name

Av. 20 de Noviembre 301
Address

| Xalapa | Veracruz | 91000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,699.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| Name | |

**3.671** **Nonpriority creditor's name and mailing address**

TIENDAS SORIANA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Lázaro Cárdenas 2225
Address

| Monterrey | Nuevo León | 64650 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 231.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.672** **Nonpriority creditor's name and mailing address**

TIME OUT MAGAZINE LIMITED
Creditor Name

Creditor's Notice name

55 Water St
Address

| New York | NY | 10041 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,341.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.673 Nonpriority creditor's name and mailing address**

TIRADP TIRADO INGRID JANNET

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 202.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.674 Nonpriority creditor's name and mailing address**

TLAPALERIA EL CANDADO SA de C.V.

Creditor Name

Creditor's Notice name

Av. Corregidora 30, Centro

Address

| | | |
|---|---|---|
| Santiago de Querétaro | Querétaro | 76000 |
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 6,903.74 |

TOALLERA POPULAR SA de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Calle Lago Trasimeno 47
_____
Address

_____

_____

| Mexico City | | 11320 |
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 4,552.86 |

TOKA INTERNACIONAL SAPI de C.V.
_____
Creditor Name

_____
Creditor's Notice name

Av. Insurgentes Sur 1457
_____
Address

_____

_____

| Mexico City | | 03900 |
| City | State | ZIP Code |

Mexico
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)* 25-10715
_____

**3.677 Nonpriority creditor's name and mailing address**

TORRES ALONSO VICTOR
_____
Creditor Name

_____
Creditor's Notice name

[Available Upon Request]
_____
Address

_____

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  4,332.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.678 Nonpriority creditor's name and mailing address**

TOURS R US LTD
_____
Creditor Name

_____
Creditor's Notice name

Lot 11
_____
Address

_____

Negril
_____
City          State          ZIP Code

Jamaica
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  9,565.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.679 Nonpriority creditor's name and mailing address**

Tradewinds, LTD
Creditor Name

Creditor's Notice name

4801 Tradewinds Parkway
Address

| Madison | WI | 53718 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Unliquidated
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.680 Nonpriority creditor's name and mailing address**

TRAFICTOURS de MEXICO SA de C.V.
Creditor Name

Creditor's Notice name

Av. Yaxchilán 15, Super Manzana 50
Address

| Cancún | QROO | 77533 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    7,551.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*   25-10715

**3.681** **Nonpriority creditor's name and mailing address**

TRANSMISORA REGIONAL RADIO FORMULA S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Universidad 1273, Santa Cruz Atoyac
Address

Benito Juárez

| Mexico City | | 03310 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            5,745.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.682** **Nonpriority creditor's name and mailing address**

TRANSPORTADORA VILLA CARIBE S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Uxmal 41
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            6,621.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.683** **Nonpriority creditor's name and mailing address**

Transportes SELCUN
Creditor Name

Creditor's Notice name

Carretera Cancún-Aeropuerto Km 22.4
Address

| Cancún | QR | 77565 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,835.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.684** **Nonpriority creditor's name and mailing address**

TRAPERO INZUNZA SAIRA YAJAIRA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 219.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
| | Name | | |

**3.685** **Nonpriority creditor's name and mailing address**

Triton Investments Holdings LLC
Creditor Name

Creditor's Notice name

Av. Bonampak 53
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,396,410.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.686** **Nonpriority creditor's name and mailing address**

Triton Investments Holdings LLC
Creditor Name

Creditor's Notice name

Av. Bonampak 53
Address

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,089,234.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | |
|---|---|
| 3.687 | **Nonpriority creditor's name and mailing address** |

TUN CETZ LAURA MARIBEL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                12,589.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| 3.688 | **Nonpriority creditor's name and mailing address** |

TURISMO de AVENTURA COSTA MAYA SA de C.V.

Creditor Name

Creditor's Notice name

Av. Paseo del Puerto 5

Address

| Mahahual | QR | 77940 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                76,305.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

| | |
|---|---|
| 3.689 | **Nonpriority creditor's name and mailing address** |

TURISMO de AVENTURA COSTA MAYA SA de C.V.
Creditor Name


Creditor's Notice name

Av. Paseo del Puerto 5
Address



| Mahahual | QR | 77940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  530.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.690 | **Nonpriority creditor's name and mailing address** |

TURISMO Y TRANSPORTACION del CARIBE SA de C.V.
Creditor Name


Creditor's Notice name

Calle 9 Sur 57
Address



| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  9,341.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

**3.691  Nonpriority creditor's name and mailing address**

TURISTICOS COUFLO
Creditor Name

Creditor's Notice name

Av. 10 entre Calle 10 y 12, Playa del Carmen
Address

| Q.R. | QR | 77710 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              2,302.32
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.692  Nonpriority creditor's name and mailing address**

TUROPERADORA TURISTICA VECUN
Creditor Name

Creditor's Notice name

Calle 39 217-A, Centro
Address

| Valladolid | Yucatán | 97780 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                171.33
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*  25-10715

**3.693 Nonpriority creditor's name and mailing address**
UGARTE OLLARVES YOANA DESIREE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            2,861.13
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.694 Nonpriority creditor's name and mailing address**
ULIN TIQUET MARIBEL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             251.57
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

_____
Name

**3.695 Nonpriority creditor's name and mailing address**

UMDC DEPARTMENT OF PATHOLOGY
Creditor Name

_____
Creditor's Notice name

5323 Harry Hines Blvd
Address

_____

_____

| Dallas | TX | 75390 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3.20
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.696 Nonpriority creditor's name and mailing address**

UNILEVER de MEXICO S de RL de C.V.
Creditor Name

_____
Creditor's Notice name

Blvd. Miguel de Cervantes Saavedra 301
Address

_____

_____

| CDMX | Mexico | 11520 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              2,633.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.697 Nonpriority creditor's name and mailing address**

URBINA ACUÑA ISRAEL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,929.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.698 Nonpriority creditor's name and mailing address**

URRUTIA STAMATIO ALEJANDRA
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 372.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*   25-10715

**3.699 Nonpriority creditor's name and mailing address**

VALLADARES VELAZQUEZ PEDRO QUETZALCOATL
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          1,571.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.700 Nonpriority creditor's name and mailing address**

VELA CAO ROMERO LUIS
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          40,121.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

---

**3.701 Nonpriority creditor's name and mailing address**

VENTAS Y SERVICIOS AL CONSUMIDOR SA de C.V.

Creditor Name

Creditor's Notice name

Calle Vía Dr. Gustavo Baz 2160

Address

| Tlalnepantla | Mex. | 54050 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               1,561.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.702 Nonpriority creditor's name and mailing address**

VERA & ASOCIADOS AMBIENTAL LEGAL SC

Creditor Name

Creditor's Notice name

Calle San Lorenzo 232

Address

| Mexico City | | 03910 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              60,199.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

**3.703 Nonpriority creditor's name and mailing address**

VERDE AZUETA VIRGINIA KARINA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City   State   ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 738.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.704 Nonpriority creditor's name and mailing address**

VERDURAS Y CARNES CONGELADAS SA de C.V.

Creditor Name

Creditor's Notice name

Av. López Portillo 206

Address

Cancún   QR   77516

City   State   ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,310.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 23,233.92 |

VIAJES ACUATICOS TURQUESA SA de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Blvd. Kukulcán Km 4.5, Zona Hotelera
Address

**Basis for the claim:**

Trade

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,515.88 |

VIAJES ACUATICOS TURQUESA SA de C.V.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Blvd. Kukulcán Km 4.5, Zona Hotelera
Address

**Basis for the claim:**

Trade

| Cancún | QR | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,143.50 |

VIAJES CARIBE MAYA SA de C.V.
Creditor Name

Creditor's Notice name

Av. Chichen Itzá 24, SM 32
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

| Cancún | QR | 77508 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 19.67 |

VILLALOBOS CASTILLO DIEGO JOSUE
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.709 Nonpriority creditor's name and mailing address**

VILLASEÑOR MUNGUIA ALEJANDRA ISABEL

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    628.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.710 Nonpriority creditor's name and mailing address**

VILSANCHEZ SA de C.V.

Creditor Name

Creditor's Notice name

Av. La Luna 22

Address

Cancún          QR          77500

City          State          ZIP Code

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    4,876.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
_____
Name

**3.711** **Nonpriority creditor's name and mailing address**

VIÑA del MAR SA de C.V.
Creditor Name

_____
Creditor's Notice name

Av. Bonampak Mz 2 Lt 3, SM 2
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               283.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.712** **Nonpriority creditor's name and mailing address**

VINOS AMERICA SA de C.V.
Creditor Name

_____
Creditor's Notice name

2727 Bering Dr
Address

| Houston | TX | 75206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                40.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | |
|---|---|
| **3.713 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 112.48 |
| VINOTECA MEXICO SA de C.V. | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Av. Paseo de la Reforma 382, Juárez | Trade |
| Address | |
| Cuauhtémoc | |

| | | |
|---|---|---|
| Mexico City | | 06600 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| **3.714 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,192.10 |
| WELCOME DEALER SA de C.V. | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Av. Tulum 5, SM 22 | Trade |
| Address | |

| | | |
|---|---|---|
| Cancún | QR | 77500 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.715 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 156,516.62 |

Whale Lovers de México SA de C.V.
Creditor Name

Creditor's Notice name

Calle Salvatierra s/n
Address

| Guerrero Negro | B.C.S. | 23940 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 156,516.62
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.716 | **Nonpriority creditor's name and mailing address** |

Whale Lovers de México SA de C.V.
Creditor Name

Creditor's Notice name

Calle Salvatierra s/n
Address

| Guerrero Negro | B.C.S. | 23940 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,959.83
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 70,102.34 |

Wilmington Trust, N.A.
Creditor Name

Creditor's Notice name

1100 N. Market Street
Address

| Wilmington | DE | 19890 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 70,102.34
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.718 | **Nonpriority creditor's name and mailing address** |

X Y PER SA de C.V.
Creditor Name

Creditor's Notice name

256.3, Col. Puerto Aventuras
Address

| Solidaridad | QR | 77733 |
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 16,681.93
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

**3.719** **Nonpriority creditor's name and mailing address**

XERTICA S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Javier Barros Sierra 495
Address

Col. Santa Fe

| Mexico City | | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,419.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.720** **Nonpriority creditor's name and mailing address**

XERTICA S de RL de C.V.
Creditor Name

Creditor's Notice name

Av. Javier Barros Sierra 495
Address

Col. Santa Fe

| Mexico City | | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 46,350.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.721 Nonpriority creditor's name and mailing address**

YAH BAAS ERIK GERARDO

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 714.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.722 Nonpriority creditor's name and mailing address**

YAÑEZ TRAPAGA ORALIA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,917.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
| --- | --- | --- | --- |
| | Name | | |

| 3.723 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 28,251.16 |
| --- | --- | --- | --- | --- |

**3.723 Nonpriority creditor's name and mailing address**

YINVANET SA de C.V.
Creditor Name


Creditor's Notice name

Av. Yaxchilán 24
Address




| Cancún | QR | 77500 |
| --- | --- | --- |
| City | State | ZIP Code |

| Mexico |
| --- |
| Country |

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,251.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.724 Nonpriority creditor's name and mailing address**

YMAGINVAL SAPI de C.V.
Creditor Name


Creditor's Notice name

Av. Paseo de la Reforma 350
Address




| Mexico City | | 06600 |
| --- | --- | --- |
| City | State | ZIP Code |

| Mexico |
| --- |
| Country |

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,257.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**3.725 Nonpriority creditor's name and mailing address**

ZACATRAPO SA de C.V.

Creditor Name

Creditor's Notice name

Calle 7 Norte 106

Address

| Cozumel | QR | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    315.81

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.726 Nonpriority creditor's name and mailing address**

ZAMORA NAVA LORENA MARGARITA

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                 16,408.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*     25-10715

**3.727** **Nonpriority creditor's name and mailing address**

ZAPATA GRANJA NELDA OFELIA del CARMEN
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               9.59
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.728** **Nonpriority creditor's name and mailing address**

ZEA ESTRADA CYNTHYA IRAZU
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             245.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known):* | 25-10715 |
|---|---|---|---|
| | Name | | |

3.729 **Nonpriority creditor's name and mailing address**

ZK DISTRIBUIDORA de MODA
Creditor Name

Creditor's Notice name

Av. Coyoacán 1402, Colonia del Valle
Address

Benito Juárez

| Mexico City | | 03100 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 96.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City                State           ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ 46,459,114.98 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 46,459,114.98 |

**Fill in this information to identify the case:**

Debtor Name: In re : Controladora Dolphin, S.A. de C.V.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10715 (LSS)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Litigation Consulting |
| | | LSN Partners |
| | | Name |
| | | LSN Partners |
| | | Notice Name |
| | | 3800 NE 1st Avenue |
| | **State the term remaining** | n/a |
| | | Address |
| | **List the contract number of any government contract** | |

| Miami | FL | 33137 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

**Fill in this information to identify the case:**

Debtor Name: In re : Controladora Dolphin, S.A. de C.V.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10715 (LSS)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Cigna Health and Life Insurance Company | ☑ D |
| | Street | | |
| | Zona Hotelera, C.P. | | ☐ E/F |
| | | | ☐ G |
| | Cancun   77500 | | |
| | City   State   ZIP Code | | |
| | Mexico | | |
| | Country | | |
| 2.2 Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Leisure Investment Funding LLC | ☑ D |
| | Street | | |
| | Zona Hotelera, C.P. | | ☐ E/F |
| | | | ☐ G |
| | Cancun   77500 | | |
| | City   State   ZIP Code | | |
| | Mexico | | |
| | Country | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:   25-10715
_____

| | | | |
|---|---|---|---|
| 2.3 | Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 <br> _____ <br> Street <br> Zona Hotelera, C.P. | Prudential Legacy Insurance Company of New Jersey    ☑ D <br><br> ☐ E/F <br><br> ☐ G |

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.4 | Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 <br> _____ <br> Street <br> Zona Hotelera, C.P. | The Prudential Insurance Company of America    ☑ D <br><br> ☐ E/F <br><br> ☐ G |

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.5 | Dolphin Austral Holdings, S.A. de C.V. | Av. Banco Chinchorro, MZA 1, LT 7-02, <br> _____ <br> Street <br> Local B, Supermanzana 13 | Cigna Health and Life Insurance Company    ☑ D <br><br> ☐ E/F <br><br> ☐ G |

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.6 | Dolphin Austral Holdings, S.A. de C.V. | Av. Banco Chinchorro, MZA 1, LT 7-02, <br> _____ <br> Street <br> Local B, Supermanzana 13 | Leisure Investment Funding LLC    ☑ D <br><br> ☐ E/F <br><br> ☐ G |

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.7 | Dolphin Austral Holdings, S.A. de C.V. | Av. Banco Chinchorro, MZA 1, LT 7-02, <br> _____ <br> Street <br> Local B, Supermanzana 13 | Prudential Legacy Insurance Company of New Jersey    ☑ D <br><br> ☐ E/F <br><br> ☐ G |

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

| 2.8 | Dolphin Austral Holdings, S.A. de C.V. | Av. Banco Chinchorro, MZA 1, LT 7-02, | The Prudential Insurance Company of America | ☑ D |
| | Name | Street | | ☐ E/F |
| | | Local B, Supermanzana 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City · State · ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.9 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City · State · ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.10 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City · State · ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.11 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City · State · ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.12 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City · State · ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number (if known):    25-10715

Name

| | | | |
|---|---|---|---|
| 2.13  Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | Cigna Health and Life Insurance Company | ☑ D |
| | Street | | ☐ E/F |
| | Suite 2110 | | |
| | | | ☐ G |
| | Miami          FL          33131 | | |
| | City            State       ZIP Code | | |
| | Country | | |
| 2.14  Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | Leisure Investment Funding LLC | ☑ D |
| | Street | | ☐ E/F |
| | Suite 2110 | | |
| | | | ☐ G |
| | Miami          FL          33131 | | |
| | City            State       ZIP Code | | |
| | Country | | |
| 2.15  Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | Street | | ☐ E/F |
| | Suite 2110 | | |
| | | | ☐ G |
| | Miami          FL          33131 | | |
| | City            State       ZIP Code | | |
| | Country | | |
| 2.16  Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | The Prudential Insurance Company of America | ☑ D |
| | Street | | ☐ E/F |
| | Suite 2110 | | |
| | | | ☐ G |
| | Miami          FL          33131 | | |
| | City            State       ZIP Code | | |
| | Country | | |
| 2.17  Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
| | Street | | ☐ E/F |
| | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | ☐ G |
| | Cancun                      77504 | | |
| | City            State       ZIP Code | | |
| | Mexico | | |
| | Country | | |

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known)*: | 25-10715 |
| | Name | | | |

| 2.18 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |

| | | Cancun | | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.19 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |

| | | Cancun | | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.20 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |

| | | Cancun | | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.21 | Embassy of the Seas Limited | 27 Old Gloucester Street | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |

| | | London | | WCIN 3AX | |
| | | City | State | ZIP Code | |
| | | United Kingdom | | | |
| | | Country | | | |

| 2.22 | Embassy of the Seas Limited | 27 Old Gloucester Street | Leisure Investment Funding LLC | ☑ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |

| | | London | | WCIN 3AX | |
| | | City | State | ZIP Code | |
| | | United Kingdom | | | |
| | | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 2.23 | Embassy of the Seas Limited | 27 Old Gloucester Street | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | London | WCIN 3AX | | |
| | | City State | ZIP Code | | |
| | | United Kingdom | | | |
| | | Country | | | |

| 2.24 | Embassy of the Seas Limited | 27 Old Gloucester Street | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | London | WCIN 3AX | | |
| | | City State | ZIP Code | | |
| | | United Kingdom | | | |
| | | Country | | | |

| 2.25 | Gulf World Marine Park, Inc. | 15421 Front Beach Road | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | Panama City FL | 32413 | | |
| | | City State | ZIP Code | | |
| | | Country | | | |

| 2.26 | Gulf World Marine Park, Inc. | 15421 Front Beach Road | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | Panama City FL | 32413 | | |
| | | City State | ZIP Code | | |
| | | Country | | | |

| 2.27 | Gulf World Marine Park, Inc. | 15421 Front Beach Road | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | Panama City FL | 32413 | | |
| | | City State | ZIP Code | | |
| | | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 2.28 | Gulf World Marine Park, Inc. | 15421 Front Beach Road | | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Panama City | FL | 32413 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.29 | GWMP, LLC | 15421 Front Beach Road | | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Panama City | FL | 32413 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.30 | GWMP, LLC | 15421 Front Beach Road | | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Panama City | FL | 32413 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.31 | GWMP, LLC | 15421 Front Beach Road | | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Panama City | FL | 32413 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.32 | GWMP, LLC | 15421 Front Beach Road | | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Panama City | FL | 32413 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known):* | 25-10715 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.33 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | | Cigna Health and Life Insurance Company | ☑ D |
| --- | --- | --- | --- | --- | --- |
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.34 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | | Leisure Investment Funding LLC | ☑ D |
| --- | --- | --- | --- | --- | --- |
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.35 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| --- | --- | --- | --- | --- | --- |
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.36 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | | The Prudential Insurance Company of America | ☑ D |
| --- | --- | --- | --- | --- | --- |
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.37 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | | Cigna Health and Life Insurance Company | ☑ D |
| --- | --- | --- | --- | --- | --- |
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

| 2.38 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Cancun | | 77504 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |
| 2.39 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Cancun | | 77504 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |
| 2.40 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | | | The Prudential Insurance Company of America | ☑ D |
| | | Street | | | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Cancun | | 77504 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |
| 2.41 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | | | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | | | |
| | | | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | St. Augustine | FL | 32080 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |
| 2.42 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | | | Leisure Investment Funding LLC | ☑ D |
| | | Street | | | | |
| | | | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | St. Augustine | FL | 32080 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| 2.43 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|

Street

| | | | | ☐ E/F |
|---|---|---|---|---|

| | | | | ☐ G |
|---|---|---|---|---|

| St. Augustine | FL | 32080 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.44 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|

Street

| | | | | ☐ E/F |
|---|---|---|---|---|

| | | | | ☐ G |
|---|---|---|---|---|

| St. Augustine | FL | 32080 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.45 | MS Leisure Company | 4400 Rickenbacker Causeway | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|

Street

| | | | | ☐ E/F |
|---|---|---|---|---|

| | | | | ☐ G |
|---|---|---|---|---|

| Miami | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.46 | MS Leisure Company | 4400 Rickenbacker Causeway | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|

Street

| | | | | ☐ E/F |
|---|---|---|---|---|

| | | | | ☐ G |
|---|---|---|---|---|

| Miami | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.47 | MS Leisure Company | 4400 Rickenbacker Causeway | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|

Street

| | | | | ☐ E/F |
|---|---|---|---|---|

| | | | | ☐ G |
|---|---|---|---|---|

| Miami | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known):*    25-10715

| 2.48 | MS Leisure Company | 4400 Rickenbacker Causeway | | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Miami | FL | 33149 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.49 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

| 2.50 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

| 2.51 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

| 2.52 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

---

2.53  The Dolphin Connection, Inc.

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City              State       ZIP Code

Country

Cigna Health and Life
Insurance Company

☑ D

☐ E/F

☐ G

---

2.54  The Dolphin Connection, Inc.

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City              State       ZIP Code

Country

Leisure Investment Funding
LLC

☑ D

☐ E/F

☐ G

---

2.55  The Dolphin Connection, Inc.

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City              State       ZIP Code

Country

Prudential Legacy Insurance
Company of New Jersey

☑ D

☐ E/F

☐ G

---

2.56  The Dolphin Connection, Inc.

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City              State       ZIP Code

Country

The Prudential Insurance
Company of America

☑ D

☐ E/F

☐ G

---

2.57  Triton Investments Holdings
LLC

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

City              State       ZIP Code

Mexico

Country

Cigna Health and Life
Insurance Company

☑ D

☐ E/F

☐ G

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

---

**2.58** Triton Investments Holdings LLC

Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

City | State | ZIP Code

Mexico

Country

Leisure Investment Funding LLC

☑ D
☐ E/F
☐ G

---

**2.59** Triton Investments Holdings LLC

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

City | State | ZIP Code

Mexico

Country

Prudential Legacy Insurance Company of New Jersey

☑ D
☐ E/F
☐ G

---

**2.60** Triton Investments Holdings LLC

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

City | State | ZIP Code

Mexico

Country

The Prudential Insurance Company of America

☑ D
☐ E/F
☐ G

---

**2.61** Viajero Cibernético, S.A. de C.V.

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

City | State | ZIP Code

Mexico

Country

Cigna Health and Life Insurance Company

☑ D
☐ E/F
☐ G

---

**2.62** Viajero Cibernético, S.A. de C.V.

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

City | State | ZIP Code

Mexico

Country

Leisure Investment Funding LLC

☑ D
☐ E/F
☐ G

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 2.63 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | |
| | | | | ☐ G |
| | | Cancun | | |
| | | City          State          ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.64 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | |
| | | | | ☐ G |
| | | Cancun | | |
| | | City          State          ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name: In re : Controladora Dolphin, S.A. de C.V.</td></tr>
<tr><td>United States Bankruptcy Court for the:  District of Delaware</td></tr>
<tr><td>Case number (if known): 25-10715 (LSS)</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ▓ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/04/2025
　　　　　　　MM / DD / YYYY

✖ / s / Robert Wagstaff
Signature of individual signing on behalf of debtor

Robert Wagstaff
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*, [1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR
CONTROLADORA DOLPHIN, S.A. de C.V.  (CASE NO. 25-10715)**

---

[1]     Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

| Fill in this information to identify the case: |
| --- |
| Debtor Name: In re : Controladora Dolphin, S.A. de C.V. |
| United States Bankruptcy Court for the:  District Of Delaware |
| Case number (if known): 25-10715 (LSS) |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:    Income**

---

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 1/1/2025<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $ 8,234,605.63 |
| **For prior year:** | From 1/1/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 31,237,176.09 |
| **For the year before that:** | From 1/1/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 35,751,894.96 |

Debtor:  Controladora Dolphin, S.A. de C.V.                                                     Case number *(if known)*:      25-10715
_____
Name

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2025 MM / DD / YYYY | to Filing date | Other Revenue/Income | $                14,622.46 |
| **For prior year:** | From 1/1/2024 MM / DD / YYYY | to 12/31/2024 MM / DD / YYYY | Other Revenue/Income | $              269,541.86 |
| **For the year before that:** | From 1/1/2023 MM / DD / YYYY | to 12/31/2023 MM / DD / YYYY | Other Revenue/Income | $           1,771,391.43 |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*    25-10715
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575 . (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1 | Abarrotera del Duero S.A. de C.V.<br>Creditor's Name<br><br>Calle 5 de Febrero No. 123, Zona Centro<br>Street<br><br>Guanajuato    GTO    36000<br>City    State    ZIP Code<br>Mexico<br>Country | 1/17/2025 | $   1,190.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Trade |
| 3.2 | Abarrotera del Duero S.A. de C.V.<br>Creditor's Name<br><br>Calle 5 de Febrero No. 123, Zona Centro<br>Street<br><br>Guanajuato    GTO    36000<br>City    State    ZIP Code<br>Mexico<br>Country | 1/24/2025 | $   1,288.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Trade |
| 3.3 | Abarrotera del Duero S.A. de C.V.<br>Creditor's Name<br><br>Calle 5 de Febrero No. 123, Zona Centro<br>Street<br><br>Guanajuato    GTO    36000<br>City    State    ZIP Code<br>Mexico<br>Country | 1/30/2025 | $   1,249.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Trade |
| 3.4 | Abarrotera del Duero S.A. de C.V.<br>Creditor's Name<br><br>Calle 5 de Febrero No. 123, Zona Centro<br>Street<br><br>Guanajuato    GTO    36000<br>City    State    ZIP Code<br>Mexico<br>Country | 2/13/2025 | $   1,237.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Trade |

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known):*    25-10715

| | | | |
|---|---|---|---|
| 3.5 | Abarrotera del Duero S.A. de C.V. | 2/19/2025 | $ 1,506.77 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 5 de Febrero No. 123, Zona Centro
Street

| Guanajuato | GTO | 36000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.6 | Abarrotera del Duero S.A. de C.V. | 2/27/2025 | $ 1,430.97 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 5 de Febrero No. 123, Zona Centro
Street

| Guanajuato | GTO | 36000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.7 | Abarrotera del Duero S.A. de C.V. | 3/5/2025 | $ 1,481.86 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 5 de Febrero No. 123, Zona Centro
Street

| Guanajuato | GTO | 36000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.8 | Abarrotera del Duero S.A. de C.V. | 3/12/2025 | $ 1,483.33 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 5 de Febrero No. 123, Zona Centro
Street

| Guanajuato | GTO | 36000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____    Case number *(if known)*:    25-10715
Name

| 3.9 | Abarrotera del Duero S.A. de C.V. | 3/20/2025 | $ | 1,409.78 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle 5 de Febrero No. 123, Zona Centro | | | | ☐ Services |
| | Street | | | | ☒ Other    Trade |
| | Guanajuato    GTO    36000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.10 | Abarrotera del Duero S.A. de C.V. | 3/26/2025 | $ | 1,474.12 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle 5 de Febrero No. 123, Zona Centro | | | | ☐ Services |
| | Street | | | | ☒ Other    Trade |
| | Guanajuato    GTO    36000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.11 | Abarrotera del Duero S.A. de C.V. | 4/2/2025 | $ | 1,636.32 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle 5 de Febrero No. 123, Zona Centro | | | | ☐ Services |
| | Street | | | | ☒ Other    Trade |
| | Guanajuato    GTO    36000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.12 | Abarrotera del Duero S.A. de C.V. | 4/8/2025 | $ | 1,585.98 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle 5 de Febrero No. 123, Zona Centro | | | | ☐ Services |
| | Street | | | | ☒ Other    Trade |
| | Guanajuato    GTO    36000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715

| | | |
|---|---|---|
| 3.13 Abarrotera del Duero S.A. de C.V. | 4/16/2025 | $ 1,010.28 |
| Creditor's Name | | |
| | | |
| Calle 5 de Febrero No. 123, Zona Centro | | |
| Street | | |
| | | |
| Guanajuato    GTO    36000 | | |
| City    State    ZIP Code | | |
| Mexico | | |
| Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | |
|---|---|---|
| 3.14 Adagio Informatica Integral Sc | 1/17/2025 | $ 2,941.47 |
| Creditor's Name | | |
| | | |
| La Villa No. 1996 | | |
| Street | | |
| | | |
| Guadalajara    Jalisco    44500 | | |
| City    State    ZIP Code | | |
| Mexico | | |
| Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | |
|---|---|---|
| 3.15 Adagio Informatica Integral Sc | 1/27/2025 | $ 2,941.47 |
| Creditor's Name | | |
| | | |
| La Villa No. 1996 | | |
| Street | | |
| | | |
| Guadalajara    Jalisco    44500 | | |
| City    State    ZIP Code | | |
| Mexico | | |
| Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | |
|---|---|---|
| 3.16 Adagio Informatica Integral Sc | 2/24/2025 | $ 2,941.47 |
| Creditor's Name | | |
| | | |
| La Villa No. 1996 | | |
| Street | | |
| | | |
| Guadalajara    Jalisco    44500 | | |
| City    State    ZIP Code | | |
| Mexico | | |
| Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                Case number *(if known):*    25-10715

Name

| 3.17 | Adagio Informatica Integral Sc | 3/27/2025 | $ | 2,941.47 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | La Villa No. 1996 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Guadalajara    Jalisco    44500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.18 | Addux | 1/17/2025 | $ | 445.90 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Unknown | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.19 | Addux | 1/17/2025 | $ | 1,068.20 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Unknown | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.20 | Addux | 1/17/2025 | $ | 3,675.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Unknown | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.21 Addux                                    1/24/2025    $           323.40    ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Unknown                                                                ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☒ Other    Trade

City            State       ZIP Code

Country

3.22 Addux                                    1/24/2025    $         3,675.00  ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Unknown                                                                ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☒ Other    Trade

City            State       ZIP Code

Country

3.23 Addux                                    1/31/2025    $           161.70  ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Unknown                                                                ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☒ Other    Trade

City            State       ZIP Code

Country

3.24 Addux                                    1/31/2025    $           392.00  ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Unknown                                                                ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☒ Other    Trade

City            State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715
_____
Name

| 3.25 | Addux | 1/31/2025 | $ | 661.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown
_____
Street

☐ Suppliers or vendors

☐ Services

_____

☒ Other    Trade

_____
City                State          ZIP Code

_____
Country

| 3.26 | Addux | 1/31/2025 | $ | 3,675.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown
_____
Street

☐ Suppliers or vendors

☐ Services

_____

☒ Other    Trade

_____
City                State          ZIP Code

_____
Country

| 3.27 | Addux | 2/7/2025 | $ | 323.40 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown
_____
Street

☐ Suppliers or vendors

☐ Services

_____

☒ Other    Trade

_____
City                State          ZIP Code

_____
Country

| 3.28 | Addux | 2/7/2025 | $ | 3,675.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown
_____
Street

☐ Suppliers or vendors

☐ Services

_____

☒ Other    Trade

_____
City                State          ZIP Code

_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                           Case number *(if known):*    25-10715

Name

3.29 Addux                                          2/14/2025        $            392.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Unknown                                                                                ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City              State       ZIP Code

Country

3.30 Addux                                          2/14/2025        $            940.80        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Unknown                                                                                ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City              State       ZIP Code

Country

3.31 Addux                                          2/14/2025        $          3,675.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Unknown                                                                                ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City              State       ZIP Code

Country

3.32 Addux                                          2/21/2025        $            382.20        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Unknown                                                                                ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City              State       ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

| 3.33 | Addux | | 2/21/2025 | $ | 3,675.00 | ☐ | Secured debt |
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | | | | | | ☐ | Suppliers or vendors |
| | Address Unknown | | | | | ☐ | Services |
| | Street | | | | | ☒ | Other    Trade |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

| 3.34 | Addux | | 2/28/2025 | $ | 392.00 | ☐ | Secured debt |
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | | | | | | ☐ | Suppliers or vendors |
| | Address Unknown | | | | | ☐ | Services |
| | Street | | | | | ☒ | Other    Trade |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

| 3.35 | Addux | | 2/28/2025 | $ | 837.90 | ☐ | Secured debt |
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | | | | | | ☐ | Suppliers or vendors |
| | Address Unknown | | | | | ☐ | Services |
| | Street | | | | | ☒ | Other    Trade |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

| 3.36 | Addux | | 2/28/2025 | $ | 3,675.00 | ☐ | Secured debt |
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | | | | | | ☐ | Suppliers or vendors |
| | Address Unknown | | | | | ☐ | Services |
| | Street | | | | | ☒ | Other    Trade |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.37 | Addux | 3/7/2025 | $ 210.70 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Unknown
Street

_____

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.38 | Addux | 3/7/2025 | $ 406.70 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Unknown
Street

_____

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.39 | Addux | 3/7/2025 | $ 3,675.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Unknown
Street

_____

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.40 | Addux | 3/14/2025 | $ 392.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Unknown
Street

_____

City        State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.41 | Addux | 3/14/2025 | $ | 823.20 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Unknown | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.42 | Addux | 3/14/2025 | $ | 3,675.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Unknown | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.43 | Addux | 3/21/2025 | $ | 333.20 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Unknown | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.44 | Addux | 3/21/2025 | $ | 3,675.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Unknown | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.45  Addux                                    3/28/2025    $         426.30    ☐  Secured debt
Creditor's Name                                                                ☐  Unsecured loan repayments

Address Unknown                                                                ☐  Suppliers or vendors
Street                                                                         ☐  Services
                                                                               ☒  Other      Trade

City            State       ZIP Code

Country

3.46  Addux                                    3/28/2025    $         926.10    ☐  Secured debt
Creditor's Name                                                                ☐  Unsecured loan repayments

Address Unknown                                                                ☐  Suppliers or vendors
Street                                                                         ☐  Services
                                                                               ☒  Other      Trade

City            State       ZIP Code

Country

3.47  Addux                                    3/28/2025    $        3,675.00   ☐  Secured debt
Creditor's Name                                                                ☐  Unsecured loan repayments

Address Unknown                                                                ☐  Suppliers or vendors
Street                                                                         ☐  Services
                                                                               ☒  Other      Trade

City            State       ZIP Code

Country

3.48  Addux                                    4/4/2025     $         470.40    ☐  Secured debt
Creditor's Name                                                                ☐  Unsecured loan repayments

Address Unknown                                                                ☐  Suppliers or vendors
Street                                                                         ☐  Services
                                                                               ☒  Other      Trade

City            State       ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:  25-10715

Name

| 3.49 | Addux | 4/4/2025 | $ | 3,675.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown                    ☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State       ZIP Code

Country

| 3.50 | Addux | 4/11/2025 | $ | 93.10 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown                    ☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State       ZIP Code

Country

| 3.51 | Addux | 4/11/2025 | $ | 450.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown                    ☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State       ZIP Code

Country

| 3.52 | Addux | 4/11/2025 | $ | 784.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Unknown                    ☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State       ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:     25-10715
_____
Name

| | | | |
|---|---|---|---|
| 3.53 | **Addux** | 4/11/2025 | $ 3,675.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Unknown
_____
Street

_____

_____
City                    State              ZIP Code

_____
Country

| | | | |
|---|---|---|---|
| 3.54 | **Addux** | 4/16/2025 | $ 1,097.60 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Unknown
_____
Street

_____

_____
City                    State              ZIP Code

_____
Country

| | | | |
|---|---|---|---|
| 3.55 | **Addux** | 4/16/2025 | $ 3,675.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Unknown
_____
Street

_____

_____
City                    State              ZIP Code

_____
Country

| | | | |
|---|---|---|---|
| 3.56 | **Administracion Portuaria Integral de Quintana Roo S.A. de C.V.** | 1/17/2025 | $ 150.98 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. López Portillo 109, SM 64
_____
Street

_____

Cancún             Quintana Roo        77500
_____
City                    State              ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:    25-10715

Name

3.57 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/17/2025 | $ | 420.66
Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
Cancún | Roo | 77500
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.58 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/23/2025 | $ | 1,470.00
Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
Cancún | Roo | 77500
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.59 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/23/2025 | $ | 4,960.05
Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
Cancún | Roo | 77500
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.60 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/24/2025 | $ | 67.50
Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
Cancún | Roo | 77500
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | |
|---|---|---|---|
| 3.61 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/24/2025 | $ 388.05 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.62 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/27/2025 | $ 322.68 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.63 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/28/2025 | $ 107.84 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.64 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/30/2025 | $ 1,470.00 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.65 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/4/2025 | $ 449.85 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.66 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/5/2025 | $ 129.41 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.67 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/11/2025 | $ 13.49 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.68 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/11/2025 | $ 290.67 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| 3.69 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/11/2025 | $ | 1,470.00 |
|------|----------------------------------------------------------------|-----------|---|----------|

Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.70 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/13/2025 | $ | 40.48 |
|------|----------------------------------------------------------------|-----------|---|-------|

Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.71 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/17/2025 | $ | 1,470.00 |
|------|----------------------------------------------------------------|-----------|---|----------|

Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.72 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/18/2025 | $ | 420.54 |
|------|----------------------------------------------------------------|-----------|---|--------|

Creditor's Name

Av. López Portillo 109, SM 64
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                   Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.73 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/19/2025 | $ | 165.77 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.74 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/20/2025 | $ | 388.05 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.75 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/21/2025 | $ | 67.50 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.76 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/21/2025 | $ | 349.82 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.77 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. <br> *Creditor's Name* | 2/26/2025 | $    1,470.00 |

Av. López Portillo 109, SM 64
*Street*

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.78 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. <br> *Creditor's Name* | 2/28/2025 | $    369.16 |

Av. López Portillo 109, SM 64
*Street*

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.79 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. <br> *Creditor's Name* | 3/3/2025 | $    107.84 |

Av. López Portillo 109, SM 64
*Street*

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.80 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. <br> *Creditor's Name* | 3/3/2025 | $    161.76 |

Av. López Portillo 109, SM 64
*Street*

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.81 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/5/2025 | $ | 1,470.00 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

|          | Quintana |       |
|----------|----------|-------|
| Cancún   | Roo      | 77500 |
| City     | State    | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.82 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/6/2025 | $ | 64.70 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

|          | Quintana |       |
|----------|----------|-------|
| Cancún   | Roo      | 77500 |
| City     | State    | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.83 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/6/2025 | $ | 97.06 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

|          | Quintana |       |
|----------|----------|-------|
| Cancún   | Roo      | 77500 |
| City     | State    | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.84 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/6/2025 | $ | 103.64 |

Creditor's Name

Av. López Portillo 109, SM 64
Street

|          | Quintana |       |
|----------|----------|-------|
| Cancún   | Roo      | 77500 |
| City     | State    | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

3.85 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/10/2025 | $ | 1,470.00 | ☐ Secured debt
Creditor's Name

| | | | | | ☐ Unsecured loan repayments

Av. López Portillo 109, SM 64 | | | | | ☐ Suppliers or vendors
Street

| | | | | | ☐ Services

| Quintana | | | | ☑ Other    Trade
Cancún | Roo | 77500 | | |
City | State | ZIP Code | | |

Mexico
Country

3.86 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/11/2025 | $ | 43.14 | ☐ Secured debt
Creditor's Name

| | | | | | ☐ Unsecured loan repayments

Av. López Portillo 109, SM 64 | | | | | ☐ Suppliers or vendors
Street

| | | | | | ☐ Services

| Quintana | | | | ☑ Other    Trade
Cancún | Roo | 77500 | | |
City | State | ZIP Code | | |

Mexico
Country

3.87 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/11/2025 | $ | 402.02 | ☐ Secured debt
Creditor's Name

| | | | | | ☐ Unsecured loan repayments

Av. López Portillo 109, SM 64 | | | | | ☐ Suppliers or vendors
Street

| | | | | | ☐ Services

| Quintana | | | | ☑ Other    Trade
Cancún | Roo | 77500 | | |
City | State | ZIP Code | | |

Mexico
Country

3.88 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/18/2025 | $ | 333.24 | ☐ Secured debt
Creditor's Name

| | | | | | ☐ Unsecured loan repayments

Av. López Portillo 109, SM 64 | | | | | ☐ Suppliers or vendors
Street

| | | | | | ☐ Services

| Quintana | | | | ☑ Other    Trade
Cancún | Roo | 77500 | | |
City | State | ZIP Code | | |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                Case number (if known):   25-10715

Name

| 3.89 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/20/2025 | $ | 64.70 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.90 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/20/2025 | $ | 164.47 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.91 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/20/2025 | $ | 1,470.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.92 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/21/2025 | $ | 67.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*  25-10715

Name

| | | | |
|---|---|---|---|
| 3.93 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/24/2025 | $ 402.02 |
| | Creditor's Name | | |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.94 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/25/2025 | $ 213.38 |
| | Creditor's Name | | |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.95 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/26/2025 | $ 1,470.00 |
| | Creditor's Name | | |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.96 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/28/2025 | $ 375.70 |
| | Creditor's Name | | |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.97 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/31/2025 | $ | 86.27 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.98 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 3/31/2025 | $ | 129.41 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.99 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 4/1/2025 | $ | 207.28 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.100 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 4/1/2025 | $ | 1,470.00 |

Creditor's Name

Av. López Portillo 109, SM 64

Street

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*    25-10715

---

Name

| | | | |
|---|---|---|---|
| 3.101 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 4/1/2025 | $  5,183.25 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. López Portillo 109, SM 64
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.102 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 4/7/2025 | $  1,470.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. López Portillo 109, SM 64
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.103 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 4/7/2025 | $  16,515.64 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. López Portillo 109, SM 64
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.104 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 4/8/2025 | $  86.27 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. López Portillo 109, SM 64
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.105 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V.<br>Creditor's Name | 4/9/2025 | $ 5,183.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Trade |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.106 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V.<br>Creditor's Name | 4/11/2025 | $ 168.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Trade |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.107 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V.<br>Creditor's Name | 4/14/2025 | $ 1,470.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Trade |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.108 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V.<br>Creditor's Name | 4/14/2025 | $ 16,515.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Trade |

Av. López Portillo 109, SM 64
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.109 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 4/15/2025 | $ | 304.48 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

| 3.110 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 2/27/2025 | $ | 165.77 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

| 3.111 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/23/2025 | $ | 2,641.15 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

| 3.112 | Administracion Portuaria Integral de Quintana Roo S.A. de C.V. | 1/23/2025 | $ | 2,641.15 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 109, SM 64
Street

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

Debtor: Controladora Dolphin, S.A. de C.V.                            Case number *(if known)*:     25-10715

Name

3.113  Administracion Portuaria Integral de Quintana
       Roo S.A. de C.V.                              2/27/2025      $            165.77        ☐ Secured debt
       Creditor's Name
                                                                                              ☐ Unsecured loan repayments

       Av. López Portillo 109, SM 64                                                          ☐ Suppliers or vendors
       Street
                                                                                              ☐ Services

                                                                                              ☑ Other    Trade
                    Quintana
       Cancún       Roo        77500
       City         State      ZIP Code

       Mexico
       Country

3.114  Aguilar Quiroz, Edxon Yael                    1/21/2025      $            734.09        ☐ Secured debt
       Creditor's Name
                                                                                              ☐ Unsecured loan repayments

       Address Available Upon Request                                                         ☐ Suppliers or vendors
       Street
                                                                                              ☐ Services

                                                                                              ☑ Other    Trade


       City           State        ZIP Code


       Country

3.115  Aguilar Quiroz, Edxon Yael                    1/21/2025      $            765.83        ☐ Secured debt
       Creditor's Name
                                                                                              ☐ Unsecured loan repayments

       Address Available Upon Request                                                         ☐ Suppliers or vendors
       Street
                                                                                              ☐ Services

                                                                                              ☑ Other    Trade


       City           State        ZIP Code


       Country

3.116  Aguilar Quiroz, Edxon Yael                    1/28/2025      $            733.10        ☐ Secured debt
       Creditor's Name
                                                                                              ☐ Unsecured loan repayments

       Address Available Upon Request                                                         ☐ Suppliers or vendors
       Street
                                                                                              ☐ Services

                                                                                              ☑ Other    Trade


       City           State        ZIP Code


       Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.117  Aguilar Quiroz, Edxon Yael                    1/28/2025        $        1,221.78        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City                State        ZIP Code

Country

3.118  Aguilar Quiroz, Edxon Yael                    2/4/2025         $         731.83         ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City                State        ZIP Code

Country

3.119  Aguilar Quiroz, Edxon Yael                    2/4/2025         $        1,224.29        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City                State        ZIP Code

Country

3.120  Aguilar Quiroz, Edxon Yael                    2/11/2025        $         485.10         ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☑ Other    Trade

City                State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known):*    25-10715

Name

3.121 Aguilar Quiroz, Edxon Yael     2/11/2025     $     599.25     ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

City         State         ZIP Code

Country

3.122 Aguilar Quiroz, Edxon Yael     2/11/2025     $     1,223.94     ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

City         State         ZIP Code

Country

3.123 Aguilar Quiroz, Edxon Yael     2/18/2025     $     650.56     ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

City         State         ZIP Code

Country

3.124 Aguilar Quiroz, Edxon Yael     2/18/2025     $     1,224.34     ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

City         State         ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.125  Aguilar Quiroz, Edxon Yael                2/25/2025        $        391.76        ☐ Secured debt
       Creditor's Name
                                                                                          ☐ Unsecured loan repayments

       Address Available Upon Request                                                     ☐ Suppliers or vendors
       Street
                                                                                          ☐ Services

                                                                                          ☑ Other    Trade

       City            State       ZIP Code

       Country

3.126  Aguilar Quiroz, Edxon Yael                2/25/2025        $        725.97        ☐ Secured debt
       Creditor's Name
                                                                                          ☐ Unsecured loan repayments

       Address Available Upon Request                                                     ☐ Suppliers or vendors
       Street
                                                                                          ☐ Services

                                                                                          ☑ Other    Trade

       City            State       ZIP Code

       Country

3.127  Aguilar Quiroz, Edxon Yael                2/25/2025        $       1,224.01       ☐ Secured debt
       Creditor's Name
                                                                                          ☐ Unsecured loan repayments

       Address Available Upon Request                                                     ☐ Suppliers or vendors
       Street
                                                                                          ☐ Services

                                                                                          ☑ Other    Trade

       City            State       ZIP Code

       Country

3.128  Aguilar Quiroz, Edxon Yael                3/4/2025        $       1,225.22       ☐ Secured debt
       Creditor's Name
                                                                                          ☐ Unsecured loan repayments

       Address Available Upon Request                                                     ☐ Suppliers or vendors
       Street
                                                                                          ☐ Services

                                                                                          ☑ Other    Trade

       City            State       ZIP Code

       Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Case number (if known): 25-10715
_____

Name

| 3.129 | Aguilar Quiroz, Edxon Yael | 3/4/2025 | $ | 1,470.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Address Available Upon Request | | | | ☐ | Services |
| | Street | | | | ☒ | Other    Trade |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.130 | Aguilar Quiroz, Edxon Yael | 3/11/2025 | $ | 645.38 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Address Available Upon Request | | | | ☐ | Services |
| | Street | | | | ☒ | Other    Trade |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.131 | Aguilar Quiroz, Edxon Yael | 3/11/2025 | $ | 1,223.94 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Address Available Upon Request | | | | ☐ | Services |
| | Street | | | | ☒ | Other    Trade |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.132 | Aguilar Quiroz, Edxon Yael | 3/19/2025 | $ | 569.60 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Address Available Upon Request | | | | ☐ | Services |
| | Street | | | | ☒ | Other    Trade |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.133 Aguilar Quiroz, Edxon Yael
Creditor's Name

Address Available Upon Request
Street

_____

City            State          ZIP Code

Country

3/19/2025          $          1,217.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.134 Aguilar Quiroz, Edxon Yael
Creditor's Name

Address Available Upon Request
Street

_____

City            State          ZIP Code

Country

3/25/2025          $          730.47

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.135 Aguilar Quiroz, Edxon Yael
Creditor's Name

Address Available Upon Request
Street

_____

City            State          ZIP Code

Country

3/25/2025          $          1,222.64

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.136 Aguilar Quiroz, Edxon Yael
Creditor's Name

Address Available Upon Request
Street

_____

City            State          ZIP Code

Country

4/1/2025          $          726.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.137 Aguilar Quiroz, Edxon Yael | 4/1/2025 | $ | 1,224.09 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☒ Other   Trade |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.138 Aguilar Quiroz, Edxon Yael | 4/8/2025 | $ | 732.30 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☒ Other   Trade |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.139 Aguilar Quiroz, Edxon Yael | 4/8/2025 | $ | 1,154.21 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☒ Other   Trade |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.140 Aguilar Quiroz, Edxon Yael | 4/15/2025 | $ | 734.79 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☒ Other   Trade |
| City          State          ZIP Code | | | | |
| Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | |
|---|---|---|---|
| 3.141 Aguilar Quiroz, Edxon Yael | 4/15/2025 | $ 1,195.61 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other   Trade |
| | | | |
| City          State          ZIP Code | | | |
| | | | |
| Country | | | |
| | | | |
| 3.142 Alfacero S.A. de C.V. | 1/24/2025 | $ 8,246.92 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Benito Juárez 301-A, Industrial | | | ☐ Services |
| Street | | | ☑ Other   Trade |
| | | | |
| Mérida          Yuc.          97288 | | | |
| City          State          ZIP Code | | | |
| Mexico | | | |
| Country | | | |
| | | | |
| 3.143 Alfacero S.A. de C.V. | 3/24/2025 | $ 5,543.04 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Benito Juárez 301-A, Industrial | | | ☐ Services |
| Street | | | ☑ Other   Trade |
| | | | |
| Mérida          Yuc.          97288 | | | |
| City          State          ZIP Code | | | |
| Mexico | | | |
| Country | | | |
| | | | |
| American Express Company (Mexico) S.A. de | 1/30/2025 | $ 182.45 | ☐ Secured debt |
| 3.144 C.V. | | | |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Avenida Patriotismo 635 | | | ☐ Services |
| Street | | | ☑ Other   Trade |
| | | | |
| Benito Juárez    Mexico City   03710 | | | |
| City          State          ZIP Code | | | |
| Mexico | | | |
| Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| 3.145 | American Express Company (Mexico) S.A. de C.V. | 1/30/2025 | $ | 279.11 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Benito Juárez | Mexico City | 03710 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.146 | American Express Company (Mexico) S.A. de C.V. | 1/30/2025 | $ | 886.33 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Benito Juárez | Mexico City | 03710 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.147 | American Express Company (Mexico) S.A. de C.V. | 1/30/2025 | $ | 1,878.45 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Benito Juárez | Mexico City | 03710 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.148 | American Express Company (Mexico) S.A. de C.V. | 1/30/2025 | $ | 9,470.03 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Benito Juárez | Mexico City | 03710 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:  25-10715

Name

**3.149**  American Express Company (Mexico) S.A. de C.V.     1/30/2025    $    15,771.84
Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez    Mexico City    03710
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

**3.150**  American Express Company (Mexico) S.A. de C.V.     1/31/2025    $    164.66
Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez    Mexico City    03710
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

**3.151**  American Express Company (Mexico) S.A. de C.V.     1/31/2025    $    164.66
Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez    Mexico City    03710
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

**3.152**  American Express Company (Mexico) S.A. de C.V.     1/31/2025    $    229.93
Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez    Mexico City    03710
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:   25-10715

Name

| | | | |
|---|---|---|---|
| 3.153 | American Express Company (Mexico) S.A. de C.V. | 1/31/2025 | $ 361.14 |
| | Creditor's Name | | |

Avenida Patriotismo 635
Street

Benito Juárez        Mexico City      03710
City                 State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.154 | American Express Company (Mexico) S.A. de C.V. | 1/31/2025 | $ 414.88 |
| | Creditor's Name | | |

Avenida Patriotismo 635
Street

Benito Juárez        Mexico City      03710
City                 State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.155 | American Express Company (Mexico) S.A. de C.V. | 1/31/2025 | $ 461.83 |
| | Creditor's Name | | |

Avenida Patriotismo 635
Street

Benito Juárez        Mexico City      03710
City                 State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.156 | American Express Company (Mexico) S.A. de C.V. | 1/31/2025 | $ 1,669.86 |
| | Creditor's Name | | |

Avenida Patriotismo 635
Street

Benito Juárez        Mexico City      03710
City                 State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | | | |
|---|---|---|---|
| 3.157 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ 181.27 |
| | Creditor's Name | | |
| | Avenida Patriotismo 635 | | |
| | Street | | |
| | Benito Juárez     Mexico City     03710 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.158 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ 181.56 |
| | Creditor's Name | | |
| | Avenida Patriotismo 635 | | |
| | Street | | |
| | Benito Juárez     Mexico City     03710 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.159 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ 218.11 |
| | Creditor's Name | | |
| | Avenida Patriotismo 635 | | |
| | Street | | |
| | Benito Juárez     Mexico City     03710 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.160 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ 1,439.16 |
| | Creditor's Name | | |
| | Avenida Patriotismo 635 | | |
| | Street | | |
| | Benito Juárez     Mexico City     03710 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                                     Case number *(if known):*    25-10715
         _____                                               _____

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.161 | American Express Company (Mexico) S.A. de C.V. | 3/3/2025 | $ | 185.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Trade |
| | Benito Juárez    Mexico City   03710 | | | | |
| | City           State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.162 | American Express Company (Mexico) S.A. de C.V. | 3/3/2025 | $ | 278.79 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Trade |
| | Benito Juárez    Mexico City   03710 | | | | |
| | City           State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.163 | American Express Company (Mexico) S.A. de C.V. | 3/3/2025 | $ | 912.18 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Trade |
| | Benito Juárez    Mexico City   03710 | | | | |
| | City           State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.164 | American Express Company (Mexico) S.A. de C.V. | 3/3/2025 | $ | 9,550.94 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Trade |
| | Benito Juárez    Mexico City   03710 | | | | |
| | City           State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                       Case number (if known):    25-10715

Name

| | | | |
|---|---|---|---|
| 3.165 | American Express Company (Mexico) S.A. de C.V. | 3/3/2025 | $          25,234.71 |

Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez          Mexico City    03710
City                   State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.166 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $          148.82 |

Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez          Mexico City    03710
City                   State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.167 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $          263.57 |

Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez          Mexico City    03710
City                   State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.168 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $          330.92 |

Creditor's Name

Avenida Patriotismo 635
Street

Benito Juárez          Mexico City    03710
City                   State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.169 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 461.71 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Benito Juárez        Mexico City    03710
City                 State          ZIP Code

Mexico
Country

| 3.170 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 480.39 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Benito Juárez        Mexico City    03710
City                 State          ZIP Code

Mexico
Country

| 3.171 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 801.11 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Benito Juárez        Mexico City    03710
City                 State          ZIP Code

Mexico
Country

| 3.172 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 960.37 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Avenida Patriotismo 635

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Benito Juárez        Mexico City    03710
City                 State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

|  | | | | |
|---|---|---|---|---|
| 3.173 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 971.92 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Avenida Patriotismo 635
Street

Benito Juárez     Mexico City     03710
City               State            ZIP Code

Mexico
Country

|  | | | | |
|---|---|---|---|---|
| 3.174 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 1,773.48 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Avenida Patriotismo 635
Street

Benito Juárez     Mexico City     03710
City               State            ZIP Code

Mexico
Country

|  | | | | |
|---|---|---|---|---|
| 3.175 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 9,137.95 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Avenida Patriotismo 635
Street

Benito Juárez     Mexico City     03710
City               State            ZIP Code

Mexico
Country

|  | | | | |
|---|---|---|---|---|
| 3.176 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 20,955.17 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Avenida Patriotismo 635
Street

Benito Juárez     Mexico City     03710
City               State            ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.177 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ 129.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Benito Juárez    Mexico City    03710 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.178 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ 202.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Benito Juárez    Mexico City    03710 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.179 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ 202.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Benito Juárez    Mexico City    03710 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.180 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ 89.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Avenida Patriotismo 635 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Benito Juárez    Mexico City    03710 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.               Case number *(if known):*  25-10715

---

| 3.181 | American Express Company (Mexico) S.A. de C.V. | 2/28/2025 | $ | 129.25 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|---|

Avenida Patriotismo 635

Street

| | | | | | ☐ Suppliers or vendors |
|---|---|---|---|---|---|

| | | | | | ☐ Services |
|---|---|---|---|---|---|

| | | | | | ☑ Other    Trade |
|---|---|---|---|---|---|

Benito Juárez      Mexico City   03710

City           State      ZIP Code

Mexico

Country

---

| 3.182 | American Express Company (Mexico) S.A. de C.V. | 3/31/2025 | $ | 89.09 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|---|

Avenida Patriotismo 635

Street

| | | | | | ☐ Suppliers or vendors |
|---|---|---|---|---|---|

| | | | | | ☐ Services |
|---|---|---|---|---|---|

| | | | | | ☑ Other    Trade |
|---|---|---|---|---|---|

Benito Juárez      Mexico City   03710

City           State      ZIP Code

Mexico

Country

---

| 3.183 | Analisis Tecnicos S.A. de C.V. | 1/21/2025 | $ | 172.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|---|

Calle 39 No. 207 x 34 y 36, Col. Buenavista

Street

| | | | | | ☐ Suppliers or vendors |
|---|---|---|---|---|---|

| | | | | | ☐ Services |
|---|---|---|---|---|---|

| | | | | | ☑ Other    Trade |
|---|---|---|---|---|---|

Mérida      Yucatán   97020

City           State      ZIP Code

Mexico

Country

---

| 3.184 | Analisis Tecnicos S.A. de C.V. | 1/21/2025 | $ | 259.19 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|---|

Calle 39 No. 207 x 34 y 36, Col. Buenavista

Street

| | | | | | ☐ Suppliers or vendors |
|---|---|---|---|---|---|

| | | | | | ☐ Services |
|---|---|---|---|---|---|

| | | | | | ☑ Other    Trade |
|---|---|---|---|---|---|

Mérida      Yucatán   97020

City           State      ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 3.185 | Analisis Tecnicos S.A. de C.V.  <br>*Creditor's Name* | 1/21/2025 | $    345.59 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
*Street*

Mérida          Yucatán      97020
*City*             *State*         *ZIP Code*

Mexico
*Country*

| | | | |
|---|---|---|---|
| 3.186 | Analisis Tecnicos S.A. de C.V.  <br>*Creditor's Name* | 1/23/2025 | $    560.44 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
*Street*

Mérida          Yucatán      97020
*City*             *State*         *ZIP Code*

Mexico
*Country*

| | | | |
|---|---|---|---|
| 3.187 | Analisis Tecnicos S.A. de C.V.  <br>*Creditor's Name* | 1/27/2025 | $    177.11 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
*Street*

Mérida          Yucatán      97020
*City*             *State*         *ZIP Code*

Mexico
*Country*

| | | | |
|---|---|---|---|
| 3.188 | Analisis Tecnicos S.A. de C.V.  <br>*Creditor's Name* | 1/27/2025 | $    345.59 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
*Street*

Mérida          Yucatán      97020
*City*             *State*         *ZIP Code*

Mexico
*Country*

Debtor: Controladora Dolphin, S.A. de C.V.                                              Case number *(if known)*:    25-10715

Name

3.189  Analisis Tecnicos S.A. de C.V.                    1/27/2025        $            350.65        ☐  Secured debt
Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                         ☐  Suppliers or vendors
Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.190  Analisis Tecnicos S.A. de C.V.                    1/27/2025        $            485.27        ☐  Secured debt
Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                         ☐  Suppliers or vendors
Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.191  Analisis Tecnicos S.A. de C.V.                    1/29/2025        $            335.36        ☐  Secured debt
Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                         ☐  Suppliers or vendors
Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.192  Analisis Tecnicos S.A. de C.V.                    2/12/2025        $            259.19        ☐  Secured debt
Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                         ☐  Suppliers or vendors
Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.193 | Analisis Tecnicos S.A. de C.V. | 2/12/2025 | $ | 323.99 |
|---|---|---|---|---|

Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida    Yucatán    97020
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.194 | Analisis Tecnicos S.A. de C.V. | 2/12/2025 | $ | 352.44 |
|---|---|---|---|---|

Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida    Yucatán    97020
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.195 | Analisis Tecnicos S.A. de C.V. | 2/24/2025 | $ | 354.23 |
|---|---|---|---|---|

Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida    Yucatán    97020
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.196 | Analisis Tecnicos S.A. de C.V. | 2/24/2025 | $ | 400.84 |
|---|---|---|---|---|

Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida    Yucatán    97020
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.197 | Analisis Tecnicos S.A. de C.V. | 2/26/2025 | $ 143.24 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

| Mérida | Yucatán | 97020 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.198 | Analisis Tecnicos S.A. de C.V. | 2/26/2025 | $ 524.86 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

| Mérida | Yucatán | 97020 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.199 | Analisis Tecnicos S.A. de C.V. | 3/5/2025 | $ 143.23 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

| Mérida | Yucatán | 97020 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.200 | Analisis Tecnicos S.A. de C.V. | 3/5/2025 | $ 143.24 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

| Mérida | Yucatán | 97020 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.201  Analisis Tecnicos S.A. de C.V.          3/5/2025      $            177.11       ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                           ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☒  Other      Trade

Mérida          Yucatán      97020
City            State        ZIP Code

Mexico
Country

3.202  Analisis Tecnicos S.A. de C.V.          3/5/2025      $            265.67       ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                           ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☒  Other      Trade

Mérida          Yucatán      97020
City            State        ZIP Code

Mexico
Country

3.203  Analisis Tecnicos S.A. de C.V.          3/6/2025      $            221.39       ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                           ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☒  Other      Trade

Mérida          Yucatán      97020
City            State        ZIP Code

Mexico
Country

3.204  Analisis Tecnicos S.A. de C.V.          3/6/2025      $            265.67       ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                           ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☒  Other      Trade

Mérida          Yucatán      97020
City            State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                        Case number *(if known):*   25-10715

Name

3.205 Analisis Tecnicos S.A. de C.V.              3/11/2025     $              221.39        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                 ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.206 Analisis Tecnicos S.A. de C.V.              3/11/2025     $              296.62        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                 ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.207 Analisis Tecnicos S.A. de C.V.              3/13/2025     $              132.84        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                 ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.208 Analisis Tecnicos S.A. de C.V.              3/13/2025     $              175.32        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                 ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:     25-10715

Name

| 3.209 | Analisis Tecnicos S.A. de C.V. | 3/13/2025 | $ | 177.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97020 | | | | |
| | City          State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.210 | Analisis Tecnicos S.A. de C.V. | 3/13/2025 | $ | 345.59 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97020 | | | | |
| | City          State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.211 | Analisis Tecnicos S.A. de C.V. | 3/14/2025 | $ | 177.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97020 | | | | |
| | City          State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.212 | Analisis Tecnicos S.A. de C.V. | 3/18/2025 | $ | 171.29 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97020 | | | | |
| | City          State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.213  Analisis Tecnicos S.A. de C.V.                    3/19/2025         $              177.11         ☐  Secured debt
Creditor's Name                                                                                                ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                                    ☐  Suppliers or vendors
Street                                                                                                         ☐  Services
                                                                                                               ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.214  Analisis Tecnicos S.A. de C.V.                    3/19/2025         $              221.39         ☐  Secured debt
Creditor's Name                                                                                                ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                                    ☐  Suppliers or vendors
Street                                                                                                         ☐  Services
                                                                                                               ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.215  Analisis Tecnicos S.A. de C.V.                    3/19/2025         $              350.65         ☐  Secured debt
Creditor's Name                                                                                                ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                                    ☐  Suppliers or vendors
Street                                                                                                         ☐  Services
                                                                                                               ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

3.216  Analisis Tecnicos S.A. de C.V.                    3/20/2025         $              354.23         ☐  Secured debt
Creditor's Name                                                                                                ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                                    ☐  Suppliers or vendors
Street                                                                                                         ☐  Services
                                                                                                               ☒  Other    Trade

Mérida            Yucatán      97020
City              State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known): 25-10715

Name

3.217 Analisis Tecnicos S.A. de C.V.              3/20/2025       $            582.44        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

Mérida          Yucatán       97020
City            State         ZIP Code
Mexico
Country

3.218 Analisis Tecnicos S.A. de C.V.              3/26/2025       $            350.65        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

Mérida          Yucatán       97020
City            State         ZIP Code
Mexico
Country

3.219 Analisis Tecnicos S.A. de C.V.              4/3/2025        $            531.34        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

Mérida          Yucatán       97020
City            State         ZIP Code
Mexico
Country

3.220 Analisis Tecnicos S.A. de C.V.              4/8/2025        $             88.56        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

Mérida          Yucatán       97020
City            State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:    25-10715

Name

3.221  Analisis Tecnicos S.A. de C.V.                    4/8/2025        $            215.99        ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other    Trade

Mérida            Yucatán       97020
City               State        ZIP Code

Mexico
Country

3.222  Analisis Tecnicos S.A. de C.V.                    4/8/2025        $            259.19        ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other    Trade

Mérida            Yucatán       97020
City               State        ZIP Code

Mexico
Country

3.223  Analisis Tecnicos S.A. de C.V.                    4/15/2025       $            129.60        ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other    Trade

Mérida            Yucatán       97020
City               State        ZIP Code

Mexico
Country

3.224  Analisis Tecnicos S.A. de C.V.                    4/15/2025       $            175.32        ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 39 No. 207 x 34 y 36, Col. Buenavista                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other    Trade

Mérida            Yucatán       97020
City               State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:    25-10715

Name

| 3.225 | Analisis Tecnicos S.A. de C.V. | 4/15/2025 | $ | 177.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán       97020 | | | | |
| | City            State         ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.226 | Analisis Tecnicos S.A. de C.V. | 3/26/2025 | $ | 265.67 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán       97020 | | | | |
| | City            State         ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.227 | Analisis Tecnicos S.A. de C.V. | 3/26/2025 | $ | 265.67 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán       97020 | | | | |
| | City            State         ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.228 | Analisis Tecnicos S.A. de C.V. | 1/27/2025 | $ | 259.19 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán       97020 | | | | |
| | City            State         ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.229 Analisis Tecnicos S.A. de C.V.
Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida          Yucatán          97020
City             State            ZIP Code

Mexico
Country

3/11/2025          $          265.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

3.230 Analisis Tecnicos S.A. de C.V.
Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida          Yucatán          97020
City             State            ZIP Code

Mexico
Country

3/11/2025          $          265.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

3.231 Analisis Tecnicos S.A. de C.V.
Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida          Yucatán          97020
City             State            ZIP Code

Mexico
Country

2/6/2025          $          350.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

3.232 Analisis Tecnicos S.A. de C.V.
Creditor's Name

Calle 39 No. 207 x 34 y 36, Col. Buenavista
Street

Mérida          Yucatán          97020
City             State            ZIP Code

Mexico
Country

1/27/2025          $          259.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known)*:   25-10715

Name

3.233   Analisis Tecnicos S.A. de C.V.          2/6/2025       $        350.65        ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Calle 39 No. 207 x 34 y 36, Col. Buenavista                                  ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☑ Other      Trade

        Mérida          Yucatán      97020
        City            State        ZIP Code
        Mexico
        Country

3.234   Analisis Tecnicos S.A. de C.V.          4/3/2025       $        265.67        ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Calle 39 No. 207 x 34 y 36, Col. Buenavista                                  ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☑ Other      Trade

        Mérida          Yucatán      97020
        City            State        ZIP Code
        Mexico
        Country

3.235   Analisis Tecnicos S.A. de C.V.          4/3/2025       $        265.67        ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Calle 39 No. 207 x 34 y 36, Col. Buenavista                                  ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☑ Other      Trade

        Mérida          Yucatán      97020
        City            State        ZIP Code
        Mexico
        Country

3.236   Analisis Tecnicos S.A. de C.V.          4/3/2025       $        265.67        ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Calle 39 No. 207 x 34 y 36, Col. Buenavista                                  ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☑ Other      Trade

        Mérida          Yucatán      97020
        City            State        ZIP Code
        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.       Case number *(if known)*:   25-10715

Name

| 3.237 | Analisis Tecnicos S.A. de C.V. | 4/8/2025 | $ | 177.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Mérida  Yucatán  97020 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.238 | Analisis Tecnicos S.A. de C.V. | 4/8/2025 | $ | 177.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Mérida  Yucatán  97020 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.239 | Analisis Tecnicos S.A. de C.V. | 4/8/2025 | $ | 177.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 39 No. 207 x 34 y 36, Col. Buenavista | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Mérida  Yucatán  97020 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.240 | Axa Seguros S.A. de C.V | 1/28/2025 | $ | 14,427.44 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Félix Cuevas 366 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Benito Juárez  Ciudad de México  03100 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| Debtor: | Controladora Dolphin, S.A. de C.V. | | Case number *(if known):* | 25-10715 |

| | Name | | | |

| 3.241 | Axa Seguros S.A. de C.V | 2/6/2025 | $ 14,427.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Félix Cuevas 366 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Benito Juárez / Ciudad de México / 03100 | | | |
| | City / State / ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.242 | Axa Seguros S.A. de C.V | 3/7/2025 | $ 3,548.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Félix Cuevas 366 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Benito Juárez / Ciudad de México / 03100 | | | |
| | City / State / ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.243 | Axa Seguros S.A. de C.V | 3/21/2025 | $ 14,427.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Félix Cuevas 366 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Benito Juárez / Ciudad de México / 03100 | | | |
| | City / State / ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.244 | Balch Tours Cancun | 1/16/2025 | $ 676.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Yaxchilán 31 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún / Quintana Roo / 77500 | | | |
| | City / State / ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.245  Balch Tours Cancun

Creditor's Name

Av. Yaxchilán 31

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

1/23/2025    $              623.06

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.246  Balch Tours Cancun

Creditor's Name

Av. Yaxchilán 31

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

1/30/2025    $            1,370.36

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.247  Balch Tours Cancun

Creditor's Name

Av. Yaxchilán 31

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

2/11/2025    $            1,709.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.248  Balch Tours Cancun

Creditor's Name

Av. Yaxchilán 31

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

2/20/2025    $              187.57

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

---

Name

**3.249**  Balch Tours Cancun

Creditor's Name

2/20/2025    $    494.51

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31

Street

|         | Quintana |        |
|---------|----------|--------|
| Cancún  | Roo      | 77500  |
| City    | State    | ZIP Code |

Mexico

Country

---

**3.250**  Balch Tours Cancun

Creditor's Name

2/20/2025    $    704.11

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31

Street

|         | Quintana |        |
|---------|----------|--------|
| Cancún  | Roo      | 77500  |
| City    | State    | ZIP Code |

Mexico

Country

---

**3.251**  Balch Tours Cancun

Creditor's Name

2/26/2025    $    754.53

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31

Street

|         | Quintana |        |
|---------|----------|--------|
| Cancún  | Roo      | 77500  |
| City    | State    | ZIP Code |

Mexico

Country

---

**3.252**  Balch Tours Cancun

Creditor's Name

2/26/2025    $    1,354.02

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31

Street

|         | Quintana |        |
|---------|----------|--------|
| Cancún  | Roo      | 77500  |
| City    | State    | ZIP Code |

Mexico

Country

---

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.253 | Balch Tours Cancun | 3/6/2025 | $ 108.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Yaxchilán 31 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.254 | Balch Tours Cancun | 3/6/2025 | $ 956.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Yaxchilán 31 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.255 | Balch Tours Cancun | 3/14/2025 | $ 1,047.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Yaxchilán 31 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.256 | Balch Tours Cancun | 3/20/2025 | $ 888.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Yaxchilán 31 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Cancún / Quintana Roo / 77500
City / State / ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 3.257 Balch Tours Cancun | 3/27/2025 | $ | 790.17 |
| Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31
Street

| | | |
|---|---|---|
| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.258 Balch Tours Cancun | 4/1/2025 | $ | 41.27 |
| Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31
Street

| | | |
|---|---|---|
| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.259 Balch Tours Cancun | 4/1/2025 | $ | 768.27 |
| Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31
Street

| | | |
|---|---|---|
| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.260 Balch Tours Cancun | 4/1/2025 | $ | 1,134.06 |
| Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Yaxchilán 31
Street

| | | |
|---|---|---|
| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number (if known):   25-10715

Name

| 3.261 | Balch Tours Cancun | 4/8/2025 | $ | 1,168.55 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name                                                                           ☐ Unsecured loan repayments

Av. Yaxchilán 31                                                                          ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade
Quintana
Cancún          Roo         77500
City            State       ZIP Code

Mexico
Country

| 3.262 | Balch Tours Cancun | 4/15/2025 | $ | 1,393.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name                                                                           ☐ Unsecured loan repayments

Av. Yaxchilán 31                                                                          ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade
Quintana
Cancún          Roo         77500
City            State       ZIP Code

Mexico
Country

Banco del Bienestar Sociedad Nacional de

| 3.263 | Credito | 1/29/2025 | $ | 20,491.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name                                                                           ☐ Unsecured loan repayments

Av. Patriotismo 635                                                                       ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade

Benito Juárez      Mexico City   03810
City               State         ZIP Code

Mexico
Country

| 3.264 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name                                                                           ☐ Unsecured loan repayments

Torre BBVA                                                                                ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade
Paseo de la Reforma
510                CDMX          06600
City               State         ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                           Case number *(if known)*:   25-10715

_____
Name

| | | | | |
|---|---|---|---|---|
| 3.265 | BBVA Bancomer | 1/31/2025 | $ 25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | |
| | City           State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.266 | BBVA Bancomer | 1/31/2025 | $ 25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | |
| | City           State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.267 | BBVA Bancomer | 1/31/2025 | $ 25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | |
| | City           State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.268 | BBVA Bancomer | 1/31/2025 | $ 25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | |
| | City           State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.269 | BBVA Bancomer | 1/31/2025 | $ | 25.58 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                CDMX        06600
City                State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.270 | BBVA Bancomer | 1/31/2025 | $ | 25.58 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                CDMX        06600
City                State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.271 | BBVA Bancomer | 1/31/2025 | $ | 25.58 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                CDMX        06600
City                State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.272 | BBVA Bancomer | 1/31/2025 | $ | 25.58 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                CDMX        06600
City                State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.273 | BBVA Bancomer | 1/31/2025 | $    25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.274 | BBVA Bancomer | 1/31/2025 | $    25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.275 | BBVA Bancomer | 1/31/2025 | $    25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.276 | BBVA Bancomer | 1/31/2025 | $    25.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.277 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | | |
| | City | State | ZIP Code | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.278 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | | |
| | City | State | ZIP Code | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.279 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | | |
| | City | State | ZIP Code | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.280 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | | |
| | City | State | ZIP Code | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

| 3.281 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.282 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.283 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.284 | BBVA Bancomer | 1/31/2025 | $ | 25.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Torre BBVA | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | |
|---|---|---|---|
| 3.285 | BBVA Bancomer<br>Creditor's Name | 1/31/2025 | $ 25.58 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                     CDMX        06600
City                    State        ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.286 | BBVA Bancomer<br>Creditor's Name | 1/31/2025 | $ 25.58 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                     CDMX        06600
City                    State        ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.287 | BBVA Bancomer<br>Creditor's Name | 1/31/2025 | $ 25.58 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                     CDMX        06600
City                    State        ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.288 | Bbva Bancomer Sa<br>Creditor's Name | 1/31/2025 | $ 25.58 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510                     CDMX        06600
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.289 | Bbva Bancomer Sa | 1/31/2025 | $ | 34.80 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510    CDMX    06600
City    State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.290 | Bbva Bancomer Sa | 1/31/2025 | $ | 48.79 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510    CDMX    06600
City    State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.291 | Bbva Bancomer Sa | 1/31/2025 | $ | 49.88 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510    CDMX    06600
City    State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.292 | Bbva Bancomer Sa | 1/31/2025 | $ | 54.09 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Torre BBVA
Street

Paseo de la Reforma
510    CDMX    06600
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.293 | Bbva Bancomer Sa | 1/31/2025 | $ 561.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.294 | Bbva Bancomer Sa | 1/31/2025 | $ 708.47 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.295 | Bbva Bancomer Sa | 1/31/2025 | $ 871.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.296 | Bbva Bancomer Sa | 1/31/2025 | $ 1,230.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:   25-10715

Name

| 3.297 | Bbva Bancomer Sa | 1/31/2025 | $ | 1,278.75 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.298 | Bbva Bancomer Sa | 1/31/2025 | $ | 1,492.32 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.299 | Bbva Bancomer Sa | 1/31/2025 | $ | 1,758.94 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.300 | Bbva Bancomer Sa | 1/31/2025 | $ | 1,866.77 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Paseo de la Reforma 510   CDMX   06600 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| 3.301 | Bbva Bancomer Sa | 1/31/2025 | $ | 2,094.82 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

Paseo de la Reforma

☑ Other   Trade

510            CDMX      06600
City           State     ZIP Code

Mexico
Country

| 3.302 | Bbva Bancomer Sa | 1/31/2025 | $ | 2,557.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

Paseo de la Reforma

☑ Other   Trade

510            CDMX      06600
City           State     ZIP Code

Mexico
Country

| 3.303 | Bbva Bancomer Sa | 1/31/2025 | $ | 2,691.04 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

Paseo de la Reforma

☑ Other   Trade

510            CDMX      06600
City           State     ZIP Code

Mexico
Country

| 3.304 | Bbva Bancomer Sa | 1/31/2025 | $ | 3,011.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

Paseo de la Reforma

☑ Other   Trade

510            CDMX      06600
City           State     ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

**3.305** Bbva Bancomer Sa                        1/31/2025        $        3,432.92        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Torre BBVA                                                                                  ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade
Paseo de la Reforma
510                CDMX        06600
City               State       ZIP Code

Mexico
Country

**3.306** Bbva Bancomer Sa                        1/31/2025        $        3,819.61        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Torre BBVA                                                                                  ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade
Paseo de la Reforma
510                CDMX        06600
City               State       ZIP Code

Mexico
Country

**3.307** Bbva Bancomer Sa                        1/31/2025        $        5,779.67        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Torre BBVA                                                                                  ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade
Paseo de la Reforma
510                CDMX        06600
City               State       ZIP Code

Mexico
Country

**3.308** Bbva Bancomer Sa                        1/31/2025        $        9,193.63        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Torre BBVA                                                                                  ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☒ Other    Trade
Paseo de la Reforma
510                CDMX        06600
City               State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.309   Bbva Bancomer Sa                          1/31/2025        $           16,850.95      ☐   Secured debt
        Creditor's Name
                                                                                              ☐   Unsecured loan repayments

        Torre BBVA                                                                            ☐   Suppliers or vendors
        Street
                                                                                              ☐   Services

        Paseo de la Reforma                                                                   ☑   Other      Trade
        510              CDMX        06600
        City             State       ZIP Code

        Mexico
        Country

3.310   Bbva Bancomer Sa                          2/28/2025        $               25.58      ☐   Secured debt
        Creditor's Name
                                                                                              ☐   Unsecured loan repayments

        Torre BBVA                                                                            ☐   Suppliers or vendors
        Street
                                                                                              ☐   Services

        Paseo de la Reforma                                                                   ☑   Other      Trade
        510              CDMX        06600
        City             State       ZIP Code

        Mexico
        Country

3.311   Bbva Bancomer Sa                          2/28/2025        $               34.80      ☐   Secured debt
        Creditor's Name
                                                                                              ☐   Unsecured loan repayments

        Torre BBVA                                                                            ☐   Suppliers or vendors
        Street
                                                                                              ☐   Services

        Paseo de la Reforma                                                                   ☑   Other      Trade
        510              CDMX        06600
        City             State       ZIP Code

        Mexico
        Country

3.312   Bbva Bancomer Sa                          2/28/2025        $               49.88      ☐   Secured debt
        Creditor's Name
                                                                                              ☐   Unsecured loan repayments

        Torre BBVA                                                                            ☐   Suppliers or vendors
        Street
                                                                                              ☐   Services

        Paseo de la Reforma                                                                   ☑   Other      Trade
        510              CDMX        06600
        City             State       ZIP Code

        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.313 | Bbva Bancomer Sa | 2/28/2025 | $ | 82.60 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.314 | Bbva Bancomer Sa | 2/28/2025 | $ | 110.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.315 | Bbva Bancomer Sa | 2/28/2025 | $ | 528.67 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.316 | Bbva Bancomer Sa | 2/28/2025 | $ | 637.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.317  Bbva Bancomer Sa                         2/28/2025        $           819.00        ☐  Secured debt
       Creditor's Name
                                                                                          ☐  Unsecured loan repayments

       Torre BBVA                                                                         ☐  Suppliers or vendors
       Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade
       Paseo de la Reforma
       510              CDMX        06600
       City             State       ZIP Code

       Mexico
       Country

3.318  Bbva Bancomer Sa                         2/28/2025        $          1,133.73       ☐  Secured debt
       Creditor's Name
                                                                                          ☐  Unsecured loan repayments

       Torre BBVA                                                                         ☐  Suppliers or vendors
       Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade
       Paseo de la Reforma
       510              CDMX        06600
       City             State       ZIP Code

       Mexico
       Country

3.319  Bbva Bancomer Sa                         2/28/2025        $          1,200.08       ☐  Secured debt
       Creditor's Name
                                                                                          ☐  Unsecured loan repayments

       Torre BBVA                                                                         ☐  Suppliers or vendors
       Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade
       Paseo de la Reforma
       510              CDMX        06600
       City             State       ZIP Code

       Mexico
       Country

3.320  Bbva Bancomer Sa                         2/28/2025        $          1,415.53       ☐  Secured debt
       Creditor's Name
                                                                                          ☐  Unsecured loan repayments

       Torre BBVA                                                                         ☐  Suppliers or vendors
       Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade
       Paseo de la Reforma
       510              CDMX        06600
       City             State       ZIP Code

       Mexico
       Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.321 | Bbva Bancomer Sa | 2/28/2025 | $ 1,549.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |

Paseo de la Reforma
510           CDMX        06600
City             State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.322 | Bbva Bancomer Sa | 2/28/2025 | $ 1,918.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |

Paseo de la Reforma
510           CDMX        06600
City             State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.323 | Bbva Bancomer Sa | 2/28/2025 | $ 1,967.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |

Paseo de la Reforma
510           CDMX        06600
City             State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.324 | Bbva Bancomer Sa | 2/28/2025 | $ 2,513.45 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☒ Other    Trade |

Paseo de la Reforma
510           CDMX        06600
City             State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.325 | Bbva Bancomer Sa | 2/28/2025 | $ 2,840.38 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| 3.326 | Bbva Bancomer Sa | 2/28/2025 | $ 3,310.20 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| 3.327 | Bbva Bancomer Sa | 2/28/2025 | $ 4,474.49 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| 3.328 | Bbva Bancomer Sa | 2/28/2025 | $ 4,756.26 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:    25-10715

Name

3.329  Bbva Bancomer Sa                           2/28/2025        $           6,731.69        ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Torre BBVA                                                                                      ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

Paseo de la Reforma                                                                             ☑ Other      Trade
510                     CDMX        06600
City                    State       ZIP Code

Mexico
Country

3.330  Bbva Bancomer Sa                           2/28/2025        $           7,940.23        ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Torre BBVA                                                                                      ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

Paseo de la Reforma                                                                             ☑ Other      Trade
510                     CDMX        06600
City                    State       ZIP Code

Mexico
Country

3.331  Bbva Bancomer Sa                           2/28/2025        $          14,375.31        ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Torre BBVA                                                                                      ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

Paseo de la Reforma                                                                             ☑ Other      Trade
510                     CDMX        06600
City                    State       ZIP Code

Mexico
Country

3.332  Bbva Bancomer Sa                           3/31/2025        $              25.58        ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Torre BBVA                                                                                      ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

Paseo de la Reforma                                                                             ☑ Other      Trade
510                     CDMX        06600
City                    State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.333 | Bbva Bancomer Sa | 3/31/2025 | $ 69.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.334 | Bbva Bancomer Sa | 3/31/2025 | $ 73.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.335 | Bbva Bancomer Sa | 3/31/2025 | $ 108.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.336 | Bbva Bancomer Sa | 3/31/2025 | $ 310.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Torre BBVA | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Paseo de la Reforma 510 | CDMX | 06600 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:    25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.337 | Bbva Bancomer Sa | 3/31/2025 | $ | 518.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.338 | Bbva Bancomer Sa | 3/31/2025 | $ | 741.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.339 | Bbva Bancomer Sa | 3/31/2025 | $ | 861.31 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.340 | Bbva Bancomer Sa | 3/31/2025 | $ | 1,568.75 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.341 | Bbva Bancomer Sa | 3/31/2025 | $ 1,737.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.342 | Bbva Bancomer Sa | 3/31/2025 | $ 2,017.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.343 | Bbva Bancomer Sa | 3/31/2025 | $ 2,018.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.344 | Bbva Bancomer Sa | 3/31/2025 | $ 2,106.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Torre BBVA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Paseo de la Reforma 510    CDMX    06600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.345 | Bbva Bancomer Sa | 3/31/2025 | $ | 2,209.98 |
| | Creditor's Name | | | |

| | |
|---|---|
| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☐ | Suppliers or vendors |
| ☐ | Services |
| ☑ | Other   Trade |

Torre BBVA
Street

Paseo de la Reforma 510    CDMX    06600
City              State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.346 | Bbva Bancomer Sa | 3/31/2025 | $ | 4,203.69 |
| | Creditor's Name | | | |

| | |
|---|---|
| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☐ | Suppliers or vendors |
| ☐ | Services |
| ☑ | Other   Trade |

Torre BBVA
Street

Paseo de la Reforma 510    CDMX    06600
City              State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.347 | Bbva Bancomer Sa | 3/31/2025 | $ | 4,818.54 |
| | Creditor's Name | | | |

| | |
|---|---|
| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☐ | Suppliers or vendors |
| ☐ | Services |
| ☑ | Other   Trade |

Torre BBVA
Street

Paseo de la Reforma 510    CDMX    06600
City              State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.348 | Bbva Bancomer Sa | 3/31/2025 | $ | 5,706.63 |
| | Creditor's Name | | | |

| | |
|---|---|
| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☐ | Suppliers or vendors |
| ☐ | Services |
| ☑ | Other   Trade |

Torre BBVA
Street

Paseo de la Reforma 510    CDMX    06600
City              State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.349 | Bbva Bancomer Sa | 3/31/2025 | $ | 6,085.42 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Paseo de la Reforma
510   CDMX   06600
City   State   ZIP Code

Mexico
Country

| 3.350 | Bbva Bancomer Sa | 3/31/2025 | $ | 6,325.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Paseo de la Reforma
510   CDMX   06600
City   State   ZIP Code

Mexico
Country

| 3.351 | Bbva Bancomer Sa | 3/31/2025 | $ | 8,791.93 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Paseo de la Reforma
510   CDMX   06600
City   State   ZIP Code

Mexico
Country

| 3.352 | Bbva Bancomer Sa | 3/31/2025 | $ | 19,603.21 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Paseo de la Reforma
510   CDMX   06600
City   State   ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

_____
Name

| 3.353 | Bbva Bancomer Sa | 3/31/2025 | $ 49.88 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA
_____
Street

☐ Suppliers or vendors

☐ Services

Paseo de la Reforma
510                 CDMX         06600                    ☒ Other    Trade
City                State        ZIP Code

Mexico
_____
Country

| 3.354 | Bbva Bancomer Sa | 3/31/2025 | $ 49.88 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Torre BBVA
_____
Street

☐ Suppliers or vendors

☐ Services

Paseo de la Reforma
510                 CDMX         06600                    ☒ Other    Trade
City                State        ZIP Code

Mexico
_____
Country

| 3.355 | Bimbo S.A. de C.V. | 1/16/2025 | $ 53.06 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
_____
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

Álvaro Obregón      CDMX         01210                    ☒ Other    Trade
City                State        ZIP Code

Mexico
_____
Country

| 3.356 | Bimbo S.A. de C.V. | 1/16/2025 | $ 161.29 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
_____
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

Álvaro Obregón      CDMX         01210                    ☒ Other    Trade
City                State        ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

| 3.357 | Bimbo S.A. de C.V. | 1/17/2025 | $ | 78.22 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

| | ☐ Unsecured loan repayments |
|---|---|
| | ☐ Suppliers or vendors |
| | ☐ Services |
| | ☑ Other    Trade |

Álvaro Obregón        CDMX        01210

City        State        ZIP Code

Mexico

Country

| 3.358 | Bimbo S.A. de C.V. | 1/20/2025 | $ | 176.18 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

| | ☐ Unsecured loan repayments |
|---|---|
| | ☐ Suppliers or vendors |
| | ☐ Services |
| | ☑ Other    Trade |

Álvaro Obregón        CDMX        01210

City        State        ZIP Code

Mexico

Country

| 3.359 | Bimbo S.A. de C.V. | 1/21/2025 | $ | 180.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

| | ☐ Unsecured loan repayments |
|---|---|
| | ☐ Suppliers or vendors |
| | ☐ Services |
| | ☑ Other    Trade |

Álvaro Obregón        CDMX        01210

City        State        ZIP Code

Mexico

Country

| 3.360 | Bimbo S.A. de C.V. | 1/23/2025 | $ | 88.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

| | ☐ Unsecured loan repayments |
|---|---|
| | ☐ Suppliers or vendors |
| | ☐ Services |
| | ☑ Other    Trade |

Álvaro Obregón        CDMX        01210

City        State        ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

| | | | | |
|---|---|---|---|---|
| 3.361 | Bimbo S.A. de C.V. | 1/23/2025 | $ 170.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City            State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.362 | Bimbo S.A. de C.V. | 1/24/2025 | $ 140.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City            State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.363 | Bimbo S.A. de C.V. | 1/28/2025 | $ 86.21 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City            State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.364 | Bimbo S.A. de C.V. | 1/28/2025 | $ 181.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City            State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| 3.365 | Bimbo S.A. de C.V. | 1/29/2025 | $ | 52.88 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Álvaro Obregón | CDMX | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.366 | Bimbo S.A. de C.V. | 1/29/2025 | $ | 60.94 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Álvaro Obregón | CDMX | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.367 | Bimbo S.A. de C.V. | 1/30/2025 | $ | 62.62 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Álvaro Obregón | CDMX | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.368 | Bimbo S.A. de C.V. | 2/4/2025 | $ | 61.01 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Álvaro Obregón | CDMX | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                        Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.369 | Bimbo S.A. de C.V. | 2/4/2025 | $ 99.93 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.370 | Bimbo S.A. de C.V. | 2/5/2025 | $ 451.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.371 | Bimbo S.A. de C.V. | 2/6/2025 | $ 31.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.372 | Bimbo S.A. de C.V. | 2/6/2025 | $ 45.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 3.373 | Bimbo S.A. de C.V. | 2/6/2025 | $ | 205.46 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Álvaro Obregón   CDMX   01210 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.374 | Bimbo S.A. de C.V. | 2/11/2025 | $ | 104.64 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Álvaro Obregón   CDMX   01210 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.375 | Bimbo S.A. de C.V. | 2/11/2025 | $ | 182.90 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Álvaro Obregón   CDMX   01210 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.376 | Bimbo S.A. de C.V. | 2/13/2025 | $ | 85.05 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Álvaro Obregón   CDMX   01210 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*  25-10715

Name

| 3.377 | Bimbo S.A. de C.V. | 2/17/2025 | $ 42.59 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Trade |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX       01210
City              State       ZIP Code

Mexico
Country

| 3.378 | Bimbo S.A. de C.V. | 2/18/2025 | $ 69.43 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Trade |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX       01210
City              State       ZIP Code

Mexico
Country

| 3.379 | Bimbo S.A. de C.V. | 2/18/2025 | $ 170.33 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Trade |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX       01210
City              State       ZIP Code

Mexico
Country

| 3.380 | Bimbo S.A. de C.V. | 2/19/2025 | $ 41.64 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Trade |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX       01210
City              State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715
_____
Name

| 3.381 | Bimbo S.A. de C.V. | 2/19/2025 | $ | 187.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City        State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.382    Bimbo S.A. de C.V.
Creditor's Name
2/21/2025    $    359.60

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City        State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.383    Bimbo S.A. de C.V.
Creditor's Name
2/25/2025    $    170.33

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City        State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.384    Bimbo S.A. de C.V.
Creditor's Name
2/26/2025    $    135.11

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City        State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.385  Bimbo S.A. de C.V.
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón        CDMX        01210
City                State        ZIP Code

Mexico
Country

2/26/2025        $        232.81

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other        Trade

3.386  Bimbo S.A. de C.V.
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón        CDMX        01210
City                State        ZIP Code

Mexico
Country

2/27/2025        $        101.51

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other        Trade

3.387  Bimbo S.A. de C.V.
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón        CDMX        01210
City                State        ZIP Code

Mexico
Country

2/28/2025        $        13.22

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other        Trade

3.388  Bimbo S.A. de C.V.
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón        CDMX        01210
City                State        ZIP Code

Mexico
Country

3/4/2025        $        98.79

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other        Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:    25-10715
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.389 | Bimbo S.A. de C.V. | 3/4/2025 | $    102.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.390 | Bimbo S.A. de C.V. | 3/4/2025 | $    123.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.391 | Bimbo S.A. de C.V. | 3/5/2025 | $    48.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.392 | Bimbo S.A. de C.V. | 3/5/2025 | $    190.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | |
|---|---|---|---|
| 3.393 | Bimbo S.A. de C.V. | 3/6/2025 | $ 94.33 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.394 | Bimbo S.A. de C.V. | 3/7/2025 | $ 78.42 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.395 | Bimbo S.A. de C.V. | 3/7/2025 | $ 295.35 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.396 | Bimbo S.A. de C.V. | 3/10/2025 | $ 62.71 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

| | | | | |
|---|---|---|---|---|
| 3.397 | Bimbo S.A. de C.V. | 3/10/2025 | $ 100.05 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City              State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.398 | Bimbo S.A. de C.V. | 3/12/2025 | $ 73.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City              State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.399 | Bimbo S.A. de C.V. | 3/12/2025 | $ 187.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City              State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.400 | Bimbo S.A. de C.V. | 3/14/2025 | $ 53.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City              State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.401 | Bimbo S.A. de C.V. | 3/14/2025 | $  85.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón        CDMX        01210 | | | |
| | City                State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.402 | Bimbo S.A. de C.V. | 3/14/2025 | $  99.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón        CDMX        01210 | | | |
| | City                State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.403 | Bimbo S.A. de C.V. | 3/18/2025 | $  123.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón        CDMX        01210 | | | |
| | City                State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.404 | Bimbo S.A. de C.V. | 3/19/2025 | $  36.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Álvaro Obregón        CDMX        01210 | | | |
| | City                State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.405 | Bimbo S.A. de C.V. | 3/19/2025 | $  79.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.406 | Bimbo S.A. de C.V. | 3/19/2025 | $  133.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.407 | Bimbo S.A. de C.V. | 3/19/2025 | $  178.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.408 | Bimbo S.A. de C.V. | 3/20/2025 | $  187.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Álvaro Obregón      CDMX      01210 | | | |
| | City      State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | |
|---|---|---|---|
| 3.409 | Bimbo S.A. de C.V. | 3/20/2025 | $    286.55 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

Álvaro Obregón         CDMX         01210
City                State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.410 | Bimbo S.A. de C.V. | 3/21/2025 | $    52.30 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

Álvaro Obregón         CDMX         01210
City                State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.411 | Bimbo S.A. de C.V. | 3/24/2025 | $    103.22 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

Álvaro Obregón         CDMX         01210
City                State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.412 | Bimbo S.A. de C.V. | 3/25/2025 | $    48.01 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe

Street

Álvaro Obregón         CDMX         01210
City                State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.413 | Bimbo S.A. de C.V. | 3/25/2025 | $ | 232.96 |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

Álvaro Obregón         CDMX         01210
City                   State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.414 | Bimbo S.A. de C.V. | 3/26/2025 | $ | 132.90 |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

Álvaro Obregón         CDMX         01210
City                   State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.415 | Bimbo S.A. de C.V. | 3/26/2025 | $ | 187.90 |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

Álvaro Obregón         CDMX         01210
City                   State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.416 | Bimbo S.A. de C.V. | 3/27/2025 | $ | 111.03 |

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

Álvaro Obregón         CDMX         01210
City                   State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| | | | |
|---|---|---|---|
| 3.417 | Bimbo S.A. de C.V. | 3/27/2025 | $ 130.31 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street
_____

Álvaro Obregón    CDMX    01210
City        State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.418 | Bimbo S.A. de C.V. | 3/27/2025 | $ 149.42 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City        State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.419 | Bimbo S.A. de C.V. | 3/31/2025 | $ 96.88 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City        State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.420 | Bimbo S.A. de C.V. | 3/31/2025 | $ 126.79 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City        State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.421 | Bimbo S.A. de C.V. | 4/1/2025 | $ 34.45 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.422 | Bimbo S.A. de C.V. | 4/1/2025 | $ 80.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.423 | Bimbo S.A. de C.V. | 4/2/2025 | $ 63.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.424 | Bimbo S.A. de C.V. | 4/3/2025 | $ 187.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:  25-10715

Name

---

**3.425**  Bimbo S.A. de C.V.                 4/4/2025        $            16.35       ☐ Secured debt
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña                                          ☐ Unsecured loan repayments
Blanca Santa Fe
Street                                                                               ☐ Suppliers or vendors

                                                                                     ☐ Services

                                                                                     ☑ Other    Trade
Álvaro Obregón          CDMX        01210
City                    State       ZIP Code

Mexico
Country

---

**3.426**  Bimbo S.A. de C.V.                 4/4/2025        $            24.52       ☐ Secured debt
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña                                          ☐ Unsecured loan repayments
Blanca Santa Fe
Street                                                                               ☐ Suppliers or vendors

                                                                                     ☐ Services

                                                                                     ☑ Other    Trade
Álvaro Obregón          CDMX        01210
City                    State       ZIP Code

Mexico
Country

---

**3.427**  Bimbo S.A. de C.V.                 4/4/2025        $            68.16       ☐ Secured debt
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña                                          ☐ Unsecured loan repayments
Blanca Santa Fe
Street                                                                               ☐ Suppliers or vendors

                                                                                     ☐ Services

                                                                                     ☑ Other    Trade
Álvaro Obregón          CDMX        01210
City                    State       ZIP Code

Mexico
Country

---

**3.428**  Bimbo S.A. de C.V.                 4/4/2025        $            78.45       ☐ Secured debt
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña                                          ☐ Unsecured loan repayments
Blanca Santa Fe
Street                                                                               ☐ Suppliers or vendors

                                                                                     ☐ Services

                                                                                     ☑ Other    Trade
Álvaro Obregón          CDMX        01210
City                    State       ZIP Code

Mexico
Country

---

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

---

3.429  Bimbo S.A. de C.V.                        4/4/2025      $              96.88      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Prolongación Paseo de la Reforma 1000, Peña                                              ☐  Suppliers or vendors
Blanca Santa Fe
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

Álvaro Obregón        CDMX        01210
City                  State       ZIP Code

Mexico
Country

---

3.430  Bimbo S.A. de C.V.                        4/4/2025      $              97.61      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Prolongación Paseo de la Reforma 1000, Peña                                              ☐  Suppliers or vendors
Blanca Santa Fe
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

Álvaro Obregón        CDMX        01210
City                  State       ZIP Code

Mexico
Country

---

3.431  Bimbo S.A. de C.V.                        4/4/2025      $             125.67      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Prolongación Paseo de la Reforma 1000, Peña                                              ☐  Suppliers or vendors
Blanca Santa Fe
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

Álvaro Obregón        CDMX        01210
City                  State       ZIP Code

Mexico
Country

---

3.432  Bimbo S.A. de C.V.                        4/4/2025      $             149.26      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Prolongación Paseo de la Reforma 1000, Peña                                              ☐  Suppliers or vendors
Blanca Santa Fe
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

Álvaro Obregón        CDMX        01210
City                  State       ZIP Code

Mexico
Country

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715

| | | | |
|---|---|---|---|
| 3.433 | Bimbo S.A. de C.V. | 4/4/2025 | $ 151.47 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.434 | Bimbo S.A. de C.V. | 4/4/2025 | $ 158.21 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.435 | Bimbo S.A. de C.V. | 4/8/2025 | $ 88.56 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.436 | Bimbo S.A. de C.V. | 4/9/2025 | $ 119.08 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

| 3.437 | Bimbo S.A. de C.V. | | 4/11/2025 | $ | 15.66 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Álvaro Obregón | CDMX | 01210 | | | | |
| | City | State | ZIP Code | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

| 3.438 | Bimbo S.A. de C.V. | | 4/11/2025 | $ | 89.16 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Álvaro Obregón | CDMX | 01210 | | | | |
| | City | State | ZIP Code | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

| 3.439 | Bimbo S.A. de C.V. | | 4/11/2025 | $ | 149.42 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Álvaro Obregón | CDMX | 01210 | | | | |
| | City | State | ZIP Code | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

| 3.440 | Bimbo S.A. de C.V. | | 4/11/2025 | $ | 157.60 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Álvaro Obregón | CDMX | 01210 | | | | |
| | City | State | ZIP Code | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 3.441 | Bimbo S.A. de C.V. | 4/14/2025 | $ 90.04 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

---

| | | | |
|---|---|---|---|
| 3.442 | Bimbo S.A. de C.V. | 4/15/2025 | $ 78.06 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

---

| | | | |
|---|---|---|---|
| 3.443 | Bimbo S.A. de C.V. | 4/16/2025 | $ 175.86 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

---

| | | | |
|---|---|---|---|
| 3.444 | Bimbo S.A. de C.V. | 4/16/2025 | $ 191.52 |
| | Creditor's Name | | |

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón      CDMX      01210
City                State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.   Case number *(if known)*: 25-10715
_____
Name

| 3.445 | Bimbo S.A. de C.V. | | 3/27/2025 | $ | 291.89 | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Álvaro Obregón   CDMX   01210
City        State    ZIP Code

Mexico
Country

| 3.446 | Bimbo S.A. de C.V. | | 3/25/2025 | $ | 122.70 | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Álvaro Obregón   CDMX   01210
City        State    ZIP Code

Mexico
Country

| 3.447 | Bimbo S.A. de C.V. | | 3/25/2025 | $ | 122.70 | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Álvaro Obregón   CDMX   01210
City        State    ZIP Code

Mexico
Country

| 3.448 | Bimbo S.A. de C.V. | | 3/27/2025 | $ | 191.52 | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña
Blanca Santa Fe
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Álvaro Obregón   CDMX   01210
City        State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.449 Bimbo S.A. de C.V.    3/27/2025    $    191.52
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.450 Bimbo S.A. de C.V.    3/27/2025    $    291.89
Creditor's Name

Prolongación Paseo de la Reforma 1000, Peña Blanca Santa Fe
Street

Álvaro Obregón    CDMX    01210
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.451 Brazaletes Mexico S.A. de C.V.    1/20/2025    $    332.51
Creditor's Name

5a Avenida entre Calle 6 y 8
Street

Playa del Carmen    Quintana Roo    77710
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.452 Brazaletes Mexico S.A. de C.V.    1/20/2025    $    443.35
Creditor's Name

5a Avenida entre Calle 6 y 8
Street

Playa del Carmen    Quintana Roo    77710
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.453 | Brazaletes Mexico S.A. de C.V. | 1/23/2025 | $ | 1,108.38 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.454 | Brazaletes Mexico S.A. de C.V. | 1/27/2025 | $ | 332.51 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.455 | Brazaletes Mexico S.A. de C.V. | 1/27/2025 | $ | 443.35 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.456 | Brazaletes Mexico S.A. de C.V. | 1/29/2025 | $ | 443.35 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                         Case number *(if known):*    25-10715

Name

| 3.457 | Brazaletes Mexico S.A. de C.V. | 1/29/2025 | $ | 498.77 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.458 | Brazaletes Mexico S.A. de C.V. | 2/6/2025 | $ | 1,662.57 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.459 | Brazaletes Mexico S.A. de C.V. | 2/28/2025 | $ | 443.35 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.460 | Brazaletes Mexico S.A. de C.V. | 2/28/2025 | $ | 498.77 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Playa del Carmen    Roo    77710 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.   Case number *(if known):*   25-10715

Name

3.461  Brazaletes Mexico S.A. de C.V.      2/28/2025      $              554.19      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

5a Avenida entre Calle 6 y 8                                                         ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other   Trade
            Quintana
Playa del Carmen  Roo    77710
City        State   ZIP Code

Mexico
Country

3.462  Brazaletes Mexico S.A. de C.V.      3/18/2025      $            1,108.38      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

5a Avenida entre Calle 6 y 8                                                         ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other   Trade
            Quintana
Playa del Carmen  Roo    77710
City        State   ZIP Code

Mexico
Country

3.463  Brazaletes Mexico S.A. de C.V.      3/19/2025      $              332.51      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

5a Avenida entre Calle 6 y 8                                                         ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other   Trade
            Quintana
Playa del Carmen  Roo    77710
City        State   ZIP Code

Mexico
Country

3.464  Brazaletes Mexico S.A. de C.V.      3/25/2025      $              665.03      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

5a Avenida entre Calle 6 y 8                                                         ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other   Trade
            Quintana
Playa del Carmen  Roo    77710
City        State   ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| 3.465 | Brazaletes Mexico S.A. de C.V. | 4/2/2025 | $ | 332.51 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Playa del Carmen  Quintana Roo  77710 | | | | |
| | City            State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.466 | Brazaletes Mexico S.A. de C.V. | 4/2/2025 | $ | 443.35 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Playa del Carmen  Quintana Roo  77710 | | | | |
| | City            State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.467 | Brazaletes Mexico S.A. de C.V. | 4/2/2025 | $ | 498.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Playa del Carmen  Quintana Roo  77710 | | | | |
| | City            State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.468 | Brazaletes Mexico S.A. de C.V. | 4/2/2025 | $ | 554.19 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Playa del Carmen  Quintana Roo  77710 | | | | |
| | City            State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*: 25-10715

Name

3.469   Brazaletes Mexico S.A. de C.V.              4/4/2025       $            221.68        ☐ Secured debt
        Creditor's Name                                                                       ☐ Unsecured loan repayments

        5a Avenida entre Calle 6 y 8                                                          ☐ Suppliers or vendors
        Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade
                        Quintana
        Playa del Carmen    Roo        77710
        City            State      ZIP Code

        Mexico
        Country

3.470   Brazaletes Mexico S.A. de C.V.              4/4/2025       $            332.51        ☐ Secured debt
        Creditor's Name                                                                       ☐ Unsecured loan repayments

        5a Avenida entre Calle 6 y 8                                                          ☐ Suppliers or vendors
        Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade
                        Quintana
        Playa del Carmen    Roo        77710
        City            State      ZIP Code

        Mexico
        Country

3.471   Brazaletes Mexico S.A. de C.V.              4/4/2025       $            443.35        ☐ Secured debt
        Creditor's Name                                                                       ☐ Unsecured loan repayments

        5a Avenida entre Calle 6 y 8                                                          ☐ Suppliers or vendors
        Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade
                        Quintana
        Playa del Carmen    Roo        77710
        City            State      ZIP Code

        Mexico
        Country

3.472   Brazaletes Mexico S.A. de C.V.              4/11/2025      $          2,604.69        ☐ Secured debt
        Creditor's Name                                                                       ☐ Unsecured loan repayments

        5a Avenida entre Calle 6 y 8                                                          ☐ Suppliers or vendors
        Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade
                        Quintana
        Playa del Carmen    Roo        77710
        City            State      ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

**3.473** Brazaletes Mexico S.A. de C.V.
Creditor's Name

2/13/2025    $    443.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

5a Avenida entre Calle 6 y 8
Street

Playa del Carmen    Quintana Roo    77710
City    State    ZIP Code

Mexico
Country

**3.474** Brazaletes Mexico S.A. de C.V.
Creditor's Name

3/21/2025    $    332.51

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

5a Avenida entre Calle 6 y 8
Street

Playa del Carmen    Quintana Roo    77710
City    State    ZIP Code

Mexico
Country

**3.475** Brazaletes Mexico S.A. de C.V.
Creditor's Name

3/21/2025    $    332.51

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

5a Avenida entre Calle 6 y 8
Street

Playa del Carmen    Quintana Roo    77710
City    State    ZIP Code

Mexico
Country

**3.476** Brazaletes Mexico S.A. de C.V.
Creditor's Name

1/29/2025    $    332.51

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

5a Avenida entre Calle 6 y 8
Street

Playa del Carmen    Quintana Roo    77710
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| 3.477 | Brazaletes Mexico S.A. de C.V. | 3/21/2025 | $ | 443.35 | ☐ Secured debt |
|---|---|---|---|---|---|
| | *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Suppliers or vendors |
| | *Street* | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Quintana | | | | |
| | Playa del Carmen   Roo   77710 | | | | |
| | *City*   *State*   *ZIP Code* | | | | |
| | Mexico | | | | |
| | *Country* | | | | |

| 3.478 | Brazaletes Mexico S.A. de C.V. | 3/21/2025 | $ | 443.35 | ☐ Secured debt |
|---|---|---|---|---|---|
| | *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Suppliers or vendors |
| | *Street* | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Quintana | | | | |
| | Playa del Carmen   Roo   77710 | | | | |
| | *City*   *State*   *ZIP Code* | | | | |
| | Mexico | | | | |
| | *Country* | | | | |

| 3.479 | Brazaletes Mexico S.A. de C.V. | 2/13/2025 | $ | 498.77 | ☐ Secured debt |
|---|---|---|---|---|---|
| | *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Suppliers or vendors |
| | *Street* | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Quintana | | | | |
| | Playa del Carmen   Roo   77710 | | | | |
| | *City*   *State*   *ZIP Code* | | | | |
| | Mexico | | | | |
| | *Country* | | | | |

| 3.480 | Brazaletes Mexico S.A. de C.V. | 2/13/2025 | $ | 498.77 | ☐ Secured debt |
|---|---|---|---|---|---|
| | *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| | 5a Avenida entre Calle 6 y 8 | | | | ☐ Suppliers or vendors |
| | *Street* | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Quintana | | | | |
| | Playa del Carmen   Roo   77710 | | | | |
| | *City*   *State*   *ZIP Code* | | | | |
| | Mexico | | | | |
| | *Country* | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known): 25-10715

Name

3.481  Brazaletes Mexico S.A. de C.V.              1/29/2025      $        332.51      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

5a Avenida entre Calle 6 y 8                                                           ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☒ Other    Trade
          Quintana
Playa del Carmen   Roo    77710
City       State    ZIP Code

Mexico
Country

3.482  Brazaletes Mexico S.A. de C.V.              2/13/2025      $        443.35      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

5a Avenida entre Calle 6 y 8                                                           ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☒ Other    Trade
          Quintana
Playa del Carmen   Roo    77710
City       State    ZIP Code

Mexico
Country

3.483  Canche Martin Carlos Alberto               1/23/2025      $         99.23      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Address Available Upon Request                                                        ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☒ Other    Trade

City       State    ZIP Code

Country

3.484  Canche Martin Carlos Alberto               1/23/2025      $        141.61      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Address Available Upon Request                                                        ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☒ Other    Trade

City       State    ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                        Case number *(if known):*    25-10715

Name

3.485  Canche Martin Carlos Alberto                 1/23/2025      $            416.50       ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                                                                                              ☒  Other    Trade

City              State          ZIP Code

Country

3.486  Canche Martin Carlos Alberto                 1/23/2025      $            458.15       ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                                                                                              ☒  Other    Trade

City              State          ZIP Code

Country

3.487  Canche Martin Carlos Alberto                 1/23/2025      $          1,025.57       ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                                                                                              ☒  Other    Trade

City              State          ZIP Code

Country

3.488  Canche Martin Carlos Alberto                 1/29/2025      $            287.39       ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                                                                                              ☒  Other    Trade

City              State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

---

**3.489** Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

1/29/2025      $          314.09

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

---

**3.490** Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

1/29/2025      $          416.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

---

**3.491** Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

1/29/2025      $          688.94

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

---

**3.492** Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

2/7/2025      $          166.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 125

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715

Name

3.493  Canche Martin Carlos Alberto                    2/7/2025        $                249.90        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other      Trade

City                State        ZIP Code

Country

3.494  Canche Martin Carlos Alberto                    2/7/2025        $                281.26        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other      Trade

City                State        ZIP Code

Country

3.495  Canche Martin Carlos Alberto                    2/7/2025        $                358.19        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other      Trade

City                State        ZIP Code

Country

3.496  Canche Martin Carlos Alberto                    2/14/2025       $                134.26        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other      Trade

City                State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known):*  25-10715

Name

| | | | |
|---|---|---|---|
| 3.497 | Canche Martin Carlos Alberto | 2/14/2025 | $ 145.78 |
| | Creditor's Name | | |

Address Available Upon Request
Street

City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.498 | Canche Martin Carlos Alberto | 2/14/2025 | $ 158.27 |
| | Creditor's Name | | |

Address Available Upon Request
Street

City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.499 | Canche Martin Carlos Alberto | 2/14/2025 | $ 166.60 |
| | Creditor's Name | | |

Address Available Upon Request
Street

City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.500 | Canche Martin Carlos Alberto | 2/14/2025 | $ 208.25 |
| | Creditor's Name | | |

Address Available Upon Request
Street

City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.501 | Canche Martin Carlos Alberto | 2/14/2025 | $ 291.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.502 | Canche Martin Carlos Alberto | 2/14/2025 | $ 314.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.503 | Canche Martin Carlos Alberto | 2/20/2025 | $ 166.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.504 | Canche Martin Carlos Alberto | 2/20/2025 | $ 208.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

**3.505** Canche Martin Carlos Alberto
Creditor's Name

2/20/2025

$  249.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

**3.506** Canche Martin Carlos Alberto
Creditor's Name

2/20/2025

$  325.36

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

**3.507** Canche Martin Carlos Alberto
Creditor's Name

2/20/2025

$  355.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

**3.508** Canche Martin Carlos Alberto
Creditor's Name

2/27/2025

$  41.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.509 | Canche Martin Carlos Alberto | 2/27/2025 | $ 166.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Address Available Upon Request | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.510 | Canche Martin Carlos Alberto | 2/27/2025 | $ 249.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Address Available Upon Request | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.511 | Canche Martin Carlos Alberto | 2/27/2025 | $ 314.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Address Available Upon Request | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.512 | Canche Martin Carlos Alberto | 3/6/2025 | $ 158.27 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Address Available Upon Request | | | ☐ Services |
| | Street | | | ☑ Other    Trade |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

**3.513** Canche Martin Carlos Alberto

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

3/6/2025        $        439.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.514** Canche Martin Carlos Alberto

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

3/13/2025        $        274.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.515** Canche Martin Carlos Alberto

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

3/21/2025        $        208.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.516** Canche Martin Carlos Alberto

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

3/21/2025        $        609.27

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:   Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715

Name

3.517  Canche Martin Carlos Alberto              4/2/2025        $           355.74      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Address Available Upon Request                                                          ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                       ☒  Other    Trade

City                State          ZIP Code

Country

3.518  Canche Martin Carlos Alberto              2/20/2025       $            41.65      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Address Available Upon Request                                                          ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                       ☒  Other    Trade

City                State          ZIP Code

Country

3.519  Canche Martin Carlos Alberto              3/13/2025       $           166.60      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Address Available Upon Request                                                          ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                       ☒  Other    Trade

City                State          ZIP Code

Country

3.520  Canche Martin Carlos Alberto              1/17/2025       $            22.54      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Address Available Upon Request                                                          ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                       ☒  Other    Trade

City                State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known):   25-10715

Name

3.521  Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/14/2025        $           230.79

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.522  Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

3/6/2025         $           272.44

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.523  Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/20/2025        $           296.94

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.524  Canche Martin Carlos Alberto
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/14/2025        $            33.32

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.525 | Canche Martin Carlos Alberto | 3/13/2025 | $ 166.60 |

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.526 | Canche Martin Carlos Alberto | 2/14/2025 | $ 230.79 |

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.527 | Canche Martin Carlos Alberto | 2/20/2025 | $ 41.65 |

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.528 | Canche Martin Carlos Alberto | 3/13/2025 | $ 41.65 |

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

| | | | |
|---|---|---|---|
| 3.529 | Canche Martin Carlos Alberto | 2/14/2025 | $ 33.32 |
| | Creditor's Name | | |

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.530 | Canche Martin Carlos Alberto | 2/20/2025 | $ 296.94 |
| | Creditor's Name | | |

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.531 | Canche Martin Carlos Alberto | 3/6/2025 | $ 272.44 |
| | Creditor's Name | | |

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.532 | Canche Martin Carlos Alberto | 1/17/2025 | $ 41.65 |
| | Creditor's Name | | |

Address Available Upon Request

Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

| 3.533 | Canche Martin Carlos Alberto | 3/13/2025 | $ | 41.65 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.534 | Canche Martin Carlos Alberto | 1/17/2025 | $ | 41.65 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.535 | Canche Martin Carlos Alberto | 1/17/2025 | $ | 22.54 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.536 | Canche Martin Roger Abel | 1/17/2025 | $ | 284.20 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 3.537 | Canche Martin Roger Abel | 1/17/2025 | $ 1,543.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.538 | Canche Martin Roger Abel | 1/23/2025 | $ 4,321.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.539 | Canche Martin Roger Abel | 1/30/2025 | $ 5,145.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.540 | Canche Martin Roger Abel | 2/7/2025 | $ 5,512.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.541 Canche Martin Roger Abel | 2/13/2025 | $ 735.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other    Trade |

City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.542 Canche Martin Roger Abel | 2/13/2025 | $ 3,675.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other    Trade |

City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.543 Canche Martin Roger Abel | 2/14/2025 | $ 735.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other    Trade |

City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.544 Canche Martin Roger Abel | 2/20/2025 | $ 1,470.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other    Trade |

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.545  Canche Martin Roger Abel
Creditor's Name

2/20/2025

$         3,675.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.546  Canche Martin Roger Abel
Creditor's Name

2/27/2025

$         2,205.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.547  Canche Martin Roger Abel
Creditor's Name

3/6/2025

$         3,675.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.548  Canche Martin Roger Abel
Creditor's Name

3/14/2025

$         2,205.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number (if known): 25-10715

3.549 Canche Martin Roger Abel
Creditor's Name

3/14/2025

$ 3,675.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

3.550 Canche Martin Roger Abel
Creditor's Name

3/21/2025

$ 2,205.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

3.551 Canche Martin Roger Abel
Creditor's Name

3/21/2025

$ 3,675.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

3.552 Canche Martin Roger Abel
Creditor's Name

3/27/2025

$ 3,675.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

| 3.553 | Canche Martin Roger Abel | 4/3/2025 | $ | 3,675.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.554 | Canche Martin Roger Abel | 2/27/2025 | $ | 3,675.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.555 | Canche Martin Roger Abel | 2/27/2025 | $ | 3,675.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.556 | Caribe Transfers S.A. de C.V. | 1/16/2025 | $ | 2,878.26 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Huayacán 608, SM 313 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Cancún    Quintana Roo    77560 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.557 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

1/23/2025    $    1,563.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.558 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

1/30/2025    $    1,201.97

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.559 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

2/12/2025    $    1,978.13

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.560 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

2/20/2025    $    614.46

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*  25-10715

Name

3.561  Caribe Transfers S.A. de C.V.          2/26/2025     $         813.89       ☐ Secured debt
Creditor's Name
                                                                                  ☐ Unsecured loan repayments

Av. Huayacán 608, SM 313                                                          ☐ Suppliers or vendors
Street
                                                                                  ☐ Services

                                                                                  ☑ Other    Trade
              Quintana
Cancún        Roo         77560
City          State       ZIP Code

Mexico
Country

3.562  Caribe Transfers S.A. de C.V.          3/6/2025      $         366.05       ☐ Secured debt
Creditor's Name
                                                                                  ☐ Unsecured loan repayments

Av. Huayacán 608, SM 313                                                          ☐ Suppliers or vendors
Street
                                                                                  ☐ Services

              Quintana                                                            ☑ Other    Trade
Cancún        Roo         77560
City          State       ZIP Code

Mexico
Country

3.563  Caribe Transfers S.A. de C.V.          3/6/2025      $        2,398.55      ☐ Secured debt
Creditor's Name
                                                                                  ☐ Unsecured loan repayments

Av. Huayacán 608, SM 313                                                          ☐ Suppliers or vendors
Street
                                                                                  ☐ Services

              Quintana                                                            ☑ Other    Trade
Cancún        Roo         77560
City          State       ZIP Code

Mexico
Country

3.564  Caribe Transfers S.A. de C.V.          3/14/2025     $         937.86       ☐ Secured debt
Creditor's Name
                                                                                  ☐ Unsecured loan repayments

Av. Huayacán 608, SM 313                                                          ☐ Suppliers or vendors
Street
                                                                                  ☐ Services

              Quintana                                                            ☑ Other    Trade
Cancún        Roo         77560
City          State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.565 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

3/20/2025    $    673.75

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.566 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

3/20/2025    $    1,149.54

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.567 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

3/27/2025    $    1,160.12

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.568 Caribe Transfers S.A. de C.V.
Creditor's Name

Av. Huayacán 608, SM 313
Street

| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico
Country

4/1/2025    $    768.81

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

**3.569**  Caribe Transfers S.A. de C.V.                    4/8/2025        $          1,286.90        ☐  Secured debt
Creditor's Name
                                                                                                     ☐  Unsecured loan repayments

Av. Huayacán 608, SM 313                                                                             ☐  Suppliers or vendors
Street
                                                                                                     ☐  Services

                    Quintana                                                                         ☑  Other      Trade
                    Roo
Cancún                              77560
City                State            ZIP Code

Mexico
Country

**3.570**  Caribe Transfers S.A. de C.V.                    4/15/2025       $          1,503.96        ☐  Secured debt
Creditor's Name
                                                                                                     ☐  Unsecured loan repayments

Av. Huayacán 608, SM 313                                                                             ☐  Suppliers or vendors
Street
                                                                                                     ☐  Services

                    Quintana                                                                         ☑  Other      Trade
                    Roo
Cancún                              77560
City                State            ZIP Code

Mexico
Country

**3.571**  Castro Martinez, Ariel Hecuba                    3/31/2025       $         26,608.58        ☐  Secured debt
Creditor's Name
                                                                                                     ☐  Unsecured loan repayments

Address Available Upon Request                                                                       ☐  Suppliers or vendors
Street
                                                                                                     ☐  Services

                                                                                                     ☑  Other      Trade

City                State            ZIP Code

Country

**3.572**  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.       1/24/2025       $          4,664.26        ☐  Secured debt
Creditor's Name
                                                                                                     ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                          ☐  Suppliers or vendors
Street
                                                                                                     ☐  Services

                                                                                                     ☑  Other      Trade

Iztapalapa          CDMX             09620
City                State            ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known)*:   25-10715
_____
Name

| 3.573 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 2/5/2025 | $ | 4,215.78 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Iztapalapa     CDMX     09620 | | | | |
| | City     State     ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.574 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 2/19/2025 | $ | 167.51 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Iztapalapa     CDMX     09620 | | | | |
| | City     State     ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.575 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 2/19/2025 | $ | 176.02 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Iztapalapa     CDMX     09620 | | | | |
| | City     State     ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.576 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 2/19/2025 | $ | 185.52 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Iztapalapa     CDMX     09620 | | | | |
| | City     State     ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*    25-10715

Name

3.577 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $        279.19    ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                     ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code
Mexico
Country

3.578 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $        307.10    ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                     ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code
Mexico
Country

3.579 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $        375.25    ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                     ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code
Mexico
Country

3.580 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $        474.61    ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                     ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                              ☒ Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code
Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715
_____
Name

3.581  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $            654.44    ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                               ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

Iztapalapa            CDMX         09620
City                  State        ZIP Code

Mexico
Country

3.582  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $            781.72    ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                               ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

Iztapalapa            CDMX         09620
City                  State        ZIP Code

Mexico
Country

3.583  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/6/2025    $            147.69    ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                               ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

Iztapalapa            CDMX         09620
City                  State        ZIP Code

Mexico
Country

3.584  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/6/2025    $            187.96    ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                               ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

Iztapalapa            CDMX         09620
City                  State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known):*  25-10715

Name

3.585  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.     3/6/2025      $           223.35      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code

Mexico
Country

3.586  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.     3/6/2025      $           266.65      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code

Mexico
Country

3.587  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.     3/6/2025      $           390.86      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code

Mexico
Country

3.588  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.     3/6/2025      $           418.78      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade

Iztapalapa          CDMX          09620
City                State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number (if known): 25-10715
_____

| | | | |
|---|---|---|---|
| 3.589 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/6/2025 | $ 418.87 |
| | Creditor's Name | | |

Calz. Ermita Iztapalapa 911
Street

Iztapalapa        CDMX        09620
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other        Trade

| | | | |
|---|---|---|---|
| 3.590 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/6/2025 | $ 431.09 |
| | Creditor's Name | | |

Calz. Ermita Iztapalapa 911
Street

Iztapalapa        CDMX        09620
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other        Trade

| | | | |
|---|---|---|---|
| 3.591 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/13/2025 | $ 210.58 |
| | Creditor's Name | | |

Calz. Ermita Iztapalapa 911
Street

Iztapalapa        CDMX        09620
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other        Trade

| | | | |
|---|---|---|---|
| 3.592 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/13/2025 | $ 223.35 |
| | Creditor's Name | | |

Calz. Ermita Iztapalapa 911
Street

Iztapalapa        CDMX        09620
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other        Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715
_____
Name

3.593  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/13/2025    $              279.19    ☐ Secured debt
Creditor's Name
                                                                                          ☐ Unsecured loan repayments
Calz. Ermita Iztapalapa 911                                                               ☐ Suppliers or vendors
Street
                                                                                          ☐ Services
                                                                                          ☒ Other    Trade
Iztapalapa            CDMX         09620
City                  State        ZIP Code
Mexico
Country

3.594  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/13/2025    $              558.37    ☐ Secured debt
Creditor's Name
                                                                                          ☐ Unsecured loan repayments
Calz. Ermita Iztapalapa 911                                                               ☐ Suppliers or vendors
Street
                                                                                          ☐ Services
                                                                                          ☒ Other    Trade
Iztapalapa            CDMX         09620
City                  State        ZIP Code
Mexico
Country

3.595  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/14/2025    $              732.96    ☐ Secured debt
Creditor's Name
                                                                                          ☐ Unsecured loan repayments
Calz. Ermita Iztapalapa 911                                                               ☐ Suppliers or vendors
Street
                                                                                          ☐ Services
                                                                                          ☒ Other    Trade
Iztapalapa            CDMX         09620
City                  State        ZIP Code
Mexico
Country

3.596  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/21/2025    $              259.13    ☐ Secured debt
Creditor's Name
                                                                                          ☐ Unsecured loan repayments
Calz. Ermita Iztapalapa 911                                                               ☐ Suppliers or vendors
Street
                                                                                          ☐ Services
                                                                                          ☒ Other    Trade
Iztapalapa            CDMX         09620
City                  State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.597 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/21/2025    $    279.19    ☐ Secured debt
Creditor's Name
                                                                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                                      ☐ Suppliers or vendors
Street
                                                                                                                ☐ Services

                                                                                                                ☒ Other    Trade

Iztapalapa    CDMX    09620
City    State    ZIP Code

Mexico
Country

3.598 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/21/2025    $    307.10    ☐ Secured debt
Creditor's Name
                                                                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                                      ☐ Suppliers or vendors
Street
                                                                                                                ☐ Services

                                                                                                                ☒ Other    Trade

Iztapalapa    CDMX    09620
City    State    ZIP Code

Mexico
Country

3.599 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/21/2025    $    362.94    ☐ Secured debt
Creditor's Name
                                                                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                                      ☐ Suppliers or vendors
Street
                                                                                                                ☐ Services

                                                                                                                ☒ Other    Trade

Iztapalapa    CDMX    09620
City    State    ZIP Code

Mexico
Country

3.600 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/21/2025    $    558.37    ☐ Secured debt
Creditor's Name
                                                                                                                ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                                                      ☐ Suppliers or vendors
Street
                                                                                                                ☐ Services

                                                                                                                ☒ Other    Trade

Iztapalapa    CDMX    09620
City    State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.601 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/21/2025 | $ 598.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Iztapalapa    CDMX    09620 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.602 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/21/2025 | $ 718.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Iztapalapa    CDMX    09620 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.603 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/26/2025 | $ 155.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Iztapalapa    CDMX    09620 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.604 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/26/2025 | $ 167.51 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calz. Ermita Iztapalapa 911 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Iztapalapa    CDMX    09620 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Name

Case number *(if known):* 25-10715

3.605 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.
Creditor's Name

Calz. Ermita Iztapalapa 911
Street


Iztapalapa         CDMX         09620
City              State        ZIP Code

Mexico
Country

3/26/2025        $            223.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.606 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.
Creditor's Name

Calz. Ermita Iztapalapa 911
Street


Iztapalapa         CDMX         09620
City              State        ZIP Code

Mexico
Country

3/26/2025        $            251.27

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.607 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.
Creditor's Name

Calz. Ermita Iztapalapa 911
Street


Iztapalapa         CDMX         09620
City              State        ZIP Code

Mexico
Country

3/26/2025        $            307.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.608 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.
Creditor's Name

Calz. Ermita Iztapalapa 911
Street


Iztapalapa         CDMX         09620
City              State        ZIP Code

Mexico
Country

3/26/2025        $            335.02

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:    25-10715

Name

3.609  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/26/2025    $        530.45        ☐  Secured debt
Creditor's Name
                                                                                        ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                              ☐  Suppliers or vendors
Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

Iztapalapa          CDMX          09620
City                State        ZIP Code
Mexico
Country

3.610  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/26/2025    $        534.48        ☐  Secured debt
Creditor's Name
                                                                                        ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                              ☐  Suppliers or vendors
Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

Iztapalapa          CDMX          09620
City                State        ZIP Code
Mexico
Country

3.611  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    4/3/2025    $        251.27        ☐  Secured debt
Creditor's Name
                                                                                        ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                              ☐  Suppliers or vendors
Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

Iztapalapa          CDMX          09620
City                State        ZIP Code
Mexico
Country

3.612  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    4/3/2025    $        271.92        ☐  Secured debt
Creditor's Name
                                                                                        ☐  Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                              ☐  Suppliers or vendors
Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

Iztapalapa          CDMX          09620
City                State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):* 25-10715

| 3.613 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 4/3/2025 | $ 279.18 |
|---|---|---|---|

Creditor's Name

Calz. Ermita Iztapalapa 911
Street

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.614 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 4/3/2025 | $ 446.69 |
|---|---|---|---|

Creditor's Name

Calz. Ermita Iztapalapa 911
Street

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.615 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 4/3/2025 | $ 534.48 |
|---|---|---|---|

Creditor's Name

Calz. Ermita Iztapalapa 911
Street

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.616 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 4/4/2025 | $ 1,093.31 |
|---|---|---|---|

Creditor's Name

Calz. Ermita Iztapalapa 911
Street

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor:    Controladora Dolphin, S.A. de C.V.                                           Case number *(if known)*:    25-10715
_____
                Name

3.617   Cervezas Cuauhtemoc Moctezuma S.A. de C.V.      4/10/2025        $              28.03      ☐   Secured debt
        Creditor's Name                                                                            ☐   Unsecured loan repayments

        Calz. Ermita Iztapalapa 911                                                                ☐   Suppliers or vendors
        Street                                                                                     ☐   Services
                                                                                                   ☒   Other    Trade

        Iztapalapa            CDMX          09620
        City                  State         ZIP Code
        Mexico
        Country

3.618   Cervezas Cuauhtemoc Moctezuma S.A. de C.V.      4/10/2025        $             279.19      ☐   Secured debt
        Creditor's Name                                                                            ☐   Unsecured loan repayments

        Calz. Ermita Iztapalapa 911                                                                ☐   Suppliers or vendors
        Street                                                                                     ☐   Services
                                                                                                   ☒   Other    Trade

        Iztapalapa            CDMX          09620
        City                  State         ZIP Code
        Mexico
        Country

3.619   Cervezas Cuauhtemoc Moctezuma S.A. de C.V.      4/10/2025        $             292.42      ☐   Secured debt
        Creditor's Name                                                                            ☐   Unsecured loan repayments

        Calz. Ermita Iztapalapa 911                                                                ☐   Suppliers or vendors
        Street                                                                                     ☐   Services
                                                                                                   ☒   Other    Trade

        Iztapalapa            CDMX          09620
        City                  State         ZIP Code
        Mexico
        Country

3.620   Cervezas Cuauhtemoc Moctezuma S.A. de C.V.      4/10/2025        $             335.01      ☐   Secured debt
        Creditor's Name                                                                            ☐   Unsecured loan repayments

        Calz. Ermita Iztapalapa 911                                                                ☐   Suppliers or vendors
        Street                                                                                     ☐   Services
                                                                                                   ☒   Other    Trade

        Iztapalapa            CDMX          09620
        City                  State         ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.621 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 4/10/2025 | $ | 362.94 | ☐ | Secured debt |
|-------|--------------------------------------------|-----------|---|--------|---|--------------|

Creditor's Name

Calz. Ermita Iztapalapa 911
Street

Iztapalapa   CDMX   09620
City   State   ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

3.622 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.   4/10/2025   $   540.42
Creditor's Name

Calz. Ermita Iztapalapa 911
Street

Iztapalapa   CDMX   09620
City   State   ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

3.623 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.   4/10/2025   $   658.86
Creditor's Name

Calz. Ermita Iztapalapa 911
Street

Iztapalapa   CDMX   09620
City   State   ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

3.624 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.   4/11/2025   $   2,186.63
Creditor's Name

Calz. Ermita Iztapalapa 911
Street

Iztapalapa   CDMX   09620
City   State   ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.625 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/13/2025 | $ | 279.18 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.626 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 2/19/2025 | $ | 558.37 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.627 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/6/2025 | $ | 96.07 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.628 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/6/2025 | $ | 335.02 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Iztapalapa | CDMX | 09620 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.629 | Cervezas Cuauhtemoc Moctezuma S.A. de C.V. | 3/6/2025 | $ | 335.02 | ☐ | Secured debt |

Creditor's Name

Calz. Ermita Iztapalapa 911
Street

|  |  |  |
|---|---|---|
| Iztapalapa | CDMX | 09620 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.630 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $    558.37
Creditor's Name

Calz. Ermita Iztapalapa 911
Street

Iztapalapa    CDMX    09620
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.631 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/13/2025    $    279.18
Creditor's Name

Calz. Ermita Iztapalapa 911
Street

Iztapalapa    CDMX    09620
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.632 Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/6/2025    $    335.02
Creditor's Name

Calz. Ermita Iztapalapa 911
Street

Iztapalapa    CDMX    09620
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*: 25-10715
_____                    _____
Name

3.633  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    2/19/2025    $        558.37    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Iztapalapa            CDMX        09620
City                  State       ZIP Code
Mexico
Country

3.634  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/6/2025    $        279.19    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Iztapalapa            CDMX        09620
City                  State       ZIP Code
Mexico
Country

3.635  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/6/2025    $         96.07    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Iztapalapa            CDMX        09620
City                  State       ZIP Code
Mexico
Country

3.636  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    3/6/2025    $        279.19    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Iztapalapa            CDMX        09620
City                  State       ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*    25-10715

Name

3.637  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    4/3/2025    $           474.61    ☐ Secured debt
Creditor's Name
                                                                                       ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                            ☐ Suppliers or vendors
Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade
Iztapalapa          CDMX        09620
City                State       ZIP Code
Mexico
Country

3.638  Cervezas Cuauhtemoc Moctezuma S.A. de C.V.    4/3/2025    $           474.61    ☐ Secured debt
Creditor's Name
                                                                                       ☐ Unsecured loan repayments

Calz. Ermita Iztapalapa 911                                                            ☐ Suppliers or vendors
Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade
Iztapalapa          CDMX        09620
City                State       ZIP Code
Mexico
Country

3.639  CFE Suministrador de Servicios Basicos    1/24/2025    $           710.84    ☐ Secured debt
Creditor's Name
                                                                                       ☐ Unsecured loan repayments

Av. Río Churubusco No. 589                                                             ☐ Suppliers or vendors
Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade
Del. Iztapalapa     CDMX        09310
City                State       ZIP Code
Mexico
Country

3.640  CFE Suministrador de Servicios Basicos    1/24/2025    $         1,398.51    ☐ Secured debt
Creditor's Name
                                                                                       ☐ Unsecured loan repayments

Av. Río Churubusco No. 589                                                             ☐ Suppliers or vendors
Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade
Del. Iztapalapa     CDMX        09310
City                State       ZIP Code
Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.641  CFE Suministrador de Servicios Basicos         2/4/2025      $          291.99       ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                  ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade

Del. Iztapalapa          CDMX          09310
City                     State         ZIP Code

Mexico
Country

3.642  CFE Suministrador de Servicios Basicos         2/5/2025      $          977.80       ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                  ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade

Del. Iztapalapa          CDMX          09310
City                     State         ZIP Code

Mexico
Country

3.643  CFE Suministrador de Servicios Basicos         2/5/2025      $        3,196.03       ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                  ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade

Del. Iztapalapa          CDMX          09310
City                     State         ZIP Code

Mexico
Country

3.644  CFE Suministrador de Servicios Basicos         2/12/2025     $        2,924.37       ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                  ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade

Del. Iztapalapa          CDMX          09310
City                     State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 3.645 | CFE Suministrador de Servicios Basicos | 2/12/2025 | $ 3,293.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Río Churubusco No. 589 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Del. Iztapalapa    CDMX    09310 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.646 | CFE Suministrador de Servicios Basicos | 2/12/2025 | $ 3,563.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Río Churubusco No. 589 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Del. Iztapalapa    CDMX    09310 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.647 | CFE Suministrador de Servicios Basicos | 2/12/2025 | $ 5,000.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Río Churubusco No. 589 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Del. Iztapalapa    CDMX    09310 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.648 | CFE Suministrador de Servicios Basicos | 2/12/2025 | $ 5,187.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Río Churubusco No. 589 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Del. Iztapalapa    CDMX    09310 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                        Case number *(if known):*  25-10715
_____

Name

3.649  CFE Suministrador de Servicios Basicos        2/12/2025        $        7,697.75        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                    ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                                                                                              ☒  Other        Trade

Del. Iztapalapa        CDMX        09310
City                   State       ZIP Code

Mexico
Country

3.650  CFE Suministrador de Servicios Basicos        2/20/2025        $         376.81        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                    ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                                                                                              ☒  Other        Trade

Del. Iztapalapa        CDMX        09310
City                   State       ZIP Code

Mexico
Country

3.651  CFE Suministrador de Servicios Basicos        2/21/2025        $        1,148.27        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                    ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                                                                                              ☒  Other        Trade

Del. Iztapalapa        CDMX        09310
City                   State       ZIP Code

Mexico
Country

3.652  CFE Suministrador de Servicios Basicos        2/24/2025        $         881.71        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                    ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                                                                                              ☒  Other        Trade

Del. Iztapalapa        CDMX        09310
City                   State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.653  CFE Suministrador de Servicios Basicos          3/3/2025          $          314.53
Creditor's Name

Av. Río Churubusco No. 589
Street


Del. Iztapalapa          CDMX          09310
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.654  CFE Suministrador de Servicios Basicos          3/7/2025          $          833.34
Creditor's Name

Av. Río Churubusco No. 589
Street


Del. Iztapalapa          CDMX          09310
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.655  CFE Suministrador de Servicios Basicos          3/7/2025          $          2,776.34
Creditor's Name

Av. Río Churubusco No. 589
Street


Del. Iztapalapa          CDMX          09310
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.656  CFE Suministrador de Servicios Basicos          3/7/2025          $          3,538.29
Creditor's Name

Av. Río Churubusco No. 589
Street


Del. Iztapalapa          CDMX          09310
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.657 | CFE Suministrador de Servicios Basicos | 3/11/2025 | $ | 2,671.09 | |
|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

Del. Iztapalapa    CDMX    09310
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.658 | CFE Suministrador de Servicios Basicos | 3/11/2025 | $ | 3,214.06 | |
|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

Del. Iztapalapa    CDMX    09310
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.659 | CFE Suministrador de Servicios Basicos | 3/11/2025 | $ | 5,110.50 | |
|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

Del. Iztapalapa    CDMX    09310
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.660 | CFE Suministrador de Servicios Basicos | 3/11/2025 | $ | 5,439.29 | |
|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

Del. Iztapalapa    CDMX    09310
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715
         _____
         Name

3.661  CFE Suministrador de Servicios Basicos          3/13/2025      $        7,030.81      ☐ Secured debt
       Creditor's Name                                                                        ☐ Unsecured loan repayments

       Av. Río Churubusco No. 589                                                             ☐ Suppliers or vendors
       Street                                                                                 ☐ Services
                                                                                              ☑ Other    Trade

       Del. Iztapalapa        CDMX        09310
       City                   State       ZIP Code
       Mexico
       Country

3.662  CFE Suministrador de Servicios Basicos          3/21/2025      $          944.67      ☐ Secured debt
       Creditor's Name                                                                        ☐ Unsecured loan repayments

       Av. Río Churubusco No. 589                                                             ☐ Suppliers or vendors
       Street                                                                                 ☐ Services
                                                                                              ☑ Other    Trade

       Del. Iztapalapa        CDMX        09310
       City                   State       ZIP Code
       Mexico
       Country

3.663  CFE Suministrador de Servicios Basicos          3/21/2025      $        1,090.30      ☐ Secured debt
       Creditor's Name                                                                        ☐ Unsecured loan repayments

       Av. Río Churubusco No. 589                                                             ☐ Suppliers or vendors
       Street                                                                                 ☐ Services
                                                                                              ☑ Other    Trade

       Del. Iztapalapa        CDMX        09310
       City                   State       ZIP Code
       Mexico
       Country

3.664  CFE Suministrador de Servicios Basicos          4/4/2025       $          364.61      ☐ Secured debt
       Creditor's Name                                                                        ☐ Unsecured loan repayments

       Av. Río Churubusco No. 589                                                             ☐ Suppliers or vendors
       Street                                                                                 ☐ Services
                                                                                              ☑ Other    Trade

       Del. Iztapalapa        CDMX        09310
       City                   State       ZIP Code
       Mexico
       Country

Debtor:  Controladora Dolphin, S.A. de C.V.                         Case number *(if known)*:    25-10715

---

Name

3.665  CFE Suministrador de Servicios Basicos          4/4/2025       $          935.31         ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                     ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

Del. Iztapalapa          CDMX        09310
City                     State       ZIP Code

Mexico
Country

3.666  CFE Suministrador de Servicios Basicos          4/4/2025       $        2,908.25        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                     ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

Del. Iztapalapa          CDMX        09310
City                     State       ZIP Code

Mexico
Country

3.667  CFE Suministrador de Servicios Basicos          4/11/2025      $        2,975.72        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                     ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

Del. Iztapalapa          CDMX        09310
City                     State       ZIP Code

Mexico
Country

3.668  CFE Suministrador de Servicios Basicos          4/11/2025      $        3,680.78        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Río Churubusco No. 589                                                                     ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

Del. Iztapalapa          CDMX        09310
City                     State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.669 | CFE Suministrador de Servicios Basicos | 4/11/2025 | $ | 4,701.50 | | |
|---|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

| Del. Iztapalapa | CDMX | 09310 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.670 | CFE Suministrador de Servicios Basicos | 4/11/2025 | $ | 5,803.27 | | |
|---|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

| Del. Iztapalapa | CDMX | 09310 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.671 | CFE Suministrador de Servicios Basicos | 4/11/2025 | $ | 5,891.52 | | |
|---|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

| Del. Iztapalapa | CDMX | 09310 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.672 | CFE Suministrador de Servicios Basicos | 4/11/2025 | $ | 7,468.78 | | |
|---|---|---|---|---|---|---|

Creditor's Name

Av. Río Churubusco No. 589
Street

| Del. Iztapalapa | CDMX | 09310 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known):*    25-10715

Name

3.673  Chef Mart S.A. de C.V.                    1/17/2025        $           181.17        ☐ Secured debt
_____                                                             ☐ Unsecured loan repayments
Creditor's Name
                                                                                            ☐ Suppliers or vendors
Av. Santa Margarita 3600                                                                    ☐ Services
_____
Street                                                                                      ☒ Other    Trade

Zapopan          Jalisco      45138
_____
City             State        ZIP Code
Mexico
_____
Country

3.674  Chef Mart S.A. de C.V.                    1/17/2025        $         1,106.58        ☐ Secured debt
_____                                                             ☐ Unsecured loan repayments
Creditor's Name
                                                                                            ☐ Suppliers or vendors
Av. Santa Margarita 3600                                                                    ☐ Services
_____
Street                                                                                      ☒ Other    Trade

Zapopan          Jalisco      45138
_____
City             State        ZIP Code
Mexico
_____
Country

3.675  Chef Mart S.A. de C.V.                    1/20/2025        $           181.17        ☐ Secured debt
_____                                                             ☐ Unsecured loan repayments
Creditor's Name
                                                                                            ☐ Suppliers or vendors
Av. Santa Margarita 3600                                                                    ☐ Services
_____
Street                                                                                      ☒ Other    Trade

Zapopan          Jalisco      45138
_____
City             State        ZIP Code
Mexico
_____
Country

3.676  Chef Mart S.A. de C.V.                    1/20/2025        $         1,106.58        ☐ Secured debt
_____                                                             ☐ Unsecured loan repayments
Creditor's Name
                                                                                            ☐ Suppliers or vendors
Av. Santa Margarita 3600                                                                    ☐ Services
_____
Street                                                                                      ☒ Other    Trade

Zapopan          Jalisco      45138
_____
City             State        ZIP Code
Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.677 | Chef Mart S.A. de C.V. | 1/30/2025 | $ | 931.18 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Zapopan          Jalisco          45138
City                    State              ZIP Code

Mexico
Country

| 3.678 | Chef Mart S.A. de C.V. | 1/30/2025 | $ | 931.19 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Zapopan          Jalisco          45138
City                    State              ZIP Code

Mexico
Country

| 3.679 | Chef Mart S.A. de C.V. | 2/12/2025 | $ | 651.32 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Zapopan          Jalisco          45138
City                    State              ZIP Code

Mexico
Country

| 3.680 | Chef Mart S.A. de C.V. | 2/20/2025 | $ | 25.69 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Zapopan          Jalisco          45138
City                    State              ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*  25-10715

Name

| 3.681 | Chef Mart S.A. de C.V. | 2/20/2025 | $ | 40.27 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Zapopan          Jalisco      45138
City             State        ZIP Code

Mexico
Country

| 3.682 | Chef Mart S.A. de C.V. | 2/20/2025 | $ | 214.81 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Zapopan          Jalisco      45138
City             State        ZIP Code

Mexico
Country

| 3.683 | Chef Mart S.A. de C.V. | 2/20/2025 | $ | 305.98 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Zapopan          Jalisco      45138
City             State        ZIP Code

Mexico
Country

| 3.684 | Chef Mart S.A. de C.V. | 2/25/2025 | $ | 25.69 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Zapopan          Jalisco      45138
City             State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| 3.685 | Chef Mart S.A. de C.V. | 2/25/2025 | $ | 40.27 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

|  |  |  |  |  | ☐ | Unsecured loan repayments |
|---|---|---|---|---|---|---|

Av. Santa Margarita 3600

|  |  |  |  |  | ☐ | Suppliers or vendors |
|---|---|---|---|---|---|---|

Street

|  |  |  |  |  | ☐ | Services |
|---|---|---|---|---|---|---|

|  |  |  |  |  | ☒ | Other    Trade |
|---|---|---|---|---|---|---|

Zapopan    Jalisco    45138
City    State    ZIP Code

Mexico
Country

| 3.686 | Chef Mart S.A. de C.V. | 2/25/2025 | $ | 125.81 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

|  |  |  |  |  | ☐ | Unsecured loan repayments |
|---|---|---|---|---|---|---|

Av. Santa Margarita 3600

|  |  |  |  |  | ☐ | Suppliers or vendors |
|---|---|---|---|---|---|---|

Street

|  |  |  |  |  | ☐ | Services |
|---|---|---|---|---|---|---|

|  |  |  |  |  | ☒ | Other    Trade |
|---|---|---|---|---|---|---|

Zapopan    Jalisco    45138
City    State    ZIP Code

Mexico
Country

| 3.687 | Chef Mart S.A. de C.V. | 2/25/2025 | $ | 265.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

|  |  |  |  |  | ☐ | Unsecured loan repayments |
|---|---|---|---|---|---|---|

Av. Santa Margarita 3600

|  |  |  |  |  | ☐ | Suppliers or vendors |
|---|---|---|---|---|---|---|

Street

|  |  |  |  |  | ☐ | Services |
|---|---|---|---|---|---|---|

|  |  |  |  |  | ☒ | Other    Trade |
|---|---|---|---|---|---|---|

Zapopan    Jalisco    45138
City    State    ZIP Code

Mexico
Country

| 3.688 | Chef Mart S.A. de C.V. | 3/5/2025 | $ | 231.09 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

|  |  |  |  |  | ☐ | Unsecured loan repayments |
|---|---|---|---|---|---|---|

Av. Santa Margarita 3600

|  |  |  |  |  | ☐ | Suppliers or vendors |
|---|---|---|---|---|---|---|

Street

|  |  |  |  |  | ☐ | Services |
|---|---|---|---|---|---|---|

|  |  |  |  |  | ☒ | Other    Trade |
|---|---|---|---|---|---|---|

Zapopan    Jalisco    45138
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.689 | Chef Mart S.A. de C.V. | 3/5/2025 | $ | 326.69 | ☐ Secured debt |
|-------|------------------------|----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Zapopan    Jalisco    45138
City        State      ZIP Code

Mexico
Country

| 3.690 | Chef Mart S.A. de C.V. | 3/11/2025 | $ | 113.12 | ☐ Secured debt |
|-------|------------------------|-----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Zapopan    Jalisco    45138
City        State      ZIP Code

Mexico
Country

| 3.691 | Chef Mart S.A. de C.V. | 3/11/2025 | $ | 148.85 | ☐ Secured debt |
|-------|------------------------|-----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Zapopan    Jalisco    45138
City        State      ZIP Code

Mexico
Country

| 3.692 | Chef Mart S.A. de C.V. | 3/11/2025 | $ | 163.99 | ☐ Secured debt |
|-------|------------------------|-----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Zapopan    Jalisco    45138
City        State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.693  Chef Mart S.A. de C.V.

Creditor's Name

Av. Santa Margarita 3600

Street

3/11/2025        $             326.69

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

Zapopan        Jalisco        45138

City        State        ZIP Code

Mexico

Country

3.694  Chef Mart S.A. de C.V.

Creditor's Name

Av. Santa Margarita 3600

Street

3/21/2025        $             219.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

Zapopan        Jalisco        45138

City        State        ZIP Code

Mexico

Country

3.695  Chef Mart S.A. de C.V.

Creditor's Name

Av. Santa Margarita 3600

Street

3/21/2025        $             302.26

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

Zapopan        Jalisco        45138

City        State        ZIP Code

Mexico

Country

3.696  Chef Mart S.A. de C.V.

Creditor's Name

Av. Santa Margarita 3600

Street

3/21/2025        $             328.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

Zapopan        Jalisco        45138

City        State        ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.697 | Chef Mart S.A. de C.V. | 3/27/2025 | $ | 52.18 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Zapopan        Jalisco        45138 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.698 | Chef Mart S.A. de C.V. | 3/27/2025 | $ | 284.69 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Zapopan        Jalisco        45138 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.699 | Chef Mart S.A. de C.V. | 3/27/2025 | $ | 302.75 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Zapopan        Jalisco        45138 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.700 | Chef Mart S.A. de C.V. | 4/3/2025 | $ | 53.56 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Zapopan        Jalisco        45138 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.701 | Chef Mart S.A. de C.V. | 4/3/2025 | $ 78.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Zapopan        Jalisco      45138 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.702 | Chef Mart S.A. de C.V. | 4/3/2025 | $ 236.05 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Zapopan        Jalisco      45138 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.703 | Chef Mart S.A. de C.V. | 4/3/2025 | $ 250.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Zapopan        Jalisco      45138 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.704 | Chef Mart S.A. de C.V. | 4/3/2025 | $ 251.49 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Margarita 3600 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Zapopan        Jalisco      45138 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.705  Chef Mart S.A. de C.V.                4/8/2025        $           118.26        ☐ Secured debt
       Creditor's Name
                                                                                       ☐ Unsecured loan repayments

       Av. Santa Margarita 3600                                                        ☐ Suppliers or vendors
       Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade

       Zapopan         Jalisco      45138
       City            State        ZIP Code

       Mexico
       Country

3.706  Chef Mart S.A. de C.V.                4/8/2025        $           143.92        ☐ Secured debt
       Creditor's Name
                                                                                       ☐ Unsecured loan repayments

       Av. Santa Margarita 3600                                                        ☐ Suppliers or vendors
       Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade

       Zapopan         Jalisco      45138
       City            State        ZIP Code

       Mexico
       Country

3.707  Chef Mart S.A. de C.V.                4/8/2025        $           202.55        ☐ Secured debt
       Creditor's Name
                                                                                       ☐ Unsecured loan repayments

       Av. Santa Margarita 3600                                                        ☐ Suppliers or vendors
       Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade

       Zapopan         Jalisco      45138
       City            State        ZIP Code

       Mexico
       Country

3.708  Chef Mart S.A. de C.V.                4/8/2025        $           211.06        ☐ Secured debt
       Creditor's Name
                                                                                       ☐ Unsecured loan repayments

       Av. Santa Margarita 3600                                                        ☐ Suppliers or vendors
       Street
                                                                                       ☐ Services

                                                                                       ☑ Other    Trade

       Zapopan         Jalisco      45138
       City            State        ZIP Code

       Mexico
       Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):*   25-10715
_____

3.709  Chef Mart S.A. de C.V.
_____
Creditor's Name

Av. Santa Margarita 3600
_____
Street

_____

Zapopan        Jalisco      45138
_____
City            State        ZIP Code

Mexico
_____
Country

4/8/2025        $        288.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.710  Chef Mart S.A. de C.V.
_____
Creditor's Name

Av. Santa Margarita 3600
_____
Street

_____

Zapopan        Jalisco      45138
_____
City            State        ZIP Code

Mexico
_____
Country

4/16/2025       $         26.72

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.711  Chef Mart S.A. de C.V.
_____
Creditor's Name

Av. Santa Margarita 3600
_____
Street

_____

Zapopan        Jalisco      45138
_____
City            State        ZIP Code

Mexico
_____
Country

4/16/2025       $         29.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.712  Chef Mart S.A. de C.V.
_____
Creditor's Name

Av. Santa Margarita 3600
_____
Street

_____

Zapopan        Jalisco      45138
_____
City            State        ZIP Code

Mexico
_____
Country

4/16/2025       $         56.88

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

**3.713** Chef Mart S.A. de C.V.    4/16/2025    $    382.57    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Santa Margarita 3600    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Zapopan    Jalisco    45138
City    State    ZIP Code

Mexico
Country

**3.714** Comercializadora Pepsico Mexico S de RL de C.V.    1/16/2025    $    149.45    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Gustavo Baz 301    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Tlalnepantla    Estado de Mexico    54030
City    State    ZIP Code

Mexico
Country

**3.715** Comercializadora Pepsico Mexico S de RL de C.V.    1/16/2025    $    191.70    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Gustavo Baz 301    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Tlalnepantla    Estado de Mexico    54030
City    State    ZIP Code

Mexico
Country

**3.716** Comercializadora Pepsico Mexico S de RL de C.V.    1/17/2025    $    63.68    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Gustavo Baz 301    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Tlalnepantla    Estado de Mexico    54030
City    State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

|  | | | | |
|---|---|---|---|---|
| 3.717 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/17/2025 | $ 186.31 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Tlalnepantla    Estado de Mexico    54030
City    State    ZIP Code

Mexico
Country

|  | | | | |
|---|---|---|---|---|
| 3.718 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/21/2025 | $ 164.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Tlalnepantla    Estado de Mexico    54030
City    State    ZIP Code

Mexico
Country

|  | | | | |
|---|---|---|---|---|
| 3.719 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/21/2025 | $ 1,427.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Tlalnepantla    Estado de Mexico    54030
City    State    ZIP Code

Mexico
Country

|  | | | | |
|---|---|---|---|---|
| 3.720 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/22/2025 | $ 138.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Tlalnepantla    Estado de Mexico    54030
City    State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.721 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/28/2025 | $ 214.83 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |

| | |
|---|---|
| Tlalnepantla | Estado de Mexico    54030 |
| City | State        ZIP Code |
| Mexico | |
| Country | |

| | | | | |
|---|---|---|---|---|
| 3.722 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/28/2025 | $ 277.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |

| | |
|---|---|
| Tlalnepantla | Estado de Mexico    54030 |
| City | State        ZIP Code |
| Mexico | |
| Country | |

| | | | | |
|---|---|---|---|---|
| 3.723 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/29/2025 | $ 129.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |

| | |
|---|---|
| Tlalnepantla | Estado de Mexico    54030 |
| City | State        ZIP Code |
| Mexico | |
| Country | |

| | | | | |
|---|---|---|---|---|
| 3.724 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/30/2025 | $ 34.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |

| | |
|---|---|
| Tlalnepantla | Estado de Mexico    54030 |
| City | State        ZIP Code |
| Mexico | |
| Country | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

---

Name

| | | | |
|---|---|---|---|
| 3.725 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/30/2025 | $ 155.03 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

---

| | | | |
|---|---|---|---|
| 3.726 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/30/2025 | $ 214.06 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

---

| | | | |
|---|---|---|---|
| 3.727 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/30/2025 | $ 224.57 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

---

| | | | |
|---|---|---|---|
| 3.728 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/4/2025 | $ 114.06 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.729 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/5/2025 | $ | 160.99 |

Creditor's Name

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.730 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/6/2025 | $ | 116.57 |

Creditor's Name

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.731 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/7/2025 | $ | 103.48 |

Creditor's Name

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.732 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/10/2025 | $ | 70.48 |

Creditor's Name

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.733 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/11/2025 | $ 140.29 | ☐ | Secured debt |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.734 Comercializadora Pepsico Mexico S de RL de C.V.    2/11/2025    $ 173.71

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.735 Comercializadora Pepsico Mexico S de RL de C.V.    2/12/2025    $ 19.77

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.736 Comercializadora Pepsico Mexico S de RL de C.V.    2/13/2025    $ 256.39

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):* 25-10715

| | | | |
|---|---|---|---|
| 3.737 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/17/2025 | $ 99.05 |

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.738 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/17/2025 | $ 133.39 |

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.739 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/18/2025 | $ 102.15 |

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.740 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/19/2025 | $ 75.57 |

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.741

Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/19/2025    $    349.20

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.742

Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/19/2025    $    445.12

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.743

Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/20/2025    $    145.33

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.744

Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/21/2025    $    47.00

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.745** Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/21/2025   $ 77.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

**3.746** Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/21/2025   $ 195.31

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

**3.747** Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/25/2025   $ 18.85

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

**3.748** Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

2/25/2025   $ 73.81

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. Gustavo Baz 301
Street

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.749 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/26/2025 | $ 183.27 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Tlalnepantla   Estado de Mexico   54030
City           State              ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.750 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/26/2025 | $ 331.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Tlalnepantla   Estado de Mexico   54030
City           State              ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.751 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ 51.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Tlalnepantla   Estado de Mexico   54030
City           State              ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.752 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ 90.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Tlalnepantla   Estado de Mexico   54030
City           State              ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.753 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 100.77 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City              State             ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.754 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 120.00 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City              State             ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.755 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 126.43 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City              State             ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.756 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 130.78 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City              State             ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.757 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 133.54 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.758 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 137.85 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.759 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 144.35 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.760 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 195.31 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | | |
|---|---|---|---|---|---|
| 3.761 | Comercializadora Pepsico Mexico S de RL de C.V. | 2/28/2025 | $ | 274.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.762 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/3/2025 | $ | 166.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.763 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/4/2025 | $ | 67.48 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.764 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/4/2025 | $ | 187.05 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |

Tlalnepantla | Estado de Mexico | 54030
City | State | ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.765 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/4/2025 | $ | 247.41 |

Creditor's Name

Av. Gustavo Baz 301
Street

| | | |
|---|---|---|
| Tlalnepantla | Estado de Mexico | 54030 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

| | | | | |
|---|---|---|---|---|
| 3.766 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/10/2025 | $ | 304.36 |

Creditor's Name

Av. Gustavo Baz 301
Street

| | | |
|---|---|---|
| Tlalnepantla | Estado de Mexico | 54030 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

| | | | | |
|---|---|---|---|---|
| 3.767 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/13/2025 | $ | 13.94 |

Creditor's Name

Av. Gustavo Baz 301
Street

| | | |
|---|---|---|
| Tlalnepantla | Estado de Mexico | 54030 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

| | | | | |
|---|---|---|---|---|
| 3.768 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/13/2025 | $ | 56.22 |

Creditor's Name

Av. Gustavo Baz 301
Street

| | | |
|---|---|---|
| Tlalnepantla | Estado de Mexico | 54030 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:    25-10715

---

Name

| 3.769 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/13/2025 | $ | 122.29 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City | State | ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

| 3.770 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/13/2025 | $ | 130.78 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City | State | ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

| 3.771 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/13/2025 | $ | 265.71 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City | State | ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

| 3.772 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/13/2025 | $ | 331.66 |
|---|---|---|---|---|

Creditor's Name

Av. Gustavo Baz 301

Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|

City | State | ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*   25-10715

Name

| 3.773 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/25/2025 | $ | 73.42 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Tlalnepantla   Estado de Mexico   54030 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.774 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/25/2025 | $ | 96.77 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Tlalnepantla   Estado de Mexico   54030 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.775 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/25/2025 | $ | 158.59 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Tlalnepantla   Estado de Mexico   54030 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.776 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/25/2025 | $ | 198.61 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Tlalnepantla   Estado de Mexico   54030 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:  25-10715

Name

| 3.777 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/25/2025 | $ | 218.54 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Gustavo Baz 301

Street

☐ Suppliers or vendors

☐ Services

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

☒ Other    Trade

Mexico

Country

| 3.778 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/25/2025 | $ | 368.23 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Gustavo Baz 301

Street

☐ Suppliers or vendors

☐ Services

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

☒ Other    Trade

Mexico

Country

| 3.779 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/27/2025 | $ | 64.53 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Gustavo Baz 301

Street

☐ Suppliers or vendors

☐ Services

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

☒ Other    Trade

Mexico

Country

| 3.780 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/27/2025 | $ | 87.76 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Gustavo Baz 301

Street

☐ Suppliers or vendors

☐ Services

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

☒ Other    Trade

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.781 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/27/2025 | $ 171.31 |
| | Creditor's Name | | |

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.782 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/27/2025 | $ 273.92 |
| | Creditor's Name | | |

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.783 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/27/2025 | $ 302.68 |
| | Creditor's Name | | |

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.784 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/28/2025 | $ 137.23 |
| | Creditor's Name | | |

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.785 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/28/2025 | $ 253.27 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.786 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/28/2025 | $ 496.04 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.787 | Comercializadora Pepsico Mexico S de RL de C.V. | 3/31/2025 | $ 81.55 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.788 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/3/2025 | $ 94.76 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.789 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ | 49.09 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.790 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ | 115.75 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.791 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ | 119.24 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.792 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ | 155.65 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.793 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ 197.15 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.794 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ 247.97 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.795 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ 251.24 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.796 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/4/2025 | $ 266.27 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.797 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/8/2025 | $ | 298.33 | ☐ Secured debt
Creditor's Name

|  |  |  |  | ☐ Unsecured loan repayments

Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors
Street

|  |  |  |  | ☐ Services

|  |  |  |  | ☑ Other    Trade

| Tlalnepantla | Estado de Mexico | 54030 |
City | State | ZIP Code

Mexico
Country

3.798 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/9/2025 | $ | 122.98 | ☐ Secured debt
Creditor's Name

|  |  |  |  | ☐ Unsecured loan repayments

Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors
Street

|  |  |  |  | ☐ Services

|  |  |  |  | ☑ Other    Trade

| Tlalnepantla | Estado de Mexico | 54030 |
City | State | ZIP Code

Mexico
Country

3.799 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/10/2025 | $ | 126.76 | ☐ Secured debt
Creditor's Name

|  |  |  |  | ☐ Unsecured loan repayments

Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors
Street

|  |  |  |  | ☐ Services

|  |  |  |  | ☑ Other    Trade

| Tlalnepantla | Estado de Mexico | 54030 |
City | State | ZIP Code

Mexico
Country

3.800 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/10/2025 | $ | 145.11 | ☐ Secured debt
Creditor's Name

|  |  |  |  | ☐ Unsecured loan repayments

Av. Gustavo Baz 301 | | | | ☐ Suppliers or vendors
Street

|  |  |  |  | ☐ Services

|  |  |  |  | ☑ Other    Trade

| Tlalnepantla | Estado de Mexico | 54030 |
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.801 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/10/2025 | $ | 814.04 | | |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.802 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/11/2025 | $ | 84.75 | | |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.803 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/11/2025 | $ | 170.34 | | |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.804 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/11/2025 | $ | 250.79 | | |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 3.805 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/14/2025 | $ 121.34 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.806 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/15/2025 | $ 59.02 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.807 | Comercializadora Pepsico Mexico S de RL de C.V. | 4/15/2025 | $ 74.74 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.808 | Comercializadora Pepsico Mexico S de RL de C.V. | 1/20/2025 | $ 263.97 |

Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known)*: | 25-10715 |
|---|---|---|---|
| | Name | | |

**3.809** Comercializadora Pepsico Mexico S de RL de C.V.
Creditor's Name

Av. Gustavo Baz 301
Street

| Tlalnepantla | Estado de Mexico | 54030 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/20/2025    $ 263.97

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.810** Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

| Mérida | Yucatán | 97128 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/20/2025    $ 325.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.811** Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

| Mérida | Yucatán | 97128 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/20/2025    $ 342.58

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.812** Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

| Mérida | Yucatán | 97128 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/20/2025    $ 385.53

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

| | | | |
|---|---|---|---|
| 3.813 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 1/20/2025 | $ 434.56 |

Calle 20 No. 104, Col. México Norte
Street

Mérida       Yucatán       97128
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.814 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 1/20/2025 | $ 530.16 |

Calle 20 No. 104, Col. México Norte
Street

Mérida       Yucatán       97128
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.815 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 1/27/2025 | $ 138.77 |

Calle 20 No. 104, Col. México Norte
Street

Mérida       Yucatán       97128
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.816 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 1/27/2025 | $ 401.07 |

Calle 20 No. 104, Col. México Norte
Street

Mérida       Yucatán       97128
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.  
Name

Case number *(if known)*: 25-10715

---

**3.817** Compañia Mexicana de Traslado de Valores S.A. de C.V.  
Creditor's Name

1/27/2025   $   591.26

Calle 20 No. 104, Col. México Norte  
Street

Mérida   Yucatán   97128  
City   State   ZIP Code

Mexico  
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

---

**3.818** Compañia Mexicana de Traslado de Valores S.A. de C.V.  
Creditor's Name

1/27/2025   $   677.06

Calle 20 No. 104, Col. México Norte  
Street

Mérida   Yucatán   97128  
City   State   ZIP Code

Mexico  
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

---

**3.819** Compañia Mexicana de Traslado de Valores S.A. de C.V.  
Creditor's Name

1/27/2025   $   700.20

Calle 20 No. 104, Col. México Norte  
Street

Mérida   Yucatán   97128  
City   State   ZIP Code

Mexico  
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

---

**3.820** Compañia Mexicana de Traslado de Valores S.A. de C.V.  
Creditor's Name

2/19/2025   $   65.23

Calle 20 No. 104, Col. México Norte  
Street

Mérida   Yucatán   97128  
City   State   ZIP Code

Mexico  
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.821 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 118.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán       97128 | | | |
| | City          State         ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.822 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 193.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán       97128 | | | |
| | City          State         ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.823 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 325.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán       97128 | | | |
| | City          State         ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.824 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 595.59 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán       97128 | | | |
| | City          State         ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

| 3.825 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ | 640.70 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|---|

Calle 20 No. 104, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

| 3.826 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/21/2025 | $ | 321.27 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 20 No. 104, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

| 3.827 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/21/2025 | $ | 565.88 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 20 No. 104, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

| 3.828 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/21/2025 | $ | 591.26 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 20 No. 104, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.829 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/21/2025 | $ | 1,377.57 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 20 No. 104, Col. México Norte

Street

Mérida              Yucatán         97128

City                State           ZIP Code

Mexico

Country

| | | | | |
|---|---|---|---|---|
| 3.830 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/28/2025 | $ | 193.71 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 20 No. 104, Col. México Norte

Street

Mérida              Yucatán         97128

City                State           ZIP Code

Mexico

Country

| | | | | |
|---|---|---|---|---|
| 3.831 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/28/2025 | $ | 405.92 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 20 No. 104, Col. México Norte

Street

Mérida              Yucatán         97128

City                State           ZIP Code

Mexico

Country

| | | | | |
|---|---|---|---|---|
| 3.832 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/28/2025 | $ | 469.98 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 20 No. 104, Col. México Norte

Street

Mérida              Yucatán         97128

City                State           ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known): 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.833 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/28/2025 | $ 594.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Mérida          Yucatán      97128
City                State          ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.834 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/28/2025 | $ 625.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Mérida          Yucatán      97128
City                State          ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.835 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/7/2025 | $ 488.42 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Mérida          Yucatán      97128
City                State          ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.836 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/7/2025 | $ 591.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

Mérida          Yucatán      97128
City                State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

| | | | |
|---|---|---|---|
| 3.837 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/7/2025 | $ 729.61 |

Creditor's Name

Calle 20 No. 104, Col. México Norte

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

| | | | |
|---|---|---|---|
| 3.838 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/7/2025 | $ 1,226.62 |

Creditor's Name

Calle 20 No. 104, Col. México Norte

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

| | | | |
|---|---|---|---|
| 3.839 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/18/2025 | $ 65.23 |

Creditor's Name

Calle 20 No. 104, Col. México Norte

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

| | | | |
|---|---|---|---|
| 3.840 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/18/2025 | $ 233.43 |

Creditor's Name

Calle 20 No. 104, Col. México Norte

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Mérida    Yucatán    97128

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

---

3.841    Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

3/18/2025    $    325.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

---

3.842    Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

3/18/2025    $    762.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

---

3.843    Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

3/21/2025    $    1,476.88

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

---

3.844    Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

3/21/2025    $    1,608.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.845 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/31/2025 | $ | 14.98 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City                State             ZIP Code

Mexico
Country

| 3.846 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/31/2025 | $ | 67.82 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City                State             ZIP Code

Mexico
Country

| 3.847 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/31/2025 | $ | 77.76 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City                State             ZIP Code

Mexico
Country

| 3.848 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/31/2025 | $ | 591.26 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City                State             ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                        Case number *(if known)*:   25-10715

Name

|  | | | |
|---|---|---|---|
| 3.849 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/31/2025 | $ 634.77 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida        Yucatán        97128
City          State          ZIP Code

Mexico
Country

|  | | | |
|---|---|---|---|
| 3.850 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 3/31/2025 | $ 1,461.91 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida        Yucatán        97128
City          State          ZIP Code

Mexico
Country

|  | | | |
|---|---|---|---|
| 3.851 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 4/7/2025 | $ 193.71 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida        Yucatán        97128
City          State          ZIP Code

Mexico
Country

|  | | | |
|---|---|---|---|
| 3.852 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 4/7/2025 | $ 341.98 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 20 No. 104, Col. México Norte
Street

Mérida        Yucatán        97128
City          State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

| 3.853 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 4/7/2025 | $ 484.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
|---|---|---|---|---|

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City               State             ZIP Code

Mexico
Country

| 3.854 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 4/7/2025 | $ 671.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
|---|---|---|---|---|

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City               State             ZIP Code

Mexico
Country

| 3.855 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 4/7/2025 | $ 1,328.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
|---|---|---|---|---|

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City               State             ZIP Code

Mexico
Country

| 3.856 | Compañia Mexicana de Traslado de Valores S.A. de C.V.<br>Creditor's Name | 4/14/2025 | $ 65.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
|---|---|---|---|---|

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán          97128
City               State             ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| | | | | |
|---|---|---|---|---|
| 3.857 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 4/14/2025 | $ 165.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán      97128 | | | |
| | City           State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.858 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 4/14/2025 | $ 193.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán      97128 | | | |
| | City           State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.859 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 4/14/2025 | $ 325.49 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán      97128 | | | |
| | City           State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.860 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 4/14/2025 | $ 516.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 20 No. 104, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida        Yucatán      97128 | | | |
| | City           State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*   25-10715

**3.861**  Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán       97128
City              State          ZIP Code

Mexico
Country

4/14/2025    $        591.26

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

**3.862**  Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán       97128
City              State          ZIP Code

Mexico
Country

2/19/2025    $        325.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

**3.863**  Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán       97128
City              State          ZIP Code

Mexico
Country

1/20/2025    $         65.23

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

**3.864**  Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida          Yucatán       97128
City              State          ZIP Code

Mexico
Country

2/19/2025    $         67.82

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 3.865 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 77.76 |

Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City               State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

| | | | |
|---|---|---|---|
| 3.866 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 67.82 |

Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City               State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

| | | | |
|---|---|---|---|
| 3.867 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 77.76 |

Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City               State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

| | | | |
|---|---|---|---|
| 3.868 | Compañia Mexicana de Traslado de Valores S.A. de C.V. | 2/19/2025 | $ 325.49 |

Creditor's Name

Calle 20 No. 104, Col. México Norte
Street

Mérida            Yucatán        97128
City               State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.869** Compañia Mexicana de Traslado de Valores S.A. de C.V.
Creditor's Name

1/20/2025 $ 65.23

Calle 20 No. 104, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.870** Construcciones Vimapa S.A. de C.V.
Creditor's Name

1/21/2025 $ 6,125.00

Calle 5 No. 134, Fracc. Las Palmas
Street

Chetumal    Quintana Roo    77019
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.871** Construcciones Vimapa S.A. de C.V.
Creditor's Name

3/3/2025 $ 1,470.00

Calle 5 No. 134, Fracc. Las Palmas
Street

Chetumal    Quintana Roo    77019
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.872** Construcciones Vimapa S.A. de C.V.
Creditor's Name

3/7/2025 $ 2,450.00

Calle 5 No. 134, Fracc. Las Palmas
Street

Chetumal    Quintana Roo    77019
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

3.873  Construcciones Vimapa S.A. de C.V.
Creditor's Name

Calle 5 No. 134, Fracc. Las Palmas
Street

|  | Quintana Roo |  |
|---|---|---|
| Chetumal | Roo | 77019 |
| City | State | ZIP Code |

Mexico
Country

3/20/2025    $    2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.874  Construcciones Vimapa S.A. de C.V.
Creditor's Name

Calle 5 No. 134, Fracc. Las Palmas
Street

|  | Quintana Roo |  |
|---|---|---|
| Chetumal | Roo | 77019 |
| City | State | ZIP Code |

Mexico
Country

4/4/2025    $    2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.875  Construcciones Vimapa S.A. de C.V.
Creditor's Name

Calle 5 No. 134, Fracc. Las Palmas
Street

|  | Quintana Roo |  |
|---|---|---|
| Chetumal | Roo | 77019 |
| City | State | ZIP Code |

Mexico
Country

4/11/2025    $    8,584.57

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.876  Control Integral de Combustibles S.A. de C.V.
Creditor's Name

Calle 4 Sur 23, Felipe Carrillo Puerto
Street

| Carrillo Puerto | Q.R. | 77200 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/23/2025    $    1,260.53

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.877  Control Integral de Combustibles S.A. de C.V.    1/31/2025    $    1,715.00    ☐ Secured debt
Creditor's Name
                                                                                         ☐ Unsecured loan repayments

Calle 4 Sur 23, Felipe Carrillo Puerto                                                   ☐ Suppliers or vendors
Street
                                                                                         ☐ Services

                                                                                         ☑ Other    Trade

Carrillo Puerto        Q.R.        77200
City                   State       ZIP Code

Mexico
Country

3.878  Control Integral de Combustibles S.A. de C.V.    2/14/2025    $    1,960.00    ☐ Secured debt
Creditor's Name
                                                                                         ☐ Unsecured loan repayments

Calle 4 Sur 23, Felipe Carrillo Puerto                                                   ☐ Suppliers or vendors
Street
                                                                                         ☐ Services

                                                                                         ☑ Other    Trade

Carrillo Puerto        Q.R.        77200
City                   State       ZIP Code

Mexico
Country

3.879  Control Integral de Combustibles S.A. de C.V.    2/19/2025    $    1,260.53    ☐ Secured debt
Creditor's Name
                                                                                         ☐ Unsecured loan repayments

Calle 4 Sur 23, Felipe Carrillo Puerto                                                   ☐ Suppliers or vendors
Street
                                                                                         ☐ Services

                                                                                         ☑ Other    Trade

Carrillo Puerto        Q.R.        77200
City                   State       ZIP Code

Mexico
Country

3.880  Control Integral de Combustibles S.A. de C.V.    2/28/2025    $    2,352.00    ☐ Secured debt
Creditor's Name
                                                                                         ☐ Unsecured loan repayments

Calle 4 Sur 23, Felipe Carrillo Puerto                                                   ☐ Suppliers or vendors
Street
                                                                                         ☐ Services

                                                                                         ☑ Other    Trade

Carrillo Puerto        Q.R.        77200
City                   State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.881 Control Integral de Combustibles S.A. de C.V.<br>Creditor's Name | 3/14/2025 | $ | 2,205.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| Calle 4 Sur 23, Felipe Carrillo Puerto<br>Street | | | | ☐ Services |
| | | | | ☑ Other   Trade |
| Carrillo Puerto        Q.R.        77200<br>City        State        ZIP Code | | | | |
| Mexico<br>Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.882 Control Integral de Combustibles S.A. de C.V.<br>Creditor's Name | 3/21/2025 | $ | 1,260.53 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| Calle 4 Sur 23, Felipe Carrillo Puerto<br>Street | | | | ☐ Services |
| | | | | ☑ Other   Trade |
| Carrillo Puerto        Q.R.        77200<br>City        State        ZIP Code | | | | |
| Mexico<br>Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.883 Control Integral de Combustibles S.A. de C.V.<br>Creditor's Name | 3/31/2025 | $ | 1,470.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| Calle 4 Sur 23, Felipe Carrillo Puerto<br>Street | | | | ☐ Services |
| | | | | ☑ Other   Trade |
| Carrillo Puerto        Q.R.        77200<br>City        State        ZIP Code | | | | |
| Mexico<br>Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.884 Control Integral de Combustibles S.A. de C.V.<br>Creditor's Name | 4/8/2025 | $ | 1,260.53 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| Calle 4 Sur 23, Felipe Carrillo Puerto<br>Street | | | | ☐ Services |
| | | | | ☑ Other   Trade |
| Carrillo Puerto        Q.R.        77200<br>City        State        ZIP Code | | | | |
| Mexico<br>Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known):* 25-10715

| | | | | |
|---|---|---|---|---|
| 3.885 | Control Integral de Combustibles S.A. de C.V. | 4/15/2025 | $ 1,715.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 4 Sur 23, Felipe Carrillo Puerto | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Trade |
| | Carrillo Puerto    Q.R.    77200 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.886 | Cozumel Cruise Terminal S.A. de C.V. | 2/11/2025 | $ 3,845.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Rafael E. Melgar s/n | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Trade |
| | Cozumel Centro    Quintana Roo    77600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.887 | Cozumel Cruise Terminal S.A. de C.V. | 3/31/2025 | $ 2,111.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Rafael E. Melgar s/n | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Trade |
| | Cozumel Centro    Quintana Roo    77600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.888 | Cozumel Cruise Terminal S.A. de C.V. | 3/31/2025 | $ 3,619.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Rafael E. Melgar s/n | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Trade |
| | Cozumel Centro    Quintana Roo    77600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.889 | Cun Alianza Logistica S.A. de C.V. | 2/24/2025 | $ 20,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City     State     ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.890 | Cun Alianza Logistica S.A. de C.V. | 3/3/2025 | $ 20,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City     State     ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.891 | Cun Alianza Logistica S.A. de C.V. | 3/6/2025 | $ 23,177.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City     State     ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.892 | Cun Alianza Logistica S.A. de C.V. | 3/10/2025 | $ 20,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City     State     ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.893 | Cun Alianza Logistica S.A. de C.V. | 3/11/2025 | $ 28,462.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.894 | Cun Alianza Logistica S.A. de C.V. | 3/24/2025 | $ 20,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.895 | Cun Alianza Logistica S.A. de C.V. | 4/1/2025 | $ 980.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.896 | Cun Alianza Logistica S.A. de C.V. | 4/7/2025 | $ 443.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Guadalajara   Jalisco   45050 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                       Case number *(if known):*    25-10715

Name

| 3.897 | Cun Alianza Logistica S.A. de C.V. | 4/10/2025 | $ | 490.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Guadalajara    Jalisco    45050 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.898 | Cun Alianza Logistica S.A. de C.V. | 4/15/2025 | $ | 245.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Lopez Mateos Sur 2077 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Guadalajara    Jalisco    45050 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.899 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 1/27/2025 | $ | 195.85 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. López Portillo 312, SM 64 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Cancún    Quintana Roo    77516 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.900 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 1/27/2025 | $ | 334.72 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. López Portillo 312, SM 64 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Cancún    Quintana Roo    77516 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.901 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 2/4/2025 | $  229.22 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77516 | |
City          State          ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.902 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 2/4/2025 | $  1,020.18 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77516 | |
City          State          ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.903 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 2/4/2025 | $  6,384.99 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77516 | |
City          State          ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.904 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 2/25/2025 | $  132.79 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77516 | |
City          State          ZIP Code

Mexico
Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.905 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 2/25/2025 | $ | 336.63 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | |
|---|---|---|---|
| | Roo | 77516 | ☑ Other    Trade |
| Cancún | | | |

City    State    ZIP Code

Mexico

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.906 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 3/5/2025 | $ | 884.94 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64

☐ Suppliers or vendors

Street

☐ Services

Quintana
Roo
Cancún                               77516       ☑ Other    Trade

City    State    ZIP Code

Mexico

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.907 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 3/5/2025 | $ | 1,024.10 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64

☐ Suppliers or vendors

Street

☐ Services

Quintana
Roo
Cancún                               77516       ☑ Other    Trade

City    State    ZIP Code

Mexico

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.908 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 3/5/2025 | $ | 5,298.42 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 312, SM 64

☐ Suppliers or vendors

Street

☐ Services

Quintana
Roo
Cancún                               77516       ☑ Other    Trade

City    State    ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

3.909  Desarrollos Hidraulicos de Cancun S.A. de C.V     3/28/2025     $                160.48
Creditor's Name

Av. López Portillo 312, SM 64
_____
Street

|  | Quintana |  |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.910  Desarrollos Hidraulicos de Cancun S.A. de C.V     3/28/2025     $                247.99
Creditor's Name

Av. López Portillo 312, SM 64
_____
Street

|  | Quintana |  |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.911  Desarrollos Hidraulicos de Cancun S.A. de C.V     4/3/2025     $                0.01
Creditor's Name

Av. López Portillo 312, SM 64
_____
Street

|  | Quintana |  |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.912  Desarrollos Hidraulicos de Cancun S.A. de C.V     4/3/2025     $                1,051.39
Creditor's Name

Av. López Portillo 312, SM 64
_____
Street

|  | Quintana |  |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

| | | | | |
|---|---|---|---|---|
| 3.913 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 4/3/2025 | $ 1,051.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 312, SM 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana Roo | | | |
| | Cancún          Roo          77516 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.914 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 4/3/2025 | $ 1,088.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 312, SM 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana Roo | | | |
| | Cancún          Roo          77516 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.915 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 4/3/2025 | $ 1,088.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 312, SM 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana Roo | | | |
| | Cancún          Roo          77516 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.916 | Desarrollos Hidraulicos de Cancun S.A. de C.V | 4/3/2025 | $ 3,609.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 312, SM 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana Roo | | | |
| | Cancún          Roo          77516 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:    25-10715

Name

3.917  Desarrollos Hidraulicos de Cancun S.A. de C.V    4/3/2025    $    3,609.54    ☐ Secured debt
Creditor's Name
                                                                                      ☐ Unsecured loan repayments
Av. López Portillo 312, SM 64                                                        ☐ Suppliers or vendors
Street
                                                                                      ☐ Services
                                                                                      ☒ Other    Trade
                Quintana
Cancún          Roo         77516
City            State       ZIP Code

Mexico
Country

3.918  Diesel Cancun S.A. de C.V.                       2/11/2025   $    4,496.68    ☐ Secured debt
Creditor's Name
                                                                                      ☐ Unsecured loan repayments
Boulevard Kukulcán Km 8.5, Zona Hotelera                                             ☐ Suppliers or vendors
Street
                                                                                      ☐ Services
                                                                                      ☒ Other    Trade
                Quintana
Cancún          Roo         77500
City            State       ZIP Code

Mexico
Country

3.919  Diesel Cancun S.A. de C.V.                       3/6/2025    $    4,565.32    ☐ Secured debt
Creditor's Name
                                                                                      ☐ Unsecured loan repayments
Boulevard Kukulcán Km 8.5, Zona Hotelera                                             ☐ Suppliers or vendors
Street
                                                                                      ☐ Services
                                                                                      ☒ Other    Trade
                Quintana
Cancún          Roo         77500
City            State       ZIP Code

Mexico
Country

3.920  Diseño Construccion Y Servicios S.A. de C.V.     1/23/2025   $    756.56      ☐ Secured debt
Creditor's Name
                                                                                      ☐ Unsecured loan repayments
Carretera Chetumal-Mérida Km 1.5                                                     ☐ Suppliers or vendors
Street
                                                                                      ☐ Services
                                                                                      ☒ Other    Trade
                Quintana
Puerto Morelos  Roo         77580
City            State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

3.921  Diseño Construccion Y Servicios S.A. de C.V.
Creditor's Name

1/27/2025

$ 990.78

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Carretera Chetumal-Mérida Km 1.5
Street

Puerto Morelos    Quintana Roo    77580
City            State         ZIP Code

Mexico
Country

---

3.922  Diseño Construccion Y Servicios S.A. de C.V.
Creditor's Name

1/28/2025

$ 1,107.69

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Carretera Chetumal-Mérida Km 1.5
Street

Puerto Morelos    Quintana Roo    77580
City            State         ZIP Code

Mexico
Country

---

3.923  Diseño Construccion Y Servicios S.A. de C.V.
Creditor's Name

2/5/2025

$ 1,088.78

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Carretera Chetumal-Mérida Km 1.5
Street

Puerto Morelos    Quintana Roo    77580
City            State         ZIP Code

Mexico
Country

---

3.924  Diseño Construccion Y Servicios S.A. de C.V.
Creditor's Name

2/11/2025

$ 976.18

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Carretera Chetumal-Mérida Km 1.5
Street

Puerto Morelos    Quintana Roo    77580
City            State         ZIP Code

Mexico
Country

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.925 | Diseño Construccion Y Servicios S.A. de C.V. | 2/19/2025 | $ 766.36 | ☐ Secured debt |
| | *Creditor's Name* | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | *Street* | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | *City*   *State*   *ZIP Code* | | | |
| | Mexico | | | |
| | *Country* | | | |

| | | | | |
|---|---|---|---|---|
| 3.926 | Diseño Construccion Y Servicios S.A. de C.V. | 2/24/2025 | $ 1,165.81 | ☐ Secured debt |
| | *Creditor's Name* | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | *Street* | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | *City*   *State*   *ZIP Code* | | | |
| | Mexico | | | |
| | *Country* | | | |

| | | | | |
|---|---|---|---|---|
| 3.927 | Diseño Construccion Y Servicios S.A. de C.V. | 3/6/2025 | $ 335.16 | ☐ Secured debt |
| | *Creditor's Name* | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | *Street* | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | *City*   *State*   *ZIP Code* | | | |
| | Mexico | | | |
| | *Country* | | | |

| | | | | |
|---|---|---|---|---|
| 3.928 | Diseño Construccion Y Servicios S.A. de C.V. | 3/6/2025 | $ 421.40 | ☐ Secured debt |
| | *Creditor's Name* | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | *Street* | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | *City*   *State*   *ZIP Code* | | | |
| | Mexico | | | |
| | *Country* | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| 3.929 | Diseño Construccion Y Servicios S.A. de C.V. | 3/10/2025 | $ | 430.22 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera Chetumal-Mérida Km 1.5

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Puerto Morelos | Quintana Roo | 77580 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.930 | Diseño Construccion Y Servicios S.A. de C.V. | 3/10/2025 | $ | 570.36 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera Chetumal-Mérida Km 1.5

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Puerto Morelos | Quintana Roo | 77580 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.931 | Diseño Construccion Y Servicios S.A. de C.V. | 3/20/2025 | $ | 406.70 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera Chetumal-Mérida Km 1.5

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Puerto Morelos | Quintana Roo | 77580 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.932 | Diseño Construccion Y Servicios S.A. de C.V. | 3/20/2025 | $ | 521.36 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera Chetumal-Mérida Km 1.5

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Puerto Morelos | Quintana Roo | 77580 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.933 | Diseño Construccion Y Servicios S.A. de C.V. | 3/24/2025 | $ 633.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.934 | Diseño Construccion Y Servicios S.A. de C.V. | 4/3/2025 | $ 68.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.935 | Diseño Construccion Y Servicios S.A. de C.V. | 4/3/2025 | $ 111.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.936 | Diseño Construccion Y Servicios S.A. de C.V. | 4/3/2025 | $ 186.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Puerto Morelos   Quintana Roo   77580 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*  25-10715

| 3.937 | Diseño Construccion Y Servicios S.A. de C.V. | 4/3/2025 | $ | 366.52 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Puerto Morelos    Quintana Roo    77580 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.938 | Diseño Construccion Y Servicios S.A. de C.V. | 4/7/2025 | $ | 367.89 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Puerto Morelos    Quintana Roo    77580 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.939 | Diseño Construccion Y Servicios S.A. de C.V. | 4/7/2025 | $ | 422.38 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Puerto Morelos    Quintana Roo    77580 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.940 | Diseño Construccion Y Servicios S.A. de C.V. | 4/8/2025 | $ | 367.89 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Chetumal-Mérida Km 1.5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Puerto Morelos    Quintana Roo    77580 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.          Case number (if known): 25-10715

Name

| 3.941 | Diseño Construccion Y Servicios S.A. de C.V. | 4/8/2025 | $ | 372.40 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera Chetumal-Mérida Km 1.5

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Puerto Morelos | Quintana Roo | 77580 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.942 | Diseño Construccion Y Servicios S.A. de C.V. | 4/8/2025 | $ | 422.38 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera Chetumal-Mérida Km 1.5

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Puerto Morelos | Quintana Roo | 77580 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.943 | Distribuidora Agua de Mar S.A. de C.V. | 1/21/2025 | $ | 541.17 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. José López Portillo 1877

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Cancún | Quintana Roo | 77516 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.944 | Distribuidora Agua de Mar S.A. de C.V. | 1/28/2025 | $ | 430.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. José López Portillo 1877

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Cancún | Quintana Roo | 77516 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.945 | Distribuidora Agua de Mar S.A. de C.V. | 1/28/2025 | $ | 1,654.39 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Cancún            Roo        77516 | | | | |
| | City        State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.946 | Distribuidora Agua de Mar S.A. de C.V. | 2/11/2025 | $ | 224.52 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Cancún            Roo        77516 | | | | |
| | City        State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.947 | Distribuidora Agua de Mar S.A. de C.V. | 2/11/2025 | $ | 416.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Cancún            Roo        77516 | | | | |
| | City        State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.948 | Distribuidora Agua de Mar S.A. de C.V. | 2/18/2025 | $ | 442.22 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Cancún            Roo        77516 | | | | |
| | City        State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| Debtor: | Controladora Dolphin, S.A. de C.V. | Case number *(if known):* | 25-10715 |

Name

3.949  Distribuidora Agua de Mar S.A. de C.V.    2/26/2025    $    707.83
Creditor's Name

Av. José López Portillo 1877
Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.950  Distribuidora Agua de Mar S.A. de C.V.    2/26/2025    $    2,440.48
Creditor's Name

Av. José López Portillo 1877
Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.951  Distribuidora Agua de Mar S.A. de C.V.    3/4/2025    $    185.58
Creditor's Name

Av. José López Portillo 1877
Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.952  Distribuidora Agua de Mar S.A. de C.V.    3/10/2025    $    1,027.95
Creditor's Name

Av. José López Portillo 1877
Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known):*    25-10715
_____
Name

| 3.953 | Distribuidora Agua de Mar S.A. de C.V. | 3/27/2025 | $ | 340.64 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.954 | Distribuidora Agua de Mar S.A. de C.V. | 3/27/2025 | $ | 366.05 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.955 | Distribuidora Agua de Mar S.A. de C.V. | 3/27/2025 | $ | 2,803.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.956 | Distribuidora Agua de Mar S.A. de C.V. | 4/2/2025 | $ | 1,050.06 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. José López Portillo 1877 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715
_____
Name

| 3.957 | Distribuidora Agua de Mar S.A. de C.V. | 4/14/2025 | $ | 194.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

Av. José López Portillo 1877
☐ Suppliers or vendors
Street
☐ Services

☑ Other    Trade
Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

| 3.958 | Distribuidora Agua de Mar S.A. de C.V. | 4/14/2025 | $ | 334.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

Av. José López Portillo 1877
☐ Suppliers or vendors
Street
☐ Services

☑ Other    Trade
Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

| 3.959 | Distribuidora Agua de Mar S.A. de C.V. | 4/14/2025 | $ | 684.35 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

Av. José López Portillo 1877
☐ Suppliers or vendors
Street
☐ Services

☑ Other    Trade
Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

| 3.960 | Distribuidora Agua de Mar S.A. de C.V. | 4/14/2025 | $ | 733.01 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

Av. José López Portillo 1877
☐ Suppliers or vendors
Street
☐ Services

☑ Other    Trade
Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.961 | Distribuidora Agua de Mar S.A. de C.V. | 3/27/2025 | $ 296.59 |
| | Creditor's Name | | |

Av. José López Portillo 1877
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.962 | Distribuidora Agua de Mar S.A. de C.V. | 3/27/2025 | $ 296.59 |
| | Creditor's Name | | |

Av. José López Portillo 1877
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.963 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 1/17/2025 | $ 76.44 |
| | Creditor's Name | | |

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.964 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 1/17/2025 | $ 117.60 |
| | Creditor's Name | | |

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:   25-10715

Name

| | | | |
|---|---|---|---|
| 3.965 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 1/17/2025 | $ 300.62 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| Tepic | Nayarit | 63198 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.966 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 1/17/2025 | $ 608.58 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| Tepic | Nayarit | 63198 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.967 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 2/5/2025 | $ 101.92 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| Tepic | Nayarit | 63198 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.968 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 2/5/2025 | $ 481.18 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| Tepic | Nayarit | 63198 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor:   Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:   25-10715

Name

| | | | |
|---|---|---|---|
| 3.969 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 2/21/2025 | $ 109.76 |

Creditor's Name

Calle Aztlán 6, Col. Mololoa

Street

Tepic             Nayarit        63198
City              State          ZIP Code

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

---

| | | | |
|---|---|---|---|
| 3.970 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 2/21/2025 | $ 375.78 |

Creditor's Name

Calle Aztlán 6, Col. Mololoa

Street

Tepic             Nayarit        63198
City              State          ZIP Code

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

---

| | | | |
|---|---|---|---|
| 3.971 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 2/28/2025 | $ 910.18 |

Creditor's Name

Calle Aztlán 6, Col. Mololoa

Street

Tepic             Nayarit        63198
City              State          ZIP Code

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

---

| | | | |
|---|---|---|---|
| 3.972 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/7/2025 | $ 82.32 |

Creditor's Name

Calle Aztlán 6, Col. Mololoa

Street

Tepic             Nayarit        63198
City              State          ZIP Code

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number (if known):   25-10715

Name

| | | | |
|---|---|---|---|
| 3.973 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/7/2025 | $ 384.06 |
| | Creditor's Name | | |

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.974 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/7/2025 | $ 649.10 |
| | Creditor's Name | | |

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.975 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/14/2025 | $ 109.76 |
| | Creditor's Name | | |

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.976 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/14/2025 | $ 362.11 |
| | Creditor's Name | | |

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):* 25-10715

3.977 Distribuidora de La Costa de Nayarit S.A. de C.V.

Creditor's Name

3/14/2025   $   384.06

Calle Aztlán 6, Col. Mololoa

Street

Tepic          Nayarit     63198

City              State         ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

3.978 Distribuidora de La Costa de Nayarit S.A. de C.V.

Creditor's Name

3/21/2025   $   109.76

Calle Aztlán 6, Col. Mololoa

Street

Tepic          Nayarit     63198

City              State         ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

3.979 Distribuidora de La Costa de Nayarit S.A. de C.V.

Creditor's Name

3/21/2025   $   198.50

Calle Aztlán 6, Col. Mololoa

Street

Tepic          Nayarit     63198

City              State         ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

3.980 Distribuidora de La Costa de Nayarit S.A. de C.V.

Creditor's Name

3/21/2025   $   518.22

Calle Aztlán 6, Col. Mololoa

Street

Tepic          Nayarit     63198

City              State         ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                 Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.981 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/21/2025 | $ | 751.56 |
| | Creditor's Name | | | |

☐ Secured debt

Calle Aztlán 6, Col. Mololoa
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Tepic          Nayarit      63198
City            State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.982 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/28/2025 | $ | 109.76 |
| | Creditor's Name | | | |

☐ Secured debt

Calle Aztlán 6, Col. Mololoa
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Tepic          Nayarit      63198
City            State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.983 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/28/2025 | $ | 727.85 |
| | Creditor's Name | | | |

☐ Secured debt

Calle Aztlán 6, Col. Mololoa
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Tepic          Nayarit      63198
City            State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.984 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 3/28/2025 | $ | 777.34 |
| | Creditor's Name | | | |

☐ Secured debt

Calle Aztlán 6, Col. Mololoa
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Tepic          Nayarit      63198
City            State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| | | | |
|---|---|---|---|
| 3.985 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 4/4/2025 | $ 109.76 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

---

| | | | |
|---|---|---|---|
| 3.986 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 4/4/2025 | $ 415.72 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

---

| | | | |
|---|---|---|---|
| 3.987 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 4/11/2025 | $ 109.76 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

---

| | | | |
|---|---|---|---|
| 3.988 | Distribuidora de La Costa de Nayarit S.A. de C.V. | 4/16/2025 | $ 109.76 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle Aztlán 6, Col. Mololoa
Street

| | | |
|---|---|---|
| Tepic | Nayarit | 63198 |
| City | State | ZIP Code |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.989  Dmh Comercializadora de Insumos Medicos        1/17/2025      $        130.54      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                 ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other      Trade

Col. García Ginerés     Yucatán      97000
City                    State        ZIP Code

Mexico
Country


3.990  Dmh Comercializadora de Insumos Medicos        1/17/2025      $        147.69      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                 ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other      Trade

Col. García Ginerés     Yucatán      97000
City                    State        ZIP Code

Mexico
Country


3.991  Dmh Comercializadora de Insumos Medicos        1/20/2025      $         43.51      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                 ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other      Trade

Col. García Ginerés     Yucatán      97000
City                    State        ZIP Code

Mexico
Country


3.992  Dmh Comercializadora de Insumos Medicos        1/23/2025      $         81.96      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                 ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other      Trade

Col. García Ginerés     Yucatán      97000
City                    State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.993 | Dmh Comercializadora de Insumos Medicos | 1/27/2025 | $ | 331.54 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 5 No. 301-A x 32 y 34 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Col. García Ginerés    Yucatán    97000 | | | | |
| | City              State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.994 | Dmh Comercializadora de Insumos Medicos | 2/4/2025 | $ | 408.96 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 5 No. 301-A x 32 y 34 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Col. García Ginerés    Yucatán    97000 | | | | |
| | City              State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.995 | Dmh Comercializadora de Insumos Medicos | 2/7/2025 | $ | 622.67 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 5 No. 301-A x 32 y 34 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Col. García Ginerés    Yucatán    97000 | | | | |
| | City              State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.996 | Dmh Comercializadora de Insumos Medicos | 2/13/2025 | $ | 298.49 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 5 No. 301-A x 32 y 34 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Col. García Ginerés    Yucatán    97000 | | | | |
| | City              State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

---

3.997  Dmh Comercializadora de Insumos Medicos          2/18/2025      $            44.38          ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other      Trade

Col. García Ginerés    Yucatán     97000
City                   State        ZIP Code

Mexico
Country

---

3.998  Dmh Comercializadora de Insumos Medicos          2/18/2025      $           102.91          ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other      Trade

Col. García Ginerés    Yucatán     97000
City                   State        ZIP Code

Mexico
Country

---

3.999  Dmh Comercializadora de Insumos Medicos          2/20/2025      $            93.87          ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other      Trade

Col. García Ginerés    Yucatán     97000
City                   State        ZIP Code

Mexico
Country

---

3.1000  Dmh Comercializadora de Insumos Medicos         2/20/2025      $           194.04          ☐  Secured debt
Creditor's Name
                                                                                                   ☐  Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                        ☐  Suppliers or vendors
Street
                                                                                                   ☐  Services

                                                                                                   ☑  Other      Trade

Col. García Ginerés    Yucatán     97000
City                   State        ZIP Code

Mexico
Country

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1001  Dmh Comercializadora de Insumos Medicos
Creditor's Name

2/20/2025

$                234.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 5 No. 301-A x 32 y 34
Street

Col. García Ginerés     Yucatán     97000
City                          State        ZIP Code

Mexico
Country

3.1002  Dmh Comercializadora de Insumos Medicos
Creditor's Name

2/24/2025

$                495.93

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 5 No. 301-A x 32 y 34
Street

Col. García Ginerés     Yucatán     97000
City                          State        ZIP Code

Mexico
Country

3.1003  Dmh Comercializadora de Insumos Medicos
Creditor's Name

2/26/2025

$                223.54

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 5 No. 301-A x 32 y 34
Street

Col. García Ginerés     Yucatán     97000
City                          State        ZIP Code

Mexico
Country

3.1004  Dmh Comercializadora de Insumos Medicos
Creditor's Name

3/13/2025

$                 99.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 5 No. 301-A x 32 y 34
Street

Col. García Ginerés     Yucatán     97000
City                          State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*    25-10715

Name

3.1005   Dmh Comercializadora de Insumos Medicos          3/13/2025          $          767.30          ☐ Secured debt
Creditor's Name
                                                                                                           ☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                                 ☐ Suppliers or vendors
Street
                                                                                                           ☐ Services

                                                                                                           ☑ Other      Trade

Col. García Ginerés    Yucatán    97000
City                   State      ZIP Code

Mexico
Country

3.1006   Dmh Comercializadora de Insumos Medicos          3/13/2025          $          1,386.33          ☐ Secured debt
Creditor's Name
                                                                                                           ☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                                 ☐ Suppliers or vendors
Street
                                                                                                           ☐ Services

                                                                                                           ☑ Other      Trade

Col. García Ginerés    Yucatán    97000
City                   State      ZIP Code

Mexico
Country

3.1007   Dmh Comercializadora de Insumos Medicos          3/20/2025          $          34.31          ☐ Secured debt
Creditor's Name
                                                                                                           ☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                                 ☐ Suppliers or vendors
Street
                                                                                                           ☐ Services

                                                                                                           ☑ Other      Trade

Col. García Ginerés    Yucatán    97000
City                   State      ZIP Code

Mexico
Country

3.1008   Dmh Comercializadora de Insumos Medicos          3/25/2025          $          99.35          ☐ Secured debt
Creditor's Name
                                                                                                           ☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34                                                                                 ☐ Suppliers or vendors
Street
                                                                                                           ☐ Services

                                                                                                           ☑ Other      Trade

Col. García Ginerés    Yucatán    97000
City                   State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.1009 | Dmh Comercializadora de Insumos Medicos | 3/26/2025 | $ | 372.41 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Col. García Ginerés    Yucatán    97000

City    State    ZIP Code

Mexico

Country

---

3.1010  Dmh Comercializadora de Insumos Medicos    3/26/2025    $    947.51

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Col. García Ginerés    Yucatán    97000

City    State    ZIP Code

Mexico

Country

---

3.1011  Dmh Comercializadora de Insumos Medicos    4/1/2025    $    148.15

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Col. García Ginerés    Yucatán    97000

City    State    ZIP Code

Mexico

Country

---

3.1012  Dmh Comercializadora de Insumos Medicos    4/1/2025    $    154.81

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Calle 5 No. 301-A x 32 y 34

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Col. García Ginerés    Yucatán    97000

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1013  Dmh Comercializadora de Insumos Medicos       4/2/2025       $          673.50       ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments

        Calle 5 No. 301-A x 32 y 34                                                          ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade

        Col. García Ginerés    Yucatán    97000
        City                   State      ZIP Code
        Mexico
        Country

3.1014  Dmh Comercializadora de Insumos Medicos       4/2/2025       $          726.67       ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments

        Calle 5 No. 301-A x 32 y 34                                                          ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade

        Col. García Ginerés    Yucatán    97000
        City                   State      ZIP Code
        Mexico
        Country

3.1015  Edenred Mexico S.A. de C.V.                   1/17/2025      $          158.63       ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments

        Av. Insurgentes Sur 1602, Crédito Constructor                                        ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade
                        Ciudad de
        Benito Juárez   México     03940
        City            State      ZIP Code
        Mexico
        Country

3.1016  Edenred Mexico S.A. de C.V.                   1/17/2025      $          519.66       ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments

        Av. Insurgentes Sur 1602, Crédito Constructor                                        ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade
                        Ciudad de
        Benito Juárez   México     03940
        City            State      ZIP Code
        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:   25-10715

| 3.1017 | Edenred Mexico S.A. de C.V. | 1/17/2025 | $ | 2,216.07 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.1018 | Edenred Mexico S.A. de C.V. | 1/17/2025 | $ | 2,360.13 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.1019 | Edenred Mexico S.A. de C.V. | 1/17/2025 | $ | 8,478.81 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.1020 | Edenred Mexico S.A. de C.V. | 1/24/2025 | $ | 35.63 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1021  Edenred Mexico S.A. de C.V.                1/24/2025      $            64.48        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☑  Other    Trade

Benito Juárez          Ciudad de México      03940
City                   State                 ZIP Code

Mexico
Country

3.1022  Edenred Mexico S.A. de C.V.                1/24/2025      $         9,297.65         ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☑  Other    Trade

Benito Juárez          Ciudad de México      03940
City                   State                 ZIP Code

Mexico
Country

3.1023  Edenred Mexico S.A. de C.V.                1/31/2025      $            95.10        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☑  Other    Trade

Benito Juárez          Ciudad de México      03940
City                   State                 ZIP Code

Mexico
Country

3.1024  Edenred Mexico S.A. de C.V.                1/31/2025      $           110.58        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☑  Other    Trade

Benito Juárez          Ciudad de México      03940
City                   State                 ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| 3.1025 | Edenred Mexico S.A. de C.V. | 1/31/2025 | $ 575.07 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

| | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

---

| 3.1026 | Edenred Mexico S.A. de C.V. | 1/31/2025 | $ 2,187.32 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

---

| 3.1027 | Edenred Mexico S.A. de C.V. | 1/31/2025 | $ 2,399.03 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

---

| 3.1028 | Edenred Mexico S.A. de C.V. | 1/31/2025 | $ 8,185.43 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

---

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

| 3.1029 | Edenred Mexico S.A. de C.V. | 2/7/2025 | $ | 62.64 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1030 | Edenred Mexico S.A. de C.V. | 2/7/2025 | $ | 107.71 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1031 | Edenred Mexico S.A. de C.V. | 2/7/2025 | $ | 9,576.60 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1032 | Edenred Mexico S.A. de C.V. | 2/10/2025 | $ | 383.07 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.1033 | Edenred Mexico S.A. de C.V. | 2/14/2025 | $ 57.21 |

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
Street

| | | |
|---|---|---|
| Benito Juárez | Ciudad de México | 03940 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1034 | Edenred Mexico S.A. de C.V. | 2/14/2025 | $ 611.62 |

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
Street

| | | |
|---|---|---|
| Benito Juárez | Ciudad de México | 03940 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1035 | Edenred Mexico S.A. de C.V. | 2/14/2025 | $ 2,196.41 |

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
Street

| | | |
|---|---|---|
| Benito Juárez | Ciudad de México | 03940 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1036 | Edenred Mexico S.A. de C.V. | 2/14/2025 | $ 2,436.94 |

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
Street

| | | |
|---|---|---|
| Benito Juárez | Ciudad de México | 03940 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1037  Edenred Mexico S.A. de C.V.
Creditor's Name

2/14/2025        $        8,334.09

☐ Secured debt
☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors
☐ Services

Benito Juárez    Ciudad de México    03940
City            State            ZIP Code

☑ Other    Trade

Mexico
Country

3.1038  Edenred Mexico S.A. de C.V.
Creditor's Name

2/21/2025        $        75.67

☐ Secured debt
☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors
☐ Services

Benito Juárez    Ciudad de México    03940
City            State            ZIP Code

☑ Other    Trade

Mexico
Country

3.1039  Edenred Mexico S.A. de C.V.
Creditor's Name

2/21/2025        $        9,772.55

☐ Secured debt
☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors
☐ Services

Benito Juárez    Ciudad de México    03940
City            State            ZIP Code

☑ Other    Trade

Mexico
Country

3.1040  Edenred Mexico S.A. de C.V.
Creditor's Name

2/28/2025        $        16.13

☐ Secured debt
☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor
Street

☐ Suppliers or vendors
☐ Services

Benito Juárez    Ciudad de México    03940
City            State            ZIP Code

☑ Other    Trade

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

_____
Name

3.1041  Edenred Mexico S.A. de C.V.                    2/28/2025        $            74.32          ☐  Secured debt
_____                                                    ☐  Unsecured loan repayments
Creditor's Name
                                                                                  ☐  Suppliers or vendors
Av. Insurgentes Sur 1602, Crédito Constructor
_____                                                    ☐  Services
Street
                                                                                  ☑  Other    Trade
                    Ciudad de
Benito Juárez       México        03940
_____
City                State         ZIP Code

Mexico
_____
Country

3.1042  Edenred Mexico S.A. de C.V.                    2/28/2025        $           489.87          ☐  Secured debt
_____                                                    ☐  Unsecured loan repayments
Creditor's Name
                                                                                  ☐  Suppliers or vendors
Av. Insurgentes Sur 1602, Crédito Constructor
_____                                                    ☐  Services
Street
                                                                                  ☑  Other    Trade
                    Ciudad de
Benito Juárez       México        03940
_____
City                State         ZIP Code

Mexico
_____
Country

3.1043  Edenred Mexico S.A. de C.V.                    2/28/2025        $         2,272.47          ☐  Secured debt
_____                                                    ☐  Unsecured loan repayments
Creditor's Name
                                                                                  ☐  Suppliers or vendors
Av. Insurgentes Sur 1602, Crédito Constructor
_____                                                    ☐  Services
Street
                                                                                  ☑  Other    Trade
                    Ciudad de
Benito Juárez       México        03940
_____
City                State         ZIP Code

Mexico
_____
Country

3.1044  Edenred Mexico S.A. de C.V.                    2/28/2025        $         2,509.02          ☐  Secured debt
_____                                                    ☐  Unsecured loan repayments
Creditor's Name
                                                                                  ☐  Suppliers or vendors
Av. Insurgentes Sur 1602, Crédito Constructor
_____                                                    ☐  Services
Street
                                                                                  ☑  Other    Trade
                    Ciudad de
Benito Juárez       México        03940
_____
City                State         ZIP Code

Mexico
_____
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                        Case number *(if known)*:    25-10715

Name

**3.1045**  Edenred Mexico S.A. de C.V.                    2/28/2025       $         8,640.51        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                          ☐  Suppliers or vendors
Street                                                                                                  ☐  Services

                        Ciudad de                                                                       ☑  Other    Trade
Benito Juárez           México       03940
City                    State        ZIP Code

Mexico
Country

**3.1046**  Edenred Mexico S.A. de C.V.                    3/7/2025        $            43.12          ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                          ☐  Suppliers or vendors
Street                                                                                                  ☐  Services

                        Ciudad de                                                                       ☑  Other    Trade
Benito Juárez           México       03940
City                    State        ZIP Code

Mexico
Country

**3.1047**  Edenred Mexico S.A. de C.V.                    3/7/2025        $            51.80          ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                          ☐  Suppliers or vendors
Street                                                                                                  ☐  Services

                        Ciudad de                                                                       ☑  Other    Trade
Benito Juárez           México       03940
City                    State        ZIP Code

Mexico
Country

**3.1048**  Edenred Mexico S.A. de C.V.                    3/7/2025        $           242.82          ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor                                                          ☐  Suppliers or vendors
Street                                                                                                  ☐  Services

                        Ciudad de                                                                       ☑  Other    Trade
Benito Juárez           México       03940
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

3.1049  Edenred Mexico S.A. de C.V.
_Creditor's Name_

3/7/2025    $    10,078.85

Av. Insurgentes Sur 1602, Crédito Constructor
_Street_

| Benito Juárez | Ciudad de México | 03940 |
| _City_ | _State_ | _ZIP Code_ |

Mexico
_Country_

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.1050  Edenred Mexico S.A. de C.V.
_Creditor's Name_

3/14/2025    $    65.81

Av. Insurgentes Sur 1602, Crédito Constructor
_Street_

| Benito Juárez | Ciudad de México | 03940 |
| _City_ | _State_ | _ZIP Code_ |

Mexico
_Country_

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.1051  Edenred Mexico S.A. de C.V.
_Creditor's Name_

3/14/2025    $    570.79

Av. Insurgentes Sur 1602, Crédito Constructor
_Street_

| Benito Juárez | Ciudad de México | 03940 |
| _City_ | _State_ | _ZIP Code_ |

Mexico
_Country_

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.1052  Edenred Mexico S.A. de C.V.
_Creditor's Name_

3/14/2025    $    2,267.86

Av. Insurgentes Sur 1602, Crédito Constructor
_Street_

| Benito Juárez | Ciudad de México | 03940 |
| _City_ | _State_ | _ZIP Code_ |

Mexico
_Country_

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Case number *(if known):*   25-10715
_____

Name

| 3.1053 | Edenred Mexico S.A. de C.V. | 3/14/2025 | $ | 2,493.25 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
_____
Street

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.1054 | Edenred Mexico S.A. de C.V. | 3/14/2025 | $ | 8,768.96 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
_____
Street

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.1055 | Edenred Mexico S.A. de C.V. | 3/21/2025 | $ | 39.43 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
_____
Street

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.1056 | Edenred Mexico S.A. de C.V. | 3/21/2025 | $ | 10,051.83 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1602, Crédito Constructor
_____
Street

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                           Case number *(if known)*:   25-10715
_____
Name

| 3.1057 | Edenred Mexico S.A. de C.V. | 3/28/2025 | $ | 570.74 | ☐ Secured debt |
|--------|------------------------------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1058 | Edenred Mexico S.A. de C.V. | 3/31/2025 | $ | 60.41 | ☐ Secured debt |
|--------|------------------------------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1059 | Edenred Mexico S.A. de C.V. | 3/31/2025 | $ | 2,242.51 | ☐ Secured debt |
|--------|------------------------------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1060 | Edenred Mexico S.A. de C.V. | 3/31/2025 | $ | 2,538.29 | ☐ Secured debt |
|--------|------------------------------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Benito Juárez   Ciudad de México   03940 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1061 Edenred Mexico S.A. de C.V.
Creditor's Name

3/31/2025          $          8,678.63

Av. Insurgentes Sur 1602, Crédito Constructor
Street

Benito Juárez        Ciudad de México    03940
City                  State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1062 Edenred Mexico S.A. de C.V.
Creditor's Name

4/4/2025          $          13.76

Av. Insurgentes Sur 1602, Crédito Constructor
Street

Benito Juárez        Ciudad de México    03940
City                  State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1063 Edenred Mexico S.A. de C.V.
Creditor's Name

4/4/2025          $          43.50

Av. Insurgentes Sur 1602, Crédito Constructor
Street

Benito Juárez        Ciudad de México    03940
City                  State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1064 Edenred Mexico S.A. de C.V.
Creditor's Name

4/4/2025          $          57.05

Av. Insurgentes Sur 1602, Crédito Constructor
Street

Benito Juárez        Ciudad de México    03940
City                  State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

| 3.1065 | Edenred Mexico S.A. de C.V. | 4/4/2025 | $ | 281.93 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor     ☐ Suppliers or vendors
Street

☐ Services

| Benito Juárez | Ciudad de México | 03940 | ☒ Other    Trade |
|---|---|---|---|
| City | State | ZIP Code | |

Mexico
Country

| 3.1066 | Edenred Mexico S.A. de C.V. | 4/4/2025 | $ | 9,909.94 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor     ☐ Suppliers or vendors
Street

☐ Services

| Benito Juárez | Ciudad de México | 03940 | ☒ Other    Trade |
|---|---|---|---|
| City | State | ZIP Code | |

Mexico
Country

| 3.1067 | Edenred Mexico S.A. de C.V. | 4/11/2025 | $ | 4.61 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor     ☐ Suppliers or vendors
Street

☐ Services

| Benito Juárez | Ciudad de México | 03940 | ☒ Other    Trade |
|---|---|---|---|
| City | State | ZIP Code | |

Mexico
Country

| 3.1068 | Edenred Mexico S.A. de C.V. | 4/11/2025 | $ | 87.44 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor     ☐ Suppliers or vendors
Street

☐ Services

| Benito Juárez | Ciudad de México | 03940 | ☒ Other    Trade |
|---|---|---|---|
| City | State | ZIP Code | |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:   25-10715
_____

| 3.1069 | Edenred Mexico S.A. de C.V. | 4/11/2025 | $ | 587.80 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez / Ciudad de México / 03940 | | | | |
| | City / State / ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1070 | Edenred Mexico S.A. de C.V. | 4/11/2025 | $ | 2,182.58 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez / Ciudad de México / 03940 | | | | |
| | City / State / ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1071 | Edenred Mexico S.A. de C.V. | 4/11/2025 | $ | 2,504.51 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez / Ciudad de México / 03940 | | | | |
| | City / State / ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1072 | Edenred Mexico S.A. de C.V. | 4/11/2025 | $ | 8,660.16 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes Sur 1602, Crédito Constructor | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Benito Juárez / Ciudad de México / 03940 | | | | |
| | City / State / ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

3.1073  Edenred Mexico S.A. de C.V.    4/16/2025    $    9,927.95    ☐ Secured debt

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1602, Crédito Constructor    ☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Benito Juárez | Ciudad de México | 03940 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

3.1074  Eduper Productos Y Servicios S de RL de C.V.    1/24/2025    $    212.58    ☐ Secured debt

Creditor's Name

☐ Unsecured loan repayments

Av. 135 301    ☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Cancún | Quintana Roo | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

3.1075  Eduper Productos Y Servicios S de RL de C.V.    1/30/2025    $    253.08    ☐ Secured debt

Creditor's Name

☐ Unsecured loan repayments

Av. 135 301    ☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Cancún | Quintana Roo | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

3.1076  Eduper Productos Y Servicios S de RL de C.V.    2/5/2025    $    135.68    ☐ Secured debt

Creditor's Name

☐ Unsecured loan repayments

Av. 135 301    ☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Cancún | Quintana Roo | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1077 Eduper Productos Y Servicios S de RL de C.V.     2/6/2025     $     125.40
Creditor's Name

Av. 135 301
Street

Quintana
Cancún          Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

---

3.1078 Eduper Productos Y Servicios S de RL de C.V.     2/6/2025     $     135.68
Creditor's Name

Av. 135 301
Street

Quintana
Cancún          Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

---

3.1079 Eduper Productos Y Servicios S de RL de C.V.     2/19/2025     $     536.14
Creditor's Name

Av. 135 301
Street

Quintana
Cancún          Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

---

3.1080 Eduper Productos Y Servicios S de RL de C.V.     2/26/2025     $     278.32
Creditor's Name

Av. 135 301
Street

Quintana
Cancún          Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor:  Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

3.1081  Eduper Productos Y Servicios S de RL de C.V.    2/28/2025    $    1,751.15
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    Trade

Av. 135 301
Street

Quintana
Cancún    Roo    77536
City    State    ZIP Code

Mexico
Country

3.1082  Eduper Productos Y Servicios S de RL de C.V.    3/4/2025    $    54.05
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    Trade

Av. 135 301
Street

Quintana
Cancún    Roo    77536
City    State    ZIP Code

Mexico
Country

3.1083  Eduper Productos Y Servicios S de RL de C.V.    3/4/2025    $    164.42
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    Trade

Av. 135 301
Street

Quintana
Cancún    Roo    77536
City    State    ZIP Code

Mexico
Country

3.1084  Eduper Productos Y Servicios S de RL de C.V.    3/4/2025    $    481.01
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    Trade

Av. 135 301
Street

Quintana
Cancún    Roo    77536
City    State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

3.1085  Eduper Productos Y Servicios S de RL de C.V.      3/4/2025      $        563.85        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                      Quintana                                                             ☒  Other      Trade
Cancún                Roo          77536
City                  State        ZIP Code

Mexico
Country

3.1086  Eduper Productos Y Servicios S de RL de C.V.      3/4/2025      $      1,804.72      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                      Quintana                                                             ☒  Other      Trade
Cancún                Roo          77536
City                  State        ZIP Code

Mexico
Country

3.1087  Eduper Productos Y Servicios S de RL de C.V.      3/11/2025     $        110.10      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                      Quintana                                                             ☒  Other      Trade
Cancún                Roo          77536
City                  State        ZIP Code

Mexico
Country

3.1088  Eduper Productos Y Servicios S de RL de C.V.      3/11/2025     $        678.31      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                      Quintana                                                             ☒  Other      Trade
Cancún                Roo          77536
City                  State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

3.1089  Eduper Productos Y Servicios S de RL de C.V.     3/11/2025     $          998.70       ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

Av. 135 301                                                                                     ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

              Quintana                                                                          ☑  Other    Trade
Cancún        Roo          77536
City          State        ZIP Code

Mexico
Country

3.1090  Eduper Productos Y Servicios S de RL de C.V.     3/11/2025     $        1,536.77       ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

Av. 135 301                                                                                     ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

              Quintana                                                                          ☑  Other    Trade
Cancún        Roo          77536
City          State        ZIP Code

Mexico
Country

3.1091  Eduper Productos Y Servicios S de RL de C.V.     3/19/2025     $          149.75       ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

Av. 135 301                                                                                     ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

              Quintana                                                                          ☑  Other    Trade
Cancún        Roo          77536
City          State        ZIP Code

Mexico
Country

3.1092  Eduper Productos Y Servicios S de RL de C.V.     3/19/2025     $          656.91       ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

Av. 135 301                                                                                     ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

              Quintana                                                                          ☑  Other    Trade
Cancún        Roo          77536
City          State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1093  Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

3/19/2025

$              1,094.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún                    Quintana
                          Roo          77536
City              State          ZIP Code

Mexico
Country

3.1094  Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

3/19/2025

$              1,392.14

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún                    Quintana
                          Roo          77536
City              State          ZIP Code

Mexico
Country

3.1095  Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

3/25/2025

$              181.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún                    Quintana
                          Roo          77536
City              State          ZIP Code

Mexico
Country

3.1096  Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

3/25/2025

$              769.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún                    Quintana
                          Roo          77536
City              State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known)*: 25-10715

Name

**3.1097** Eduper Productos Y Servicios S de RL de C.V.     3/25/2025     $     824.65     ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. 135 301                                                                      ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                ☒ Other     Trade

            Quintana
Cancún      Roo       77536
City        State     ZIP Code

Mexico
Country

**3.1098** Eduper Productos Y Servicios S de RL de C.V.     3/25/2025     $     1,134.09     ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. 135 301                                                                      ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                ☒ Other     Trade

            Quintana
Cancún      Roo       77536
City        State     ZIP Code

Mexico
Country

**3.1099** Eduper Productos Y Servicios S de RL de C.V.     4/1/2025     $     235.47     ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. 135 301                                                                      ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                ☒ Other     Trade

            Quintana
Cancún      Roo       77536
City        State     ZIP Code

Mexico
Country

**3.1100** Eduper Productos Y Servicios S de RL de C.V.     4/1/2025     $     406.65     ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. 135 301                                                                      ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                ☒ Other     Trade

            Quintana
Cancún      Roo       77536
City        State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.1101  Eduper Productos Y Servicios S de RL de C.V.    4/1/2025    $    712.88    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services

                        Quintana                                                   ☒ Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

3.1102  Eduper Productos Y Servicios S de RL de C.V.    4/1/2025    $    1,385.02    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services

                        Quintana                                                   ☒ Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

3.1103  Eduper Productos Y Servicios S de RL de C.V.    4/8/2025    $    159.72    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services

                        Quintana                                                   ☒ Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

3.1104  Eduper Productos Y Servicios S de RL de C.V.    4/8/2025    $    196.67    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services

                        Quintana                                                   ☒ Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

---

**3.1105** Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

4/8/2025

$ 232.28

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo      77536
City            State             ZIP Code

Mexico
Country

---

**3.1106** Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

4/8/2025

$ 241.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo      77536
City            State             ZIP Code

Mexico
Country

---

**3.1107** Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

4/8/2025

$ 484.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo      77536
City            State             ZIP Code

Mexico
Country

---

**3.1108** Eduper Productos Y Servicios S de RL de C.V.
Creditor's Name

4/8/2025

$ 1,020.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo      77536
City            State             ZIP Code

Mexico
Country

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

| | | | | |
|---|---|---|---|---|
| 3.1109 | Eduper Productos Y Servicios S de RL de C.V. | 4/16/2025 | $ | 139.67 |

Creditor's Name

Av. 135 301
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.1110 | Eduper Productos Y Servicios S de RL de C.V. | 4/16/2025 | $ | 199.24 |

Creditor's Name

Av. 135 301
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.1111 | Eduper Productos Y Servicios S de RL de C.V. | 4/16/2025 | $ | 227.50 |

Creditor's Name

Av. 135 301
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.1112 | Eduper Productos Y Servicios S de RL de C.V. | 4/16/2025 | $ | 1,574.84 |

Creditor's Name

Av. 135 301
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.1113  El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/22/2025  $  3,525.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.1114  El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/27/2025  $  3,531.77

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.1115  El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/31/2025  $  251.43

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.1116  El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

1/31/2025  $  347.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known):* 25-10715

| | |
|---|---|
| **Name** | |

**3.1117** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

1/31/2025    $ 568.05

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

**3.1118** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

1/31/2025    $ 1,190.34

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

**3.1119** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

1/31/2025    $ 1,198.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

**3.1120** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

2/4/2025    $ 3,491.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:    25-10715
_____
Name

3.1121  El Maharaja S.A. de C.V.                    2/11/2025        $        2,198.71        ☐ Secured debt
_____
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                              ☐ Suppliers or vendors
_____
Street                                                                                         ☐ Services

                    Quintana                                                                   ☒ Other    Trade
_____
Chetumal            Roo              77000
_____
City                State            ZIP Code

Mexico
_____
Country

3.1122  El Maharaja S.A. de C.V.                    2/18/2025        $        2,929.40        ☐ Secured debt
_____
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                              ☐ Suppliers or vendors
_____
Street                                                                                         ☐ Services

                    Quintana                                                                   ☒ Other    Trade
_____
Chetumal            Roo              77000
_____
City                State            ZIP Code

Mexico
_____
Country

3.1123  El Maharaja S.A. de C.V.                    2/25/2025        $          895.66        ☐ Secured debt
_____
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                              ☐ Suppliers or vendors
_____
Street                                                                                         ☐ Services

                    Quintana                                                                   ☒ Other    Trade
_____
Chetumal            Roo              77000
_____
City                State            ZIP Code

Mexico
_____
Country

3.1124  El Maharaja S.A. de C.V.                    2/25/2025        $        2,432.64        ☐ Secured debt
_____
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                              ☐ Suppliers or vendors
_____
Street                                                                                         ☐ Services

                    Quintana                                                                   ☒ Other    Trade
_____
Chetumal            Roo              77000
_____
City                State            ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:    25-10715

Name

| 3.1125 | El Maharaja S.A. de C.V. | 3/4/2025 | $ | 335.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| | Quintana | | | |
| Chetumal | Roo | 77000 | | |
| City | State | ZIP Code | | |

Mexico
Country

| 3.1126 | El Maharaja S.A. de C.V. | 3/4/2025 | $ | 342.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| | Quintana | | | |
| Chetumal | Roo | 77000 | | |
| City | State | ZIP Code | | |

Mexico
Country

| 3.1127 | El Maharaja S.A. de C.V. | 3/4/2025 | $ | 553.55 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| | Quintana | | | |
| Chetumal | Roo | 77000 | | |
| City | State | ZIP Code | | |

Mexico
Country

| 3.1128 | El Maharaja S.A. de C.V. | 3/4/2025 | $ | 1,070.78 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| | Quintana | | | |
| Chetumal | Roo | 77000 | | |
| City | State | ZIP Code | | |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

| | | | |
|---|---|---|---|
| Name | | | |

**3.1129** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

3/4/2025    $    1,119.02

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.1130** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

3/11/2025    $    342.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.1131** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

3/11/2025    $    342.75

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.1132** El Maharaja S.A. de C.V.
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

Chetumal    Quintana Roo    77000
City    State    ZIP Code

Mexico
Country

3/11/2025    $    553.55

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.1133 | El Maharaja S.A. de C.V. | 3/11/2025 | $ | 1,050.67 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

El Maharaja S.A. de C.V.
*Creditor's Name*

| | ☐ | Unsecured loan repayments |
|---|---|---|

Calle 2 Norte No. 45, Col. Centro
*Street*

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

---

| 3.1134 | El Maharaja S.A. de C.V. | 3/11/2025 | $ | 1,056.39 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

El Maharaja S.A. de C.V.
*Creditor's Name*

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro
*Street*

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

---

| 3.1135 | El Maharaja S.A. de C.V. | 3/19/2025 | $ | 1,639.31 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

El Maharaja S.A. de C.V.
*Creditor's Name*

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro
*Street*

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

---

| 3.1136 | El Maharaja S.A. de C.V. | 3/19/2025 | $ | 1,752.02 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

El Maharaja S.A. de C.V.
*Creditor's Name*

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro
*Street*

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| *City* | *State* | *ZIP Code* |

Mexico
*Country*

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1137  El Maharaja S.A. de C.V.                  3/25/2025        $           553.73      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                          ☐  Suppliers or vendors
Street                                                                                      ☐  Services

_____Quintana                                                                            ☒  Other    Trade
Chetumal      Roo       77000
City          State     ZIP Code

Mexico
Country

3.1138  El Maharaja S.A. de C.V.                  3/25/2025        $           952.19      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                          ☐  Suppliers or vendors
Street                                                                                      ☐  Services

_____Quintana                                                                            ☒  Other    Trade
Chetumal      Roo       77000
City          State     ZIP Code

Mexico
Country

3.1139  El Maharaja S.A. de C.V.                  3/25/2025        $         1,198.13      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                          ☐  Suppliers or vendors
Street                                                                                      ☐  Services

_____Quintana                                                                            ☒  Other    Trade
Chetumal      Roo       77000
City          State     ZIP Code

Mexico
Country

3.1140  El Maharaja S.A. de C.V.                  4/1/2025         $           376.95      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                          ☐  Suppliers or vendors
Street                                                                                      ☐  Services

_____Quintana                                                                            ☒  Other    Trade
Chetumal      Roo       77000
City          State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

3.1141 El Maharaja S.A. de C.V.    4/1/2025    $    376.97
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1142 El Maharaja S.A. de C.V.    4/1/2025    $    589.12
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1143 El Maharaja S.A. de C.V.    4/1/2025    $    1,082.50
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1144 El Maharaja S.A. de C.V.    4/1/2025    $    1,344.89
Creditor's Name

Calle 2 Norte No. 45, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):* 25-10715

Name

**3.1145** El Maharaja S.A. de C.V.            4/8/2025        $        589.12        ☐ Secured debt
Creditor's Name
                                                                            ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                           ☐ Suppliers or vendors
Street
                                                                            ☐ Services

                                                                            ☒ Other    Trade
            Quintana
Chetumal    Roo        77000
City        State      ZIP Code

Mexico
Country

**3.1146** El Maharaja S.A. de C.V.            4/8/2025        $      1,215.41        ☐ Secured debt
Creditor's Name
                                                                            ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                           ☐ Suppliers or vendors
Street
                                                                            ☐ Services

                                                                            ☒ Other    Trade
            Quintana
Chetumal    Roo        77000
City        State      ZIP Code

Mexico
Country

**3.1147** El Maharaja S.A. de C.V.            4/8/2025        $      1,233.31        ☐ Secured debt
Creditor's Name
                                                                            ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                           ☐ Suppliers or vendors
Street
                                                                            ☐ Services

                                                                            ☒ Other    Trade
            Quintana
Chetumal    Roo        77000
City        State      ZIP Code

Mexico
Country

**3.1148** El Maharaja S.A. de C.V.            4/15/2025       $        375.19        ☐ Secured debt
Creditor's Name
                                                                            ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                           ☐ Suppliers or vendors
Street
                                                                            ☐ Services

                                                                            ☒ Other    Trade
            Quintana
Chetumal    Roo        77000
City        State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1149  El Maharaja S.A. de C.V.              4/15/2025    $           375.98        ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                    ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other     Trade
            Quintana
Chetumal    Roo          77000
City        State        ZIP Code

Mexico
Country

3.1150  El Maharaja S.A. de C.V.              4/15/2025    $           588.15        ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                    ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other     Trade
            Quintana
Chetumal    Roo          77000
City        State        ZIP Code

Mexico
Country

3.1151  El Maharaja S.A. de C.V.              4/15/2025    $         1,134.30        ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                    ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other     Trade
            Quintana
Chetumal    Roo          77000
City        State        ZIP Code

Mexico
Country

3.1152  El Maharaja S.A. de C.V.              4/15/2025    $         1,173.78        ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro                                                    ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other     Trade
            Quintana
Chetumal    Roo          77000
City        State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

---

Name

| 3.1153 | El Maharaja S.A. de C.V. | 3/25/2025 | $ | 342.22 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.1154 | El Maharaja S.A. de C.V. | 3/25/2025 | $ | 342.22 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.1155 | El Maharaja S.A. de C.V. | 4/8/2025 | $ | 376.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.1156 | El Maharaja S.A. de C.V. | 4/8/2025 | $ | 376.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 2 Norte No. 45, Col. Centro

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| 3.1157 | Embotelladoras Bepensa S.A. de C.V. | 1/16/2025 | $ | 200.42 | ☐ | Secured debt |
|--------|--------|--------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mérida        Yucatán      97288 | | | | | |
| | City          State       ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1158 | Embotelladoras Bepensa S.A. de C.V. | 1/16/2025 | $ | 649.42 | ☐ | Secured debt |
|--------|--------|--------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mérida        Yucatán      97288 | | | | | |
| | City          State       ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1159 | Embotelladoras Bepensa S.A. de C.V. | 1/17/2025 | $ | 234.66 | ☐ | Secured debt |
|--------|--------|--------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mérida        Yucatán      97288 | | | | | |
| | City          State       ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1160 | Embotelladoras Bepensa S.A. de C.V. | 1/17/2025 | $ | 252.82 | ☐ | Secured debt |
|--------|--------|--------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mérida        Yucatán      97288 | | | | | |
| | City          State       ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | | |
|---|---|---|
| 3.1161 | Embotelladoras Bepensa S.A. de C.V. | 1/20/2025 $ 116.13 |
| | Creditor's Name | |

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

| | | |
|---|---|---|
| 3.1162 | Embotelladoras Bepensa S.A. de C.V. | 1/20/2025 $ 258.73 |
| | Creditor's Name | |

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

| | | |
|---|---|---|
| 3.1163 | Embotelladoras Bepensa S.A. de C.V. | 1/20/2025 $ 873.65 |
| | Creditor's Name | |

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

| | | |
|---|---|---|
| 3.1164 | Embotelladoras Bepensa S.A. de C.V. | 1/21/2025 $ 146.27 |
| | Creditor's Name | |

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1165  Embotelladoras Bepensa S.A. de C.V.          1/21/2025        $          258.99        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida          Yucatán      97288
City            State        ZIP Code
Mexico
Country

3.1166  Embotelladoras Bepensa S.A. de C.V.          1/21/2025        $          585.74        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida          Yucatán      97288
City            State        ZIP Code
Mexico
Country

3.1167  Embotelladoras Bepensa S.A. de C.V.          1/21/2025        $          672.82        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida          Yucatán      97288
City            State        ZIP Code
Mexico
Country

3.1168  Embotelladoras Bepensa S.A. de C.V.          1/22/2025        $          786.81        ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida          Yucatán      97288
City            State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

___
Name

3.1169   Embotelladoras Bepensa S.A. de C.V.          1/23/2025       $              73.78
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán       97288
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1170   Embotelladoras Bepensa S.A. de C.V.          1/23/2025       $             147.10
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán       97288
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1171   Embotelladoras Bepensa S.A. de C.V.          1/23/2025       $             201.68
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán       97288
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1172   Embotelladoras Bepensa S.A. de C.V.          1/23/2025       $             211.40
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán       97288
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):*  25-10715
_____

| | | | |
|---|---|---|---|
| 3.1173 | Embotelladoras Bepensa S.A. de C.V. | 1/23/2025 | $ 430.12 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City              State          ZIP Code

Mexico
_____
Country

| | | | |
|---|---|---|---|
| 3.1174 | Embotelladoras Bepensa S.A. de C.V. | 1/24/2025 | $ 128.63 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City              State          ZIP Code

Mexico
_____
Country

| | | | |
|---|---|---|---|
| 3.1175 | Embotelladoras Bepensa S.A. de C.V. | 1/27/2025 | $ 116.13 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City              State          ZIP Code

Mexico
_____
Country

| | | | |
|---|---|---|---|
| 3.1176 | Embotelladoras Bepensa S.A. de C.V. | 1/27/2025 | $ 678.14 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City              State          ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 3.1177 | Embotelladoras Bepensa S.A. de C.V. | 1/28/2025 | $ 101.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Mérida   Yucatán   97288 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1178 | Embotelladoras Bepensa S.A. de C.V. | 1/28/2025 | $ 350.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Mérida   Yucatán   97288 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1179 | Embotelladoras Bepensa S.A. de C.V. | 1/28/2025 | $ 354.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Mérida   Yucatán   97288 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1180 | Embotelladoras Bepensa S.A. de C.V. | 1/28/2025 | $ 440.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Mérida   Yucatán   97288 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

**3.1181**  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

1/28/2025        $        1,191.02

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1182**  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

1/29/2025        $          198.43

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1183**  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

1/29/2025        $          219.01

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1184**  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

1/30/2025        $          135.34

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| | | | |
|---|---|---|---|
| 3.1185 | Embotelladoras Bepensa S.A. de C.V. | 1/30/2025 | $ 454.35 |
| | Creditor's Name | | |

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.1186 | Embotelladoras Bepensa S.A. de C.V. | 1/31/2025 | $ 95.26 |
| | Creditor's Name | | |

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.1187 | Embotelladoras Bepensa S.A. de C.V. | 1/31/2025 | $ 117.36 |
| | Creditor's Name | | |

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.1188 | Embotelladoras Bepensa S.A. de C.V. | 2/4/2025 | $ 122.01 |
| | Creditor's Name | | |

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1189  Embotelladoras Bepensa S.A. de C.V.          2/4/2025        $            255.61        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                  ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other      Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

3.1190  Embotelladoras Bepensa S.A. de C.V.          2/4/2025        $            607.45        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                  ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other      Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

3.1191  Embotelladoras Bepensa S.A. de C.V.          2/4/2025        $            746.38        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                  ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other      Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

3.1192  Embotelladoras Bepensa S.A. de C.V.          2/4/2025        $            798.33        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                  ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other      Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1193  Embotelladoras Bepensa S.A. de C.V.          2/4/2025        $          1,122.35       ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐  Suppliers or vendors
Street                                                                               ☐  Services
                                                                                     ☑  Other    Trade

Mérida              Yucatán          97288
City                State           ZIP Code

Mexico
Country

3.1194  Embotelladoras Bepensa S.A. de C.V.          2/6/2025        $           175.00        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐  Suppliers or vendors
Street                                                                               ☐  Services
                                                                                     ☑  Other    Trade

Mérida              Yucatán          97288
City                State           ZIP Code

Mexico
Country

3.1195  Embotelladoras Bepensa S.A. de C.V.          2/6/2025        $           367.28        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐  Suppliers or vendors
Street                                                                               ☐  Services
                                                                                     ☑  Other    Trade

Mérida              Yucatán          97288
City                State           ZIP Code

Mexico
Country

3.1196  Embotelladoras Bepensa S.A. de C.V.          2/7/2025        $           134.60        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐  Suppliers or vendors
Street                                                                               ☐  Services
                                                                                     ☑  Other    Trade

Mérida              Yucatán          97288
City                State           ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1197  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/7/2025      $          140.50

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1198  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/7/2025      $          356.38

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1199  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/10/2025      $          122.01

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1200  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/10/2025      $          641.70

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715

Name

3.1201  Embotelladoras Bepensa S.A. de C.V.        2/11/2025      $           440.24        ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☒ Other    Trade
        Mérida            Yucatán        97288
        City              State          ZIP Code
        Mexico
        Country

3.1202  Embotelladoras Bepensa S.A. de C.V.        2/11/2025      $           609.89        ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☒ Other    Trade
        Mérida            Yucatán        97288
        City              State          ZIP Code
        Mexico
        Country

3.1203  Embotelladoras Bepensa S.A. de C.V.        2/11/2025      $         1,001.34        ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☒ Other    Trade
        Mérida            Yucatán        97288
        City              State          ZIP Code
        Mexico
        Country

3.1204  Embotelladoras Bepensa S.A. de C.V.        2/12/2025      $           909.93        ☐ Secured debt
        Creditor's Name                                                                      ☐ Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☒ Other    Trade
        Mérida            Yucatán        97288
        City              State          ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.1205  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/13/2025

$ 122.01

Calle 59 660, Zona Industrial
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Mérida          Yucatán     97288
City             State        ZIP Code

Mexico
Country

3.1206  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/13/2025

$ 123.92

Calle 59 660, Zona Industrial
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Mérida          Yucatán     97288
City             State        ZIP Code

Mexico
Country

3.1207  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/13/2025

$ 280.01

Calle 59 660, Zona Industrial
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Mérida          Yucatán     97288
City             State        ZIP Code

Mexico
Country

3.1208  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/13/2025

$ 471.36

Calle 59 660, Zona Industrial
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Mérida          Yucatán     97288
City             State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.1209 | Embotelladoras Bepensa S.A. de C.V. | 2/17/2025 | $ | 282.12 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.1210 | Embotelladoras Bepensa S.A. de C.V. | 2/17/2025 | $ | 775.08 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.1211 | Embotelladoras Bepensa S.A. de C.V. | 2/18/2025 | $ | 604.91 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.1212 | Embotelladoras Bepensa S.A. de C.V. | 2/18/2025 | $ | 977.43 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known)*:  25-10715
_____
Name

**3.1213** Embotelladoras Bepensa S.A. de C.V.    2/18/2025    $      1,063.74
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida     Yucatán    97288
City     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1214** Embotelladoras Bepensa S.A. de C.V.    2/20/2025    $      115.64
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida     Yucatán    97288
City     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1215** Embotelladoras Bepensa S.A. de C.V.    2/20/2025    $      122.01
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida     Yucatán    97288
City     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1216** Embotelladoras Bepensa S.A. de C.V.    2/20/2025    $      187.45
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida     Yucatán    97288
City     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1217  Embotelladoras Bepensa S.A. de C.V.    2/20/2025    $    191.54
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1218  Embotelladoras Bepensa S.A. de C.V.    2/20/2025    $    272.57
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1219  Embotelladoras Bepensa S.A. de C.V.    2/20/2025    $    432.45
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1220  Embotelladoras Bepensa S.A. de C.V.    2/20/2025    $    699.18
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known):*  25-10715

Name

3.1221 Embotelladoras Bepensa S.A. de C.V.      2/21/2025      $      100.55      ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other    Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

3.1222 Embotelladoras Bepensa S.A. de C.V.      2/21/2025      $      282.12      ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other    Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

3.1223 Embotelladoras Bepensa S.A. de C.V.      2/24/2025      $      122.01      ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other    Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

3.1224 Embotelladoras Bepensa S.A. de C.V.      2/24/2025      $      440.24      ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                        ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other    Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.1225  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/24/2025

$ 853.73

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán      97288
City          State        ZIP Code

Mexico
Country

3.1226  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/25/2025

$ 156.62

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán      97288
City          State        ZIP Code

Mexico
Country

3.1227  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/25/2025

$ 281.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán      97288
City          State        ZIP Code

Mexico
Country

3.1228  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

2/25/2025

$ 440.24

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán      97288
City          State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.        Case number *(if known)*: 25-10715

_____
Name

3.1229   Embotelladoras Bepensa S.A. de C.V.    2/25/2025    $    563.97
Creditor's Name

                        ☐ Secured debt
                        ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial             ☐ Suppliers or vendors
Street                           ☐ Services
                        ☑ Other   Trade

Mérida      Yucatán     97288
City          State       ZIP Code
Mexico
Country

3.1230   Embotelladoras Bepensa S.A. de C.V.    2/25/2025    $    1,328.44
Creditor's Name

                        ☐ Secured debt
                        ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial             ☐ Suppliers or vendors
Street                           ☐ Services
                        ☑ Other   Trade

Mérida      Yucatán     97288
City          State       ZIP Code
Mexico
Country

3.1231   Embotelladoras Bepensa S.A. de C.V.    2/27/2025    $    96.58
Creditor's Name

                        ☐ Secured debt
                        ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial             ☐ Suppliers or vendors
Street                           ☐ Services
                        ☑ Other   Trade

Mérida      Yucatán     97288
City          State       ZIP Code
Mexico
Country

3.1232   Embotelladoras Bepensa S.A. de C.V.    2/27/2025    $    558.21
Creditor's Name

                        ☐ Secured debt
                        ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial             ☐ Suppliers or vendors
Street                           ☐ Services
                        ☑ Other   Trade

Mérida      Yucatán     97288
City          State       ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):* 25-10715

Name

3.1233 Embotelladoras Bepensa S.A. de C.V.    2/28/2025    $    96.95    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mérida    Yucatán    97288
City    State    ZIP Code

Mexico
Country

3.1234 Embotelladoras Bepensa S.A. de C.V.    2/28/2025    $    177.77    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mérida    Yucatán    97288
City    State    ZIP Code

Mexico
Country

3.1235 Embotelladoras Bepensa S.A. de C.V.    2/28/2025    $    305.27    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mérida    Yucatán    97288
City    State    ZIP Code

Mexico
Country

3.1236 Embotelladoras Bepensa S.A. de C.V.    3/1/2025    $    1,223.10    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mérida    Yucatán    97288
City    State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                        Case number *(if known)*:    25-10715

_____
Name

3.1237  Embotelladoras Bepensa S.A. de C.V.          3/3/2025      $          122.01       ☐  Secured debt
_____
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐  Suppliers or vendors
_____
Street                                                                                     ☐  Services

_____                                                            ☒  Other      Trade
Mérida            Yucatán     97288
_____
City              State       ZIP Code

Mexico
_____
Country

3.1238  Embotelladoras Bepensa S.A. de C.V.          3/3/2025      $          238.90       ☐  Secured debt
_____
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐  Suppliers or vendors
_____
Street                                                                                     ☐  Services

_____                                                            ☒  Other      Trade
Mérida            Yucatán     97288
_____
City              State       ZIP Code

Mexico
_____
Country

3.1239  Embotelladoras Bepensa S.A. de C.V.          3/3/2025      $          548.80       ☐  Secured debt
_____
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐  Suppliers or vendors
_____
Street                                                                                     ☐  Services

_____                                                            ☒  Other      Trade
Mérida            Yucatán     97288
_____
City              State       ZIP Code

Mexico
_____
Country

3.1240  Embotelladoras Bepensa S.A. de C.V.          3/3/2025      $          926.59       ☐  Secured debt
_____
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐  Suppliers or vendors
_____
Street                                                                                     ☐  Services

_____                                                            ☒  Other      Trade
Mérida            Yucatán     97288
_____
City              State       ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

_____
Name

3.1241  Embotelladoras Bepensa S.A. de C.V.        3/4/2025       $        681.38
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1242  Embotelladoras Bepensa S.A. de C.V.        3/4/2025       $        744.19
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1243  Embotelladoras Bepensa S.A. de C.V.        3/4/2025       $      1,265.59
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1244  Embotelladoras Bepensa S.A. de C.V.        3/6/2025       $        139.45
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.        Case number *(if known):*    25-10715

Name

| 3.1245 | Embotelladoras Bepensa S.A. de C.V. | 3/6/2025 | $ | 236.77 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Mérida        Yucatán        97288 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1246 | Embotelladoras Bepensa S.A. de C.V. | 3/6/2025 | $ | 292.64 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Mérida        Yucatán        97288 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1247 | Embotelladoras Bepensa S.A. de C.V. | 3/6/2025 | $ | 297.19 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Mérida        Yucatán        97288 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1248 | Embotelladoras Bepensa S.A. de C.V. | 3/6/2025 | $ | 521.36 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Mérida        Yucatán        97288 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*  25-10715

_____
Name

| 3.1249 | Embotelladoras Bepensa S.A. de C.V. | 3/10/2025 | $ | 122.01 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97288 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1250 | Embotelladoras Bepensa S.A. de C.V. | 3/10/2025 | $ | 901.75 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97288 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1251 | Embotelladoras Bepensa S.A. de C.V. | 3/11/2025 | $ | 194.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97288 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1252 | Embotelladoras Bepensa S.A. de C.V. | 3/11/2025 | $ | 318.21 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 59 660, Zona Industrial | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida          Yucatán          97288 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.1253 Embotelladoras Bepensa S.A. de C.V.    3/11/2025    $    423.47    ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                               ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade
Mérida    Yucatán    97288
City    State    ZIP Code
Mexico
Country

3.1254 Embotelladoras Bepensa S.A. de C.V.    3/11/2025    $    579.82    ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                               ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade
Mérida    Yucatán    97288
City    State    ZIP Code
Mexico
Country

3.1255 Embotelladoras Bepensa S.A. de C.V.    3/11/2025    $    1,223.10    ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                               ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade
Mérida    Yucatán    97288
City    State    ZIP Code
Mexico
Country

3.1256 Embotelladoras Bepensa S.A. de C.V.    3/12/2025    $    375.54    ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                               ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade
Mérida    Yucatán    97288
City    State    ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715
_____
Name

3.1257  Embotelladoras Bepensa S.A. de C.V.    3/13/2025    $    122.01    ☐ Secured debt
Creditor's Name
                                                                    ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                       ☐ Suppliers or vendors
Street
                                                                    ☐ Services
                                                                    ☒ Other    Trade
Mérida         Yucatán      97288
City           State        ZIP Code
Mexico
Country

3.1258  Embotelladoras Bepensa S.A. de C.V.    3/13/2025    $    227.75    ☐ Secured debt
Creditor's Name
                                                                    ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                       ☐ Suppliers or vendors
Street
                                                                    ☐ Services
                                                                    ☒ Other    Trade
Mérida         Yucatán      97288
City           State        ZIP Code
Mexico
Country

3.1259  Embotelladoras Bepensa S.A. de C.V.    3/13/2025    $    352.31    ☐ Secured debt
Creditor's Name
                                                                    ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                       ☐ Suppliers or vendors
Street
                                                                    ☐ Services
                                                                    ☒ Other    Trade
Mérida         Yucatán      97288
City           State        ZIP Code
Mexico
Country

3.1260  Embotelladoras Bepensa S.A. de C.V.    3/13/2025    $    496.47    ☐ Secured debt
Creditor's Name
                                                                    ☐ Unsecured loan repayments
Calle 59 660, Zona Industrial                                       ☐ Suppliers or vendors
Street
                                                                    ☐ Services
                                                                    ☒ Other    Trade
Mérida         Yucatán      97288
City           State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1261  Embotelladoras Bepensa S.A. de C.V.          3/14/2025       $           100.55        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code

        Mexico
        Country

3.1262  Embotelladoras Bepensa S.A. de C.V.          3/14/2025       $           451.32        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code

        Mexico
        Country

3.1263  Embotelladoras Bepensa S.A. de C.V.          3/18/2025       $           186.20        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code

        Mexico
        Country

3.1264  Embotelladoras Bepensa S.A. de C.V.          3/18/2025       $           488.87        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other    Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code

        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715

_____
Name

3.1265  Embotelladoras Bepensa S.A. de C.V.          3/18/2025        $          826.24        ☐  Secured debt
        Creditor's Name                                                                        ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street                                                                                 ☐  Services
                                                                                               ☒  Other     Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

3.1266  Embotelladoras Bepensa S.A. de C.V.          3/18/2025        $          870.61        ☐  Secured debt
        Creditor's Name                                                                        ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street                                                                                 ☐  Services
                                                                                               ☒  Other     Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

3.1267  Embotelladoras Bepensa S.A. de C.V.          3/18/2025        $        1,647.94        ☐  Secured debt
        Creditor's Name                                                                        ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street                                                                                 ☐  Services
                                                                                               ☒  Other     Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

3.1268  Embotelladoras Bepensa S.A. de C.V.          3/19/2025        $           34.30        ☐  Secured debt
        Creditor's Name                                                                        ☐  Unsecured loan repayments

        Calle 59 660, Zona Industrial                                                          ☐  Suppliers or vendors
        Street                                                                                 ☐  Services
                                                                                               ☒  Other     Trade

        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*  25-10715

Name

3.1269  Embotelladoras Bepensa S.A. de C.V.        3/19/2025      $            350.67        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

3.1270  Embotelladoras Bepensa S.A. de C.V.        3/20/2025      $            313.41        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

3.1271  Embotelladoras Bepensa S.A. de C.V.        3/20/2025      $            371.05        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

3.1272  Embotelladoras Bepensa S.A. de C.V.        3/20/2025      $            827.61        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments
        Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
        Mérida          Yucatán      97288
        City            State        ZIP Code
        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

3.1273  Embotelladoras Bepensa S.A. de C.V.          3/21/2025     $           87.71     ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
Street                                                                              ☐  Services

                                                                                    ☑  Other    Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

3.1274  Embotelladoras Bepensa S.A. de C.V.          3/21/2025     $          122.01    ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
Street                                                                              ☐  Services

                                                                                    ☑  Other    Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

3.1275  Embotelladoras Bepensa S.A. de C.V.          3/24/2025     $          474.54    ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
Street                                                                              ☐  Services

                                                                                    ☑  Other    Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

3.1276  Embotelladoras Bepensa S.A. de C.V.          3/24/2025     $          579.82    ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                       ☐  Suppliers or vendors
Street                                                                              ☐  Services

                                                                                    ☑  Other    Trade

Mérida            Yucatán        97288
City              State          ZIP Code

Mexico
Country

Debtor:   Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1277   Embotelladoras Bepensa S.A. de C.V.            3/25/2025        $            160.13        ☐   Secured debt
         Creditor's Name
                                                                                                    ☐   Unsecured loan repayments

         Calle 59 660, Zona Industrial                                                              ☐   Suppliers or vendors
         Street
                                                                                                    ☐   Services

                                                                                                    ☑   Other      Trade

         Mérida            Yucatán        97288
         City              State          ZIP Code

         Mexico
         Country

3.1278   Embotelladoras Bepensa S.A. de C.V.            3/25/2025        $            236.46        ☐   Secured debt
         Creditor's Name
                                                                                                    ☐   Unsecured loan repayments

         Calle 59 660, Zona Industrial                                                              ☐   Suppliers or vendors
         Street
                                                                                                    ☐   Services

                                                                                                    ☑   Other      Trade

         Mérida            Yucatán        97288
         City              State          ZIP Code

         Mexico
         Country

3.1279   Embotelladoras Bepensa S.A. de C.V.            3/25/2025        $            685.05        ☐   Secured debt
         Creditor's Name
                                                                                                    ☐   Unsecured loan repayments

         Calle 59 660, Zona Industrial                                                              ☐   Suppliers or vendors
         Street
                                                                                                    ☐   Services

                                                                                                    ☑   Other      Trade

         Mérida            Yucatán        97288
         City              State          ZIP Code

         Mexico
         Country

3.1280   Embotelladoras Bepensa S.A. de C.V.            3/25/2025        $            864.85        ☐   Secured debt
         Creditor's Name
                                                                                                    ☐   Unsecured loan repayments

         Calle 59 660, Zona Industrial                                                              ☐   Suppliers or vendors
         Street
                                                                                                    ☐   Services

                                                                                                    ☑   Other      Trade

         Mérida            Yucatán        97288
         City              State          ZIP Code

         Mexico
         Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):*    25-10715
_____

3.1281  Embotelladoras Bepensa S.A. de C.V.    3/25/2025    $    1,480.27
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1282  Embotelladoras Bepensa S.A. de C.V.    3/26/2025    $    474.54
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1283  Embotelladoras Bepensa S.A. de C.V.    3/26/2025    $    508.13
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1284  Embotelladoras Bepensa S.A. de C.V.    3/27/2025    $    122.01
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

_____

Mérida            Yucatán        97288
_____
City              State          ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1285  Embotelladoras Bepensa S.A. de C.V.
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City             State        ZIP Code

Mexico
_____
Country

3/27/2025        $        202.52

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.1286  Embotelladoras Bepensa S.A. de C.V.
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City             State        ZIP Code

Mexico
_____
Country

3/27/2025        $        221.38

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.1287  Embotelladoras Bepensa S.A. de C.V.
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City             State        ZIP Code

Mexico
_____
Country

3/27/2025        $        368.31

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.1288  Embotelladoras Bepensa S.A. de C.V.
_____
Creditor's Name

Calle 59 660, Zona Industrial
_____
Street

Mérida          Yucatán      97288
_____
City             State        ZIP Code

Mexico
_____
Country

3/27/2025        $        775.65

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1289   Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

3/28/2025

$                    319.24

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City               State         ZIP Code

Mexico
Country

3.1290   Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

3/31/2025

$                    100.55

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City               State         ZIP Code

Mexico
Country

3.1291   Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

3/31/2025

$                    122.01

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City               State         ZIP Code

Mexico
Country

3.1292   Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

3/31/2025

$                    820.68

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán      97288
City               State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):*  25-10715

| | | | |
|---|---|---|---|
| 3.1293 | Embotelladoras Bepensa S.A. de C.V. | 4/1/2025 | $  221.19 |

Creditor's Name

Calle 59 660, Zona Industrial
Street

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1294 | Embotelladoras Bepensa S.A. de C.V. | 4/1/2025 | $  629.33 |

Creditor's Name

Calle 59 660, Zona Industrial
Street

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1295 | Embotelladoras Bepensa S.A. de C.V. | 4/1/2025 | $  1,707.74 |

Creditor's Name

Calle 59 660, Zona Industrial
Street

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1296 | Embotelladoras Bepensa S.A. de C.V. | 4/2/2025 | $  512.07 |

Creditor's Name

Calle 59 660, Zona Industrial
Street

| Mérida | Yucatán | 97288 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.1297 | Embotelladoras Bepensa S.A. de C.V. | 4/3/2025 | $ | 285.92 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Trade

Mérida          Yucatán     97288
City             State      ZIP Code

Mexico
Country

| 3.1298 | Embotelladoras Bepensa S.A. de C.V. | 4/3/2025 | $ | 352.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Trade

Mérida          Yucatán     97288
City             State      ZIP Code

Mexico
Country

| 3.1299 | Embotelladoras Bepensa S.A. de C.V. | 4/3/2025 | $ | 424.61 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Trade

Mérida          Yucatán     97288
City             State      ZIP Code

Mexico
Country

| 3.1300 | Embotelladoras Bepensa S.A. de C.V. | 4/3/2025 | $ | 542.33 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Trade

Mérida          Yucatán     97288
City             State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715

Name

3.1301  Embotelladoras Bepensa S.A. de C.V.          4/7/2025        $           122.01      ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☒  Other     Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

3.1302  Embotelladoras Bepensa S.A. de C.V.          4/7/2025        $           880.75      ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☒  Other     Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

3.1303  Embotelladoras Bepensa S.A. de C.V.          4/8/2025        $           170.67      ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☒  Other     Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

3.1304  Embotelladoras Bepensa S.A. de C.V.          4/8/2025        $           346.85      ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                                ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☒  Other     Trade

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

---
Name

3.1305   Embotelladoras Bepensa S.A. de C.V.          4/8/2025       $         1,177.69       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mérida            Yucatán       97288
City              State         ZIP Code
Mexico
Country

3.1306   Embotelladoras Bepensa S.A. de C.V.          4/8/2025       $         1,219.10       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mérida            Yucatán       97288
City              State         ZIP Code
Mexico
Country

3.1307   Embotelladoras Bepensa S.A. de C.V.          4/9/2025       $          123.82       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mérida            Yucatán       97288
City              State         ZIP Code
Mexico
Country

3.1308   Embotelladoras Bepensa S.A. de C.V.          4/9/2025       $          493.31       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 59 660, Zona Industrial                                                              ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mérida            Yucatán       97288
City              State         ZIP Code
Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

_____
Name

3.1309  Embotelladoras Bepensa S.A. de C.V.          4/10/2025       $            100.55        ☐  Secured debt
_____
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                      ☐  Suppliers or vendors
_____
Street                                                                             ☐  Services

_____                                   ☒  Other    Trade

Mérida          Yucatán      97288
_____
City            State        ZIP Code

Mexico
_____
Country

3.1310  Embotelladoras Bepensa S.A. de C.V.          4/10/2025       $            141.59        ☐  Secured debt
_____
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                      ☐  Suppliers or vendors
_____
Street                                                                             ☐  Services

_____                                   ☒  Other    Trade

Mérida          Yucatán      97288
_____
City            State        ZIP Code

Mexico
_____
Country

3.1311  Embotelladoras Bepensa S.A. de C.V.          4/10/2025       $            164.35        ☐  Secured debt
_____
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                      ☐  Suppliers or vendors
_____
Street                                                                             ☐  Services

_____                                   ☒  Other    Trade

Mérida          Yucatán      97288
_____
City            State        ZIP Code

Mexico
_____
Country

3.1312  Embotelladoras Bepensa S.A. de C.V.          4/10/2025       $            298.18        ☐  Secured debt
_____
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 59 660, Zona Industrial                                                      ☐  Suppliers or vendors
_____
Street                                                                             ☐  Services

_____                                   ☒  Other    Trade

Mérida          Yucatán      97288
_____
City            State        ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1313 Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

4/11/2025

$ 122.01

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán        97288
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1314 Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

4/11/2025

$ 179.19

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán        97288
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1315 Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

4/14/2025

$ 998.13

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán        97288
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1316 Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

4/15/2025

$ 183.60

Calle 59 660, Zona Industrial
Street

Mérida        Yucatán        97288
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1317  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

4/15/2025        $              368.17

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

3.1318  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

4/15/2025        $              456.25

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

3.1319  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

4/15/2025        $            1,007.61

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

3.1320  Embotelladoras Bepensa S.A. de C.V.
Creditor's Name

Calle 59 660, Zona Industrial
Street

Mérida          Yucatán        97288
City            State          ZIP Code

Mexico
Country

4/15/2025        $            1,170.56

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1321 | Embotelladoras Bepensa S.A. de C.V. | 4/16/2025 | $ | 122.01 | ☐ | Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Mérida          Yucatán      97288
City              State         ZIP Code

Mexico
Country

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1322 | Embotelladoras Bepensa S.A. de C.V. | 4/16/2025 | $ | 640.87 | ☐ | Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle 59 660, Zona Industrial
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Mérida          Yucatán      97288
City              State         ZIP Code

Mexico
Country

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1323 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/17/2025 | $ | 1,337.82 | ☐ | Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Cuauhtémoc      Colima       28459
City              State         ZIP Code

Mexico
Country

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1324 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/17/2025 | $ | 2,981.36 | ☐ | Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Cuauhtémoc      Colima       28459
City              State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1325 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/20/2025 | $ 1,337.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1326 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/20/2025 | $ 2,981.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1327 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/23/2025 | $ 926.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1328 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/23/2025 | $ 3,970.21 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.1329 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/30/2025 | $ | 1,239.49 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1330 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 1/30/2025 | $ | 2,460.82 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1331 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/7/2025 | $ | 1,225.66 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1332 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/7/2025 | $ | 2,834.94 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Cuauhtémoc    Colima    28459 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1333 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/14/2025 | $ 62.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc   Colima   28459 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1334 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/14/2025 | $ 77.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc   Colima   28459 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1335 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/14/2025 | $ 407.61 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc   Colima   28459 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1336 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/14/2025 | $ 522.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cuauhtémoc   Colima   28459 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                        Case number *(if known):*    25-10715

Name

3.1337  Empacadora Y Comercializadora de Occidente
        S.A. de C.V.                                    2/14/2025      $           846.87      ☐  Secured debt
        Creditor's Name
                                                                                             ☐  Unsecured loan repayments
        Carretera Colima-Manzanillo Km 15, Colonia El
        Trapiche                                                                             ☐  Suppliers or vendors
        Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade
        Cuauhtémoc          Colima        28459
        City                State         ZIP Code

        Mexico
        Country

3.1338  Empacadora Y Comercializadora de Occidente
        S.A. de C.V.                                    2/14/2025      $         1,277.60      ☐  Secured debt
        Creditor's Name
                                                                                             ☐  Unsecured loan repayments
        Carretera Colima-Manzanillo Km 15, Colonia El
        Trapiche                                                                             ☐  Suppliers or vendors
        Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade
        Cuauhtémoc          Colima        28459
        City                State         ZIP Code

        Mexico
        Country

3.1339  Empacadora Y Comercializadora de Occidente
        S.A. de C.V.                                    2/14/2025      $         1,325.94      ☐  Secured debt
        Creditor's Name
                                                                                             ☐  Unsecured loan repayments
        Carretera Colima-Manzanillo Km 15, Colonia El
        Trapiche                                                                             ☐  Suppliers or vendors
        Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade
        Cuauhtémoc          Colima        28459
        City                State         ZIP Code

        Mexico
        Country

3.1340  Empacadora Y Comercializadora de Occidente
        S.A. de C.V.                                    2/14/2025      $         1,562.84      ☐  Secured debt
        Creditor's Name
                                                                                             ☐  Unsecured loan repayments
        Carretera Colima-Manzanillo Km 15, Colonia El
        Trapiche                                                                             ☐  Suppliers or vendors
        Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade
        Cuauhtémoc          Colima        28459
        City                State         ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.1341 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 35.28 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1342 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 41.08 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1343 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 82.77 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1344 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 97.78 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:   25-10715

Name

| | | | |
|---|---|---|---|
| 3.1345 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 253.15 |
| | Creditor's Name | | |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | |
| | Street | | |

| | | | |
|---|---|---|---|
| Cuauhtémoc | Colima | 28459 | |
| City | State | ZIP Code | |
| Mexico | | | |
| Country | | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1346 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 507.19 |
| | Creditor's Name | | |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | |
| | Street | | |

| | | | |
|---|---|---|---|
| Cuauhtémoc | Colima | 28459 | |
| City | State | ZIP Code | |
| Mexico | | | |
| Country | | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1347 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 1,193.71 |
| | Creditor's Name | | |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | |
| | Street | | |

| | | | |
|---|---|---|---|
| Cuauhtémoc | Colima | 28459 | |
| City | State | ZIP Code | |
| Mexico | | | |
| Country | | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1348 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/19/2025 | $ 1,467.74 |
| | Creditor's Name | | |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | |
| | Street | | |

| | | | |
|---|---|---|---|
| Cuauhtémoc | Colima | 28459 | |
| City | State | ZIP Code | |
| Mexico | | | |
| Country | | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known): 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1349 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/26/2025 | $ 75.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Cuauhtémoc     Colima     28459 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1350 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/26/2025 | $ 250.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Cuauhtémoc     Colima     28459 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1351 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/26/2025 | $ 351.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Cuauhtémoc     Colima     28459 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1352 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/26/2025 | $ 364.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Cuauhtémoc     Colima     28459 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1353 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/26/2025 | $ | 1,197.82 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1354 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/26/2025 | $ | 1,257.53 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1355 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 2/26/2025 | $ | 1,308.68 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1356 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/5/2025 | $ | 75.95 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*   25-10715

Name

3.1357  Empacadora Y Comercializadora de Occidente S.A. de C.V.       3/5/2025      $         82.98
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

3.1358  Empacadora Y Comercializadora de Occidente S.A. de C.V.       3/5/2025      $        255.00
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

3.1359  Empacadora Y Comercializadora de Occidente S.A. de C.V.       3/5/2025      $       1,094.19
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

3.1360  Empacadora Y Comercializadora de Occidente S.A. de C.V.       3/5/2025      $       1,117.94
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.
Case number (if known): 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1361 | Empacadora Y Comercializadora de Occidente S.A. de C.V.<br>Creditor's Name | 3/5/2025 | $ 1,233.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche<br>Street | | | |
| | Cuauhtémoc      Colima      28459<br>City      State      ZIP Code | | | |
| | Mexico<br>Country | | | |
| 3.1362 | Empacadora Y Comercializadora de Occidente S.A. de C.V.<br>Creditor's Name | 3/5/2025 | $ 1,405.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche<br>Street | | | |
| | Cuauhtémoc      Colima      28459<br>City      State      ZIP Code | | | |
| | Mexico<br>Country | | | |
| 3.1363 | Empacadora Y Comercializadora de Occidente S.A. de C.V.<br>Creditor's Name | 3/12/2025 | $ 78.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche<br>Street | | | |
| | Cuauhtémoc      Colima      28459<br>City      State      ZIP Code | | | |
| | Mexico<br>Country | | | |
| 3.1364 | Empacadora Y Comercializadora de Occidente S.A. de C.V.<br>Creditor's Name | 3/12/2025 | $ 82.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Trade |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche<br>Street | | | |
| | Cuauhtémoc      Colima      28459<br>City      State      ZIP Code | | | |
| | Mexico<br>Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1365 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/12/2025 | $ | 133.81 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.1366 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/12/2025 | $ | 164.63 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.1367 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/12/2025 | $ | 402.29 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.1368 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/12/2025 | $ | 421.34 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

**3.1369**  Empacadora Y Comercializadora de Occidente
S.A. de C.V.                                    3/12/2025         $              874.05
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El
Trapiche
Street

| | | |
|---|---|---|
| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1370**  Empacadora Y Comercializadora de Occidente
S.A. de C.V.                                    3/12/2025         $            1,204.97
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El
Trapiche
Street

| | | |
|---|---|---|
| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1371**  Empacadora Y Comercializadora de Occidente
S.A. de C.V.                                    3/12/2025         $            1,372.21
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El
Trapiche
Street

| | | |
|---|---|---|
| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1372**  Empacadora Y Comercializadora de Occidente
S.A. de C.V.                                    3/20/2025         $               60.06
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El
Trapiche
Street

| | | |
|---|---|---|
| Cuauhtémoc | Colima | 28459 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

| | | | |
|---|---|---|---|
| Name | | | |

3.1373 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/20/2025 | $ 80.36 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

3.1374 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/20/2025 | $ 98.13 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

3.1375 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/20/2025 | $ 136.05 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

3.1376 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/20/2025 | $ 376.61 |

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:   25-10715

Name

| 3.1377 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/20/2025 | $ 1,113.77 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

| 3.1378 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/20/2025 | $ 1,472.39 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

| 3.1379 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/27/2025 | $ 65.33 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

| 3.1380 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/27/2025 | $ 82.05 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Cuauhtémoc        Colima        28459
City                State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*  25-10715

Name

| 3.1381 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/27/2025 | $ | 148.98 | ☐ Secured debt |
|--------|---------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Cuauhtémoc       Colima       28459 | | | | |
| | City       State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1382 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/27/2025 | $ | 207.25 | ☐ Secured debt |
|--------|---------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Cuauhtémoc       Colima       28459 | | | | |
| | City       State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1383 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/27/2025 | $ | 239.37 | ☐ Secured debt |
|--------|---------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Cuauhtémoc       Colima       28459 | | | | |
| | City       State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.1384 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 3/27/2025 | $ | 250.94 | ☐ Secured debt |
|--------|---------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera Colima-Manzanillo Km 15, Colonia El Trapiche | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Trade |
| | Cuauhtémoc       Colima       28459 | | | | |
| | City       State       ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

---

Name

**3.1385**  Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

3/27/2025    $ 465.12

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.1386**  Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

3/27/2025    $ 842.95

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.1387**  Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

3/27/2025    $ 1,041.50

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.1388**  Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

3/27/2025    $ 1,521.67

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.1389
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc     Colima     28459
City             State      ZIP Code

Mexico
Country

4/2/2025     $          52.13

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other     Trade

3.1390
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc     Colima     28459
City             State      ZIP Code

Mexico
Country

4/2/2025     $          72.77

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other     Trade

3.1391
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc     Colima     28459
City             State      ZIP Code

Mexico
Country

4/2/2025     $          118.83

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other     Trade

3.1392
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc     Colima     28459
City             State      ZIP Code

Mexico
Country

4/2/2025     $          1,008.41

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.1393
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

4/2/2025    $    1,277.38

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1394
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

4/2/2025    $    1,569.71

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1395
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

4/9/2025    $    31.43

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1396
Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name

4/9/2025    $    43.77

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc    Colima    28459
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number (if known): 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1397 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 44.63 |
| | Creditor's Name | | | |

☐ Secured debt

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc          Colima          28459
City                    State            ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1398 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 70.85 |
| | Creditor's Name | | | |

☐ Secured debt

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc          Colima          28459
City                    State            ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1399 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 162.18 |
| | Creditor's Name | | | |

☐ Secured debt

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc          Colima          28459
City                    State            ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1400 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 268.80 |
| | Creditor's Name | | | |

☐ Secured debt

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc          Colima          28459
City                    State            ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:   25-10715

Name

| 3.1401 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 353.11 |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|

City            State           ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| 3.1402 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 1,015.79 |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|

City            State           ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| 3.1403 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 1,496.41 |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|

City            State           ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| 3.1404 | Empacadora Y Comercializadora de Occidente S.A. de C.V. | 4/9/2025 | $ | 1,549.52 |
|---|---|---|---|---|

Creditor's Name

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche

Street

| Cuauhtémoc | Colima | 28459 |
|---|---|---|

City            State           ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):   25-10715

Name

| | | | | |
|---|---|---|---|---|

3.1405   Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name
                                        3/20/2025        $            421.34

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc        Colima        28459
City        State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1406   Empacadora Y Comercializadora de Occidente S.A. de C.V.
Creditor's Name
                                        3/20/2025        $            421.34

Carretera Colima-Manzanillo Km 15, Colonia El Trapiche
Street

Cuauhtémoc        Colima        28459
City        State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1407   Excursion Insurance LLC
Creditor's Name
                                        2/14/2025        $         10,909.85

10095 Red Run Blvd
Street

Owings Mills        MD        21117
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1408   Excursion Insurance LLC
Creditor's Name
                                        3/3/2025        $         10,909.85

10095 Red Run Blvd
Street

Owings Mills        MD        21117
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

3.1409 Excursion Insurance LLC
Creditor's Name

10095 Red Run Blvd
Street
_____

Owings Mills          MD          21117
City                  State       ZIP Code
_____
Country

4/4/2025          $          671.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

3.1410 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

Calle 6 Norte No. 120
Street

Cozumel          Quintana Roo          77600
City              State               ZIP Code

Mexico
Country

1/21/2025          $          1,081.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

3.1411 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

Calle 6 Norte No. 120
Street

Cozumel          Quintana Roo          77600
City              State               ZIP Code

Mexico
Country

2/5/2025          $          1,093.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

3.1412 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

Calle 6 Norte No. 120
Street

Cozumel          Quintana Roo          77600
City              State               ZIP Code

Mexico
Country

2/21/2025          $          56.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1413 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

2/21/2025          $                78.06

☐ Secured debt

☐ Unsecured loan repayments

Calle 6 Norte No. 120

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel          Quintana Roo          77600

City          State          ZIP Code

Mexico

Country

3.1414 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

2/21/2025          $                80.99

☐ Secured debt

☐ Unsecured loan repayments

Calle 6 Norte No. 120

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel          Quintana Roo          77600

City          State          ZIP Code

Mexico

Country

3.1415 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

2/21/2025          $                104.22

☐ Secured debt

☐ Unsecured loan repayments

Calle 6 Norte No. 120

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel          Quintana Roo          77600

City          State          ZIP Code

Mexico

Country

3.1416 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

2/21/2025          $                106.38

☐ Secured debt

☐ Unsecured loan repayments

Calle 6 Norte No. 120

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel          Quintana Roo          77600

City          State          ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known):*   25-10715

Name

3.1417 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 2/21/2025 | $ 131.51 | ☐ Secured debt
---|---|---|---|---
Creditor's Name | | | | ☐ Unsecured loan repayments
Calle 6 Norte No. 120 | | | | ☐ Suppliers or vendors
Street | | | | ☐ Services
 | | | | ☑ Other   Trade

Cozumel | Quintana Roo | 77600
---|---|---
City | State | ZIP Code

Mexico
Country

3.1418 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 2/21/2025 | $ 135.43 | ☐ Secured debt
---|---|---|---|---
Creditor's Name | | | | ☐ Unsecured loan repayments
Calle 6 Norte No. 120 | | | | ☐ Suppliers or vendors
Street | | | | ☐ Services
 | | | | ☑ Other   Trade

Cozumel | Quintana Roo | 77600
---|---|---
City | State | ZIP Code

Mexico
Country

3.1419 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 2/21/2025 | $ 142.03 | ☐ Secured debt
---|---|---|---|---
Creditor's Name | | | | ☐ Unsecured loan repayments
Calle 6 Norte No. 120 | | | | ☐ Suppliers or vendors
Street | | | | ☐ Services
 | | | | ☑ Other   Trade

Cozumel | Quintana Roo | 77600
---|---|---
City | State | ZIP Code

Mexico
Country

3.1420 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 2/21/2025 | $ 233.24 | ☐ Secured debt
---|---|---|---|---
Creditor's Name | | | | ☐ Unsecured loan repayments
Calle 6 Norte No. 120 | | | | ☐ Suppliers or vendors
Street | | | | ☐ Services
 | | | | ☑ Other   Trade

Cozumel | Quintana Roo | 77600
---|---|---
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | | | |
|---|---|---|---|
| 3.1421 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 3/5/2025 | $ 255.73 |

Creditor's Name

Calle 6 Norte No. 120
_____
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1422 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 3/5/2025 | $ 283.70 |

Creditor's Name

Calle 6 Norte No. 120
_____
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1423 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 3/5/2025 | $ 291.47 |

Creditor's Name

Calle 6 Norte No. 120
_____
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1424 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 3/21/2025 | $ 16.17 |

Creditor's Name

Calle 6 Norte No. 120
_____
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1425  Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/21/2025       $              26.31

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

3.1426  Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/21/2025       $              40.08

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

3.1427  Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/21/2025       $              68.04

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

3.1428  Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/21/2025       $             135.01

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | | | |
|---|---|---|---|---|---|

**3.1429** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

Calle 6 Norte No. 120
Street

Cozumel          Quintana Roo          77600
City          State          ZIP Code

Mexico
Country

3/21/2025          $          140.14

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.1430** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

Calle 6 Norte No. 120
Street

Cozumel          Quintana Roo          77600
City          State          ZIP Code

Mexico
Country

3/21/2025          $          149.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.1431** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

Calle 6 Norte No. 120
Street

Cozumel          Quintana Roo          77600
City          State          ZIP Code

Mexico
Country

3/21/2025          $          161.01

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.1432** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

Calle 6 Norte No. 120
Street

Cozumel          Quintana Roo          77600
City          State          ZIP Code

Mexico
Country

3/21/2025          $          172.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.1433 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

3/21/2025   $   173.36

Calle 6 Norte No. 120
Street

Cozumel        Quintana Roo    77600
City           State           ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

3.1434 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

3/27/2025   $   12.89

Calle 6 Norte No. 120
Street

Cozumel        Quintana Roo    77600
City           State           ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

3.1435 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

3/27/2025   $   26.31

Calle 6 Norte No. 120
Street

Cozumel        Quintana Roo    77600
City           State           ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

3.1436 Frescas Frutas Y Verduras de La Riviera S.A. de C.V.
Creditor's Name

3/27/2025   $   34.36

Calle 6 Norte No. 120
Street

Cozumel        Quintana Roo    77600
City           State           ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.1437** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico

Country

3/27/2025    $             85.26

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1438** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico

Country

3/27/2025    $             97.28

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1439** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico

Country

3/27/2025    $            117.85

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1440** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico

Country

3/27/2025    $            147.99

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

| 3.1441 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 3/27/2025 | $ 181.52 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cozumel  Quintana Roo  77600 | | | |
| | City  State  ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.1442 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 3/27/2025 | $ 182.75 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cozumel  Quintana Roo  77600 | | | |
| | City  State  ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.1443 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 18.62 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cozumel  Quintana Roo  77600 | | | |
| | City  State  ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.1444 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 29.40 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Cozumel  Quintana Roo  77600 | | | |
| | City  State  ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.1445 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 35.28 |

Creditor's Name

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1446 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 44.45 |

Creditor's Name

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1447 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 50.72 |

Creditor's Name

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1448 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 54.31 |

Creditor's Name

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | |
|---|---|---|---|
| 3.1449 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 97.93 |
| | Creditor's Name | | |

Calle 6 Norte No. 120
Street

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1450 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 101.19 |
| | Creditor's Name | | |

Calle 6 Norte No. 120
Street

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1451 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 153.22 |
| | Creditor's Name | | |

Calle 6 Norte No. 120
Street

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1452 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ 161.82 |
| | Creditor's Name | | |

Calle 6 Norte No. 120
Street

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:   25-10715

Name

| 3.1453 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ | 188.25 | ☐ | Secured debt |
|--------|------|------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Cozumel    Quintana Roo    77600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1454 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/4/2025 | $ | 202.12 | ☐ | Secured debt |
|--------|------|------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Cozumel    Quintana Roo    77600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1455 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/16/2025 | $ | 50.23 | ☐ | Secured debt |
|--------|------|------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Cozumel    Quintana Roo    77600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.1456 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/16/2025 | $ | 53.90 | ☐ | Secured debt |
|--------|------|------|---|--------|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 6 Norte No. 120 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Cozumel    Quintana Roo    77600 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.1457 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/16/2025 | $ | 80.65 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.1458 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/16/2025 | $ | 82.32 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.1459 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/16/2025 | $ | 110.15 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.1460 | Frescas Frutas Y Verduras de La Riviera S.A. de C.V. | 4/16/2025 | $ | 123.77 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Calle 6 Norte No. 120
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

**3.1461** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

4/16/2025      $      124.86

Calle 6 Norte No. 120

Street

| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1462** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

4/16/2025      $      159.74

Calle 6 Norte No. 120

Street

| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1463** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

4/16/2025      $      170.02

Calle 6 Norte No. 120

Street

| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.1464** Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

4/16/2025      $      195.80

Calle 6 Norte No. 120

Street

| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

---

3.1465  Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

4/16/2025    $    199.18

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

3.1466  Frescas Frutas Y Verduras de La Riviera S.A. de C.V.

Creditor's Name

Calle 6 Norte No. 120

Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

4/16/2025    $    223.29

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

3.1467  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro

Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

1/16/2025    $    10,000.00

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

3.1468  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro

Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

1/17/2025    $    10,000.00

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | |
|---|---|---|---|
| 3.1469 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/20/2025 | $ 5,000.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| Cozumel | Quintana Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1470 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/22/2025 | $ 3,090.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| Cozumel | Quintana Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1471 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/22/2025 | $ 6,910.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| Cozumel | Quintana Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1472 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/23/2025 | $ 5,000.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| Cozumel | Quintana Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known)*:   25-10715

Name

| | | | |
|---|---|---|---|
| 3.1473 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/24/2025 | $          5,000.00 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.1474 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/27/2025 | $          1,949.69 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.1475 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/27/2025 | $          10,000.00 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.1476 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/28/2025 | $          9,000.00 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 3.1477 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/30/2025 | $ | 10,000.00 |
|---|---|---|---|---|

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| 3.1478 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/31/2025 | $ | 10,000.00 |
|---|---|---|---|---|

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| 3.1479 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 1/31/2025 | $ | 13,000.00 |
|---|---|---|---|---|

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| 3.1480 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/4/2025 | $ | 10,000.00 |
|---|---|---|---|---|

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.1481**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/5/2025 | $ 10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

**3.1482**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/6/2025 | $ 10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

**3.1483**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/7/2025 | $ 10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

**3.1484**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/11/2025 | $ 10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | |
|---|---|---|
| 3.1485 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/13/2025    $ 10,000.00 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | |
|---|---|---|
| 3.1486 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/14/2025    $ 8,000.00 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | |
|---|---|---|
| 3.1487 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/19/2025    $ 10,000.00 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

| | | |
|---|---|---|
| 3.1488 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/20/2025    $ 9,000.00 |

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro
Street

| | | |
|---|---|---|
| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

**3.1489**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/21/2025    $           565.03

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel    Quintana Roo    77600

City    State    ZIP Code

Mexico

Country

**3.1490**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/24/2025    $          7,500.00

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel    Quintana Roo    77600

City    State    ZIP Code

Mexico

Country

**3.1491**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

3/3/2025    $          9,000.00

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel    Quintana Roo    77600

City    State    ZIP Code

Mexico

Country

**3.1492**  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

3/6/2025    $          9,000.00

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cozumel    Quintana Roo    77600

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.
Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1493 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 3/10/2025 | $ 7,500.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Pedro Joaquín Coldwell, Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1494 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 3/10/2025 | $ 13,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Pedro Joaquín Coldwell, Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1495 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 3/12/2025 | $ 7,500.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Pedro Joaquín Coldwell, Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1496 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 3/19/2025 | $ 8,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Pedro Joaquín Coldwell, Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

---

3.1497  Fundacion de Parques Y Museos de Cozumel
Quintana Roo

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/20/2025       $        10,000.00

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

3.1498  Fundacion de Parques Y Museos de Cozumel
Quintana Roo

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/25/2025       $         7,600.00

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

3.1499  Fundacion de Parques Y Museos de Cozumel
Quintana Roo

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/26/2025       $         8,000.00

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

3.1500  Fundacion de Parques Y Museos de Cozumel
Quintana Roo

Creditor's Name

Av. Pedro Joaquín Coldwell, Centro

Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/27/2025       $         2,462.85

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 377

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:   25-10715

_____
Name

3.1501  Fundacion de Parques Y Museos de Cozumel
        Quintana Roo                                    3/28/2025      $              565.03
        _____
        Creditor's Name

        Av. Pedro Joaquín Coldwell, Centro
        _____
        Street

                       Quintana
        Cozumel        Roo          77600
        _____
        City           State        ZIP Code

        Mexico
        _____
        Country

|   | ☐ | Secured debt |
|---|---|---|
|   | ☐ | Unsecured loan repayments |
|   | ☐ | Suppliers or vendors |
|   | ☐ | Services |
|   | ☑ | Other    Trade |

3.1502  Fundacion de Parques Y Museos de Cozumel
        Quintana Roo                                    3/31/2025      $           10,000.00
        _____
        Creditor's Name

        Av. Pedro Joaquín Coldwell, Centro
        _____
        Street

                       Quintana
        Cozumel        Roo          77600
        _____
        City           State        ZIP Code

        Mexico
        _____
        Country

|   | ☐ | Secured debt |
|---|---|---|
|   | ☐ | Unsecured loan repayments |
|   | ☐ | Suppliers or vendors |
|   | ☐ | Services |
|   | ☑ | Other    Trade |

3.1503  Fundacion de Parques Y Museos de Cozumel
        Quintana Roo                                    4/1/2025       $              392.00
        _____
        Creditor's Name

        Av. Pedro Joaquín Coldwell, Centro
        _____
        Street

                       Quintana
        Cozumel        Roo          77600
        _____
        City           State        ZIP Code

        Mexico
        _____
        Country

|   | ☐ | Secured debt |
|---|---|---|
|   | ☐ | Unsecured loan repayments |
|   | ☐ | Suppliers or vendors |
|   | ☐ | Services |
|   | ☑ | Other    Trade |

3.1504  Fundacion de Parques Y Museos de Cozumel
        Quintana Roo                                    4/3/2025       $              245.00
        _____
        Creditor's Name

        Av. Pedro Joaquín Coldwell, Centro
        _____
        Street

                       Quintana
        Cozumel        Roo          77600
        _____
        City           State        ZIP Code

        Mexico
        _____
        Country

|   | ☐ | Secured debt |
|---|---|---|
|   | ☐ | Unsecured loan repayments |
|   | ☐ | Suppliers or vendors |
|   | ☐ | Services |
|   | ☑ | Other    Trade |

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.1505 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 4/7/2025 | $ 490.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1506 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 4/11/2025 | $ 490.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1507 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/24/2025 | $ 2,617.99 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1508 | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/25/2025 | $ 8,000.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1509  Fundacion de Parques Y Museos de Cozumel Quintana Roo
Creditor's Name

3/10/2025  $  1,500.00

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro
Street

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico
Country

3.1510  Fundacion de Parques Y Museos de Cozumel Quintana Roo
Creditor's Name

2/27/2025  $  10,000.00

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro
Street

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico
Country

3.1511  Fundacion de Parques Y Museos de Cozumel Quintana Roo
Creditor's Name

2/25/2025  $  8,000.00

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro
Street

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico
Country

3.1512  Fundacion de Parques Y Museos de Cozumel Quintana Roo
Creditor's Name

2/17/2025  $  7,270.00

☐ Secured debt

☐ Unsecured loan repayments

Av. Pedro Joaquín Coldwell, Centro
Street

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

Cozumel | Quintana Roo | 77600
City | State | ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

3.1513  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/17/2025    $    7,270.00

Av. Pedro Joaquín Coldwell, Centro

Street

|  | Quintana |  |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1514  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/24/2025    $    2,617.99

Av. Pedro Joaquín Coldwell, Centro

Street

|  | Quintana |  |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1515  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

3/10/2025    $    1,500.00

Av. Pedro Joaquín Coldwell, Centro

Street

|  | Quintana |  |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1516  Fundacion de Parques Y Museos de Cozumel Quintana Roo

Creditor's Name

2/27/2025    $    10,000.00

Av. Pedro Joaquín Coldwell, Centro

Street

|  | Quintana |  |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| **3.1517** | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 2/17/2025 | $ 7,270.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| **3.1518** | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 4/15/2025 | $ 245.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| **3.1519** | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 4/14/2025 | $ 490.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| **3.1520** | Fundacion de Parques Y Museos de Cozumel Quintana Roo | 4/14/2025 | $ 490.00 |
| | Creditor's Name | | |

Av. Pedro Joaquín Coldwell, Centro
Street

| | Quintana | |
|---|---|---|
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.1521** Fundacion de Parques Y Museos de Cozumel Quintana Roo
Creditor's Name

4/15/2025    $    245.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. Pedro Joaquín Coldwell, Centro
Street

| Cozumel | Quintana Roo | 77600 |
|---------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

**3.1522** G Herrera Consulting
Creditor's Name

2/24/2025    $    5,079.79

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

23 157 A
Street

| Buenavista | Yucatán | 97127 |
|------------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**3.1523** G Herrera Consulting
Creditor's Name

2/28/2025    $    5,627.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

23 157 A
Street

| Buenavista | Yucatán | 97127 |
|------------|---------|-------|
| City | State | ZIP Code |

Mexico
Country

**3.1524** Galeana Cornejo Richard
Creditor's Name

1/20/2025    $    4,944.87

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Address Available Upon Request
Street

| City | State | ZIP Code |
|------|-------|----------|

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1525  Galeana Cornejo Richard          1/28/2025      $        5,068.43
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1526  Galeana Cornejo Richard          2/5/2025       $        4,972.51
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1527  Galeana Cornejo Richard          2/12/2025      $        5,041.18
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1528  Galeana Cornejo Richard          2/18/2025      $          42.94
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1529  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/18/2025          $          54.31

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

3.1530  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/18/2025          $          56.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

3.1531  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/18/2025          $          111.01

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

3.1532  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/18/2025          $          129.07

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Trade

Debtor:    Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1533  Galeana Cornejo Richard                    2/18/2025       $            139.30        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other    Trade

        City                State        ZIP Code

        Country

3.1534  Galeana Cornejo Richard                    2/18/2025       $            180.99        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other    Trade

        City                State        ZIP Code

        Country

3.1535  Galeana Cornejo Richard                    2/18/2025       $            367.85        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other    Trade

        City                State        ZIP Code

        Country

3.1536  Galeana Cornejo Richard                    2/18/2025       $            443.77        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other    Trade

        City                State        ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:    25-10715

Name

3.1537  Galeana Cornejo Richard                    2/18/2025        $              456.51          ☐ Secured debt
        Creditor's Name                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                             ☐ Suppliers or vendors
        Street                                                                                     ☐ Services

                                                                                                   ☒ Other    Trade

        City              State       ZIP Code

        Country

3.1538  Galeana Cornejo Richard                    2/18/2025        $              589.41          ☐ Secured debt
        Creditor's Name                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                             ☐ Suppliers or vendors
        Street                                                                                     ☐ Services

                                                                                                   ☒ Other    Trade

        City              State       ZIP Code

        Country

3.1539  Galeana Cornejo Richard                    2/18/2025        $              605.09          ☐ Secured debt
        Creditor's Name                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                             ☐ Suppliers or vendors
        Street                                                                                     ☐ Services

                                                                                                   ☒ Other    Trade

        City              State       ZIP Code

        Country

3.1540  Galeana Cornejo Richard                    2/18/2025        $            1,077.83          ☐ Secured debt
        Creditor's Name                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                             ☐ Suppliers or vendors
        Street                                                                                     ☐ Services

                                                                                                   ☒ Other    Trade

        City              State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1541  Galeana Cornejo Richard          2/18/2025      $        1,078.49      ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                                   ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

3.1542  Galeana Cornejo Richard          2/25/2025      $          38.98        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                                   ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

3.1543  Galeana Cornejo Richard          2/25/2025      $          46.25        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                                   ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

3.1544  Galeana Cornejo Richard          2/25/2025      $          48.36        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                                   ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1545  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/25/2025          $          118.23

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

3.1546  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/25/2025          $          159.38

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

3.1547  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/25/2025          $          163.49

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

3.1548  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

2/25/2025          $          220.83

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1549  Galeana Cornejo Richard
Creditor's Name

2/25/2025    $    232.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

3.1550  Galeana Cornejo Richard
Creditor's Name

2/25/2025    $    350.75

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

3.1551  Galeana Cornejo Richard
Creditor's Name

2/25/2025    $    352.56

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

3.1552  Galeana Cornejo Richard
Creditor's Name

2/25/2025    $    589.41

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City        State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1553  Galeana Cornejo Richard                    2/25/2025    $         1,003.84

Creditor's Name

Address Available Upon Request

Street

City            State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1554  Galeana Cornejo Richard                    2/25/2025    $         1,074.71

Creditor's Name

Address Available Upon Request

Street

City            State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1555  Galeana Cornejo Richard                    3/3/2025    $             41.80

Creditor's Name

Address Available Upon Request

Street

City            State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1556  Galeana Cornejo Richard                    3/3/2025    $             45.87

Creditor's Name

Address Available Upon Request

Street

City            State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.        Case number *(if known):*    25-10715

Name

3.1557  Galeana Cornejo Richard          3/3/2025     $          46.98        ☐ Secured debt
        Creditor's Name                                                       ☐ Unsecured loan repayments

        Address Available Upon Request                                        ☐ Suppliers or vendors
        Street                                                                ☐ Services
                                                                              ☑ Other    Trade

        City            State       ZIP Code

        Country

3.1558  Galeana Cornejo Richard          3/3/2025     $          51.86        ☐ Secured debt
        Creditor's Name                                                       ☐ Unsecured loan repayments

        Address Available Upon Request                                        ☐ Suppliers or vendors
        Street                                                                ☐ Services
                                                                              ☑ Other    Trade

        City            State       ZIP Code

        Country

3.1559  Galeana Cornejo Richard          3/3/2025     $          134.05       ☐ Secured debt
        Creditor's Name                                                       ☐ Unsecured loan repayments

        Address Available Upon Request                                        ☐ Suppliers or vendors
        Street                                                                ☐ Services
                                                                              ☑ Other    Trade

        City            State       ZIP Code

        Country

3.1560  Galeana Cornejo Richard          3/3/2025     $          163.86       ☐ Secured debt
        Creditor's Name                                                       ☐ Unsecured loan repayments

        Address Available Upon Request                                        ☐ Suppliers or vendors
        Street                                                                ☐ Services
                                                                              ☑ Other    Trade

        City            State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*  25-10715

Name

3.1561  Galeana Cornejo Richard          3/3/2025      $          170.06        ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☑ Other    Trade

City              State        ZIP Code

Country

3.1562  Galeana Cornejo Richard          3/3/2025      $          193.30        ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☑ Other    Trade

City              State        ZIP Code

Country

3.1563  Galeana Cornejo Richard          3/3/2025      $          208.98        ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☑ Other    Trade

City              State        ZIP Code

Country

3.1564  Galeana Cornejo Richard          3/3/2025      $          287.13        ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                 ☐ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☑ Other    Trade

City              State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.1565  Galeana Cornejo Richard    3/3/2025    $    342.78    ☐ Secured debt
Creditor's Name                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                   ☐ Suppliers or vendors
Street                                                           ☐ Services
                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

3.1566  Galeana Cornejo Richard    3/3/2025    $    360.25    ☐ Secured debt
Creditor's Name                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                   ☐ Suppliers or vendors
Street                                                           ☐ Services
                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

3.1567  Galeana Cornejo Richard    3/3/2025    $    443.77    ☐ Secured debt
Creditor's Name                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                   ☐ Suppliers or vendors
Street                                                           ☐ Services
                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

3.1568  Galeana Cornejo Richard    3/3/2025    $    1,162.52    ☐ Secured debt
Creditor's Name                                                  ☐ Unsecured loan repayments

Address Available Upon Request                                   ☐ Suppliers or vendors
Street                                                           ☐ Services
                                                                 ☒ Other    Trade

City            State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.1569  Galeana Cornejo Richard

Creditor's Name

3/10/2025

$ 18.00

Address Available Upon Request

Street

City                    State                    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1570  Galeana Cornejo Richard

Creditor's Name

3/10/2025

$ 43.04

Address Available Upon Request

Street

City                    State                    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1571  Galeana Cornejo Richard

Creditor's Name

3/10/2025

$ 54.54

Address Available Upon Request

Street

City                    State                    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1572  Galeana Cornejo Richard

Creditor's Name

3/10/2025

$ 55.27

Address Available Upon Request

Street

City                    State                    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1573  Galeana Cornejo Richard

Creditor's Name

3/10/2025    $    101.15

Address Available Upon Request

Street

City              State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1574  Galeana Cornejo Richard

Creditor's Name

3/10/2025    $    108.61

Address Available Upon Request

Street

City              State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1575  Galeana Cornejo Richard

Creditor's Name

3/10/2025    $    195.94

Address Available Upon Request

Street

City              State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1576  Galeana Cornejo Richard

Creditor's Name

3/10/2025    $    197.48

Address Available Upon Request

Street

City              State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known):*    25-10715

Name

3.1577  Galeana Cornejo Richard                    3/10/2025      $           393.27        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Address Available Upon Request                                                      ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

        City            State        ZIP Code

        Country

3.1578  Galeana Cornejo Richard                    3/10/2025      $           581.57        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Address Available Upon Request                                                      ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

        City            State        ZIP Code

        Country

3.1579  Galeana Cornejo Richard                    3/10/2025      $           957.10        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Address Available Upon Request                                                      ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

        City            State        ZIP Code

        Country

3.1580  Galeana Cornejo Richard                    3/10/2025      $          1,255.97       ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Address Available Upon Request                                                      ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

        City            State        ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715

Name

3.1581  Galeana Cornejo Richard                3/19/2025      $            30.31         ☐  Secured debt
        Creditor's Name
                                                                                        ☐  Unsecured loan repayments

        Address Available Upon Request                                                  ☐  Suppliers or vendors
        Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

        City              State          ZIP Code

        Country

3.1582  Galeana Cornejo Richard                3/19/2025      $            32.87         ☐  Secured debt
        Creditor's Name
                                                                                        ☐  Unsecured loan repayments

        Address Available Upon Request                                                  ☐  Suppliers or vendors
        Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

        City              State          ZIP Code

        Country

3.1583  Galeana Cornejo Richard                3/19/2025      $            54.30         ☐  Secured debt
        Creditor's Name
                                                                                        ☐  Unsecured loan repayments

        Address Available Upon Request                                                  ☐  Suppliers or vendors
        Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

        City              State          ZIP Code

        Country

3.1584  Galeana Cornejo Richard                3/19/2025      $           113.45         ☐  Secured debt
        Creditor's Name
                                                                                        ☐  Unsecured loan repayments

        Address Available Upon Request                                                  ☐  Suppliers or vendors
        Street
                                                                                        ☐  Services

                                                                                        ☒  Other      Trade

        City              State          ZIP Code

        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:   25-10715
_____
Name

3.1585  Galeana Cornejo Richard                    3/19/2025        $            172.75        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Address Available Upon Request                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

City            State        ZIP Code

Country

3.1586  Galeana Cornejo Richard                    3/19/2025        $            189.04        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Address Available Upon Request                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

City            State        ZIP Code

Country

3.1587  Galeana Cornejo Richard                    3/19/2025        $            214.74        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Address Available Upon Request                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

City            State        ZIP Code

Country

3.1588  Galeana Cornejo Richard                    3/19/2025        $            296.56        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Address Available Upon Request                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

City            State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*   25-10715

3.1589  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

3/19/2025        $              371.96

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

3.1590  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

3/19/2025        $              437.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

3.1591  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

3/19/2025        $              581.57

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

3.1592  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

3/19/2025        $              602.47

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other        Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1593  Galeana Cornejo Richard
Creditor's Name

3/25/2025    $    41.31

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State      ZIP Code

Country

3.1594  Galeana Cornejo Richard
Creditor's Name

3/25/2025    $    42.17

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State      ZIP Code

Country

3.1595  Galeana Cornejo Richard
Creditor's Name

3/25/2025    $    55.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State      ZIP Code

Country

3.1596  Galeana Cornejo Richard
Creditor's Name

3/25/2025    $    101.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State      ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1597  Galeana Cornejo Richard                    3/25/2025    $              199.02    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        Address Available Upon Request                                                  ☐ Suppliers or vendors
        Street                                                                          ☐ Services
                                                                                        ☒ Other    Trade

        City            State       ZIP Code

        Country

3.1598  Galeana Cornejo Richard                    3/25/2025    $              379.19    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        Address Available Upon Request                                                  ☐ Suppliers or vendors
        Street                                                                          ☐ Services
                                                                                        ☒ Other    Trade

        City            State       ZIP Code

        Country

3.1599  Galeana Cornejo Richard                    3/25/2025    $              437.40    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        Address Available Upon Request                                                  ☐ Suppliers or vendors
        Street                                                                          ☐ Services
                                                                                        ☒ Other    Trade

        City            State       ZIP Code

        Country

3.1600  Galeana Cornejo Richard                    3/25/2025    $              685.13    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        Address Available Upon Request                                                  ☐ Suppliers or vendors
        Street                                                                          ☐ Services
                                                                                        ☒ Other    Trade

        City            State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1601  Galeana Cornejo Richard    4/1/2025    $    41.56    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

3.1602  Galeana Cornejo Richard    4/1/2025    $    50.38    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

3.1603  Galeana Cornejo Richard    4/1/2025    $    112.91    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

3.1604  Galeana Cornejo Richard    4/1/2025    $    155.82    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715
_____
Name

3.1605  Galeana Cornejo Richard                    4/1/2025      $         163.94        ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other    Trade

        City              State        ZIP Code

        Country

3.1606  Galeana Cornejo Richard                    4/1/2025      $         187.92        ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other    Trade

        City              State        ZIP Code

        Country

3.1607  Galeana Cornejo Richard                    4/1/2025      $         188.55        ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other    Trade

        City              State        ZIP Code

        Country

3.1608  Galeana Cornejo Richard                    4/1/2025      $         226.38        ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other    Trade

        City              State        ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1609  Galeana Cornejo Richard
Creditor's Name

4/1/2025          $          347.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.1610  Galeana Cornejo Richard
Creditor's Name

4/1/2025          $          357.21

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.1611  Galeana Cornejo Richard
Creditor's Name

4/1/2025          $          438.38

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.1612  Galeana Cornejo Richard
Creditor's Name

4/1/2025          $          519.24

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*: 25-10715

Name

3.1613  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City      State      ZIP Code

Country

4/1/2025     $     582.75

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1614  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City      State      ZIP Code

Country

4/8/2025     $     30.38

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1615  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City      State      ZIP Code

Country

4/8/2025     $     38.63

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1616  Galeana Cornejo Richard

Creditor's Name

Address Available Upon Request

Street

City      State      ZIP Code

Country

4/8/2025     $     53.54

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715
_____
Name

3.1617  Galeana Cornejo Richard                4/8/2025        $              134.58        ☐ Secured debt
        Creditor's Name                                                                     ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street                                                                              ☐ Services
                                                                                            ☒ Other    Trade

        City              State         ZIP Code
        Country

3.1618  Galeana Cornejo Richard                4/8/2025        $              210.79        ☐ Secured debt
        Creditor's Name                                                                     ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street                                                                              ☐ Services
                                                                                            ☒ Other    Trade

        City              State         ZIP Code
        Country

3.1619  Galeana Cornejo Richard                4/8/2025        $              213.01        ☐ Secured debt
        Creditor's Name                                                                     ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street                                                                              ☐ Services
                                                                                            ☒ Other    Trade

        City              State         ZIP Code
        Country

3.1620  Galeana Cornejo Richard                4/8/2025        $              330.29        ☐ Secured debt
        Creditor's Name                                                                     ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street                                                                              ☐ Services
                                                                                            ☒ Other    Trade

        City              State         ZIP Code
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1621   Galeana Cornejo Richard

Creditor's Name

4/8/2025    $    582.75

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City        State        ZIP Code

Country

3.1622   Galeana Cornejo Richard

Creditor's Name

4/8/2025    $    926.03

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City        State        ZIP Code

Country

3.1623   Galeana Cornejo Richard

Creditor's Name

4/15/2025    $    40.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City        State        ZIP Code

Country

3.1624   Galeana Cornejo Richard

Creditor's Name

4/15/2025    $    40.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City        State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 3.1625 Galeana Cornejo Richard | 4/15/2025 | $ 53.54 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City            State            ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1626 Galeana Cornejo Richard | 4/15/2025 | $ 89.25 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City            State            ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1627 Galeana Cornejo Richard | 4/15/2025 | $ 116.27 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City            State            ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1628 Galeana Cornejo Richard | 4/15/2025 | $ 158.02 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City            State            ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*    25-10715

Name

3.1629  Galeana Cornejo Richard                4/15/2025        $            187.28        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

City            State       ZIP Code

Country

3.1630  Galeana Cornejo Richard                4/15/2025        $            191.10        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

City            State       ZIP Code

Country

3.1631  Galeana Cornejo Richard                4/15/2025        $            275.16        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

City            State       ZIP Code

Country

3.1632  Galeana Cornejo Richard                4/15/2025        $            346.44        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

City            State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:    25-10715

_____

Name

3.1633  Galeana Cornejo Richard                          4/15/2025        $              353.51       ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                                ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        City              State          ZIP Code

        Country


3.1634  Galeana Cornejo Richard                          4/15/2025        $              438.38       ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                                ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        City              State          ZIP Code

        Country


3.1635  Galeana Cornejo Richard                          4/15/2025        $              582.75       ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                                ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        City              State          ZIP Code

        Country


3.1636  Galeana Cornejo Richard                          4/15/2025        $              886.75       ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                                ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        City              State          ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1637  Galeana Cornejo Richard | 4/15/2025 | $ | 1,119.64
Creditor's Name

Address Available Upon Request
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

City          State          ZIP Code

Country

3.1638  Galeana Cornejo Richard | 2/25/2025 | $ | 14.65
Creditor's Name

Address Available Upon Request
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

City          State          ZIP Code

Country

3.1639  Galeana Cornejo Richard | 3/3/2025 | $ | 14.65
Creditor's Name

Address Available Upon Request
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

City          State          ZIP Code

Country

3.1640  Galeana Cornejo Richard | 3/10/2025 | $ | 14.65
Creditor's Name

Address Available Upon Request
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

City          State          ZIP Code

Country

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   Page 412

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1641  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

_____
Country

3/19/2025      $            14.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1642  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

_____
Country

3/3/2025      $           589.41

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1643  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

_____
Country

3/25/2025      $            14.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1644  Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

_____
Country

3/25/2025      $           581.57

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1645  Galeana Cornejo Richard                      3/3/2025          $              589.41        ☐  Secured debt
        Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

        Address Available Upon Request                                                              ☐  Suppliers or vendors
        Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other      Trade

        City                State        ZIP Code

        Country


3.1646  Galeana Cornejo Richard                      3/3/2025          $               14.65        ☐  Secured debt
        Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

        Address Available Upon Request                                                              ☐  Suppliers or vendors
        Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other      Trade

        City                State        ZIP Code

        Country


3.1647  Galeana Cornejo Richard                      3/19/2025         $               14.65        ☐  Secured debt
        Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

        Address Available Upon Request                                                              ☐  Suppliers or vendors
        Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other      Trade

        City                State        ZIP Code

        Country


3.1648  Galeana Cornejo Richard                      2/25/2025         $               14.65        ☐  Secured debt
        Creditor's Name
                                                                                                    ☐  Unsecured loan repayments

        Address Available Upon Request                                                              ☐  Suppliers or vendors
        Street
                                                                                                    ☐  Services

                                                                                                    ☒  Other      Trade

        City                State        ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1649 Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

2/18/2025     $           13.28

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.1650 Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/3/2025     $           14.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.1651 Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/19/2025     $           14.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.1652 Galeana Cornejo Richard
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/10/2025     $           437.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     Page 415

Debtor:  Controladora Dolphin, S.A. de C.V. _____    Case number *(if known)*:  25-10715 _____
Name

3.1653  Galeana Cornejo Richard _____    3/25/2025    $          14.65          ☐  Secured debt
Creditor's Name
                                                                            ☐  Unsecured loan repayments

Address Available Upon Request _____                              ☐  Suppliers or vendors
Street
                                                                            ☐  Services

_____                                                             ☒  Other    Trade

City              State         ZIP Code

_____
Country

3.1654  Galeana Cornejo Richard _____    2/25/2025    $          14.65          ☐  Secured debt
Creditor's Name
                                                                            ☐  Unsecured loan repayments

Address Available Upon Request _____                              ☐  Suppliers or vendors
Street
                                                                            ☐  Services

_____                                                             ☒  Other    Trade

City              State         ZIP Code

_____
Country

3.1655  Galeana Cornejo Richard _____    3/3/2025    $          14.65          ☐  Secured debt
Creditor's Name
                                                                            ☐  Unsecured loan repayments

Address Available Upon Request _____                              ☐  Suppliers or vendors
Street
                                                                            ☐  Services

_____                                                             ☒  Other    Trade

City              State         ZIP Code

_____
Country

3.1656  Galeana Cornejo Richard _____    3/10/2025    $         437.40          ☐  Secured debt
Creditor's Name
                                                                            ☐  Unsecured loan repayments

Address Available Upon Request _____                              ☐  Suppliers or vendors
Street
                                                                            ☐  Services

_____                                                             ☒  Other    Trade

City              State         ZIP Code

_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                         Case number (if known): 25-10715
_____
Name

3.1657  Galeana Cornejo Richard                2/18/2025      $          13.28      ☐ Secured debt
        Creditor's Name                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                            ☐ Suppliers or vendors
        Street                                                                    ☐ Services
                                                                                  ☑ Other      Trade

        City            State       ZIP Code

        Country

3.1658  Galeana Cornejo Richard                2/18/2025      $          14.65      ☐ Secured debt
        Creditor's Name                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                            ☐ Suppliers or vendors
        Street                                                                    ☐ Services
                                                                                  ☑ Other      Trade

        City            State       ZIP Code

        Country

3.1659  Galeana Cornejo Richard                2/25/2025      $         443.77      ☐ Secured debt
        Creditor's Name                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                            ☐ Suppliers or vendors
        Street                                                                    ☐ Services
                                                                                  ☑ Other      Trade

        City            State       ZIP Code

        Country

3.1660  Galeana Cornejo Richard                3/10/2025      $          14.65      ☐ Secured debt
        Creditor's Name                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                            ☐ Suppliers or vendors
        Street                                                                    ☐ Services
                                                                                  ☑ Other      Trade

        City            State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number (if known): 25-10715

Name

3.1661  Galeana Cornejo Richard                      2/25/2025      $            443.77          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other    Trade

City                State          ZIP Code

Country

3.1662  Galeana Cornejo Richard                      2/18/2025      $             14.65          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other    Trade

City                State          ZIP Code

Country

3.1663  Galeana Cornejo Richard                      3/25/2025      $            581.57          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other    Trade

City                State          ZIP Code

Country

3.1664  Galeana Cornejo Richard                      4/1/2025       $             13.69          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other    Trade

City                State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.1665  Galeana Cornejo Richard                4/1/2025       $              13.69        ☐ Secured debt
        Creditor's Name                                                                  ☐ Unsecured loan repayments

        Address Available Upon Request                                                   ☐ Suppliers or vendors
        Street                                                                           ☐ Services
                                                                                         ☑ Other    Trade

        City            State       ZIP Code

        Country

3.1666  Galeana Cornejo Richard                4/8/2025       $              13.69        ☐ Secured debt
        Creditor's Name                                                                  ☐ Unsecured loan repayments

        Address Available Upon Request                                                   ☐ Suppliers or vendors
        Street                                                                           ☐ Services
                                                                                         ☑ Other    Trade

        City            State       ZIP Code

        Country

3.1667  Galeana Cornejo Richard                4/8/2025       $             438.38        ☐ Secured debt
        Creditor's Name                                                                  ☐ Unsecured loan repayments

        Address Available Upon Request                                                   ☐ Suppliers or vendors
        Street                                                                           ☐ Services
                                                                                         ☑ Other    Trade

        City            State       ZIP Code

        Country

3.1668  Galeana Cornejo Richard                4/8/2025       $             438.38        ☐ Secured debt
        Creditor's Name                                                                  ☐ Unsecured loan repayments

        Address Available Upon Request                                                   ☐ Suppliers or vendors
        Street                                                                           ☐ Services
                                                                                         ☑ Other    Trade

        City            State       ZIP Code

        Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 419

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1669  Galeana Cornejo Richard                          4/8/2025         $            13.69
        Creditor's Name

        Address Available Upon Request
        Street

        City            State        ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1670  Galeana Cornejo Richard                          4/8/2025         $            13.69
        Creditor's Name

        Address Available Upon Request
        Street

        City            State        ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1671  Galeana Cornejo Richard                          4/15/2025        $            13.69
        Creditor's Name

        Address Available Upon Request
        Street

        City            State        ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1672  Galeana Cornejo Richard                          4/15/2025        $            13.69
        Creditor's Name

        Address Available Upon Request
        Street

        City            State        ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1673 Garcia Garrido, Yesenia
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

1/21/2025    $        1,113.56

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1674 Garcia Garrido, Yesenia
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

1/28/2025    $        774.62

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1675 Garcia Garrido, Yesenia
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/4/2025    $        948.32

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1676 Garcia Garrido, Yesenia
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/11/2025    $        1,193.77

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1677 Garcia Garrido, Yesenia

Creditor's Name

2/18/2025       $              967.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other       Trade

Address Available Upon Request

Street

City              State          ZIP Code

Country

3.1678 Garcia Garrido, Yesenia

Creditor's Name

2/25/2025       $            1,004.58

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other       Trade

Address Available Upon Request

Street

City              State          ZIP Code

Country

3.1679 Garcia Garrido, Yesenia

Creditor's Name

3/4/2025        $            1,076.22

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other       Trade

Address Available Upon Request

Street

City              State          ZIP Code

Country

3.1680 Garcia Garrido, Yesenia

Creditor's Name

3/11/2025       $              783.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other       Trade

Address Available Upon Request

Street

City              State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known):*    25-10715

Name

3.1681  Garcia Garrido, Yesenia                   3/19/2025        $          373.23        ☐ Secured debt
        Creditor's Name
                                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

        City           State        ZIP Code

        Country

3.1682  Garcia Garrido, Yesenia                   3/25/2025        $          858.90        ☐ Secured debt
        Creditor's Name
                                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

        City           State        ZIP Code

        Country

3.1683  Garcia Garrido, Yesenia                   4/1/2025         $          776.18        ☐ Secured debt
        Creditor's Name
                                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

        City           State        ZIP Code

        Country

3.1684  Garcia Garrido, Yesenia                   4/8/2025         $          335.62        ☐ Secured debt
        Creditor's Name
                                                                                            ☐ Unsecured loan repayments

        Address Available Upon Request                                                      ☐ Suppliers or vendors
        Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

        City           State        ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.1685** Garcia Garrido, Yesenia
Creditor's Name

4/15/2025    $    545.33

Address Available Upon Request
Street

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1686** Garza Tello Y Asociados Sc
Creditor's Name

3/20/2025    $    25,000.00

Av. Pdte. Masaryk 29, Piso 6, Polanco
Street

Miguel Hidalgo    Ciudad de México    11560
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1687** Garza Tello Y Asociados Sc
Creditor's Name

3/24/2025    $    17,000.00

Av. Pdte. Masaryk 29, Piso 6, Polanco
Street

Miguel Hidalgo    Ciudad de México    11560
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1688** Garza Tello Y Asociados Sc
Creditor's Name

4/1/2025    $    702.66

Av. Pdte. Masaryk 29, Piso 6, Polanco
Street

Miguel Hidalgo    Ciudad de México    11560
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.1689 | Garza Tello Y Asociados Sc | 4/3/2025 | $ | 392.00 | ☐ Secured debt |
|--------|-----|-----|-----|-----|-----|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|--|--|--|--|--|--|

Av. Pdte. Masaryk 29, Piso 6, Polanco
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Miguel Hidalgo    Ciudad de México    11560
City    State    ZIP Code

Mexico
Country

| 3.1690 | Garza Tello Y Asociados Sc | 4/4/2025 | $ | 343.00 | ☐ Secured debt |
|--------|-----|-----|-----|-----|-----|

Creditor's Name

☐ Unsecured loan repayments

Av. Pdte. Masaryk 29, Piso 6, Polanco
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Miguel Hidalgo    Ciudad de México    11560
City    State    ZIP Code

Mexico
Country

| 3.1691 | Garza Tello Y Asociados Sc | 4/8/2025 | $ | 3,185.00 | ☐ Secured debt |
|--------|-----|-----|-----|-----|-----|

Creditor's Name

☐ Unsecured loan repayments

Av. Pdte. Masaryk 29, Piso 6, Polanco
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Miguel Hidalgo    Ciudad de México    11560
City    State    ZIP Code

Mexico
Country

| 3.1692 | Garza Tello Y Asociados Sc | 4/10/2025 | $ | 509.60 | ☐ Secured debt |
|--------|-----|-----|-----|-----|-----|

Creditor's Name

☐ Unsecured loan repayments

Av. Pdte. Masaryk 29, Piso 6, Polanco
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Miguel Hidalgo    Ciudad de México    11560
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known)*: 25-10715

Name

3.1693   Garza Tello Y Asociados Sc     4/15/2025    $    198.50

Creditor's Name

Av. Pdte. Masaryk 29, Piso 6, Polanco

Street

| Miguel Hidalgo | Ciudad de México | 11560 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1694   Garza Tello Y Asociados Sc     4/15/2025    $    1,989.40

Creditor's Name

Av. Pdte. Masaryk 29, Piso 6, Polanco

Street

| Miguel Hidalgo | Ciudad de México | 11560 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1695   Gas del Caribe S.A. de C.V.     2/11/2025    $    81.96

Creditor's Name

Carretera Chetumal-Cozumel Km 2

Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

3.1696   Gas del Caribe S.A. de C.V.     2/11/2025    $    121.61

Creditor's Name

Carretera Chetumal-Cozumel Km 2

Street

| Cozumel | Quintana Roo | 77600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                        Case number *(if known):*    25-10715

_____
Name

3.1697  Gas del Caribe S.A. de C.V.              2/11/2025      $           152.21        ☐  Secured debt
_____
Creditor's Name                                                                      ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                      ☐  Suppliers or vendors
_____
Street                                                                               ☐  Services

                    Quintana                                                         ☒  Other      Trade
Cozumel             Roo          77600
_____
City                State        ZIP Code

Mexico
_____
Country

3.1698  Gas del Caribe S.A. de C.V.              2/11/2025      $           192.75        ☐  Secured debt
_____
Creditor's Name                                                                      ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                      ☐  Suppliers or vendors
_____
Street                                                                               ☐  Services

                    Quintana                                                         ☒  Other      Trade
Cozumel             Roo          77600
_____
City                State        ZIP Code

Mexico
_____
Country

3.1699  Gas del Caribe S.A. de C.V.              2/11/2025      $           201.39        ☐  Secured debt
_____
Creditor's Name                                                                      ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                      ☐  Suppliers or vendors
_____
Street                                                                               ☐  Services

                    Quintana                                                         ☒  Other      Trade
Cozumel             Roo          77600
_____
City                State        ZIP Code

Mexico
_____
Country

3.1700  Gas del Caribe S.A. de C.V.              2/11/2025      $           265.34        ☐  Secured debt
_____
Creditor's Name                                                                      ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                      ☐  Suppliers or vendors
_____
Street                                                                               ☐  Services

                    Quintana                                                         ☒  Other      Trade
Cozumel             Roo          77600
_____
City                State        ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

3.1701 Gas del Caribe S.A. de C.V.    2/11/2025    $    425.64    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2    ☐ Suppliers or vendors
Street
☐ Services

Quintana    ☑ Other    Trade
Cozumel    Roo    77600
City    State    ZIP Code

Mexico
Country

3.1702 Gas del Caribe S.A. de C.V.    2/11/2025    $    710.40    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2    ☐ Suppliers or vendors
Street
☐ Services

Quintana    ☑ Other    Trade
Cozumel    Roo    77600
City    State    ZIP Code

Mexico
Country

3.1703 Gas del Caribe S.A. de C.V.    2/11/2025    $    735.21    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2    ☐ Suppliers or vendors
Street
☐ Services

Quintana    ☑ Other    Trade
Cozumel    Roo    77600
City    State    ZIP Code

Mexico
Country

3.1704 Gas del Caribe S.A. de C.V.    2/11/2025    $    819.20    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2    ☐ Suppliers or vendors
Street
☐ Services

Quintana    ☑ Other    Trade
Cozumel    Roo    77600
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1705  Gas del Caribe S.A. de C.V.
Creditor's Name

2/11/2025

$ 1,072.41

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Chetumal-Cozumel Km 2
Street

| | Quintana | |
Cozumel | Roo | 77600
City | State | ZIP Code

Mexico
Country

3.1706  Gas del Caribe S.A. de C.V.
Creditor's Name

2/11/2025

$ 1,431.72

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Chetumal-Cozumel Km 2
Street

| | Quintana | |
Cozumel | Roo | 77600
City | State | ZIP Code

Mexico
Country

3.1707  Gas del Caribe S.A. de C.V.
Creditor's Name

2/11/2025

$ 1,442.78

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Chetumal-Cozumel Km 2
Street

| | Quintana | |
Cozumel | Roo | 77600
City | State | ZIP Code

Mexico
Country

3.1708  Gas del Caribe S.A. de C.V.
Creditor's Name

3/14/2025

$ 49.75

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Chetumal-Cozumel Km 2
Street

| | Quintana | |
Cozumel | Roo | 77600
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

3.1709  Gas del Caribe S.A. de C.V.                    3/14/2025      $              63.23        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street                                                                                           ☐  Services
                                                                                                 ☑  Other      Trade
                    Quintana
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

3.1710  Gas del Caribe S.A. de C.V.                    3/14/2025      $             121.77        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street                                                                                           ☐  Services
                                                                                                 ☑  Other      Trade
                    Quintana
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

3.1711  Gas del Caribe S.A. de C.V.                    3/14/2025      $             168.66        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street                                                                                           ☐  Services
                                                                                                 ☑  Other      Trade
                    Quintana
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

3.1712  Gas del Caribe S.A. de C.V.                    3/14/2025      $             203.73        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street                                                                                           ☐  Services
                                                                                                 ☑  Other      Trade
                    Quintana
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*  25-10715

Name

3.1713  Gas del Caribe S.A. de C.V.              3/14/2025        $         226.64        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                        Quintana                                                          ☑  Other      Trade
Cozumel                 Roo        77600
City                    State      ZIP Code

Mexico
Country

3.1714  Gas del Caribe S.A. de C.V.              3/14/2025        $         610.30        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                        Quintana                                                          ☑  Other      Trade
Cozumel                 Roo        77600
City                    State      ZIP Code

Mexico
Country

3.1715  Gas del Caribe S.A. de C.V.              3/14/2025        $         652.29        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                        Quintana                                                          ☑  Other      Trade
Cozumel                 Roo        77600
City                    State      ZIP Code

Mexico
Country

3.1716  Gas del Caribe S.A. de C.V.              3/14/2025        $         703.54        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                        Quintana                                                          ☑  Other      Trade
Cozumel                 Roo        77600
City                    State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

---

Name

3.1717 Gas del Caribe S.A. de C.V.                3/14/2025        $            740.74        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                               ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                      Quintana                                                                ☑ Other      Trade
Cozumel              Roo         77600
City                  State       ZIP Code

Mexico
Country

3.1718 Gas del Caribe S.A. de C.V.                3/14/2025        $            873.41        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                               ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                      Quintana                                                                ☑ Other      Trade
Cozumel              Roo         77600
City                  State       ZIP Code

Mexico
Country

3.1719 Gas del Caribe S.A. de C.V.                3/14/2025        $          1,260.36        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                               ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                      Quintana                                                                ☑ Other      Trade
Cozumel              Roo         77600
City                  State       ZIP Code

Mexico
Country

3.1720 Gas del Caribe S.A. de C.V.                3/14/2025        $          1,288.00        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                               ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                      Quintana                                                                ☑ Other      Trade
Cozumel              Roo         77600
City                  State       ZIP Code

Mexico
Country

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                        Case number *(if known):*     25-10715

Name

3.1721  Gas del Caribe S.A. de C.V.                    4/9/2025          $           72.59        ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☑  Other    Trade
Cozumel             Roo          77600
City                State        ZIP Code

Mexico
Country

3.1722  Gas del Caribe S.A. de C.V.                    4/9/2025          $          126.45       ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☑  Other    Trade
Cozumel             Roo          77600
City                State        ZIP Code

Mexico
Country

3.1723  Gas del Caribe S.A. de C.V.                    4/9/2025          $          132.67       ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☑  Other    Trade
Cozumel             Roo          77600
City                State        ZIP Code

Mexico
Country

3.1724  Gas del Caribe S.A. de C.V.                    4/9/2025          $          163.84       ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                  ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☑  Other    Trade
Cozumel             Roo          77600
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

Name

3.1725  Gas del Caribe S.A. de C.V.                    4/9/2025       $            215.44          ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                     ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                    Quintana                                                                        ☒  Other      Trade
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

3.1726  Gas del Caribe S.A. de C.V.                    4/9/2025       $            221.12          ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                     ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                    Quintana                                                                        ☒  Other      Trade
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

3.1727  Gas del Caribe S.A. de C.V.                    4/9/2025       $            574.90          ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                     ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                    Quintana                                                                        ☒  Other      Trade
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

3.1728  Gas del Caribe S.A. de C.V.                    4/9/2025       $            668.42          ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                                     ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                    Quintana                                                                        ☒  Other      Trade
Cozumel             Roo           77600
City                State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:  25-10715

Name

3.1729 Gas del Caribe S.A. de C.V.              4/9/2025        $           773.90        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                          ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other      Trade
                        Quintana
Cozumel                 Roo          77600
City                    State        ZIP Code
Mexico
Country

3.1730 Gas del Caribe S.A. de C.V.              4/9/2025        $           809.56        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                          ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other      Trade
                        Quintana
Cozumel                 Roo          77600
City                    State        ZIP Code
Mexico
Country

3.1731 Gas del Caribe S.A. de C.V.              4/9/2025        $           878.93        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                          ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other      Trade
                        Quintana
Cozumel                 Roo          77600
City                    State        ZIP Code
Mexico
Country

3.1732 Gas del Caribe S.A. de C.V.              4/9/2025        $         1,354.33        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Carretera Chetumal-Cozumel Km 2                                                          ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other      Trade
                        Quintana
Cozumel                 Roo          77600
City                    State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

3.1733   Gas del Caribe S.A. de C.V.
Creditor's Name

4/9/2025      $            1,498.06

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Carretera Chetumal-Cozumel Km 2
Street

| | Quintana | |
| Cozumel | Roo | 77600 |
| City | State | ZIP Code |

Mexico
Country

3.1734   Gobierno del Estado Libre Y Soberano de
Quintana Roo
Creditor's Name

1/29/2025      $              563.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Insurgentes No. 600, Col. Centro
Street

| | Quintana | |
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

3.1735   Gobierno del Estado Libre Y Soberano de
Quintana Roo
Creditor's Name

3/10/2025      $            1,313.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Insurgentes No. 600, Col. Centro
Street

| | Quintana | |
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

3.1736   Gobierno del Estado Libre Y Soberano de
Quintana Roo
Creditor's Name

3/10/2025      $            1,968.09

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Insurgentes No. 600, Col. Centro
Street

| | Quintana | |
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.1737 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 3/10/2025 | $ 16,690.58 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1738 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 3/25/2025 | $ 325.36 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1739 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 4/8/2025 | $ 16,663.63 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.1740 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

3.1741
Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

2/25/2025    $         11.07

☐ Secured debt

☐ Unsecured loan repayments

Av. Insurgentes No. 600, Col. Centro
Street

☐ Suppliers or vendors

☐ Services

Chetumal      Quintana Roo      77000
City          State             ZIP Code

☒ Other    Trade

Mexico
Country

3.1742
Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025    $         35.67

☐ Secured debt

☐ Unsecured loan repayments

Av. Insurgentes No. 600, Col. Centro
Street

☐ Suppliers or vendors

☐ Services

Chetumal      Quintana Roo      77000
City          State             ZIP Code

☒ Other    Trade

Mexico
Country

3.1743
Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025    $         35.67

☐ Secured debt

☐ Unsecured loan repayments

Av. Insurgentes No. 600, Col. Centro
Street

☐ Suppliers or vendors

☐ Services

Chetumal      Quintana Roo      77000
City          State             ZIP Code

☒ Other    Trade

Mexico
Country

3.1744
Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025    $         35.67

☐ Secured debt

☐ Unsecured loan repayments

Av. Insurgentes No. 600, Col. Centro
Street

☐ Suppliers or vendors

☐ Services

Chetumal      Quintana Roo      77000
City          State             ZIP Code

☒ Other    Trade

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|

3.1745  Gobierno del Estado Libre Y Soberano de Quintana Roo

Creditor's Name

1/29/2025    $    35.67

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Av. Insurgentes No. 600, Col. Centro

Street

Chetumal    Quintana Roo    77000

City    State    ZIP Code

Mexico

Country

3.1746  Gobierno del Estado Libre Y Soberano de Quintana Roo

Creditor's Name

1/29/2025    $    35.67

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Av. Insurgentes No. 600, Col. Centro

Street

Chetumal    Quintana Roo    77000

City    State    ZIP Code

Mexico

Country

3.1747  Gobierno del Estado Libre Y Soberano de Quintana Roo

Creditor's Name

1/29/2025    $    1,133.13

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Av. Insurgentes No. 600, Col. Centro

Street

Chetumal    Quintana Roo    77000

City    State    ZIP Code

Mexico

Country

3.1748  Gobierno del Estado Libre Y Soberano de Quintana Roo

Creditor's Name

1/29/2025    $    35.67

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Av. Insurgentes No. 600, Col. Centro

Street

Chetumal    Quintana Roo    77000

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

| | | | |
|---|---|---|---|
| 3.1749 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.1750 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.1751 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 1,133.13 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.1752 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 11.07 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1753  Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

2/25/2025    $    11.07

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal      Quintana Roo      77000
City          State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1754  Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025    $    35.67

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal      Quintana Roo      77000
City          State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1755  Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025    $    35.67

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal      Quintana Roo      77000
City          State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1756  Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025    $    1,133.13

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal      Quintana Roo      77000
City          State              ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1757 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ | 11.07 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro

Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City         State         ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.1758 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro

Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City         State         ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.1759 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro

Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City         State         ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.1760 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ | 11.07 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro

Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City         State         ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1761 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 1,133.13 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.1762 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.1763 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.1764 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.1765 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/10/2025 | $ | 20,015.77 | ☐ | Secured debt |
|--------|------------------------------------------------------|-----------|---|-----------|---|--------------|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|----------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

| 3.1766 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 | ☐ | Secured debt |
|--------|------------------------------------------------------|-----------|---|-------|---|--------------|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|----------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

| 3.1767 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 | ☐ | Secured debt |
|--------|------------------------------------------------------|-----------|---|-------|---|--------------|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|----------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

| 3.1768 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 | ☐ | Secured debt |
|--------|------------------------------------------------------|-----------|---|-------|---|--------------|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

| Chetumal | Quintana Roo | 77000 |
|----------|--------------|-------|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1769 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 11.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Chetumal    Quintana Roo    77000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1770 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Chetumal    Quintana Roo    77000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1771 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Chetumal    Quintana Roo    77000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1772 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Chetumal    Quintana Roo    77000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):* 25-10715

| | | | |
|---|---|---|---|
| 3.1773 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | | |
|---|---|---|
| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1774 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 1,697.07 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | | |
|---|---|---|
| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1775 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | | |
|---|---|---|
| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1776 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 11.07 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | | |
|---|---|---|
| Chetumal | Quintana Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1777 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Chetumal — Quintana Roo — 77000
City — State — ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1778 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Chetumal — Quintana Roo — 77000
City — State — ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1779 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 11.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Chetumal — Quintana Roo — 77000
City — State — ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1780 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 1,968.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |

Chetumal — Quintana Roo — 77000
City — State — ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|

**3.1781** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025

$ 35.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal     Quintana Roo     77000
City     State     ZIP Code

Mexico
Country

**3.1782** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025

$ 1,133.13

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal     Quintana Roo     77000
City     State     ZIP Code

Mexico
Country

**3.1783** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025

$ 35.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal     Quintana Roo     77000
City     State     ZIP Code

Mexico
Country

**3.1784** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025

$ 35.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal     Quintana Roo     77000
City     State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.1785 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City     State     ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.1786 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 1,133.13 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City     State     ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.1787 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ | 11.07 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City     State     ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.1788 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|

City     State     ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number (if known):  25-10715

Name

| | | | |
|---|---|---|---|
| 3.1789 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1790 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 1,133.13 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1791 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 1,133.13 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1792 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 1,968.09 |

Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

| Chetumal | Quintana Roo | 77000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | |
|---|---|---|---|
| 3.1793 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.1794 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.1795 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 1,133.13 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

| | | | |
|---|---|---|---|
| 3.1796 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 11.07 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

| | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.1797 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1798 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1799 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/25/2025 | $ 11.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.1800 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ 35.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

| | | | |
|---|---|---|---|
| Name | | | |

**3.1801** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025          $          35.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City          State          ZIP Code

Mexico
Country

**3.1802** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025          $          35.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City          State          ZIP Code

Mexico
Country

**3.1803** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

1/29/2025          $          35.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City          State          ZIP Code

Mexico
Country

**3.1804** Gobierno del Estado Libre Y Soberano de Quintana Roo
Creditor's Name

2/25/2025          $          11.07

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City          State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:   25-10715
_____
Name

**3.1805**  Gobierno del Estado Libre Y Soberano de Quintana Roo          1/29/2025         $            35.67
Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1806**  Gobierno del Estado Libre Y Soberano de Quintana Roo          1/29/2025         $            35.67
Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1807**  Gobierno del Estado Libre Y Soberano de Quintana Roo          1/29/2025         $            35.67
Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.1808**  Gobierno del Estado Libre Y Soberano de Quintana Roo          1/29/2025         $            35.67
Creditor's Name

Av. Insurgentes No. 600, Col. Centro
Street

Chetumal          Quintana Roo          77000
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*   25-10715

| | | | |
|---|---|---|---|
| 3.1809 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $        35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1810 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $        35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1811 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $        35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.1812 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $        35.67 |
| | Creditor's Name | | |

Av. Insurgentes No. 600, Col. Centro
Street

|  | Quintana | |
|---|---|---|
| Chetumal | Roo | 77000 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*   25-10715

Name

| 3.1813 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 | ☐ | Secured debt |
|--------|------|------|---|------|---|-----|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |

Chetumal | Quintana Roo | 77000
City | State | ZIP Code

Mexico
Country

| 3.1814 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 35.67 | ☐ | Secured debt |
|--------|------|------|---|------|---|-----|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |

Chetumal | Quintana Roo | 77000
City | State | ZIP Code

Mexico
Country

| 3.1815 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 1/29/2025 | $ | 1,697.07 | ☐ | Secured debt |
|--------|------|------|---|------|---|-----|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |

Chetumal | Quintana Roo | 77000
City | State | ZIP Code

Mexico
Country

| 3.1816 | Gobierno del Estado Libre Y Soberano de Quintana Roo | 2/10/2025 | $ | 20,015.77 | ☐ | Secured debt |
|--------|------|------|---|------|---|-----|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Insurgentes No. 600, Col. Centro | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |

Chetumal | Quintana Roo | 77000
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1817 Gomez Garcia Gamaliel Javier

Creditor's Name

1/21/2025          $          2,012.14

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

3.1818 Gomez Garcia Gamaliel Javier

Creditor's Name

2/18/2025          $          3,751.44

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

3.1819 Gomez Garcia Gamaliel Javier

Creditor's Name

3/20/2025          $          3,751.44

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

3.1820 Gomez Garcia Gamaliel Javier

Creditor's Name

4/4/2025          $          227.41

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1821   Gomez Garcia Gamaliel Javier
Creditor's Name

4/4/2025       $          3,552.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street



City            State         ZIP Code

Country

3.1822   Gomez Garcia Gamaliel Javier
Creditor's Name

4/11/2025      $            619.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street



City            State         ZIP Code

Country

3.1823   Gomez Garcia Gamaliel Javier
Creditor's Name

4/11/2025      $          3,865.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street



City            State         ZIP Code

Country

3.1824   Gomez Garcia Gamaliel Javier
Creditor's Name

4/16/2025      $          3,552.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street



City            State         ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.1825 Grupo Editorial Latitud 21 S.A. de C.V.
Creditor's Name

Av. Insurgentes Sur 2453, Tizapán San Ángel
Street

Álvaro Obregón | Ciudad de México | 01090
City | State | ZIP Code

Mexico
Country

2/19/2025    $    2,450.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1826 Grupo Editorial Latitud 21 S.A. de C.V.
Creditor's Name

Av. Insurgentes Sur 2453, Tizapán San Ángel
Street

Álvaro Obregón | Ciudad de México | 01090
City | State | ZIP Code

Mexico
Country

2/21/2025    $    2,450.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1827 Grupo Editorial Latitud 21 S.A. de C.V.
Creditor's Name

Av. Insurgentes Sur 2453, Tizapán San Ángel
Street

Álvaro Obregón | Ciudad de México | 01090
City | State | ZIP Code

Mexico
Country

2/28/2025    $    2,450.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.1828 Grupo Editorial Latitud 21 S.A. de C.V.
Creditor's Name

Av. Insurgentes Sur 2453, Tizapán San Ángel
Street

Álvaro Obregón | Ciudad de México | 01090
City | State | ZIP Code

Mexico
Country

3/10/2025    $    2,450.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                         Case number *(if known)*:    25-10715

Name

3.1829  Grupo Editorial Latitud 21 S.A. de C.V.         3/24/2025      $         2,450.00      ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Av. Insurgentes Sur 2453, Tizapán San Ángel                                                    ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other      Trade

Álvaro Obregón        Ciudad de        01090
                      México
City                  State            ZIP Code

Mexico
Country

3.1830  Grupo Junacun S.A. de C.V.                      1/17/2025      $          339.08       ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                            ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other      Trade

Cancún                Quintana         77505
                      Roo
City                  State            ZIP Code

Mexico
Country

3.1831  Grupo Junacun S.A. de C.V.                      1/17/2025      $         2,150.51      ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                            ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other      Trade

Cancún                Quintana         77505
                      Roo
City                  State            ZIP Code

Mexico
Country

3.1832  Grupo Junacun S.A. de C.V.                      1/17/2025      $         2,489.59      ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                            ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other      Trade

Cancún                Quintana         77505
                      Roo
City                  State            ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.1833  Grupo Junacun S.A. de C.V.

Creditor's Name

1/20/2025  $  2,489.59

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico

Country

3.1834  Grupo Junacun S.A. de C.V.

Creditor's Name

1/24/2025  $  2,792.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico

Country

3.1835  Grupo Junacun S.A. de C.V.

Creditor's Name

1/29/2025  $  601.28

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico

Country

3.1836  Grupo Junacun S.A. de C.V.

Creditor's Name

1/29/2025  $  1,774.44

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known):*   25-10715

Name

3.1837  Grupo Junacun S.A. de C.V.              2/7/2025      $          625.63      ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
Street                                                                            ☐ Services
                                                                                  ☒ Other    Trade
                 Quintana
Cancún           Roo          77505
City             State        ZIP Code

Mexico
Country

3.1838  Grupo Junacun S.A. de C.V.              2/7/2025      $        2,444.32    ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
Street                                                                            ☐ Services
                                                                                  ☒ Other    Trade
                 Quintana
Cancún           Roo          77505
City             State        ZIP Code

Mexico
Country

3.1839  Grupo Junacun S.A. de C.V.              2/13/2025     $           45.57    ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
Street                                                                            ☐ Services
                                                                                  ☒ Other    Trade
                 Quintana
Cancún           Roo          77505
City             State        ZIP Code

Mexico
Country

3.1840  Grupo Junacun S.A. de C.V.              2/13/2025     $           74.97    ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
Street                                                                            ☐ Services
                                                                                  ☒ Other    Trade
                 Quintana
Cancún           Roo          77505
City             State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.  
Case number *(if known):*  25-10715

Name

3.1841  Grupo Junacun S.A. de C.V.  
Creditor's Name

2/13/2025  $  231.38

☐ Secured debt  
☐ Unsecured loan repayments  
☐ Suppliers or vendors  
☐ Services  
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10  
Street

Quintana  
Cancún          Roo        77505  
City          State      ZIP Code

Mexico  
Country

3.1842  Grupo Junacun S.A. de C.V.  
Creditor's Name

2/13/2025  $  291.50

☐ Secured debt  
☐ Unsecured loan repayments  
☐ Suppliers or vendors  
☐ Services  
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10  
Street

Quintana  
Cancún          Roo        77505  
City          State      ZIP Code

Mexico  
Country

3.1843  Grupo Junacun S.A. de C.V.  
Creditor's Name

2/13/2025  $  297.97

☐ Secured debt  
☐ Unsecured loan repayments  
☐ Suppliers or vendors  
☐ Services  
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10  
Street

Quintana  
Cancún          Roo        77505  
City          State      ZIP Code

Mexico  
Country

3.1844  Grupo Junacun S.A. de C.V.  
Creditor's Name

2/13/2025  $  448.01

☐ Secured debt  
☐ Unsecured loan repayments  
☐ Suppliers or vendors  
☐ Services  
☑ Other    Trade

Av. Tulum No. 380, Super Manzana 10  
Street

Quintana  
Cancún          Roo        77505  
City          State      ZIP Code

Mexico  
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1845  Grupo Junacun S.A. de C.V.                2/13/2025      $          524.59        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments
Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                   Quintana                                                                ☒ Other      Trade
Cancún             Roo          77505
City               State        ZIP Code
Mexico
Country

3.1846  Grupo Junacun S.A. de C.V.                2/19/2025      $          361.52        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments
Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                   Quintana                                                                ☒ Other      Trade
Cancún             Roo          77505
City               State        ZIP Code
Mexico
Country

3.1847  Grupo Junacun S.A. de C.V.                2/19/2025      $          408.71        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments
Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                   Quintana                                                                ☒ Other      Trade
Cancún             Roo          77505
City               State        ZIP Code
Mexico
Country

3.1848  Grupo Junacun S.A. de C.V.                2/19/2025      $          441.54        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments
Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                   Quintana                                                                ☒ Other      Trade
Cancún             Roo          77505
City               State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1849   Grupo Junacun S.A. de C.V.                2/19/2025        $            477.31        ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                           ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                    Quintana                                                                  ☑  Other       Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

3.1850   Grupo Junacun S.A. de C.V.                2/27/2025        $              9.70        ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                           ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                    Quintana                                                                  ☑  Other       Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

3.1851   Grupo Junacun S.A. de C.V.                2/27/2025        $             27.34        ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                           ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                    Quintana                                                                  ☑  Other       Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

3.1852   Grupo Junacun S.A. de C.V.                2/27/2025        $            208.54        ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                           ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

                    Quintana                                                                  ☑  Other       Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715

Name

3.1853   Grupo Junacun S.A. de C.V.                2/27/2025        $           304.54        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                    Quintana                                                                 ☒  Other     Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

3.1854   Grupo Junacun S.A. de C.V.                2/27/2025        $           332.22        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                    Quintana                                                                 ☒  Other     Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

3.1855   Grupo Junacun S.A. de C.V.                2/27/2025        $           366.47        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                    Quintana                                                                 ☒  Other     Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

3.1856   Grupo Junacun S.A. de C.V.                2/27/2025        $           448.01        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                    Quintana                                                                 ☒  Other     Trade
Cancún              Roo          77505
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.1857  Grupo Junacun S.A. de C.V.              3/13/2025      $            34.25        ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other      Trade
                Quintana
Cancún          Roo            77505
City            State          ZIP Code

Mexico
Country

3.1858  Grupo Junacun S.A. de C.V.              3/13/2025      $            45.57        ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other      Trade
                Quintana
Cancún          Roo            77505
City            State          ZIP Code

Mexico
Country

3.1859  Grupo Junacun S.A. de C.V.              3/13/2025      $            45.67        ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other      Trade
                Quintana
Cancún          Roo            77505
City            State          ZIP Code

Mexico
Country

3.1860  Grupo Junacun S.A. de C.V.              3/13/2025      $           179.24        ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other      Trade
                Quintana
Cancún          Roo            77505
City            State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| | | | |
|---|---|---|---|
| 3.1861 | Grupo Junacun S.A. de C.V. | 3/13/2025 | $ 180.76 |
| | Creditor's Name | | |

Av. Tulum No. 380, Super Manzana 10
_____
Street

_____

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1862 | Grupo Junacun S.A. de C.V. | 3/13/2025 | $ 423.56 |
| | Creditor's Name | | |

Av. Tulum No. 380, Super Manzana 10
_____
Street

_____

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1863 | Grupo Junacun S.A. de C.V. | 3/13/2025 | $ 501.56 |
| | Creditor's Name | | |

Av. Tulum No. 380, Super Manzana 10
_____
Street

_____

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.1864 | Grupo Junacun S.A. de C.V. | 3/13/2025 | $ 540.76 |
| | Creditor's Name | | |

Av. Tulum No. 380, Super Manzana 10
_____
Street

_____

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
_____
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1865  Grupo Junacun S.A. de C.V.                    3/21/2025        $              45.67        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
        Street                                                                                     ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

3.1866  Grupo Junacun S.A. de C.V.                    3/21/2025        $              68.50        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
        Street                                                                                     ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

3.1867  Grupo Junacun S.A. de C.V.                    3/21/2025        $             219.96        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
        Street                                                                                     ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

3.1868  Grupo Junacun S.A. de C.V.                    3/21/2025        $             325.75        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                                        ☐ Suppliers or vendors
        Street                                                                                     ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known):*  25-10715

Name

3.1869  Grupo Junacun S.A. de C.V.                3/21/2025        $        355.05        ☐ Secured debt
        Creditor's Name                                                                   ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
        Street                                                                            ☐ Services

                        Quintana                                                          ☑ Other    Trade
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

3.1870  Grupo Junacun S.A. de C.V.                3/21/2025        $        482.16        ☐ Secured debt
        Creditor's Name                                                                   ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
        Street                                                                            ☐ Services

                        Quintana                                                          ☑ Other    Trade
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

3.1871  Grupo Junacun S.A. de C.V.                3/21/2025        $        506.51        ☐ Secured debt
        Creditor's Name                                                                   ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
        Street                                                                            ☐ Services

                        Quintana                                                          ☑ Other    Trade
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

3.1872  Grupo Junacun S.A. de C.V.                3/21/2025        $        590.99        ☐ Secured debt
        Creditor's Name                                                                   ☐ Unsecured loan repayments

        Av. Tulum No. 380, Super Manzana 10                                               ☐ Suppliers or vendors
        Street                                                                            ☐ Services

                        Quintana                                                          ☑ Other    Trade
        Cancún          Roo          77505
        City            State        ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1873  Grupo Junacun S.A. de C.V.
Creditor's Name

3/27/2025

$                27.34

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Av. Tulum No. 380, Super Manzana 10
Street

Quintana
Cancún            Roo           77505
City              State         ZIP Code

Mexico
Country

3.1874  Grupo Junacun S.A. de C.V.
Creditor's Name

3/27/2025

$                45.57

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Av. Tulum No. 380, Super Manzana 10
Street

Quintana
Cancún            Roo           77505
City              State         ZIP Code

Mexico
Country

3.1875  Grupo Junacun S.A. de C.V.
Creditor's Name

3/27/2025

$                63.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Av. Tulum No. 380, Super Manzana 10
Street

Quintana
Cancún            Roo           77505
City              State         ZIP Code

Mexico
Country

3.1876  Grupo Junacun S.A. de C.V.
Creditor's Name

3/27/2025

$                221.48

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Av. Tulum No. 380, Super Manzana 10
Street

Quintana
Cancún            Roo           77505
City              State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1877 Grupo Junacun S.A. de C.V.
Creditor's Name

3/27/2025    $    325.75

Av. Tulum No. 380, Super Manzana 10
Street

| | Quintana | |
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1878 Grupo Junacun S.A. de C.V.
Creditor's Name

3/27/2025    $    506.51

Av. Tulum No. 380, Super Manzana 10
Street

| | Quintana | |
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1879 Grupo Junacun S.A. de C.V.
Creditor's Name

3/27/2025    $    551.99

Av. Tulum No. 380, Super Manzana 10
Street

| | Quintana | |
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.1880 Grupo Junacun S.A. de C.V.
Creditor's Name

4/3/2025    $    45.57

Av. Tulum No. 380, Super Manzana 10
Street

| | Quintana | |
| Cancún | Roo | 77505 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                        Case number *(if known):*    25-10715

Name

3.1881  Grupo Junacun S.A. de C.V.                4/3/2025          $            102.75          ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                            Quintana                                                            ☑  Other    Trade
Cancún                      Roo          77505
City                        State        ZIP Code

Mexico
Country

3.1882  Grupo Junacun S.A. de C.V.                4/3/2025          $            115.69          ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                            Quintana                                                            ☑  Other    Trade
Cancún                      Roo          77505
City                        State        ZIP Code

Mexico
Country

3.1883  Grupo Junacun S.A. de C.V.                4/3/2025          $            325.75          ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                            Quintana                                                            ☑  Other    Trade
Cancún                      Roo          77505
City                        State        ZIP Code

Mexico
Country

3.1884  Grupo Junacun S.A. de C.V.                4/3/2025          $            499.95          ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                            Quintana                                                            ☑  Other    Trade
Cancún                      Roo          77505
City                        State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.1885  Grupo Junacun S.A. de C.V.                2/19/2025        $            68.50        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                         ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                        Quintana                                                            ☑  Other    Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1886  Grupo Junacun S.A. de C.V.                2/13/2025        $            36.46        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                         ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                        Quintana                                                            ☑  Other    Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1887  Grupo Junacun S.A. de C.V.                3/13/2025        $            36.46        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                         ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                        Quintana                                                            ☑  Other    Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1888  Grupo Junacun S.A. de C.V.                2/27/2025        $            36.46        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                         ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                        Quintana                                                            ☑  Other    Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.1889  Grupo Junacun S.A. de C.V.                2/19/2025      $            36.46      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other    Trade
                        Quintana
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1890  Grupo Junacun S.A. de C.V.                2/27/2025      $            45.67      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other    Trade
                        Quintana
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1891  Grupo Junacun S.A. de C.V.                3/13/2025      $            36.46      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other    Trade
                        Quintana
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1892  Grupo Junacun S.A. de C.V.                2/19/2025      $            36.46      ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services
                                                                                        ☒  Other    Trade
                        Quintana
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1893  Grupo Junacun S.A. de C.V.                2/27/2025      $           36.46      ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                    ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                         ☒  Other    Trade
Cancún                Roo            77505
City                  State          ZIP Code

Mexico
Country

3.1894  Grupo Junacun S.A. de C.V.                2/19/2025      $           68.50      ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                    ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                         ☒  Other    Trade
Cancún                Roo            77505
City                  State          ZIP Code

Mexico
Country

3.1895  Grupo Junacun S.A. de C.V.                2/27/2025      $           68.50      ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                    ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                         ☒  Other    Trade
Cancún                Roo            77505
City                  State          ZIP Code

Mexico
Country

3.1896  Grupo Junacun S.A. de C.V.                3/21/2025      $           36.46      ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                    ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                         ☒  Other    Trade
Cancún                Roo            77505
City                  State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1897    Grupo Junacun S.A. de C.V.                3/27/2025        $              68.50        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                            ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                        Quintana                                                               ☒  Other    Trade
Cancún                  Roo        77505
City                    State      ZIP Code

Mexico
Country

3.1898    Grupo Junacun S.A. de C.V.                2/19/2025        $              36.46        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                            ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                        Quintana                                                               ☒  Other    Trade
Cancún                  Roo        77505
City                    State      ZIP Code

Mexico
Country

3.1899    Grupo Junacun S.A. de C.V.                2/27/2025        $              36.46        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                            ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                        Quintana                                                               ☒  Other    Trade
Cancún                  Roo        77505
City                    State      ZIP Code

Mexico
Country

3.1900    Grupo Junacun S.A. de C.V.                3/27/2025        $              81.44        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                            ☐  Suppliers or vendors
Street                                                                                          ☐  Services

                        Quintana                                                               ☒  Other    Trade
Cancún                  Roo        77505
City                    State      ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*   25-10715

Name

3.1901  Grupo Junacun S.A. de C.V.          2/27/2025    $          36.46        ☐  Secured debt
Creditor's Name
                                                                               ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                            ☐  Suppliers or vendors
Street
                                                                               ☐  Services

                         Quintana                                              ☒  Other    Trade
Cancún                   Roo         77505
City                     State       ZIP Code

Mexico
Country

3.1902  Grupo Junacun S.A. de C.V.          2/27/2025    $          45.67        ☐  Secured debt
Creditor's Name
                                                                               ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                            ☐  Suppliers or vendors
Street
                                                                               ☐  Services

                         Quintana                                              ☒  Other    Trade
Cancún                   Roo         77505
City                     State       ZIP Code

Mexico
Country

3.1903  Grupo Junacun S.A. de C.V.          2/13/2025    $          57.09        ☐  Secured debt
Creditor's Name
                                                                               ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                            ☐  Suppliers or vendors
Street
                                                                               ☐  Services

                         Quintana                                              ☒  Other    Trade
Cancún                   Roo         77505
City                     State       ZIP Code

Mexico
Country

3.1904  Grupo Junacun S.A. de C.V.          2/19/2025    $          36.46        ☐  Secured debt
Creditor's Name
                                                                               ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                            ☐  Suppliers or vendors
Street
                                                                               ☐  Services

                         Quintana                                              ☒  Other    Trade
Cancún                   Roo         77505
City                     State       ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715

Name

3.1905   Grupo Junacun S.A. de C.V.                    3/21/2025        $            45.57       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                        Quintana                                                             ☒  Other      Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1906   Grupo Junacun S.A. de C.V.                    3/21/2025        $            36.46       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                        Quintana                                                             ☒  Other      Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1907   Grupo Junacun S.A. de C.V.                    2/13/2025        $            36.46       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                        Quintana                                                             ☒  Other      Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

3.1908   Grupo Junacun S.A. de C.V.                    3/21/2025        $            36.46       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                        Quintana                                                             ☒  Other      Trade
Cancún                  Roo          77505
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.1909 | Grupo Junacun S.A. de C.V. | 3/21/2025 | $ 45.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Tulum No. 380, Super Manzana 10 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | Quintana | | ☒ Other   Trade |
| | Cancún | Roo | 77505 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| 3.1910 | Grupo Junacun S.A. de C.V. | 2/13/2025 | $ 36.46 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Tulum No. 380, Super Manzana 10 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | Quintana | | ☒ Other   Trade |
| | Cancún | Roo | 77505 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| 3.1911 | Grupo Junacun S.A. de C.V. | 2/13/2025 | $ 57.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Tulum No. 380, Super Manzana 10 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | Quintana | | ☒ Other   Trade |
| | Cancún | Roo | 77505 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

| 3.1912 | Grupo Junacun S.A. de C.V. | 3/21/2025 | $ 45.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Tulum No. 380, Super Manzana 10 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | Quintana | | ☒ Other   Trade |
| | Cancún | Roo | 77505 | |
| | City | State | ZIP Code | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*   25-10715

Name

3.1913  Grupo Junacun S.A. de C.V.                3/27/2025        $        68.50        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                       ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade
              Quintana
Cancún        Roo        77505
City          State      ZIP Code

Mexico
Country

3.1914  Grupo Junacun S.A. de C.V.                2/13/2025        $        36.46        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                       ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade
              Quintana
Cancún        Roo        77505
City          State      ZIP Code

Mexico
Country

3.1915  Grupo Junacun S.A. de C.V.                3/27/2025        $        81.44        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                       ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade
              Quintana
Cancún        Roo        77505
City          State      ZIP Code

Mexico
Country

3.1916  Grupo Junacun S.A. de C.V.                2/27/2025        $        45.67        ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                       ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade
              Quintana
Cancún        Roo        77505
City          State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*: 25-10715

Name

3.1917  Grupo Junacun S.A. de C.V.                     2/27/2025      $            68.50        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                              ☒ Other    Trade
                       Quintana
Cancún                 Roo            77505
City                   State          ZIP Code

Mexico
Country

3.1918  Grupo Junacun S.A. de C.V.                     4/3/2025       $            36.46        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                              ☒ Other    Trade
                       Quintana
Cancún                 Roo            77505
City                   State          ZIP Code

Mexico
Country

3.1919  Grupo Junacun S.A. de C.V.                     4/3/2025       $            36.46        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Tulum No. 380, Super Manzana 10                                                          ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                              ☒ Other    Trade
                       Quintana
Cancún                 Roo            77505
City                   State          ZIP Code

Mexico
Country

3.1920  Grupo Mexicano de Seguros S.A. de C.V.         2/14/2025      $         47,830.53       ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Paseo de la Reforma 300, Cuauhtémoc                                                      ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                              ☒ Other    Trade

Mexico City            Mexico City    06600
City                   State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

3.1921  Grupo Textil del Caribe S.A. de C.V.          1/21/2025      $          804.98      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                      ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                    Quintana                                                               ☒  Other    Trade
                    Roo
Cancún                          77500
City                State       ZIP Code

Mexico
Country


3.1922  Grupo Textil del Caribe S.A. de C.V.          1/28/2025      $          509.82      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                      ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                    Quintana                                                               ☒  Other    Trade
                    Roo
Cancún                          77500
City                State       ZIP Code

Mexico
Country


3.1923  Grupo Textil del Caribe S.A. de C.V.          2/7/2025       $        1,322.56      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                      ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                    Quintana                                                               ☒  Other    Trade
                    Roo
Cancún                          77500
City                State       ZIP Code

Mexico
Country


3.1924  Grupo Textil del Caribe S.A. de C.V.          2/11/2025      $           72.18      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                      ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                    Quintana                                                               ☒  Other    Trade
                    Roo
Cancún                          77500
City                State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.1925  Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

2/11/2025          $          846.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Industria No. 45, Col. Industrial
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

3.1926  Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

2/20/2025          $          31.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Industria No. 45, Col. Industrial
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

3.1927  Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

3/4/2025          $          102.47

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Industria No. 45, Col. Industrial
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

3.1928  Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

3/4/2025          $          733.54

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Industria No. 45, Col. Industrial
Street

Cancún          Quintana Roo          77500
City          State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1929 Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

Av. Industria No. 45, Col. Industrial
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

3/10/2025        $              780.18

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.1930 Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

Av. Industria No. 45, Col. Industrial
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

3/14/2025        $               69.37

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.1931 Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

Av. Industria No. 45, Col. Industrial
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

3/14/2025        $              468.41

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.1932 Grupo Textil del Caribe S.A. de C.V.
Creditor's Name

Av. Industria No. 45, Col. Industrial
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

3/21/2025        $               74.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1933  Grupo Textil del Caribe S.A. de C.V.          3/31/2025      $            390.22        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                          ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                     Quintana                                                                  ☒  Other     Trade
Cancún               Roo          77500
City                 State        ZIP Code

Mexico
Country

3.1934  Grupo Textil del Caribe S.A. de C.V.          4/2/2025       $          1,047.96       ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                          ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                     Quintana                                                                  ☒  Other     Trade
Cancún               Roo          77500
City                 State        ZIP Code

Mexico
Country

3.1935  Grupo Textil del Caribe S.A. de C.V.          4/4/2025       $            542.62       ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                          ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                     Quintana                                                                  ☒  Other     Trade
Cancún               Roo          77500
City                 State        ZIP Code

Mexico
Country

3.1936  Grupo Textil del Caribe S.A. de C.V.          4/7/2025       $            186.66       ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                          ☐  Suppliers or vendors
Street
                                                                                               ☐  Services

                     Quintana                                                                  ☒  Other     Trade
Cancún               Roo          77500
City                 State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number (if known):    25-10715

Name

3.1937  Grupo Textil del Caribe S.A. de C.V.        4/7/2025        $          513.92        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                       ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade
                    Quintana
Cancún              Roo         77500
City                State       ZIP Code

Mexico
Country

3.1938  Grupo Textil del Caribe S.A. de C.V.        4/16/2025       $          983.11        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. Industria No. 45, Col. Industrial                                                       ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade
                    Quintana
Cancún              Roo         77500
City                State       ZIP Code

Mexico
Country

3.1939  Gutierrez Guzman Leyda                      1/20/2025       $        5,018.25        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                              ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade

City                State       ZIP Code

Country

3.1940  Gutierrez Guzman Leyda                      1/27/2025       $        4,957.90        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                              ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☒  Other    Trade

City                State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1941 Gutierrez Guzman Leyda

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

2/4/2025        $        5,944.81

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.1942 Gutierrez Guzman Leyda

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

2/11/2025        $        6,137.26

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.1943 Gutierrez Guzman Leyda

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

2/17/2025        $        6.27

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.1944 Gutierrez Guzman Leyda

Creditor's Name

Address Available Upon Request

Street

City        State        ZIP Code

Country

2/17/2025        $        11.73

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.1945** Gutierrez Guzman Leyda
Creditor's Name

2/17/2025    $    15.19

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City          State          ZIP Code

Country

**3.1946** Gutierrez Guzman Leyda
Creditor's Name

2/17/2025    $    93.42

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City          State          ZIP Code

Country

**3.1947** Gutierrez Guzman Leyda
Creditor's Name

2/17/2025    $    168.29

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City          State          ZIP Code

Country

**3.1948** Gutierrez Guzman Leyda
Creditor's Name

2/17/2025    $    178.01

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):* 25-10715
_____

3.1949  Gutierrez Guzman Leyda          2/17/2025      $        191.81
Creditor's Name

Address Available Upon Request
Street

_____
City          State      ZIP Code

_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.1950  Gutierrez Guzman Leyda          2/17/2025      $        251.86
Creditor's Name

Address Available Upon Request
Street

_____
City          State      ZIP Code

_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.1951  Gutierrez Guzman Leyda          2/17/2025      $        297.19
Creditor's Name

Address Available Upon Request
Street

_____
City          State      ZIP Code

_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.1952  Gutierrez Guzman Leyda          2/17/2025      $        331.36
Creditor's Name

Address Available Upon Request
Street

_____
City          State      ZIP Code

_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.1953   Gutierrez Guzman Leyda                2/17/2025      $        339.11       ☐  Secured debt
         Creditor's Name
                                                                                   ☐  Unsecured loan repayments

         Address Available Upon Request                                            ☐  Suppliers or vendors
         Street
                                                                                   ☐  Services

                                                                                   ☑  Other    Trade

         City              State      ZIP Code

         Country

3.1954   Gutierrez Guzman Leyda                2/17/2025      $        377.81       ☐  Secured debt
         Creditor's Name
                                                                                   ☐  Unsecured loan repayments

         Address Available Upon Request                                            ☐  Suppliers or vendors
         Street
                                                                                   ☐  Services

                                                                                   ☑  Other    Trade

         City              State      ZIP Code

         Country

3.1955   Gutierrez Guzman Leyda                2/17/2025      $        467.33       ☐  Secured debt
         Creditor's Name
                                                                                   ☐  Unsecured loan repayments

         Address Available Upon Request                                            ☐  Suppliers or vendors
         Street
                                                                                   ☐  Services

                                                                                   ☑  Other    Trade

         City              State      ZIP Code

         Country

3.1956   Gutierrez Guzman Leyda                2/17/2025      $        552.37       ☐  Secured debt
         Creditor's Name
                                                                                   ☐  Unsecured loan repayments

         Address Available Upon Request                                            ☐  Suppliers or vendors
         Street
                                                                                   ☐  Services

                                                                                   ☑  Other    Trade

         City              State      ZIP Code

         Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

3.1957  Gutierrez Guzman Leyda

Creditor's Name

2/17/2025

$                620.88

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Address Available Upon Request

Street

_____

City          State          ZIP Code

Country

3.1958  Gutierrez Guzman Leyda

Creditor's Name

2/17/2025

$                859.73

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Address Available Upon Request

Street

_____

City          State          ZIP Code

Country

3.1959  Gutierrez Guzman Leyda

Creditor's Name

2/17/2025

$                980.99

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Address Available Upon Request

Street

_____

City          State          ZIP Code

Country

3.1960  Gutierrez Guzman Leyda

Creditor's Name

2/17/2025

$                981.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Address Available Upon Request

Street

_____

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

**3.1961** Gutierrez Guzman Leyda

Creditor's Name

2/24/2025     $     15.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

**3.1962** Gutierrez Guzman Leyda

Creditor's Name

2/24/2025     $     123.69

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

**3.1963** Gutierrez Guzman Leyda

Creditor's Name

2/24/2025     $     256.56

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

**3.1964** Gutierrez Guzman Leyda

Creditor's Name

2/24/2025     $     346.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request

Street

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.1965 Gutierrez Guzman Leyda          2/24/2025     $          374.08
Creditor's Name

Address Available Upon Request
Street


City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1966 Gutierrez Guzman Leyda          2/24/2025     $          658.22
Creditor's Name

Address Available Upon Request
Street


City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1967 Gutierrez Guzman Leyda          2/24/2025     $          683.33
Creditor's Name

Address Available Upon Request
Street


City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.1968 Gutierrez Guzman Leyda          3/10/2025     $          15.19
Creditor's Name

Address Available Upon Request
Street


City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.1969    Gutierrez Guzman Leyda                    3/14/2025        $            177.17        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other      Trade

City                State        ZIP Code

Country

3.1970    Gutierrez Guzman Leyda                    3/14/2025        $            255.14        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other      Trade

City                State        ZIP Code

Country

3.1971    Gutierrez Guzman Leyda                    3/14/2025        $            303.30        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other      Trade

City                State        ZIP Code

Country

3.1972    Gutierrez Guzman Leyda                    3/14/2025        $            688.65        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other      Trade

City                State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.1973 Gutierrez Guzman Leyda          3/14/2025   $          1,102.55
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.1974 Gutierrez Guzman Leyda          3/14/2025   $          1,148.48
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.1975 Gutierrez Guzman Leyda          3/18/2025   $            12.08
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.1976 Gutierrez Guzman Leyda          3/18/2025   $            13.52
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.                Case number *(if known)*:    25-10715

Name

3.1977  Gutierrez Guzman Leyda                 3/18/2025        $              14.67        ☐ Secured debt
Creditor's Name                                                                           ☐ Unsecured loan repayments

Address Available Upon Request                                                            ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade

City              State            ZIP Code

Country

3.1978  Gutierrez Guzman Leyda                 3/18/2025        $             102.33       ☐ Secured debt
Creditor's Name                                                                           ☐ Unsecured loan repayments

Address Available Upon Request                                                            ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade

City              State            ZIP Code

Country

3.1979  Gutierrez Guzman Leyda                 3/18/2025        $             182.04       ☐ Secured debt
Creditor's Name                                                                           ☐ Unsecured loan repayments

Address Available Upon Request                                                            ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade

City              State            ZIP Code

Country

3.1980  Gutierrez Guzman Leyda                 3/18/2025        $             254.72       ☐ Secured debt
Creditor's Name                                                                           ☐ Unsecured loan repayments

Address Available Upon Request                                                            ☐ Suppliers or vendors
Street                                                                                    ☐ Services
                                                                                          ☒ Other    Trade

City              State            ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.1981   Gutierrez Guzman Leyda
Creditor's Name

3/18/2025        $              296.68

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1982   Gutierrez Guzman Leyda
Creditor's Name

3/18/2025        $              326.35

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1983   Gutierrez Guzman Leyda
Creditor's Name

3/18/2025        $              332.01

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.1984   Gutierrez Guzman Leyda
Creditor's Name

3/18/2025        $              572.91

Address Available Upon Request
Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.1985  Gutierrez Guzman Leyda          3/18/2025    $          585.57        ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Address Available Upon Request                                       ☐ Suppliers or vendors
        Street                                                               ☐ Services
                                                                             ☒ Other    Trade

        City              State        ZIP Code

        Country

3.1986  Gutierrez Guzman Leyda          3/18/2025    $        1,120.66       ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Address Available Upon Request                                       ☐ Suppliers or vendors
        Street                                                               ☐ Services
                                                                             ☒ Other    Trade

        City              State        ZIP Code

        Country

3.1987  Gutierrez Guzman Leyda          3/18/2025    $        1,162.58       ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Address Available Upon Request                                       ☐ Suppliers or vendors
        Street                                                               ☐ Services
                                                                             ☒ Other    Trade

        City              State        ZIP Code

        Country

3.1988  Gutierrez Guzman Leyda          3/24/2025    $           15.19       ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Address Available Upon Request                                       ☐ Suppliers or vendors
        Street                                                               ☐ Services
                                                                             ☒ Other    Trade

        City              State        ZIP Code

        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                   Case number *(if known):*    25-10715

Name

3.1989  Gutierrez Guzman Leyda                          3/24/2025        $            65.05        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                                     ☐ Suppliers or vendors
Street                                                                                             ☐ Services

                                                                                                   ☒ Other    Trade

City                    State         ZIP Code

Country

3.1990  Gutierrez Guzman Leyda                          3/24/2025        $           125.10        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                                     ☐ Suppliers or vendors
Street                                                                                             ☐ Services

                                                                                                   ☒ Other    Trade

City                    State         ZIP Code

Country

3.1991  Gutierrez Guzman Leyda                          3/24/2025        $           150.17        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                                     ☐ Suppliers or vendors
Street                                                                                             ☐ Services

                                                                                                   ☒ Other    Trade

City                    State         ZIP Code

Country

3.1992  Gutierrez Guzman Leyda                          3/24/2025        $           231.26        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                                     ☐ Suppliers or vendors
Street                                                                                             ☐ Services

                                                                                                   ☒ Other    Trade

City                    State         ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                     Case number *(if known):*     25-10715

Name

3.1993  Gutierrez Guzman Leyda                    3/24/2025      $              255.85      ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Address Available Upon Request                                                              ☐  Suppliers or vendors
Street                                                                                      ☐  Services
                                                                                            ☒  Other      Trade

City                State          ZIP Code

Country

3.1994  Gutierrez Guzman Leyda                    3/24/2025      $              276.42      ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Address Available Upon Request                                                              ☐  Suppliers or vendors
Street                                                                                      ☐  Services
                                                                                            ☒  Other      Trade

City                State          ZIP Code

Country

3.1995  Gutierrez Guzman Leyda                    3/24/2025      $              301.32      ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Address Available Upon Request                                                              ☐  Suppliers or vendors
Street                                                                                      ☐  Services
                                                                                            ☒  Other      Trade

City                State          ZIP Code

Country

3.1996  Gutierrez Guzman Leyda                    3/24/2025      $              301.45      ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Address Available Upon Request                                                              ☐  Suppliers or vendors
Street                                                                                      ☐  Services
                                                                                            ☒  Other      Trade

City                State          ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                                Case number *(if known):*    25-10715

Name

3.1997  Gutierrez Guzman Leyda                     3/24/2025        $              318.56        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                         ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other        Trade

        City                State        ZIP Code

        Country

3.1998  Gutierrez Guzman Leyda                     3/24/2025        $              350.92        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                         ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other        Trade

        City                State        ZIP Code

        Country

3.1999  Gutierrez Guzman Leyda                     3/24/2025        $              595.61        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                         ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other        Trade

        City                State        ZIP Code

        Country

3.2000  Gutierrez Guzman Leyda                     3/24/2025        $              997.24        ☐  Secured debt
        Creditor's Name
                                                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                         ☐  Suppliers or vendors
        Street
                                                                                               ☐  Services

                                                                                               ☒  Other        Trade

        City                State        ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2001 Gutierrez Guzman Leyda
Creditor's Name

3/24/2025    $    1,102.39

Address Available Upon Request
Street

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2002 Gutierrez Guzman Leyda
Creditor's Name

3/31/2025    $    1.84

Address Available Upon Request
Street

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2003 Gutierrez Guzman Leyda
Creditor's Name

3/31/2025    $    14.01

Address Available Upon Request
Street

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2004 Gutierrez Guzman Leyda
Creditor's Name

3/31/2025    $    54.36

Address Available Upon Request
Street

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*     25-10715

Name

3.2005  Gutierrez Guzman Leyda                3/31/2025      $          106.10        ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other      Trade

City              State        ZIP Code

Country

3.2006  Gutierrez Guzman Leyda                3/31/2025      $          136.40        ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other      Trade

City              State        ZIP Code

Country

3.2007  Gutierrez Guzman Leyda                3/31/2025      $          198.45        ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other      Trade

City              State        ZIP Code

Country

3.2008  Gutierrez Guzman Leyda                3/31/2025      $          256.17        ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☒ Other      Trade

City              State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2009 Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

3/31/2025     $          354.37

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2010 Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

3/31/2025     $          394.11

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2011 Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

3/31/2025     $          640.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2012 Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

3/31/2025     $          701.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

3.2013  Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

_____
City            State        ZIP Code

_____
Country

3/31/2025    $           1,070.44

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.2014  Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

_____
City            State        ZIP Code

_____
Country

3/31/2025    $           1,166.93

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.2015  Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

_____
City            State        ZIP Code

_____
Country

4/7/2025    $             15.14

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

3.2016  Gutierrez Guzman Leyda
Creditor's Name

Address Available Upon Request
Street

_____
City            State        ZIP Code

_____
Country

4/7/2025    $             40.38

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

3.2017  Gutierrez Guzman Leyda                 4/7/2025        $            40.62        ☐  Secured debt
        Creditor's Name                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                 ☐  Suppliers or vendors
        Street                                                                         ☐  Services
                                                                                       ☒  Other    Trade

        City            State       ZIP Code

        Country

3.2018  Gutierrez Guzman Leyda                 4/7/2025        $            86.24        ☐  Secured debt
        Creditor's Name                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                 ☐  Suppliers or vendors
        Street                                                                         ☐  Services
                                                                                       ☒  Other    Trade

        City            State       ZIP Code

        Country

3.2019  Gutierrez Guzman Leyda                 4/7/2025        $           119.92        ☐  Secured debt
        Creditor's Name                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                 ☐  Suppliers or vendors
        Street                                                                         ☐  Services
                                                                                       ☒  Other    Trade

        City            State       ZIP Code

        Country

3.2020  Gutierrez Guzman Leyda                 4/7/2025        $           147.66        ☐  Secured debt
        Creditor's Name                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                 ☐  Suppliers or vendors
        Street                                                                         ☐  Services
                                                                                       ☒  Other    Trade

        City            State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2021   Gutierrez Guzman Leyda
Creditor's Name

4/7/2025

$   148.93

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.2022   Gutierrez Guzman Leyda
Creditor's Name

4/7/2025

$   250.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.2023   Gutierrez Guzman Leyda
Creditor's Name

4/7/2025

$   256.28

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.2024   Gutierrez Guzman Leyda
Creditor's Name

4/7/2025

$   405.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715
_____
Name

3.2025  Gutierrez Guzman Leyda    4/7/2025    $    413.88    ☐  Secured debt
Creditor's Name                                              ☐  Unsecured loan repayments

Address Available Upon Request                               ☐  Suppliers or vendors
Street                                                       ☐  Services
                                                             ☒  Other    Trade

City          State       ZIP Code

Country

3.2026  Gutierrez Guzman Leyda    4/7/2025    $    658.31    ☐  Secured debt
Creditor's Name                                              ☐  Unsecured loan repayments

Address Available Upon Request                               ☐  Suppliers or vendors
Street                                                       ☐  Services
                                                             ☒  Other    Trade

City          State       ZIP Code

Country

3.2027  Gutierrez Guzman Leyda    4/7/2025    $    681.33    ☐  Secured debt
Creditor's Name                                              ☐  Unsecured loan repayments

Address Available Upon Request                               ☐  Suppliers or vendors
Street                                                       ☐  Services
                                                             ☒  Other    Trade

City          State       ZIP Code

Country

3.2028  Gutierrez Guzman Leyda    4/7/2025    $    1,092.50  ☐  Secured debt
Creditor's Name                                              ☐  Unsecured loan repayments

Address Available Upon Request                               ☐  Suppliers or vendors
Street                                                       ☐  Services
                                                             ☒  Other    Trade

City          State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2029  Gutierrez Guzman Leyda          4/7/2025      $        1,111.28
        Creditor's Name

        Address Available Upon Request
        Street



        City            State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2030  Gutierrez Guzman Leyda          4/7/2025      $        1,235.34
        Creditor's Name

        Address Available Upon Request
        Street



        City            State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2031  Gutierrez Guzman Leyda          4/10/2025     $            3.08
        Creditor's Name

        Address Available Upon Request
        Street



        City            State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2032  Gutierrez Guzman Leyda          4/10/2025     $           14.01
        Creditor's Name

        Address Available Upon Request
        Street



        City            State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                      Case number *(if known)*:    25-10715

Name

3.2033  Gutierrez Guzman Leyda                  4/10/2025      $         16.13         ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Address Available Upon Request                                                        ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade

City            State       ZIP Code

Country

3.2034  Gutierrez Guzman Leyda                  4/10/2025      $        125.94         ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Address Available Upon Request                                                        ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade

City            State       ZIP Code

Country

3.2035  Gutierrez Guzman Leyda                  4/10/2025      $        141.53         ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Address Available Upon Request                                                        ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade

City            State       ZIP Code

Country

3.2036  Gutierrez Guzman Leyda                  4/10/2025      $        222.63         ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Address Available Upon Request                                                        ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade

City            State       ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2037  Gutierrez Guzman Leyda                   4/10/2025        $          256.56        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

        City            State        ZIP Code

        Country

3.2038  Gutierrez Guzman Leyda                   4/10/2025        $          261.53        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

        City            State        ZIP Code

        Country

3.2039  Gutierrez Guzman Leyda                   4/10/2025        $          270.25        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

        City            State        ZIP Code

        Country

3.2040  Gutierrez Guzman Leyda                   4/10/2025        $          370.57        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other      Trade

        City            State        ZIP Code

        Country

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            Page 512

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

3.2041  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025      $           464.99

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services

☑ Other      Trade

City            State          ZIP Code

Country

3.2042  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025      $           465.43

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services

☑ Other      Trade

City            State          ZIP Code

Country

3.2043  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025      $           518.48

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services

☑ Other      Trade

City            State          ZIP Code

Country

3.2044  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025      $           589.21

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services

☑ Other      Trade

City            State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.2045  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025        $             680.27

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☒ Other    Trade

City            State        ZIP Code

Country

3.2046  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025        $             881.32

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☒ Other    Trade

City            State        ZIP Code

Country

3.2047  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025        $           1,029.75

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☒ Other    Trade

City            State        ZIP Code

Country

3.2048  Gutierrez Guzman Leyda
Creditor's Name

4/10/2025        $           1,100.88

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street

☐ Suppliers or vendors
☐ Services
☒ Other    Trade

City            State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known):    25-10715

Name

3.2049  Gutierrez Guzman Leyda                    4/14/2025        $              12.74        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other      Trade

        City              State         ZIP Code

        Country

3.2050  Gutierrez Guzman Leyda                    4/14/2025        $              14.01        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other      Trade

        City              State         ZIP Code

        Country

3.2051  Gutierrez Guzman Leyda                    4/14/2025        $              14.44        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other      Trade

        City              State         ZIP Code

        Country

3.2052  Gutierrez Guzman Leyda                    4/14/2025        $              15.07        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services
                                                                                              ☒  Other      Trade

        City              State         ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known): 25-10715

Name

3.2053  Gutierrez Guzman Leyda                    4/14/2025      $         119.10       ☐  Secured debt
        Creditor's Name                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                ☐  Suppliers or vendors
        Street                                                                        ☐  Services
                                                                                      ☒  Other    Trade

        City              State       ZIP Code

        Country

3.2054  Gutierrez Guzman Leyda                    4/14/2025      $         125.21       ☐  Secured debt
        Creditor's Name                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                ☐  Suppliers or vendors
        Street                                                                        ☐  Services
                                                                                      ☒  Other    Trade

        City              State       ZIP Code

        Country

3.2055  Gutierrez Guzman Leyda                    4/14/2025      $         194.77       ☐  Secured debt
        Creditor's Name                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                ☐  Suppliers or vendors
        Street                                                                        ☐  Services
                                                                                      ☒  Other    Trade

        City              State       ZIP Code

        Country

3.2056  Gutierrez Guzman Leyda                    4/14/2025      $         196.98       ☐  Secured debt
        Creditor's Name                                                               ☐  Unsecured loan repayments

        Address Available Upon Request                                                ☐  Suppliers or vendors
        Street                                                                        ☐  Services
                                                                                      ☒  Other    Trade

        City              State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.2057 Gutierrez Guzman Leyda    4/14/2025    $    261.93    ☐ Secured debt
Creditor's Name
                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                        ☐ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☒ Other    Trade

City            State        ZIP Code

Country

3.2058 Gutierrez Guzman Leyda    4/14/2025    $    270.98    ☐ Secured debt
Creditor's Name
                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                        ☐ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☒ Other    Trade

City            State        ZIP Code

Country

3.2059 Gutierrez Guzman Leyda    4/14/2025    $    315.87    ☐ Secured debt
Creditor's Name
                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                        ☐ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☒ Other    Trade

City            State        ZIP Code

Country

3.2060 Gutierrez Guzman Leyda    4/14/2025    $    316.30    ☐ Secured debt
Creditor's Name
                                                                      ☐ Unsecured loan repayments

Address Available Upon Request                                        ☐ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☒ Other    Trade

City            State        ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

Name

3.2061  Gutierrez Guzman Leyda                     4/14/2025          $            430.36        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☒  Other     Trade

City                State        ZIP Code

Country

3.2062  Gutierrez Guzman Leyda                     4/14/2025          $            439.69        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☒  Other     Trade

City                State        ZIP Code

Country

3.2063  Gutierrez Guzman Leyda                     4/14/2025          $            538.69        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☒  Other     Trade

City                State        ZIP Code

Country

3.2064  Gutierrez Guzman Leyda                     4/14/2025          $            538.77        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Address Available Upon Request                                                                  ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☒  Other     Trade

City                State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                        Case number *(if known):*    25-10715

Name

3.2065   Gutierrez Guzman Leyda                    4/14/2025        $           544.27         ☐  Secured debt
         Creditor's Name                                                                        ☐  Unsecured loan repayments

         Address Available Upon Request                                                         ☐  Suppliers or vendors
         Street                                                                                 ☐  Services
                                                                                                ☒  Other    Trade

         City              State      ZIP Code

         Country

3.2066   Gutierrez Guzman Leyda                    4/14/2025        $           576.19         ☐  Secured debt
         Creditor's Name                                                                        ☐  Unsecured loan repayments

         Address Available Upon Request                                                         ☐  Suppliers or vendors
         Street                                                                                 ☐  Services
                                                                                                ☒  Other    Trade

         City              State      ZIP Code

         Country

3.2067   Gutierrez Guzman Leyda                    4/14/2025        $           601.27         ☐  Secured debt
         Creditor's Name                                                                        ☐  Unsecured loan repayments

         Address Available Upon Request                                                         ☐  Suppliers or vendors
         Street                                                                                 ☐  Services
                                                                                                ☒  Other    Trade

         City              State      ZIP Code

         Country

3.2068   Gutierrez Guzman Leyda                    4/14/2025        $           622.81         ☐  Secured debt
         Creditor's Name                                                                        ☐  Unsecured loan repayments

         Address Available Upon Request                                                         ☐  Suppliers or vendors
         Street                                                                                 ☐  Services
                                                                                                ☒  Other    Trade

         City              State      ZIP Code

         Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.2069 Gutierrez Guzman Leyda                4/14/2025     $           639.08
Creditor's Name

Address Available Upon Request
Street

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2070 Gutierrez Guzman Leyda                4/14/2025     $           687.94
Creditor's Name

Address Available Upon Request
Street

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2071 Gutierrez Guzman Leyda                4/14/2025     $           690.02
Creditor's Name

Address Available Upon Request
Street

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2072 Gutierrez Guzman Leyda                4/14/2025     $           851.20
Creditor's Name

Address Available Upon Request
Street

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

3.2073  Gutierrez Guzman Leyda                  4/14/2025        $           872.70      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other      Trade

City                State        ZIP Code

Country

3.2074  Gutierrez Guzman Leyda                  4/7/2025         $            14.25       ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other      Trade

City                State        ZIP Code

Country

3.2075  Gutierrez Guzman Leyda                  4/7/2025         $            14.25       ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other      Trade

City                State        ZIP Code

Country

3.2076  HIR Compañia de Seguros S.A. de C.V.   2/27/2025        $         30,145.52      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Hermes 28                                                                                ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other      Trade

Mexico City         Mexico City  03940
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):* 25-10715

3.2077 HIR Compañia de Seguros S.A. de C.V.
Creditor's Name

Hermes 28
Street

Mexico City          Mexico City     03940
City                 State           ZIP Code
Mexico
Country

3/7/2025        $          11,319.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2078 Huescas Hernandez Laura Silvia
Creditor's Name

Address Available Upon Request
Street


City                 State           ZIP Code

Country

1/20/2025       $           1,493.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2079 Huescas Hernandez Laura Silvia
Creditor's Name

Address Available Upon Request
Street


City                 State           ZIP Code

Country

1/28/2025       $           1,658.61

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2080 Huescas Hernandez Laura Silvia
Creditor's Name

Address Available Upon Request
Street


City                 State           ZIP Code

Country

3/6/2025        $              48.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

3.2081  Huescas Hernandez Laura Silvia              3/6/2025        $            93.88        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services

                                                                                             ☒  Other    Trade

        City            State        ZIP Code

        Country

3.2082  Huescas Hernandez Laura Silvia              3/6/2025        $           206.86        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services

                                                                                             ☒  Other    Trade

        City            State        ZIP Code

        Country

3.2083  Huescas Hernandez Laura Silvia              3/6/2025        $           235.33        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services

                                                                                             ☒  Other    Trade

        City            State        ZIP Code

        Country

3.2084  Huescas Hernandez Laura Silvia              3/6/2025        $           236.32        ☐  Secured debt
        Creditor's Name                                                                       ☐  Unsecured loan repayments

        Address Available Upon Request                                                        ☐  Suppliers or vendors
        Street                                                                                ☐  Services

                                                                                             ☒  Other    Trade

        City            State        ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2085  Huescas Hernandez Laura Silvia          3/6/2025      $          292.53
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2086  Huescas Hernandez Laura Silvia          3/6/2025      $          435.19
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2087  Huescas Hernandez Laura Silvia          3/13/2025     $          63.13
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2088  Huescas Hernandez Laura Silvia          3/13/2025     $          628.63
Creditor's Name

Address Available Upon Request
Street

City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2089 Huescas Hernandez Laura Silvia

Creditor's Name

3/13/2025    $    919.12

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request

Street

City    State    ZIP Code

Country

3.2090 Huescas Hernandez Laura Silvia

Creditor's Name

3/21/2025    $    140.27

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request

Street

City    State    ZIP Code

Country

3.2091 Huescas Hernandez Laura Silvia

Creditor's Name

3/21/2025    $    220.67

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request

Street

City    State    ZIP Code

Country

3.2092 Huescas Hernandez Laura Silvia

Creditor's Name

3/21/2025    $    222.29

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request

Street

City    State    ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number (if known): 25-10715

Name

3.2093  Huescas Hernandez Laura Silvia          3/21/2025      $          434.28      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Address Available Upon Request                                                      ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other    Trade

City            State       ZIP Code

Country


3.2094  Huescas Hernandez Laura Silvia          3/21/2025      $          521.68      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Address Available Upon Request                                                      ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other    Trade

City            State       ZIP Code

Country


3.2095  Huescas Hernandez Laura Silvia          3/21/2025      $          915.95      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Address Available Upon Request                                                      ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other    Trade

City            State       ZIP Code

Country


3.2096  Huescas Hernandez Laura Silvia          3/28/2025      $          164.43      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Address Available Upon Request                                                      ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☒ Other    Trade

City            State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number (if known): 25-10715

Name

3.2097  Huescas Hernandez Laura Silvia                3/28/2025        $            164.78    ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

City              State        ZIP Code

Country

3.2098  Huescas Hernandez Laura Silvia                3/28/2025        $            939.33    ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

City              State        ZIP Code

Country

3.2099  Huescas Hernandez Laura Silvia                4/4/2025         $            465.32    ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

City              State        ZIP Code

Country

3.2100  Huescas Hernandez Laura Silvia                4/4/2025         $            522.47    ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

City              State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.2101 Huescas Hernandez Laura Silvia
Creditor's Name

Address Available Upon Request
Street

City                State                ZIP Code

Country

4/4/2025          $          641.17

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2102 Huescas Hernandez Laura Silvia
Creditor's Name

Address Available Upon Request
Street

City                State                ZIP Code

Country

4/4/2025          $          912.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2103 Huescas Hernandez Laura Silvia
Creditor's Name

Address Available Upon Request
Street

City                State                ZIP Code

Country

4/9/2025          $          354.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2104 Huescas Hernandez Laura Silvia
Creditor's Name

Address Available Upon Request
Street

City                State                ZIP Code

Country

4/9/2025          $          1,067.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 3.2105 | Instituto del Fondo Nacional Para El Consumo de Los Trabajadores | 2/10/2025 | $ 3,583.61 |

Creditor's Name

Avenida Insurgentes Sur #452, Colonia Roma Sur

Street

Delegación Cuauhtémoc    Mexico City    06760

City        State        ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.2106 | Instituto del Fondo Nacional Para El Consumo de Los Trabajadores | 2/28/2025 | $ 3,641.85 |

Creditor's Name

Avenida Insurgentes Sur #452, Colonia Roma Sur

Street

Delegación Cuauhtémoc    Mexico City    06760

City        State        ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.2107 | Instituto del Fondo Nacional Para El Consumo de Los Trabajadores | 3/6/2025 | $ 3,641.85 |

Creditor's Name

Avenida Insurgentes Sur #452, Colonia Roma Sur

Street

Delegación Cuauhtémoc    Mexico City    06760

City        State        ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.2108 | Instituto del Fondo Nacional Para El Consumo de Los Trabajadores | 4/7/2025 | $ 3,488.09 |

Creditor's Name

Avenida Insurgentes Sur #452, Colonia Roma Sur

Street

Delegación Cuauhtémoc    Mexico City    06760

City        State        ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2109  Instituto Mexicano del Seguro Social
Creditor's Name

1/20/2025

$ 8,301.70

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Boulevard Constitucion 515
Street

| Torreon | Coahuila de Zaragoza | 27170 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

3.2110  Instituto Mexicano del Seguro Social
Creditor's Name

1/20/2025

$ 76,915.96

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Boulevard Constitucion 515
Street

| Torreon | Coahuila de Zaragoza | 27170 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

3.2111  Instituto Mexicano del Seguro Social
Creditor's Name

2/7/2025

$ 27.94

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Boulevard Constitucion 515
Street

| Torreon | Coahuila de Zaragoza | 27170 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

3.2112  Instituto Mexicano del Seguro Social
Creditor's Name

2/14/2025

$ 15,175.83

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Boulevard Constitucion 515
Street

| Torreon | Coahuila de Zaragoza | 27170 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2113  Instituto Mexicano del Seguro Social     2/14/2025     $    110,020.95

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Boulevard Constitucion 515

Street

Torreon               Coahuila de Zaragoza     27170

City                  State                     ZIP Code

Mexico

Country

3.2114  Instituto Mexicano del Seguro Social     2/17/2025     $    43,931.00

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Boulevard Constitucion 515

Street

Torreon               Coahuila de Zaragoza     27170

City                  State                     ZIP Code

Mexico

Country

3.2115  Instituto Mexicano del Seguro Social     3/14/2025     $    6,354.02

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Boulevard Constitucion 515

Street

Torreon               Coahuila de Zaragoza     27170

City                  State                     ZIP Code

Mexico

Country

3.2116  Instituto Mexicano del Seguro Social     3/18/2025     $    7,759.60

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Boulevard Constitucion 515

Street

Torreon               Coahuila de Zaragoza     27170

City                  State                     ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.      Case number *(if known):*   25-10715

Name

| 3.2117 | Instituto Mexicano del Seguro Social | 3/18/2025 | $ | 138,508.23 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Boulevard Constitucion 515 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Coahuila de | | | | |
| | Torreon   Zaragoza   27170 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2118 | Instituto Mexicano del Seguro Social | 4/14/2025 | $ | 14,245.95 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Boulevard Constitucion 515 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Coahuila de | | | | |
| | Torreon   Zaragoza   27170 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2119 | Instituto Mexicano del Seguro Social | 4/14/2025 | $ | 40,847.83 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Boulevard Constitucion 515 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Coahuila de | | | | |
| | Torreon   Zaragoza   27170 | | | | |
| | City   State   ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2120 | Inversiones Garrafon | 1/31/2025 | $ | 1,007.82 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Carretera A Garrafon, Km. 6, Mz. 41, Isla Mujeres, | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana Roo   77400 | | | | |
| | City   State   ZIP Code | | | | |
| | México | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

3.2121 Inversiones Garrafon
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo          77400
City          State        ZIP Code

México
Country

1/31/2025        $          5,115.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.2122 Inversiones Garrafon
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo          77400
City          State        ZIP Code

México
Country

1/31/2025        $          7,258.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.2123 Inversiones Garrafon
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo          77400
City          State        ZIP Code

México
Country

1/31/2025        $          7,608.17

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.2124 Inversiones Garrafon
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo          77400
City          State        ZIP Code

México
Country

1/31/2025        $          15,117.26

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

Debtor:   Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:   25-10715

Name

3.2125  Inversions Garrafon                    2/28/2025      $        8,025.73        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla                                           ☐  Suppliers or vendors
Mujeres,
Street                                                                              ☐  Services

                                                                                    ☑  Other     Trade

                        Quintana
                        Roo          77400
City                    State        ZIP Code

México
Country

3.2126  Inversions Garrafon                    2/28/2025      $       10,009.57        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla                                           ☐  Suppliers or vendors
Mujeres,
Street                                                                              ☐  Services

                                                                                    ☑  Other     Trade

                        Quintana
                        Roo          77400
City                    State        ZIP Code

México
Country

3.2127  Inversions Garrafon                    1/31/2025      $       10,078.17        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla                                           ☐  Suppliers or vendors
Mujeres,
Street                                                                              ☐  Services

                                                                                    ☑  Other     Trade

                        Quintana
                        Roo          77400
City                    State        ZIP Code

México
Country

3.2128  Inversions Garrafon                    1/31/2025      $        9,070.36        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla                                           ☐  Suppliers or vendors
Mujeres,
Street                                                                              ☐  Services

                                                                                    ☑  Other     Trade

                        Quintana
                        Roo          77400
City                    State        ZIP Code

México
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

| 3.2129 | Inversiones Garrafon | 2/28/2025 | $ | 9,008.62 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Quintana Roo | 77400 |
|---|---|
| City    State    ZIP Code | |

México

Country

| 3.2130 | Inversiones Garrafon | 1/31/2025 | $ | 10,078.17 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Quintana Roo | 77400 |
|---|---|
| City    State    ZIP Code | |

México

Country

| 3.2131 | Inversiones Garrafon | 1/31/2025 | $ | 9,070.36 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Quintana Roo | 77400 |
|---|---|
| City    State    ZIP Code | |

México

Country

| 3.2132 | Inversiones Garrafon | 1/31/2025 | $ | 10,078.17 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Quintana Roo | 77400 |
|---|---|
| City    State    ZIP Code | |

México

Country

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

3.2133  Inversiones Garrafon
_____
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
_____
Street

|  | Quintana Roo | 77400 |
|---|---|---|
| City | State | ZIP Code |

México
_____
Country

2/28/2025          $          9,008.62

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2134  Inversiones Garrafon
_____
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
_____
Street

|  | Quintana Roo | 77400 |
|---|---|---|
| City | State | ZIP Code |

México
_____
Country

1/31/2025          $          9,070.36

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2135  Inversiones Garrafon
_____
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
_____
Street

|  | Quintana Roo | 77400 |
|---|---|---|
| City | State | ZIP Code |

México
_____
Country

1/31/2025          $          9,070.36

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2136  Inversiones Garrafon
_____
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
_____
Street

|  | Quintana Roo | 77400 |
|---|---|---|
| City | State | ZIP Code |

México
_____
Country

2/28/2025          $          9,008.62

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2137   Inversiones Garrafon                                  2/28/2025        $          9,008.62          ☐  Secured debt
         Creditor's Name
                                                                                                            ☐  Unsecured loan repayments

         Carretera A Garrafon, Km. 6, Mz. 41, Isla
         Mujeres,                                                                                           ☐  Suppliers or vendors
         Street
                                                                                                            ☐  Services

                                                                                                            ☑  Other      Trade
                              Quintana
                              Roo         77400
         City                 State       ZIP Code

         México
         Country

3.2138   Inversiones Garrafon                                  1/31/2025        $         10,078.17          ☐  Secured debt
         Creditor's Name
                                                                                                            ☐  Unsecured loan repayments

         Carretera A Garrafon, Km. 6, Mz. 41, Isla
         Mujeres,                                                                                           ☐  Suppliers or vendors
         Street
                                                                                                            ☐  Services

                                                                                                            ☑  Other      Trade
                              Quintana
                              Roo         77400
         City                 State       ZIP Code

         México
         Country

3.2139   Inversiones Garrafon                                  1/31/2025        $         10,078.17          ☐  Secured debt
         Creditor's Name
                                                                                                            ☐  Unsecured loan repayments

         Carretera A Garrafon, Km. 6, Mz. 41, Isla
         Mujeres,                                                                                           ☐  Suppliers or vendors
         Street
                                                                                                            ☐  Services

                                                                                                            ☑  Other      Trade
                              Quintana
                              Roo         77400
         City                 State       ZIP Code

         México
         Country

3.2140   Inversiones Garrafon                                  2/28/2025        $          9,008.62          ☐  Secured debt
         Creditor's Name
                                                                                                            ☐  Unsecured loan repayments

         Carretera A Garrafon, Km. 6, Mz. 41, Isla
         Mujeres,                                                                                           ☐  Suppliers or vendors
         Street
                                                                                                            ☐  Services

                                                                                                            ☑  Other      Trade
                              Quintana
                              Roo         77400
         City                 State       ZIP Code

         México
         Country

Debtor:    Controladora Dolphin, S.A. de C.V.                                   Case number *(if known)*:    25-10715

Name

3.2141  Inversiones Garrafon                          2/28/2025      $          9,008.62    ☐  Secured debt
        Creditor's Name
                                                                                           ☐  Unsecured loan repayments
        Carretera A Garrafon, Km. 6, Mz. 41, Isla
        Mujeres,                                                                           ☐  Suppliers or vendors
        Street
                                                                                           ☐  Services

                                                                                           ☑  Other    Trade
                        Quintana
                        Roo          77400
        City            State        ZIP Code

        México
        Country

3.2142  Inversiones Garrafon                          2/28/2025      $          9,008.62    ☐  Secured debt
        Creditor's Name
                                                                                           ☐  Unsecured loan repayments
        Carretera A Garrafon, Km. 6, Mz. 41, Isla
        Mujeres,                                                                           ☐  Suppliers or vendors
        Street
                                                                                           ☐  Services

                                                                                           ☑  Other    Trade
                        Quintana
                        Roo          77400
        City            State        ZIP Code

        México
        Country

3.2143  Inversiones Garrafon                          1/31/2025      $          9,070.36    ☐  Secured debt
        Creditor's Name
                                                                                           ☐  Unsecured loan repayments
        Carretera A Garrafon, Km. 6, Mz. 41, Isla
        Mujeres,                                                                           ☐  Suppliers or vendors
        Street
                                                                                           ☐  Services

                                                                                           ☑  Other    Trade
                        Quintana
                        Roo          77400
        City            State        ZIP Code

        México
        Country

3.2144  Inversiones Garrafon S.A. de C.V.             1/31/2025      $         22,059.70    ☐  Secured debt
        Creditor's Name
                                                                                           ☐  Unsecured loan repayments
        Carretera A Garrafon, Km. 6, Mz. 41, Isla
        Mujeres,                                                                           ☐  Suppliers or vendors
        Street
                                                                                           ☐  Services

                                                                                           ☑  Other    Trade
                        Quintana
                        Roo          77400
        City            State        ZIP Code

        México
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

3.2145 Inversiones Garrafon S.A. de C.V.
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla Mujeres,
Street

Quintana Roo
City | State | ZIP Code 77400

México
Country

2/28/2025   $   800.77

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2146 Inversiones Garrafon S.A. de C.V.
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla Mujeres,
Street

Quintana Roo
City | State | ZIP Code 77400

México
Country

2/28/2025   $   9,008.62

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2147 Inversiones Garrafon S.A. de C.V.
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla Mujeres,
Street

Quintana Roo
City | State | ZIP Code 77400

México
Country

1/31/2025   $   10,078.17

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2148 Inversiones Garrafon S.A. de C.V.
Creditor's Name

Carretera A Garrafon, Km. 6, Mz. 41, Isla Mujeres,
Street

Quintana Roo
City | State | ZIP Code 77400

México
Country

1/31/2025   $   10,078.17

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

3.2149 Inversiones Garrafon S.A. de C.V.
Creditor's Name

1/31/2025    $    10,078.17

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo    77400
City    State    ZIP Code

México
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2150 Inversiones Garrafon S.A. de C.V.
Creditor's Name

1/31/2025    $    5,039.09

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo    77400
City    State    ZIP Code

México
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2151 Inversiones Garrafon S.A. de C.V.
Creditor's Name

1/31/2025    $    10,078.17

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo    77400
City    State    ZIP Code

México
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2152 Inversiones Garrafon S.A. de C.V.
Creditor's Name

1/31/2025    $    9,070.36

Carretera A Garrafon, Km. 6, Mz. 41, Isla
Mujeres,
Street

Quintana
Roo    77400
City    State    ZIP Code

México
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.2153 | Inversiones Garrafon S.A. de C.V. | 1/31/2025 | $ 5,039.09 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Carretera A Garrafon, Km. 6, Mz. 41, Isla Mujeres,
Street

Quintana Roo   77400
City   State   ZIP Code

México
Country

---

| | | | |
|---|---|---|---|
| 3.2154 | Inversiones Garrafon S.A. de C.V. | 1/31/2025 | $ 9,070.36 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Carretera A Garrafon, Km. 6, Mz. 41, Isla Mujeres,
Street

Quintana Roo   77400
City   State   ZIP Code

México
Country

---

| | | | |
|---|---|---|---|
| 3.2155 | Jones And Adams Pa | 2/6/2025 | $ 512.50 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Other

100 Somerset St
Street

Boston   MA   02108
City   State   ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.2156 | Jones And Adams Pa | 2/6/2025 | $ 3,415.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Other

100 Somerset St
Street

Boston   MA   02108
City   State   ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

**3.2157** Jones And Adams Pa
Creditor's Name

2/28/2025        $        5,000.00

100 Somerset St
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Other

Boston            MA        02108
City        State        ZIP Code

Country

**3.2158** Ku Puc, Cristopher Francisco
Creditor's Name

1/21/2025        $        631.68

Address Available Upon Request
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

City        State        ZIP Code

Country

**3.2159** Ku Puc, Cristopher Francisco
Creditor's Name

1/28/2025        $        1,341.07

Address Available Upon Request
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

City        State        ZIP Code

Country

**3.2160** Ku Puc, Cristopher Francisco
Creditor's Name

2/4/2025        $        463.56

Address Available Upon Request
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

City        State        ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715

_____
Name

3.2161  Ku Puc, Cristopher Francisco          2/11/2025        $              522.44          ☐  Secured debt
_____                                                ☐  Unsecured loan repayments
Creditor's Name
                                                                                                ☐  Suppliers or vendors
Address Available Upon Request                                                                  ☐  Services
_____
Street                                                                                          ☒  Other      Trade

_____

_____
City             State         ZIP Code

_____
Country

3.2162  Ku Puc, Cristopher Francisco          2/18/2025        $              872.30          ☐  Secured debt
_____                                                ☐  Unsecured loan repayments
Creditor's Name
                                                                                                ☐  Suppliers or vendors
Address Available Upon Request                                                                  ☐  Services
_____
Street                                                                                          ☒  Other      Trade

_____

_____
City             State         ZIP Code

_____
Country

3.2163  Ku Puc, Cristopher Francisco          2/25/2025        $              614.75          ☐  Secured debt
_____                                                ☐  Unsecured loan repayments
Creditor's Name
                                                                                                ☐  Suppliers or vendors
Address Available Upon Request                                                                  ☐  Services
_____
Street                                                                                          ☒  Other      Trade

_____

_____
City             State         ZIP Code

_____
Country

3.2164  Ku Puc, Cristopher Francisco          3/4/2025         $              426.63          ☐  Secured debt
_____                                                ☐  Unsecured loan repayments
Creditor's Name
                                                                                                ☐  Suppliers or vendors
Address Available Upon Request                                                                  ☐  Services
_____
Street                                                                                          ☒  Other      Trade

_____

_____
City             State         ZIP Code

_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| 3.2165 | Ku Puc, Cristopher Francisco | 3/11/2025 | $ | 566.45 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City            State        ZIP Code

Country

| 3.2166 | Ku Puc, Cristopher Francisco | 3/19/2025 | $ | 659.57 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City            State        ZIP Code

Country

| 3.2167 | Ku Puc, Cristopher Francisco | 3/25/2025 | $ | 935.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City            State        ZIP Code

Country

| 3.2168 | Ku Puc, Cristopher Francisco | 4/1/2025 | $ | 949.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City            State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2169 Ku Puc, Cristopher Francisco                    4/8/2025          $            589.43
Creditor's Name

Address Available Upon Request
Street

City                State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2170 Ku Puc, Cristopher Francisco                    4/15/2025         $            964.35
Creditor's Name

Address Available Upon Request
Street

City                State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2171 Ku Sanchez Alma Veronica                        2/4/2025          $            210.90
Creditor's Name

Address Available Upon Request
Street

City                State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2172 Ku Sanchez Alma Veronica                        2/4/2025          $            274.60
Creditor's Name

Address Available Upon Request
Street

City                State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:   25-10715

Name

3.2173  Ku Sanchez Alma Veronica                2/4/2025        $          442.57          ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

City                State           ZIP Code

Country

3.2174  Ku Sanchez Alma Veronica                2/4/2025        $          519.01          ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

City                State           ZIP Code

Country

3.2175  Ku Sanchez Alma Veronica                2/12/2025       $          808.70          ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

City                State           ZIP Code

Country

3.2176  Ku Sanchez Alma Veronica                2/12/2025       $        1,295.17          ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                           ☒  Other    Trade

City                State           ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2177  Ku Sanchez Alma Veronica                    2/18/2025      $            955.01      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other      Trade

City                State           ZIP Code

Country

3.2178  Ku Sanchez Alma Veronica                    2/18/2025      $          1,149.34     ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other      Trade

City                State           ZIP Code

Country

3.2179  Ku Sanchez Alma Veronica                    2/24/2025      $            797.72     ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other      Trade

City                State           ZIP Code

Country

3.2180  Ku Sanchez Alma Veronica                    3/4/2025       $            159.94     ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other      Trade

City                State           ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

3.2181 Ku Sanchez Alma Veronica

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/4/2025          $          317.52

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.2182 Ku Sanchez Alma Veronica

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/4/2025          $          487.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.2183 Ku Sanchez Alma Veronica

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/13/2025          $          457.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.2184 Ku Sanchez Alma Veronica

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/20/2025          $          236.38

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number (if known): 25-10715

Name

3.2185  Ku Sanchez Alma Veronica                3/20/2025    $         261.86      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other     Trade

City              State         ZIP Code

Country

3.2186  Ku Sanchez Alma Veronica                3/27/2025    $         236.38      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other     Trade

City              State         ZIP Code

Country

3.2187  Ku Sanchez Alma Veronica                3/27/2025    $         248.14      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other     Trade

City              State         ZIP Code

Country

3.2188  Ku Sanchez Alma Veronica                3/27/2025    $         327.91      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Address Available Upon Request                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other     Trade

City              State         ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2189  Ku Sanchez Alma Veronica              3/27/2025      $              467.07      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Address Available Upon Request                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

City                State        ZIP Code

Country

3.2190  Ku Sanchez Alma Veronica              4/2/2025       $              261.86      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Address Available Upon Request                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

City                State        ZIP Code

Country

3.2191  Ku Sanchez Alma Veronica              4/2/2025       $              416.11      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Address Available Upon Request                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

City                State        ZIP Code

Country

3.2192  Kutmel S.A. de C.V.                   1/17/2025      $            1,136.80      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments
Calle 55 No. 347, Centro, Mérida                                                         ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☑  Other    Trade

Yucatán             Yucatán      97000
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| 3.2193 | Kutmel S.A. de C.V. | 1/17/2025 | $ | 1,519.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Yucatán      Yucatán      97000 | | | | | |
| | City         State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2194 | Kutmel S.A. de C.V. | 1/17/2025 | $ | 3,454.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Yucatán      Yucatán      97000 | | | | | |
| | City         State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2195 | Kutmel S.A. de C.V. | 1/17/2025 | $ | 4,900.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Yucatán      Yucatán      97000 | | | | | |
| | City         State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2196 | Kutmel S.A. de C.V. | 1/17/2025 | $ | 10,030.30 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Yucatán      Yucatán      97000 | | | | | |
| | City         State        ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | |
|---|---|---|---|
| 3.2197 | Kutmel S.A. de C.V. | 1/17/2025 | $ 11,902.10 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
City       State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.2198 | Kutmel S.A. de C.V. | 1/17/2025 | $ 14,660.80 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
City       State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.2199 | Kutmel S.A. de C.V. | 1/20/2025 | $ 940.80 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
City       State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.2200 | Kutmel S.A. de C.V. | 1/21/2025 | $ 1,989.40 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
City       State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2201 Kutmel S.A. de C.V.
Creditor's Name

1/23/2025    $    3,581.90

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2202 Kutmel S.A. de C.V.
Creditor's Name

1/23/2025    $    4,287.50

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2203 Kutmel S.A. de C.V.
Creditor's Name

1/23/2025    $    8,207.50

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2204 Kutmel S.A. de C.V.
Creditor's Name

1/24/2025    $    1,411.20

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.2205 | Kutmel S.A. de C.V. | 1/24/2025 | $ 3,699.50 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.2206 | Kutmel S.A. de C.V. | 1/24/2025 | $ 4,410.00 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.2207 | Kutmel S.A. de C.V. | 1/24/2025 | $ 6,227.90 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.2208 | Kutmel S.A. de C.V. | 1/27/2025 | $ 568.40 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | |
|---|---|---|---|
| 3.2209 | Kutmel S.A. de C.V. | 1/27/2025 | $ 1,920.80 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.2210 | Kutmel S.A. de C.V. | 1/27/2025 | $ 3,474.10 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.2211 | Kutmel S.A. de C.V. | 1/27/2025 | $ 6,546.40 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| | | | |
|---|---|---|---|
| 3.2212 | Kutmel S.A. de C.V. | 1/27/2025 | $ 12,387.20 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2213  Kutmel S.A. de C.V.
Creditor's Name

1/28/2025    $    2,405.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

3.2214  Kutmel S.A. de C.V.
Creditor's Name

1/29/2025    $    2,739.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

3.2215  Kutmel S.A. de C.V.
Creditor's Name

1/30/2025    $    9,510.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

3.2216  Kutmel S.A. de C.V.
Creditor's Name

1/30/2025    $    37,249.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2217  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City             State          ZIP Code

Mexico
Country

1/31/2025          $          259.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2218  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City             State          ZIP Code

Mexico
Country

1/31/2025          $          524.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2219  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City             State          ZIP Code

Mexico
Country

1/31/2025          $          1,479.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2220  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City             State          ZIP Code

Mexico
Country

1/31/2025          $          4,410.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| 3.2221 | Kutmel S.A. de C.V. | 1/31/2025 | $ 6,325.90 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.2222 | Kutmel S.A. de C.V. | 1/31/2025 | $ 10,789.80 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.2223 | Kutmel S.A. de C.V. | 2/4/2025 | $ 558.60 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 3.2224 | Kutmel S.A. de C.V. | 2/4/2025 | $ 1,519.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number (if known):    25-10715
_____

3.2225  Kutmel S.A. de C.V.
_____
Creditor's Name

Calle 55 No. 347, Centro, Mérida
_____
Street

_____

Yucatán          Yucatán        97000
_____
City              State          ZIP Code

Mexico
_____
Country

2/4/2025          $          1,876.70

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2226  Kutmel S.A. de C.V.
_____
Creditor's Name

Calle 55 No. 347, Centro, Mérida
_____
Street

_____

Yucatán          Yucatán        97000
_____
City              State          ZIP Code

Mexico
_____
Country

2/7/2025          $          3,694.60

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2227  Kutmel S.A. de C.V.
_____
Creditor's Name

Calle 55 No. 347, Centro, Mérida
_____
Street

_____

Yucatán          Yucatán        97000
_____
City              State          ZIP Code

Mexico
_____
Country

2/7/2025          $          4,410.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2228  Kutmel S.A. de C.V.
_____
Creditor's Name

Calle 55 No. 347, Centro, Mérida
_____
Street

_____

Yucatán          Yucatán        97000
_____
City              State          ZIP Code

Mexico
_____
Country

2/7/2025          $          4,870.60

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2229  Kutmel S.A. de C.V.
Creditor's Name

2/11/2025    $    2,111.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

3.2230  Kutmel S.A. de C.V.
Creditor's Name

2/11/2025    $    4,150.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

3.2231  Kutmel S.A. de C.V.
Creditor's Name

2/11/2025    $    19,418.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

3.2232  Kutmel S.A. de C.V.
Creditor's Name

2/12/2025    $    3,351.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.2233 Kutmal S.A. de C.V.
Creditor's Name

2/13/2025    $    2,033.50

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2234 Kutmel S.A. de C.V.
Creditor's Name

2/14/2025    $    367.50

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2235 Kutmel S.A. de C.V.
Creditor's Name

2/14/2025    $    1,509.20

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2236 Kutmel S.A. de C.V.
Creditor's Name

2/14/2025    $    4,410.00

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2237  Kutmal S.A. de C.V.

Creditor's Name

Calle 55 No. 347, Centro, Mérida

Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

2/14/2025        $        4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2238  Kutmel S.A. de C.V.

Creditor's Name

Calle 55 No. 347, Centro, Mérida

Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

2/14/2025        $        13,122.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2239  Kutmel S.A. de C.V.

Creditor's Name

Calle 55 No. 347, Centro, Mérida

Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

2/14/2025        $        14,435.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2240  Kutmel S.A. de C.V.

Creditor's Name

Calle 55 No. 347, Centro, Mérida

Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

2/14/2025        $        14,700.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.2241  Kutmel S.A. de C.V.                          2/14/2025        $        15,312.50        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                               ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Yucatán           Yucatán       97000
City              State         ZIP Code
Mexico
Country

3.2242  Kutmel S.A. de C.V.                          2/18/2025        $         2,371.60        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                               ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Yucatán           Yucatán       97000
City              State         ZIP Code
Mexico
Country

3.2243  Kutmel S.A. de C.V.                          2/19/2025        $         5,615.40        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                               ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Yucatán           Yucatán       97000
City              State         ZIP Code
Mexico
Country

3.2244  Kutmel S.A. de C.V.                          2/20/2025        $         4,875.50        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                               ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Yucatán           Yucatán       97000
City              State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2245  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

2/21/2025    $    984.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2246  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

2/21/2025    $    1,822.80

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2247  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

2/21/2025    $    4,410.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2248  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

2/21/2025    $    5,145.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2249  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

2/21/2025    $    6,727.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2250  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

2/21/2025    $    7,183.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2251  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

2/21/2025    $    16,351.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2252  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City            State          ZIP Code

Mexico
Country

2/24/2025    $    1,396.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2253  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City               State          ZIP Code

Mexico
Country

2/25/2025      $          1,327.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2254  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City               State          ZIP Code

Mexico
Country

2/25/2025      $          3,136.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2255  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City               State          ZIP Code

Mexico
Country

2/25/2025      $          5,948.60

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2256  Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán        97000
City               State          ZIP Code

Mexico
Country

2/26/2025      $          1,533.70

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2257   Kutmel S.A. de C.V.                       2/27/2025        $        2,401.00        ☐ Secured debt

Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors

Street                                                                             ☐ Services

                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000

City             State         ZIP Code

Mexico

Country

3.2258   Kutmel S.A. de C.V.                       2/27/2025        $       13,411.30       ☐ Secured debt

Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors

Street                                                                             ☐ Services

                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000

City             State         ZIP Code

Mexico

Country

3.2259   Kutmel S.A. de C.V.                       2/27/2025        $       13,979.70       ☐ Secured debt

Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors

Street                                                                             ☐ Services

                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000

City             State         ZIP Code

Mexico

Country

3.2260   Kutmel S.A. de C.V.                       2/27/2025        $       14,700.00       ☐ Secured debt

Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors

Street                                                                             ☐ Services

                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000

City             State         ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

3.2261  Kutmel S.A. de C.V.                          2/28/2025      $           1,504.30      ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                            ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

Yucatán            Yucatán        97000
City               State          ZIP Code

Mexico
Country

3.2262  Kutmel S.A. de C.V.                          2/28/2025      $           1,715.00      ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                            ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

Yucatán            Yucatán        97000
City               State          ZIP Code

Mexico
Country

3.2263  Kutmel S.A. de C.V.                          2/28/2025      $           4,410.00      ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                            ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

Yucatán            Yucatán        97000
City               State          ZIP Code

Mexico
Country

3.2264  Kutmel S.A. de C.V.                          2/28/2025      $           9,202.20      ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                            ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                                                                                            ☑  Other    Trade

Yucatán            Yucatán        97000
City               State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

3.2265  Kutmel S.A. de C.V.                    2/28/2025         $           10,417.40       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                             ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

Yucatán           Yucatán        97000
City              State          ZIP Code
Mexico
Country

3.2266  Kutmel S.A. de C.V.                    3/3/2025          $              186.20        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                             ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

Yucatán           Yucatán        97000
City              State          ZIP Code
Mexico
Country

3.2267  Kutmel S.A. de C.V.                    3/3/2025          $            1,327.90        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                             ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

Yucatán           Yucatán        97000
City              State          ZIP Code
Mexico
Country

3.2268  Kutmel S.A. de C.V.                    3/3/2025          $            2,190.30        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                             ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other    Trade

Yucatán           Yucatán        97000
City              State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known):* 25-10715

Name

3.2269 Kutmal S.A. de C.V.                3/3/2025      $        3,140.90      ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                             ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code

Mexico
Country

3.2270 Kutmel S.A. de C.V.                3/3/2025      $       11,029.90     ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                             ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code

Mexico
Country

3.2271 Kutmel S.A. de C.V.                3/4/2025      $        8,178.10     ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                             ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code

Mexico
Country

3.2272 Kutmel S.A. de C.V.                3/5/2025      $          524.30     ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                             ☐ Suppliers or vendors
Street                                                                       ☐ Services
                                                                             ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Case number *(if known)*: 25-10715
_____

Name

| | | | |
|---|---|---|---|
| 3.2273 | Kutmel S.A. de C.V. | 3/5/2025 | $ 1,107.40 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.2274 | Kutmel S.A. de C.V. | 3/6/2025 | $ 2,327.50 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.2275 | Kutmel S.A. de C.V. | 3/7/2025 | $ 4,410.00 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.2276 | Kutmel S.A. de C.V. | 3/7/2025 | $ 4,855.90 |

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City              State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715
_____
Name

3.2277  Kutmel S.A. de C.V.                    3/7/2025        $        6,477.80        ☐ Secured debt
_____
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
_____
Street                                                                    ☐ Services

                                                                          ☑ Other    Trade
_____

Yucatán            Yucatán       97000
_____
City               State         ZIP Code

Mexico
_____
Country

3.2278  Kutmel S.A. de C.V.                    3/11/2025       $        3,900.40        ☐ Secured debt
_____
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
_____
Street                                                                    ☐ Services

                                                                          ☑ Other    Trade
_____

Yucatán            Yucatán       97000
_____
City               State         ZIP Code

Mexico
_____
Country

3.2279  Kutmel S.A. de C.V.                    3/14/2025       $          259.70        ☐ Secured debt
_____
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
_____
Street                                                                    ☐ Services

                                                                          ☑ Other    Trade
_____

Yucatán            Yucatán       97000
_____
City               State         ZIP Code

Mexico
_____
Country

3.2280  Kutmel S.A. de C.V.                    3/14/2025       $        1,479.80        ☐ Secured debt
_____
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
_____
Street                                                                    ☐ Services

                                                                          ☑ Other    Trade
_____

Yucatán            Yucatán       97000
_____
City               State         ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

3.2281  Kutmel S.A. de C.V.                    3/14/2025      $          2,170.70      ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                      ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☑  Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

3.2282  Kutmel S.A. de C.V.                    3/14/2025      $          4,410.00      ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                      ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☑  Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

3.2283  Kutmel S.A. de C.V.                    3/14/2025      $         19,791.10      ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                      ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☑  Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

3.2284  Kutmel S.A. de C.V.                    3/19/2025      $          2,440.20      ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                      ☐  Suppliers or vendors
Street                                                                                ☐  Services
                                                                                      ☑  Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2285  Kutmal S.A. de C.V.                      3/20/2025      $        6,884.50      ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐  Suppliers or vendors
Street                                                                             ☐  Services
                                                                                   ☑  Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

3.2286  Kutmel S.A. de C.V.                      3/20/2025      $        9,319.80      ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐  Suppliers or vendors
Street                                                                             ☐  Services
                                                                                   ☑  Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

3.2287  Kutmel S.A. de C.V.                      3/20/2025      $       19,600.00      ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐  Suppliers or vendors
Street                                                                             ☐  Services
                                                                                   ☑  Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

3.2288  Kutmel S.A. de C.V.                      3/20/2025      $       20,099.80      ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐  Suppliers or vendors
Street                                                                             ☐  Services
                                                                                   ☑  Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2289 | Kutmel S.A. de C.V. | 3/21/2025 | $ 1,901.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2290 | Kutmel S.A. de C.V. | 3/21/2025 | $ 4,410.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2291 | Kutmel S.A. de C.V. | 3/21/2025 | $ 4,831.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2292 | Kutmel S.A. de C.V. | 3/21/2025 | $ 6,076.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):* 25-10715

Name

3.2293  Kutmel S.A. de C.V.    3/21/2025    $    6,492.50    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

3.2294  Kutmel S.A. de C.V.    3/21/2025    $    14,655.90    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

3.2295  Kutmel S.A. de C.V.    3/24/2025    $    1,964.90    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

3.2296  Kutmel S.A. de C.V.    3/24/2025    $    2,675.40    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida    ☐ Suppliers or vendors
Street    ☐ Services
☑ Other    Trade

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*  25-10715

Name

3.2297  Kutmel S.A. de C.V.          3/25/2025      $       6,193.60      ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
Street                                                                   ☐ Services
                                                                         ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

3.2298  Kutmel S.A. de C.V.          3/27/2025      $       1,102.50      ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
Street                                                                   ☐ Services
                                                                         ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

3.2299  Kutmel S.A. de C.V.          3/28/2025      $        181.30       ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
Street                                                                   ☐ Services
                                                                         ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

3.2300  Kutmel S.A. de C.V.          3/28/2025      $       1,274.00      ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                         ☐ Suppliers or vendors
Street                                                                   ☐ Services
                                                                         ☑ Other    Trade

Yucatán          Yucatán      97000
City             State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715
_____
Name

| 3.2301 | Kutmel S.A. de C.V. | 3/28/2025 | $ 1,479.80 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Yucatán     Yucatán     97000
City     State     ZIP Code

Mexico
Country

---

**3.2302** Kutmel S.A. de C.V.     3/28/2025     $ 4,410.00
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Yucatán     Yucatán     97000
City     State     ZIP Code

Mexico
Country

---

**3.2303** Kutmel S.A. de C.V.     3/28/2025     $ 5,394.90
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Yucatán     Yucatán     97000
City     State     ZIP Code

Mexico
Country

---

**3.2304** Kutmel S.A. de C.V.     3/28/2025     $ 8,893.50
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Yucatán     Yucatán     97000
City     State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

**3.2305** Kutmel S.A. de C.V.    3/28/2025    $    10,686.90
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.2306** Kutmel S.A. de C.V.    3/28/2025    $    14,700.00
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.2307** Kutmel S.A. de C.V.    3/28/2025    $    17,218.60
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.2308** Kutmel S.A. de C.V.    3/31/2025    $    612.50
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.2309 | Kutmel S.A. de C.V. | 3/31/2025 | $ | 2,234.40 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

| 3.2310 | Kutmel S.A. de C.V. | 3/31/2025 | $ | 3,028.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

| 3.2311 | Kutmel S.A. de C.V. | 3/31/2025 | $ | 4,841.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

| 3.2312 | Kutmel S.A. de C.V. | 4/2/2025 | $ | 7,746.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:     25-10715

Name

3.2313 Kutmal S.A. de C.V.
Creditor's Name

4/3/2025

$ 710.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

3.2314 Kutmel S.A. de C.V.
Creditor's Name

4/4/2025

$ 78.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

3.2315 Kutmel S.A. de C.V.
Creditor's Name

4/4/2025

$ 132.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

3.2316 Kutmel S.A. de C.V.
Creditor's Name

4/4/2025

$ 4,277.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán        Yucatán        97000
City        State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2317 Kutmel S.A. de C.V.
Creditor's Name

4/4/2025    $    4,410.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

3.2318 Kutmel S.A. de C.V.
Creditor's Name

4/4/2025    $    5,262.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

3.2319 Kutmel S.A. de C.V.
Creditor's Name

4/4/2025    $    6,972.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

3.2320 Kutmel S.A. de C.V.
Creditor's Name

4/8/2025    $    6,061.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 55 No. 347, Centro, Mérida
Street

Yucatán    Yucatán    97000
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                      Case number *(if known)*:  25-10715

Name

| 3.2321 | Kutmel S.A. de C.V. | 4/9/2025 | $ | 2,724.40 | ☐ Secured debt |
|--------|---------------------|----------|---|----------|------------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---------|---------|-------|

City        State       ZIP Code

Mexico

Country

| 3.2322 | Kutmel S.A. de C.V. | 4/9/2025 | $ | 5,208.70 | ☐ Secured debt |
|--------|---------------------|----------|---|----------|------------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---------|---------|-------|

City        State       ZIP Code

Mexico

Country

| 3.2323 | Kutmel S.A. de C.V. | 4/11/2025 | $ | 333.20 | ☐ Secured debt |
|--------|---------------------|-----------|---|--------|------------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---------|---------|-------|

City        State       ZIP Code

Mexico

Country

| 3.2324 | Kutmel S.A. de C.V. | 4/11/2025 | $ | 1,494.50 | ☐ Secured debt |
|--------|---------------------|-----------|---|----------|------------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Yucatán | Yucatán | 97000 |
|---------|---------|-------|

City        State       ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*   25-10715

Name

3.2325 Kutmal S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

| 4/11/2025 | $ 14,700.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2326 Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

| 4/14/2025 | $ 88.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2327 Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

| 4/14/2025 | $ 2,249.10 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2328 Kutmel S.A. de C.V.
Creditor's Name

Calle 55 No. 347, Centro, Mérida
Street

Yucatán          Yucatán          97000
City              State            ZIP Code

Mexico
Country

| 4/14/2025 | $ 4,067.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                           Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2329 | Kutmel S.A. de C.V. | 4/14/2025 | $ 6,477.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2330 | Kutmel S.A. de C.V. | 4/14/2025 | $ 11,960.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2331 | Kutmel S.A. de C.V. | 4/14/2025 | $ 32,521.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2332 | Kutmel S.A. de C.V. | 4/15/2025 | $ 12,803.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 55 No. 347, Centro, Mérida | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Yucatán    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known):  25-10715

Name

3.2333  Kutmel S.A. de C.V.                    4/16/2025       $         578.20    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

3.2334  Kutmel S.A. de C.V.                    4/16/2025       $         695.80    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

3.2335  Kutmel S.A. de C.V.                    4/16/2025       $       4,410.00    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

3.2336  Kutmel S.A. de C.V.                    4/16/2025       $       4,949.00    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Calle 55 No. 347, Centro, Mérida                                                   ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                   ☑ Other    Trade

Yucatán          Yucatán       97000
City             State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715
_____
Name

3.2337  Kutmel S.A. de C.V.                    4/16/2025      $        5,860.40      ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Calle 55 No. 347, Centro, Mérida                                            ☐  Suppliers or vendors
        Street                                                                      ☐  Services

                                                                                    ☑  Other     Trade

        Yucatán         Yucatán      97000
        City            State        ZIP Code

        Mexico
        Country

3.2338  Kutmel S.A. de C.V.                    1/17/2025      $       14,700.00     ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Calle 55 No. 347, Centro, Mérida                                            ☐  Suppliers or vendors
        Street                                                                      ☐  Services

                                                                                    ☑  Other     Trade

        Yucatán         Yucatán      97000
        City            State        ZIP Code

        Mexico
        Country

3.2339  Kutmel S.A. de C.V.                    1/17/2025      $       14,700.00     ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Calle 55 No. 347, Centro, Mérida                                            ☐  Suppliers or vendors
        Street                                                                      ☐  Services

                                                                                    ☑  Other     Trade

        Yucatán         Yucatán      97000
        City            State        ZIP Code

        Mexico
        Country

3.2340  Kutmel S.A. de C.V.                    4/4/2025       $        2,107.00     ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Calle 55 No. 347, Centro, Mérida                                            ☐  Suppliers or vendors
        Street                                                                      ☐  Services

                                                                                    ☑  Other     Trade

        Yucatán         Yucatán      97000
        City            State        ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.2341** Kutmel S.A. de C.V.
Creditor's Name

4/4/2025

$ 34.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**3.2342** Kutmel S.A. de C.V.
Creditor's Name

4/4/2025

$ 2,107.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**3.2343** Kutmel S.A. de C.V.
Creditor's Name

4/4/2025

$ 34.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Calle 55 No. 347, Centro, Mérida
Street

| Yucatán | Yucatán | 97000 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**3.2344** Laboratorios Julio S.A. de C.V.
Creditor's Name

1/23/2025

$ 1,061.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. López Portillo No. 252
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2345  Laboratorios Julio S.A. de C.V.
Creditor's Name

3/7/2025        $        7,306.21

Av. López Portillo No. 252
Street

Quintana
Cancún                  Roo        77500
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2346  Laboratorios Julio S.A. de C.V.
Creditor's Name

3/18/2025        $        5,525.14

Av. López Portillo No. 252
Street

Quintana
Cancún                  Roo        77500
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2347  Laboratorios Julio S.A. de C.V.
Creditor's Name

3/21/2025        $        8,200.31

Av. López Portillo No. 252
Street

Quintana
Cancún                  Roo        77500
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2348  Laboratorios Julio S.A. de C.V.
Creditor's Name

4/1/2025        $        2,843.93

Av. López Portillo No. 252
Street

Quintana
Cancún                  Roo        77500
City            State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

**3.2349** Laboratorios Julio S.A. de C.V.          4/9/2025          $          1,813.31      ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Av. López Portillo No. 252                                                                  ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☒ Other    Trade
            Quintana
            Roo
Cancún              77500
City        State   ZIP Code

Mexico
Country

**3.2350** Laboratorios Julio S.A. de C.V.         4/14/2025          $          1,114.31     ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Av. López Portillo No. 252                                                                  ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☒ Other    Trade
            Quintana
            Roo
Cancún              77500
City        State   ZIP Code

Mexico
Country

**3.2351** Le King Poulet                          1/22/2025          $            704.37     ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                           ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☒ Other    Trade
Belle Croix Parking
Bricomarché              77330
City        State   ZIP Code

France
Country

**3.2352** Le King Poulet                          1/22/2025          $          4,305.60     ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                           ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☒ Other    Trade
Belle Croix Parking
Bricomarché              77330
City        State   ZIP Code

France
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known):*  25-10715

Name

**3.2353** Le King Poulet                                1/27/2025          $          2,170.36      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                  ☐  Suppliers or vendors
Street                                                                                            ☐  Services

Belle Croix Parking                                                                               ☑  Other     Trade
Bricomarché                              77330
City                  State        ZIP Code

France
Country

**3.2354** Le King Poulet                                1/27/2025          $          5,223.22      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                  ☐  Suppliers or vendors
Street                                                                                            ☐  Services

Belle Croix Parking                                                                               ☑  Other     Trade
Bricomarché                              77330
City                  State        ZIP Code

France
Country

**3.2355** Le King Poulet                                2/4/2025           $          1,189.91      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                  ☐  Suppliers or vendors
Street                                                                                            ☐  Services

Belle Croix Parking                                                                               ☑  Other     Trade
Bricomarché                              77330
City                  State        ZIP Code

France
Country

**3.2356** Le King Poulet                                2/4/2025           $          5,144.87      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                  ☐  Suppliers or vendors
Street                                                                                            ☐  Services

Belle Croix Parking                                                                               ☑  Other     Trade
Bricomarché                              77330
City                  State        ZIP Code

France
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.2357 | Le King Poulet | 2/11/2025 | $ | 1,049.35 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché                    77330

☒ Other    Trade

City                State        ZIP Code

France

Country

| 3.2358 | Le King Poulet | 2/11/2025 | $ | 5,097.96 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché                    77330

☒ Other    Trade

City                State        ZIP Code

France

Country

| 3.2359 | Le King Poulet | 2/17/2025 | $ | 132.34 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché                    77330

☒ Other    Trade

City                State        ZIP Code

France

Country

| 3.2360 | Le King Poulet | 2/17/2025 | $ | 206.46 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché                    77330

☒ Other    Trade

City                State        ZIP Code

France

Country

Debtor: Controladora Dolphin, S.A. de C.V.  Case number *(if known):*  25-10715

Name

| 3.2361 | Le King Poulet | 2/17/2025 | $ | 207.91 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché          77330

☒ Other    Trade

City          State    ZIP Code

France

Country

| 3.2362 | Le King Poulet | 2/17/2025 | $ | 220.48 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché          77330

☒ Other    Trade

City          State    ZIP Code

France

Country

| 3.2363 | Le King Poulet | 2/17/2025 | $ | 436.72 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché          77330

☒ Other    Trade

City          State    ZIP Code

France

Country

| 3.2364 | Le King Poulet | 2/17/2025 | $ | 505.83 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C

Street

☐ Suppliers or vendors

☐ Services

Belle Croix Parking
Bricomarché          77330

☒ Other    Trade

City          State    ZIP Code

France

Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:  25-10715

Name

---

**3.2365**  Le King Poulet                          2/17/2025      $              844.81      ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                              ☐ Suppliers or vendors
Street                                                                                         ☐ Services

Belle Croix Parking                                                                            ☑ Other    Trade
Bricomarché                    77330
City                State        ZIP Code

France
Country

---

**3.2366**  Le King Poulet                          2/17/2025      $              867.74      ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                              ☐ Suppliers or vendors
Street                                                                                         ☐ Services

Belle Croix Parking                                                                            ☑ Other    Trade
Bricomarché                    77330
City                State        ZIP Code

France
Country

---

**3.2367**  Le King Poulet                          2/17/2025      $            1,012.30      ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                              ☐ Suppliers or vendors
Street                                                                                         ☐ Services

Belle Croix Parking                                                                            ☑ Other    Trade
Bricomarché                    77330
City                State        ZIP Code

France
Country

---

**3.2368**  Le King Poulet                          2/17/2025      $            1,092.23      ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                              ☐ Suppliers or vendors
Street                                                                                         ☐ Services

Belle Croix Parking                                                                            ☑ Other    Trade
Bricomarché                    77330
City                State        ZIP Code

France
Country

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2369  Le King Poulet                          2/24/2025      $              214.07      ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade
Belle Croix Parking
Bricomarché                        77330
City                State      ZIP Code

France
Country

3.2370  Le King Poulet                          2/24/2025      $              415.40      ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade
Belle Croix Parking
Bricomarché                        77330
City                State      ZIP Code

France
Country

3.2371  Le King Poulet                          2/24/2025      $              575.48      ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade
Belle Croix Parking
Bricomarché                        77330
City                State      ZIP Code

France
Country

3.2372  Le King Poulet                          2/24/2025      $              596.20      ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade
Belle Croix Parking
Bricomarché                        77330
City                State      ZIP Code

France
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2373  Le King Poulet

Creditor's Name

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                    77330

City            State        ZIP Code

France

Country

2/24/2025    $    1,016.99

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2374  Le King Poulet

Creditor's Name

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                    77330

City            State        ZIP Code

France

Country

2/24/2025    $    1,223.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2375  Le King Poulet

Creditor's Name

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                    77330

City            State        ZIP Code

France

Country

2/24/2025    $    1,338.21

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2376  Le King Poulet

Creditor's Name

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                    77330

City            State        ZIP Code

France

Country

3/3/2025    $    65.75

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.2377  Le King Poulet                          3/3/2025        $            65.86        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street                                                                                    ☐  Services

Belle Croix Parking                                                                       ☑  Other    Trade
Bricomarché                       77330
City                State        ZIP Code

France
Country

3.2378  Le King Poulet                          3/3/2025        $            66.68        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street                                                                                    ☐  Services

Belle Croix Parking                                                                       ☑  Other    Trade
Bricomarché                       77330
City                State        ZIP Code

France
Country

3.2379  Le King Poulet                          3/3/2025        $           131.71        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street                                                                                    ☐  Services

Belle Croix Parking                                                                       ☑  Other    Trade
Bricomarché                       77330
City                State        ZIP Code

France
Country

3.2380  Le King Poulet                          3/3/2025        $           199.11        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                         ☐  Suppliers or vendors
Street                                                                                    ☐  Services

Belle Croix Parking                                                                       ☑  Other    Trade
Bricomarché                       77330
City                State        ZIP Code

France
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

**3.2381**  Le King Poulet

Creditor's Name

3/3/2025

$                208.34

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                          77330
City                    State          ZIP Code

France

Country

---

**3.2382**  Le King Poulet

Creditor's Name

3/3/2025

$                210.98

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                          77330
City                    State          ZIP Code

France

Country

---

**3.2383**  Le King Poulet

Creditor's Name

3/3/2025

$                265.86

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                          77330
City                    State          ZIP Code

France

Country

---

**3.2384**  Le King Poulet

Creditor's Name

3/3/2025

$                267.18

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Rue François de Tessan, 41, Z.A.C

Street

Belle Croix Parking
Bricomarché                          77330
City                    State          ZIP Code

France

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                   Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2385 Le King Poulet | 3/3/2025 | $ | 333.40 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking Bricomarché    77330 | | | | |
| City          State          ZIP Code | | | | |
| France | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2386 Le King Poulet | 3/3/2025 | $ | 338.47 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking Bricomarché    77330 | | | | |
| City          State          ZIP Code | | | | |
| France | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2387 Le King Poulet | 3/3/2025 | $ | 410.45 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking Bricomarché    77330 | | | | |
| City          State          ZIP Code | | | | |
| France | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2388 Le King Poulet | 3/3/2025 | $ | 471.16 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking Bricomarché    77330 | | | | |
| City          State          ZIP Code | | | | |
| France | | | | |
| Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2389 Le King Poulet | 3/3/2025 | $ | 738.64 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking | | | | |
| Bricomarché        77330 | | | | |
| City        State        ZIP Code | | | | |
| France | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2390 Le King Poulet | 3/3/2025 | $ | 802.26 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking | | | | |
| Bricomarché        77330 | | | | |
| City        State        ZIP Code | | | | |
| France | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2391 Le King Poulet | 3/3/2025 | $ | 1,118.45 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking | | | | |
| Bricomarché        77330 | | | | |
| City        State        ZIP Code | | | | |
| France | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2392 Le King Poulet | 3/3/2025 | $ | 1,150.10 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Rue François de Tessan, 41, Z.A.C | | | | ☐ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Belle Croix Parking | | | | |
| Bricomarché        77330 | | | | |
| City        State        ZIP Code | | | | |
| France | | | | |
| Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

Name

3.2393  Le King Poulet                                    3/10/2025        $              65.29          ☐  Secured debt
Creditor's Name                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                         ☐  Suppliers or vendors
Street                                                                                                   ☐  Services

Belle Croix Parking                                                                                       ☑  Other    Trade
Bricomarché                            77330
City                    State        ZIP Code

France
Country

3.2394  Le King Poulet                                    3/10/2025        $              66.22          ☐  Secured debt
Creditor's Name                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                         ☐  Suppliers or vendors
Street                                                                                                   ☐  Services

Belle Croix Parking                                                                                       ☑  Other    Trade
Bricomarché                            77330
City                    State        ZIP Code

France
Country

3.2395  Le King Poulet                                    3/10/2025        $             134.26          ☐  Secured debt
Creditor's Name                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                         ☐  Suppliers or vendors
Street                                                                                                   ☐  Services

Belle Croix Parking                                                                                       ☑  Other    Trade
Bricomarché                            77330
City                    State        ZIP Code

France
Country

3.2396  Le King Poulet                                    3/10/2025        $             134.28          ☐  Secured debt
Creditor's Name                                                                                          ☐  Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                                         ☐  Suppliers or vendors
Street                                                                                                   ☐  Services

Belle Croix Parking                                                                                       ☑  Other    Trade
Bricomarché                            77330
City                    State        ZIP Code

France
Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715

Name

3.2397  Le King Poulet                          3/10/2025    $           137.99    ☐  Secured debt
        Creditor's Name
                                                                               ☐  Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                      ☐  Suppliers or vendors
        Street
                                                                               ☐  Services

                                                                               ☒  Other    Trade
        Belle Croix Parking
        Bricomarché                      77330
        City                  State      ZIP Code

        France
        Country

3.2398  Le King Poulet                          3/10/2025    $           340.96    ☐  Secured debt
        Creditor's Name
                                                                               ☐  Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                      ☐  Suppliers or vendors
        Street
                                                                               ☐  Services

                                                                               ☒  Other    Trade
        Belle Croix Parking
        Bricomarché                      77330
        City                  State      ZIP Code

        France
        Country

3.2399  Le King Poulet                          3/10/2025    $           845.98    ☐  Secured debt
        Creditor's Name
                                                                               ☐  Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                      ☐  Suppliers or vendors
        Street
                                                                               ☐  Services

                                                                               ☒  Other    Trade
        Belle Croix Parking
        Bricomarché                      77330
        City                  State      ZIP Code

        France
        Country

3.2400  Le King Poulet                          3/10/2025    $           941.04    ☐  Secured debt
        Creditor's Name
                                                                               ☐  Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                      ☐  Suppliers or vendors
        Street
                                                                               ☐  Services

                                                                               ☒  Other    Trade
        Belle Croix Parking
        Bricomarché                      77330
        City                  State      ZIP Code

        France
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*   25-10715

Name

3.2401  Le King Poulet                          3/10/2025      $        1,116.42      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                               ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☒ Other    Trade
        Belle Croix Parking
        Bricomarché                     77330
City                State       ZIP Code

        France
Country

3.2402  Le King Poulet                          3/10/2025      $        1,340.18      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                               ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☒ Other    Trade
        Belle Croix Parking
        Bricomarché                     77330
City                State       ZIP Code

        France
Country

3.2403  Le King Poulet                          3/18/2025      $          66.57      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                               ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☒ Other    Trade
        Belle Croix Parking
        Bricomarché                     77330
City                State       ZIP Code

        France
Country

3.2404  Le King Poulet                          3/18/2025      $          68.99      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

        Rue François de Tessan, 41, Z.A.C                                               ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☒ Other    Trade
        Belle Croix Parking
        Bricomarché                     77330
City                State       ZIP Code

        France
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

| 3.2405 | Le King Poulet | 3/18/2025 | $ | 286.81 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Rue François de Tessan, 41, Z.A.C | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Belle Croix Parking Bricomarché    77330 | | | | | |
| | City    State    ZIP Code | | | | | |
| | France | | | | | |
| | Country | | | | | |

| 3.2406 | Le King Poulet | 3/18/2025 | $ | 836.89 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Rue François de Tessan, 41, Z.A.C | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Belle Croix Parking Bricomarché    77330 | | | | | |
| | City    State    ZIP Code | | | | | |
| | France | | | | | |
| | Country | | | | | |

| 3.2407 | Le King Poulet | 3/18/2025 | $ | 1,483.53 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Rue François de Tessan, 41, Z.A.C | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Belle Croix Parking Bricomarché    77330 | | | | | |
| | City    State    ZIP Code | | | | | |
| | France | | | | | |
| | Country | | | | | |

| 3.2408 | Le King Poulet | 3/18/2025 | $ | 1,740.97 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Rue François de Tessan, 41, Z.A.C | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Belle Croix Parking Bricomarché    77330 | | | | | |
| | City    State    ZIP Code | | | | | |
| | France | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

**3.2409**  Le King Poulet                                    3/24/2025          $            67.50
Creditor's Name

Rue François de Tessan, 41, Z.A.C
Street

Belle Croix Parking
Bricomarché                    77330
City              State          ZIP Code

France
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2410**  Le King Poulet                                    3/24/2025          $         1,401.52
Creditor's Name

Rue François de Tessan, 41, Z.A.C
Street

Belle Croix Parking
Bricomarché                    77330
City              State          ZIP Code

France
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2411**  Le King Poulet                                    3/24/2025          $         1,519.14
Creditor's Name

Rue François de Tessan, 41, Z.A.C
Street

Belle Croix Parking
Bricomarché                    77330
City              State          ZIP Code

France
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2412**  Le King Poulet                                    3/31/2025          $             1.32
Creditor's Name

Rue François de Tessan, 41, Z.A.C
Street

Belle Croix Parking
Bricomarché                    77330
City              State          ZIP Code

France
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2413 | Le King Poulet | 3/31/2025 | $ | 131.49 |
| | Creditor's Name | | | |

Rue François de Tessan, 41, Z.A.C
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Belle Croix Parking
Bricomarché                77330
City            State        ZIP Code

France
Country

| | | | | |
|---|---|---|---|---|
| 3.2414 | Le King Poulet | 3/31/2025 | $ | 600.37 |
| | Creditor's Name | | | |

Rue François de Tessan, 41, Z.A.C
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Belle Croix Parking
Bricomarché                77330
City            State        ZIP Code

France
Country

| | | | | |
|---|---|---|---|---|
| 3.2415 | Le King Poulet | 3/31/2025 | $ | 1,389.60 |
| | Creditor's Name | | | |

Rue François de Tessan, 41, Z.A.C
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Belle Croix Parking
Bricomarché                77330
City            State        ZIP Code

France
Country

| | | | | |
|---|---|---|---|---|
| 3.2416 | Le King Poulet | 4/9/2025 | $ | 66.89 |
| | Creditor's Name | | | |

Rue François de Tessan, 41, Z.A.C
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Belle Croix Parking
Bricomarché                77330
City            State        ZIP Code

France
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

3.2417  Le King Poulet                          4/9/2025        $        1,375.67        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Rue François de Tessan, 41, Z.A.C                                                        ☐ Suppliers or vendors
Street                                                                                   ☐ Services

Belle Croix Parking                                                                      ☒ Other    Trade
Bricomarché                    77330
City              State        ZIP Code

France
Country

3.2418  Liquor Premi                           1/20/2025       $        1,077.35        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Bonampak 53, SM 4A, Cancún                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services

                                                                                         ☒ Other    Trade
Cancun           Q.R.          77500
City              State        ZIP Code

Mexico
Country

3.2419  Liquor Premi                           1/20/2025       $        1,437.44        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Bonampak 53, SM 4A, Cancún                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services

                                                                                         ☒ Other    Trade
Cancun           Q.R.          77500
City              State        ZIP Code

Mexico
Country

3.2420  Liquor Premi                           1/28/2025       $        2,459.51        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Bonampak 53, SM 4A, Cancún                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services

                                                                                         ☒ Other    Trade
Cancun           Q.R.          77500
City              State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2421  Liquor Premi                                2/7/2025        $           1,038.34        ☐ Secured debt
        Creditor's Name                                                                        ☐ Unsecured loan repayments

        Av. Bonampak 53, SM 4A, Cancún                                                         ☐ Suppliers or vendors
        Street                                                                                 ☐ Services
                                                                                               ☒ Other    Trade

        Cancun          Q.R.      77500
        City            State     ZIP Code

        Mexico
        Country

3.2422  Liquor Premi                                2/13/2025       $           1,499.11        ☐ Secured debt
        Creditor's Name                                                                        ☐ Unsecured loan repayments

        Av. Bonampak 53, SM 4A, Cancún                                                         ☐ Suppliers or vendors
        Street                                                                                 ☐ Services
                                                                                               ☒ Other    Trade

        Cancun          Q.R.      77500
        City            State     ZIP Code

        Mexico
        Country

3.2423  Liquor Premi                                1/20/2025       $           2,514.78        ☐ Secured debt
        Creditor's Name                                                                        ☐ Unsecured loan repayments

        Av. Bonampak 53, SM 4A, Cancún                                                         ☐ Suppliers or vendors
        Street                                                                                 ☐ Services
                                                                                               ☒ Other    Trade

        Cancun          Q.R.      77500
        City            State     ZIP Code

        Mexico
        Country

3.2424  Liquor Premi                                1/20/2025       $           2,514.78        ☐ Secured debt
        Creditor's Name                                                                        ☐ Unsecured loan repayments

        Av. Bonampak 53, SM 4A, Cancún                                                         ☐ Suppliers or vendors
        Street                                                                                 ☐ Services
                                                                                               ☒ Other    Trade

        Cancun          Q.R.      77500
        City            State     ZIP Code

        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                            Case number *(if known)*:    25-10715

_____
Name

| 3.2425 | Livek del Caribe S.A. de C.V. | 1/23/2025 | $ | 1,011.00 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | Av. 135 301 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Cancún    Roo    77536 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2426 | Livek del Caribe S.A. de C.V. | 1/24/2025 | $ | 1,096.38 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | Av. 135 301 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Cancún    Roo    77536 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2427 | Livek del Caribe S.A. de C.V. | 1/29/2025 | $ | 333.40 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | Av. 135 301 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Cancún    Roo    77536 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2428 | Livek del Caribe S.A. de C.V. | 1/29/2025 | $ | 923.72 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | Av. 135 301 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana | | | | | |
| | Cancún    Roo    77536 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

3.2429  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
_____
Country

1/29/2025      $      1,580.64

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2430  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
_____
Country

2/5/2025      $      658.54

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2431  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
_____
Country

2/5/2025      $      3,396.34

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2432  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
_____
Country

2/12/2025      $      998.38

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2433  Livek del Caribe S.A. de C.V.                2/12/2025     $         2,310.25     ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. 135 301                                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                        ☒ Other    Trade
            Quintana
Cancún      Roo        77536
City        State      ZIP Code

Mexico
Country

3.2434  Livek del Caribe S.A. de C.V.                2/19/2025     $            18.97    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. 135 301                                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                        ☒ Other    Trade
            Quintana
Cancún      Roo        77536
City        State      ZIP Code

Mexico
Country

3.2435  Livek del Caribe S.A. de C.V.                2/19/2025     $            75.34    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. 135 301                                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                        ☒ Other    Trade
            Quintana
Cancún      Roo        77536
City        State      ZIP Code

Mexico
Country

3.2436  Livek del Caribe S.A. de C.V.                2/19/2025     $            91.88    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. 135 301                                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                        ☒ Other    Trade
            Quintana
Cancún      Roo        77536
City        State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2437  Livek del Caribe S.A. de C.V.
Creditor's Name

2/19/2025

$                   117.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

3.2438  Livek del Caribe S.A. de C.V.
Creditor's Name

2/19/2025

$                   133.33

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

3.2439  Livek del Caribe S.A. de C.V.
Creditor's Name

2/19/2025

$                   133.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

3.2440  Livek del Caribe S.A. de C.V.
Creditor's Name

2/19/2025

$                   176.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
Case number *(if known)*: 25-10715

Name

3.2441 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
Country

2/19/2025    $ 301.35

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2442 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
Country

2/21/2025    $ 593.49

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2443 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
Country

2/21/2025    $ 1,102.19

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2444 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

| | Quintana | |
Cancún | Roo | 77536
City | State | ZIP Code

Mexico
Country

2/25/2025    $ 18.97

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

3.2445  Livek del Caribe S.A. de C.V.    2/25/2025    $              36.51    ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Av. 135 301                                                          ☐ Suppliers or vendors
        Street                                                               ☐ Services

                       Quintana                                             ☑ Other    Trade
        Cancún         Roo          77536
        City           State        ZIP Code

        Mexico
        Country

3.2446  Livek del Caribe S.A. de C.V.    2/25/2025    $              73.50    ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Av. 135 301                                                          ☐ Suppliers or vendors
        Street                                                               ☐ Services

                       Quintana                                             ☑ Other    Trade
        Cancún         Roo          77536
        City           State        ZIP Code

        Mexico
        Country

3.2447  Livek del Caribe S.A. de C.V.    2/25/2025    $             132.30    ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Av. 135 301                                                          ☐ Suppliers or vendors
        Street                                                               ☐ Services

                       Quintana                                             ☑ Other    Trade
        Cancún         Roo          77536
        City           State        ZIP Code

        Mexico
        Country

3.2448  Livek del Caribe S.A. de C.V.    2/25/2025    $             154.35    ☐ Secured debt
        Creditor's Name                                                      ☐ Unsecured loan repayments

        Av. 135 301                                                          ☐ Suppliers or vendors
        Street                                                               ☐ Services

                       Quintana                                             ☑ Other    Trade
        Cancún         Roo          77536
        City           State        ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.2449  Livek del Caribe S.A. de C.V.          2/25/2025       $           317.18       ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. 135 301                                                                            ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other     Trade

|            | Quintana |       |
| Cancún     | Roo      | 77536 |
| City       | State    | ZIP Code |

Mexico
Country

3.2450  Livek del Caribe S.A. de C.V.          2/25/2025       $           604.88       ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. 135 301                                                                            ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other     Trade

|            | Quintana |       |
| Cancún     | Roo      | 77536 |
| City       | State    | ZIP Code |

Mexico
Country

3.2451  Livek del Caribe S.A. de C.V.          2/25/2025       $           657.34       ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. 135 301                                                                            ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other     Trade

|            | Quintana |       |
| Cancún     | Roo      | 77536 |
| City       | State    | ZIP Code |

Mexico
Country

3.2452  Livek del Caribe S.A. de C.V.          3/3/2025        $         1,952.23       ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. 135 301                                                                            ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other     Trade

|            | Quintana |       |
| Cancún     | Roo      | 77536 |
| City       | State    | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Name

Case number *(if known)*: 25-10715
_____

3.2453  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

3/5/2025        $        9.31

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
_____
Street

Cancún          Quintana Roo    77536
_____
City            State           ZIP Code

Mexico
_____
Country

3.2454  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

3/5/2025        $        40.77

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
_____
Street

Cancún          Quintana Roo    77536
_____
City            State           ZIP Code

Mexico
_____
Country

3.2455  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

3/5/2025        $        86.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
_____
Street

Cancún          Quintana Roo    77536
_____
City            State           ZIP Code

Mexico
_____
Country

3.2456  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

3/5/2025        $        134.06

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. 135 301
_____
Street

Cancún          Quintana Roo    77536
_____
City            State           ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2457  Livek del Caribe S.A. de C.V.                3/5/2025        $           135.24        ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name

Av. 135 301                                                                                     ☐ Suppliers or vendors
_____                                                                ☐ Services
Street

                    Quintana                                                                    ☒ Other    Trade
_____
Cancún              Roo        77536
City                State      ZIP Code

Mexico
_____
Country

3.2458  Livek del Caribe S.A. de C.V.                3/5/2025        $           239.47        ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name

Av. 135 301                                                                                     ☐ Suppliers or vendors
_____                                                                ☐ Services
Street

                    Quintana                                                                    ☒ Other    Trade
_____
Cancún              Roo        77536
City                State      ZIP Code

Mexico
_____
Country

3.2459  Livek del Caribe S.A. de C.V.                3/5/2025        $           615.87        ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name

Av. 135 301                                                                                     ☐ Suppliers or vendors
_____                                                                ☐ Services
Street

                    Quintana                                                                    ☒ Other    Trade
_____
Cancún              Roo        77536
City                State      ZIP Code

Mexico
_____
Country

3.2460  Livek del Caribe S.A. de C.V.                3/5/2025        $           729.25        ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name

Av. 135 301                                                                                     ☐ Suppliers or vendors
_____                                                                ☐ Services
Street

                    Quintana                                                                    ☒ Other    Trade
_____
Cancún              Roo        77536
City                State      ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known)*: 25-10715

Name

3.2461 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún    Quintana Roo    77536
City    State    ZIP Code

Mexico
Country

3/10/2025    $ 43.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.2462 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún    Quintana Roo    77536
City    State    ZIP Code

Mexico
Country

3/10/2025    $ 61.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.2463 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún    Quintana Roo    77536
City    State    ZIP Code

Mexico
Country

3/10/2025    $ 132.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.2464 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún    Quintana Roo    77536
City    State    ZIP Code

Mexico
Country

3/10/2025    $ 149.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.2465** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

|  | Quintana Roo |  |
|---|---|---|
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

3/10/2025    $    156.56

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.2466** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

|  | Quintana Roo |  |
|---|---|---|
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

3/10/2025    $    193.55

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.2467** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

|  | Quintana Roo |  |
|---|---|---|
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

3/10/2025    $    264.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.2468** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

|  | Quintana Roo |  |
|---|---|---|
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

3/10/2025    $    360.93

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.2469 | Livek del Caribe S.A. de C.V. | 3/10/2025 | $ | 619.51 |
|---|---|---|---|---|

Creditor's Name

Av. 135 301
Street

| Cancún | Quintana Roo | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.2470 | Livek del Caribe S.A. de C.V. | 3/13/2025 | $ | 1,088.34 |
|---|---|---|---|---|

Creditor's Name

Av. 135 301
Street

| Cancún | Quintana Roo | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.2471 | Livek del Caribe S.A. de C.V. | 3/18/2025 | $ | 37.68 |
|---|---|---|---|---|

Creditor's Name

Av. 135 301
Street

| Cancún | Quintana Roo | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.2472 | Livek del Caribe S.A. de C.V. | 3/18/2025 | $ | 45.86 |
|---|---|---|---|---|

Creditor's Name

Av. 135 301
Street

| Cancún | Quintana Roo | 77536 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                   Case number *(if known):*    25-10715

Name

3.2473  Livek del Caribe S.A. de C.V.            3/18/2025        $            48.02        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☑ Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

3.2474  Livek del Caribe S.A. de C.V.            3/18/2025        $            61.74        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☑ Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

3.2475  Livek del Caribe S.A. de C.V.            3/18/2025        $            90.90        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☑ Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

3.2476  Livek del Caribe S.A. de C.V.            3/18/2025        $           112.46        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☑ Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

3.2477  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

|  | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
_____
Country

3/18/2025      $      127.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2478  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

|  | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
_____
Country

3/18/2025      $      154.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2479  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

|  | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
_____
Country

3/18/2025      $      196.56

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2480  Livek del Caribe S.A. de C.V.
_____
Creditor's Name

Av. 135 301
_____
Street

|  | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico
_____
Country

3/18/2025      $      198.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.2481  Livek del Caribe S.A. de C.V.              3/18/2025        $         264.60        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. 135 301                                                                                ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade
        Quintana
Cancún  Roo        77536
City    State      ZIP Code

Mexico
Country

3.2482  Livek del Caribe S.A. de C.V.              3/18/2025        $         287.24        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. 135 301                                                                                ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade
        Quintana
Cancún  Roo        77536
City    State      ZIP Code

Mexico
Country

3.2483  Livek del Caribe S.A. de C.V.              3/18/2025        $         504.21        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. 135 301                                                                                ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade
        Quintana
Cancún  Roo        77536
City    State      ZIP Code

Mexico
Country

3.2484  Livek del Caribe S.A. de C.V.              3/18/2025        $         671.94        ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. 135 301                                                                                ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade
        Quintana
Cancún  Roo        77536
City    State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*: 25-10715

Name

3.2485  Livek del Caribe S.A. de C.V.                3/24/2025        $            17.79        ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. 135 301                                                                                   ☐ Suppliers or vendors
Street                                                                                        ☐ Services

                        Quintana                                                              ☑ Other    Trade
Cancún                  Roo            77536
City                    State          ZIP Code

Mexico
Country

3.2486  Livek del Caribe S.A. de C.V.                3/24/2025        $           105.84       ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. 135 301                                                                                   ☐ Suppliers or vendors
Street                                                                                        ☐ Services

                        Quintana                                                              ☑ Other    Trade
Cancún                  Roo            77536
City                    State          ZIP Code

Mexico
Country

3.2487  Livek del Caribe S.A. de C.V.                3/24/2025        $           238.88       ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. 135 301                                                                                   ☐ Suppliers or vendors
Street                                                                                        ☐ Services

                        Quintana                                                              ☑ Other    Trade
Cancún                  Roo            77536
City                    State          ZIP Code

Mexico
Country

3.2488  Livek del Caribe S.A. de C.V.                3/24/2025        $           249.90       ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. 135 301                                                                                   ☐ Suppliers or vendors
Street                                                                                        ☐ Services

                        Quintana                                                              ☑ Other    Trade
Cancún                  Roo            77536
City                    State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2489  Livek del Caribe S.A. de C.V.          3/24/2025      $          290.41      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                  ☒ Other    Trade

           Quintana
Cancún     Roo        77536
City       State      ZIP Code

Mexico
Country

3.2490  Livek del Caribe S.A. de C.V.          3/24/2025      $          296.67      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                  ☒ Other    Trade

           Quintana
Cancún     Roo        77536
City       State      ZIP Code

Mexico
Country

3.2491  Livek del Caribe S.A. de C.V.          3/24/2025      $          304.66      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                  ☒ Other    Trade

           Quintana
Cancún     Roo        77536
City       State      ZIP Code

Mexico
Country

3.2492  Livek del Caribe S.A. de C.V.          3/24/2025      $          352.80      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                        ☐ Suppliers or vendors
Street                                                                             ☐ Services
                                                                                  ☒ Other    Trade

           Quintana
Cancún     Roo        77536
City       State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2493 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún | Quintana Roo | 77536
City | State | ZIP Code

Mexico
Country

3/24/2025

$ 361.91

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2494 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún | Quintana Roo | 77536
City | State | ZIP Code

Mexico
Country

3/24/2025

$ 366.13

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2495 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún | Quintana Roo | 77536
City | State | ZIP Code

Mexico
Country

3/24/2025

$ 366.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2496 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Cancún | Quintana Roo | 77536
City | State | ZIP Code

Mexico
Country

3/24/2025

$ 910.57

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

**3.2497** Livek del Caribe S.A. de C.V.
Creditor's Name

3/26/2025          $          1,450.55

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2498** Livek del Caribe S.A. de C.V.
Creditor's Name

3/31/2025          $          19.60

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2499** Livek del Caribe S.A. de C.V.
Creditor's Name

3/31/2025          $          22.05

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2500** Livek del Caribe S.A. de C.V.
Creditor's Name

3/31/2025          $          24.26

Av. 135 301
Street

Cancún          Quintana Roo          77536
City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2501 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Quintana
Cancún                  Roo          77536
City            State        ZIP Code

Mexico
Country

3/31/2025    $           72.52

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2502 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Quintana
Cancún                  Roo          77536
City            State        ZIP Code

Mexico
Country

3/31/2025    $           76.05

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2503 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Quintana
Cancún                  Roo          77536
City            State        ZIP Code

Mexico
Country

3/31/2025    $           85.46

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2504 Livek del Caribe S.A. de C.V.
Creditor's Name

Av. 135 301
Street

Quintana
Cancún                  Roo          77536
City            State        ZIP Code

Mexico
Country

3/31/2025    $           88.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2505  Livek del Caribe S.A. de C.V.              3/31/2025        $           103.34        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                            ☒ Other    Trade
           Quintana
Cancún     Roo          77536
City       State        ZIP Code

Mexico
Country

3.2506  Livek del Caribe S.A. de C.V.              3/31/2025        $           105.84        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                            ☒ Other    Trade
           Quintana
Cancún     Roo          77536
City       State        ZIP Code

Mexico
Country

3.2507  Livek del Caribe S.A. de C.V.              3/31/2025        $           122.01        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                            ☒ Other    Trade
           Quintana
Cancún     Roo          77536
City       State        ZIP Code

Mexico
Country

3.2508  Livek del Caribe S.A. de C.V.              3/31/2025        $           220.50        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                            ☒ Other    Trade
           Quintana
Cancún     Roo          77536
City       State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715

Name

**3.2509** Livek del Caribe S.A. de C.V.     3/31/2025     $     257.25

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Av. 135 301

Street

Cancún    Quintana Roo    77536

City    State    ZIP Code

Mexico

Country

**3.2510** Livek del Caribe S.A. de C.V.     3/31/2025     $     295.76

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Av. 135 301

Street

Cancún    Quintana Roo    77536

City    State    ZIP Code

Mexico

Country

**3.2511** Livek del Caribe S.A. de C.V.     3/31/2025     $     301.35

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Av. 135 301

Street

Cancún    Quintana Roo    77536

City    State    ZIP Code

Mexico

Country

**3.2512** Livek del Caribe S.A. de C.V.     3/31/2025     $     371.77

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Av. 135 301

Street

Cancún    Quintana Roo    77536

City    State    ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*  25-10715

Name

3.2513  Livek del Caribe S.A. de C.V.                 3/31/2025        $          423.36        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. 135 301                                                                                   ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                          Quintana                                                            ☒  Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

3.2514  Livek del Caribe S.A. de C.V.                 3/31/2025        $          572.52        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. 135 301                                                                                   ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                          Quintana                                                            ☒  Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

3.2515  Livek del Caribe S.A. de C.V.                 3/31/2025        $          646.07        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. 135 301                                                                                   ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                          Quintana                                                            ☒  Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

3.2516  Livek del Caribe S.A. de C.V.                 3/31/2025        $          753.72        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Av. 135 301                                                                                   ☐  Suppliers or vendors
Street                                                                                        ☐  Services

                          Quintana                                                            ☒  Other    Trade
Cancún                    Roo          77536
City                      State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715

Name

3.2517  Livek del Caribe S.A. de C.V.                4/3/2025        $              121.28        ☐  Secured debt
Creditor's Name                                                                                   ☐  Unsecured loan repayments

Av. 135 301                                                                                       ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                 ☒  Other    Trade
                       Quintana
Cancún                 Roo          77536
City                   State        ZIP Code

Mexico
Country

3.2518  Livek del Caribe S.A. de C.V.                4/3/2025        $              720.47        ☐  Secured debt
Creditor's Name                                                                                   ☐  Unsecured loan repayments

Av. 135 301                                                                                       ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                 ☒  Other    Trade
                       Quintana
Cancún                 Roo          77536
City                   State        ZIP Code

Mexico
Country

3.2519  Livek del Caribe S.A. de C.V.                4/3/2025        $              884.94        ☐  Secured debt
Creditor's Name                                                                                   ☐  Unsecured loan repayments

Av. 135 301                                                                                       ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                 ☒  Other    Trade
                       Quintana
Cancún                 Roo          77536
City                   State        ZIP Code

Mexico
Country

3.2520  Livek del Caribe S.A. de C.V.                4/7/2025        $               16.56        ☐  Secured debt
Creditor's Name                                                                                   ☐  Unsecured loan repayments

Av. 135 301                                                                                       ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                 ☒  Other    Trade
                       Quintana
Cancún                 Roo          77536
City                   State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*    25-10715

Name

3.2521  Livek del Caribe S.A. de C.V.                    4/7/2025        $         19.01        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade
                Quintana
Cancún          Roo        77536
City            State      ZIP Code

Mexico
Country

3.2522  Livek del Caribe S.A. de C.V.                    4/7/2025        $         28.08        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade
                Quintana
Cancún          Roo        77536
City            State      ZIP Code

Mexico
Country

3.2523  Livek del Caribe S.A. de C.V.                    4/7/2025        $         56.89        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade
                Quintana
Cancún          Roo        77536
City            State      ZIP Code

Mexico
Country

3.2524  Livek del Caribe S.A. de C.V.                    4/7/2025        $         70.07        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 135 301                                                                                  ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade
                Quintana
Cancún          Roo        77536
City            State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

**3.2525**  Livek del Caribe S.A. de C.V.                 4/7/2025        $            105.84        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                  Quintana                                                                  ☒  Other        Trade
Cancún            Roo          77536
City              State        ZIP Code

Mexico
Country

**3.2526**  Livek del Caribe S.A. de C.V.                 4/7/2025        $            179.19        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                  Quintana                                                                  ☒  Other        Trade
Cancún            Roo          77536
City              State        ZIP Code

Mexico
Country

**3.2527**  Livek del Caribe S.A. de C.V.                 4/7/2025        $            192.52        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                  Quintana                                                                  ☒  Other        Trade
Cancún            Roo          77536
City              State        ZIP Code

Mexico
Country

**3.2528**  Livek del Caribe S.A. de C.V.                 4/7/2025        $            198.45        ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments

Av. 135 301                                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services

                  Quintana                                                                  ☒  Other        Trade
Cancún            Roo          77536
City              State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.2529  Livek del Caribe S.A. de C.V.                    4/7/2025        $              217.95      ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                                        ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☒ Other    Trade
                          Quintana
Cancún                    Roo            77536
City                      State          ZIP Code
Mexico
Country

3.2530  Livek del Caribe S.A. de C.V.                    4/7/2025        $              222.66      ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                                        ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☒ Other    Trade
                          Quintana
Cancún                    Roo            77536
City                      State          ZIP Code
Mexico
Country

3.2531  Livek del Caribe S.A. de C.V.                    4/7/2025        $              252.29      ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                                        ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☒ Other    Trade
                          Quintana
Cancún                    Roo            77536
City                      State          ZIP Code
Mexico
Country

3.2532  Livek del Caribe S.A. de C.V.                    4/7/2025        $              337.41      ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Av. 135 301                                                                                        ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☒ Other    Trade
                          Quintana
Cancún                    Roo            77536
City                      State          ZIP Code
Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2533  Livek del Caribe S.A. de C.V.                    4/7/2025        $            396.90        ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Av. 135 301                                                                                          ☐  Suppliers or vendors
Street                                                                                               ☐  Services

                    Quintana                                                                         ☒  Other    Trade
Cancún              Roo          77536
City                State        ZIP Code

Mexico
Country

3.2534  Livek del Caribe S.A. de C.V.                    4/7/2025        $            750.24        ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Av. 135 301                                                                                          ☐  Suppliers or vendors
Street                                                                                               ☐  Services

                    Quintana                                                                         ☒  Other    Trade
Cancún              Roo          77536
City                State        ZIP Code

Mexico
Country

3.2535  Livek del Caribe S.A. de C.V.                    4/14/2025       $             53.41        ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Av. 135 301                                                                                          ☐  Suppliers or vendors
Street                                                                                               ☐  Services

                    Quintana                                                                         ☒  Other    Trade
Cancún              Roo          77536
City                State        ZIP Code

Mexico
Country

3.2536  Livek del Caribe S.A. de C.V.                    4/14/2025       $             80.12        ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Av. 135 301                                                                                          ☐  Suppliers or vendors
Street                                                                                               ☐  Services

                    Quintana                                                                         ☒  Other    Trade
Cancún              Roo          77536
City                State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

**3.2537**  Livek del Caribe S.A. de C.V.                    4/14/2025      $          152.24        ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Av. 135 301                                                                                         ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                        Quintana                                                                    ☒  Other      Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

**3.2538**  Livek del Caribe S.A. de C.V.                    4/14/2025      $          264.61        ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Av. 135 301                                                                                         ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                        Quintana                                                                    ☒  Other      Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

**3.2539**  Livek del Caribe S.A. de C.V.                    4/14/2025      $          336.19        ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Av. 135 301                                                                                         ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                        Quintana                                                                    ☒  Other      Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

**3.2540**  Livek del Caribe S.A. de C.V.                    4/14/2025      $          343.00        ☐  Secured debt
Creditor's Name                                                                                     ☐  Unsecured loan repayments

Av. 135 301                                                                                         ☐  Suppliers or vendors
Street                                                                                              ☐  Services

                        Quintana                                                                    ☒  Other      Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

**3.2541** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

4/14/2025    $    1,267.34

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2542** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

3/24/2025    $    52.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2543** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

3/31/2025    $    308.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2544** Livek del Caribe S.A. de C.V.

Creditor's Name

Av. 135 301

Street

| | Quintana | |
| Cancún | Roo | 77536 |
| City | State | ZIP Code |

Mexico

Country

3/24/2025    $    52.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2545  Livek del Caribe S.A. de C.V.                3/31/2025       $            308.70       ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Av. 135 301                                                                                 ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade
                  Quintana
Cancún            Roo           77536
City              State         ZIP Code

Mexico
Country

3.2546  Livek del Caribe S.A. de C.V.                3/24/2025       $             52.92       ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Av. 135 301                                                                                 ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade
                  Quintana
Cancún            Roo           77536
City              State         ZIP Code

Mexico
Country

3.2547  Livek del Caribe S.A. de C.V.                3/24/2025       $             52.92       ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Av. 135 301                                                                                 ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade
                  Quintana
Cancún            Roo           77536
City              State         ZIP Code

Mexico
Country

3.2548  Livek del Caribe S.A. de C.V.                3/24/2025       $             52.92       ☐ Secured debt
Creditor's Name                                                                             ☐ Unsecured loan repayments

Av. 135 301                                                                                 ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade
                  Quintana
Cancún            Roo           77536
City              State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2549  Livek del Caribe S.A. de C.V.                    3/5/2025        $            176.40        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Av. 135 301                                                                        ☐  Suppliers or vendors
Street                                                                             ☐  Services

                        Quintana                                                   ☒  Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

3.2550  Livek del Caribe S.A. de C.V.                    3/5/2025        $            176.40        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Av. 135 301                                                                        ☐  Suppliers or vendors
Street                                                                             ☐  Services

                        Quintana                                                   ☒  Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

3.2551  Livek del Caribe S.A. de C.V.                    3/24/2025       $             52.92        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Av. 135 301                                                                        ☐  Suppliers or vendors
Street                                                                             ☐  Services

                        Quintana                                                   ☒  Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

3.2552  Livek del Caribe S.A. de C.V.                    4/7/2025        $             52.92        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

Av. 135 301                                                                        ☐  Suppliers or vendors
Street                                                                             ☐  Services

                        Quintana                                                   ☒  Other    Trade
Cancún                  Roo          77536
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2553  Livek del Caribe S.A. de C.V.              4/7/2025      $           52.92        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Av. 135 301                                                                       ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                      Quintana                                                            ☑  Other      Trade
        Cancún        Roo        77536
        City          State      ZIP Code

        Mexico
        Country

3.2554  Livek del Caribe S.A. de C.V.              4/7/2025      $           52.92        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Av. 135 301                                                                       ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                      Quintana                                                            ☑  Other      Trade
        Cancún        Roo        77536
        City          State      ZIP Code

        Mexico
        Country

3.2555  Mantenicun                                 1/17/2025     $          656.60        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Calle 9 Lote 7 Mz 1 SM 307                                                        ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                      Quintana                                                            ☑  Other      Trade
        Cancún        Roo        77560
        City          State      ZIP Code

        Mexico
        Country

3.2556  Mantenicun                                 1/17/2025     $        4,885.30        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Calle 9 Lote 7 Mz 1 SM 307                                                        ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                      Quintana                                                            ☑  Other      Trade
        Cancún        Roo        77560
        City          State      ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*: 25-10715

Name

**3.2557** Mantenicun                          1/24/2025    $              837.90    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Calle 9 Lote 7 Mz 1 SM 307                                                            ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☑ Other    Trade
            Quintana
Cancún      Roo        77560
City        State      ZIP Code

Mexico
Country

**3.2558** Mantenicun                          1/24/2025    $            1,656.20    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Calle 9 Lote 7 Mz 1 SM 307                                                            ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☑ Other    Trade
            Quintana
Cancún      Roo        77560
City        State      ZIP Code

Mexico
Country

**3.2559** Mantenicun                          1/31/2025    $              671.30    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Calle 9 Lote 7 Mz 1 SM 307                                                            ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☑ Other    Trade
            Quintana
Cancún      Roo        77560
City        State      ZIP Code

Mexico
Country

**3.2560** Mantenicun                          1/31/2025    $            5,051.90    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments

Calle 9 Lote 7 Mz 1 SM 307                                                            ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☑ Other    Trade
            Quintana
Cancún      Roo        77560
City        State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*  25-10715

---

3.2561 Mantenicun

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| Quintana |
| Cancún | Roo | 77560 |

City    State    ZIP Code

Mexico

Country

2/7/2025    $    2,425.50

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.2562 Mantenicun

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| Quintana |
| Cancún | Roo | 77560 |

City    State    ZIP Code

Mexico

Country

2/10/2025    $    568.40

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.2563 Mantenicun

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| Quintana |
| Cancún | Roo | 77560 |

City    State    ZIP Code

Mexico

Country

2/14/2025    $    700.70

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.2564 Mantenicun

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| Quintana |
| Cancún | Roo | 77560 |

City    State    ZIP Code

Mexico

Country

2/14/2025    $    4,375.70

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715

Name

3.2565  Mantenicun                          2/21/2025    $        2,528.40      ☐ Secured debt
        Creditor's Name                                                        ☐ Unsecured loan repayments

        Calle 9 Lote 7 Mz 1 SM 307                                             ☐ Suppliers or vendors
        Street                                                                 ☐ Services
                                                                               ☒ Other    Trade
                        Quintana
        Cancún          Roo        77560
        City            State      ZIP Code

        Mexico
        Country

3.2566  Mantenicun                          2/28/2025    $           19.60      ☐ Secured debt
        Creditor's Name                                                        ☐ Unsecured loan repayments

        Calle 9 Lote 7 Mz 1 SM 307                                             ☐ Suppliers or vendors
        Street                                                                 ☐ Services
                                                                               ☒ Other    Trade
                        Quintana
        Cancún          Roo        77560
        City            State      ZIP Code

        Mexico
        Country

3.2567  Mantenicun                          2/28/2025    $          632.10      ☐ Secured debt
        Creditor's Name                                                        ☐ Unsecured loan repayments

        Calle 9 Lote 7 Mz 1 SM 307                                             ☐ Suppliers or vendors
        Street                                                                 ☐ Services
                                                                               ☒ Other    Trade
                        Quintana
        Cancún          Roo        77560
        City            State      ZIP Code

        Mexico
        Country

3.2568  Mantenicun                          2/28/2025    $        4,081.70      ☐ Secured debt
        Creditor's Name                                                        ☐ Unsecured loan repayments

        Calle 9 Lote 7 Mz 1 SM 307                                             ☐ Suppliers or vendors
        Street                                                                 ☐ Services
                                                                               ☒ Other    Trade
                        Quintana
        Cancún          Roo        77560
        City            State      ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2569 | Mantenicun | 3/7/2025 | $ | 2,606.80 |

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.2570 | Mantenicun | 3/14/2025 | $ | 681.10 |

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.2571 | Mantenicun | 3/14/2025 | $ | 4,081.70 |

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.2572 | Mantenicun | 3/21/2025 | $ | 2,665.60 |

Creditor's Name

Calle 9 Lote 7 Mz 1 SM 307

Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77560 |
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known):*    25-10715
_____                              _____
Name

3.2573  Mantenicun                          3/28/2025    $         73.50        ☐  Secured debt
        _____                                            ☐  Unsecured loan repayments
        Creditor's Name
                                                                               ☐  Suppliers or vendors
        Calle 9 Lote 7 Mz 1 SM 307                                             ☐  Services
        _____
        Street                                                                 ☒  Other    Trade

                      Quintana
        Cancún        Roo        77560
        _____
        City          State      ZIP Code

        Mexico
        _____
        Country

3.2574  Mantenicun                          3/28/2025    $        583.10        ☐  Secured debt
        _____                                            ☐  Unsecured loan repayments
        Creditor's Name
                                                                               ☐  Suppliers or vendors
        Calle 9 Lote 7 Mz 1 SM 307                                             ☐  Services
        _____
        Street                                                                 ☒  Other    Trade

                      Quintana
        Cancún        Roo        77560
        _____
        City          State      ZIP Code

        Mexico
        _____
        Country

3.2575  Mantenicun                          3/28/2025    $       4,081.70       ☐  Secured debt
        _____                                            ☐  Unsecured loan repayments
        Creditor's Name
                                                                               ☐  Suppliers or vendors
        Calle 9 Lote 7 Mz 1 SM 307                                             ☐  Services
        _____
        Street                                                                 ☒  Other    Trade

                      Quintana
        Cancún        Roo        77560
        _____
        City          State      ZIP Code

        Mexico
        _____
        Country

3.2576  Mantenicun                          4/4/2025     $       2,817.50       ☐  Secured debt
        _____                                            ☐  Unsecured loan repayments
        Creditor's Name
                                                                               ☐  Suppliers or vendors
        Calle 9 Lote 7 Mz 1 SM 307                                             ☐  Services
        _____
        Street                                                                 ☒  Other    Trade

                      Quintana
        Cancún        Roo        77560
        _____
        City          State      ZIP Code

        Mexico
        _____
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known):*    25-10715

Name

| 3.2577 | Mantenicun | 4/11/2025 | $ | 617.40 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 9 Lote 7 Mz 1 SM 307 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Cancún     Roo     77560 | | | | |
| | City     State     ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2578 | Mantenicun | 4/11/2025 | $ | 4,081.70 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 9 Lote 7 Mz 1 SM 307 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Cancún     Roo     77560 | | | | |
| | City     State     ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2579 | Mantenicun | 4/16/2025 | $ | 2,263.80 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 9 Lote 7 Mz 1 SM 307 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Cancún     Roo     77560 | | | | |
| | City     State     ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2580 | Martinez Palacios, Cristian Adrian | 2/5/2025 | $ | 332.67 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*    25-10715

Name

3.2581  Martinez Palacios, Cristian Adrian          2/5/2025       $           886.13        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                          ☒  Other    Trade

City                State       ZIP Code

Country

3.2582  Martinez Palacios, Cristian Adrian          2/5/2025       $         1,198.06       ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                          ☒  Other    Trade

City                State       ZIP Code

Country

3.2583  Martinez Palacios, Cristian Adrian          2/21/2025      $         1,161.16       ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                          ☒  Other    Trade

City                State       ZIP Code

Country

3.2584  Martinez Palacios, Cristian Adrian          3/5/2025       $           639.66       ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                     ☐  Services
                                                                                          ☒  Other    Trade

City                State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2585  Martinez Palacios, Cristian Adrian
Creditor's Name

3/7/2025

$                977.23

☐  Secured debt
☐  Unsecured loan repayments
Address Available Upon Request
Street

☐  Suppliers or vendors
☐  Services
☒  Other    Trade

City            State        ZIP Code

Country

3.2586  Martinez Palacios, Cristian Adrian
Creditor's Name

3/20/2025

$             1,257.23

☐  Secured debt
☐  Unsecured loan repayments
Address Available Upon Request
Street

☐  Suppliers or vendors
☐  Services
☒  Other    Trade

City            State        ZIP Code

Country

3.2587  Martinez Palacios, Cristian Adrian
Creditor's Name

3/21/2025

$                318.83

☐  Secured debt
☐  Unsecured loan repayments
Address Available Upon Request
Street

☐  Suppliers or vendors
☐  Services
☒  Other    Trade

City            State        ZIP Code

Country

3.2588  Martinez Palacios, Cristian Adrian
Creditor's Name

3/27/2025

$                379.75

☐  Secured debt
☐  Unsecured loan repayments
Address Available Upon Request
Street

☐  Suppliers or vendors
☐  Services
☒  Other    Trade

City            State        ZIP Code

Country

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            Page 649

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2589  Martinez Palacios, Cristian Adrian                3/27/2025         $            977.23          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                                           ☐ Suppliers or vendors
Street                                                                                                   ☐ Services
                                                                                                         ☒ Other     Trade

City              State        ZIP Code

Country

3.2590  Martinez Palacios, Cristian Adrian                4/4/2025          $             56.89          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                                           ☐ Suppliers or vendors
Street                                                                                                   ☐ Services
                                                                                                         ☒ Other     Trade

City              State        ZIP Code

Country

3.2591  Martinez Palacios, Cristian Adrian                4/4/2025          $            750.93          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                                           ☐ Suppliers or vendors
Street                                                                                                   ☐ Services
                                                                                                         ☒ Other     Trade

City              State        ZIP Code

Country

3.2592  Martinez Palacios, Cristian Adrian                4/4/2025          $          1,310.86          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                                           ☐ Suppliers or vendors
Street                                                                                                   ☐ Services
                                                                                                         ☒ Other     Trade

City              State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2593 Martinez Palacios, Cristian Adrian
Creditor's Name

4/11/2025

$                543.05

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.2594 Martinez Palacios, Cristian Adrian
Creditor's Name

4/11/2025

$                875.49

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.2595 Martinez Palacios, Cristian Adrian
Creditor's Name

4/16/2025

$                147.98

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.2596 Martinez Palacios, Cristian Adrian
Creditor's Name

4/16/2025

$                322.79

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

**3.2597** Mike Stahl Seafood Co LLC
Creditor's Name

2/6/2025    $    12,294.63

8030 N Davis Hwy
Street

Pensacola        FL        32514
City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.2598** Mike Stahl Seafood Co LLC
Creditor's Name

2/12/2025    $    12,294.62

8030 N Davis Hwy
Street

Pensacola        FL        32514
City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.2599** Mike Stahl Seafood Co LLC
Creditor's Name

3/27/2025    $    25,777.94

8030 N Davis Hwy
Street

Pensacola        FL        32514
City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.2600** Mitchell Silberberg & Knupp LLP
Creditor's Name

3/28/2025    $    20,000.00

2049 Century Park East, 18th Floor
Street

Los Angeles        CA        90067
City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*     25-10715

Name

3.2601  Mitchell Silberberg & Knupp LLP          4/10/2025        $          735.00      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

2049 Century Park East, 18th Floor                                                       ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Los Angeles          CA          90067
City                 State       ZIP Code

Country

3.2602  Mora Montejo Jairo Halee                 1/20/2025        $        4,900.00      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

City                 State       ZIP Code

Country

3.2603  Mora Montejo Jairo Halee                 1/30/2025        $        3,170.89      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

City                 State       ZIP Code

Country

3.2604  Mora Montejo Jairo Halee                 3/4/2025         $        2,450.00      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

City                 State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.2605** Mora Montejo Jairo Halee
Creditor's Name

3/20/2025

$ 1,125.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

**3.2606** Muelles Y Mas S.A. de C.V.
Creditor's Name

1/17/2025

$ 9,800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. López Portillo Mz. 11 Lote 1
Street

Cancún          Quintana Roo          77535
City          State          ZIP Code

Mexico
Country

**3.2607** Muelles Y Mas S.A. de C.V.
Creditor's Name

1/24/2025

$ 9,800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. López Portillo Mz. 11 Lote 1
Street

Cancún          Quintana Roo          77535
City          State          ZIP Code

Mexico
Country

**3.2608** Muelles Y Mas S.A. de C.V.
Creditor's Name

1/31/2025

$ 9,800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Av. López Portillo Mz. 11 Lote 1
Street

Cancún          Quintana Roo          77535
City          State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.2609 | Muelles Y Mas S.A. de C.V. | 2/7/2025 | $ | 9,800.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | ☒ Other    Trade |
|---|---|---|---|
| Cancún | Roo | 77535 | |

City        State        ZIP Code

Mexico

Country

| 3.2610 | Muelles Y Mas S.A. de C.V. | 2/14/2025 | $ | 9,800.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | ☒ Other    Trade |
|---|---|---|---|
| Cancún | Roo | 77535 | |

City        State        ZIP Code

Mexico

Country

| 3.2611 | Muelles Y Mas S.A. de C.V. | 2/21/2025 | $ | 9,800.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | ☒ Other    Trade |
|---|---|---|---|
| Cancún | Roo | 77535 | |

City        State        ZIP Code

Mexico

Country

| 3.2612 | Muelles Y Mas S.A. de C.V. | 2/28/2025 | $ | 9,800.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | ☒ Other    Trade |
|---|---|---|---|
| Cancún | Roo | 77535 | |

City        State        ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

3.2613 Muelles Y Mas S.A. de C.V.    3/7/2025    $    9,800.00    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1    ☐ Suppliers or vendors
Street
☐ Services

Quintana
Cancún    Roo    77535    ☒ Other    Trade
City    State    ZIP Code

Mexico
Country

3.2614 Muelles Y Mas S.A. de C.V.    3/14/2025    $    9,800.00    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1    ☐ Suppliers or vendors
Street
☐ Services

Quintana
Cancún    Roo    77535    ☒ Other    Trade
City    State    ZIP Code

Mexico
Country

3.2615 Muelles Y Mas S.A. de C.V.    3/21/2025    $    9,800.00    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1    ☐ Suppliers or vendors
Street
☐ Services

Quintana
Cancún    Roo    77535    ☒ Other    Trade
City    State    ZIP Code

Mexico
Country

3.2616 Muelles Y Mas S.A. de C.V.    3/28/2025    $    9,800.00    ☐ Secured debt
Creditor's Name
☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1    ☐ Suppliers or vendors
Street
☐ Services

Quintana
Cancún    Roo    77535    ☒ Other    Trade
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.2617** Muelles Y Mas S.A. de C.V.

Creditor's Name

4/1/2025    $    4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo Mz. 11 Lote 1

Street

Cancún    Quintana Roo    77535

City    State    ZIP Code

Mexico

Country

---

**3.2618** Muelles Y Mas S.A. de C.V.

Creditor's Name

4/4/2025    $    4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo Mz. 11 Lote 1

Street

Cancún    Quintana Roo    77535

City    State    ZIP Code

Mexico

Country

---

**3.2619** Muelles Y Mas S.A. de C.V.

Creditor's Name

4/8/2025    $    2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo Mz. 11 Lote 1

Street

Cancún    Quintana Roo    77535

City    State    ZIP Code

Mexico

Country

---

**3.2620** Muelles Y Mas S.A. de C.V.

Creditor's Name

4/11/2025    $    7,350.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo Mz. 11 Lote 1

Street

Cancún    Quintana Roo    77535

City    State    ZIP Code

Mexico

Country

---

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*: 25-10715

Name

3.2621  Muelles Y Mas S.A. de C.V.          4/16/2025     $          980.00      ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1                                                 ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade
                Quintana
Cancún          Roo          77535
City            State        ZIP Code

Mexico
Country

3.2622  Muelles Y Mas S.A. de C.V.          4/16/2025     $        2,450.00      ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. López Portillo Mz. 11 Lote 1                                                 ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade
                Quintana
Cancún          Roo          77535
City            State        ZIP Code

Mexico
Country

3.2623  Municipio de Benito Juarez          1/17/2025     $          447.17      ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                   ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade
                Quintana
Cancún          Roo          77500
City            State        ZIP Code

Mexico
Country

3.2624  Municipio de Benito Juarez          1/20/2025     $          868.53      ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                   ☐ Suppliers or vendors
Street                                                                           ☐ Services
                                                                                 ☒ Other    Trade
                Quintana
Cancún          Roo          77500
City            State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.2625 Municipio de Benito Juarez

Creditor's Name

1/20/2025        $        969.07

Av. Nader s/n, Super Manzana 2

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.2626 Municipio de Benito Juarez

Creditor's Name

1/21/2025        $        74.53

Av. Nader s/n, Super Manzana 2

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.2627 Municipio de Benito Juarez

Creditor's Name

1/27/2025        $        525.67

Av. Nader s/n, Super Manzana 2

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.2628 Municipio de Benito Juarez

Creditor's Name

1/27/2025        $        788.51

Av. Nader s/n, Super Manzana 2

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

3.2629  Municipio de Benito Juarez                    1/27/2025        $           2,516.64
Creditor's Name

Av. Nader s/n, Super Manzana 2
Street

Quintana
Cancún              Roo          77500
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.2630  Municipio de Benito Juarez                    1/30/2025        $             273.57
Creditor's Name

Av. Nader s/n, Super Manzana 2
Street

Quintana
Cancún              Roo          77500
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.2631  Municipio de Benito Juarez                    2/5/2025         $             260.97
Creditor's Name

Av. Nader s/n, Super Manzana 2
Street

Quintana
Cancún              Roo          77500
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.2632  Municipio de Benito Juarez                    2/5/2025         $           3,856.89
Creditor's Name

Av. Nader s/n, Super Manzana 2
Street

Quintana
Cancún              Roo          77500
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

3.2633  Municipio de Benito Juarez                2/17/2025    $        5,251.67    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services

                        Quintana                                                     ☑ Other    Trade
Cancún                  Roo          77500
City                    State        ZIP Code
Mexico
Country

3.2634  Municipio de Benito Juarez                2/27/2025    $         892.58    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services

                        Quintana                                                     ☑ Other    Trade
Cancún                  Roo          77500
City                    State        ZIP Code
Mexico
Country

3.2635  Municipio de Benito Juarez                2/27/2025    $         970.20    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services

                        Quintana                                                     ☑ Other    Trade
Cancún                  Roo          77500
City                    State        ZIP Code
Mexico
Country

3.2636  Municipio de Benito Juarez                2/27/2025    $        1,009.01    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                       ☐ Suppliers or vendors
Street                                                                               ☐ Services

                        Quintana                                                     ☑ Other    Trade
Cancún                  Roo          77500
City                    State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2637  Municipio de Benito Juarez          2/27/2025      $          1,707.55      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services

                          Quintana                                                 ☑ Other    Trade
Cancún                    Roo          77500
City                      State        ZIP Code

Mexico
Country

3.2638  Municipio de Benito Juarez          4/8/2025       $            58.60      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services

                          Quintana                                                 ☑ Other    Trade
Cancún                    Roo          77500
City                      State        ZIP Code

Mexico
Country

3.2639  Municipio de Benito Juarez          4/8/2025       $           109.91      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services

                          Quintana                                                 ☑ Other    Trade
Cancún                    Roo          77500
City                      State        ZIP Code

Mexico
Country

3.2640  Municipio de Benito Juarez          1/30/2025      $           250.49      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                     ☐ Suppliers or vendors
Street                                                                             ☐ Services

                          Quintana                                                 ☑ Other    Trade
Cancún                    Roo          77500
City                      State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number (if known): 25-10715

---

**3.2641** Municipio de Benito Juarez

Creditor's Name

Av. Nader s/n, Super Manzana 2

Street

| | Quintana Roo | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

1/30/2025    $    328.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

**3.2642** Municipio de Benito Juarez

Creditor's Name

Av. Nader s/n, Super Manzana 2

Street

| | Quintana Roo | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

1/30/2025    $    328.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

**3.2643** Municipio de Benito Juarez

Creditor's Name

Av. Nader s/n, Super Manzana 2

Street

| | Quintana Roo | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

2/27/2025    $    2,173.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

**3.2644** Municipio de Benito Juarez

Creditor's Name

Av. Nader s/n, Super Manzana 2

Street

| | Quintana Roo | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

2/27/2025    $    2,173.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:    25-10715

Name

3.2645  Municipio de Benito Juarez                    1/30/2025      $        109.47      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                            ☐  Suppliers or vendors
Street                                                                                    ☐  Services

                  Quintana                                                                ☒  Other      Trade
Cancún            Roo         77500
City              State       ZIP Code

Mexico
Country

3.2646  Municipio de Benito Juarez                    1/30/2025      $        250.49      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                            ☐  Suppliers or vendors
Street                                                                                    ☐  Services

                  Quintana                                                                ☒  Other      Trade
Cancún            Roo         77500
City              State       ZIP Code

Mexico
Country

3.2647  Municipio de Benito Juarez                    1/30/2025      $        109.47      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                            ☐  Suppliers or vendors
Street                                                                                    ☐  Services

                  Quintana                                                                ☒  Other      Trade
Cancún            Roo         77500
City              State       ZIP Code

Mexico
Country

3.2648  Municipio de Benito Juarez                    1/30/2025      $        250.49      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                            ☐  Suppliers or vendors
Street                                                                                    ☐  Services

                  Quintana                                                                ☒  Other      Trade
Cancún            Roo         77500
City              State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

3.2649 Municipio de Benito Juarez                  1/30/2025        $              109.47          ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Nader s/n, Super Manzana 2                                                                  ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                               ☒ Other        Trade
            Quintana
Cancún      Roo          77500
City        State        ZIP Code

Mexico
Country

3.2650 Municipio de Isla Mujeres                   1/30/2025        $              188.48          ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Rueda Medina 44                                                                             ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                               ☒ Other        Trade
              Quintana
Isla Mujeres  Roo        77400
City          State      ZIP Code

Mexico
Country

3.2651 Municipio de Isla Mujeres                   1/30/2025        $              198.49          ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Rueda Medina 44                                                                             ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                               ☒ Other        Trade
              Quintana
Isla Mujeres  Roo        77400
City          State      ZIP Code

Mexico
Country

3.2652 Municipio de Isla Mujeres                   1/30/2025        $              232.61          ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Rueda Medina 44                                                                             ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                               ☒ Other        Trade
              Quintana
Isla Mujeres  Roo        77400
City          State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2653 Municipio de Isla Mujeres
Creditor's Name

Av. Rueda Medina 44
Street

Quintana
Isla Mujeres          Roo          77400
City          State          ZIP Code

Mexico
Country

1/30/2025          $          395.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

3.2654 Municipio de Isla Mujeres
Creditor's Name

Av. Rueda Medina 44
Street

Quintana
Isla Mujeres          Roo          77400
City          State          ZIP Code

Mexico
Country

1/30/2025          $          1,726.23

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

3.2655 Municipio de Isla Mujeres
Creditor's Name

Av. Rueda Medina 44
Street

Quintana
Isla Mujeres          Roo          77400
City          State          ZIP Code

Mexico
Country

1/31/2025          $          5,414.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

3.2656 Municipio de Isla Mujeres
Creditor's Name

Av. Rueda Medina 44
Street

Quintana
Isla Mujeres          Roo          77400
City          State          ZIP Code

Mexico
Country

2/17/2025          $          1,793.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known): 25-10715

Name

3.2657  Municipio de Isla Mujeres                3/26/2025        $           748.38         ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                         ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                    Quintana                                                                ☒  Other    Trade
                    Roo
Isla Mujeres                        77400
City                State          ZIP Code

Mexico
Country

3.2658  Municipio de Isla Mujeres                3/26/2025        $           748.42         ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                         ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                    Quintana                                                                ☒  Other    Trade
                    Roo
Isla Mujeres                        77400
City                State          ZIP Code

Mexico
Country

3.2659  Municipio de Isla Mujeres                3/31/2025        $           138.60         ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                         ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                    Quintana                                                                ☒  Other    Trade
                    Roo
Isla Mujeres                        77400
City                State          ZIP Code

Mexico
Country

3.2660  Municipio de Isla Mujeres                3/31/2025        $           182.95         ☐  Secured debt
Creditor's Name                                                                             ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                         ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                    Quintana                                                                ☒  Other    Trade
                    Roo
Isla Mujeres                        77400
City                State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.2661 | Municipio de Isla Mujeres | 3/31/2025 | $ | 238.39 |
|---|---|---|---|---|

Creditor's Name

Av. Rueda Medina 44

Street

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City   State   ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.2662 | Municipio de Isla Mujeres | 3/31/2025 | $ | 249.47 |
|---|---|---|---|---|

Creditor's Name

Av. Rueda Medina 44

Street

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City   State   ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.2663 | Municipio de Isla Mujeres | 3/31/2025 | $ | 343.72 |
|---|---|---|---|---|

Creditor's Name

Av. Rueda Medina 44

Street

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City   State   ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.2664 | Municipio de Isla Mujeres | 3/31/2025 | $ | 365.89 |
|---|---|---|---|---|

Creditor's Name

Av. Rueda Medina 44

Street

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City   State   ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known)*: 25-10715

Name

| 3.2665 | Municipio de Isla Mujeres | 3/31/2025 | $ | 410.25 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Isla Mujeres    Roo    77400 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2666 | Municipio de Isla Mujeres | 3/31/2025 | $ | 745.65 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Isla Mujeres    Roo    77400 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2667 | Municipio de Isla Mujeres | 4/9/2025 | $ | 83.16 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Isla Mujeres    Roo    77400 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2668 | Municipio de Isla Mujeres | 4/9/2025 | $ | 914.74 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Quintana | | | | |
| | Isla Mujeres    Roo    77400 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.2669** Municipio de Isla Mujeres
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

_____
Quintana
Isla Mujeres    Roo    77400
_____
City    State    ZIP Code

Mexico
_____
Country

4/9/2025        $        1,793.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2670** Municipio de Isla Mujeres
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

_____
Quintana
Isla Mujeres    Roo    77400
_____
City    State    ZIP Code

Mexico
_____
Country

3/31/2025        $        110.88

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2671** Municipio de Isla Mujeres
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

_____
Quintana
Isla Mujeres    Roo    77400
_____
City    State    ZIP Code

Mexico
_____
Country

3/26/2025        $        83.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.2672** Municipio de Isla Mujeres
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

_____
Quintana
Isla Mujeres    Roo    77400
_____
City    State    ZIP Code

Mexico
_____
Country

3/31/2025        $        110.88

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

_____
Name

3.2673  Municipio de Isla Mujeres          3/31/2025      $          404.70
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

|            | Quintana Roo |         |
| Isla Mujeres | Quintana Roo | 77400 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2674  Municipio de Isla Mujeres          3/31/2025      $          110.88
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

|            | Quintana Roo |         |
| Isla Mujeres | Quintana Roo | 77400 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2675  Municipio de Isla Mujeres          3/31/2025      $          83.16
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

|            | Quintana Roo |         |
| Isla Mujeres | Quintana Roo | 77400 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2676  Municipio de Isla Mujeres          3/26/2025      $          83.16
_____
Creditor's Name

Av. Rueda Medina 44
_____
Street

|            | Quintana Roo |         |
| Isla Mujeres | Quintana Roo | 77400 |
| City | State | ZIP Code |

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                   Case number *(if known)*:    25-10715

---

Name

**3.2677** Municipio de Isla Mujeres                  3/31/2025        $           83.16        ☐ Secured debt
_____                                                                   ☐ Unsecured loan repayments
Creditor's Name

Av. Rueda Medina 44                                                                             ☐ Suppliers or vendors
_____                                                                   ☐ Services
Street

                          Quintana                                                              ☑ Other      Trade
                          Roo
Isla Mujeres                           77400
_____
City            State       ZIP Code

Mexico
_____
Country

**3.2678** Municipio de Isla Mujeres                  3/31/2025        $           83.16        ☐ Secured debt
_____                                                                   ☐ Unsecured loan repayments
Creditor's Name

Av. Rueda Medina 44                                                                             ☐ Suppliers or vendors
_____                                                                   ☐ Services
Street

                          Quintana                                                              ☑ Other      Trade
                          Roo
Isla Mujeres                           77400
_____
City            State       ZIP Code

Mexico
_____
Country

**3.2679** Municipio de Isla Mujeres                  3/31/2025        $           83.16        ☐ Secured debt
_____                                                                   ☐ Unsecured loan repayments
Creditor's Name

Av. Rueda Medina 44                                                                             ☐ Suppliers or vendors
_____                                                                   ☐ Services
Street

                          Quintana                                                              ☑ Other      Trade
                          Roo
Isla Mujeres                           77400
_____
City            State       ZIP Code

Mexico
_____
Country

**3.2680** Municipio de Isla Mujeres                  1/30/2025        $          563.62        ☐ Secured debt
_____                                                                   ☐ Unsecured loan repayments
Creditor's Name

Av. Rueda Medina 44                                                                             ☐ Suppliers or vendors
_____                                                                   ☐ Services
Street

                          Quintana                                                              ☑ Other      Trade
                          Roo
Isla Mujeres                           77400
_____
City            State       ZIP Code

Mexico
_____
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2681  Municipio de Isla Mujeres                     1/30/2025        $           563.62        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                              ☐  Suppliers or vendors
Street                                                                                           ☐  Services

                        Quintana                                                                 ☑  Other     Trade
                        Roo
Isla Mujeres                            77400
City                    State           ZIP Code

Mexico
Country

3.2682  Municipio de Isla Mujeres                     3/31/2025        $            83.16        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                              ☐  Suppliers or vendors
Street                                                                                           ☐  Services

                        Quintana                                                                 ☑  Other     Trade
                        Roo
Isla Mujeres                            77400
City                    State           ZIP Code

Mexico
Country

3.2683  Municipio de Isla Mujeres                     3/31/2025        $           404.70        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                              ☐  Suppliers or vendors
Street                                                                                           ☐  Services

                        Quintana                                                                 ☑  Other     Trade
                        Roo
Isla Mujeres                            77400
City                    State           ZIP Code

Mexico
Country

3.2684  Municipio de Isla Mujeres                     1/30/2025        $           563.62        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                              ☐  Suppliers or vendors
Street                                                                                           ☐  Services

                        Quintana                                                                 ☑  Other     Trade
                        Roo
Isla Mujeres                            77400
City                    State           ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.2685 | Municipio de Isla Mujeres | 3/31/2025 | $ | 83.16 | ☐ Secured debt |
|--------|---------------------------|-----------|---|-------|----------------|

Creditor's Name

Av. Rueda Medina 44
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Isla Mujeres    Quintana Roo    77400
City    State    ZIP Code

Mexico
Country

| 3.2686 | Municipio de Isla Mujeres | 1/30/2025 | $ | 563.62 | ☐ Secured debt |
|--------|---------------------------|-----------|---|--------|----------------|

Creditor's Name

Av. Rueda Medina 44
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Isla Mujeres    Quintana Roo    77400
City    State    ZIP Code

Mexico
Country

| 3.2687 | Municipio de Isla Mujeres | 3/31/2025 | $ | 83.16 | ☐ Secured debt |
|--------|---------------------------|-----------|---|-------|----------------|

Creditor's Name

Av. Rueda Medina 44
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Isla Mujeres    Quintana Roo    77400
City    State    ZIP Code

Mexico
Country

| 3.2688 | Municipio de Solidaridad | 2/24/2025 | $ | 203.25 | ☐ Secured debt |
|--------|--------------------------|-----------|---|--------|----------------|

Creditor's Name

Av. 20 entre 8 y 10 Norte
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Playa del Carmen    Quintana Roo    77710
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

3.2689  Municipio de Solidaridad                    2/24/2025        $           208.15        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                    ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                Quintana                                                                     ☒ Other    Trade
Playa del Carmen   Roo       77710
City            State        ZIP Code

Mexico
Country

3.2690  Municipio de Solidaridad                    2/24/2025        $           227.75        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                    ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                Quintana                                                                     ☒ Other    Trade
Playa del Carmen   Roo       77710
City            State        ZIP Code

Mexico
Country

3.2691  Municipio de Solidaridad                    2/24/2025        $           268.47        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                    ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                Quintana                                                                     ☒ Other    Trade
Playa del Carmen   Roo       77710
City            State        ZIP Code

Mexico
Country

3.2692  Municipio de Solidaridad                    2/25/2025        $         7,761.40        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                    ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                Quintana                                                                     ☒ Other    Trade
Playa del Carmen   Roo       77710
City            State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

3.2693  Municipio de Solidaridad                          2/26/2025      $              156.80        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                            ☐ Suppliers or vendors
Street                                                                                               ☐ Services

                              Quintana                                                               ☒ Other      Trade
Playa del Carmen              Roo          77710
City                         State         ZIP Code

Mexico
Country

3.2694  Municipio de Solidaridad                          2/26/2025      $              604.27        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                            ☐ Suppliers or vendors
Street                                                                                               ☐ Services

                              Quintana                                                               ☒ Other      Trade
Playa del Carmen              Roo          77710
City                         State         ZIP Code

Mexico
Country

3.2695  Municipio de Solidaridad                          3/27/2025      $              237.90        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                            ☐ Suppliers or vendors
Street                                                                                               ☐ Services

                              Quintana                                                               ☒ Other      Trade
Playa del Carmen              Roo          77710
City                         State         ZIP Code

Mexico
Country

3.2696  Municipio de Solidaridad                          3/27/2025      $              349.47        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                            ☐ Suppliers or vendors
Street                                                                                               ☐ Services

                              Quintana                                                               ☒ Other      Trade
Playa del Carmen              Roo          77710
City                         State         ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

3.2697  Municipio de Solidaridad                    3/27/2025        $            472.95        ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                       ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                    Quintana                                                                    ☒ Other      Trade
Playa del Carmen    Roo        77710
City                State      ZIP Code

Mexico
Country

3.2698  Municipio de Solidaridad                    3/27/2025        $          1,096.33        ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                       ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                    Quintana                                                                    ☒ Other      Trade
Playa del Carmen    Roo        77710
City                State      ZIP Code

Mexico
Country

3.2699  Municipio de Solidaridad                    3/27/2025        $          1,511.31        ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                       ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                    Quintana                                                                    ☒ Other      Trade
Playa del Carmen    Roo        77710
City                State      ZIP Code

Mexico
Country

3.2700  Municipio de Solidaridad                    3/28/2025        $            275.44        ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. 20 entre 8 y 10 Norte                                                                       ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                    Quintana                                                                    ☒ Other      Trade
Playa del Carmen    Roo        77710
City                State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.2701** Municipio de Solidaridad

Creditor's Name

Av. 20 entre 8 y 10 Norte
Street

| Playa del Carmen | Quintana Roo | 77710 |
| City | State | ZIP Code |

Mexico
Country

4/1/2025    $    785.47

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.2702** Nueva Wal Mart de Mexico S de RL de C.V.

Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

| Col. Periodistas | CDMX | 11220 |
| City | State | ZIP Code |

Mexico
Country

1/17/2025    $    527.47

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.2703** Nueva Wal Mart de Mexico S de RL de C.V.

Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

| Col. Periodistas | CDMX | 11220 |
| City | State | ZIP Code |

Mexico
Country

1/17/2025    $    3,331.16

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.2704** Nueva Wal Mart de Mexico S de RL de C.V.

Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

| Col. Periodistas | CDMX | 11220 |
| City | State | ZIP Code |

Mexico
Country

1/20/2025    $    527.47

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.2705  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

1/20/2025

$  3,331.16

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2706  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

1/24/2025

$  290.42

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2707  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

1/24/2025

$  2,277.84

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2708  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

1/29/2025

$  3,129.19

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2709 | Nueva Wal Mart de Mexico S de RL de C.V. | 2/5/2025 | $ 10.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2710 | Nueva Wal Mart de Mexico S de RL de C.V. | 2/5/2025 | $ 27.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2711 | Nueva Wal Mart de Mexico S de RL de C.V. | 2/7/2025 | $ 623.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2712 | Nueva Wal Mart de Mexico S de RL de C.V. | 2/7/2025 | $ 2,845.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2713  Nueva Wal Mart de Mexico S de RL de C.V.          2/13/2025        $            171.89          ☐  Secured debt
        Creditor's Name
                                                                                                       ☐  Unsecured loan repayments

        Blvd. Manuel Ávila Camacho 647                                                                 ☐  Suppliers or vendors
        Street
                                                                                                       ☐  Services

                                                                                                       ☑  Other    Trade

        Col. Periodistas      CDMX      11220
        City                  State     ZIP Code

        Mexico
        Country

3.2714  Nueva Wal Mart de Mexico S de RL de C.V.          2/13/2025        $            180.40          ☐  Secured debt
        Creditor's Name
                                                                                                       ☐  Unsecured loan repayments

        Blvd. Manuel Ávila Camacho 647                                                                 ☐  Suppliers or vendors
        Street
                                                                                                       ☐  Services

                                                                                                       ☑  Other    Trade

        Col. Periodistas      CDMX      11220
        City                  State     ZIP Code

        Mexico
        Country

3.2715  Nueva Wal Mart de Mexico S de RL de C.V.          2/13/2025        $            191.39          ☐  Secured debt
        Creditor's Name
                                                                                                       ☐  Unsecured loan repayments

        Blvd. Manuel Ávila Camacho 647                                                                 ☐  Suppliers or vendors
        Street
                                                                                                       ☐  Services

                                                                                                       ☑  Other    Trade

        Col. Periodistas      CDMX      11220
        City                  State     ZIP Code

        Mexico
        Country

3.2716  Nueva Wal Mart de Mexico S de RL de C.V.          2/13/2025        $            214.26          ☐  Secured debt
        Creditor's Name
                                                                                                       ☐  Unsecured loan repayments

        Blvd. Manuel Ávila Camacho 647                                                                 ☐  Suppliers or vendors
        Street
                                                                                                       ☐  Services

                                                                                                       ☑  Other    Trade

        Col. Periodistas      CDMX      11220
        City                  State     ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| | | | | | | |
|---|---|---|---|---|---|---|

3.2717 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

2/13/2025     $     335.99

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services

☑ Other    Trade

Col. Periodistas     CDMX     11220
City          State     ZIP Code

Mexico
Country

3.2718 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

2/13/2025     $     707.56

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services

☑ Other    Trade

Col. Periodistas     CDMX     11220
City          State     ZIP Code

Mexico
Country

3.2719 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

2/13/2025     $     788.21

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services

☑ Other    Trade

Col. Periodistas     CDMX     11220
City          State     ZIP Code

Mexico
Country

3.2720 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

2/20/2025     $     86.49

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services

☑ Other    Trade

Col. Periodistas     CDMX     11220
City          State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.2721  Nueva Wal Mart de Mexico S de RL de C.V.        2/20/2025        $            91.87        ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2722  Nueva Wal Mart de Mexico S de RL de C.V.        2/20/2025        $            177.82       ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2723  Nueva Wal Mart de Mexico S de RL de C.V.        2/20/2025        $            202.65       ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2724  Nueva Wal Mart de Mexico S de RL de C.V.        2/20/2025        $            338.19       ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                           ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2725  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

2/20/2025    $    655.33

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☑  Other    Trade

3.2726  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

2/20/2025    $    772.09

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☑  Other    Trade

3.2727  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

2/21/2025    $    31.80

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☑  Other    Trade

3.2728  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

2/21/2025    $    287.58

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☑  Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.2729 Nueva Wal Mart de Mexico S de RL de C.V.    2/26/2025    $    43.95
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2730 Nueva Wal Mart de Mexico S de RL de C.V.    2/26/2025    $    274.01
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2731 Nueva Wal Mart de Mexico S de RL de C.V.    2/26/2025    $    286.75
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2732 Nueva Wal Mart de Mexico S de RL de C.V.    2/26/2025    $    299.34
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715
_____
Name

| 3.2733 | Nueva Wal Mart de Mexico S de RL de C.V. | 2/26/2025 | $ | 612.40 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2734 | Nueva Wal Mart de Mexico S de RL de C.V. | 2/26/2025 | $ | 706.88 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2735 | Nueva Wal Mart de Mexico S de RL de C.V. | 2/28/2025 | $ | 251.57 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2736 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/6/2025 | $ | 105.35 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| 3.2737 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/6/2025 | $ | 132.53 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State        ZIP Code

Mexico
Country

| 3.2738 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/6/2025 | $ | 151.41 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State        ZIP Code

Mexico
Country

| 3.2739 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/6/2025 | $ | 229.42 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State        ZIP Code

Mexico
Country

| 3.2740 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/6/2025 | $ | 243.77 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2741  Nueva Wal Mart de Mexico S de RL de C.V.      3/6/2025      $          352.12     ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

Col. Periodistas      CDMX      11220
City                  State     ZIP Code

Mexico
Country

3.2742  Nueva Wal Mart de Mexico S de RL de C.V.      3/6/2025      $          369.56     ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

Col. Periodistas      CDMX      11220
City                  State     ZIP Code

Mexico
Country

3.2743  Nueva Wal Mart de Mexico S de RL de C.V.      3/6/2025      $          418.14     ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

Col. Periodistas      CDMX      11220
City                  State     ZIP Code

Mexico
Country

3.2744  Nueva Wal Mart de Mexico S de RL de C.V.      3/6/2025      $          428.11     ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                            ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

Col. Periodistas      CDMX      11220
City                  State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2745 Nueva Wal Mart de Mexico S de RL de C.V.  3/11/2025  $ 112.36
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Col. Periodistas    CDMX    11220
City             State      ZIP Code

Mexico
Country

3.2746 Nueva Wal Mart de Mexico S de RL de C.V.  3/11/2025  $ 112.51
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Col. Periodistas    CDMX    11220
City             State      ZIP Code

Mexico
Country

3.2747 Nueva Wal Mart de Mexico S de RL de C.V.  3/11/2025  $ 130.57
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Col. Periodistas    CDMX    11220
City             State      ZIP Code

Mexico
Country

3.2748 Nueva Wal Mart de Mexico S de RL de C.V.  3/11/2025  $ 154.74
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Col. Periodistas    CDMX    11220
City             State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known):*   25-10715

3.2749 Nueva Wal Mart de Mexico S de RL de C.V.        3/11/2025        $            189.45
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2750 Nueva Wal Mart de Mexico S de RL de C.V.        3/11/2025        $            206.44
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2751 Nueva Wal Mart de Mexico S de RL de C.V.        3/11/2025        $            237.70
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2752 Nueva Wal Mart de Mexico S de RL de C.V.        3/11/2025        $            284.80
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 690

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2753  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/11/2025    $           303.70

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                        State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2754  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/11/2025    $           397.20

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                        State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2755  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/13/2025    $           89.18

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                        State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2756  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/19/2025    $           28.27

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                        State            ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2757 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/20/2025 | $ 20.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2758 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/20/2025 | $ 148.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2759 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/20/2025 | $ 239.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2760 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/20/2025 | $ 369.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2761 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/20/2025

$                812.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2762 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/20/2025

$              1,049.91

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2763 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/26/2025

$                103.64

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2764 Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

3/26/2025

$                107.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.        Case number *(if known):*   25-10715

Name

| 3.2765 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 133.58 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Col. Periodistas | CDMX | 11220 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.2766 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 153.27 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Col. Periodistas | CDMX | 11220 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.2767 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 158.52 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Col. Periodistas | CDMX | 11220 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 3.2768 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 206.82 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

| Col. Periodistas | CDMX | 11220 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2769 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 229.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2770 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 270.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2771 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 296.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2772 | Nueva Wal Mart de Mexico S de RL de C.V. | 3/26/2025 | $ 308.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Col. Periodistas   CDMX   11220 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2773  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

3/27/2025          $              56.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2774  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

3/27/2025          $             112.53

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2775  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

3/27/2025          $             152.39

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2776  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                State        ZIP Code

Mexico
Country

3/31/2025          $              28.27

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2777 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ 0.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2778 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ 26.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2779 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ 113.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2780 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ 151.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2781 Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ | 168.46 | ☐ Secured debt |
| *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| Blvd. Manuel Ávila Camacho 647 | | | | ☐ Suppliers or vendors |
| *Street* | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Col. Periodistas    CDMX    11220 | | | | |
| *City*    *State*    *ZIP Code* | | | | |
| Mexico | | | | |
| *Country* | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2782 Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ | 206.39 | ☐ Secured debt |
| *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| Blvd. Manuel Ávila Camacho 647 | | | | ☐ Suppliers or vendors |
| *Street* | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Col. Periodistas    CDMX    11220 | | | | |
| *City*    *State*    *ZIP Code* | | | | |
| Mexico | | | | |
| *Country* | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2783 Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ | 206.39 | ☐ Secured debt |
| *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| Blvd. Manuel Ávila Camacho 647 | | | | ☐ Suppliers or vendors |
| *Street* | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Col. Periodistas    CDMX    11220 | | | | |
| *City*    *State*    *ZIP Code* | | | | |
| Mexico | | | | |
| *Country* | | | | |

| | | | | |
|---|---|---|---|---|
| 3.2784 Nueva Wal Mart de Mexico S de RL de C.V. | 4/3/2025 | $ | 228.65 | ☐ Secured debt |
| *Creditor's Name* | | | | ☐ Unsecured loan repayments |
| Blvd. Manuel Ávila Camacho 647 | | | | ☐ Suppliers or vendors |
| *Street* | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| Col. Periodistas    CDMX    11220 | | | | |
| *City*    *State*    *ZIP Code* | | | | |
| Mexico | | | | |
| *Country* | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.2785  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/3/2025

$  242.61

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2786  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/3/2025

$  316.05

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2787  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/3/2025

$  316.06

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2788  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/3/2025

$  367.34

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:    25-10715

Name

3.2789  Nueva Wal Mart de Mexico S de RL de C.V.        4/4/2025        $        6.98
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2790  Nueva Wal Mart de Mexico S de RL de C.V.        4/4/2025        $        43.41
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2791  Nueva Wal Mart de Mexico S de RL de C.V.        4/8/2025        $        41.90
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2792  Nueva Wal Mart de Mexico S de RL de C.V.        4/8/2025        $        77.91
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas        CDMX        11220
City                    State       ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2793 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ 90.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2794 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ 94.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2795 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ 103.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2796 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ 114.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.2797 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ | 155.82 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2798 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ | 209.48 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2799 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ | 262.10 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2800 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/8/2025 | $ | 348.26 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

| 3.2801 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/11/2025 | $ | 231.79 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2802 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/14/2025 | $ | 56.54 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2803 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/14/2025 | $ | 79.77 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2804 | Nueva Wal Mart de Mexico S de RL de C.V. | 4/16/2025 | $ | 20.95 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Blvd. Manuel Ávila Camacho 647 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Periodistas    CDMX    11220 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2805  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/16/2025

$    64.93

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2806  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/16/2025

$    99.75

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2807  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/16/2025

$    134.83

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

3.2808  Nueva Wal Mart de Mexico S de RL de C.V.
Creditor's Name

4/16/2025

$    160.72

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.2809  Nueva Wal Mart de Mexico S de RL de C.V.    4/16/2025    $    198.30
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2810  Nueva Wal Mart de Mexico S de RL de C.V.    4/16/2025    $    202.25
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2811  Nueva Wal Mart de Mexico S de RL de C.V.    4/16/2025    $    220.02
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2812  Nueva Wal Mart de Mexico S de RL de C.V.    4/16/2025    $    238.40
Creditor's Name

Blvd. Manuel Ávila Camacho 647
Street

Col. Periodistas    CDMX    11220
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                                    Case number *(if known):*     25-10715

Name

3.2813  Nueva Wal Mart de Mexico S de RL de C.V.          4/16/2025        $              249.67        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                                         ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2814  Nueva Wal Mart de Mexico S de RL de C.V.          4/16/2025        $              302.57        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                                         ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2815  Nueva Wal Mart de Mexico S de RL de C.V.          4/16/2025        $              431.30        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                                         ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2816  Nueva Wal Mart de Mexico S de RL de C.V.          4/16/2025        $              443.77        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                                         ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☒  Other    Trade

Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*: 25-10715

Name

3.2817  Nueva Wal Mart de Mexico S de RL de C.V.     4/16/2025      $         460.34      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                               ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2818  Nueva Wal Mart de Mexico S de RL de C.V.     4/16/2025      $         497.14      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                               ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2819  Nueva Wal Mart de Mexico S de RL de C.V.     4/16/2025      $         103.88      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                               ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

3.2820  Nueva Wal Mart de Mexico S de RL de C.V.     4/16/2025      $         103.88      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Manuel Ávila Camacho 647                                                               ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
Col. Periodistas      CDMX        11220
City                  State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2821  Oilton Logistica S.A. de C.V.              4/16/2025        $        28,572.23        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

        Calle 18 No. 420, Col. Industrial                                                    ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade

        Mérida            Yucatán        97203
        City              State          ZIP Code
        México
        Country

3.2822  Operadora de Hoteles La Costa S.A. de C.V.    1/17/2025    $         2,322.72        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

        Blvd. Kukulcán Km 11.5, Zona Hotelera                                                ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade
                          Quintana
        Cancún            Roo            77500
        City              State          ZIP Code
        Mexico
        Country

3.2823  Operadora de Hoteles La Costa S.A. de C.V.    1/17/2025    $         4,900.00        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

        Blvd. Kukulcán Km 11.5, Zona Hotelera                                                ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade
                          Quintana
        Cancún            Roo            77500
        City              State          ZIP Code
        Mexico
        Country

3.2824  Operadora de Hoteles La Costa S.A. de C.V.    1/24/2025    $         4,900.00        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

        Blvd. Kukulcán Km 11.5, Zona Hotelera                                                ☐ Suppliers or vendors
        Street                                                                               ☐ Services
                                                                                             ☑ Other    Trade
                          Quintana
        Cancún            Roo            77500
        City              State          ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.2825 Operadora de Hoteles La Costa S.A. de C.V.
Creditor's Name

2/4/2025

$ 4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Kukulcán Km 11.5, Zona Hotelera
Street

Quintana
Cancún        Roo        77500
City        State        ZIP Code

Mexico
Country

3.2826 Operadora de Hoteles La Costa S.A. de C.V.
Creditor's Name

2/12/2025

$ 4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Kukulcán Km 11.5, Zona Hotelera
Street

Quintana
Cancún        Roo        77500
City        State        ZIP Code

Mexico
Country

3.2827 Operadora de Hoteles La Costa S.A. de C.V.
Creditor's Name

2/14/2025

$ 4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Kukulcán Km 11.5, Zona Hotelera
Street

Quintana
Cancún        Roo        77500
City        State        ZIP Code

Mexico
Country

3.2828 Operadora de Hoteles La Costa S.A. de C.V.
Creditor's Name

2/21/2025

$ 457.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Kukulcán Km 11.5, Zona Hotelera
Street

Quintana
Cancún        Roo        77500
City        State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.2829 | Operadora de Hoteles La Costa S.A. de C.V. | 2/21/2025 | $ 4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún   Quintana Roo   77500 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2830 | Operadora de Hoteles La Costa S.A. de C.V. | 2/28/2025 | $ 4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún   Quintana Roo   77500 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2831 | Operadora de Hoteles La Costa S.A. de C.V. | 3/7/2025 | $ 4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún   Quintana Roo   77500 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2832 | Operadora de Hoteles La Costa S.A. de C.V. | 3/10/2025 | $ 7,350.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún   Quintana Roo   77500 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:     25-10715

_____
Name

3.2833   Operadora de Hoteles La Costa S.A. de C.V.          3/14/2025         $          4,900.00          ☐ Secured debt
Creditor's Name                                                                                            ☐ Unsecured loan repayments

Blvd. Kukulcán Km 11.5, Zona Hotelera                                                                      ☐ Suppliers or vendors
Street                                                                                                     ☐ Services
                                                                                                           ☒ Other     Trade
                        Quintana
Cancún                  Roo          77500
City                    State        ZIP Code

Mexico
Country

3.2834   Operadora de Hoteles La Costa S.A. de C.V.          3/14/2025         $          7,350.00          ☐ Secured debt
Creditor's Name                                                                                            ☐ Unsecured loan repayments

Blvd. Kukulcán Km 11.5, Zona Hotelera                                                                      ☐ Suppliers or vendors
Street                                                                                                     ☐ Services
                                                                                                           ☒ Other     Trade
                        Quintana
Cancún                  Roo          77500
City                    State        ZIP Code

Mexico
Country

3.2835   Operadora de Hoteles La Costa S.A. de C.V.          3/18/2025         $            659.85          ☐ Secured debt
Creditor's Name                                                                                            ☐ Unsecured loan repayments

Blvd. Kukulcán Km 11.5, Zona Hotelera                                                                      ☐ Suppliers or vendors
Street                                                                                                     ☐ Services
                                                                                                           ☒ Other     Trade
                        Quintana
Cancún                  Roo          77500
City                    State        ZIP Code

Mexico
Country

3.2836   Operadora de Hoteles La Costa S.A. de C.V.          3/18/2025         $          2,268.46          ☐ Secured debt
Creditor's Name                                                                                            ☐ Unsecured loan repayments

Blvd. Kukulcán Km 11.5, Zona Hotelera                                                                      ☐ Suppliers or vendors
Street                                                                                                     ☐ Services
                                                                                                           ☒ Other     Trade
                        Quintana
Cancún                  Roo          77500
City                    State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

_____
Name

| 3.2837 | Operadora de Hoteles La Costa S.A. de C.V. | 3/18/2025 | $ | 4,421.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2838 | Operadora de Hoteles La Costa S.A. de C.V. | 3/20/2025 | $ | 9,800.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2839 | Operadora de Hoteles La Costa S.A. de C.V. | 3/21/2025 | $ | 7,350.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2840 | Operadora de Hoteles La Costa S.A. de C.V. | 3/25/2025 | $ | 2,301.30 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 11.5, Zona Hotelera | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Quintana | | | | |
| | Cancún    Roo    77500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

**3.2841** Operadora de Hoteles La Costa S.A. de C.V.
Creditor's Name

3/25/2025    $    15,703.55

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Kukulcán Km 11.5, Zona Hotelera
Street

Cancún | Quintana Roo | 77500
City | State | ZIP Code

Mexico
Country

**3.2842** Operadora de Hoteles La Costa S.A. de C.V.
Creditor's Name

3/27/2025    $    4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Kukulcán Km 11.5, Zona Hotelera
Street

Cancún | Quintana Roo | 77500
City | State | ZIP Code

Mexico
Country

**3.2843** Operadora de Hoteles La Costa S.A. de C.V.
Creditor's Name

3/28/2025    $    10,227.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Kukulcán Km 11.5, Zona Hotelera
Street

Cancún | Quintana Roo | 77500
City | State | ZIP Code

Mexico
Country

**3.2844** Operadora Md
Creditor's Name

2/14/2025    $    2,895.51

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 10 130
Street

Playa del Carmen | Quintana Roo | 77710
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.2845 Operadora Md
Creditor's Name

Calle 10 130
Street

| | Quintana | |
Playa del Carmen | Roo | 77710
City | State | ZIP Code

Mexico
Country

3/24/2025    $    2,895.51

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2846 Operadora Md
Creditor's Name

Calle 10 130
Street

| | Quintana | |
Playa del Carmen | Roo | 77710
City | State | ZIP Code

Mexico
Country

4/14/2025    $    2,967.05

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2847 Operadora Tikinxic S de RL de C.V.
Creditor's Name

Carretera a Punta Sam Mz 3 Lt 3
Street

| | Quintana | |
Cancún | Roo | 77520
City | State | ZIP Code

Mexico
Country

1/21/2025    $    1,029.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2848 Operadora Tikinxic S de RL de C.V.
Creditor's Name

Carretera a Punta Sam Mz 3 Lt 3
Street

| | Quintana | |
Cancún | Roo | 77520
City | State | ZIP Code

Mexico
Country

1/30/2025    $    1,528.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

3.2849   Operadora Tikinxic S de RL de C.V.          2/6/2025        $        1,029.00        ☐ Secured debt
         Creditor's Name                                                                      ☐ Unsecured loan repayments

         Carretera a Punta Sam Mz 3 Lt 3                                                      ☐ Suppliers or vendors
         Street                                                                               ☐ Services
                                                                                              ☑ Other    Trade
                          Quintana
         Cancún           Roo          77520
         City             State        ZIP Code

         Mexico
         Country

3.2850   Operadora Tikinxic S de RL de C.V.          2/14/2025       $        1,528.80        ☐ Secured debt
         Creditor's Name                                                                      ☐ Unsecured loan repayments

         Carretera a Punta Sam Mz 3 Lt 3                                                      ☐ Suppliers or vendors
         Street                                                                               ☐ Services
                                                                                              ☑ Other    Trade
                          Quintana
         Cancún           Roo          77520
         City             State        ZIP Code

         Mexico
         Country

3.2851   Operadora Tikinxic S de RL de C.V.          2/17/2025       $        1,029.00        ☐ Secured debt
         Creditor's Name                                                                      ☐ Unsecured loan repayments

         Carretera a Punta Sam Mz 3 Lt 3                                                      ☐ Suppliers or vendors
         Street                                                                               ☐ Services
                                                                                              ☑ Other    Trade
                          Quintana
         Cancún           Roo          77520
         City             State        ZIP Code

         Mexico
         Country

3.2852   Operadora Tikinxic S de RL de C.V.          3/3/2025        $        1,131.90        ☐ Secured debt
         Creditor's Name                                                                      ☐ Unsecured loan repayments

         Carretera a Punta Sam Mz 3 Lt 3                                                      ☐ Suppliers or vendors
         Street                                                                               ☐ Services
                                                                                              ☑ Other    Trade
                          Quintana
         Cancún           Roo          77520
         City             State        ZIP Code

         Mexico
         Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known):  25-10715

Name

3.2853  Operadora Tikinxic S de RL de C.V.          3/3/2025      $        1,705.20
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

Carretera a Punta Sam Mz 3 Lt 3
Street

□ Suppliers or vendors
□ Services

Quintana
Cancún              Roo          77520
City              State       ZIP Code

☑ Other    Trade

Mexico
Country

3.2854  Operadora Tikinxic S de RL de C.V.          3/12/2025     $        1,131.90
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

Carretera a Punta Sam Mz 3 Lt 3
Street

□ Suppliers or vendors
□ Services

Quintana
Cancún              Roo          77520
City              State       ZIP Code

☑ Other    Trade

Mexico
Country

3.2855  Operadora Tikinxic S de RL de C.V.          3/14/2025     $        1,705.20
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

Carretera a Punta Sam Mz 3 Lt 3
Street

□ Suppliers or vendors
□ Services

Quintana
Cancún              Roo          77520
City              State       ZIP Code

☑ Other    Trade

Mexico
Country

3.2856  Operadora Tikinxic S de RL de C.V.          3/25/2025     $        1,131.90
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

Carretera a Punta Sam Mz 3 Lt 3
Street

□ Suppliers or vendors
□ Services

Quintana
Cancún              Roo          77520
City              State       ZIP Code

☑ Other    Trade

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:   25-10715

_____
Name

**3.2857** Operadora Tikinxic S de RL de C.V.          3/31/2025          $          1,705.20
Creditor's Name

Carretera a Punta Sam Mz 3 Lt 3
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77520 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.2858** Operadora Tikinxic S de RL de C.V.          4/1/2025          $          1,131.90
Creditor's Name

Carretera a Punta Sam Mz 3 Lt 3
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77520 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.2859** Operadora Tikinxic S de RL de C.V.          4/15/2025          $          1,320.55
Creditor's Name

Carretera a Punta Sam Mz 3 Lt 3
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77520 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.2860** Operadora Tikinxic S de RL de C.V.          4/15/2025          $          1,705.20
Creditor's Name

Carretera a Punta Sam Mz 3 Lt 3
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77520 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:   25-10715
_____

3.2861  Organizacion Rg Hermanos S.A. de C.V.          1/16/2025     $          4,921.31        ☐  Secured debt
_____
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                      ☐  Suppliers or vendors
_____
Street                                                                                  ☐  Services

                    Quintana                                                            ☒  Other    Trade
_____
Cancún              Roo        77524
City                State      ZIP Code

Mexico
_____
Country

3.2862  Organizacion Rg Hermanos S.A. de C.V.          1/24/2025     $          4,919.77        ☐  Secured debt
_____
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                      ☐  Suppliers or vendors
_____
Street                                                                                  ☐  Services

                    Quintana                                                            ☒  Other    Trade
_____
Cancún              Roo        77524
City                State      ZIP Code

Mexico
_____
Country

3.2863  Organizacion Rg Hermanos S.A. de C.V.          1/31/2025     $          5,020.47        ☐  Secured debt
_____
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                      ☐  Suppliers or vendors
_____
Street                                                                                  ☐  Services

                    Quintana                                                            ☒  Other    Trade
_____
Cancún              Roo        77524
City                State      ZIP Code

Mexico
_____
Country

3.2864  Organizacion Rg Hermanos S.A. de C.V.          2/5/2025      $          4,961.92        ☐  Secured debt
_____
Creditor's Name                                                                        ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                      ☐  Suppliers or vendors
_____
Street                                                                                  ☐  Services

                    Quintana                                                            ☒  Other    Trade
_____
Cancún              Roo        77524
City                State      ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*     25-10715

Name

---

**3.2865** Organizacion Rg Hermanos S.A. de C.V.          2/13/2025          $          20.40
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|                | Quintana |          |
|----------------|----------|----------|
| Cancún         | Roo      | 77524    |
| City           | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

---

**3.2866** Organizacion Rg Hermanos S.A. de C.V.          2/13/2025          $          41.88
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|                | Quintana |          |
|----------------|----------|----------|
| Cancún         | Roo      | 77524    |
| City           | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

---

**3.2867** Organizacion Rg Hermanos S.A. de C.V.          2/13/2025          $          43.37
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|                | Quintana |          |
|----------------|----------|----------|
| Cancún         | Roo      | 77524    |
| City           | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

---

**3.2868** Organizacion Rg Hermanos S.A. de C.V.          2/13/2025          $          45.19
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|                | Quintana |          |
|----------------|----------|----------|
| Cancún         | Roo      | 77524    |
| City           | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other     Trade

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.2869  Organizacion Rg Hermanos S.A. de C.V.          2/13/2025      $          52.75      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade
            Quintana
Cancún      Roo          77524
City        State        ZIP Code

Mexico
Country

3.2870  Organizacion Rg Hermanos S.A. de C.V.          2/13/2025      $          66.53      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade
            Quintana
Cancún      Roo          77524
City        State        ZIP Code

Mexico
Country

3.2871  Organizacion Rg Hermanos S.A. de C.V.          2/13/2025      $          86.97      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade
            Quintana
Cancún      Roo          77524
City        State        ZIP Code

Mexico
Country

3.2872  Organizacion Rg Hermanos S.A. de C.V.          2/13/2025      $          99.79      ☐  Secured debt
Creditor's Name
                                                                                           ☐  Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐  Suppliers or vendors
Street
                                                                                           ☐  Services

                                                                                           ☒  Other    Trade
            Quintana
Cancún      Roo          77524
City        State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2873 Organizacion Rg Hermanos S.A. de C.V.     2/13/2025     $     175.82
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2874 Organizacion Rg Hermanos S.A. de C.V.     2/13/2025     $     189.74
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2875 Organizacion Rg Hermanos S.A. de C.V.     2/13/2025     $     212.61
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2876 Organizacion Rg Hermanos S.A. de C.V.     2/13/2025     $     239.79
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715

Name

| 3.2877 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 243.66 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64

☐ Suppliers or vendors

Street

☐ Services

|  | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

☑ Other    Trade

Mexico

Country

| 3.2878 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 263.72 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64

☐ Suppliers or vendors

Street

☐ Services

|  | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

☑ Other    Trade

Mexico

Country

| 3.2879 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 287.28 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64

☐ Suppliers or vendors

Street

☐ Services

|  | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

☑ Other    Trade

Mexico

Country

| 3.2880 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 312.73 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64

☐ Suppliers or vendors

Street

☐ Services

|  | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

☑ Other    Trade

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                           Case number *(if known):*   25-10715

Name

| 3.2881 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 390.59 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Cancún      Roo      77524 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2882 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 444.82 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Cancún      Roo      77524 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2883 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 505.42 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Cancún      Roo      77524 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.2884 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ | 584.79 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Quintana | | | | | |
| | Cancún      Roo      77524 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):* 25-10715

| | | | | |
|---|---|---|---|---|
| 3.2885 | Organizacion Rg Hermanos S.A. de C.V. | 2/13/2025 | $ 764.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana | | | |
| | Cancún    Roo    77524 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2886 | Organizacion Rg Hermanos S.A. de C.V. | 2/20/2025 | $ 21.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana | | | |
| | Cancún    Roo    77524 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2887 | Organizacion Rg Hermanos S.A. de C.V. | 2/20/2025 | $ 61.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana | | | |
| | Cancún    Roo    77524 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2888 | Organizacion Rg Hermanos S.A. de C.V. | 2/20/2025 | $ 102.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Quintana | | | |
| | Cancún    Roo    77524 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*  25-10715

Name

3.2889 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025      $        121.16       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade

                    Quintana
Cancún              Roo          77524
City                State        ZIP Code

Mexico
Country

3.2890 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025      $        141.27       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade

                    Quintana
Cancún              Roo          77524
City                State        ZIP Code

Mexico
Country

3.2891 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025      $        152.18       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade

                    Quintana
Cancún              Roo          77524
City                State        ZIP Code

Mexico
Country

3.2892 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025      $        154.74       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                      ☐ Services
                                                                                            ☑ Other    Trade

                    Quintana
Cancún              Roo          77524
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2893 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    193.61
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún    Roo    77524
City    State    ZIP Code

Mexico
Country

3.2894 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    216.59
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún    Roo    77524
City    State    ZIP Code

Mexico
Country

3.2895 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    232.69
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún    Roo    77524
City    State    ZIP Code

Mexico
Country

3.2896 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    235.41
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún    Roo    77524
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2897 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    246.95
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún                Roo            77524
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2898 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    260.32
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún                Roo            77524
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2899 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    337.86
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún                Roo            77524
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2900 Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $    364.87
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún                Roo            77524
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*   25-10715

Name

3.2901 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025        $        365.74        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments
       Av. Bonampak 63, Super Manzana 64                                                    ☐ Suppliers or vendors
       Street                                                                               ☐ Services
                                                                                            ☒ Other    Trade
                    Quintana
       Cancún       Roo         77524
       City         State       ZIP Code
       Mexico
       Country

3.2902 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025        $        386.55        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments
       Av. Bonampak 63, Super Manzana 64                                                    ☐ Suppliers or vendors
       Street                                                                               ☐ Services
                                                                                            ☒ Other    Trade
                    Quintana
       Cancún       Roo         77524
       City         State       ZIP Code
       Mexico
       Country

3.2903 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025        $        402.71        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments
       Av. Bonampak 63, Super Manzana 64                                                    ☐ Suppliers or vendors
       Street                                                                               ☐ Services
                                                                                            ☒ Other    Trade
                    Quintana
       Cancún       Roo         77524
       City         State       ZIP Code
       Mexico
       Country

3.2904 Organizacion Rg Hermanos S.A. de C.V.        2/20/2025        $        405.21        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments
       Av. Bonampak 63, Super Manzana 64                                                    ☐ Suppliers or vendors
       Street                                                                               ☐ Services
                                                                                            ☒ Other    Trade
                    Quintana
       Cancún       Roo         77524
       City         State       ZIP Code
       Mexico
       Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:  25-10715

Name

3.2905  Organizacion Rg Hermanos S.A. de C.V.    2/20/2025    $            559.95    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                  ☐ Suppliers or vendors
Street                                                                             ☐ Services

                    Quintana                                                       ☒ Other    Trade
                    Roo
Cancún                         77524
City                State       ZIP Code

Mexico
Country

3.2906  Organizacion Rg Hermanos S.A. de C.V.    2/21/2025    $             99.79    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                  ☐ Suppliers or vendors
Street                                                                             ☐ Services

                    Quintana                                                       ☒ Other    Trade
                    Roo
Cancún                         77524
City                State       ZIP Code

Mexico
Country

3.2907  Organizacion Rg Hermanos S.A. de C.V.    2/21/2025    $            175.82    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                  ☐ Suppliers or vendors
Street                                                                             ☐ Services

                    Quintana                                                       ☒ Other    Trade
                    Roo
Cancún                         77524
City                State       ZIP Code

Mexico
Country

3.2908  Organizacion Rg Hermanos S.A. de C.V.    2/26/2025    $             49.61    ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                  ☐ Suppliers or vendors
Street                                                                             ☐ Services

                    Quintana                                                       ☒ Other    Trade
                    Roo
Cancún                         77524
City                State       ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

**3.2909** Organizacion Rg Hermanos S.A. de C.V.          2/26/2025          $              53.49          ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                    ☐ Suppliers or vendors
Street                                                                                               ☐ Services
                                                                                                     ☑ Other      Trade
          Quintana
Cancún          Roo          77524
City            State          ZIP Code

Mexico
Country

**3.2910** Organizacion Rg Hermanos S.A. de C.V.          2/26/2025          $              57.01          ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                    ☐ Suppliers or vendors
Street                                                                                               ☐ Services
                                                                                                     ☑ Other      Trade
          Quintana
Cancún          Roo          77524
City            State          ZIP Code

Mexico
Country

**3.2911** Organizacion Rg Hermanos S.A. de C.V.          2/26/2025          $             120.04          ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                    ☐ Suppliers or vendors
Street                                                                                               ☐ Services
                                                                                                     ☑ Other      Trade
          Quintana
Cancún          Roo          77524
City            State          ZIP Code

Mexico
Country

**3.2912** Organizacion Rg Hermanos S.A. de C.V.          2/26/2025          $             199.39          ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                    ☐ Suppliers or vendors
Street                                                                                               ☐ Services
                                                                                                     ☑ Other      Trade
          Quintana
Cancún          Roo          77524
City            State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

3.2913  Organizacion Rg Hermanos S.A. de C.V.        2/26/2025      $        265.49        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                       ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☑ Other     Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code

Mexico
Country

3.2914  Organizacion Rg Hermanos S.A. de C.V.        2/26/2025      $        267.83        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                       ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☑ Other     Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code

Mexico
Country

3.2915  Organizacion Rg Hermanos S.A. de C.V.        2/26/2025      $        286.23        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                       ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☑ Other     Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code

Mexico
Country

3.2916  Organizacion Rg Hermanos S.A. de C.V.        2/26/2025      $        340.71        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                       ☐ Suppliers or vendors
Street                                                                                  ☐ Services
                                                                                        ☑ Other     Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.2917 Organizacion Rg Hermanos S.A. de C.V.    2/26/2025    $    420.31
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2918 Organizacion Rg Hermanos S.A. de C.V.    2/26/2025    $    424.86
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2919 Organizacion Rg Hermanos S.A. de C.V.    2/26/2025    $    508.96
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2920 Organizacion Rg Hermanos S.A. de C.V.    2/26/2025    $    532.86
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

Quintana
Cancún          Roo          77524
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2921 Organizacion Rg Hermanos S.A. de C.V.          2/26/2025          $          563.12
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2922 Organizacion Rg Hermanos S.A. de C.V.          2/26/2025          $          877.97
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2923 Organizacion Rg Hermanos S.A. de C.V.          3/6/2025          $          48.02
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2924 Organizacion Rg Hermanos S.A. de C.V.          3/6/2025          $          85.26
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.2925 Organizacion Rg Hermanos S.A. de C.V.

Creditor's Name

Av. Bonampak 63, Super Manzana 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico

Country

3/6/2025     $     114.18

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2926 Organizacion Rg Hermanos S.A. de C.V.

Creditor's Name

Av. Bonampak 63, Super Manzana 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico

Country

3/6/2025     $     166.15

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2927 Organizacion Rg Hermanos S.A. de C.V.

Creditor's Name

Av. Bonampak 63, Super Manzana 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico

Country

3/6/2025     $     189.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2928 Organizacion Rg Hermanos S.A. de C.V.

Creditor's Name

Av. Bonampak 63, Super Manzana 64

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico

Country

3/6/2025     $     193.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

| 3.2929 | Organizacion Rg Hermanos S.A. de C.V. | 3/6/2025 | $ | 258.39 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Cancún        Quintana Roo    77524 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2930 | Organizacion Rg Hermanos S.A. de C.V. | 3/6/2025 | $ | 297.86 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Cancún        Quintana Roo    77524 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2931 | Organizacion Rg Hermanos S.A. de C.V. | 3/6/2025 | $ | 319.90 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Cancún        Quintana Roo    77524 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.2932 | Organizacion Rg Hermanos S.A. de C.V. | 3/6/2025 | $ | 395.85 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Bonampak 63, Super Manzana 64 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Cancún        Quintana Roo    77524 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2933 Organizacion Rg Hermanos S.A. de C.V.    3/6/2025    $    523.44
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2934 Organizacion Rg Hermanos S.A. de C.V.    3/6/2025    $    845.12
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2935 Organizacion Rg Hermanos S.A. de C.V.    3/6/2025    $    984.41
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.2936 Organizacion Rg Hermanos S.A. de C.V.    3/13/2025    $    167.27
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

| | Quintana | |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.2937  Organizacion Rg Hermanos S.A. de C.V.    3/13/2025    $    190.52    ☐ Secured debt
Creditor's Name

                                                                                 ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                ☐ Suppliers or vendors
Street
                                                                                 ☐ Services

                    Quintana                                                     ☑ Other    Trade
                    Roo
Cancún                          77524
City                State       ZIP Code

Mexico
Country

3.2938  Organizacion Rg Hermanos S.A. de C.V.    3/13/2025    $    218.98    ☐ Secured debt
Creditor's Name

                                                                                 ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                ☐ Suppliers or vendors
Street
                                                                                 ☐ Services

                    Quintana                                                     ☑ Other    Trade
                    Roo
Cancún                          77524
City                State       ZIP Code

Mexico
Country

3.2939  Organizacion Rg Hermanos S.A. de C.V.    3/13/2025    $    281.94    ☐ Secured debt
Creditor's Name

                                                                                 ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                ☐ Suppliers or vendors
Street
                                                                                 ☐ Services

                    Quintana                                                     ☑ Other    Trade
                    Roo
Cancún                          77524
City                State       ZIP Code

Mexico
Country

3.2940  Organizacion Rg Hermanos S.A. de C.V.    3/13/2025    $    314.15    ☐ Secured debt
Creditor's Name

                                                                                 ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                ☐ Suppliers or vendors
Street
                                                                                 ☐ Services

                    Quintana                                                     ☑ Other    Trade
                    Roo
Cancún                          77524
City                State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

3.2941  Organizacion Rg Hermanos S.A. de C.V.        3/13/2025        $              327.77        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments
        Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77524
City                    State        ZIP Code
        Mexico
Country

3.2942  Organizacion Rg Hermanos S.A. de C.V.        3/13/2025        $              533.14        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments
        Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77524
City                    State        ZIP Code
        Mexico
Country

3.2943  Organizacion Rg Hermanos S.A. de C.V.        3/21/2025        $               85.88        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments
        Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77524
City                    State        ZIP Code
        Mexico
Country

3.2944  Organizacion Rg Hermanos S.A. de C.V.        3/21/2025        $              135.69        ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments
        Av. Bonampak 63, Super Manzana 64                                                          ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade
                        Quintana
        Cancún          Roo          77524
City                    State        ZIP Code
        Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

3.2945  Organizacion Rg Hermanos S.A. de C.V.        3/21/2025      $              160.80      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
                          Quintana
Cancún                    Roo          77524
City                      State        ZIP Code

Mexico
Country

3.2946  Organizacion Rg Hermanos S.A. de C.V.        3/21/2025      $              202.43      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
                          Quintana
Cancún                    Roo          77524
City                      State        ZIP Code

Mexico
Country

3.2947  Organizacion Rg Hermanos S.A. de C.V.        3/21/2025      $              829.71      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
                          Quintana
Cancún                    Roo          77524
City                      State        ZIP Code

Mexico
Country

3.2948  Organizacion Rg Hermanos S.A. de C.V.        3/28/2025      $               21.18      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade
                          Quintana
Cancún                    Roo          77524
City                      State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2949   Organizacion Rg Hermanos S.A. de C.V.        3/28/2025        $        63.54        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☒ Other    Trade
                          Roo
Cancún                                   77524
City                      State          ZIP Code

Mexico
Country

3.2950   Organizacion Rg Hermanos S.A. de C.V.        3/28/2025        $        109.49       ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☒ Other    Trade
                          Roo
Cancún                                   77524
City                      State          ZIP Code

Mexico
Country

3.2951   Organizacion Rg Hermanos S.A. de C.V.        3/28/2025        $        115.10       ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☒ Other    Trade
                          Roo
Cancún                                   77524
City                      State          ZIP Code

Mexico
Country

3.2952   Organizacion Rg Hermanos S.A. de C.V.        3/28/2025        $        231.55       ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                            ☐ Suppliers or vendors
Street                                                                                       ☐ Services

                          Quintana                                                           ☒ Other    Trade
                          Roo
Cancún                                   77524
City                      State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:  25-10715

_____
Name

3.2953  Organizacion Rg Hermanos S.A. de C.V.          3/28/2025        $                378.79        ☐ Secured debt
Creditor's Name
                                                                                                       ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                      ☐ Suppliers or vendors
Street
                                                                                                       ☐ Services

                  Quintana                                                                             ☑ Other    Trade
Cancún            Roo          77524
City              State        ZIP Code

Mexico
Country

3.2954  Organizacion Rg Hermanos S.A. de C.V.          3/28/2025        $                447.19        ☐ Secured debt
Creditor's Name
                                                                                                       ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                      ☐ Suppliers or vendors
Street
                                                                                                       ☐ Services

                  Quintana                                                                             ☑ Other    Trade
Cancún            Roo          77524
City              State        ZIP Code

Mexico
Country

3.2955  Organizacion Rg Hermanos S.A. de C.V.          3/28/2025        $                693.12        ☐ Secured debt
Creditor's Name
                                                                                                       ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                      ☐ Suppliers or vendors
Street
                                                                                                       ☐ Services

                  Quintana                                                                             ☑ Other    Trade
Cancún            Roo          77524
City              State        ZIP Code

Mexico
Country

3.2956  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025         $                  5.76        ☐ Secured debt
Creditor's Name
                                                                                                       ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                                      ☐ Suppliers or vendors
Street
                                                                                                       ☐ Services

                  Quintana                                                                             ☑ Other    Trade
Cancún            Roo          77524
City              State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2957 Organizacion Rg Hermanos S.A. de C.V.
Creditor's Name

4/4/2025    $    11.30

Av. Bonampak 63, Super Manzana 64
Street

| Cancún | Quintana Roo | 77524 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2958 Organizacion Rg Hermanos S.A. de C.V.
Creditor's Name

4/4/2025    $    12.21

Av. Bonampak 63, Super Manzana 64
Street

| Cancún | Quintana Roo | 77524 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2959 Organizacion Rg Hermanos S.A. de C.V.
Creditor's Name

4/4/2025    $    15.69

Av. Bonampak 63, Super Manzana 64
Street

| Cancún | Quintana Roo | 77524 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.2960 Organizacion Rg Hermanos S.A. de C.V.
Creditor's Name

4/4/2025    $    35.91

Av. Bonampak 63, Super Manzana 64
Street

| Cancún | Quintana Roo | 77524 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known)*:   25-10715
_____
Name

3.2961  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025        $         44.16        ☐ Secured debt
         Creditor's Name                                                                     ☐ Unsecured loan repayments

         Av. Bonampak 63, Super Manzana 64                                                   ☐ Suppliers or vendors
         Street                                                                              ☐ Services

                         Quintana                                                            ☑ Other     Trade
         Cancún          Roo        77524
         City            State      ZIP Code

         Mexico
         Country

3.2962  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025        $         58.89        ☐ Secured debt
         Creditor's Name                                                                     ☐ Unsecured loan repayments

         Av. Bonampak 63, Super Manzana 64                                                   ☐ Suppliers or vendors
         Street                                                                              ☐ Services

                         Quintana                                                            ☑ Other     Trade
         Cancún          Roo        77524
         City            State      ZIP Code

         Mexico
         Country

3.2963  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025        $         69.08        ☐ Secured debt
         Creditor's Name                                                                     ☐ Unsecured loan repayments

         Av. Bonampak 63, Super Manzana 64                                                   ☐ Suppliers or vendors
         Street                                                                              ☐ Services

                         Quintana                                                            ☑ Other     Trade
         Cancún          Roo        77524
         City            State      ZIP Code

         Mexico
         Country

3.2964  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025        $         75.58        ☐ Secured debt
         Creditor's Name                                                                     ☐ Unsecured loan repayments

         Av. Bonampak 63, Super Manzana 64                                                   ☐ Suppliers or vendors
         Street                                                                              ☐ Services

                         Quintana                                                            ☑ Other     Trade
         Cancún          Roo        77524
         City            State      ZIP Code

         Mexico
         Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2965  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025      $           123.14      ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Av. Bonampak 63, Super Manzana 64                                                    ☐  Suppliers or vendors
        Street                                                                               ☐  Services

                                                                                             ☒  Other      Trade
                              Quintana
        Cancún                Roo         77524
        City                  State       ZIP Code

        Mexico
        Country

3.2966  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025      $           150.65      ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Av. Bonampak 63, Super Manzana 64                                                    ☐  Suppliers or vendors
        Street                                                                               ☐  Services

                                                                                             ☒  Other      Trade
                              Quintana
        Cancún                Roo         77524
        City                  State       ZIP Code

        Mexico
        Country

3.2967  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025      $           184.33      ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Av. Bonampak 63, Super Manzana 64                                                    ☐  Suppliers or vendors
        Street                                                                               ☐  Services

                                                                                             ☒  Other      Trade
                              Quintana
        Cancún                Roo         77524
        City                  State       ZIP Code

        Mexico
        Country

3.2968  Organizacion Rg Hermanos S.A. de C.V.          4/4/2025      $           184.40      ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Av. Bonampak 63, Super Manzana 64                                                    ☐  Suppliers or vendors
        Street                                                                               ☐  Services

                                                                                             ☒  Other      Trade
                              Quintana
        Cancún                Roo         77524
        City                  State       ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2969 Organizacion Rg Hermanos S.A. de C.V.     4/9/2025     $         23.30
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|   | Quintana |   |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2970 Organizacion Rg Hermanos S.A. de C.V.     4/9/2025     $         36.30
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|   | Quintana |   |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2971 Organizacion Rg Hermanos S.A. de C.V.     4/9/2025     $         50.18
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|   | Quintana |   |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.2972 Organizacion Rg Hermanos S.A. de C.V.     4/9/2025     $         54.70
Creditor's Name

Av. Bonampak 63, Super Manzana 64
Street

|   | Quintana |   |
| Cancún | Roo | 77524 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.2973  Organizacion Rg Hermanos S.A. de C.V.        4/9/2025        $              59.51        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments
Av. Bonampak 63, Super Manzana 64                                                              ☐  Suppliers or vendors
Street
                                                                                               ☐  Services
                                                                                               ☒  Other    Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code
Mexico
Country

3.2974  Organizacion Rg Hermanos S.A. de C.V.        4/9/2025        $             102.73        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments
Av. Bonampak 63, Super Manzana 64                                                              ☐  Suppliers or vendors
Street
                                                                                               ☐  Services
                                                                                               ☒  Other    Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code
Mexico
Country

3.2975  Organizacion Rg Hermanos S.A. de C.V.        4/9/2025        $             103.78        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments
Av. Bonampak 63, Super Manzana 64                                                              ☐  Suppliers or vendors
Street
                                                                                               ☐  Services
                                                                                               ☒  Other    Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code
Mexico
Country

3.2976  Organizacion Rg Hermanos S.A. de C.V.        4/9/2025        $             118.42        ☐  Secured debt
Creditor's Name
                                                                                               ☐  Unsecured loan repayments
Av. Bonampak 63, Super Manzana 64                                                              ☐  Suppliers or vendors
Street
                                                                                               ☐  Services
                                                                                               ☒  Other    Trade
                        Quintana
Cancún                  Roo          77524
City                    State        ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

**3.2977** Organizacion Rg Hermanos S.A. de C.V.        4/9/2025        $        183.84        ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Av. Bonampak 63, Super Manzana 64                                                               ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

                                                                                                ☑ Other        Trade
              Quintana
Cancún        Roo        77524
City           State      ZIP Code

Mexico
Country

**3.2978** Ortiz Ortiz, Alan Eduardo                    2/14/2025        $        4,900.00      ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                  ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

                                                                                                ☑ Other        Trade


City           State      ZIP Code


Country

**3.2979** Ortiz Ortiz, Alan Eduardo                    3/14/2025        $        4,900.00      ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                  ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

                                                                                                ☑ Other        Trade


City           State      ZIP Code


Country

**3.2980** Ortiz Ortiz, Alan Eduardo                    4/8/2025        $        4,900.00       ☐ Secured debt
Creditor's Name
                                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                  ☐ Suppliers or vendors
Street
                                                                                                ☐ Services

                                                                                                ☑ Other        Trade


City           State      ZIP Code


Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.2981  Peluches Marinos S.A. de C.V.
Creditor's Name

Av. Chac Mool No. 156
Street

Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

1/21/2025    $    486.15

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2982  Peluches Marinos S.A. de C.V.
Creditor's Name

Av. Chac Mool No. 156
Street

Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

1/21/2025    $    601.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2983  Peluches Marinos S.A. de C.V.
Creditor's Name

Av. Chac Mool No. 156
Street

Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

1/21/2025    $    865.33

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.2984  Peluches Marinos S.A. de C.V.
Creditor's Name

Av. Chac Mool No. 156
Street

Quintana
Cancún    Roo    77516
City    State    ZIP Code

Mexico
Country

1/21/2025    $    877.31

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

3.2985  Peluches Marinos S.A. de C.V.
_____
Creditor's Name

Av. Chac Mool No. 156
_____
Street

_____
            Quintana
Cancún      Roo        77516
_____  _____  _____
City        State       ZIP Code

Mexico
_____
Country

1/21/2025        $           924.22

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other     Trade

3.2986  Peluches Marinos S.A. de C.V.
_____
Creditor's Name

Av. Chac Mool No. 156
_____
Street

_____
            Quintana
Cancún      Roo        77516
_____  _____  _____
City        State       ZIP Code

Mexico
_____
Country

1/21/2025        $         1,144.67

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other     Trade

3.2987  Peluches Marinos S.A. de C.V.
_____
Creditor's Name

Av. Chac Mool No. 156
_____
Street

_____
            Quintana
Cancún      Roo        77516
_____  _____  _____
City        State       ZIP Code

Mexico
_____
Country

1/27/2025        $           772.08

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other     Trade

3.2988  Peluches Marinos S.A. de C.V.
_____
Creditor's Name

Av. Chac Mool No. 156
_____
Street

_____
            Quintana
Cancún      Roo        77516
_____  _____  _____
City        State       ZIP Code

Mexico
_____
Country

1/27/2025        $           865.16

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

_____
Name

3.2989  Peluches Marinos S.A. de C.V.          1/27/2025       $          3,262.76      ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name
                                                                                        ☐ Suppliers or vendors
Av. Chac Mool No. 156
_____                                                                ☐ Services
Street
                                                                                        ☒ Other    Trade
           Quintana
Cancún     Roo       77516
_____
City       State     ZIP Code

Mexico
_____
Country

3.2990  Peluches Marinos S.A. de C.V.          3/7/2025        $            50.11       ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name
                                                                                        ☐ Suppliers or vendors
Av. Chac Mool No. 156
_____                                                                ☐ Services
Street
                                                                                        ☒ Other    Trade
           Quintana
Cancún     Roo       77516
_____
City       State     ZIP Code

Mexico
_____
Country

3.2991  Peluches Marinos S.A. de C.V.          3/7/2025        $            250.66      ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name
                                                                                        ☐ Suppliers or vendors
Av. Chac Mool No. 156
_____                                                                ☐ Services
Street
                                                                                        ☒ Other    Trade
           Quintana
Cancún     Roo       77516
_____
City       State     ZIP Code

Mexico
_____
Country

3.2992  Peluches Marinos S.A. de C.V.          3/7/2025        $          1,114.26      ☐ Secured debt
_____                                                                ☐ Unsecured loan repayments
Creditor's Name
                                                                                        ☐ Suppliers or vendors
Av. Chac Mool No. 156
_____                                                                ☐ Services
Street
                                                                                        ☒ Other    Trade
           Quintana
Cancún     Roo       77516
_____
City       State     ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.
Case number *(if known):* 25-10715

Name

3.2993 Peluches Marinos S.A. de C.V.          3/14/2025      $          591.42      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                  ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                      ☒ Other   Trade
          Quintana
Cancún    Roo       77516
City      State     ZIP Code

Mexico
Country

3.2994 Peluches Marinos S.A. de C.V.          3/21/2025      $          582.07      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                  ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                      ☒ Other   Trade
          Quintana
Cancún    Roo       77516
City      State     ZIP Code

Mexico
Country

3.2995 Peluches Marinos S.A. de C.V.          3/31/2025      $          240.72      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                  ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                      ☒ Other   Trade
          Quintana
Cancún    Roo       77516
City      State     ZIP Code

Mexico
Country

3.2996 Peluches Marinos S.A. de C.V.          4/4/2025       $          989.02      ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                  ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                      ☒ Other   Trade
          Quintana
Cancún    Roo       77516
City      State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

---

**3.2997** Peluches Marinos S.A. de C.V.                    4/10/2025        $                472.60        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                         ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                          Quintana                                                            ☑ Other    Trade
Cancún                    Roo            77516
City                      State          ZIP Code

Mexico
Country

---

**3.2998** Peluches Marinos S.A. de C.V.                    4/10/2025        $                555.04        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                         ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                          Quintana                                                            ☑ Other    Trade
Cancún                    Roo            77516
City                      State          ZIP Code

Mexico
Country

---

**3.2999** Peluches Marinos S.A. de C.V.                    4/10/2025        $              2,450.00        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                         ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                          Quintana                                                            ☑ Other    Trade
Cancún                    Roo            77516
City                      State          ZIP Code

Mexico
Country

---

**3.3000** Peluches Marinos S.A. de C.V.                    4/10/2025        $              2,647.69        ☐ Secured debt
Creditor's Name
                                                                                              ☐ Unsecured loan repayments

Av. Chac Mool No. 156                                                                         ☐ Suppliers or vendors
Street
                                                                                              ☐ Services

                          Quintana                                                            ☑ Other    Trade
Cancún                    Roo            77516
City                      State          ZIP Code

Mexico
Country

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

3.3001  Peluches Marinos S.A. de C.V.                4/10/2025        $           2,647.69    ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Av. Chac Mool No. 156                                                                ☐  Suppliers or vendors
        Street                                                                               ☐  Services
                                                                                             ☒  Other    Trade
                          Quintana
        Cancún            Roo         77516
        City              State       ZIP Code

        Mexico
        Country

3.3002  Perez Valencia Cesar Benjamin                1/22/2025        $            486.53    ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                       ☐  Suppliers or vendors
        Street                                                                               ☐  Services
                                                                                             ☒  Other    Trade


        City              State       ZIP Code

        Country

3.3003  Perez Valencia Cesar Benjamin                1/27/2025        $            490.00    ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                       ☐  Suppliers or vendors
        Street                                                                               ☐  Services
                                                                                             ☒  Other    Trade


        City              State       ZIP Code

        Country

3.3004  Perez Valencia Cesar Benjamin                2/26/2025        $            747.25    ☐  Secured debt
        Creditor's Name                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                       ☐  Suppliers or vendors
        Street                                                                               ☐  Services
                                                                                             ☒  Other    Trade


        City              State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3005  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

2/27/2025        $            1,494.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.3006  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

3/10/2025        $            747.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.3007  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

4/3/2025        $            1,494.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.3008  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

4/4/2025        $            747.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.3009  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

4/9/2025          $          323.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.3010  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

4/9/2025          $          747.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.3011  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

4/9/2025          $          1,494.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.3012  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/10/2025          $          323.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3013  Perez Valencia Cesar Benjamin

Creditor's Name

Address Available Upon Request

Street

City            State            ZIP Code

Country

3/10/2025    $        323.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3014  Poot Novelo, Jesus Enrique

Creditor's Name

Address Available Upon Request

Street

City            State            ZIP Code

Country

1/17/2025    $        392.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3015  Poot Novelo, Jesus Enrique

Creditor's Name

Address Available Upon Request

Street

City            State            ZIP Code

Country

1/21/2025    $        490.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3016  Poot Novelo, Jesus Enrique

Creditor's Name

Address Available Upon Request

Street

City            State            ZIP Code

Country

1/21/2025    $        695.57

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:     25-10715

Name

3.3017  Poot Novelo, Jesus Enrique                    1/28/2025       $          245.00        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                             ☑  Other      Trade

City              State          ZIP Code

Country

3.3018  Poot Novelo, Jesus Enrique                    1/28/2025       $          303.34        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                             ☑  Other      Trade

City              State          ZIP Code

Country

3.3019  Poot Novelo, Jesus Enrique                    1/28/2025       $          769.83        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                             ☑  Other      Trade

City              State          ZIP Code

Country

3.3020  Poot Novelo, Jesus Enrique                    2/4/2025        $          252.84        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Address Available Upon Request                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                             ☑  Other      Trade

City              State          ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                           Case number *(if known)*:    25-10715

Name

3.3021  Poot Novelo, Jesus Enrique                    2/4/2025       $           392.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                              ☒ Other      Trade

City                State       ZIP Code

Country

3.3022  Poot Novelo, Jesus Enrique                    2/4/2025       $         1,073.44        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                              ☒ Other      Trade

City                State       ZIP Code

Country

3.3023  Poot Novelo, Jesus Enrique                    2/7/2025       $           490.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                              ☒ Other      Trade

City                State       ZIP Code

Country

3.3024  Poot Novelo, Jesus Enrique                    2/11/2025      $           735.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Address Available Upon Request                                                                 ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                              ☒ Other      Trade

City                State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

**3.3025** Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/11/2025     $          875.02

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

**3.3026** Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/18/2025     $          997.94

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

**3.3027** Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/19/2025     $          490.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

**3.3028** Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

City          State          ZIP Code

Country

2/25/2025     $          759.48

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.3029 Poot Novelo, Jesus Enrique | 3/4/2025 | $ | 738.62 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3030 Poot Novelo, Jesus Enrique | 3/6/2025 | $ | 396.90 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3031 Poot Novelo, Jesus Enrique | 3/6/2025 | $ | 490.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3032 Poot Novelo, Jesus Enrique | 3/11/2025 | $ | 618.08 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 760

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known):*    25-10715

Name

3.3033  Poot Novelo, Jesus Enrique          3/13/2025      $          490.00      ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

Address Available Upon Request                                                   ☐  Suppliers or vendors
Street                                                                           ☐  Services
                                                                                 ☒  Other    Trade

City                State        ZIP Code

Country

3.3034  Poot Novelo, Jesus Enrique          3/19/2025      $          588.00      ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

Address Available Upon Request                                                   ☐  Suppliers or vendors
Street                                                                           ☐  Services
                                                                                 ☒  Other    Trade

City                State        ZIP Code

Country

3.3035  Poot Novelo, Jesus Enrique          3/19/2025      $        1,015.89      ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

Address Available Upon Request                                                   ☐  Suppliers or vendors
Street                                                                           ☐  Services
                                                                                 ☒  Other    Trade

City                State        ZIP Code

Country

3.3036  Poot Novelo, Jesus Enrique          3/25/2025      $          982.25      ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

Address Available Upon Request                                                   ☐  Suppliers or vendors
Street                                                                           ☐  Services
                                                                                 ☒  Other    Trade

City                State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3037 Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

_____

City                State              ZIP Code

Country

4/1/2025      $          625.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3038 Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

_____

City                State              ZIP Code

Country

4/3/2025      $          392.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3039 Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

_____

City                State              ZIP Code

Country

4/3/2025      $          735.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3040 Poot Novelo, Jesus Enrique
Creditor's Name

Address Available Upon Request
Street

_____

City                State              ZIP Code

Country

4/8/2025      $        1,108.46

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.3041 Poot Novelo, Jesus Enrique    4/15/2025    $    665.43    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
    ☑ Other    Trade

City    State    ZIP Code

Country

3.3042 Poot Novelo, Jesus Enrique    4/16/2025    $    735.00    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
    ☑ Other    Trade

City    State    ZIP Code

Country

3.3043 Poot Novelo, Jesus Enrique    4/15/2025    $    735.00    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
    ☑ Other    Trade

City    State    ZIP Code

Country

3.3044 Poot Novelo, Jesus Enrique    4/15/2025    $    735.00    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

Address Available Upon Request    ☐ Suppliers or vendors
Street    ☐ Services
    ☑ Other    Trade

City    State    ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 3.3045 | Promociones E Inversiones Almendro S.A. de C.V. | 3/7/2025 | $ 307.59 |
| | Creditor's Name | | |
| | Av. Tulum 163 | | |
| | Street | | |
| | Cancún    Quintana Roo    77500 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3046 | Promociones E Inversiones Almendro S.A. de C.V. | 3/7/2025 | $ 46,182.15 |
| | Creditor's Name | | |
| | Av. Tulum 163 | | |
| | Street | | |
| | Cancún    Quintana Roo    77500 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3047 | Promociones Turisticas Mahahual S.A. de C.V. | 1/20/2025 | $ 14,180.00 |
| | Creditor's Name | | |
| | Av. Paseo del Puerto No. 22 | | |
| | Street | | |
| | Mahahual    Quintana Roo    77976 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3048 | Promociones Turisticas Mahahual S.A. de C.V. | 1/27/2025 | $ 138.24 |
| | Creditor's Name | | |
| | Av. Paseo del Puerto No. 22 | | |
| | Street | | |
| | Mahahual    Quintana Roo    77976 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

3.3049  Promociones Turisticas Mahahual S.A. de C.V.    1/27/2025    $    811.79    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade
                        Quintana
Mahahual                Roo         77976
City                    State       ZIP Code
Mexico
Country

3.3050  Promociones Turisticas Mahahual S.A. de C.V.    1/27/2025    $    1,092.40    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade
                        Quintana
Mahahual                Roo         77976
City                    State       ZIP Code
Mexico
Country

3.3051  Promociones Turisticas Mahahual S.A. de C.V.    1/27/2025    $    1,728.00    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade
                        Quintana
Mahahual                Roo         77976
City                    State       ZIP Code
Mexico
Country

3.3052  Promociones Turisticas Mahahual S.A. de C.V.    2/11/2025    $    138.24    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22                                                              ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade
                        Quintana
Mahahual                Roo         77976
City                    State       ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3053 | Promociones Turisticas Mahahual S.A. de C.V. | 2/11/2025 | $ | 1,728.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mahahual / Quintana Roo / 77976
City / State / ZIP Code

Mexico
Country

| 3.3054 | Promociones Turisticas Mahahual S.A. de C.V. | 2/11/2025 | $ | 14,328.37 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mahahual / Quintana Roo / 77976
City / State / ZIP Code

Mexico
Country

| 3.3055 | Promociones Turisticas Mahahual S.A. de C.V. | 3/21/2025 | $ | 138.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mahahual / Quintana Roo / 77976
City / State / ZIP Code

Mexico
Country

| 3.3056 | Promociones Turisticas Mahahual S.A. de C.V. | 3/21/2025 | $ | 13,006.87 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto No. 22
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mahahual / Quintana Roo / 77976
City / State / ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:    25-10715

Name

3.3057  Promociones Turisticas Mahahual S.A. de C.V.        4/2/2025        $            6.77        ☐ Secured debt
        Creditor's Name
                                                                                                    ☐ Unsecured loan repayments

        Av. Paseo del Puerto No. 22                                                                 ☐ Suppliers or vendors
        Street
                                                                                                    ☐ Services

                    Quintana                                                                        ☒ Other    Trade
        Mahahual    Roo         77976
        City        State       ZIP Code

        Mexico
        Country

3.3058  Promociones Turisticas Mahahual S.A. de C.V.        4/2/2025        $           46.79       ☐ Secured debt
        Creditor's Name
                                                                                                    ☐ Unsecured loan repayments

        Av. Paseo del Puerto No. 22                                                                 ☐ Suppliers or vendors
        Street
                                                                                                    ☐ Services

                    Quintana                                                                        ☒ Other    Trade
        Mahahual    Roo         77976
        City        State       ZIP Code

        Mexico
        Country

3.3059  Promociones Turisticas Mahahual S.A. de C.V.        4/2/2025        $           84.67       ☐ Secured debt
        Creditor's Name
                                                                                                    ☐ Unsecured loan repayments

        Av. Paseo del Puerto No. 22                                                                 ☐ Suppliers or vendors
        Street
                                                                                                    ☐ Services

                    Quintana                                                                        ☒ Other    Trade
        Mahahual    Roo         77976
        City        State       ZIP Code

        Mexico
        Country

3.3060  Promociones Turisticas Mahahual S.A. de C.V.        4/2/2025        $          709.60       ☐ Secured debt
        Creditor's Name
                                                                                                    ☐ Unsecured loan repayments

        Av. Paseo del Puerto No. 22                                                                 ☐ Suppliers or vendors
        Street
                                                                                                    ☐ Services

                    Quintana                                                                        ☒ Other    Trade
        Mahahual    Roo         77976
        City        State       ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3061 | Promociones Turisticas Mahahual S.A. de C.V. | 3/21/2025 | $ | 1,728.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Paseo del Puerto No. 22 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |

Mahahual / Quintana Roo / 77976
City / State / ZIP Code

Mexico
Country

| 3.3062 | Promociones Turisticas Mahahual S.A. de C.V. | 3/21/2025 | $ | 1,728.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Paseo del Puerto No. 22 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |

Mahahual / Quintana Roo / 77976
City / State / ZIP Code

Mexico
Country

| 3.3063 | Radiomovil Dipsa S.A. de C.V. | 2/12/2025 | $ | 3,245.09 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Lago Zurich 245 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |

Col. Ampliación Granada / CDMX / 11529
City / State / ZIP Code

Mexico
Country

| 3.3064 | Radiomovil Dipsa S.A. de C.V. | 2/21/2025 | $ | 77.37 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Lago Zurich 245 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |

Col. Ampliación Granada / CDMX / 11529
City / State / ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                Case number *(if known):*    25-10715

Name

3.3065  Radiomovil Dipsa S.A. de C.V.              2/24/2025       $           125.20       ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Lago Zurich 245                                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services

Col. Ampliación                                                                               ☑  Other    Trade
Granada          CDMX        11529
City             State       ZIP Code

Mexico
Country

3.3066  Radiomovil Dipsa S.A. de C.V.              2/25/2025       $            45.03       ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Lago Zurich 245                                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services

Col. Ampliación                                                                               ☑  Other    Trade
Granada          CDMX        11529
City             State       ZIP Code

Mexico
Country

3.3067  Radiomovil Dipsa S.A. de C.V.              2/28/2025       $           118.53       ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Lago Zurich 245                                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services

Col. Ampliación                                                                               ☑  Other    Trade
Granada          CDMX        11529
City             State       ZIP Code

Mexico
Country

3.3068  Radiomovil Dipsa S.A. de C.V.              3/11/2025       $         3,254.27       ☐  Secured debt
Creditor's Name                                                                               ☐  Unsecured loan repayments

Lago Zurich 245                                                                               ☐  Suppliers or vendors
Street                                                                                        ☐  Services

Col. Ampliación                                                                               ☑  Other    Trade
Granada          CDMX        11529
City             State       ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3069  Radiomovil Dipsa S.A. de C.V.              3/28/2025      $          135.00      ☐  Secured debt
Creditor's Name
                                                                                         ☐  Unsecured loan repayments

Lago Zurich 245                                                                          ☐  Suppliers or vendors
Street
                                                                                         ☐  Services

Col. Ampliación
Granada              CDMX        11529                                                   ☑  Other     Trade
City                 State       ZIP Code

Mexico
Country

3.3070  Radiomovil Dipsa S.A. de C.V.              4/14/2025      $         3,841.77     ☐  Secured debt
Creditor's Name
                                                                                         ☐  Unsecured loan repayments

Lago Zurich 245                                                                          ☐  Suppliers or vendors
Street
                                                                                         ☐  Services

Col. Ampliación
Granada              CDMX        11529                                                   ☑  Other     Trade
City                 State       ZIP Code

Mexico
Country

3.3071  Regiosur OH S.A. de C.V.                   1/24/2025      $         4,900.00     ☐  Secured debt
Creditor's Name
                                                                                         ☐  Unsecured loan repayments

Calle La Luna 25                                                                         ☐  Suppliers or vendors
Street
                                                                                         ☐  Services

                     Quintana
Cancún               Roo         77505                                                   ☑  Other     Trade
City                 State       ZIP Code

Mexico
Country

3.3072  Regiosur OH S.A. de C.V.                   1/27/2025      $         3,675.00     ☐  Secured debt
Creditor's Name
                                                                                         ☐  Unsecured loan repayments

Calle La Luna 25                                                                         ☐  Suppliers or vendors
Street
                                                                                         ☐  Services

                     Quintana
Cancún               Roo         77505                                                   ☑  Other     Trade
City                 State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| 3.3073 | Regiosur OH S.A. de C.V. | 2/5/2025 | $ 4,900.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

Calle La Luna 25
Street

| | Quintana Roo | |
|---|---|---|
| Cancún | Roo | 77505 |

City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3074  Regiosur OH S.A. de C.V.        3/3/2025        $ 42.06
Creditor's Name

Calle La Luna 25
Street

Quintana Roo
Cancún        Roo        77505
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3075  Regiosur OH S.A. de C.V.        4/4/2025        $ 212.87
Creditor's Name

Calle La Luna 25
Street

Quintana Roo
Cancún        Roo        77505
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3076  Rendon Uco Santiago Ignacio        1/24/2025        $ 980.00
Creditor's Name

Address Available Upon Request
Street

City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.3077 | Rendon Uco Santiago Ignacio | 1/29/2025 | $ | 1,044.09 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

City          State          ZIP Code

Country

| 3.3078 | Rendon Uco Santiago Ignacio | 2/19/2025 | $ | 1,391.44 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

City          State          ZIP Code

Country

| 3.3079 | Rendon Uco Santiago Ignacio | 3/6/2025 | $ | 1,225.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

City          State          ZIP Code

Country

| 3.3080 | Rendon Uco Santiago Ignacio | 3/13/2025 | $ | 1,225.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

City          State          ZIP Code

Country

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     Page 772

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:   25-10715

Name

3.3081  Rendon Uco Santiago Ignacio            3/21/2025     $            927.63          ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other        Trade

        City            State       ZIP Code

        Country

3.3082  Rendon Uco Santiago Ignacio            3/27/2025     $            557.33          ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other        Trade

        City            State       ZIP Code

        Country

3.3083  Rendon Uco Santiago Ignacio            3/27/2025     $            667.67          ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other        Trade

        City            State       ZIP Code

        Country

3.3084  Rendon Uco Santiago Ignacio            3/28/2025     $          2,512.33          ☐  Secured debt
        Creditor's Name
                                                                                         ☐  Unsecured loan repayments

        Address Available Upon Request                                                   ☐  Suppliers or vendors
        Street
                                                                                         ☐  Services

                                                                                         ☒  Other        Trade

        City            State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3085 | Rendon Uco Santiago Ignacio | 4/3/2025 | $ 306.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |
| 3.3086 | Rendon Uco Santiago Ignacio | 4/3/2025 | $ 918.46 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |
| 3.3087 | Rendon Uco Santiago Ignacio | 4/10/2025 | $ 1,225.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |
| 3.3088 | Rendon Uco Santiago Ignacio | 4/15/2025 | $ 1,225.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715

Name

3.3089  Rodriguez Rico                    4/4/2025        $        1,023.12        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Calle 19 No. 67, Col. Centro                                                     ☐ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☑ Other    Trade

Mérida          Yucatán      97000
City            State        ZIP Code

México
Country

3.3090  Rodriguez Rico                    4/15/2025       $        4,433.52        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Calle 19 No. 67, Col. Centro                                                     ☐ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☑ Other    Trade

Mérida          Yucatán      97000
City            State        ZIP Code

México
Country

3.3091  Rodriguez Rico                    4/4/2025        $        1,023.12        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Calle 19 No. 67, Col. Centro                                                     ☐ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☑ Other    Trade

Mérida          Yucatán      97000
City            State        ZIP Code

México
Country

3.3092  Rodriguez Rico                    4/15/2025       $        4,433.52        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

Calle 19 No. 67, Col. Centro                                                     ☐ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☑ Other    Trade

Mérida          Yucatán      97000
City            State        ZIP Code

México
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3093  Salgado Velazquez Dulce Maria              1/21/2025      $           124.95      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                                                                                            ☒  Other    Trade

City              State          ZIP Code

Country

3.3094  Salgado Velazquez Dulce Maria              1/21/2025      $           416.50      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                                                                                            ☒  Other    Trade

City              State          ZIP Code

Country

3.3095  Salgado Velazquez Dulce Maria              1/31/2025      $           416.50      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                                                                                            ☒  Other    Trade

City              State          ZIP Code

Country

3.3096  Salgado Velazquez Dulce Maria              2/4/2025       $           124.95      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Address Available Upon Request                                                             ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                                                                                            ☒  Other    Trade

City              State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3097 Salgado Velazquez Dulce Maria
Creditor's Name

2/7/2025

$ 416.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.3098 Salgado Velazquez Dulce Maria
Creditor's Name

2/12/2025

$ 416.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.3099 Salgado Velazquez Dulce Maria
Creditor's Name

2/18/2025

$ 124.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

3.3100 Salgado Velazquez Dulce Maria
Creditor's Name

2/20/2025

$ 416.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Address Available Upon Request
Street

City          State          ZIP Code

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number (if known):  25-10715
_____                                          _____
Name

3.3101  Salgado Velazquez Dulce Maria          2/25/2025      $         416.50        ☐  Secured debt
Creditor's Name
                                                                                      ☐  Unsecured loan repayments

Address Available Upon Request                                                        ☐  Suppliers or vendors
Street
                                                                                      ☐  Services

                                                                                      ☑  Other    Trade

City            State       ZIP Code

Country


3.3102  Salgado Velazquez Dulce Maria          2/28/2025      $         416.50        ☐  Secured debt
Creditor's Name
                                                                                      ☐  Unsecured loan repayments

Address Available Upon Request                                                        ☐  Suppliers or vendors
Street
                                                                                      ☐  Services

                                                                                      ☑  Other    Trade

City            State       ZIP Code

Country


3.3103  Salgado Velazquez Dulce Maria          3/4/2025       $         416.50        ☐  Secured debt
Creditor's Name
                                                                                      ☐  Unsecured loan repayments

Address Available Upon Request                                                        ☐  Suppliers or vendors
Street
                                                                                      ☐  Services

                                                                                      ☑  Other    Trade

City            State       ZIP Code

Country


3.3104  Salgado Velazquez Dulce Maria          3/5/2025       $         124.95        ☐  Secured debt
Creditor's Name
                                                                                      ☐  Unsecured loan repayments

Address Available Upon Request                                                        ☐  Suppliers or vendors
Street
                                                                                      ☐  Services

                                                                                      ☑  Other    Trade

City            State       ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

3.3105  Salgado Velazquez Dulce Maria          3/6/2025     $              416.50        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other     Trade

City              State         ZIP Code

Country

3.3106  Salgado Velazquez Dulce Maria          3/11/2025    $              416.50        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other     Trade

City              State         ZIP Code

Country

3.3107  Salgado Velazquez Dulce Maria          3/13/2025    $              416.50        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other     Trade

City              State         ZIP Code

Country

3.3108  Salgado Velazquez Dulce Maria          3/18/2025    $              416.50        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Address Available Upon Request                                                           ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☑ Other     Trade

City              State         ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

3.3109 Salgado Velazquez Dulce Maria
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/19/2025    $    124.95

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.3110 Salgado Velazquez Dulce Maria
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/21/2025    $    416.50

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.3111 Salgado Velazquez Dulce Maria
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/25/2025    $    416.50

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.3112 Salgado Velazquez Dulce Maria
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/28/2025    $    416.50

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known):*    25-10715

Name

3.3113  Salgado Velazquez Dulce Maria          4/3/2025       $          166.60       ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Address Available Upon Request                                               ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☒ Other    Trade

        City            State       ZIP Code

        Country

3.3114  Salgado Velazquez Dulce Maria          4/4/2025       $          416.50       ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Address Available Upon Request                                               ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☒ Other    Trade

        City            State       ZIP Code

        Country

3.3115  Salgado Velazquez Dulce Maria          4/10/2025      $          416.50       ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Address Available Upon Request                                               ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☒ Other    Trade

        City            State       ZIP Code

        Country

3.3116  Salgado Velazquez Dulce Maria          4/11/2025      $          416.50       ☐ Secured debt
        Creditor's Name                                                              ☐ Unsecured loan repayments

        Address Available Upon Request                                               ☐ Suppliers or vendors
        Street                                                                       ☐ Services
                                                                                     ☒ Other    Trade

        City            State       ZIP Code

        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.3117** Salgado Velazquez Dulce Maria
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

4/14/2025          $          416.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

**3.3118** Salgado Velazquez Dulce Maria
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

4/16/2025          $          124.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

**3.3119** Salgado Velazquez Dulce Maria
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

4/16/2025          $          416.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

**3.3120** Santamarina Y Steta Sc
Creditor's Name

Av. Paseo de la Reforma 412 Piso 23
Street

Cuauhtémoc          CDMX          06600
City          State          ZIP Code

Mexico
Country

4/9/2025          $          28,420.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other          Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.3121 Santiago Castillo, Eyra Flor | 1/21/2025 | $ 231.93 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other   Trade |

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3122 Santiago Castillo, Eyra Flor | 1/21/2025 | $ 811.29 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other   Trade |

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3123 Santiago Castillo, Eyra Flor | 1/28/2025 | $ 497.73 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other   Trade |

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3124 Santiago Castillo, Eyra Flor | 2/4/2025 | $ 79.23 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☒ Other   Trade |

City        State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:     25-10715

Name

3.3125  Santiago Castillo, Eyra Flor                2/4/2025        $            785.03          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other      Trade

City              State        ZIP Code

Country

3.3126  Santiago Castillo, Eyra Flor                2/4/2025        $            864.10          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other      Trade

City              State        ZIP Code

Country

3.3127  Santiago Castillo, Eyra Flor                2/11/2025       $            345.11          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other      Trade

City              State        ZIP Code

Country

3.3128  Santiago Castillo, Eyra Flor                2/18/2025       $            353.33          ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Address Available Upon Request                                                                 ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☒  Other      Trade

City              State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| 3.3129 | Santiago Castillo, Eyra Flor | 2/18/2025 | $ | 353.56 | ☐ | Secured debt |
|--------|------------------------------|-----------|---|--------|---|--------------|

Creditor's Name

Address Available Upon Request
Street
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

3.3130  Santiago Castillo, Eyra Flor    2/18/2025    $    461.29
Creditor's Name
☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

3.3131  Santiago Castillo, Eyra Flor    2/25/2025    $    401.25
Creditor's Name
☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

3.3132  Santiago Castillo, Eyra Flor    3/4/2025    $    550.68
Creditor's Name
☐ Secured debt
☐ Unsecured loan repayments

Address Available Upon Request
Street
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

City    State    ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 3.3133 Santiago Castillo, Eyra Flor | 3/11/2025 | $ 155.32 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☑ Other  Trade |
| City      State      ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3134 Santiago Castillo, Eyra Flor | 3/11/2025 | $ 405.26 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☑ Other  Trade |
| City      State      ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3135 Santiago Castillo, Eyra Flor | 3/19/2025 | $ 467.23 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☑ Other  Trade |
| City      State      ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3136 Santiago Castillo, Eyra Flor | 3/25/2025 | $ 362.09 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| Address Available Upon Request | | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☑ Other  Trade |
| City      State      ZIP Code | | | |
| Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3137  Santiago Castillo, Eyra Flor          4/1/2025        $        341.81          ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Address Available Upon Request                                                         ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other      Trade

City            State        ZIP Code

Country

3.3138  Santiago Castillo, Eyra Flor          4/1/2025        $        398.33          ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Address Available Upon Request                                                         ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other      Trade

City            State        ZIP Code

Country

3.3139  Santiago Castillo, Eyra Flor          4/1/2025        $        412.82          ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Address Available Upon Request                                                         ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other      Trade

City            State        ZIP Code

Country

3.3140  Santiago Castillo, Eyra Flor          4/8/2025        $        456.36          ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Address Available Upon Request                                                         ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other      Trade

City            State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.3141  Santiago Castillo, Eyra Flor                      4/15/2025        $            440.02        ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Address Available Upon Request                                                                ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        City              State       ZIP Code

        Country

3.3142  Secretaria de Marina                              1/28/2025        $            789.34        ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                         ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        Coyoacán          CDMX        04360
        City              State       ZIP Code

        Mexico
        Country

3.3143  Secretaria de Marina                              1/28/2025        $          1,187.07        ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                         ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        Coyoacán          CDMX        04360
        City              State       ZIP Code

        Mexico
        Country

3.3144  Secretaria de Marina                              1/28/2025        $          1,483.82        ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                         ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                                                                                                      ☑  Other      Trade

        Coyoacán          CDMX        04360
        City              State       ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3145 | Secretaria de Marina | 1/28/2025 | $ | 3,833.91 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Coyoacán | CDMX | 04360 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.3146 | Secretaria de Marina | 1/29/2025 | $ | 39.30 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Coyoacán | CDMX | 04360 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.3147 | Secretaria de Marina | 1/29/2025 | $ | 295.96 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Coyoacán | CDMX | 04360 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.3148 | Secretaria de Marina | 2/4/2025 | $ | 29.99 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Coyoacán | CDMX | 04360 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):*    25-10715
_____

3.3149 Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

_____

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/4/2025      $        296.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3150 Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

_____

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/17/2025      $        134.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3151 Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

_____

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/18/2025      $        134.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3152 Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

_____

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/26/2025      $        52.38

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | | | | |
|---|---|---|---|---|
| 3.3153 | Secretaria de Marina | 2/26/2025 | $ 356.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Coyoacán   CDMX   04360 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3154 | Secretaria de Marina | 2/27/2025 | $ 296.74 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Coyoacán   CDMX   04360 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3155 | Secretaria de Marina | 3/3/2025 | $ 39.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Coyoacán   CDMX   04360 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3156 | Secretaria de Marina | 3/3/2025 | $ 134.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Coyoacán   CDMX   04360 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known):*   25-10715

Name

**3.3157** Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City               State          ZIP Code

Mexico
Country

3/3/2025          $          236.77

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

**3.3158** Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City               State          ZIP Code

Mexico
Country

3/3/2025          $          269.75

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

**3.3159** Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City               State          ZIP Code

Mexico
Country

3/3/2025          $          287.73

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

**3.3160** Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City               State          ZIP Code

Mexico
Country

3/3/2025          $          291.16

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:   25-10715

Name

| 3.3161 | Secretaria de Marina | 3/18/2025 | $ | 39.30 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Coyoacán  CDMX  04360 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3162 | Secretaria de Marina | 3/18/2025 | $ | 97.07 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Coyoacán  CDMX  04360 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3163 | Secretaria de Marina | 3/18/2025 | $ | 118.38 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Coyoacán  CDMX  04360 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3164 | Secretaria de Marina | 3/24/2025 | $ | 39.30 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other  Trade |
| | Coyoacán  CDMX  04360 | | | | |
| | City  State  ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*    25-10715

Name

3.3165  Secretaria de Marina                              3/24/2025        $                194.09          ☐  Secured debt
        Creditor's Name                                                                                      ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                                ☐  Suppliers or vendors
        Street                                                                                               ☐  Services

                                                                                                             ☑  Other    Trade

        Coyoacán            CDMX        04360
        City                State       ZIP Code
        Mexico
        Country

3.3166  Secretaria de Marina                              3/24/2025        $                236.77          ☐  Secured debt
        Creditor's Name                                                                                      ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                                ☐  Suppliers or vendors
        Street                                                                                               ☐  Services

                                                                                                             ☑  Other    Trade

        Coyoacán            CDMX        04360
        City                State       ZIP Code
        Mexico
        Country

3.3167  Secretaria de Marina                              4/1/2025         $                177.58          ☐  Secured debt
        Creditor's Name                                                                                      ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                                ☐  Suppliers or vendors
        Street                                                                                               ☐  Services

                                                                                                             ☑  Other    Trade

        Coyoacán            CDMX        04360
        City                State       ZIP Code
        Mexico
        Country

3.3168  Secretaria de Marina                              4/1/2025         $                291.16          ☐  Secured debt
        Creditor's Name                                                                                      ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                                ☐  Suppliers or vendors
        Street                                                                                               ☐  Services

                                                                                                             ☑  Other    Trade

        Coyoacán            CDMX        04360
        City                State       ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:   25-10715

Name

3.3169  Secretaria de Marina                          1/28/2025      $         296.74       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                      ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Coyoacán          CDMX       04360
City              State      ZIP Code
Mexico
Country

3.3170  Secretaria de Marina                          2/14/2025      $          19.65       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                      ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Coyoacán          CDMX       04360
City              State      ZIP Code
Mexico
Country

3.3171  Secretaria de Marina                          2/14/2025      $          97.07       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                      ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Coyoacán          CDMX       04360
City              State      ZIP Code
Mexico
Country

3.3172  Secretaria de Marina                          2/24/2025      $          19.65       ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                      ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Coyoacán          CDMX       04360
City              State      ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.       Case number *(if known):*  25-10715
_____
Name

| 3.3173 | Secretaria de Marina | 1/20/2025 | $ | 19.65 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Coyoacán   CDMX   04360 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3174 | Secretaria de Marina | 2/11/2025 | $ | 59.19 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Coyoacán   CDMX   04360 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3175 | Secretaria de Marina | 2/26/2025 | $ | 187.43 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Coyoacán   CDMX   04360 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3176 | Secretaria de Marina | 2/26/2025 | $ | 187.43 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Coyoacán   CDMX   04360 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.3177  Secretaria de Marina                    1/20/2025      $            145.58        ☐  Secured debt
Creditor's Name

                                                                                          ☐  Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                     ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade

Coyoacán            CDMX         04360
City                State        ZIP Code

Mexico
Country

3.3178  Secretaria de Marina                    2/24/2025      $            118.38        ☐  Secured debt
Creditor's Name

                                                                                          ☐  Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                     ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade

Coyoacán            CDMX         04360
City                State        ZIP Code

Mexico
Country

3.3179  Secretaria de Marina                    2/24/2025      $            145.58        ☐  Secured debt
Creditor's Name

                                                                                          ☐  Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                     ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade

Coyoacán            CDMX         04360
City                State        ZIP Code

Mexico
Country

3.3180  Secretaria de Marina                    2/26/2025      $            296.74        ☐  Secured debt
Creditor's Name

                                                                                          ☐  Unsecured loan repayments

Av. Heroica Escuela Naval Militar S/N                                                     ☐  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☒  Other      Trade

Coyoacán            CDMX         04360
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known): 25-10715

Name

3.3181  Secretaria de Marina                    1/20/2025    $         118.38    ☐ Secured debt
        Creditor's Name                                                          ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                    ☐ Suppliers or vendors
        Street                                                                   ☐ Services

                                                                                 ☒ Other    Trade

        Coyoacán          CDMX      04360
        City              State     ZIP Code
        Mexico
        Country

3.3182  Secretaria de Marina                    1/28/2025    $         292.68    ☐ Secured debt
        Creditor's Name                                                          ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                    ☐ Suppliers or vendors
        Street                                                                   ☐ Services

                                                                                 ☒ Other    Trade

        Coyoacán          CDMX      04360
        City              State     ZIP Code
        Mexico
        Country

3.3183  Secretaria de Marina                    2/24/2025    $         118.38    ☐ Secured debt
        Creditor's Name                                                          ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                    ☐ Suppliers or vendors
        Street                                                                   ☐ Services

                                                                                 ☒ Other    Trade

        Coyoacán          CDMX      04360
        City              State     ZIP Code
        Mexico
        Country

3.3184  Secretaria de Marina                    1/20/2025    $         145.58    ☐ Secured debt
        Creditor's Name                                                          ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                    ☐ Suppliers or vendors
        Street                                                                   ☐ Services

                                                                                 ☒ Other    Trade

        Coyoacán          CDMX      04360
        City              State     ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715

Name

**3.3185** Secretaria de Marina      1/24/2025    $     34.25
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

| | | |
|---|---|---|
| Coyoacán | CDMX | 04360 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.3186** Secretaria de Marina      1/28/2025    $     292.68
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

| | | |
|---|---|---|
| Coyoacán | CDMX | 04360 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.3187** Secretaria de Marina      1/28/2025    $     292.68
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

| | | |
|---|---|---|
| Coyoacán | CDMX | 04360 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.3188** Secretaria de Marina      2/11/2025    $     29.60
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

| | | |
|---|---|---|
| Coyoacán | CDMX | 04360 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

Name

3.3189  Secretaria de Marina                              1/24/2025      $          34.25        ☐ Secured debt
        Creditor's Name                                                                         ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                   ☐ Suppliers or vendors
        Street                                                                                  ☐ Services
                                                                                                ☑ Other    Trade

        Coyoacán          CDMX        04360
        City              State       ZIP Code
        Mexico
        Country

3.3190  Secretaria de Marina                              1/28/2025      $         296.74       ☐ Secured debt
        Creditor's Name                                                                         ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                   ☐ Suppliers or vendors
        Street                                                                                  ☐ Services
                                                                                                ☑ Other    Trade

        Coyoacán          CDMX        04360
        City              State       ZIP Code
        Mexico
        Country

3.3191  Secretaria de Marina                              2/11/2025      $          59.19       ☐ Secured debt
        Creditor's Name                                                                         ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                   ☐ Suppliers or vendors
        Street                                                                                  ☐ Services
                                                                                                ☑ Other    Trade

        Coyoacán          CDMX        04360
        City              State       ZIP Code
        Mexico
        Country

3.3192  Secretaria de Marina                              3/3/2025       $          78.25       ☐ Secured debt
        Creditor's Name                                                                         ☐ Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                   ☐ Suppliers or vendors
        Street                                                                                  ☐ Services
                                                                                                ☑ Other    Trade

        Coyoacán          CDMX        04360
        City              State       ZIP Code
        Mexico
        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3193  Secretaria de Marina                          1/20/2025       $           118.38          ☐  Secured debt
        Creditor's Name                                                                          ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                    ☐  Suppliers or vendors
        Street                                                                                   ☐  Services

        _____                                                        ☒  Other    Trade

        Coyoacán         CDMX        04360
        City             State       ZIP Code
        Mexico
        Country

3.3194  Secretaria de Marina                          1/29/2025       $            97.07          ☐  Secured debt
        Creditor's Name                                                                          ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                    ☐  Suppliers or vendors
        Street                                                                                   ☐  Services

        _____                                                        ☒  Other    Trade

        Coyoacán         CDMX        04360
        City             State       ZIP Code
        Mexico
        Country

3.3195  Secretaria de Marina                          3/3/2025        $            78.25          ☐  Secured debt
        Creditor's Name                                                                          ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                    ☐  Suppliers or vendors
        Street                                                                                   ☐  Services

        _____                                                        ☒  Other    Trade

        Coyoacán         CDMX        04360
        City             State       ZIP Code
        Mexico
        Country

3.3196  Secretaria de Marina                          1/28/2025       $           296.74          ☐  Secured debt
        Creditor's Name                                                                          ☐  Unsecured loan repayments

        Av. Heroica Escuela Naval Militar S/N                                                    ☐  Suppliers or vendors
        Street                                                                                   ☐  Services

        _____                                                        ☒  Other    Trade

        Coyoacán         CDMX        04360
        City             State       ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):  25-10715

Name

| 3.3197 | Secretaria de Marina | 2/11/2025 | $ | 29.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Coyoacán    CDMX    04360 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3198 | Secretaria de Marina | 1/20/2025 | $ | 19.65 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Coyoacán    CDMX    04360 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3199 | Secretaria de Marina | 1/29/2025 | $ | 97.07 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Coyoacán    CDMX    04360 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3200 | Secretaria de Marina | 1/29/2025 | $ | 97.07 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Heroica Escuela Naval Militar S/N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Coyoacán    CDMX    04360 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3201  Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/24/2025          $          19.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3202  Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/26/2025          $          296.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3203  Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/14/2025          $          19.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3204  Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán          CDMX          04360
City                State          ZIP Code

Mexico
Country

2/14/2025          $          97.07

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3205 Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán        CDMX        04360
City        State        ZIP Code

Mexico
Country

2/24/2025        $        145.58

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3206 Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán        CDMX        04360
City        State        ZIP Code

Mexico
Country

4/1/2025        $        29.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3207 Secretaria de Marina
Creditor's Name

Av. Heroica Escuela Naval Militar S/N
Street

Coyoacán        CDMX        04360
City        State        ZIP Code

Mexico
Country

4/1/2025        $        29.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3208 Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo        CDMX        11320
City        State        ZIP Code

Mexico
Country

1/16/2025        $        1,176.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.3209**

Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

1/23/2025    $    1,479.07

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo    CDMX    11320
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.3210**

Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

2/12/2025    $    1,470.00

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo    CDMX    11320
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.3211**

Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

2/21/2025    $    10,535.00

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo    CDMX    11320
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.3212**

Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

3/3/2025    $    10,535.00

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo    CDMX    11320
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3213 | Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

3/4/2025   $   1,470.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo   CDMX   11320
City   State   ZIP Code

Mexico
Country

3.3214 | Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

3/11/2025   $   1,470.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo   CDMX   11320
City   State   ZIP Code

Mexico
Country

3.3215 | Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

3/13/2025   $   10,535.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo   CDMX   11320
City   State   ZIP Code

Mexico
Country

3.3216 | Secretaria de Medio Ambiente Y Recursos Naturales
Creditor's Name

3/24/2025   $   172.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo   CDMX   11320
City   State   ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.           Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3217 | Secretaria de Medio Ambiente Y Recursos Naturales | 4/7/2025 | $ | 611.52 |

Creditor's Name

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo     CDMX     11320
City     State     ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

| | | | | |
|---|---|---|---|---|
| 3.3218 | Secretaria de Medio Ambiente Y Recursos Naturales | 4/14/2025 | $ | 735.00 |

Creditor's Name

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo     CDMX     11320
City     State     ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

| | | | | |
|---|---|---|---|---|
| 3.3219 | Secretaria de Medio Ambiente Y Recursos Naturales | 4/15/2025 | $ | 27.69 |

Creditor's Name

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo     CDMX     11320
City     State     ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

---

| | | | | |
|---|---|---|---|---|
| 3.3220 | Secretaria de Medio Ambiente Y Recursos Naturales | 4/15/2025 | $ | 27.69 |

Creditor's Name

Ejército Nacional 223, Anáhuac I Secc
Street

Miguel Hidalgo     CDMX     11320
City     State     ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

3.3221 Seguros Atlas S.A. de C.V.                  1/16/2025      $            27,269.95      ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments
Av. Paseo de la Reforma 505                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
Cuauhtémoc          CDMX        06500
City                State       ZIP Code
Mexico
Country

3.3222 Seguros Atlas S.A. de C.V.                  1/22/2025      $            13,233.18      ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments
Av. Paseo de la Reforma 505                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
Cuauhtémoc          CDMX        06500
City                State       ZIP Code
Mexico
Country

3.3223 Seguros Atlas S.A. de C.V.                  2/7/2025       $            18,600.91      ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments
Av. Paseo de la Reforma 505                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
Cuauhtémoc          CDMX        06500
City                State       ZIP Code
Mexico
Country

3.3224 Seguros Atlas S.A. de C.V.                  2/10/2025      $              320.31       ☐  Secured debt
Creditor's Name
                                                                                            ☐  Unsecured loan repayments
Av. Paseo de la Reforma 505                                                                 ☐  Suppliers or vendors
Street
                                                                                            ☐  Services
                                                                                            ☒  Other    Trade
Cuauhtémoc          CDMX        06500
City                State       ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:  25-10715

Name

| 3.3225 | Seguros Atlas S.A. de C.V. | 2/10/2025 | $ | 441.43 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. Paseo de la Reforma 505 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Cuauhtémoc    CDMX    06500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3226 | Seguros Atlas S.A. de C.V. | 2/10/2025 | $ | 470.45 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. Paseo de la Reforma 505 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Cuauhtémoc    CDMX    06500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3227 | Seguros Atlas S.A. de C.V. | 2/10/2025 | $ | 638.62 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. Paseo de la Reforma 505 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Cuauhtémoc    CDMX    06500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3228 | Seguros Atlas S.A. de C.V. | 2/12/2025 | $ | 12,517.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. Paseo de la Reforma 505 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Cuauhtémoc    CDMX    06500 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.  _____  Case number *(if known):*  25-10715
_____

Name

| 3.3229 | Seguros Atlas S.A. de C.V. | 2/19/2025 | $ 5,690.35 | ☐ Secured debt |
|--------|-----------------------------|-----------|-------------|----------------|

3.3229 Seguros Atlas S.A. de C.V.      2/19/2025    $ 5,690.35
Creditor's Name

  ☐ Secured debt
  ☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
Street

  ☐ Suppliers or vendors
  ☐ Services
  ☑ Other   Trade

Cuauhtémoc    CDMX    06500
City    State    ZIP Code
Mexico
Country

---

3.3230 Seguros Atlas S.A. de C.V.      3/3/2025    $ 2,497.37
Creditor's Name

  ☐ Secured debt
  ☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
Street

  ☐ Suppliers or vendors
  ☐ Services
  ☑ Other   Trade

Cuauhtémoc    CDMX    06500
City    State    ZIP Code
Mexico
Country

---

3.3231 Seguros Atlas S.A. de C.V.      3/3/2025    $ 4,583.11
Creditor's Name

  ☐ Secured debt
  ☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
Street

  ☐ Suppliers or vendors
  ☐ Services
  ☑ Other   Trade

Cuauhtémoc    CDMX    06500
City    State    ZIP Code
Mexico
Country

---

3.3232 Seguros Atlas S.A. de C.V.      3/5/2025    $ 374.61
Creditor's Name

  ☐ Secured debt
  ☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
Street

  ☐ Suppliers or vendors
  ☐ Services
  ☑ Other   Trade

Cuauhtémoc    CDMX    06500
City    State    ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

3.3233 Seguros Atlas S.A. de C.V.     3/18/2025     $     233.23     ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505     ☐ Suppliers or vendors
Street

☐ Services

☒ Other    Trade

Cuauhtémoc     CDMX     06500
City     State     ZIP Code

Mexico
Country

3.3234 Seguros Atlas S.A. de C.V.     3/21/2025     $     217.41     ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505     ☐ Suppliers or vendors
Street

☐ Services

☒ Other    Trade

Cuauhtémoc     CDMX     06500
City     State     ZIP Code

Mexico
Country

3.3235 Seguros Atlas S.A. de C.V.     3/21/2025     $     365.75     ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505     ☐ Suppliers or vendors
Street

☐ Services

☒ Other    Trade

Cuauhtémoc     CDMX     06500
City     State     ZIP Code

Mexico
Country

3.3236 Seguros Atlas S.A. de C.V.     3/25/2025     $     6,447.03     ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505     ☐ Suppliers or vendors
Street

☐ Services

☒ Other    Trade

Cuauhtémoc     CDMX     06500
City     State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):* 25-10715
_____

| 3.3237 | Seguros Atlas S.A. de C.V. | 3/28/2025 | $ | 1,278.27 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
_____
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc        CDMX        06500
_____
City              State       ZIP Code

Mexico
_____
Country

| 3.3238 | Seguros Atlas S.A. de C.V. | 4/7/2025 | $ | 915.65 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
_____
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc        CDMX        06500
_____
City              State       ZIP Code

Mexico
_____
Country

| 3.3239 | Seguros Atlas S.A. de C.V. | 4/10/2025 | $ | 334.16 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
_____
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc        CDMX        06500
_____
City              State       ZIP Code

Mexico
_____
Country

| 3.3240 | Seguros Atlas S.A. de C.V. | 4/14/2025 | $ | 245.97 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo de la Reforma 505
_____
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Cuauhtémoc        CDMX        06500
_____
City              State       ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3241 Seguros Atlas S.A. de C.V.
Creditor's Name

4/14/2025

$ 3,323.21

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo de la Reforma 505
Street

Cuauhtémoc        CDMX        06500
City            State        ZIP Code

Mexico
Country

3.3242 Seguros Atlas S.A. de C.V.
Creditor's Name

4/15/2025

$ 125.47

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo de la Reforma 505
Street

Cuauhtémoc        CDMX        06500
City            State        ZIP Code

Mexico
Country

3.3243 Seguros Atlas S.A. de C.V.
Creditor's Name

4/15/2025

$ 5,316.87

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo de la Reforma 505
Street

Cuauhtémoc        CDMX        06500
City            State        ZIP Code

Mexico
Country

3.3244 Seguros Atlas S.A. de C.V.
Creditor's Name

2/10/2025

$ 551.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo de la Reforma 505
Street

Cuauhtémoc        CDMX        06500
City            State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715
_____
Name

| 3.3245 | Seguros Atlas S.A. de C.V. | 2/10/2025 | $ | 551.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Av. Paseo de la Reforma 505 | | | | ☐ | Services |
| | Street | | | | ☑ | Other    Trade |
| | Cuauhtémoc      CDMX      06500 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3246 | Seguros Atlas S.A. de C.V. | 4/14/2025 | $ | 655.25 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Av. Paseo de la Reforma 505 | | | | ☐ | Services |
| | Street | | | | ☑ | Other    Trade |
| | Cuauhtémoc      CDMX      06500 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3247 | Seguros Atlas S.A. de C.V. | 4/14/2025 | $ | 655.25 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Av. Paseo de la Reforma 505 | | | | ☐ | Services |
| | Street | | | | ☑ | Other    Trade |
| | Cuauhtémoc      CDMX      06500 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3248 | Serfimex Capital SAPI de C.V. Sofom Enr | 1/22/2025 | $ | 50,779.36 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☐ | Suppliers or vendors |
| | Calle Montes Urales 620 | | | | ☐ | Services |
| | Street | | | | ☑ | Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.3249 | Serfimex Capital SAPI de C.V. Sofom Enr | 1/23/2025 | $ | 37,729.73 | ☐ | Secured debt |
|--------|----------|-----------|---|-----------|---|---------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | | |
| | City              State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3250 | Serfimex Capital SAPI de C.V. Sofom Enr | 1/23/2025 | $ | 179,180.76 | ☐ | Secured debt |
|--------|----------|-----------|---|-----------|---|---------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | | |
| | City              State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3251 | Serfimex Capital SAPI de C.V. Sofom Enr | 1/23/2025 | $ | 227,360.00 | ☐ | Secured debt |
|--------|----------|-----------|---|-----------|---|---------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | | |
| | City              State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3252 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/5/2025 | $ | 515.79 | ☐ | Secured debt |
|--------|----------|-----------|---|-----------|---|---------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | | |
| | City              State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*  25-10715

Name

3.3253  Serfimex Capital SAPI de C.V. Sofom Enr          2/5/2025      $          867.37        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                  ☒  Other    Trade
Lomas de
Chapultepec          CDMX          11000
City                  State        ZIP Code

Mexico
Country

3.3254  Serfimex Capital SAPI de C.V. Sofom Enr          2/5/2025      $        1,098.26        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                  ☒  Other    Trade
Lomas de
Chapultepec          CDMX          11000
City                  State        ZIP Code

Mexico
Country

3.3255  Serfimex Capital SAPI de C.V. Sofom Enr          2/5/2025      $        1,520.73        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                  ☒  Other    Trade
Lomas de
Chapultepec          CDMX          11000
City                  State        ZIP Code

Mexico
Country

3.3256  Serfimex Capital SAPI de C.V. Sofom Enr          2/5/2025      $        2,449.61        ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street                                                                                            ☐  Services
                                                                                                  ☒  Other    Trade
Lomas de
Chapultepec          CDMX          11000
City                  State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3257 Serfimex Capital SAPI de C.V. Sofom Enr    2/5/2025    $    2,449.76
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3258 Serfimex Capital SAPI de C.V. Sofom Enr    2/5/2025    $    2,449.90
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3259 Serfimex Capital SAPI de C.V. Sofom Enr    2/6/2025    $    1,344.00
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3260 Serfimex Capital SAPI de C.V. Sofom Enr    2/6/2025    $    2,449.71
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*: 25-10715

_____
Name

| | | | |
|---|---|---|---|
| 3.3261 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/6/2025 | $ 2,449.90 |

Creditor's Name

Calle Montes Urales 620
_____
Street

Lomas de Chapultepec      CDMX       11000
_____
City                State      ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

| | | | |
|---|---|---|---|
| 3.3262 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/7/2025 | $ 515.79 |

Creditor's Name

Calle Montes Urales 620
_____
Street

Lomas de Chapultepec      CDMX       11000
_____
City                State      ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

| | | | |
|---|---|---|---|
| 3.3263 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/10/2025 | $ 3.09 |

Creditor's Name

Calle Montes Urales 620
_____
Street

Lomas de Chapultepec      CDMX       11000
_____
City                State      ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

| | | | |
|---|---|---|---|
| 3.3264 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/12/2025 | $ 37,043.40 |

Creditor's Name

Calle Montes Urales 620
_____
Street

Lomas de Chapultepec      CDMX       11000
_____
City                State      ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.3265 Serfimex Capital SAPI de C.V. Sofom Enr          3/4/2025       $          336.21
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3266 Serfimex Capital SAPI de C.V. Sofom Enr          3/4/2025       $          354.47
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3267 Serfimex Capital SAPI de C.V. Sofom Enr          3/4/2025       $          867.42
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3268 Serfimex Capital SAPI de C.V. Sofom Enr          3/4/2025       $        2,449.66
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.3269 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/4/2025 | $ | 2,449.76 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3270 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/4/2025 | $ | 2,449.80 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3271 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/4/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3272 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/5/2025 | $ | 336.21 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3273 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/5/2025 | $ | 1,344.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec     CDMX     11000 | | | | | |
| | City             State     ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3274 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/5/2025 | $ | 1,520.73 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec     CDMX     11000 | | | | | |
| | City             State     ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3275 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/5/2025 | $ | 2,449.90 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec     CDMX     11000 | | | | | |
| | City             State     ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3276 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/5/2025 | $ | 2,449.95 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle Montes Urales 620 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Lomas de Chapultepec     CDMX     11000 | | | | | |
| | City             State     ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor:   Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3277 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/6/2025 | $ | 2,449.36 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.3278 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/6/2025 | $ | 2,449.61 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.3279 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/6/2025 | $ | 2,449.76 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.3280 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/10/2025 | $ | 7.30 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:  25-10715
_____
Name

3.3281  Serfimex Capital SAPI de C.V. Sofom Enr          3/10/2025      $            22.00          ☐ Secured debt
Creditor's Name                                                                                     ☐ Unsecured loan repayments

Calle Montes Urales 620                                                                             ☐ Suppliers or vendors
Street                                                                                              ☐ Services
                                                                                                    ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
City                State       ZIP Code

Mexico
Country

3.3282  Serfimex Capital SAPI de C.V. Sofom Enr          3/10/2025      $          2,449.90         ☐ Secured debt
Creditor's Name                                                                                     ☐ Unsecured loan repayments

Calle Montes Urales 620                                                                             ☐ Suppliers or vendors
Street                                                                                              ☐ Services
                                                                                                    ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
City                State       ZIP Code

Mexico
Country

3.3283  Serfimex Capital SAPI de C.V. Sofom Enr          3/11/2025      $             7.25          ☐ Secured debt
Creditor's Name                                                                                     ☐ Unsecured loan repayments

Calle Montes Urales 620                                                                             ☐ Suppliers or vendors
Street                                                                                              ☐ Services
                                                                                                    ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
City                State       ZIP Code

Mexico
Country

3.3284  Serfimex Capital SAPI de C.V. Sofom Enr          3/11/2025      $           263.86          ☐ Secured debt
Creditor's Name                                                                                     ☐ Unsecured loan repayments

Calle Montes Urales 620                                                                             ☐ Suppliers or vendors
Street                                                                                              ☐ Services
                                                                                                    ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
City                State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

___
Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3285 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/11/2025 | $ | 2,449.36 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Lomas de Chapultepec        CDMX        11000
___
City                State        ZIP Code

Mexico
___
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3286 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/11/2025 | $ | 2,449.41 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Lomas de Chapultepec        CDMX        11000
___
City                State        ZIP Code

Mexico
___
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3287 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/11/2025 | $ | 2,449.46 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Lomas de Chapultepec        CDMX        11000
___
City                State        ZIP Code

Mexico
___
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3288 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/11/2025 | $ | 2,449.61 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Lomas de Chapultepec        CDMX        11000
___
City                State        ZIP Code

Mexico
___
Country

Debtor:  Controladora Dolphin, S.A. de C.V.
_____

Case number *(if known)*:  25-10715
_____

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3289 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/11/2025 | $ | 2,449.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Lomas de Chapultepec | CDMX | 11000 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3290 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/11/2025 | $ | 2,449.80 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Lomas de Chapultepec | CDMX | 11000 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3291 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/12/2025 | $ | 2.46 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Lomas de Chapultepec | CDMX | 11000 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3292 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/12/2025 | $ | 2,449.66 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Lomas de Chapultepec | CDMX | 11000 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3293 Serfimex Capital SAPI de C.V. Sofom Enr     3/12/2025    $     2,449.76
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec     CDMX     11000
City        State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3294 Serfimex Capital SAPI de C.V. Sofom Enr     3/12/2025    $     2,449.95
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec     CDMX     11000
City        State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3295 Serfimex Capital SAPI de C.V. Sofom Enr     3/13/2025    $     2.45
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec     CDMX     11000
City        State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3296 Serfimex Capital SAPI de C.V. Sofom Enr     3/13/2025    $     24.27
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec     CDMX     11000
City        State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.3297** Serfimex Capital SAPI de C.V. Sofom Enr

Creditor's Name

Calle Montes Urales 620

Street

Lomas de Chapultepec | CDMX | 11000

City | State | ZIP Code

Mexico

Country

3/13/2025    $    2,449.76

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3298** Serfimex Capital SAPI de C.V. Sofom Enr

Creditor's Name

Calle Montes Urales 620

Street

Lomas de Chapultepec | CDMX | 11000

City | State | ZIP Code

Mexico

Country

3/13/2025    $    2,449.80

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3299** Serfimex Capital SAPI de C.V. Sofom Enr

Creditor's Name

Calle Montes Urales 620

Street

Lomas de Chapultepec | CDMX | 11000

City | State | ZIP Code

Mexico

Country

3/13/2025    $    2,449.85

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3300** Serfimex Capital SAPI de C.V. Sofom Enr

Creditor's Name

Calle Montes Urales 620

Street

Lomas de Chapultepec | CDMX | 11000

City | State | ZIP Code

Mexico

Country

3/13/2025    $    2,449.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.3301 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/13/2025 | $ | 2,449.95 | ☐ Secured debt |
|--------|------------------------------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City          State    ZIP Code

Mexico

Country

---

| 3.3302 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/14/2025 | $ | 17.09 | ☐ Secured debt |
|--------|------------------------------------------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City          State    ZIP Code

Mexico

Country

---

| 3.3303 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/14/2025 | $ | 2,449.90 | ☐ Secured debt |
|--------|------------------------------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City          State    ZIP Code

Mexico

Country

---

| 3.3304 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/14/2025 | $ | 2,449.95 | ☐ Secured debt |
|--------|------------------------------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City          State    ZIP Code

Mexico

Country

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

---

**3.3305** Serfimex Capital SAPI de C.V. Sofom Enr       4/1/2025       $ 354.87
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City              State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

**3.3306** Serfimex Capital SAPI de C.V. Sofom Enr       4/1/2025       $ 867.57
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City              State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

**3.3307** Serfimex Capital SAPI de C.V. Sofom Enr       4/1/2025       $ 2,226.10
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City              State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

**3.3308** Serfimex Capital SAPI de C.V. Sofom Enr       4/1/2025       $ 2,449.76
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City              State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3309 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/1/2025 | $ 2,449.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3310 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/2/2025 | $ 1,344.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3311 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/2/2025 | $ 1,520.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3312 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/2/2025 | $ 2,449.27 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Lomas de Chapultepec    CDMX    11000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.3313 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/2/2025 | $ | 2,449.41 | ☐ Secured debt |
|--------|------------------------------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

Street

☐ Suppliers or vendors

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City    State    ZIP Code

Mexico

Country

---

| 3.3314 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/3/2025 | $ | 2,449.41 | ☐ Secured debt |
|--------|------------------------------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

Street

☐ Suppliers or vendors

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City    State    ZIP Code

Mexico

Country

---

| 3.3315 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/3/2025 | $ | 2,449.76 | ☐ Secured debt |
|--------|------------------------------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

Street

☐ Suppliers or vendors

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City    State    ZIP Code

Mexico

Country

---

| 3.3316 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/4/2025 | $ | 2,449.66 | ☐ Secured debt |
|--------|------------------------------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

Street

☐ Suppliers or vendors

☐ Services

Lomas de Chapultepec    CDMX    11000

☑ Other    Trade

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3317  Serfimex Capital SAPI de C.V. Sofom Enr         4/4/2025      $        2,449.80      ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                       ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

Lomas de                                                                                      ☒  Other    Trade
Chapultepec          CDMX         11000
City                 State        ZIP Code

Mexico
Country

3.3318  Serfimex Capital SAPI de C.V. Sofom Enr         4/7/2025      $           21.90       ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                       ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

Lomas de                                                                                      ☒  Other    Trade
Chapultepec          CDMX         11000
City                 State        ZIP Code

Mexico
Country

3.3319  Serfimex Capital SAPI de C.V. Sofom Enr         4/7/2025      $           40.39       ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                       ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

Lomas de                                                                                      ☒  Other    Trade
Chapultepec          CDMX         11000
City                 State        ZIP Code

Mexico
Country

3.3320  Serfimex Capital SAPI de C.V. Sofom Enr         4/7/2025      $           58.55       ☐  Secured debt
Creditor's Name
                                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                       ☐  Suppliers or vendors
Street
                                                                                              ☐  Services

Lomas de                                                                                      ☒  Other    Trade
Chapultepec          CDMX         11000
City                 State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.3321 Serfimex Capital SAPI de C.V. Sofom Enr     4/7/2025     $     84.43
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec       CDMX       11000
City              State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3322 Serfimex Capital SAPI de C.V. Sofom Enr     4/7/2025     $     2,449.61
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec       CDMX       11000
City              State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3323 Serfimex Capital SAPI de C.V. Sofom Enr     4/7/2025     $     2,449.85
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec       CDMX       11000
City              State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3324 Serfimex Capital SAPI de C.V. Sofom Enr     4/7/2025     $     2,449.90
Creditor's Name

Calle Montes Urales 620
Street

Lomas de
Chapultepec       CDMX       11000
City              State      ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

| | | | | |
|---|---|---|---|---|
| 3.3325 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/8/2025 | $    4.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3326 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/8/2025 | $    9.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3327 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/8/2025 | $    23.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3328 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/8/2025 | $    2,449.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle Montes Urales 620 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.3329 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/8/2025        $        2,449.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City        State        ZIP Code

Mexico
Country

3.3330 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/8/2025        $        2,449.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City        State        ZIP Code

Mexico
Country

3.3331 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/9/2025        $        2.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City        State        ZIP Code

Mexico
Country

3.3332 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/9/2025        $        7.26

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle Montes Urales 620
Street

Lomas de
Chapultepec        CDMX        11000
City        State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3333 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/9/2025 | $ 19.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3334 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/9/2025 | $ 2,449.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3335 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/9/2025 | $ 2,449.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3336 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/10/2025 | $ 0.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☑ Other   Trade |
| | Lomas de Chapultepec   CDMX   11000 | | | |
| | City   State   ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

---

3.3337  Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

Calle Montes Urales 620
Street

Lomas de Chapultepec | CDMX | 11000
City | State | ZIP Code

Mexico
Country

4/10/2025    $    4.86

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.3338  Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

Calle Montes Urales 620
Street

Lomas de Chapultepec | CDMX | 11000
City | State | ZIP Code

Mexico
Country

4/10/2025    $    11.48

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.3339  Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

Calle Montes Urales 620
Street

Lomas de Chapultepec | CDMX | 11000
City | State | ZIP Code

Mexico
Country

4/11/2025    $    2.45

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

3.3340  Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

Calle Montes Urales 620
Street

Lomas de Chapultepec | CDMX | 11000
City | State | ZIP Code

Mexico
Country

4/11/2025    $    2.89

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:    25-10715

_____
Name

3.3341  Serfimex Capital SAPI de C.V. Sofom Enr         2/7/2025    $    336.21    ☐ Secured debt
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Creditor's Name                                                             ☐ Unsecured loan repayments

Calle Montes Urales 620                                                     ☐ Suppliers or vendors
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Street                                                                      ☐ Services

                                                                            ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
City                State       ZIP Code

Mexico
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Country

3.3342  Serfimex Capital SAPI de C.V. Sofom Enr         2/5/2025    $    2,449.71    ☐ Secured debt
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Creditor's Name                                                             ☐ Unsecured loan repayments

Calle Montes Urales 620                                                     ☐ Suppliers or vendors
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Street                                                                      ☐ Services

                                                                            ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
City                State       ZIP Code

Mexico
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Country

3.3343  Serfimex Capital SAPI de C.V. Sofom Enr         3/6/2025    $    2,449.95    ☐ Secured debt
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Creditor's Name                                                             ☐ Unsecured loan repayments

Calle Montes Urales 620                                                     ☐ Suppliers or vendors
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Street                                                                      ☐ Services

                                                                            ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
City                State       ZIP Code

Mexico
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Country

3.3344  Serfimex Capital SAPI de C.V. Sofom Enr         3/6/2025    $    2,449.95    ☐ Secured debt
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Creditor's Name                                                             ☐ Unsecured loan repayments

Calle Montes Urales 620                                                     ☐ Suppliers or vendors
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Street                                                                      ☐ Services

                                                                            ☑ Other    Trade
Lomas de
Chapultepec         CDMX        11000
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
City                State       ZIP Code

Mexico
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3345  Serfimex Capital SAPI de C.V. Sofom Enr        3/6/2025        $          2,449.85        ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade
Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

3.3346  Serfimex Capital SAPI de C.V. Sofom Enr        2/5/2025        $          2,449.95        ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade
Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

3.3347  Serfimex Capital SAPI de C.V. Sofom Enr        2/6/2025        $          2,449.95        ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade
Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

3.3348  Serfimex Capital SAPI de C.V. Sofom Enr        2/6/2025        $          2,449.95        ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                          ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade
Lomas de
Chapultepec          CDMX          11000
City                 State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3349 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/5/2025 | $ | 515.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Lomas de Chapultepec    CDMX    11000

City    State    ZIP Code

Mexico

Country

| 3.3350 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/5/2025 | $ | 2,449.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Lomas de Chapultepec    CDMX    11000

City    State    ZIP Code

Mexico

Country

| 3.3351 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/5/2025 | $ | 515.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Lomas de Chapultepec    CDMX    11000

City    State    ZIP Code

Mexico

Country

| 3.3352 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/10/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Lomas de Chapultepec    CDMX    11000

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| 3.3353 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/5/2025 | $ | 2,449.71 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

| 3.3354 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/10/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

| 3.3355 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/10/2025 | $ | 2.02 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

| 3.3356 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/10/2025 | $ | 2.02 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.3357 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/5/2025 | $ | 2,449.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

| 3.3358 | Serfimex Capital SAPI de C.V. Sofom Enr | 3/6/2025 | $ | 2,449.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

| 3.3359 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/7/2025 | $ | 336.21 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

| 3.3360 | Serfimex Capital SAPI de C.V. Sofom Enr | 2/5/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620

☐ Suppliers or vendors

Street

☐ Services

Lomas de Chapultepec    CDMX    11000

☒ Other    Trade

City    State    ZIP Code

Mexico

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

3.3361  Serfimex Capital SAPI de C.V. Sofom Enr          4/3/2025      $        2,449.90       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                      ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other     Trade
Lomas de
Chapultepec        CDMX        11000
City               State       ZIP Code
Mexico
Country

3.3362  Serfimex Capital SAPI de C.V. Sofom Enr          4/3/2025      $        2,449.85       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                      ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other     Trade
Lomas de
Chapultepec        CDMX        11000
City               State       ZIP Code
Mexico
Country

3.3363  Serfimex Capital SAPI de C.V. Sofom Enr          4/3/2025      $        2,449.90       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                      ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other     Trade
Lomas de
Chapultepec        CDMX        11000
City               State       ZIP Code
Mexico
Country

3.3364  Serfimex Capital SAPI de C.V. Sofom Enr          4/2/2025      $          336.21       ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle Montes Urales 620                                                                      ☐  Suppliers or vendors
Street                                                                                       ☐  Services
                                                                                             ☒  Other     Trade
Lomas de
Chapultepec        CDMX        11000
City               State       ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

---

3.3365 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/2/2025    $    336.21

☐ Secured debt
☐ Unsecured loan repayments

Calle Montes Urales 620
Street

☐ Suppliers or vendors
☐ Services

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

☑ Other    Trade

Mexico
Country

---

3.3366 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/2/2025    $    515.79

☐ Secured debt
☐ Unsecured loan repayments

Calle Montes Urales 620
Street

☐ Suppliers or vendors
☐ Services

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

☑ Other    Trade

Mexico
Country

---

3.3367 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/2/2025    $    515.79

☐ Secured debt
☐ Unsecured loan repayments

Calle Montes Urales 620
Street

☐ Suppliers or vendors
☐ Services

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

☑ Other    Trade

Mexico
Country

---

3.3368 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/1/2025    $    2,449.80

☐ Secured debt
☐ Unsecured loan repayments

Calle Montes Urales 620
Street

☐ Suppliers or vendors
☐ Services

Lomas de Chapultepec    CDMX    11000
City    State    ZIP Code

☑ Other    Trade

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3369 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/1/2025 | $ 2,449.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Lomas de Chapultepec      CDMX       11000 | | | |
| | City                State       ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3370 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/4/2025 | $ 2,449.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Lomas de Chapultepec      CDMX       11000 | | | |
| | City                State       ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3371 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/4/2025 | $ 2,449.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Lomas de Chapultepec      CDMX       11000 | | | |
| | City                State       ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3372 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/4/2025 | $ 2,449.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Calle Montes Urales 620 | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Lomas de Chapultepec      CDMX       11000 | | | |
| | City                State       ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

___
Name

| 3.3373 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/8/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Lomas de Chapultepec    CDMX    11000
___
City    State    ZIP Code

Mexico
___
Country

| 3.3374 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/8/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Lomas de Chapultepec    CDMX    11000
___
City    State    ZIP Code

Mexico
___
Country

| 3.3375 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/9/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Lomas de Chapultepec    CDMX    11000
___
City    State    ZIP Code

Mexico
___
Country

| 3.3376 | Serfimex Capital SAPI de C.V. Sofom Enr | 4/9/2025 | $ | 2,449.95 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle Montes Urales 620
___
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Lomas de Chapultepec    CDMX    11000
___
City    State    ZIP Code

Mexico
___
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3377 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/10/2025

$ 2,449.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle Montes Urales 620
Street

Lomas de Chapultepec     CDMX     11000
City                      State    ZIP Code

Mexico
Country

---

3.3378 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/10/2025

$ 2,449.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle Montes Urales 620
Street

Lomas de Chapultepec     CDMX     11000
City                      State    ZIP Code

Mexico
Country

---

3.3379 Serfimex Capital SAPI de C.V. Sofom Enr
Creditor's Name

4/3/2025

$ 2,449.85

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle Montes Urales 620
Street

Lomas de Chapultepec     CDMX     11000
City                      State    ZIP Code

Mexico
Country

---

3.3380 Servicio de Administracion Tributaria
Creditor's Name

4/2/2025

$ 5,400.39

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Hidalgo 77
Street

Centro, Cuauhtémoc   CDMX     06000
City                 State    ZIP Code

Mexico
Country

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

3.3381 Servicio de Administracion Tributaria

Creditor's Name

Av. Hidalgo 77

Street

Centro, Cuauhtémoc   CDMX     06000
City                State    ZIP Code

Mexico

Country

4/2/2025        $       5,512.26

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3382 Servicio de Administracion Tributaria

Creditor's Name

Av. Hidalgo 77

Street

Centro, Cuauhtémoc   CDMX     06000
City                State    ZIP Code

Mexico

Country

4/2/2025        $       5,586.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3383 Servicio de Administracion Tributaria

Creditor's Name

Av. Hidalgo 77

Street

Centro, Cuauhtémoc   CDMX     06000
City                State    ZIP Code

Mexico

Country

4/2/2025        $       5,805.37

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3384 Servicio de Administracion Tributaria

Creditor's Name

Av. Hidalgo 77

Street

Centro, Cuauhtémoc   CDMX     06000
City                State    ZIP Code

Mexico

Country

4/2/2025        $       5,894.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.3385 Servicio de Administracion Tributaria

Creditor's Name

Av. Hidalgo 77

Street

Centro, Cuauhtémoc   CDMX   06000

City                          State           ZIP Code

Mexico

Country

4/2/2025          $          7,965.39

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

3.3386 Servicio de Administracion Tributaria

Creditor's Name

Av. Hidalgo 77

Street

Centro, Cuauhtémoc   CDMX   06000

City                          State           ZIP Code

Mexico

Country

4/2/2025          $          21,595.62

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

3.3387 Servicio de Administracion Tributaria

Creditor's Name

Av. Hidalgo 77

Street

Centro, Cuauhtémoc   CDMX   06000

City                          State           ZIP Code

Mexico

Country

4/2/2025          $          79,630.24

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

3.3388 Servicios Aventour S.A. de C.V.

Creditor's Name

Av. Tulum 260

Street

Cancún       Quintana Roo   77500

City                          State           ZIP Code

Mexico

Country

1/17/2025          $          19,600.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3389 | Servicios Aventour S.A. de C.V. | 1/23/2025 | $ | 14,700.00 |
|---|---|---|---|---|

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.3390 | Servicios Aventour S.A. de C.V. | 1/24/2025 | $ | 9,800.00 |
|---|---|---|---|---|

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.3391 | Servicios Aventour S.A. de C.V. | 1/31/2025 | $ | 19,600.00 |
|---|---|---|---|---|

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| 3.3392 | Servicios Aventour S.A. de C.V. | 2/7/2025 | $ | 29,400.00 |
|---|---|---|---|---|

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.3393** Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

2/14/2025    $    3,096.72

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.3394** Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

2/14/2025    $    13,033.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.3395** Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

2/21/2025    $    7,597.69

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

**3.3396** Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

2/21/2025    $    13,603.85

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3397  Servicios Aventour S.A. de C.V.
Creditor's Name

2/28/2025      $        19,600.00

Av. Tulum 260
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3398  Servicios Aventour S.A. de C.V.
Creditor's Name

3/7/2025      $        1,453.32

Av. Tulum 260
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3399  Servicios Aventour S.A. de C.V.
Creditor's Name

3/18/2025      $        5,343.31

Av. Tulum 260
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3400  Servicios Aventour S.A. de C.V.
Creditor's Name

3/18/2025      $        19,156.69

Av. Tulum 260
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3401 Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

Quintana
Cancún          Roo          77500
City            State        ZIP Code

Mexico
Country

3/19/2025     $         9,800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.3402 Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

Quintana
Cancún          Roo          77500
City            State        ZIP Code

Mexico
Country

3/20/2025     $         7,350.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.3403 Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

Quintana
Cancún          Roo          77500
City            State        ZIP Code

Mexico
Country

3/21/2025     $         7,350.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.3404 Servicios Aventour S.A. de C.V.
Creditor's Name

Av. Tulum 260
Street

Quintana
Cancún          Roo          77500
City            State        ZIP Code

Mexico
Country

3/27/2025     $        19,600.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3405 Servicios Aventour S.A. de C.V.

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

3/28/2025        $        582.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3406 Servicios Aventour S.A. de C.V.

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

3/28/2025        $        1,809.76

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3407 Servicios Aventour S.A. de C.V.

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

3/28/2025        $        12,307.94

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3408 Servicios Aventour S.A. de C.V.

Creditor's Name

Av. Tulum 260

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

4/1/2025        $        4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715

Name

3.3409  Servicios Aventour S.A. de C.V.          4/3/2025          $          625.59          ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Tulum 260                                                                                    ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade
            Quintana
            Roo
Cancún                      77500
City        State           ZIP Code

Mexico
Country

3.3410  Servicios Aventour S.A. de C.V.          4/3/2025          $          1,462.32         ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Tulum 260                                                                                    ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade
            Quintana
            Roo
Cancún                      77500
City        State           ZIP Code

Mexico
Country

3.3411  Servicios Aventour S.A. de C.V.          4/3/2025          $          2,812.09         ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Tulum 260                                                                                    ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade
            Quintana
            Roo
Cancún                      77500
City        State           ZIP Code

Mexico
Country

3.3412  Servicios Aventour S.A. de C.V.          4/4/2025          $          19,600.00        ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Av. Tulum 260                                                                                    ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade
            Quintana
            Roo
Cancún                      77500
City        State           ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*    25-10715

Name

| 3.3413 | Servicios Aventour S.A. de C.V. | 4/11/2025 | $ | 520.38 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Tulum 260
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

|  | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

---

| 3.3414 | Servicios Aventour S.A. de C.V. | 4/14/2025 | $ | 520.38 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Tulum 260
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

|  | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

---

| 3.3415 | Servicios Aventour S.A. de C.V. | 4/14/2025 | $ | 649.37 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Tulum 260
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

|  | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

---

| 3.3416 | Servicios Aventour S.A. de C.V. | 4/14/2025 | $ | 1,141.52 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Tulum 260
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

|  | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.       Case number *(if known)*: 25-10715

Name

3.3417  Servicios Aventour S.A. de C.V.     4/14/2025     $  3,520.05

Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

Av. Tulum 260

Street

    ☐ Suppliers or vendors
    ☐ Services
    ☑ Other   Trade

Cancún    Quintana Roo    77500

City    State    ZIP Code

Mexico

Country

3.3418  Servicios Aventour S.A. de C.V.     4/14/2025     $  8,868.67

Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

Av. Tulum 260

Street

    ☐ Suppliers or vendors
    ☐ Services
    ☑ Other   Trade

Cancún    Quintana Roo    77500

City    State    ZIP Code

Mexico

Country

3.3419  Servicios Aventour S.A. de C.V.     4/16/2025     $  9,800.00

Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

Av. Tulum 260

Street

    ☐ Suppliers or vendors
    ☐ Services
    ☑ Other   Trade

Cancún    Quintana Roo    77500

City    State    ZIP Code

Mexico

Country

3.3420  Sigma Foodservice Comercial S de RL de C.V.     1/17/2025     $  4,100.30

Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301

Street

    ☐ Suppliers or vendors
    ☐ Services
    ☑ Other   Trade

Mexico City    Mexico City    11520

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3421  Sigma Foodservice Comercial S de RL de C.V.    1/20/2025    $    4,100.30    ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                 ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3422  Sigma Foodservice Comercial S de RL de C.V.    1/23/2025    $    1,937.18    ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                 ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3423  Sigma Foodservice Comercial S de RL de C.V.    1/29/2025    $    1,765.34    ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                 ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3424  Sigma Foodservice Comercial S de RL de C.V.    2/7/2025    $    1,309.32    ☐ Secured debt
Creditor's Name                                                                                    ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                 ☐ Suppliers or vendors
Street                                                                                             ☐ Services
                                                                                                   ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.3425 | Sigma Foodservice Comercial S de RL de C.V. | 2/7/2025 | $ 2,261.70 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City   11520
City      State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3426 | Sigma Foodservice Comercial S de RL de C.V. | 2/13/2025 | $ 63.70 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City   11520
City      State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3427 | Sigma Foodservice Comercial S de RL de C.V. | 2/13/2025 | $ 71.41 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City   11520
City      State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3428 | Sigma Foodservice Comercial S de RL de C.V. | 2/13/2025 | $ 88.56 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City   11520
City      State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                         Case number *(if known):*     25-10715
_____
Name

3.3429  Sigma Foodservice Comercial S de RL de C.V.      2/13/2025    $         90.94    ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                      ☐  Suppliers or vendors
        Street                                                                      ☐  Services
                                                                                    ☒  Other      Trade
        Mexico City        Mexico City    11520
        City               State          ZIP Code
        Mexico
        Country

3.3430  Sigma Foodservice Comercial S de RL de C.V.      2/13/2025    $         94.54    ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                      ☐  Suppliers or vendors
        Street                                                                      ☐  Services
                                                                                    ☒  Other      Trade
        Mexico City        Mexico City    11520
        City               State          ZIP Code
        Mexico
        Country

3.3431  Sigma Foodservice Comercial S de RL de C.V.      2/13/2025    $         143.49   ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                      ☐  Suppliers or vendors
        Street                                                                      ☐  Services
                                                                                    ☒  Other      Trade
        Mexico City        Mexico City    11520
        City               State          ZIP Code
        Mexico
        Country

3.3432  Sigma Foodservice Comercial S de RL de C.V.      2/13/2025    $         168.84   ☐  Secured debt
        Creditor's Name                                                             ☐  Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                      ☐  Suppliers or vendors
        Street                                                                      ☐  Services
                                                                                    ☒  Other      Trade
        Mexico City        Mexico City    11520
        City               State          ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.3433 | Sigma Foodservice Comercial S de RL de C.V. | 2/13/2025 | $ | 174.49 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City        State        ZIP Code

Mexico
Country

| 3.3434 | Sigma Foodservice Comercial S de RL de C.V. | 2/13/2025 | $ | 218.59 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City        State        ZIP Code

Mexico
Country

| 3.3435 | Sigma Foodservice Comercial S de RL de C.V. | 2/13/2025 | $ | 448.52 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City        State        ZIP Code

Mexico
Country

| 3.3436 | Sigma Foodservice Comercial S de RL de C.V. | 2/13/2025 | $ | 477.57 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City        State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*  25-10715

Name

3.3437  Sigma Foodservice Comercial S de RL de C.V.     2/13/2025     $           1,063.57     ☐  Secured debt
Creditor's Name                                                                                       ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                ☐  Suppliers or vendors
Street                                                                                                ☐  Services
                                                                                                      ☑  Other     Trade

Mexico City         Mexico City   11520
City                State         ZIP Code
Mexico
Country

3.3438  Sigma Foodservice Comercial S de RL de C.V.     2/19/2025     $             49.91     ☐  Secured debt
Creditor's Name                                                                                       ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                ☐  Suppliers or vendors
Street                                                                                                ☐  Services
                                                                                                      ☑  Other     Trade

Mexico City         Mexico City   11520
City                State         ZIP Code
Mexico
Country

3.3439  Sigma Foodservice Comercial S de RL de C.V.     2/19/2025     $            102.56     ☐  Secured debt
Creditor's Name                                                                                       ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                ☐  Suppliers or vendors
Street                                                                                                ☐  Services
                                                                                                      ☑  Other     Trade

Mexico City         Mexico City   11520
City                State         ZIP Code
Mexico
Country

3.3440  Sigma Foodservice Comercial S de RL de C.V.     2/19/2025     $            168.36     ☐  Secured debt
Creditor's Name                                                                                       ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                ☐  Suppliers or vendors
Street                                                                                                ☐  Services
                                                                                                      ☑  Other     Trade

Mexico City         Mexico City   11520
City                State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3441 Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State           ZIP Code

Mexico
Country

2/19/2025      $              257.84

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.3442 Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State           ZIP Code

Mexico
Country

2/19/2025      $              410.62

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.3443 Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State           ZIP Code

Mexico
Country

2/19/2025      $              470.01

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.3444 Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State           ZIP Code

Mexico
Country

2/19/2025      $            1,262.01

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3445  Sigma Foodservice Comercial S de RL de C.V.    2/26/2025    $    6.86    ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐ Suppliers or vendors
Street                                                                            ☐ Services

                                                                                  ☑ Other    Trade

Mexico City         Mexico City    11520
City                State          ZIP Code

Mexico
Country

3.3446  Sigma Foodservice Comercial S de RL de C.V.    2/26/2025    $    17.15    ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐ Suppliers or vendors
Street                                                                            ☐ Services

                                                                                  ☑ Other    Trade

Mexico City         Mexico City    11520
City                State          ZIP Code

Mexico
Country

3.3447  Sigma Foodservice Comercial S de RL de C.V.    2/26/2025    $    38.12    ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐ Suppliers or vendors
Street                                                                            ☐ Services

                                                                                  ☑ Other    Trade

Mexico City         Mexico City    11520
City                State          ZIP Code

Mexico
Country

3.3448  Sigma Foodservice Comercial S de RL de C.V.    2/26/2025    $    49.91    ☐ Secured debt
Creditor's Name                                                                   ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐ Suppliers or vendors
Street                                                                            ☐ Services

                                                                                  ☑ Other    Trade

Mexico City         Mexico City    11520
City                State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.3449 Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $        51.59        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3450 Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $        69.09        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3451 Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $       160.43        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3452 Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $       179.78        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                        ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3453  Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $            185.13       ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                           ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade

Mexico City          Mexico City   11520
City                 State          ZIP Code

Mexico
Country

3.3454  Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $            189.14       ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                           ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade

Mexico City          Mexico City   11520
City                 State          ZIP Code

Mexico
Country

3.3455  Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $            220.11       ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                           ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade

Mexico City          Mexico City   11520
City                 State          ZIP Code

Mexico
Country

3.3456  Sigma Foodservice Comercial S de RL de C.V.      2/26/2025      $            292.68       ☐  Secured debt
Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                           ☐  Suppliers or vendors
Street
                                                                                                 ☐  Services

                                                                                                 ☒  Other      Trade

Mexico City          Mexico City   11520
City                 State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3457 | Sigma Foodservice Comercial S de RL de C.V. | 2/26/2025 | $ 414.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3458 | Sigma Foodservice Comercial S de RL de C.V. | 2/26/2025 | $ 443.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3459 | Sigma Foodservice Comercial S de RL de C.V. | 2/26/2025 | $ 494.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3460 | Sigma Foodservice Comercial S de RL de C.V. | 2/27/2025 | $ 125.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

_____
Name

3.3461 Sigma Foodservice Comercial S de RL de C.V.    2/27/2025    $    235.89
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3462 Sigma Foodservice Comercial S de RL de C.V.    2/27/2025    $    519.09
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3463 Sigma Foodservice Comercial S de RL de C.V.    3/4/2025    $    5.39
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3464 Sigma Foodservice Comercial S de RL de C.V.    3/4/2025    $    19.11
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

_____
Name

| | | | | |
|---|---|---|---|---|
| 3.3465 | Sigma Foodservice Comercial S de RL de C.V. | 3/4/2025 | $ | 25.80 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City    11520
City                    State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3466 | Sigma Foodservice Comercial S de RL de C.V. | 3/4/2025 | $ | 41.16 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City    11520
City                    State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3467 | Sigma Foodservice Comercial S de RL de C.V. | 3/4/2025 | $ | 73.50 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City    11520
City                    State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3468 | Sigma Foodservice Comercial S de RL de C.V. | 3/4/2025 | $ | 91.07 |

Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

_____

Mexico City        Mexico City    11520
City                    State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.3469  Sigma Foodservice Comercial S de RL de C.V.    3/4/2025    $    139.25    ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code
Mexico
Country

3.3470  Sigma Foodservice Comercial S de RL de C.V.    3/4/2025    $    146.22    ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code
Mexico
Country

3.3471  Sigma Foodservice Comercial S de RL de C.V.    3/4/2025    $    148.72    ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code
Mexico
Country

3.3472  Sigma Foodservice Comercial S de RL de C.V.    3/4/2025    $    157.93    ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

---

**3.3473** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/4/2025    $    161.32

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3474** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/4/2025    $    171.79

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3475** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/4/2025    $    222.22

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3476** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/4/2025    $    279.89

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.3477  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

3/4/2025          $          369.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3478  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

3/4/2025          $          389.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3479  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

3/4/2025          $          899.39

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3480  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

3/4/2025          $          2,007.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3481  Sigma Foodservice Comercial S de RL de C.V.    3/6/2025    $         119.02    ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3482  Sigma Foodservice Comercial S de RL de C.V.    3/6/2025    $         313.11    ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3483  Sigma Foodservice Comercial S de RL de C.V.    3/11/2025    $          13.33    ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3484  Sigma Foodservice Comercial S de RL de C.V.    3/11/2025    $          17.15    ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

3.3485  Sigma Foodservice Comercial S de RL de C.V.    3/11/2025    $    49.91    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☐ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

3.3486  Sigma Foodservice Comercial S de RL de C.V.    3/11/2025    $    53.31    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☐ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

3.3487  Sigma Foodservice Comercial S de RL de C.V.    3/11/2025    $    57.97    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☐ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

3.3488  Sigma Foodservice Comercial S de RL de C.V.    3/11/2025    $    65.66    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☐ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 874

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3489 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 87.22 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Mexico City      Mexico City   11520 | | | | | | |
| | City              State        ZIP Code | | | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

| 3.3490 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 117.69 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Mexico City      Mexico City   11520 | | | | | | |
| | City              State        ZIP Code | | | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

| 3.3491 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 125.73 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Mexico City      Mexico City   11520 | | | | | | |
| | City              State        ZIP Code | | | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

| 3.3492 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 141.56 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | | ☐ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☑ | Other    Trade |
| | Mexico City      Mexico City   11520 | | | | | | |
| | City              State        ZIP Code | | | | | | |
| | Mexico | | | | | | |
| | Country | | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.3493 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 219.32 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

| 3.3494 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 235.54 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

| 3.3495 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 374.73 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

| 3.3496 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 397.04 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.3497 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 442.67 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3498 | Sigma Foodservice Comercial S de RL de C.V. | 3/11/2025 | $ | 900.64 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3499 | Sigma Foodservice Comercial S de RL de C.V. | 3/12/2025 | $ | 92.61 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3500 | Sigma Foodservice Comercial S de RL de C.V. | 3/12/2025 | $ | 133.77 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known):*  25-10715

_____
Name

3.3501  Sigma Foodservice Comercial S de RL de C.V.      3/12/2025      $           174.31      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3502  Sigma Foodservice Comercial S de RL de C.V.      3/12/2025      $           269.70      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3503  Sigma Foodservice Comercial S de RL de C.V.      3/12/2025      $           294.52      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3504  Sigma Foodservice Comercial S de RL de C.V.      3/12/2025      $           313.11      ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐  Suppliers or vendors
Street                                                                                   ☐  Services
                                                                                         ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.3505  Sigma Foodservice Comercial S de RL de C.V.    3/12/2025    $    428.88    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

3.3506  Sigma Foodservice Comercial S de RL de C.V.    3/12/2025    $    453.00    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

3.3507  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $    14.21    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

3.3508  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $    36.11    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301    ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:   25-10715

Name

3.3509  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $            56.35    ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☑  Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3510  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $            57.72    ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☑  Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3511  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $            63.70    ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☑  Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3512  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $            65.66    ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☑  Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3513  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $         68.74    ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other    Trade
Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3514  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $         91.34    ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other    Trade
Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3515  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $         99.47    ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other    Trade
Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3516  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $        103.59    ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                     ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☒  Other    Trade
Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.3517  Sigma Foodservice Comercial S de RL de C.V.        3/19/2025        $            148.32        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                 ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☑  Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code
Mexico
Country

3.3518  Sigma Foodservice Comercial S de RL de C.V.        3/19/2025        $            250.95        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                 ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☑  Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code
Mexico
Country

3.3519  Sigma Foodservice Comercial S de RL de C.V.        3/19/2025        $            320.90        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                 ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☑  Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code
Mexico
Country

3.3520  Sigma Foodservice Comercial S de RL de C.V.        3/19/2025        $            439.57        ☐  Secured debt
Creditor's Name                                                                                        ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                 ☐  Suppliers or vendors
Street                                                                                                 ☐  Services
                                                                                                       ☑  Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3521 | Sigma Foodservice Comercial S de RL de C.V. | 3/19/2025 | $ | 446.14 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

| 3.3522 | Sigma Foodservice Comercial S de RL de C.V. | 3/19/2025 | $ | 1,219.51 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

| 3.3523 | Sigma Foodservice Comercial S de RL de C.V. | 3/21/2025 | $ | 72.91 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

| 3.3524 | Sigma Foodservice Comercial S de RL de C.V. | 3/21/2025 | $ | 187.43 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

**3.3525**  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/21/2025          $          220.01

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State          ZIP Code

Mexico
Country

**3.3526**  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/21/2025          $          254.07

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State          ZIP Code

Mexico
Country

**3.3527**  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/21/2025          $        1,199.14

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State          ZIP Code

Mexico
Country

**3.3528**  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/25/2025          $           35.28

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                      State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3529  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/25/2025

$ 43.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

3.3530  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/25/2025

$ 49.91

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

3.3531  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/25/2025

$ 65.27

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

3.3532  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/25/2025

$ 66.15

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*    25-10715

Name

3.3533  Sigma Foodservice Comercial S de RL de C.V.     3/25/2025        $            94.47          ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3534  Sigma Foodservice Comercial S de RL de C.V.     3/25/2025        $           122.00          ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3535  Sigma Foodservice Comercial S de RL de C.V.     3/25/2025        $           138.84          ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3536  Sigma Foodservice Comercial S de RL de C.V.     3/25/2025        $           156.80          ☐  Secured debt
Creditor's Name                                                                                      ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                               ☐  Suppliers or vendors
Street                                                                                               ☐  Services
                                                                                                     ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715

Name

3.3537  Sigma Foodservice Comercial S de RL de C.V.      3/25/2025      $          216.98      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                             ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3538  Sigma Foodservice Comercial S de RL de C.V.      3/25/2025      $          306.74      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                             ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3539  Sigma Foodservice Comercial S de RL de C.V.      3/25/2025      $          323.42      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                             ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3540  Sigma Foodservice Comercial S de RL de C.V.      3/25/2025      $          580.40      ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                             ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

3.3541 Sigma Foodservice Comercial S de RL de C.V.      3/25/2025      $         619.25
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.3542 Sigma Foodservice Comercial S de RL de C.V.      3/25/2025      $         918.06
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.3543 Sigma Foodservice Comercial S de RL de C.V.      3/26/2025      $         132.64
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.3544 Sigma Foodservice Comercial S de RL de C.V.      3/26/2025      $         269.52
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3545  Sigma Foodservice Comercial S de RL de C.V.   3/26/2025   $   345.17
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

3.3546  Sigma Foodservice Comercial S de RL de C.V.   3/26/2025   $   495.62
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

3.3547  Sigma Foodservice Comercial S de RL de C.V.   3/27/2025   $   462.68
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

3.3548  Sigma Foodservice Comercial S de RL de C.V.   3/27/2025   $   502.97
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3549 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 16.91 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3550 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 33.81 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3551 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 40.18 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3552 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 49.91 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

| 3.3553 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 58.56 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

| 3.3554 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 66.10 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

| 3.3555 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 70.09 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

| 3.3556 | Sigma Foodservice Comercial S de RL de C.V. | 4/1/2025 | $ | 76.73 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

3.3557  Sigma Foodservice Comercial S de RL de C.V.    4/1/2025    $         87.37    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                          ☑ Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code

Mexico
Country

3.3558  Sigma Foodservice Comercial S de RL de C.V.    4/1/2025    $         91.58    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                          ☑ Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code

Mexico
Country

3.3559  Sigma Foodservice Comercial S de RL de C.V.    4/1/2025    $         105.15   ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                          ☑ Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code

Mexico
Country

3.3560  Sigma Foodservice Comercial S de RL de C.V.    4/1/2025    $         213.13   ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                          ☑ Other    Trade

Mexico City        Mexico City    11520
City               State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

**3.3561** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

4/1/2025

$                300.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City         Mexico City   11520
City                State         ZIP Code

Mexico
Country

**3.3562** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

4/1/2025

$                306.17

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City         Mexico City   11520
City                State         ZIP Code

Mexico
Country

**3.3563** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

4/1/2025

$                529.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City         Mexico City   11520
City                State         ZIP Code

Mexico
Country

**3.3564** Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

4/1/2025

$                605.73

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City         Mexico City   11520
City                State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                                                    Case number *(if known)*:    25-10715

Name

3.3565  Sigma Foodservice Comercial S de RL de C.V.        4/1/2025        $            1,044.48        ☐ Secured debt
Creditor's Name                                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                       ☐ Suppliers or vendors
Street                                                                                                       ☐ Services
                                                                                                             ☒ Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3566  Sigma Foodservice Comercial S de RL de C.V.        4/2/2025        $              141.56        ☐ Secured debt
Creditor's Name                                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                       ☐ Suppliers or vendors
Street                                                                                                       ☐ Services
                                                                                                             ☒ Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3567  Sigma Foodservice Comercial S de RL de C.V.        4/2/2025        $              169.15        ☐ Secured debt
Creditor's Name                                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                       ☐ Suppliers or vendors
Street                                                                                                       ☐ Services
                                                                                                             ☒ Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

3.3568  Sigma Foodservice Comercial S de RL de C.V.        4/2/2025        $              221.28        ☐ Secured debt
Creditor's Name                                                                                              ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                                       ☐ Suppliers or vendors
Street                                                                                                       ☐ Services
                                                                                                             ☒ Other      Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3569 | Sigma Foodservice Comercial S de RL de C.V. | 4/2/2025 | $ 495.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3570 | Sigma Foodservice Comercial S de RL de C.V. | 4/7/2025 | $ 8.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3571 | Sigma Foodservice Comercial S de RL de C.V. | 4/7/2025 | $ 25.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3572 | Sigma Foodservice Comercial S de RL de C.V. | 4/7/2025 | $ 31.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3573  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

| | |
|---|---|
| 4/7/2025 | $ 49.91 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.3574  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

| | |
|---|---|
| 4/7/2025 | $ 70.09 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.3575  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

| | |
|---|---|
| 4/7/2025 | $ 71.41 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.3576  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

| | |
|---|---|
| 4/7/2025 | $ 99.06 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.3577  Sigma Foodservice Comercial S de RL de C.V.    4/7/2025    $    137.40    ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                                ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

3.3578  Sigma Foodservice Comercial S de RL de C.V.    4/7/2025    $    154.69    ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                                ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

3.3579  Sigma Foodservice Comercial S de RL de C.V.    4/7/2025    $    196.15    ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                                ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

3.3580  Sigma Foodservice Comercial S de RL de C.V.    4/7/2025    $    215.19    ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services

                                                                                                ☑ Other    Trade

Mexico City          Mexico City    11520
City                 State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3581 | Sigma Foodservice Comercial S de RL de C.V. | 4/7/2025 | $ | 321.68 | | |
|---|---|---|---|---|---|---|

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

| 3.3582 | Sigma Foodservice Comercial S de RL de C.V. | 4/7/2025 | $ | 350.80 | | |
|---|---|---|---|---|---|---|

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

| 3.3583 | Sigma Foodservice Comercial S de RL de C.V. | 4/7/2025 | $ | 642.10 | | |
|---|---|---|---|---|---|---|

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

| 3.3584 | Sigma Foodservice Comercial S de RL de C.V. | 4/9/2025 | $ | 151.41 | | |
|---|---|---|---|---|---|---|

Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City    Mexico City    11520
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3585  Sigma Foodservice Comercial S de RL de C.V.     4/9/2025     $             351.95
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

3.3586  Sigma Foodservice Comercial S de RL de C.V.     4/9/2025     $             373.77
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

3.3587  Sigma Foodservice Comercial S de RL de C.V.     4/15/2025     $             12.25
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

3.3588  Sigma Foodservice Comercial S de RL de C.V.     4/15/2025     $             13.33
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.3589  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025        $            43.45        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                        ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                                                                                             ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

3.3590  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025        $            45.25        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                        ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                                                                                             ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

3.3591  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025        $            60.22        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                        ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                                                                                             ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

3.3592  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025        $            71.41        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                        ☐  Suppliers or vendors
Street                                                                                       ☐  Services

                                                                                             ☒  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3593 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $    94.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3594 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $    120.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3595 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $    189.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3596 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $    194.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mexico City    Mexico City    11520 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | |
|---|---|---|---|
| 3.3597 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $ 211.15 |
| | Creditor's Name | | |

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City              State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3598 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $ 239.79 |
| | Creditor's Name | | |

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City              State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3599 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $ 383.23 |
| | Creditor's Name | | |

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City              State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3600 | Sigma Foodservice Comercial S de RL de C.V. | 4/15/2025 | $ 410.58 |
| | Creditor's Name | | |

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City              State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

3.3601  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025    $           542.34    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3602  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025    $           566.19    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3603  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025    $           661.89    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

3.3604  Sigma Foodservice Comercial S de RL de C.V.    4/15/2025    $         1,047.01    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                   ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.3605  Sigma Foodservice Comercial S de RL de C.V.    4/16/2025    $        26.12    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                               ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☑ Other    Trade

Mexico City        Mexico City    11520
City                State          ZIP Code
Mexico
Country

3.3606  Sigma Foodservice Comercial S de RL de C.V.    4/16/2025    $        222.85    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                               ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☑ Other    Trade

Mexico City        Mexico City    11520
City                State          ZIP Code
Mexico
Country

3.3607  Sigma Foodservice Comercial S de RL de C.V.    4/16/2025    $        351.30    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                               ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☑ Other    Trade

Mexico City        Mexico City    11520
City                State          ZIP Code
Mexico
Country

3.3608  Sigma Foodservice Comercial S de RL de C.V.    4/16/2025    $        906.74    ☐ Secured debt
Creditor's Name                                                                      ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                               ☐ Suppliers or vendors
Street                                                                               ☐ Services
                                                                                     ☑ Other    Trade

Mexico City        Mexico City    11520
City                State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*: 25-10715

Name

3.3609  Sigma Foodservice Comercial S de RL de C.V.    3/19/2025    $    28.42    ☐ Secured debt
        Creditor's Name                                                                ☐ Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                         ☐ Suppliers or vendors
        Street                                                                         ☐ Services

                                                                                       ☑ Other    Trade

        Mexico City          Mexico City   11520
        City                 State         ZIP Code
        Mexico
        Country

3.3610  Sigma Foodservice Comercial S de RL de C.V.    3/25/2025    $    18.50    ☐ Secured debt
        Creditor's Name                                                                ☐ Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                         ☐ Suppliers or vendors
        Street                                                                         ☐ Services

                                                                                       ☑ Other    Trade

        Mexico City          Mexico City   11520
        City                 State         ZIP Code
        Mexico
        Country

3.3611  Sigma Foodservice Comercial S de RL de C.V.    3/25/2025    $    18.50    ☐ Secured debt
        Creditor's Name                                                                ☐ Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                         ☐ Suppliers or vendors
        Street                                                                         ☐ Services

                                                                                       ☑ Other    Trade

        Mexico City          Mexico City   11520
        City                 State         ZIP Code
        Mexico
        Country

3.3612  Sigma Foodservice Comercial S de RL de C.V.    3/25/2025    $    18.50    ☐ Secured debt
        Creditor's Name                                                                ☐ Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                         ☐ Suppliers or vendors
        Street                                                                         ☐ Services

                                                                                       ☑ Other    Trade

        Mexico City          Mexico City   11520
        City                 State         ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

3.3613  Sigma Foodservice Comercial S de RL de C.V.
Creditor's Name

3/19/2025        $        28.42

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City            State        ZIP Code

Mexico
Country

3.3614  Sindicato Unico de Choferes Taxistas y
Similares de La Isla de Cozumel
Creditor's Name

1/17/2025        $        4,900.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Av. López Portillo 103
Street

Cancún        Quintana Roo    77500
City            State        ZIP Code

Mexico
Country

3.3615  Sindicato Unico de Choferes Taxistas y
Similares de La Isla de Cozumel
Creditor's Name

1/20/2025        $        4,900.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Av. López Portillo 103
Street

Cancún        Quintana Roo    77500
City            State        ZIP Code

Mexico
Country

3.3616  Sindicato Unico de Choferes Taxistas y
Similares de La Isla de Cozumel
Creditor's Name

1/23/2025        $        4,900.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Av. López Portillo 103
Street

Cancún        Quintana Roo    77500
City            State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):*  25-10715
_____

| | | | | |
|---|---|---|---|---|
| 3.3617 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel<br>Creditor's Name | 1/24/2025 | $ 9,800.00 | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103<br>Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún              Quintana Roo        77500<br>City          State          ZIP Code | | | |
| | Mexico<br>Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3618 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel<br>Creditor's Name | 1/27/2025 | $ 4,900.00 | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103<br>Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún              Quintana Roo        77500<br>City          State          ZIP Code | | | |
| | Mexico<br>Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3619 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel<br>Creditor's Name | 1/28/2025 | $ 4,900.00 | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103<br>Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún              Quintana Roo        77500<br>City          State          ZIP Code | | | |
| | Mexico<br>Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3620 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel<br>Creditor's Name | 1/29/2025 | $ 4,900.00 | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103<br>Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún              Quintana Roo        77500<br>City          State          ZIP Code | | | |
| | Mexico<br>Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 3.3621 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 1/30/2025 | $ 4,900.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

Cancún    Quintana Roo    77500
City    State    ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.3622 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 1/31/2025 | $ 839.70 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

Cancún    Quintana Roo    77500
City    State    ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.3623 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 1/31/2025 | $ 4,060.30 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

Cancún    Quintana Roo    77500
City    State    ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.3624 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/4/2025 | $ 5,017.75 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

Cancún    Quintana Roo    77500
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.3625 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/5/2025 | $ 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3626 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/6/2025 | $ 838.94 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3627 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/6/2025 | $ 4,061.06 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3628 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/7/2025 | $ 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| 3.3629 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/11/2025 | $ | 4,982.19 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.3630 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/13/2025 | $ | 4,900.00 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.3631 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/14/2025 | $ | 1,148.69 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.3632 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/14/2025 | $ | 3,751.31 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3633 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/17/2025 | $          4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún          Quintana Roo          77500 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3634 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/18/2025 | $          4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún          Quintana Roo          77500 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3635 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/19/2025 | $          4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún          Quintana Roo          77500 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3636 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/20/2025 | $          222.93 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 103 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún          Quintana Roo          77500 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3637 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/20/2025 | $ | 4,677.07 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.3638 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/21/2025 | $ | 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.3639 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/25/2025 | $ | 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

| | | | | |
|---|---|---|---|---|
| 3.3640 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/26/2025 | $ | 332.86 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | |
|---|---|---|---|
| 3.3641 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/26/2025 | $ 4,567.14 |

Creditor's Name

Av. López Portillo 103
Street

Cancún   Quintana Roo   77500
City   State   ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3642 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/27/2025 | $ 451.33 |

Creditor's Name

Av. López Portillo 103
Street

Cancún   Quintana Roo   77500
City   State   ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3643 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/27/2025 | $ 4,448.67 |

Creditor's Name

Av. López Portillo 103
Street

Cancún   Quintana Roo   77500
City   State   ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3644 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/28/2025 | $ 1,561.13 |

Creditor's Name

Av. López Portillo 103
Street

Cancún   Quintana Roo   77500
City   State   ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

| | | | |
|---|---|---|---|
| 3.3645 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/28/2025 | $ 3,338.87 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

|  | Quintana Roo | 77500 |
|---|---|---|
| Cancún | | |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3646 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/3/2025 | $ 4,900.00 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

|  | Quintana Roo | 77500 |
|---|---|---|
| Cancún | | |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3647 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/4/2025 | $ 1,796.36 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

|  | Quintana Roo | 77500 |
|---|---|---|
| Cancún | | |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.3648 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/4/2025 | $ 3,103.64 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

|  | Quintana Roo | 77500 |
|---|---|---|
| Cancún | | |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

| 3.3649 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/5/2025 | $ | 4,900.00 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

|          | Quintana |        |
|----------|----------|--------|
| Cancún   | Roo      | 77500  |
| City     | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.3650 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/6/2025 | $ | 564.63 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

|          | Quintana |        |
|----------|----------|--------|
| Cancún   | Roo      | 77500  |
| City     | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.3651 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/6/2025 | $ | 1,853.26 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

|          | Quintana |        |
|----------|----------|--------|
| Cancún   | Roo      | 77500  |
| City     | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.3652 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/6/2025 | $ | 2,482.11 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

|          | Quintana |        |
|----------|----------|--------|
| Cancún   | Roo      | 77500  |
| City     | State    | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.
_____

Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 3.3653 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/7/2025 | $ 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3654 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/10/2025 | $ 645.27 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3655 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/10/2025 | $ 4,254.73 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3656 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/13/2025 | $ 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

| | | | |
|---|---|---|---|
| 3.3657 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/14/2025 | $ 1,644.87 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3658 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/14/2025 | $ 3,255.13 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3659 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/18/2025 | $ 298.80 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3660 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/18/2025 | $ 4,601.20 |

Creditor's Name

Av. López Portillo 103

Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3661 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/20/2025 | $ | 4,815.02 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.3662 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/21/2025 | $ | 4,900.00 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.3663 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/24/2025 | $ | 1,503.13 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.3664 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/24/2025 | $ | 3,396.87 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3665 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/25/2025 | $ | 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3666 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/26/2025 | $ | 2,030.00 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3667 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/26/2025 | $ | 2,870.00 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3668 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/28/2025 | $ | 1,468.50 |

Creditor's Name

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City          State          ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3669 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/28/2025 | $ | 3,431.50 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.3670 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 3/31/2025 | $ | 4,900.00 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.3671 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/1/2025 | $ | 1,287.88 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.3672 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/1/2025 | $ | 3,612.12 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 103
Street

| | | |
|---|---|---|
| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

|  | | | |
|---|---|---|---|
| 3.3673 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/2/2025 | $ 1,215.07 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

|  | | | |
|---|---|---|---|
| 3.3674 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/2/2025 | $ 3,684.93 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

|  | | | |
|---|---|---|---|
| 3.3675 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/3/2025 | $ 4,900.00 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

|  | | | |
|---|---|---|---|
| 3.3676 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/4/2025 | $ 4,900.00 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.3677 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/7/2025 | $ | 1,964.81 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 103

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77500 | |
| City | State | ZIP Code | |

☑ Other    Trade

Mexico

Country

| 3.3678 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/7/2025 | $ | 2,935.19 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 103

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77500 | |
| City | State | ZIP Code | |

☑ Other    Trade

Mexico

Country

| 3.3679 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/8/2025 | $ | 4,900.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 103

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77500 | |
| City | State | ZIP Code | |

☑ Other    Trade

Mexico

Country

| 3.3680 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/9/2025 | $ | 804.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. López Portillo 103

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | |
|---|---|---|---|
| Cancún | Roo | 77500 | |
| City | State | ZIP Code | |

☑ Other    Trade

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3681 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/9/2025 | $ | 4,095.21 |

Creditor's Name

Av. López Portillo 103
Street

Cancún / Quintana Roo / 77500
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3682 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/10/2025 | $ | 4,900.00 |

Creditor's Name

Av. López Portillo 103
Street

Cancún / Quintana Roo / 77500
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3683 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/11/2025 | $ | 2,086.16 |

Creditor's Name

Av. López Portillo 103
Street

Cancún / Quintana Roo / 77500
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | | |
|---|---|---|---|---|
| 3.3684 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/11/2025 | $ | 2,813.84 |

Creditor's Name

Av. López Portillo 103
Street

Cancún / Quintana Roo / 77500
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.3685 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/14/2025 | $ 4,900.00 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3686 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/15/2025 | $ 445.78 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3687 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/15/2025 | $ 3,034.35 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.3688 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/15/2025 | $ 3,084.42 |
| | Creditor's Name | | |

Av. López Portillo 103
Street

| Cancún | Quintana Roo | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3689 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/15/2025 | $ | 5,685.45 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.3690 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 4/16/2025 | $ | 12,250.00 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.3691 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 1/22/2025 | $ | 4,900.00 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.3692 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 1/22/2025 | $ | 4,900.00 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103

Street

| | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

---

Name

| 3.3693 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/12/2025 | $ | 4,900.00 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103

Street

| | Quintana | |
| Cancún | Roo | 77500 |

City       State       ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

---

| 3.3694 | Sindicato Unico de Choferes Taxistas y Similares de La Isla de Cozumel | 2/12/2025 | $ | 4,900.00 |
|---|---|---|---|---|

Creditor's Name

Av. López Portillo 103

Street

| | Quintana | |
| Cancún | Roo | 77500 |

City       State       ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

---

| 3.3695 | Sociedad de Autores y Compositores de Mexico S de Gc de LP | 1/27/2025 | $ | 1,298.62 |
|---|---|---|---|---|

Creditor's Name

Calle Puebla 186

Street

| Roma Norte, | | |
| Cuauhtémoc | CDMX | 06700 |

City       State       ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

---

| 3.3696 | Sociedad de Autores y Compositores de Mexico S de Gc de LP | 1/27/2025 | $ | 1,743.10 |
|---|---|---|---|---|

Creditor's Name

Calle Puebla 186

Street

| Roma Norte, | | |
| Cuauhtémoc | CDMX | 06700 |

City       State       ZIP Code

Mexico

Country

☐ Secured debt

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other  Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3697 | Sociedad de Autores y Compositores de Mexico S de Gc de LP | 2/21/2025 | $ | 1,298.62 | ☐ Secured debt |
|--------|--------------|-----------|---|----------|----------------|

Creditor's Name

Calle Puebla 186

Street

Roma Norte, Cuauhtémoc    CDMX    06700

City    State    ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.3698 Sociedad de Autores y Compositores de Mexico S de Gc de LP    2/21/2025    $    1,744.42

Creditor's Name

Calle Puebla 186

Street

Roma Norte, Cuauhtémoc    CDMX    06700

City    State    ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.3699 Sociedad de Autores y Compositores de Mexico S de Gc de LP    3/28/2025    $    1,298.62

Creditor's Name

Calle Puebla 186

Street

Roma Norte, Cuauhtémoc    CDMX    06700

City    State    ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

3.3700 Sociedad de Autores y Compositores de Mexico S de Gc de LP    3/28/2025    $    1,744.42

Creditor's Name

Calle Puebla 186

Street

Roma Norte, Cuauhtémoc    CDMX    06700

City    State    ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

---

Name

| 3.3701 | Sociedad de Autores y Compositores de Mexico S de Gc de LP | 4/11/2025 | $ | 1,860.71 |
|---|---|---|---|---|

Creditor's Name

Calle Puebla 186
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

---

| 3.3702 | Soluciones Industriales Electricas Y Mecanicas SRL de C.V. | 1/23/2025 | $ | 408.11 |
|---|---|---|---|---|

Creditor's Name

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Street

Mérida    Yucatán    97070
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

---

| 3.3703 | Soluciones Industriales Electricas Y Mecanicas SRL de C.V. | 1/23/2025 | $ | 2,176.62 |
|---|---|---|---|---|

Creditor's Name

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Street

Mérida    Yucatán    97070
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

---

| 3.3704 | Soluciones Industriales Electricas Y Mecanicas SRL de C.V. | 3/3/2025 | $ | 2,248.08 |
|---|---|---|---|---|

Creditor's Name

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Street

Mérida    Yucatán    97070
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

**3.3705** Soluciones Industriales Electricas Y Mecanicas SRL de C.V.
Creditor's Name

3/6/2025   $   1,489.21

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Street

| Mérida | Yucatán | 97070 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.3706** Soluciones Industriales Electricas Y Mecanicas SRL de C.V.
Creditor's Name

3/13/2025   $   5,482.59

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Street

| Mérida | Yucatán | 97070 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.3707** Soluciones Industriales Electricas Y Mecanicas SRL de C.V.
Creditor's Name

4/3/2025   $   212.20

Calle 28 No. 261 x 23 y 25, Colonia García Ginerés
Street

| Mérida | Yucatán | 97070 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

**3.3708** SSA Mexico S.A. de C.V.
Creditor's Name

1/22/2025   $   3,828.00

Av. Santa Fe No. 170, Santa Fe
Street

| Álvaro Obregón | CDMX | 01210 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3709 | SSA Mexico S.A. de C.V. | 1/27/2025 | $ 3,828.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3710 | SSA Mexico S.A. de C.V. | 1/27/2025 | $ 7,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3711 | SSA Mexico S.A. de C.V. | 1/28/2025 | $ 13,840.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3712 | SSA Mexico S.A. de C.V. | 2/20/2025 | $ 3,828.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                              Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3713 | SSA Mexico S.A. de C.V. | 3/10/2025 | $ 16,954.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón     CDMX     01210 | | | |
| | City               State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3714 | SSA Mexico S.A. de C.V. | 4/4/2025 | $ 878.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón     CDMX     01210 | | | |
| | City               State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3715 | SSA Mexico S.A. de C.V. | 4/10/2025 | $ 187.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón     CDMX     01210 | | | |
| | City               State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3716 | SSA Mexico S.A. de C.V. | 4/15/2025 | $ 187.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Álvaro Obregón     CDMX     01210 | | | |
| | City               State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known): 25-10715

Name

| 3.3717 | SSA Mexico S.A. de C.V. | 2/17/2025 | $ | 20,095.84 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3718 | SSA Mexico S.A. de C.V. | 2/17/2025 | $ | 20,095.84 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Santa Fe No. 170, Santa Fe | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Álvaro Obregón    CDMX    01210 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3719 | Telefonos de Mexico SAB de C.V. | 1/17/2025 | $ | 6,932.71 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 20 No. 153 x 17 y 19, Itzimná | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Mérida    Yucatán    97100 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3720 | Telefonos de Mexico SAB de C.V. | 1/22/2025 | $ | 6,685.99 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 20 No. 153 x 17 y 19, Itzimná | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Mérida    Yucatán    97100 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| 3.3721 | Telefonos de Mexico SAB de C.V. | 1/22/2025 | $ | 6,957.29 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 20 No. 153 x 17 y 19, Itzimná

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Mérida          Yucatán     97100

City              State         ZIP Code

Mexico

Country

| 3.3722 | Telefonos de Mexico SAB de C.V. | 2/11/2025 | $ | 6,594.09 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 20 No. 153 x 17 y 19, Itzimná

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Mérida          Yucatán     97100

City              State         ZIP Code

Mexico

Country

| 3.3723 | Telefonos de Mexico SAB de C.V. | 3/26/2025 | $ | 6,734.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 20 No. 153 x 17 y 19, Itzimná

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Mérida          Yucatán     97100

City              State         ZIP Code

Mexico

Country

| 3.3724 | Telefonos de Mexico SAB de C.V. | 3/28/2025 | $ | 6,630.46 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 20 No. 153 x 17 y 19, Itzimná

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Trade

Mérida          Yucatán     97100

City              State         ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.3725 Terminal de Cruceros Punta Langosta S.A. de C.V.

Creditor's Name

Av. Rafael E. Melgar 599

Street

| | Quintana | |
|---|---|---|
| Cozumel Centro | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

2/11/2025    $    4,199.18

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.3726 Terminal de Cruceros Punta Langosta S.A. de C.V.

Creditor's Name

Av. Rafael E. Melgar 599

Street

| | Quintana | |
|---|---|---|
| Cozumel Centro | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/31/2025    $    5,457.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.3727 Terminal de Cruceros Punta Langosta S.A. de C.V.

Creditor's Name

Av. Rafael E. Melgar 599

Street

| | Quintana | |
|---|---|---|
| Cozumel Centro | Roo | 77600 |
| City | State | ZIP Code |

Mexico

Country

3/31/2025    $    6,620.72

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

3.3728 Terrenos de Isla Mujeres S.A. de C.V.

Creditor's Name

Av. Rueda Medina 44

Street

| | Quintana | |
|---|---|---|
| Isla Mujeres | Roo | 77400 |
| City | State | ZIP Code |

Mexico

Country

1/17/2025    $    4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

___ Name

**3.3729** Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

1/20/2025     $     2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Rueda Medina 44
Street

Isla Mujeres     Quintana Roo     77400
City          State          ZIP Code

Mexico
Country

**3.3730** Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

1/21/2025     $     9,051.62

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Rueda Medina 44
Street

Isla Mujeres     Quintana Roo     77400
City          State          ZIP Code

Mexico
Country

**3.3731** Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

1/22/2025     $     2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Rueda Medina 44
Street

Isla Mujeres     Quintana Roo     77400
City          State          ZIP Code

Mexico
Country

**3.3732** Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

1/23/2025     $     2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Av. Rueda Medina 44
Street

Isla Mujeres     Quintana Roo     77400
City          State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                   Case number *(if known)*:   25-10715

Name

3.3733  Terrenos de Isla Mujeres S.A. de C.V.          1/24/2025    $        2,450.00    ☐  Secured debt
        Creditor's Name                                                                  ☐  Unsecured loan repayments

        Av. Rueda Medina 44                                                              ☐  Suppliers or vendors
        Street                                                                           ☐  Services
                                                                                         ☑  Other    Trade
                          Quintana
        Isla Mujeres      Roo          77400
        City              State        ZIP Code

        Mexico
        Country

3.3734  Terrenos de Isla Mujeres S.A. de C.V.          1/27/2025    $        2,450.00    ☐  Secured debt
        Creditor's Name                                                                  ☐  Unsecured loan repayments

        Av. Rueda Medina 44                                                              ☐  Suppliers or vendors
        Street                                                                           ☐  Services
                                                                                         ☑  Other    Trade
                          Quintana
        Isla Mujeres      Roo          77400
        City              State        ZIP Code

        Mexico
        Country

3.3735  Terrenos de Isla Mujeres S.A. de C.V.          1/27/2025    $        3,231.89    ☐  Secured debt
        Creditor's Name                                                                  ☐  Unsecured loan repayments

        Av. Rueda Medina 44                                                              ☐  Suppliers or vendors
        Street                                                                           ☐  Services
                                                                                         ☑  Other    Trade
                          Quintana
        Isla Mujeres      Roo          77400
        City              State        ZIP Code

        Mexico
        Country

3.3736  Terrenos de Isla Mujeres S.A. de C.V.          1/28/2025    $        2,450.00    ☐  Secured debt
        Creditor's Name                                                                  ☐  Unsecured loan repayments

        Av. Rueda Medina 44                                                              ☐  Suppliers or vendors
        Street                                                                           ☐  Services
                                                                                         ☑  Other    Trade
                          Quintana
        Isla Mujeres      Roo          77400
        City              State        ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| 3.3737 | Terrenos de Isla Mujeres S.A. de C.V. | 1/29/2025 | $ | 2,450.00 | ☐ Secured debt |
|--------|----------------------------------------|-----------|---|----------|----------------|

Creditor's Name

Av. Rueda Medina 44
Street

Isla Mujeres | Quintana Roo | 77400
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3738 Terrenos de Isla Mujeres S.A. de C.V.    1/30/2025    $    2,450.00

Creditor's Name

Av. Rueda Medina 44
Street

Isla Mujeres | Quintana Roo | 77400
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3739 Terrenos de Isla Mujeres S.A. de C.V.    1/31/2025    $    2,450.00

Creditor's Name

Av. Rueda Medina 44
Street

Isla Mujeres | Quintana Roo | 77400
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3740 Terrenos de Isla Mujeres S.A. de C.V.    2/4/2025    $    2,450.00

Creditor's Name

Av. Rueda Medina 44
Street

Isla Mujeres | Quintana Roo | 77400
City | State | ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715
_____

Name

3.3741 Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

Av. Rueda Medina 44
Street

| | Quintana | |
| Isla Mujeres | Roo | 77400 |
| City | State | ZIP Code |

Mexico
Country

2/5/2025        $         2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3742 Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

Av. Rueda Medina 44
Street

| | Quintana | |
| Isla Mujeres | Roo | 77400 |
| City | State | ZIP Code |

Mexico
Country

2/6/2025        $         2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3743 Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

Av. Rueda Medina 44
Street

| | Quintana | |
| Isla Mujeres | Roo | 77400 |
| City | State | ZIP Code |

Mexico
Country

2/12/2025        $         2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3744 Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

Av. Rueda Medina 44
Street

| | Quintana | |
| Isla Mujeres | Roo | 77400 |
| City | State | ZIP Code |

Mexico
Country

2/13/2025        $         2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3745 | Terrenos de Isla Mujeres S.A. de C.V. | 2/14/2025 | $ | 2,450.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Rueda Medina 44

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.3746 | Terrenos de Isla Mujeres S.A. de C.V. | 2/17/2025 | $ | 2,450.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Rueda Medina 44

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.3747 | Terrenos de Isla Mujeres S.A. de C.V. | 2/18/2025 | $ | 2,450.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Rueda Medina 44

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

| 3.3748 | Terrenos de Isla Mujeres S.A. de C.V. | 2/19/2025 | $ | 2,450.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Rueda Medina 44

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

| Isla Mujeres | Quintana Roo | 77400 |
|---|---|---|

City    State    ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3749 | Terrenos de Isla Mujeres S.A. de C.V. | 2/20/2025 | $ | 2,450.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana Roo | | | | | |
| | Isla Mujeres        77400 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3750 | Terrenos de Isla Mujeres S.A. de C.V. | 2/21/2025 | $ | 2,450.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana Roo | | | | | |
| | Isla Mujeres        77400 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3751 | Terrenos de Isla Mujeres S.A. de C.V. | 2/24/2025 | $ | 2,450.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana Roo | | | | | |
| | Isla Mujeres        77400 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3752 | Terrenos de Isla Mujeres S.A. de C.V. | 2/25/2025 | $ | 2,450.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Rueda Medina 44 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Quintana Roo | | | | | |
| | Isla Mujeres        77400 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*  25-10715

Name

3.3753  Terrenos de Isla Mujeres S.A. de C.V.          2/26/2025      $         2,450.00        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other    Trade
           Quintana
Isla Mujeres    Roo      77400
City            State    ZIP Code

Mexico
Country

3.3754  Terrenos de Isla Mujeres S.A. de C.V.          2/27/2025      $         2,450.00        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other    Trade
           Quintana
Isla Mujeres    Roo      77400
City            State    ZIP Code

Mexico
Country

3.3755  Terrenos de Isla Mujeres S.A. de C.V.          2/28/2025      $         2,450.00        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other    Trade
           Quintana
Isla Mujeres    Roo      77400
City            State    ZIP Code

Mexico
Country

3.3756  Terrenos de Isla Mujeres S.A. de C.V.          3/3/2025      $         2,450.00         ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                             ☐  Suppliers or vendors
Street                                                                                          ☐  Services
                                                                                                ☑  Other    Trade
           Quintana
Isla Mujeres    Roo      77400
City            State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:  25-10715

| | | | |
|---|---|---|---|

**Name**

**3.3757**  Terrenos de Isla Mujeres S.A. de C.V.          3/4/2025        $        2,450.00        ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Av. Rueda Medina 44                                                                                      ☐ Suppliers or vendors
Street                                                                                                   ☐ Services

                         Quintana                                                                        ☑ Other    Trade
                         Roo
Isla Mujeres             State          77400
City                     State          ZIP Code

Mexico
Country

**3.3758**  Terrenos de Isla Mujeres S.A. de C.V.          3/10/2025       $        2,450.00        ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Av. Rueda Medina 44                                                                                      ☐ Suppliers or vendors
Street                                                                                                   ☐ Services

                         Quintana                                                                        ☑ Other    Trade
                         Roo
Isla Mujeres             State          77400
City                     State          ZIP Code

Mexico
Country

**3.3759**  Terrenos de Isla Mujeres S.A. de C.V.          3/11/2025       $        2,450.00        ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Av. Rueda Medina 44                                                                                      ☐ Suppliers or vendors
Street                                                                                                   ☐ Services

                         Quintana                                                                        ☑ Other    Trade
                         Roo
Isla Mujeres             State          77400
City                     State          ZIP Code

Mexico
Country

**3.3760**  Terrenos de Isla Mujeres S.A. de C.V.          3/13/2025       $        2,450.00        ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

Av. Rueda Medina 44                                                                                      ☐ Suppliers or vendors
Street                                                                                                   ☐ Services

                         Quintana                                                                        ☑ Other    Trade
                         Roo
Isla Mujeres             State          77400
City                     State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.3761  Terrenos de Isla Mujeres S.A. de C.V.        3/14/2025        $           2,450.00        ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                                ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade
                        Quintana
Isla Mujeres            Roo         77400
City                    State       ZIP Code

Mexico
Country

3.3762  Terrenos de Isla Mujeres S.A. de C.V.        3/18/2025        $           2,450.00        ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                                ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade
                        Quintana
Isla Mujeres            Roo         77400
City                    State       ZIP Code

Mexico
Country

3.3763  Terrenos de Isla Mujeres S.A. de C.V.        3/20/2025        $           4,900.00        ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                                ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade
                        Quintana
Isla Mujeres            Roo         77400
City                    State       ZIP Code

Mexico
Country

3.3764  Terrenos de Isla Mujeres S.A. de C.V.        3/21/2025        $           4,900.00        ☐  Secured debt
Creditor's Name                                                                                    ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                                ☐  Suppliers or vendors
Street                                                                                             ☐  Services
                                                                                                   ☒  Other      Trade
                        Quintana
Isla Mujeres            Roo         77400
City                    State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                            Case number *(if known)*:    25-10715

Name

3.3765  Terrenos de Isla Mujeres S.A. de C.V.        3/24/2025      $        2,450.00     ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                          ☒  Other      Trade
Isla Mujeres          Roo          77400
City                  State        ZIP Code

Mexico
Country

3.3766  Terrenos de Isla Mujeres S.A. de C.V.        3/25/2025      $        2,450.00     ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                          ☒  Other      Trade
Isla Mujeres          Roo          77400
City                  State        ZIP Code

Mexico
Country

3.3767  Terrenos de Isla Mujeres S.A. de C.V.        3/26/2025      $        2,450.00     ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                          ☒  Other      Trade
Isla Mujeres          Roo          77400
City                  State        ZIP Code

Mexico
Country

3.3768  Terrenos de Isla Mujeres S.A. de C.V.        3/27/2025      $        2,450.00     ☐  Secured debt
Creditor's Name                                                                         ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                     ☐  Suppliers or vendors
Street                                                                                  ☐  Services

                      Quintana                                                          ☒  Other      Trade
Isla Mujeres          Roo          77400
City                  State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                        Case number *(if known)*:    25-10715

Name

3.3769  Terrenos de Isla Mujeres S.A. de C.V.          3/28/2025      $        2,450.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                        ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                          Quintana                                                          ☑  Other      Trade
                          Roo
Isla Mujeres              State        77400
City                                   ZIP Code

Mexico
Country

3.3770  Terrenos de Isla Mujeres S.A. de C.V.          3/31/2025      $        2,450.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                        ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                          Quintana                                                          ☑  Other      Trade
                          Roo
Isla Mujeres              State        77400
City                                   ZIP Code

Mexico
Country

3.3771  Terrenos de Isla Mujeres S.A. de C.V.          4/1/2025       $        3,430.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                        ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                          Quintana                                                          ☑  Other      Trade
                          Roo
Isla Mujeres              State        77400
City                                   ZIP Code

Mexico
Country

3.3772  Terrenos de Isla Mujeres S.A. de C.V.          4/7/2025       $        2,450.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Av. Rueda Medina 44                                                                        ☐  Suppliers or vendors
Street                                                                                      ☐  Services

                          Quintana                                                          ☑  Other      Trade
                          Roo
Isla Mujeres              State        77400
City                                   ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3773  Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

4/8/2025

$        2,450.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Av. Rueda Medina 44
Street

Isla Mujeres        Quintana Roo        77400
City                State               ZIP Code

Mexico
Country

3.3774  Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

4/14/2025

$        2,450.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Av. Rueda Medina 44
Street

Isla Mujeres        Quintana Roo        77400
City                State               ZIP Code

Mexico
Country

3.3775  Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

4/15/2025

$        2,450.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Av. Rueda Medina 44
Street

Isla Mujeres        Quintana Roo        77400
City                State               ZIP Code

Mexico
Country

3.3776  Terrenos de Isla Mujeres S.A. de C.V.
Creditor's Name

4/16/2025

$        7,350.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Av. Rueda Medina 44
Street

Isla Mujeres        Quintana Roo        77400
City                State               ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*   25-10715

Name

---

**3.3777** Ticket Tours                          2/6/2025        $        4,150.12        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Uxmal 20, Centro                                                                     ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade
              Quintana
Cancún        Roo         77500
City          State       ZIP Code

Mexico
Country

---

**3.3778** Ticket Tours                          2/11/2025       $        5,368.50        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Av. Uxmal 20, Centro                                                                     ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade
              Quintana
Cancún        Roo         77500
City          State       ZIP Code

Mexico
Country

---

**3.3779** Tionen S.A. de C.V.                   1/17/2025       $          460.60        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mérida        Yucatán     97128
City          State       ZIP Code

Mexico
Country

---

**3.3780** Tionen S.A. de C.V.                   1/17/2025       $        1,450.40        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mérida        Yucatán     97128
City          State       ZIP Code

Mexico
Country

---

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

| 3.3781 | Tionen S.A. de C.V. | 1/17/2025 | $ | 1,715.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Mérida      Yucatán      97128 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3782 | Tionen S.A. de C.V. | 1/17/2025 | $ | 3,415.30 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Mérida      Yucatán      97128 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3783 | Tionen S.A. de C.V. | 1/17/2025 | $ | 5,899.60 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Mérida      Yucatán      97128 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.3784 | Tionen S.A. de C.V. | 1/17/2025 | $ | 13,607.30 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Mérida      Yucatán      97128 | | | | | |
| | City          State      ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3785 | Tionen S.A. de C.V. | 1/17/2025 | $ | 15,890.70 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Mérida          Yucatán          97128
City               State            ZIP Code

Mexico
Country

| 3.3786 | Tionen S.A. de C.V. | 1/20/2025 | $ | 1,788.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Mérida          Yucatán          97128
City               State            ZIP Code

Mexico
Country

| 3.3787 | Tionen S.A. de C.V. | 1/20/2025 | $ | 3,817.10 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Mérida          Yucatán          97128
City               State            ZIP Code

Mexico
Country

| 3.3788 | Tionen S.A. de C.V. | 1/24/2025 | $ | 44.10 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Trade

Mérida          Yucatán          97128
City               State            ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3789 | Tionen S.A. de C.V. | 1/24/2025 | $ 259.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3790 | Tionen S.A. de C.V. | 1/24/2025 | $ 578.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3791 | Tionen S.A. de C.V. | 1/24/2025 | $ 637.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3792 | Tionen S.A. de C.V. | 1/24/2025 | $ 847.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known): 25-10715
_____
Name

3.3793  Tionen S.A. de C.V.                          1/24/2025      $        1,715.00        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

3.3794  Tionen S.A. de C.V.                          1/24/2025      $        4,900.00        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

3.3795  Tionen S.A. de C.V.                          1/24/2025      $        7,815.50        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

3.3796  Tionen S.A. de C.V.                          1/24/2025      $        9,265.90        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐  Suppliers or vendors
Street                                                                                        ☐  Services
                                                                                              ☑  Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

3.3797   Tionen S.A. de C.V.
Creditor's Name

1/24/2025          $          9,800.00

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3798   Tionen S.A. de C.V.
Creditor's Name

1/24/2025          $          14,048.30

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3799   Tionen S.A. de C.V.
Creditor's Name

1/24/2025          $          23,539.60

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3800   Tionen S.A. de C.V.
Creditor's Name

1/27/2025          $          808.50

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City               State              ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):* 25-10715

Name

3.3801  Tionen S.A. de C.V.          1/30/2025    $    25,631.90    ☐ Secured debt
Creditor's Name                                                    ☐ Unsecured loan repayments
                                                                   ☐ Suppliers or vendors
Calle 7 No. 144 x 34 y 36, Col. México Norte                       ☐ Services
Street
                                                                   ☑ Other    Trade

Mérida          Yucatán    97128
City            State      ZIP Code

Mexico
Country

3.3802  Tionen S.A. de C.V.          1/30/2025    $    34,716.50    ☐ Secured debt
Creditor's Name                                                    ☐ Unsecured loan repayments
                                                                   ☐ Suppliers or vendors
Calle 7 No. 144 x 34 y 36, Col. México Norte                       ☐ Services
Street
                                                                   ☑ Other    Trade

Mérida          Yucatán    97128
City            State      ZIP Code

Mexico
Country

3.3803  Tionen S.A. de C.V.          1/31/2025    $    259.70       ☐ Secured debt
Creditor's Name                                                    ☐ Unsecured loan repayments
                                                                   ☐ Suppliers or vendors
Calle 7 No. 144 x 34 y 36, Col. México Norte                       ☐ Services
Street
                                                                   ☑ Other    Trade

Mérida          Yucatán    97128
City            State      ZIP Code

Mexico
Country

3.3804  Tionen S.A. de C.V.          1/31/2025    $    411.60       ☐ Secured debt
Creditor's Name                                                    ☐ Unsecured loan repayments
                                                                   ☐ Suppliers or vendors
Calle 7 No. 144 x 34 y 36, Col. México Norte                       ☐ Services
Street
                                                                   ☑ Other    Trade

Mérida          Yucatán    97128
City            State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.3805 | Tionen S.A. de C.V. | 1/31/2025 | $ | 553.70 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | | |
| | City            State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3806 | Tionen S.A. de C.V. | 1/31/2025 | $ | 1,430.80 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | | |
| | City            State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3807 | Tionen S.A. de C.V. | 1/31/2025 | $ | 1,715.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | | |
| | City            State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3808 | Tionen S.A. de C.V. | 1/31/2025 | $ | 3,474.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mérida        Yucatán        97128 | | | | |
| | City            State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3809 Tionen S.A. de C.V.
Creditor's Name

1/31/2025        $        4,209.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán        97128
City        State        ZIP Code

Mexico
Country

3.3810 Tionen S.A. de C.V.
Creditor's Name

1/31/2025        $        4,713.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán        97128
City        State        ZIP Code

Mexico
Country

3.3811 Tionen S.A. de C.V.
Creditor's Name

1/31/2025        $        4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán        97128
City        State        ZIP Code

Mexico
Country

3.3812 Tionen S.A. de C.V.
Creditor's Name

1/31/2025        $        7,016.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán        97128
City        State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known):*    25-10715

Name

3.3813  Tionen S.A. de C.V.                        1/31/2025        $        18,056.50      ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                              ☐  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                          ☑  Other      Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

3.3814  Tionen S.A. de C.V.                        2/4/2025         $        715.40       ☐  Secured debt
Creditor's Name                                                                           ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐  Suppliers or vendors
Street                                                                                    ☐  Services

                                                                                         ☑  Other      Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

3.3815  Tionen S.A. de C.V.                        2/4/2025         $        2,102.10     ☐  Secured debt
Creditor's Name                                                                           ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐  Suppliers or vendors
Street                                                                                    ☐  Services

                                                                                         ☑  Other      Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

3.3816  Tionen S.A. de C.V.                        2/5/2025         $        2,312.80     ☐  Secured debt
Creditor's Name                                                                           ☐  Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐  Suppliers or vendors
Street                                                                                    ☐  Services

                                                                                         ☑  Other      Trade

Mérida            Yucatán        97128
City              State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3817 | Tionen S.A. de C.V. | 2/7/2025 | $ | 44.10 | ☐ | Secured debt |
|--------|---------------------|----------|---|-------|---|--------------|

Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

| 3.3818 | Tionen S.A. de C.V. | 2/7/2025 | $ | 235.20 | ☐ | Secured debt |
|--------|---------------------|----------|---|--------|---|--------------|

Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

| 3.3819 | Tionen S.A. de C.V. | 2/7/2025 | $ | 372.40 | ☐ | Secured debt |
|--------|---------------------|----------|---|--------|---|--------------|

Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

| 3.3820 | Tionen S.A. de C.V. | 2/7/2025 | $ | 784.00 | ☐ | Secured debt |
|--------|---------------------|----------|---|--------|---|--------------|

Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.3821  Tionen S.A. de C.V.    2/7/2025    $    1,156.40
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3822  Tionen S.A. de C.V.    2/7/2025    $    1,715.00
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3823  Tionen S.A. de C.V.    2/7/2025    $    4,900.00
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.3824  Tionen S.A. de C.V.    2/7/2025    $    8,168.30
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.3825 Tionen S.A. de C.V.  2/7/2025  $  14,700.00
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City          State      ZIP Code

Mexico
Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.3826 Tionen S.A. de C.V.  2/7/2025  $  15,332.10
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City          State      ZIP Code

Mexico
Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.3827 Tionen S.A. de C.V.  2/7/2025  $  22,540.00
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City          State      ZIP Code

Mexico
Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.3828 Tionen S.A. de C.V.  2/10/2025  $  441.00
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City          State      ZIP Code

Mexico
Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                            Case number (if known):    25-10715

Name

3.3829  Tionen S.A. de C.V.                        2/10/2025      $        1,166.20      ☐  Secured debt
        Creditor's Name
                                                                                       ☐  Unsecured loan repayments

        Calle 7 No. 144 x 34 y 36, Col. México Norte                                   ☐  Suppliers or vendors
        Street
                                                                                       ☐  Services

                                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

3.3830  Tionen S.A. de C.V.                        2/14/2025      $          372.40     ☐  Secured debt
        Creditor's Name
                                                                                       ☐  Unsecured loan repayments

        Calle 7 No. 144 x 34 y 36, Col. México Norte                                   ☐  Suppliers or vendors
        Street
                                                                                       ☐  Services

                                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

3.3831  Tionen S.A. de C.V.                        2/14/2025      $          445.90     ☐  Secured debt
        Creditor's Name
                                                                                       ☐  Unsecured loan repayments

        Calle 7 No. 144 x 34 y 36, Col. México Norte                                   ☐  Suppliers or vendors
        Street
                                                                                       ☐  Services

                                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

3.3832  Tionen S.A. de C.V.                        2/14/2025      $        1,509.20     ☐  Secured debt
        Creditor's Name
                                                                                       ☐  Unsecured loan repayments

        Calle 7 No. 144 x 34 y 36, Col. México Norte                                   ☐  Suppliers or vendors
        Street
                                                                                       ☐  Services

                                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number (if known):    25-10715

Name

| 3.3833 | Tionen S.A. de C.V. | 2/14/2025 | $ | 1,715.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida        Yucatán      97128 | | | | |
| | City        State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3834 | Tionen S.A. de C.V. | 2/14/2025 | $ | 2,023.70 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida        Yucatán      97128 | | | | |
| | City        State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3835 | Tionen S.A. de C.V. | 2/14/2025 | $ | 3,018.40 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida        Yucatán      97128 | | | | |
| | City        State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3836 | Tionen S.A. de C.V. | 2/14/2025 | $ | 3,871.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida        Yucatán      97128 | | | | |
| | City        State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

Name

3.3837  Tionen S.A. de C.V.                          2/14/2025      $         4,699.10        ☐ Secured debt
       Creditor's Name                                                                       ☐ Unsecured loan repayments

       Calle 7 No. 144 x 34 y 36, Col. México Norte                                          ☐ Suppliers or vendors
       Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade

       Mérida            Yucatán       97128
       City              State         ZIP Code

       Mexico
       Country

3.3838  Tionen S.A. de C.V.                          2/14/2025      $         4,929.40        ☐ Secured debt
       Creditor's Name                                                                       ☐ Unsecured loan repayments

       Calle 7 No. 144 x 34 y 36, Col. México Norte                                          ☐ Suppliers or vendors
       Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade

       Mérida            Yucatán       97128
       City              State         ZIP Code

       Mexico
       Country

3.3839  Tionen S.A. de C.V.                          2/14/2025      $         13,087.90       ☐ Secured debt
       Creditor's Name                                                                       ☐ Unsecured loan repayments

       Calle 7 No. 144 x 34 y 36, Col. México Norte                                          ☐ Suppliers or vendors
       Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade

       Mérida            Yucatán       97128
       City              State         ZIP Code

       Mexico
       Country

3.3840  Tionen S.A. de C.V.                          2/17/2025      $            34.30        ☐ Secured debt
       Creditor's Name                                                                       ☐ Unsecured loan repayments

       Calle 7 No. 144 x 34 y 36, Col. México Norte                                          ☐ Suppliers or vendors
       Street                                                                                ☐ Services
                                                                                             ☑ Other    Trade

       Mérida            Yucatán       97128
       City              State         ZIP Code

       Mexico
       Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3841 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

2/17/2025     $      1,568.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3842 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

2/21/2025     $         44.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3843 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

2/21/2025     $        254.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3844 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

2/21/2025     $      1,112.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 3.3845 | Tionen S.A. de C.V. | 2/21/2025 | $ | 1,715.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Mérida         Yucatán      97128 | | | | |
| | City            State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3846 | Tionen S.A. de C.V. | 2/21/2025 | $ | 4,581.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Mérida         Yucatán      97128 | | | | |
| | City            State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3847 | Tionen S.A. de C.V. | 2/21/2025 | $ | 4,900.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Mérida         Yucatán      97128 | | | | |
| | City            State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3848 | Tionen S.A. de C.V. | 2/21/2025 | $ | 5,899.60 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Mérida         Yucatán      97128 | | | | |
| | City            State        ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

---

**3.3849** Tionen S.A. de C.V.
Creditor's Name

2/21/2025     $     14,700.00

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

**3.3850** Tionen S.A. de C.V.
Creditor's Name

2/21/2025     $     17,404.80

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

**3.3851** Tionen S.A. de C.V.
Creditor's Name

2/21/2025     $     24,269.70

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

**3.3852** Tionen S.A. de C.V.
Creditor's Name

2/24/2025     $     1,484.70

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City            State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3853 | Tionen S.A. de C.V. | 2/24/2025 | $   26,847.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida          Yucatán      97128 | | | |
| | City             State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3854 | Tionen S.A. de C.V. | 2/28/2025 | $   470.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida          Yucatán      97128 | | | |
| | City             State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3855 | Tionen S.A. de C.V. | 2/28/2025 | $   700.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida          Yucatán      97128 | | | |
| | City             State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3856 | Tionen S.A. de C.V. | 2/28/2025 | $   774.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Mérida          Yucatán      97128 | | | |
| | City             State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number (if known): 25-10715

Name

3.3857  Tionen S.A. de C.V.                    2/28/2025      $        1,029.00        ☐  Secured debt
        Creditor's Name                                                              ☐  Unsecured loan repayments
                                                                                     ☐  Suppliers or vendors
        Calle 7 No. 144 x 34 y 36, Col. México Norte                                 ☐  Services
        Street                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

3.3858  Tionen S.A. de C.V.                    2/28/2025      $        1,582.70        ☐  Secured debt
        Creditor's Name                                                              ☐  Unsecured loan repayments
                                                                                     ☐  Suppliers or vendors
        Calle 7 No. 144 x 34 y 36, Col. México Norte                                 ☐  Services
        Street                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

3.3859  Tionen S.A. de C.V.                    2/28/2025      $        1,715.00        ☐  Secured debt
        Creditor's Name                                                              ☐  Unsecured loan repayments
                                                                                     ☐  Suppliers or vendors
        Calle 7 No. 144 x 34 y 36, Col. México Norte                                 ☐  Services
        Street                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

3.3860  Tionen S.A. de C.V.                    2/28/2025      $        4,351.20        ☐  Secured debt
        Creditor's Name                                                              ☐  Unsecured loan repayments
                                                                                     ☐  Suppliers or vendors
        Calle 7 No. 144 x 34 y 36, Col. México Norte                                 ☐  Services
        Street                                                                       ☑  Other    Trade

        Mérida          Yucatán      97128
        City            State        ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.3861 Tionen S.A. de C.V.
Creditor's Name

2/28/2025    $    4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3862 Tionen S.A. de C.V.
Creditor's Name

2/28/2025    $    6,031.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3863 Tionen S.A. de C.V.
Creditor's Name

2/28/2025    $    16,243.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3864 Tionen S.A. de C.V.
Creditor's Name

2/28/2025    $    16,924.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.3865  Tionen S.A. de C.V.                        3/3/2025        $              254.80        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                   ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                               ☒ Other      Trade

Mérida              Yucatán        97128
City                State          ZIP Code

Mexico
Country

3.3866  Tionen S.A. de C.V.                        3/7/2025        $               44.10        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                   ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                               ☒ Other      Trade

Mérida              Yucatán        97128
City                State          ZIP Code

Mexico
Country

3.3867  Tionen S.A. de C.V.                        3/7/2025        $              774.20        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                   ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                               ☒ Other      Trade

Mérida              Yucatán        97128
City                State          ZIP Code

Mexico
Country

3.3868  Tionen S.A. de C.V.                        3/7/2025        $              784.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                   ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                               ☒ Other      Trade

Mérida              Yucatán        97128
City                State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

---

Name

3.3869 Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$ 1,019.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City             State            ZIP Code

Mexico
Country

3.3870 Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$ 1,715.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City             State            ZIP Code

Mexico
Country

3.3871 Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$ 2,023.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City             State            ZIP Code

Mexico
Country

3.3872 Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$ 4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City             State            ZIP Code

Mexico
Country

Name

3.3873  Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$  14,646.10

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other      Trade

3.3874  Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$  14,700.00

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other      Trade

3.3875  Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$  16,571.80

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other      Trade

3.3876  Tionen S.A. de C.V.
Creditor's Name

3/7/2025

$  20,643.70

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other      Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*    25-10715

Name

3.3877  Tionen S.A. de C.V.                          3/13/2025      $            367.50      ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                               ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade

Mérida             Yucatán      97128
City               State        ZIP Code

Mexico
Country

3.3878  Tionen S.A. de C.V.                          3/14/2025      $            372.40      ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                               ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade

Mérida             Yucatán      97128
City               State        ZIP Code

Mexico
Country

3.3879  Tionen S.A. de C.V.                          3/14/2025      $            475.30      ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                               ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade

Mérida             Yucatán      97128
City               State        ZIP Code

Mexico
Country

3.3880  Tionen S.A. de C.V.                          3/14/2025      $          1,563.10      ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                               ☐ Suppliers or vendors
Street                                                                                     ☐ Services
                                                                                           ☒ Other    Trade

Mérida             Yucatán      97128
City               State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.3881 Tionen S.A. de C.V.
Creditor's Name

3/14/2025    $    1,715.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3882 Tionen S.A. de C.V.
Creditor's Name

3/14/2025    $    3,018.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3883 Tionen S.A. de C.V.
Creditor's Name

3/14/2025    $    3,425.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3884 Tionen S.A. de C.V.
Creditor's Name

3/14/2025    $    4,782.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.3885 Tionen S.A. de C.V.
Creditor's Name

3/14/2025    $    4,816.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3886 Tionen S.A. de C.V.
Creditor's Name

3/14/2025    $    4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3887 Tionen S.A. de C.V.
Creditor's Name

3/14/2025    $    17,718.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

3.3888 Tionen S.A. de C.V.
Creditor's Name

3/19/2025    $    2,513.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida    Yucatán    97128
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

---

3.3889  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

3/21/2025    $    230.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3890  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

3/21/2025    $    431.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3891  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

3/21/2025    $    548.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

3.3892  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida            Yucatán        97128
City              State          ZIP Code

Mexico
Country

3/21/2025    $    676.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

| 3.3893 | Tionen S.A. de C.V. | 3/21/2025 | $ | 1,715.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida          Yucatán          97128 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3894 | Tionen S.A. de C.V. | 3/21/2025 | $ | 4,395.30 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida          Yucatán          97128 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3895 | Tionen S.A. de C.V. | 3/21/2025 | $ | 4,900.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida          Yucatán          97128 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.3896 | Tionen S.A. de C.V. | 3/21/2025 | $ | 14,700.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mérida          Yucatán          97128 | | | | |
| | City             State            ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

3.3897  Tionen S.A. de C.V.                          3/21/2025        $        15,395.80      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade

Mérida            Yucatán       97128
City              State         ZIP Code

Mexico
Country

3.3898  Tionen S.A. de C.V.                          3/21/2025        $        29,713.60      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade

Mérida            Yucatán       97128
City              State         ZIP Code

Mexico
Country

3.3899  Tionen S.A. de C.V.                          3/26/2025        $           142.10      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade

Mérida            Yucatán       97128
City              State         ZIP Code

Mexico
Country

3.3900  Tionen S.A. de C.V.                          3/28/2025        $            44.10      ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                                 ☐ Suppliers or vendors
Street                                                                                       ☐ Services
                                                                                             ☑ Other    Trade

Mérida            Yucatán       97128
City              State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.3901  Tionen S.A. de C.V.
Creditor's Name

3/28/2025    $              68.60

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán        97128
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.3902  Tionen S.A. de C.V.
Creditor's Name

3/28/2025    $              88.20

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán        97128
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.3903  Tionen S.A. de C.V.
Creditor's Name

3/28/2025    $             475.30

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán        97128
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

3.3904  Tionen S.A. de C.V.
Creditor's Name

3/28/2025    $             578.20

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán        97128
City             State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3905  Tionen S.A. de C.V.
Creditor's Name

3/28/2025

$ 980.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

3.3906  Tionen S.A. de C.V.
Creditor's Name

3/28/2025

$ 1,641.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

3.3907  Tionen S.A. de C.V.
Creditor's Name

3/28/2025

$ 1,715.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

3.3908  Tionen S.A. de C.V.
Creditor's Name

3/28/2025

$ 4,743.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                  Case number *(if known):*   25-10715

Name

**3.3909** Tionen S.A. de C.V.          3/28/2025    $    4,900.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida     Yucatán    97128
City       State     ZIP Code

Mexico
Country

**3.3910** Tionen S.A. de C.V.          3/28/2025    $    6,169.10
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida     Yucatán    97128
City       State     ZIP Code

Mexico
Country

**3.3911** Tionen S.A. de C.V.          3/28/2025    $    13,685.70
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida     Yucatán    97128
City       State     ZIP Code

Mexico
Country

**3.3912** Tionen S.A. de C.V.          3/28/2025    $    18,771.90
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida     Yucatán    97128
City       State     ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):* 25-10715

Name

3.3913 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

3/28/2025    $    20,643.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3914 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

4/1/2025    $    1,376.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3915 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

4/3/2025    $    6,340.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.3916 Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City             State        ZIP Code

Mexico
Country

4/4/2025    $    504.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.3917  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$                    1,337.70

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida          Yucatán      97128
City              State         ZIP Code

Mexico
Country

3.3918  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$                    1,715.00

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida          Yucatán      97128
City              State         ZIP Code

Mexico
Country

3.3919  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$                    2,023.70

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida          Yucatán      97128
City              State         ZIP Code

Mexico
Country

3.3920  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$                    2,361.80

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Mérida          Yucatán      97128
City              State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.3921  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$            4,900.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City              State          ZIP Code

Mexico
Country

3.3922  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$            8,104.60

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City              State          ZIP Code

Mexico
Country

3.3923  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$           24,210.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City              State          ZIP Code

Mexico
Country

3.3924  Tionen S.A. de C.V.
Creditor's Name

4/4/2025

$           31,247.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán      97128
City              State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.               Case number *(if known):*    25-10715

Name

| 3.3925 | Tionen S.A. de C.V. | 4/4/2025 | $ 32,389.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida    Yucatán    97128 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.3926 | Tionen S.A. de C.V. | 4/7/2025 | $ 78.40 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida    Yucatán    97128 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.3927 | Tionen S.A. de C.V. | 4/7/2025 | $ 627.20 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida    Yucatán    97128 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| 3.3928 | Tionen S.A. de C.V. | 4/9/2025 | $ 2,891.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other   Trade |
| | Mérida    Yucatán    97128 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.3929  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

| | 4/11/2025 | $ | 44.10 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3930  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

| | 4/11/2025 | $ | 441.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3931  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

| | 4/11/2025 | $ | 803.60 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

3.3932  Tionen S.A. de C.V.
Creditor's Name

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida          Yucatán          97128
City            State            ZIP Code

Mexico
Country

| | 4/11/2025 | $ | 1,715.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:  25-10715

Name

3.3933  Tionen S.A. de C.V.                    4/11/2025        $        1,768.90        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mérida              Yucatán        97128
City                State          ZIP Code
Mexico
Country

3.3934  Tionen S.A. de C.V.                    4/11/2025        $        3,469.20        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mérida              Yucatán        97128
City                State          ZIP Code
Mexico
Country

3.3935  Tionen S.A. de C.V.                    4/11/2025        $        3,969.00        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mérida              Yucatán        97128
City                State          ZIP Code
Mexico
Country

3.3936  Tionen S.A. de C.V.                    4/11/2025        $        4,478.60        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                                             ☐ Suppliers or vendors
Street                                                                                   ☐ Services
                                                                                         ☒ Other    Trade

Mérida              Yucatán        97128
City                State          ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

3.3937  Tionen S.A. de C.V.
Creditor's Name

4/11/2025    $    4,900.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City        State    ZIP Code

Mexico
Country

3.3938  Tionen S.A. de C.V.
Creditor's Name

4/11/2025    $    5,032.30

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City        State    ZIP Code

Mexico
Country

3.3939  Tionen S.A. de C.V.
Creditor's Name

4/11/2025    $    7,296.10

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City        State    ZIP Code

Mexico
Country

3.3940  Tionen S.A. de C.V.
Creditor's Name

4/11/2025    $    18,453.40

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Calle 7 No. 144 x 34 y 36, Col. México Norte
Street

Mérida        Yucatán    97128
City        State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.3941 | Tionen S.A. de C.V. | 4/14/2025 | $ | 739.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida          Yucatán    97128

City          State          ZIP Code

Mexico

Country

| 3.3942 | Tionen S.A. de C.V. | 4/16/2025 | $ | 710.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida          Yucatán    97128

City          State          ZIP Code

Mexico

Country

| 3.3943 | Tionen S.A. de C.V. | 4/16/2025 | $ | 1,715.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida          Yucatán    97128

City          State          ZIP Code

Mexico

Country

| 3.3944 | Tionen S.A. de C.V. | 4/16/2025 | $ | 3,425.10 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Mérida          Yucatán    97128

City          State          ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.3945 | Tionen S.A. de C.V. | 4/16/2025 | $ 16,321.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Mérida       Yucatán       97128 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3946 | Tionen S.A. de C.V. | 1/17/2025 | $ 4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Mérida       Yucatán       97128 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3947 | Tionen S.A. de C.V. | 1/17/2025 | $ 4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Mérida       Yucatán       97128 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3948 | Tionen S.A. de C.V. | 2/14/2025 | $ 4,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 7 No. 144 x 34 y 36, Col. México Norte | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Mérida       Yucatán       97128 | | | |
| | City          State          ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number (if known):    25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3949 | Tionen S.A. de C.V. | 2/14/2025 | $ | 4,900.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mérida            Yucatán        97128
City                State            ZIP Code

Mexico
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3950 | Tionen S.A. de C.V. | 4/16/2025 | $ | 4,900.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mérida            Yucatán        97128
City                State            ZIP Code

Mexico
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3951 | Tionen S.A. de C.V. | 4/16/2025 | $ | 4,900.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Calle 7 No. 144 x 34 y 36, Col. México Norte                ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Mérida            Yucatán        97128
City                State            ZIP Code

Mexico
Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3952 | Toka Internacional SAPI de C.V. | 1/27/2025 | $ | 224.88 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Insurgentes Sur 1457                ☐ Suppliers or vendors
Street

☐ Services

☑ Other    Trade

Benito Juárez        CDMX        03900
City                State            ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:    25-10715
_____
Name

3.3953  Toka Internacional SAPI de C.V.                    1/27/2025        $            413.45        ☐  Secured debt
_____
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐  Suppliers or vendors
_____
Street                                                                                          ☐  Services

_____                                                ☑  Other    Trade

Benito Juárez            CDMX         03900
_____
City                     State        ZIP Code

Mexico
_____
Country

3.3954  Toka Internacional SAPI de C.V.                    1/27/2025        $            501.69        ☐  Secured debt
_____
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐  Suppliers or vendors
_____
Street                                                                                          ☐  Services

_____                                                ☑  Other    Trade

Benito Juárez            CDMX         03900
_____
City                     State        ZIP Code

Mexico
_____
Country

3.3955  Toka Internacional SAPI de C.V.                    1/27/2025        $          1,236.86        ☐  Secured debt
_____
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐  Suppliers or vendors
_____
Street                                                                                          ☐  Services

_____                                                ☑  Other    Trade

Benito Juárez            CDMX         03900
_____
City                     State        ZIP Code

Mexico
_____
Country

3.3956  Toka Internacional SAPI de C.V.                    1/27/2025        $          2,212.98        ☐  Secured debt
_____
Creditor's Name                                                                                 ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐  Suppliers or vendors
_____
Street                                                                                          ☐  Services

_____                                                ☑  Other    Trade

Benito Juárez            CDMX         03900
_____
City                     State        ZIP Code

Mexico
_____
Country

Debtor: Controladora Dolphin, S.A. de C.V.                      Case number *(if known)*:    25-10715

Name

3.3957  Toka Internacional SAPI de C.V.          2/20/2025      $         504.21      ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                            ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code
Mexico
Country

3.3958  Toka Internacional SAPI de C.V.          2/26/2025      $       3,366.46     ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                            ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code
Mexico
Country

3.3959  Toka Internacional SAPI de C.V.          2/27/2025      $         196.00     ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                            ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code
Mexico
Country

3.3960  Toka Internacional SAPI de C.V.          2/27/2025      $         840.50     ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Av. Insurgentes Sur 1457                                                            ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.3961** Toka Internacional SAPI de C.V.
Creditor's Name

2/27/2025    $    1,177.81

Av. Insurgentes Sur 1457
Street

Benito Juárez    CDMX    03900
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3962** Toka Internacional SAPI de C.V.
Creditor's Name

2/28/2025    $    45.37

Av. Insurgentes Sur 1457
Street

Benito Juárez    CDMX    03900
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3963** Toka Internacional SAPI de C.V.
Creditor's Name

2/28/2025    $    494.12

Av. Insurgentes Sur 1457
Street

Benito Juárez    CDMX    03900
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

**3.3964** Toka Internacional SAPI de C.V.
Creditor's Name

2/28/2025    $    700.85

Av. Insurgentes Sur 1457
Street

Benito Juárez    CDMX    03900
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.                                        Case number *(if known)*: 25-10715

Name

3.3965  Toka Internacional SAPI de C.V.                3/4/2025        $            402.00        ☐ Secured debt
Creditor's Name
                                                                                                 ☐ Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐ Suppliers or vendors
Street
                                                                                                 ☐ Services

                                                                                                 ☑ Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code

Mexico
Country

3.3966  Toka Internacional SAPI de C.V.                3/4/2025        $            647.91        ☐ Secured debt
Creditor's Name
                                                                                                 ☐ Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐ Suppliers or vendors
Street
                                                                                                 ☐ Services

                                                                                                 ☑ Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code

Mexico
Country

3.3967  Toka Internacional SAPI de C.V.                3/4/2025        $          1,267.18        ☐ Secured debt
Creditor's Name
                                                                                                 ☐ Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐ Suppliers or vendors
Street
                                                                                                 ☐ Services

                                                                                                 ☑ Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code

Mexico
Country

3.3968  Toka Internacional SAPI de C.V.                3/4/2025        $          3,366.46        ☐ Secured debt
Creditor's Name
                                                                                                 ☐ Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                         ☐ Suppliers or vendors
Street
                                                                                                 ☐ Services

                                                                                                 ☑ Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| 3.3969 | Toka Internacional SAPI de C.V. | 3/6/2025 | $ | 280.84 | | |
|---|---|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1457
Street

Benito Juárez        CDMX        03900
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.3970 | Toka Internacional SAPI de C.V. | 3/6/2025 | $ | 592.45 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1457
Street

Benito Juárez        CDMX        03900
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.3971 | Toka Internacional SAPI de C.V. | 3/6/2025 | $ | 3,059.41 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1457
Street

Benito Juárez        CDMX        03900
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.3972 | Toka Internacional SAPI de C.V. | 3/7/2025 | $ | 592.45 |
|---|---|---|---|---|

Creditor's Name

Av. Insurgentes Sur 1457
Street

Benito Juárez        CDMX        03900
City                State        ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

---

**3.3973**  Toka Internacional SAPI de C.V.                3/20/2025        $           504.21          ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. Insurgentes Sur 1457                                                                      ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other    Trade

Benito Juárez        CDMX        03900
City                 State       ZIP Code

Mexico
Country

---

**3.3974**  Transportadora Villa Caribe S de RL de C.V.   1/16/2025        $         6,693.99          ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. Uxmal 41                                                                                  ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other    Trade

                     Quintana
Cancún               Roo         77500
City                 State       ZIP Code

Mexico
Country

---

**3.3975**  Transportadora Villa Caribe S de RL de C.V.   1/23/2025        $         2,172.86          ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. Uxmal 41                                                                                  ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other    Trade

                     Quintana
Cancún               Roo         77500
City                 State       ZIP Code

Mexico
Country

---

**3.3976**  Transportadora Villa Caribe S de RL de C.V.   1/23/2025        $         3,198.62          ☐ Secured debt
Creditor's Name                                                                               ☐ Unsecured loan repayments

Av. Uxmal 41                                                                                  ☐ Suppliers or vendors
Street                                                                                         ☐ Services
                                                                                               ☒ Other    Trade

                     Quintana
Cancún               Roo         77500
City                 State       ZIP Code

Mexico
Country

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*  25-10715

| 3.3977 | Transportadora Villa Caribe S de RL de C.V. | 1/30/2025 | $ | 6,353.34 |
|--------|---------------------------------------------|-----------|---|----------|

Creditor's Name

Av. Uxmal 41

Street

|        | Quintana |       |
|--------|----------|-------|
| Cancún | Roo      | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.3978 | Transportadora Villa Caribe S de RL de C.V. | 2/12/2025 | $ | 2,906.78 |
|--------|---------------------------------------------|-----------|---|----------|

Creditor's Name

Av. Uxmal 41

Street

|        | Quintana |       |
|--------|----------|-------|
| Cancún | Roo      | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.3979 | Transportadora Villa Caribe S de RL de C.V. | 2/20/2025 | $ | 2,467.40 |
|--------|---------------------------------------------|-----------|---|----------|

Creditor's Name

Av. Uxmal 41

Street

|        | Quintana |       |
|--------|----------|-------|
| Cancún | Roo      | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| 3.3980 | Transportadora Villa Caribe S de RL de C.V. | 2/26/2025 | $ | 1,703.90 |
|--------|---------------------------------------------|-----------|---|----------|

Creditor's Name

Av. Uxmal 41

Street

|        | Quintana |       |
|--------|----------|-------|
| Cancún | Roo      | 77500 |

City    State    ZIP Code

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.3981 | Transportadora Villa Caribe S de RL de C.V. | 3/6/2025 | $ 3,458.18 |
|--------|---------------------------------------------|----------|------------|

Creditor's Name

Av. Uxmal 41
Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.3982 | Transportadora Villa Caribe S de RL de C.V. | 3/14/2025 | $ 2,780.68 |
|--------|---------------------------------------------|-----------|------------|

Creditor's Name

Av. Uxmal 41
Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.3983 | Transportadora Villa Caribe S de RL de C.V. | 3/20/2025 | $ 3,042.58 |
|--------|---------------------------------------------|-----------|------------|

Creditor's Name

Av. Uxmal 41
Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| 3.3984 | Transportadora Villa Caribe S de RL de C.V. | 3/27/2025 | $ 839.35 |
|--------|---------------------------------------------|-----------|----------|

Creditor's Name

Av. Uxmal 41
Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

3.3985  Transportadora Villa Caribe S de RL de C.V.    3/27/2025    $ 1,873.76    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments
Av. Uxmal 41                                                                          ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade
         Quintana
Cancún   Roo    77500
City     State  ZIP Code
Mexico
Country

3.3986  Transportadora Villa Caribe S de RL de C.V.    4/1/2025    $ 2,627.53    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments
Av. Uxmal 41                                                                          ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade
         Quintana
Cancún   Roo    77500
City     State  ZIP Code
Mexico
Country

3.3987  Transportadora Villa Caribe S de RL de C.V.    4/8/2025    $ 3,414.44    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments
Av. Uxmal 41                                                                          ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade
         Quintana
Cancún   Roo    77500
City     State  ZIP Code
Mexico
Country

3.3988  Transportadora Villa Caribe S de RL de C.V.    4/15/2025    $ 1,088.17    ☐ Secured debt
Creditor's Name                                                                       ☐ Unsecured loan repayments
Av. Uxmal 41                                                                          ☐ Suppliers or vendors
Street                                                                                ☐ Services
                                                                                      ☒ Other    Trade
         Quintana
Cancún   Roo    77500
City     State  ZIP Code
Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.    Case number (if known): 25-10715
_____
Name

3.3989  Transportadora Villa Caribe S de RL de C.V.    4/15/2025    $    2,867.38
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Uxmal 41
Street

Cancún    Quintana Roo    77500
City    State    ZIP Code

Mexico
Country

3.3990  Transportes Selcun S.A. de C.V.    2/21/2025    $    393.58
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Centro Industrial No. 2, Parque Industrial FINSA
Street

Apodaca    Nuevo León    66600
City    State    ZIP Code

Mexico
Country

3.3991  Transportes Selcun S.A. de C.V.    2/21/2025    $    404.08
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Centro Industrial No. 2, Parque Industrial FINSA
Street

Apodaca    Nuevo León    66600
City    State    ZIP Code

Mexico
Country

3.3992  Transportes Selcun S.A. de C.V.    2/21/2025    $    482.03
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Blvd. Centro Industrial No. 2, Parque Industrial FINSA
Street

Apodaca    Nuevo León    66600
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 3.3993 | Transportes Selcun S.A. de C.V. | 2/21/2025 | $ 499.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Apodaca      Nuevo León  66600 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3994 | Transportes Selcun S.A. de C.V. | 2/21/2025 | $ 578.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Apodaca      Nuevo León  66600 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3995 | Transportes Selcun S.A. de C.V. | 2/21/2025 | $ 729.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Apodaca      Nuevo León  66600 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3996 | Transportes Selcun S.A. de C.V. | 2/21/2025 | $ 816.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Trade |
| | Apodaca      Nuevo León  66600 | | | |
| | City          State      ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**3.3997** Transportes Selcun S.A. de C.V.
Creditor's Name

Blvd. Centro Industrial No. 2, Parque Industrial FINSA
Street

Apodaca          Nuevo León   66600
City             State        ZIP Code

Mexico
Country

2/21/2025       $   1,102.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

**3.3998** Transportes Selcun S.A. de C.V.
Creditor's Name

Blvd. Centro Industrial No. 2, Parque Industrial FINSA
Street

Apodaca          Nuevo León   66600
City             State        ZIP Code

Mexico
Country

2/26/2025       $   1,065.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

**3.3999** Transportes Selcun S.A. de C.V.
Creditor's Name

Blvd. Centro Industrial No. 2, Parque Industrial FINSA
Street

Apodaca          Nuevo León   66600
City             State        ZIP Code

Mexico
Country

3/14/2025       $   803.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

**3.4000** Transportes Selcun S.A. de C.V.
Creditor's Name

Blvd. Centro Industrial No. 2, Parque Industrial FINSA
Street

Apodaca          Nuevo León   66600
City             State        ZIP Code

Mexico
Country

3/20/2025       $   673.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.4001 | Transportes Selcun S.A. de C.V. | 3/27/2025 | $ 1,374.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Apodaca    Nuevo León   66600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4002 | Transportes Selcun S.A. de C.V. | 4/1/2025 | $ 557.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Apodaca    Nuevo León   66600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4003 | Transportes Selcun S.A. de C.V. | 4/8/2025 | $ 321.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Apodaca    Nuevo León   66600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4004 | Transportes Selcun S.A. de C.V. | 4/15/2025 | $ 649.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Centro Industrial No. 2, Parque Industrial FINSA | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Apodaca    Nuevo León   66600 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number (if known):   25-10715

3.4005  Tun Cetz Laura Maribel
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

2/7/2025          $          392.48

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

3.4006  Tun Cetz Laura Maribel
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

2/17/2025          $          4,803.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

3.4007  Tun Cetz Laura Maribel
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/3/2025          $          1,640.52

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

3.4008  Tun Cetz Laura Maribel
Creditor's Name

Address Available Upon Request
Street

_____

City          State          ZIP Code

Country

3/25/2025          $          795.48

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other     Trade

Debtor:  Controladora Dolphin, S.A. de C.V.                                         Case number *(if known)*:    25-10715

Name

3.4009  Tun Cetz Laura Maribel                  3/25/2025       $           961.73        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Address Available Upon Request                                                              ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

City              State       ZIP Code

Country


3.4010  Turassi                                1/17/2025       $        11,010.30        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Calle 60 499B                                                                               ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

Centro, Mérida    Yucatán     97000
City              State       ZIP Code

Mexico
Country


3.4011  Turassi                                1/24/2025       $         1,509.20        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Calle 60 499B                                                                               ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

Centro, Mérida    Yucatán     97000
City              State       ZIP Code

Mexico
Country


3.4012  Turassi                                1/31/2025       $         3,126.20        ☐ Secured debt
Creditor's Name
                                                                                            ☐ Unsecured loan repayments

Calle 60 499B                                                                               ☐ Suppliers or vendors
Street
                                                                                            ☐ Services

                                                                                            ☑ Other    Trade

Centro, Mérida    Yucatán     97000
City              State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.4013 | Turassi | 1/31/2025 | $ | 8,677.90 | ☐ Secured debt |
|--------|---------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

| 3.4014 | Turassi | 1/31/2025 | $ | 10,917.20 | ☐ Secured debt |
|--------|---------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

| 3.4015 | Turassi | 2/4/2025 | $ | 171.50 | ☐ Secured debt |
|--------|---------|----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

| 3.4016 | Turassi | 2/7/2025 | $ | 1,548.40 | ☐ Secured debt |
|--------|---------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.4017 | Turassi | 2/14/2025 | $ 8,677.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 60 499B | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4018 | Turassi | 2/14/2025 | $ 10,446.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 60 499B | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4019 | Turassi | 2/17/2025 | $ 98.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 60 499B | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4020 | Turassi | 2/21/2025 | $ 1,416.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Calle 60 499B | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

| 3.4021 | Turassi | 2/28/2025 | $ | 8,163.40 | ☐ Secured debt |
|--------|---------|-----------|---|----------|-----------------|

Creditor's Name
☐ Unsecured loan repayments

Calle 60 499B
☐ Suppliers or vendors

Street
☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

| 3.4022 | Turassi | 2/28/2025 | $ | 8,413.30 | ☐ Secured debt |
|--------|---------|-----------|---|----------|-----------------|

Creditor's Name
☐ Unsecured loan repayments

Calle 60 499B
☐ Suppliers or vendors

Street
☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

| 3.4023 | Turassi | 2/28/2025 | $ | 8,677.90 | ☐ Secured debt |
|--------|---------|-----------|---|----------|-----------------|

Creditor's Name
☐ Unsecured loan repayments

Calle 60 499B
☐ Suppliers or vendors

Street
☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

| 3.4024 | Turassi | 3/3/2025 | $ | 181.30 | ☐ Secured debt |
|--------|---------|----------|---|--------|-----------------|

Creditor's Name
☐ Unsecured loan repayments

Calle 60 499B
☐ Suppliers or vendors

Street
☐ Services

☑ Other    Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

3.4025  Turassi                                         3/7/2025      $           2,180.50      ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Calle 60 499B                                                                                  ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☑  Other    Trade

Centro, Mérida        Yucatán     97000
City                  State       ZIP Code

Mexico
Country

3.4026  Turassi                                         3/14/2025     $          11,255.30      ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Calle 60 499B                                                                                  ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☑  Other    Trade

Centro, Mérida        Yucatán     97000
City                  State       ZIP Code

Mexico
Country

3.4027  Turassi                                         3/19/2025     $             475.30      ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Calle 60 499B                                                                                  ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☑  Other    Trade

Centro, Mérida        Yucatán     97000
City                  State       ZIP Code

Mexico
Country

3.4028  Turassi                                         3/21/2025     $           2,170.70      ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

Calle 60 499B                                                                                  ☐  Suppliers or vendors
Street                                                                                         ☐  Services
                                                                                               ☑  Other    Trade

Centro, Mérida        Yucatán     97000
City                  State       ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.     Case number *(if known):* 25-10715

Name

| 3.4029 | Turassi | 3/26/2025 | $ | 181.30 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B
Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

---

3.4030   Turassi    3/28/2025    $ 15,493.80    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B
Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

---

3.4031   Turassi    4/4/2025    $ 2,258.90    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B
Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

---

3.4032   Turassi    4/4/2025    $ 4,341.40    ☐ Secured debt
Creditor's Name

☐ Unsecured loan repayments

Calle 60 499B
Street

☐ Suppliers or vendors

☐ Services

☑ Other   Trade

Centro, Mérida    Yucatán    97000
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number (if known):   25-10715

Name

3.4033  Turassi                                    4/7/2025        $          480.20        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Calle 60 499B                                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☒  Other      Trade

        Centro, Mérida      Yucatán      97000
        City                State        ZIP Code
        Mexico
        Country

3.4034  Turassi                                    4/11/2025       $          181.30        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Calle 60 499B                                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☒  Other      Trade

        Centro, Mérida      Yucatán      97000
        City                State        ZIP Code
        Mexico
        Country

3.4035  Turassi                                    4/11/2025       $        4,341.40        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Calle 60 499B                                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☒  Other      Trade

        Centro, Mérida      Yucatán      97000
        City                State        ZIP Code
        Mexico
        Country

3.4036  Turassi                                    4/11/2025       $       17,551.80        ☐  Secured debt
        Creditor's Name
                                                                                            ☐  Unsecured loan repayments

        Calle 60 499B                                                                       ☐  Suppliers or vendors
        Street
                                                                                            ☐  Services

                                                                                            ☒  Other      Trade

        Centro, Mérida      Yucatán      97000
        City                State        ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 3.4037 | Turassi | 4/16/2025 | $ | 2,263.80 | ☐ | Secured debt |
|--------|---------|-----------|---|----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 60 499B | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4038 | Turassi | 1/31/2025 | $ | 14,700.00 | ☐ | Secured debt |
|--------|---------|-----------|---|-----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 60 499B | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4039 | Turassi | 3/14/2025 | $ | 14,700.00 | ☐ | Secured debt |
|--------|---------|-----------|---|-----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 60 499B | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4040 | Turassi | 1/31/2025 | $ | 14,700.00 | ☐ | Secured debt |
|--------|---------|-----------|---|-----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Calle 60 499B | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Trade |
| | Centro, Mérida    Yucatán    97000 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number (if known): 25-10715

Name

3.4041  Turassi                              2/14/2025      $        14,700.00      ☐ Secured debt
        Creditor's Name                                                             ☐ Unsecured loan repayments

        Calle 60 499B                                                               ☐ Suppliers or vendors
        Street                                                                      ☐ Services
                                                                                    ☒ Other      Trade

        Centro, Mérida      Yucatán    97000
        City                State      ZIP Code
        Mexico
        Country

3.4042  Turassi                              3/28/2025      $        14,700.00      ☐ Secured debt
        Creditor's Name                                                             ☐ Unsecured loan repayments

        Calle 60 499B                                                               ☐ Suppliers or vendors
        Street                                                                      ☐ Services
                                                                                    ☒ Other      Trade

        Centro, Mérida      Yucatán    97000
        City                State      ZIP Code
        Mexico
        Country

3.4043  Turassi                              1/17/2025      $        14,700.00      ☐ Secured debt
        Creditor's Name                                                             ☐ Unsecured loan repayments

        Calle 60 499B                                                               ☐ Suppliers or vendors
        Street                                                                      ☐ Services
                                                                                    ☒ Other      Trade

        Centro, Mérida      Yucatán    97000
        City                State      ZIP Code
        Mexico
        Country

3.4044  Turassi                              2/28/2025      $        14,700.00      ☐ Secured debt
        Creditor's Name                                                             ☐ Unsecured loan repayments

        Calle 60 499B                                                               ☐ Suppliers or vendors
        Street                                                                      ☐ Services
                                                                                    ☒ Other      Trade

        Centro, Mérida      Yucatán    97000
        City                State      ZIP Code
        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:  25-10715

Name

**3.4045** Turassi                          2/28/2025      $        14,700.00        ☐  Secured debt
Creditor's Name
                                                                                    ☐  Unsecured loan repayments

Calle 60 499B                                                                       ☐  Suppliers or vendors
Street
                                                                                    ☐  Services

                                                                                    ☒  Other    Trade

Centro, Mérida      Yucatán    97000
City                State      ZIP Code

Mexico
Country

**3.4046** Turassi                          2/14/2025      $        14,700.00        ☐  Secured debt
Creditor's Name
                                                                                    ☐  Unsecured loan repayments

Calle 60 499B                                                                       ☐  Suppliers or vendors
Street
                                                                                    ☐  Services

                                                                                    ☒  Other    Trade

Centro, Mérida      Yucatán    97000
City                State      ZIP Code

Mexico
Country

**3.4047** Turassi                          3/28/2025      $        14,700.00        ☐  Secured debt
Creditor's Name
                                                                                    ☐  Unsecured loan repayments

Calle 60 499B                                                                       ☐  Suppliers or vendors
Street
                                                                                    ☐  Services

                                                                                    ☒  Other    Trade

Centro, Mérida      Yucatán    97000
City                State      ZIP Code

Mexico
Country

**3.4048** Turassi                          3/14/2025      $        14,700.00        ☐  Secured debt
Creditor's Name
                                                                                    ☐  Unsecured loan repayments

Calle 60 499B                                                                       ☐  Suppliers or vendors
Street
                                                                                    ☐  Services

                                                                                    ☒  Other    Trade

Centro, Mérida      Yucatán    97000
City                State      ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

| | | | |
|---|---|---|---|
| 3.4049 | Turassi | 1/17/2025 | $ 14,700.00 |
| | Creditor's Name | | |
| | Calle 60 499B | | |
| | Street | | |
| | Centro, Mérida    Yucatán    97000 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.4050 | Turassi | 4/11/2025 | $ 14,700.00 |
| | Creditor's Name | | |
| | Calle 60 499B | | |
| | Street | | |
| | Centro, Mérida    Yucatán    97000 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.4051 | Turassi | 4/11/2025 | $ 14,700.00 |
| | Creditor's Name | | |
| | Calle 60 499B | | |
| | Street | | |
| | Centro, Mérida    Yucatán    97000 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.4052 | Turismo de Aventura Costa Maya S.A. de C.V. | 1/27/2025 | $ 14,519.70 |
| | Creditor's Name | | |
| | Av. Paseo del Puerto 5 | | |
| | Street | | |
| | Mahahual    Quintana Roo    77940 | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

| 3.4053 | Turismo de Aventura Costa Maya S.A. de C.V. | 2/4/2025 | $ | 14,649.76 | ☐ | Secured debt |
|--------|---------------------------------------------|----------|---|-----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mahahual    Quintana Roo    77940 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4054 | Turismo de Aventura Costa Maya S.A. de C.V. | 2/11/2025 | $ | 480.78 | ☐ | Secured debt |
|--------|---------------------------------------------|-----------|---|--------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mahahual    Quintana Roo    77940 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4055 | Turismo de Aventura Costa Maya S.A. de C.V. | 2/11/2025 | $ | 2,480.09 | ☐ | Secured debt |
|--------|---------------------------------------------|-----------|---|----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mahahual    Quintana Roo    77940 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4056 | Turismo de Aventura Costa Maya S.A. de C.V. | 2/11/2025 | $ | 3,892.22 | ☐ | Secured debt |
|--------|---------------------------------------------|-----------|---|----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other   Trade |
| | Mahahual    Quintana Roo    77940 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

3.4057  Turismo de Aventura Costa Maya S.A. de C.V.      2/17/2025      $        10,686.73
Creditor's Name

Av. Paseo del Puerto 5
_____
Street

_____
            Quintana
Mahahual    Roo          77940
_____
City         State        ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.4058  Turismo de Aventura Costa Maya S.A. de C.V.      2/21/2025      $           273.18
Creditor's Name

Av. Paseo del Puerto 5
_____
Street

_____
            Quintana
Mahahual    Roo          77940
_____
City         State        ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.4059  Turismo de Aventura Costa Maya S.A. de C.V.      2/21/2025      $           416.50
Creditor's Name

Av. Paseo del Puerto 5
_____
Street

_____
            Quintana
Mahahual    Roo          77940
_____
City         State        ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

3.4060  Turismo de Aventura Costa Maya S.A. de C.V.      2/24/2025      $        17,470.10
Creditor's Name

Av. Paseo del Puerto 5
_____
Street

_____
            Quintana
Mahahual    Roo          77940
_____
City         State        ZIP Code

Mexico
_____
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| 3.4061 | Turismo de Aventura Costa Maya S.A. de C.V. | 2/27/2025 | $ | 10,029.47 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Quintana Roo

☒ Other    Trade

Mahahual | Quintana Roo | 77940

City | State | ZIP Code

Mexico

Country

| 3.4062 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/3/2025 | $ | 9,529.81 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Mahahual | Quintana Roo | 77940

☒ Other    Trade

City | State | ZIP Code

Mexico

Country

| 3.4063 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/6/2025 | $ | 11,034.77 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Mahahual | Quintana Roo | 77940

☒ Other    Trade

City | State | ZIP Code

Mexico

Country

| 3.4064 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/7/2025 | $ | 186.99 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Mahahual | Quintana Roo | 77940

☒ Other    Trade

City | State | ZIP Code

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

| 3.4065 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/7/2025 | $ | 416.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | | | ☑ Other    Trade |
Mahahual     Roo     77940
City          State    ZIP Code

Mexico
Country

| 3.4066 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/10/2025 | $ | 14,904.11 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Quintana
Mahahual     Roo     77940      ☑ Other    Trade
City          State    ZIP Code

Mexico
Country

| 3.4067 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/12/2025 | $ | 9,943.18 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Quintana
Mahahual     Roo     77940      ☑ Other    Trade
City          State    ZIP Code

Mexico
Country

| 3.4068 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/12/2025 | $ | 10,000.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Quintana
Mahahual     Roo     77940      ☑ Other    Trade
City          State    ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.4069 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/13/2025 | $ | 4,983.01 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo del Puerto 5
Street

| | | |
|---|---|---|
| Mahahual | Quintana Roo | 77940 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4070 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/14/2025 | $ | 4,944.79 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo del Puerto 5
Street

| | | |
|---|---|---|
| Mahahual | Quintana Roo | 77940 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4071 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/19/2025 | $ | 9,735.96 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo del Puerto 5
Street

| | | |
|---|---|---|
| Mahahual | Quintana Roo | 77940 |
| City | State | ZIP Code |

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4072 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/19/2025 | $ | 10,000.00 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Paseo del Puerto 5
Street

| | | |
|---|---|---|
| Mahahual | Quintana Roo | 77940 |
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*:    25-10715

Name

| 3.4073 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/20/2025 | $ | 9,792.41 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mahahual    Quintana Roo    77940 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4074 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/25/2025 | $ | 9,905.99 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mahahual    Quintana Roo    77940 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4075 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/26/2025 | $ | 6,898.52 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mahahual    Quintana Roo    77940 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4076 | Turismo de Aventura Costa Maya S.A. de C.V. | 3/28/2025 | $ | 22,648.53 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Paseo del Puerto 5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mahahual    Quintana Roo    77940 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                              Case number (if known):    25-10715

Name

3.4077  Turismo de Aventura Costa Maya S.A. de C.V.        3/28/2025      $              23,000.00       ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Av. Paseo del Puerto 5                                                                    ☐  Suppliers or vendors
Street                                                                                    ☐  Services
                                                                                         ☒  Other    Trade
              Quintana
Mahahual       Roo           77940
City           State         ZIP Code

Mexico
Country

3.4078  Turismo de Aventura Costa Maya S.A. de C.V.        4/1/2025       $               5,834.50       ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Av. Paseo del Puerto 5                                                                    ☐  Suppliers or vendors
Street                                                                                    ☐  Services
                                                                                         ☒  Other    Trade
              Quintana
Mahahual       Roo           77940
City           State         ZIP Code

Mexico
Country

3.4079  Turismo de Aventura Costa Maya S.A. de C.V.        4/2/2025       $              10,014.62       ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Av. Paseo del Puerto 5                                                                    ☐  Suppliers or vendors
Street                                                                                    ☐  Services
                                                                                         ☒  Other    Trade
              Quintana
Mahahual       Roo           77940
City           State         ZIP Code

Mexico
Country

3.4080  Turismo de Aventura Costa Maya S.A. de C.V.        4/3/2025       $               4,987.88       ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Av. Paseo del Puerto 5                                                                    ☐  Suppliers or vendors
Street                                                                                    ☐  Services
                                                                                         ☒  Other    Trade
              Quintana
Mahahual       Roo           77940
City           State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| 3.4081 | Turismo de Aventura Costa Maya S.A. de C.V. | 4/7/2025 | $ | 9,785.69 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. Paseo del Puerto 5
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Quintana
Mahahual    Roo    77940
City    State    ZIP Code

Mexico
Country

---

**3.4082** Turismo de Aventura Costa Maya S.A. de C.V.    4/11/2025    $    10,175.00

Creditor's Name

Av. Paseo del Puerto 5
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Quintana
Mahahual    Roo    77940
City    State    ZIP Code

Mexico
Country

---

**3.4083** Turismo de Aventura Costa Maya S.A. de C.V.    4/15/2025    $    245.00

Creditor's Name

Av. Paseo del Puerto 5
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Quintana
Mahahual    Roo    77940
City    State    ZIP Code

Mexico
Country

---

**3.4084** Turismo de Aventura Costa Maya S.A. de C.V.    4/15/2025    $    4,982.39

Creditor's Name

Av. Paseo del Puerto 5
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Quintana
Mahahual    Roo    77940
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.4085 | Turismo de Aventura Costa Maya S.A. de C.V. | 4/16/2025 | $ | 14,775.34 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

| | Quintana | | ☒ Other    Trade |
Mahahual    Roo    77940
City    State    ZIP Code

Mexico
Country

| 3.4086 | Turismo de Aventura Costa Maya S.A. de C.V. | 2/28/2025 | $ | 10,263.14 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Quintana    ☒ Other    Trade
Mahahual    Roo    77940
City    State    ZIP Code

Mexico
Country

| 3.4087 | Turismo de Aventura Costa Maya S.A. de C.V. | 2/28/2025 | $ | 10,263.14 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Paseo del Puerto 5

☐ Suppliers or vendors

Street

☐ Services

Quintana    ☒ Other    Trade
Mahahual    Roo    77940
City    State    ZIP Code

Mexico
Country

| 3.4088 | Turisticos Couflo | 1/16/2025 | $ | 506.57 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. 10 entre Calle 10 y 12, Playa del Carmen

☐ Suppliers or vendors

Street

☐ Services

Q.R.    77710    Mexico    ☒ Other    Trade
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known):*  25-10715

Name

| 3.4089 | Turisticos Couflo | 2/20/2025 | $ | 464.47 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | | ☐ Services |
| | Street | | | | ☑ Other   Trade |
| | Q.R.          77710      Mexico | | | | |
| | City         State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4090 | Turisticos Couflo | 2/20/2025 | $ | 774.27 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | | ☐ Services |
| | Street | | | | ☑ Other   Trade |
| | Q.R.          77710      Mexico | | | | |
| | City         State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4091 | Turisticos Couflo | 2/26/2025 | $ | 1,743.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | | ☐ Services |
| | Street | | | | ☑ Other   Trade |
| | Q.R.          77710      Mexico | | | | |
| | City         State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4092 | Turisticos Couflo | 3/6/2025 | $ | 859.31 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | | ☐ Services |
| | Street | | | | ☑ Other   Trade |
| | Q.R.          77710      Mexico | | | | |
| | City         State      ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.        Case number *(if known):*  25-10715

Name

| 3.4093 | Turisticos Couflo | 3/6/2025 | $ | 977.02 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Q.R.    77710    Mexico
City    State    ZIP Code

Mexico
Country

| 3.4094 | Turisticos Couflo | 3/14/2025 | $ | 463.10 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Q.R.    77710    Mexico
City    State    ZIP Code

Mexico
Country

| 3.4095 | Turisticos Couflo | 3/14/2025 | $ | 820.26 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Q.R.    77710    Mexico
City    State    ZIP Code

Mexico
Country

| 3.4096 | Turisticos Couflo | 3/20/2025 | $ | 582.81 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other   Trade

Q.R.    77710    Mexico
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known):*  25-10715
_____

| 3.4097 | Turisticos Couflo | 3/20/2025 | $ 1,921.48 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

| | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Q.R.          77710          Mexico
City          State          ZIP Code

Mexico
Country

---

| 3.4098 | Turisticos Couflo | 3/27/2025 | $ 998.64 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Q.R.          77710          Mexico
City          State          ZIP Code

Mexico
Country

---

| 3.4099 | Turisticos Couflo | 3/27/2025 | $ 1,089.65 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Q.R.          77710          Mexico
City          State          ZIP Code

Mexico
Country

---

| 3.4100 | Turisticos Couflo | 4/1/2025 | $ 995.97 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. 10 entre Calle 10 y 12, Playa del Carmen
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Trade

Q.R.          77710          Mexico
City          State          ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                         Case number *(if known):*    25-10715

_____
Name

| | | | | |
|---|---|---|---|---|
| 3.4101 | Turisticos Couflo | 4/1/2025 | $ 1,292.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Q.R.        77710        Mexico | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4102 | Turisticos Couflo | 4/8/2025 | $ 1,102.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Q.R.        77710        Mexico | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4103 | Turisticos Couflo | 4/8/2025 | $ 1,134.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Q.R.        77710        Mexico | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4104 | Turisticos Couflo | 4/8/2025 | $ 2,237.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Av. 10 entre Calle 10 y 12, Playa del Carmen | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Trade |
| | Q.R.        77710        Mexico | | | |
| | City        State        ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715

Name

3.4105  Turisticos Couflo                          4/15/2025        $        576.73        ☐  Secured debt
        Creditor's Name                                                                    ☐  Unsecured loan repayments

        Av. 10 entre Calle 10 y 12, Playa del Carmen                                       ☐  Suppliers or vendors
        Street                                                                             ☐  Services
                                                                                           ☑  Other    Trade

        Q.R.              77710        Mexico
        City              State        ZIP Code

        Mexico
        Country

3.4106  Turisticos Couflo                          4/15/2025        $      1,178.06        ☐  Secured debt
        Creditor's Name                                                                    ☐  Unsecured loan repayments

        Av. 10 entre Calle 10 y 12, Playa del Carmen                                       ☐  Suppliers or vendors
        Street                                                                             ☐  Services
                                                                                           ☑  Other    Trade

        Q.R.              77710        Mexico
        City              State        ZIP Code

        Mexico
        Country

3.4107  Unilever de Mexico S de RL de C.V.         1/20/2025        $        938.34        ☐  Secured debt
        Creditor's Name                                                                    ☐  Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                             ☐  Suppliers or vendors
        Street                                                                             ☐  Services
                                                                                           ☑  Other    Trade

        Mexico City       Mexico City  11520
        City              State        ZIP Code

        Mexico
        Country

3.4108  Unilever de Mexico S de RL de C.V.         1/21/2025        $        165.17        ☐  Secured debt
        Creditor's Name                                                                    ☐  Unsecured loan repayments

        Blvd. Miguel de Cervantes Saavedra 301                                             ☐  Suppliers or vendors
        Street                                                                             ☐  Services
                                                                                           ☑  Other    Trade

        Mexico City       Mexico City  11520
        City              State        ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

**3.4109**  Unilever de Mexico S de RL de C.V.
Creditor's Name

1/21/2025          $          379.80

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4110**  Unilever de Mexico S de RL de C.V.
Creditor's Name

1/28/2025          $          316.38

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4111**  Unilever de Mexico S de RL de C.V.
Creditor's Name

1/28/2025          $          380.55

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4112**  Unilever de Mexico S de RL de C.V.
Creditor's Name

1/31/2025          $          172.19

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City          Mexico City    11520
City                  State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.4113  Unilever de Mexico S de RL de C.V.
Creditor's Name

2/4/2025        $              276.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State            ZIP Code

Mexico
Country

3.4114  Unilever de Mexico S de RL de C.V.
Creditor's Name

2/5/2025        $              556.44

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State            ZIP Code

Mexico
Country

3.4115  Unilever de Mexico S de RL de C.V.
Creditor's Name

2/5/2025        $              838.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State            ZIP Code

Mexico
Country

3.4116  Unilever de Mexico S de RL de C.V.
Creditor's Name

2/10/2025        $              175.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Blvd. Miguel de Cervantes Saavedra 301
Street

Mexico City        Mexico City    11520
City                State            ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

| 3.4117 | Unilever de Mexico S de RL de C.V. | 2/13/2025 | $ | 337.05 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4118 | Unilever de Mexico S de RL de C.V. | 2/17/2025 | $ | 523.31 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4119 | Unilever de Mexico S de RL de C.V. | 2/17/2025 | $ | 1,284.44 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4120 | Unilever de Mexico S de RL de C.V. | 2/20/2025 | $ | 339.87 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other    Trade |
| | Mexico City    Mexico City    11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

3.4121  Unilever de Mexico S de RL de C.V.          3/3/2025        $           174.91        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                         ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other     Trade

Mexico City           Mexico City    11520
City                  State          ZIP Code

Mexico
Country

3.4122  Unilever de Mexico S de RL de C.V.          3/4/2025        $           264.57        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                         ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other     Trade

Mexico City           Mexico City    11520
City                  State          ZIP Code

Mexico
Country

3.4123  Unilever de Mexico S de RL de C.V.          3/4/2025        $           294.03        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                         ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other     Trade

Mexico City           Mexico City    11520
City                  State          ZIP Code

Mexico
Country

3.4124  Unilever de Mexico S de RL de C.V.          3/14/2025       $           518.88        ☐ Secured debt
Creditor's Name
                                                                                               ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                         ☐ Suppliers or vendors
Street
                                                                                               ☐ Services

                                                                                               ☑ Other     Trade

Mexico City           Mexico City    11520
City                  State          ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

3.4125  Unilever de Mexico S de RL de C.V.        3/14/2025      $           615.87        ☐  Secured debt
Creditor's Name
                                                                                  ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐  Suppliers or vendors
Street
                                                                                  ☐  Services

                                                                                  ☑  Other    Trade

Mexico City        Mexico City   11520
City                State        ZIP Code

Mexico
Country

3.4126  Unilever de Mexico S de RL de C.V.        3/20/2025      $           314.93        ☐  Secured debt
Creditor's Name
                                                                                  ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐  Suppliers or vendors
Street
                                                                                  ☐  Services

                                                                                  ☑  Other    Trade

Mexico City        Mexico City   11520
City                State        ZIP Code

Mexico
Country

3.4127  Unilever de Mexico S de RL de C.V.        3/20/2025      $           541.19        ☐  Secured debt
Creditor's Name
                                                                                  ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐  Suppliers or vendors
Street
                                                                                  ☐  Services

                                                                                  ☑  Other    Trade

Mexico City        Mexico City   11520
City                State        ZIP Code

Mexico
Country

3.4128  Unilever de Mexico S de RL de C.V.        3/25/2025      $           328.22        ☐  Secured debt
Creditor's Name
                                                                                  ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                            ☐  Suppliers or vendors
Street
                                                                                  ☐  Services

                                                                                  ☑  Other    Trade

Mexico City        Mexico City   11520
City                State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known):* 25-10715

Name

3.4129  Unilever de Mexico S de RL de C.V.          3/27/2025        $           139.58         ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

3.4130  Unilever de Mexico S de RL de C.V.          4/1/2025         $           140.57         ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

3.4131  Unilever de Mexico S de RL de C.V.          4/1/2025         $           140.58         ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

3.4132  Unilever de Mexico S de RL de C.V.          4/1/2025         $           393.30         ☐ Secured debt
Creditor's Name                                                                                 ☐ Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                          ☐ Suppliers or vendors
Street                                                                                          ☐ Services
                                                                                                ☑ Other    Trade

Mexico City        Mexico City   11520
City               State         ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                   Case number *(if known):*  25-10715

Name

3.4133  Unilever de Mexico S de RL de C.V.          4/3/2025      $            331.64        ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

3.4134  Unilever de Mexico S de RL de C.V.          4/9/2025      $            400.45        ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

3.4135  Unilever de Mexico S de RL de C.V.          4/9/2025      $            710.19        ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

3.4136  Unilever de Mexico S de RL de C.V.          4/11/2025     $            191.95        ☐  Secured debt
Creditor's Name
                                                                                             ☐  Unsecured loan repayments

Blvd. Miguel de Cervantes Saavedra 301                                                       ☐  Suppliers or vendors
Street
                                                                                             ☐  Services

                                                                                             ☑  Other    Trade

Mexico City          Mexico City   11520
City                 State         ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4137 | Unilever de Mexico S de RL de C.V. | 4/14/2025 | $ | 202.86 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Blvd. Miguel de Cervantes Saavedra 301 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Mexico City    Mexico City   11520 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4138 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/19/2025 | $ | 99.74 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Cuauhtémoc 47 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Roma Norte, Cuauhtémoc    CDMX    06700 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4139 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/19/2025 | $ | 138.62 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Cuauhtémoc 47 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Roma Norte, Cuauhtémoc    CDMX    06700 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4140 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/19/2025 | $ | 172.43 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. Cuauhtémoc 47 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other    Trade |
| | Roma Norte, Cuauhtémoc    CDMX    06700 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| | | | |
|---|---|---|---|
| 3.4141 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $        147.00 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte,
Cuauhtémoc       CDMX       06700
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.4142 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $        159.01 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte,
Cuauhtémoc       CDMX       06700
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.4143 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $        218.30 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte,
Cuauhtémoc       CDMX       06700
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.4144 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $        245.00 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte,
Cuauhtémoc       CDMX       06700
City                 State         ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.4145 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 261.42 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.4146 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 367.50 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.4147 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 159.01 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.4148 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 212.91 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| 3.4149 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ | 253.33 |
|---|---|---|---|---|

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.4150 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/19/2025 | $ | 99.74 |
|---|---|---|---|---|

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.4151 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/19/2025 | $ | 133.55 |
|---|---|---|---|---|

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| 3.4152 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/19/2025 | $ | 167.36 |
|---|---|---|---|---|

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

| | | | |
|---|---|---|---|
| 3.4153 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 955.50 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.4154 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 409.84 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.4155 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 955.50 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

| | | | |
|---|---|---|---|
| 3.4156 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 409.84 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc    CDMX    06700
City    State    ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 3.4157 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 409.84 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc   CDMX   06700
City              State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.4158 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 409.84 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc   CDMX   06700
City              State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.4159 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 122.50 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc   CDMX   06700
City              State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

| | | | |
|---|---|---|---|
| 3.4160 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 409.84 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtémoc   CDMX   06700
City              State      ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                   Case number (if known): 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.4161 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 409.84 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Cuauhtémoc 47
Street

☐ Suppliers or vendors

☐ Services

Roma Norte,
Cuauhtémoc          CDMX          06700
City                State         ZIP Code

☒ Other   Trade

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4162 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 409.84 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Cuauhtémoc 47
Street

☐ Suppliers or vendors

☐ Services

Roma Norte,
Cuauhtémoc          CDMX          06700
City                State         ZIP Code

☒ Other   Trade

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4163 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 409.84 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Cuauhtémoc 47
Street

☐ Suppliers or vendors

☐ Services

Roma Norte,
Cuauhtémoc          CDMX          06700
City                State         ZIP Code

☒ Other   Trade

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4164 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 122.50 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Cuauhtémoc 47
Street

☐ Suppliers or vendors

☐ Services

Roma Norte,
Cuauhtémoc          CDMX          06700
City                State         ZIP Code

☒ Other   Trade

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | |
|---|---|---|---|
| 3.4165 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 122.50 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtemoc    CDMX    06700
City                     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.4166 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 2/21/2025 | $ 122.50 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtemoc    CDMX    06700
City                     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.4167 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 409.84 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtemoc    CDMX    06700
City                     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

| | | | |
|---|---|---|---|
| 3.4168 | Union Nacional de Trabajadores de Industria Alimenticia, Refresquera, Turistica, Hotelera, Gastronomica, Similares Y Conexos | 3/14/2025 | $ 409.84 |

Creditor's Name

Av. Cuauhtémoc 47
Street

Roma Norte, Cuauhtemoc    CDMX    06700
City                     State    ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.
Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.4169 | Vela Cao Romero Luis | 1/17/2025 | $            1,354.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4170 | Vela Cao Romero Luis | 1/17/2025 | $            1,585.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4171 | Vela Cao Romero Luis | 1/21/2025 | $                833.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4172 | Vela Cao Romero Luis | 1/24/2025 | $                865.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Trade |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 3.4173 Vela Cao Romero Luis | 1/24/2025 | $  2,074.37 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4174 Vela Cao Romero Luis | 1/31/2025 | $  113.68 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4175 Vela Cao Romero Luis | 1/31/2025 | $  326.48 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4176 Vela Cao Romero Luis | 1/31/2025 | $  880.84 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Address Available Upon Request | | | ☐ Services |
| Street | | | ☑ Other    Trade |

City        State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number (if known):    25-10715

3.4177   Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

1/31/2025        $            1,592.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.4178   Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

2/12/2025        $              865.63

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.4179   Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

2/12/2025        $            1,193.64

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

3.4180   Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City                State            ZIP Code

Country

2/14/2025        $              147.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other      Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

3.4181  Vela Cao Romero Luis          2/14/2025      $          2,793.00        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Address Available Upon Request                                               ☐ Suppliers or vendors
Street                                                                        ☐ Services
                                                                              ☒ Other    Trade

City              State          ZIP Code

Country

3.4182  Vela Cao Romero Luis          2/20/2025      $          2,921.58        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Address Available Upon Request                                               ☐ Suppliers or vendors
Street                                                                        ☐ Services
                                                                              ☒ Other    Trade

City              State          ZIP Code

Country

3.4183  Vela Cao Romero Luis          2/21/2025      $          1,131.90        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Address Available Upon Request                                               ☐ Suppliers or vendors
Street                                                                        ☐ Services
                                                                              ☒ Other    Trade

City              State          ZIP Code

Country

3.4184  Vela Cao Romero Luis          2/21/2025      $          1,808.10        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

Address Available Upon Request                                               ☐ Suppliers or vendors
Street                                                                        ☐ Services
                                                                              ☒ Other    Trade

City              State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number (if known): 25-10715

Name

3.4185  Vela Cao Romero Luis                    2/28/2025      $            312.42        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

        City            State       ZIP Code

        Country

3.4186  Vela Cao Romero Luis                    2/28/2025      $            984.90        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

        City            State       ZIP Code

        Country

3.4187  Vela Cao Romero Luis                    2/28/2025      $          1,642.68        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

        City            State       ZIP Code

        Country

3.4188  Vela Cao Romero Luis                    3/7/2025       $            522.11        ☐  Secured debt
        Creditor's Name
                                                                                          ☐  Unsecured loan repayments

        Address Available Upon Request                                                    ☐  Suppliers or vendors
        Street
                                                                                          ☐  Services

                                                                                          ☑  Other    Trade

        City            State       ZIP Code

        Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

3.4189  Vela Cao Romero Luis                          3/7/2025      $              881.22        ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                          ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

                                                                                                ☑  Other      Trade

City            State          ZIP Code

Country

3.4190  Vela Cao Romero Luis                          3/7/2025      $            1,543.50        ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                          ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

                                                                                                ☑  Other      Trade

City            State          ZIP Code

Country

3.4191  Vela Cao Romero Luis                          3/14/2025     $              138.87        ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                          ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

                                                                                                ☑  Other      Trade

City            State          ZIP Code

Country

3.4192  Vela Cao Romero Luis                          3/14/2025     $              343.00        ☐  Secured debt
Creditor's Name
                                                                                                ☐  Unsecured loan repayments

        Address Available Upon Request                                                          ☐  Suppliers or vendors
Street
                                                                                                ☐  Services

                                                                                                ☑  Other      Trade

City            State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

3.4193   Vela Cao Romero Luis                 3/14/2025      $         865.63        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Address Available Upon Request                                                      ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other      Trade

City              State        ZIP Code

Country

3.4194   Vela Cao Romero Luis                 3/14/2025      $       1,592.50        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Address Available Upon Request                                                      ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other      Trade

City              State        ZIP Code

Country

3.4195   Vela Cao Romero Luis                 3/14/2025      $       2,450.00        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Address Available Upon Request                                                      ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other      Trade

City              State        ZIP Code

Country

3.4196   Vela Cao Romero Luis                 3/20/2025      $       2,450.00        ☐  Secured debt
Creditor's Name                                                                     ☐  Unsecured loan repayments

Address Available Upon Request                                                      ☐  Suppliers or vendors
Street                                                                              ☐  Services
                                                                                    ☒  Other      Trade

City              State        ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.4197** Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/21/2025          $          2,793.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.4198** Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/26/2025          $          2,450.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.4199** Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/28/2025          $          811.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.4200** Vela Cao Romero Luis

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

3/28/2025          $          2,128.96

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 3.4201 | Vela Cao Romero Luis | 4/1/2025 | $ | 415.92 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

| 3.4202 | Vela Cao Romero Luis | 4/1/2025 | $ | 1,054.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

| 3.4203 | Vela Cao Romero Luis | 4/1/2025 | $ | 2,450.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

| 3.4204 | Vela Cao Romero Luis | 4/2/2025 | $ | 1,676.78 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address Available Upon Request

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

City          State          ZIP Code

Country

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715

Name

| 3.4205 | Vela Cao Romero Luis | 4/4/2025 | $ | 777.72 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4206 | Vela Cao Romero Luis | 4/4/2025 | $ | 1,915.51 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Address Available Upon Request | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4207 | Verduras Y Carnes Congeladas S.A. de C.V. | 1/21/2025 | $ | 1,738.10 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 206 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Cancún    Quintana Roo    77516 | | | | |
| | City          State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4208 | Verduras Y Carnes Congeladas S.A. de C.V. | 2/5/2025 | $ | 914.29 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Av. López Portillo 206 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Trade |
| | Cancún    Quintana Roo    77516 | | | | |
| | City          State          ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| 3.4209 | Verduras Y Carnes Congeladas S.A. de C.V. | 2/7/2025 | $ | 1,606.74 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. López Portillo 206 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Quintana Roo | | | | |
| | Cancún    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4210 | Verduras Y Carnes Congeladas S.A. de C.V. | 2/21/2025 | $ | 56.84 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. López Portillo 206 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Quintana Roo | | | | |
| | Cancún    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4211 | Verduras Y Carnes Congeladas S.A. de C.V. | 2/21/2025 | $ | 414.05 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. López Portillo 206 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Quintana Roo | | | | |
| | Cancún    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

| 3.4212 | Verduras Y Carnes Congeladas S.A. de C.V. | 2/21/2025 | $ | 861.67 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☐ Suppliers or vendors |
| | Av. López Portillo 206 | | | | ☐ Services |
| | Street | | | | ☑ Other    Trade |
| | Quintana Roo | | | | |
| | Cancún    77516 | | | | |
| | City    State    ZIP Code | | | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.4213 Verduras Y Carnes Congeladas S.A. de C.V.
Creditor's Name

3/5/2025                $              692.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 206
Street

Quintana
Cancún            Roo          77516
City              State        ZIP Code

Mexico
Country

3.4214 Verduras Y Carnes Congeladas S.A. de C.V.
Creditor's Name

3/20/2025              $              366.91

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 206
Street

Quintana
Cancún            Roo          77516
City              State        ZIP Code

Mexico
Country

3.4215 Verduras Y Carnes Congeladas S.A. de C.V.
Creditor's Name

3/20/2025              $              700.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 206
Street

Quintana
Cancún            Roo          77516
City              State        ZIP Code

Mexico
Country

3.4216 Verduras Y Carnes Congeladas S.A. de C.V.
Creditor's Name

3/27/2025              $               21.85

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. López Portillo 206
Street

Quintana
Cancún            Roo          77516
City              State        ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

3.4217  Verduras Y Carnes Congeladas S.A. de C.V.

Creditor's Name

Av. López Portillo 206

Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico

Country

3/27/2025    $    491.86

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.4218  Verduras Y Carnes Congeladas S.A. de C.V.

Creditor's Name

Av. López Portillo 206

Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico

Country

4/4/2025    $    208.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.4219  Verduras Y Carnes Congeladas S.A. de C.V.

Creditor's Name

Av. López Portillo 206

Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico

Country

4/4/2025    $    240.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.4220  Verduras Y Carnes Congeladas S.A. de C.V.

Creditor's Name

Av. López Portillo 206

Street

| | Quintana | |
| Cancún | Roo | 77516 |
| City | State | ZIP Code |

Mexico

Country

4/4/2025    $    708.05

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715

Name

3.4221  Verduras Y Carnes Congeladas S.A. de C.V.     4/11/2025     $         240.10     ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Av. López Portillo 206                                                                   ☐  Suppliers or vendors
Street                                                                                   ☐  Services

                      Quintana                                                           ☑  Other    Trade
Cancún                Roo          77516
City                  State        ZIP Code

Mexico
Country

3.4222  Verduras Y Carnes Congeladas S.A. de C.V.     4/11/2025     $         713.32     ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Av. López Portillo 206                                                                   ☐  Suppliers or vendors
Street                                                                                   ☐  Services

                      Quintana                                                           ☑  Other    Trade
Cancún                Roo          77516
City                  State        ZIP Code

Mexico
Country

3.4223  Verduras Y Carnes Congeladas S.A. de C.V.     4/16/2025     $         674.24     ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Av. López Portillo 206                                                                   ☐  Suppliers or vendors
Street                                                                                   ☐  Services

                      Quintana                                                           ☑  Other    Trade
Cancún                Roo          77516
City                  State        ZIP Code

Mexico
Country

3.4224  Viajes Acuaticos Turquesa S.A. de C.V.        1/17/2025     $       4,000.00     ☐  Secured debt
Creditor's Name                                                                          ☐  Unsecured loan repayments

Blvd. Kukulcán Km 4.5, Zona Hotelera                                                     ☐  Suppliers or vendors
Street                                                                                   ☐  Services

                      Quintana                                                           ☑  Other    Trade
Cancún                Roo          77500
City                  State        ZIP Code

Mexico
Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known):*  25-10715

Name

3.4225  Viajes Acuaticos Turquesa S.A. de C.V.          1/23/2025        $          8,800.00          ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                          ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                    Quintana                                                                          ☑  Other    Trade
        Cancún      Roo          77500
        City        State        ZIP Code

        Mexico
        Country

3.4226  Viajes Acuaticos Turquesa S.A. de C.V.          1/31/2025        $          4,650.00          ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                          ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                    Quintana                                                                          ☑  Other    Trade
        Cancún      Roo          77500
        City        State        ZIP Code

        Mexico
        Country

3.4227  Viajes Acuaticos Turquesa S.A. de C.V.          2/19/2025        $          1,085.39          ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                          ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                    Quintana                                                                          ☑  Other    Trade
        Cancún      Roo          77500
        City        State        ZIP Code

        Mexico
        Country

3.4228  Viajes Acuaticos Turquesa S.A. de C.V.          2/19/2025        $          4,512.60          ☐  Secured debt
        Creditor's Name
                                                                                                      ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                          ☐  Suppliers or vendors
        Street
                                                                                                      ☐  Services

                    Quintana                                                                          ☑  Other    Trade
        Cancún      Roo          77500
        City        State        ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

3.4229  Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

2/19/2025    $    5,550.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.4230  Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

2/19/2025    $    18,000.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.4231  Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

2/20/2025    $    1,800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

3.4232  Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún            Roo          77500
City              State        ZIP Code

Mexico
Country

2/24/2025    $    5,000.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number (if known):    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.4233 | Viajes Acuaticos Turquesa S.A. de C.V. | 2/25/2025 | $ 10,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 4.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún    Quintana Roo    77500 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4234 | Viajes Acuaticos Turquesa S.A. de C.V. | 2/27/2025 | $ 9,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 4.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún    Quintana Roo    77500 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4235 | Viajes Acuaticos Turquesa S.A. de C.V. | 3/3/2025 | $ 4,700.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 4.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún    Quintana Roo    77500 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4236 | Viajes Acuaticos Turquesa S.A. de C.V. | 3/13/2025 | $ 4,567.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Blvd. Kukulcán Km 4.5, Zona Hotelera | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Trade |
| | Cancún    Quintana Roo    77500 | | | |
| | City    State    ZIP Code | | | |
| | Mexico | | | |
| | Country | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known)*:    25-10715

Name

3.4237  Viajes Acuaticos Turquesa S.A. de C.V.          3/25/2025        $          5,000.00      ☐  Secured debt
        Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                     ☐  Suppliers or vendors
        Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☒  Other      Trade
        Cancún      Roo        77500
        City        State      ZIP Code

        Mexico
        Country

3.4238  Viajes Acuaticos Turquesa S.A. de C.V.          3/31/2025        $           542.69      ☐  Secured debt
        Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                     ☐  Suppliers or vendors
        Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☒  Other      Trade
        Cancún      Roo        77500
        City        State      ZIP Code

        Mexico
        Country

3.4239  Viajes Acuaticos Turquesa S.A. de C.V.          3/31/2025        $         13,500.00     ☐  Secured debt
        Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                     ☐  Suppliers or vendors
        Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☒  Other      Trade
        Cancún      Roo        77500
        City        State      ZIP Code

        Mexico
        Country

3.4240  Viajes Acuaticos Turquesa S.A. de C.V.          4/1/2025         $           245.00      ☐  Secured debt
        Creditor's Name
                                                                                                 ☐  Unsecured loan repayments

        Blvd. Kukulcán Km 4.5, Zona Hotelera                                                     ☐  Suppliers or vendors
        Street
                                                                                                 ☐  Services

                    Quintana                                                                     ☒  Other      Trade
        Cancún      Roo        77500
        City        State      ZIP Code

        Mexico
        Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

_____
Name

3.4241 Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún          Roo          77500
City          State          ZIP Code

Mexico
Country

2/20/2025          $          13,200.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.4242 Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún          Roo          77500
City          State          ZIP Code

Mexico
Country

2/20/2025          $          13,200.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.4243 Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún          Roo          77500
City          State          ZIP Code

Mexico
Country

2/24/2025          $          10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

3.4244 Viajes Acuaticos Turquesa S.A. de C.V.
Creditor's Name

Blvd. Kukulcán Km 4.5, Zona Hotelera
Street

Quintana
Cancún          Roo          77500
City          State          ZIP Code

Mexico
Country

2/24/2025          $          10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.4245 | Werdere Intercshop S.A. de C.V. | 4/16/2025 | $ | 8,815.69 |
|--------|---------------------------------|-----------|---|----------|

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.4246 | Werdere Intercshop S.A. de C.V. | 4/16/2025 | $ | 8,815.69 |
|--------|---------------------------------|-----------|---|----------|

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.4247 | X Y Per S.A. de C.V. | 3/7/2025 | $ | 30,276.78 |
|--------|----------------------|----------|---|-----------|

Creditor's Name

Address Available Upon Request

Street

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

| 3.4248 | Xertica S de RL de C.V. | 1/16/2025 | $ | 1,652.65 |
|--------|-------------------------|-----------|---|----------|

Creditor's Name

Av. Javier Barros Sierra 495

Street

| Col. Santa Fe | Ciudad de México | 01210 |
|---------------|------------------|-------|

City          State          ZIP Code

Mexico

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 3.4249 | Xertica S de RL de C.V. | 1/16/2025 | $ | 1,655.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Javier Barros Sierra 495 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Santa Fe / Ciudad de México / 01210 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4250 | Xertica S de RL de C.V. | 1/16/2025 | $ | 17,117.32 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Javier Barros Sierra 495 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Santa Fe / Ciudad de México / 01210 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4251 | Xertica S de RL de C.V. | 1/27/2025 | $ | 2,852.89 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Javier Barros Sierra 495 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Santa Fe / Ciudad de México / 01210 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

| 3.4252 | Xertica S de RL de C.V. | 2/5/2025 | $ | 2,852.89 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | Av. Javier Barros Sierra 495 | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    Trade |
| | Col. Santa Fe / Ciudad de México / 01210 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Mexico | | | | | |
| | Country | | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

3.4253 Xertica S de RL de C.V.
Creditor's Name

2/17/2025

$ 2,852.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

3.4254 Xertica S de RL de C.V.
Creditor's Name

2/21/2025

$ 2,852.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

3.4255 Xertica S de RL de C.V.
Creditor's Name

2/28/2025

$ 980.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

3.4256 Xertica S de RL de C.V.
Creditor's Name

2/28/2025

$ 8,558.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 3.4257 | Xertica S de RL de C.V. | 3/7/2025 | $ | 1,580.64 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4258 | Xertica S de RL de C.V. | 3/7/2025 | $ | 2,852.89 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4259 | Xertica S de RL de C.V. | 3/18/2025 | $ | 980.00 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

| | | | | |
|---|---|---|---|---|
| 3.4260 | Xertica S de RL de C.V. | 3/18/2025 | $ | 5,705.77 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Trade

Av. Javier Barros Sierra 495
Street

Col. Santa Fe | Ciudad de México | 01210
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

3.4261  Xertica S de RL de C.V.                3/21/2025       $        1,800.60        ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Javier Barros Sierra 495                                                           ☐ Suppliers or vendors
Street                                                                                 ☐ Services

                        Ciudad de                                                      ☒ Other    Trade
Col. Santa Fe           México          01210
City                    State           ZIP Code

Mexico
Country

3.4262  Xertica S de RL de C.V.                3/21/2025       $        2,852.89        ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Javier Barros Sierra 495                                                           ☐ Suppliers or vendors
Street                                                                                 ☐ Services

                        Ciudad de                                                      ☒ Other    Trade
Col. Santa Fe           México          01210
City                    State           ZIP Code

Mexico
Country

3.4263  Xertica S de RL de C.V.                3/28/2025       $        8,558.66        ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Javier Barros Sierra 495                                                           ☐ Suppliers or vendors
Street                                                                                 ☐ Services

                        Ciudad de                                                      ☒ Other    Trade
Col. Santa Fe           México          01210
City                    State           ZIP Code

Mexico
Country

3.4264  Xertica S de RL de C.V.                4/7/2025        $       11,411.55        ☐ Secured debt
Creditor's Name                                                                        ☐ Unsecured loan repayments

Av. Javier Barros Sierra 495                                                           ☐ Suppliers or vendors
Street                                                                                 ☐ Services

                        Ciudad de                                                      ☒ Other    Trade
Col. Santa Fe           México          01210
City                    State           ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 3.4265 | Xertica S de RL de C.V. | 4/16/2025 | $ 490.00 |

Creditor's Name

Av. Javier Barros Sierra 495
Street

Col. Santa Fe        Ciudad de México        01210
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.4266 | Xertica S de RL de C.V. | 4/16/2025 | $ 5,705.77 |

Creditor's Name

Av. Javier Barros Sierra 495
Street

Col. Santa Fe        Ciudad de México        01210
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.4267 | Xertica S de RL de C.V. | 4/14/2025 | $ 2,852.89 |

Creditor's Name

Av. Javier Barros Sierra 495
Street

Col. Santa Fe        Ciudad de México        01210
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

| | | | |
|---|---|---|---|
| 3.4268 | Xertica S de RL de C.V. | 4/14/2025 | $ 2,852.89 |

Creditor's Name

Av. Javier Barros Sierra 495
Street

Col. Santa Fe        Ciudad de México        01210
City        State        ZIP Code

Mexico
Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.4269** Xertica S de RL de C.V.
Creditor's Name

4/14/2025          $          2,852.89

Av. Javier Barros Sierra 495
Street

Col. Santa Fe       Ciudad de México       01210
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4270** Xertica S de RL de C.V.
Creditor's Name

4/14/2025          $          2,852.89

Av. Javier Barros Sierra 495
Street

Col. Santa Fe       Ciudad de México       01210
City                State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4271** Yinvanet S.A. de C.V.
Creditor's Name

1/16/2025          $          2,808.56

Av. Yaxchilán 24
Street

Cancún       Quintana Roo       77500
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4272** Yinvanet S.A. de C.V.
Creditor's Name

1/16/2025          $          2,861.20

Av. Yaxchilán 24
Street

Cancún       Quintana Roo       77500
City          State          ZIP Code

Mexico
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 3.4273 | Yinvanet S.A. de C.V. | 1/27/2025 | $ | 2,808.56 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Yaxchilán 24

☐ Suppliers or vendors

Street

☐ Services

| | Quintana Roo | | |
|---|---|---|---|

☑ Other    Trade

Cancún | Quintana Roo | 77500
City | State | ZIP Code

Mexico
Country

---

| 3.4274 | Yinvanet S.A. de C.V. | 2/5/2025 | $ | 5,617.11 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Yaxchilán 24

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Cancún | Quintana Roo | 77500
City | State | ZIP Code

Mexico
Country

---

| 3.4275 | Yinvanet S.A. de C.V. | 2/17/2025 | $ | 2,808.56 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Yaxchilán 24

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Cancún | Quintana Roo | 77500
City | State | ZIP Code

Mexico
Country

---

| 3.4276 | Yinvanet S.A. de C.V. | 2/21/2025 | $ | 2,808.56 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Yaxchilán 24

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Trade

Cancún | Quintana Roo | 77500
City | State | ZIP Code

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**3.4277** Yinvanet S.A. de C.V.

Creditor's Name

3/7/2025    $    5,617.11

Av. Yaxchilán 24

Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4278** Yinvanet S.A. de C.V.

Creditor's Name

3/18/2025    $    2,808.56

Av. Yaxchilán 24

Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4279** Yinvanet S.A. de C.V.

Creditor's Name

3/21/2025    $    2,808.56

Av. Yaxchilán 24

Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

**3.4280** Yinvanet S.A. de C.V.

Creditor's Name

3/28/2025    $    2,808.56

Av. Yaxchilán 24

Street

| | Quintana | |
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other    Trade

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number (if known): 25-10715
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4281 | Yinvanet S.A. de C.V. | 4/16/2025 | $ | 2,808.56 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

Av. Yaxchilán 24
_____
Street

☐ Suppliers or vendors

☐ Services

☐ Other   Trade

|  | Quintana | |
|---|---|---|
| Cancún | Roo | 77500 |
| City | State | ZIP Code |

Mexico
_____
Country

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1 ALBOR DOMIGUEZ VALERIA MARGARITA | 4/1/2024 | $   735.00 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
_____
Street

_____

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Relationship to Debtor**

Former Board Member
_____

| 4.2 ALBOR DOMIGUEZ VALERIA MARGARITA | 4/8/2024 | $   235.18 | To be determined |
|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
_____
Street

_____

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Relationship to Debtor**

Former Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.3  ALBOR DOMIGUEZ VALERIA MARGARITA        4/15/2024        $        735.00        To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo        Cancun
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.4  ALBOR DOMIGUEZ VALERIA MARGARITA        4/30/2024        $        848.12        To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo        Cancun
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.5  ALBOR DOMIGUEZ VALERIA MARGARITA        5/15/2024        $        735.00        To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo        Cancun
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

4.6 ALBOR DOMIGUEZ VALERIA MARGARITA   5/31/2024   $   735.00   To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

4.7 ALBOR DOMIGUEZ VALERIA MARGARITA   6/14/2024   $   735.00   To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

4.8 ALBOR DOMIGUEZ VALERIA MARGARITA   6/28/2024   $   735.00   To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**4.9** ALBOR DOMIGUEZ VALERIA MARGARITA
Insider's Name

7/15/2024     $            980.00     To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Board Member

**4.10** ALBOR DOMIGUEZ VALERIA MARGARITA
Insider's Name

7/31/2024     $            980.00     To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Board Member

**4.11** ALBOR DOMIGUEZ VALERIA MARGARITA
Insider's Name

8/14/2024     $            980.00     To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Board Member

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

4.12  ALBOR DOMIGUEZ VALERIA MARGARITA          8/30/2024          $              980.00          To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street



Quintana Roo          Cancun
City                         State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.13  ALBOR DOMIGUEZ VALERIA MARGARITA          9/13/2024          $              980.00          To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street



Quintana Roo          Cancun
City                         State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.14  ALBOR DOMIGUEZ VALERIA MARGARITA          9/30/2024          $              980.00          To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street



Quintana Roo          Cancun
City                         State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*: 25-10715

Name

4.15  ALBOR DOMIGUEZ VALERIA MARGARITA        10/16/2024        $              980.00    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

_____

Quintana Roo          Cancun
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.16  ALBOR DOMIGUEZ VALERIA MARGARITA        10/31/2024        $              980.00    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

_____

Quintana Roo          Cancun
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.17  ALBOR DOMIGUEZ VALERIA MARGARITA        11/15/2024        $              980.00    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

_____

Quintana Roo          Cancun
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.                                   Case number *(if known)*:  25-10715

Name

4.18  ALBOR DOMIGUEZ VALERIA MARGARITA       11/29/2024      $            980.00      To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo        Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

4.19  ALBOR DOMIGUEZ VALERIA MARGARITA       12/13/2024      $            980.00      To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo        Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

4.20  ALBOR DOMIGUEZ VALERIA MARGARITA       12/23/2024      $            980.00      To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo        Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.21  ALBOR DOMIGUEZ VALERIA MARGARITA
Insider's Name

12/30/2024        $            980.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Quintana Roo        Cancun
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.22  ALBOR DOMIGUEZ VALERIA MARGARITA
Insider's Name

1/15/2025        $            980.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Quintana Roo        Cancun
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.23  ALBOR DOMIGUEZ VALERIA MARGARITA
Insider's Name

1/30/2025        $            980.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Quintana Roo        Cancun
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.24 ALBOR DOMIGUEZ VALERIA MARGARITA

Insider's Name

2/14/2025        $            980.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo        Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

4.25 ALBOR DOMIGUEZ VALERIA MARGARITA

Insider's Name

2/28/2025        $            980.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo        Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

4.26 ALBOR DOMIGUEZ VALERIA MARGARITA

Insider's Name

3/14/2025        $            980.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo        Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Board Member

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

4.27 ALBOR DOMIGUEZ VALERIA MARGARITA    3/28/2025    $    980.00    To be determined
_____Insider's Name_____

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
_____Street_____

_____

Quintana Roo    Cancun
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Board Member

4.28 AQUATOURS SA DE CV    4/5/2024    $    779.10    Intercompany Transaction
_____Insider's Name_____

Boulevard Kukulcan Km 6.5
_____Street_____

Zona Hotelera, C.P.

Cancun    77500
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.29 AQUATOURS SA DE CV    4/5/2024    $    13,083.00    Intercompany Transaction
_____Insider's Name_____

Boulevard Kukulcan Km 6.5
_____Street_____

Zona Hotelera, C.P.

Cancun    77500
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known)*: 25-10715

Name

4.30  AQUATOURS SA DE CV                    4/12/2024      $           2,450.00      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City              State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.31  AQUATOURS SA DE CV                    4/12/2024      $           2,597.00      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City              State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.32  AQUATOURS SA DE CV                    4/17/2024      $           6,252.40      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City              State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known)*:    25-10715

Name

| 4.33 | AQUATOURS SA DE CV | 4/17/2024 | $ | 7,007.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.34 | AQUATOURS SA DE CV | 4/18/2024 | $ | 3,924.90 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.35 | AQUATOURS SA DE CV | 4/19/2024 | $ | 19,722.50 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.36 | AQUATOURS SA DE CV | 4/19/2024 | $ | 22,393.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.37 | AQUATOURS SA DE CV | 5/3/2024 | $ | 18,032.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.38 | AQUATOURS SA DE CV | 5/9/2024 | $ | 2,352.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.       Case number *(if known):*  25-10715

Name

---

4.39  AQUATOURS SA DE CV       5/10/2024       $       1,896.30       Intercompany Transaction

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun       77500
City       State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.40  AQUATOURS SA DE CV       5/16/2024       $       3,425.10       Intercompany Transaction

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun       77500
City       State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.41  AQUATOURS SA DE CV       5/17/2024       $       3,699.50       Intercompany Transaction

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun       77500
City       State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | |
|---|---|---|---|
| 4.42 AQUATOURS SA DE CV | 5/17/2024 | $ 5,012.70 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                77500
City      State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.43 AQUATOURS SA DE CV | 5/17/2024 | $ 22,491.00 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                77500
City      State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.44 AQUATOURS SA DE CV | 5/24/2024 | $ 382.20 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                77500
City      State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715

Name

| 4.45 | AQUATOURS SA DE CV | 5/29/2024 | $ | 11,941.30 | Intercompany Transaction |
|------|--------------------|-----------|---|-----------|--------------------------|

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|--------|--|-------|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.46 | AQUATOURS SA DE CV | 5/30/2024 | $ | 4,949.00 | Intercompany Transaction |
|------|--------------------|-----------|---|----------|--------------------------|

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|--------|--|-------|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.47 | AQUATOURS SA DE CV | 5/31/2024 | $ | 22,834.00 | Intercompany Transaction |
|------|--------------------|-----------|---|-----------|--------------------------|

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|--------|--|-------|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

| | | | |
|---|---|---|---|
| 4.48 AQUATOURS SA DE CV | 6/10/2024 | $ 2,940.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun               77500
City          State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.49 AQUATOURS SA DE CV | 6/14/2024 | $ 17,679.20 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun               77500
City          State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.50 AQUATOURS SA DE CV | 6/14/2024 | $ 18,767.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun               77500
City          State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*: 25-10715

Name

4.51 AQUATOURS SA DE CV                      6/17/2024        $           1,421.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.52 AQUATOURS SA DE CV                      6/17/2024        $           3,670.10    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.53 AQUATOURS SA DE CV                      6/18/2024        $           2,352.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.54 | AQUATOURS SA DE CV | 6/21/2024 | $ | 1,940.40 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City      State   ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.55 | AQUATOURS SA DE CV | 6/21/2024 | $ | 2,009.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City      State   ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.56 | AQUATOURS SA DE CV | 6/28/2024 | $ | 2,303.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City      State   ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

4.57 AQUATOURS SA DE CV
Insider's Name

6/28/2024    $    20,237.00    Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.58 AQUATOURS SA DE CV
Insider's Name

7/12/2024    $    18,816.00    Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.59 AQUATOURS SA DE CV
Insider's Name

7/17/2024    $    18,375.00    Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.60 AQUATOURS SA DE CV    7/19/2024    $    3,234.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun    77500
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.61 AQUATOURS SA DE CV    7/19/2024    $    4,316.90    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun    77500
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.62 AQUATOURS SA DE CV    7/24/2024    $    2,254.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun    77500
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                     Case number *(if known)*:  25-10715
_____
Name

4.63  AQUATOURS SA DE CV                    7/26/2024       $              20,286.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City            State           ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.64  AQUATOURS SA DE CV                    8/1/2024        $               9,359.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City            State           ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.65  AQUATOURS SA DE CV                    8/9/2024        $                 166.60    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City            State           ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | |
|---|---|---|---|
| 4.66 AQUATOURS SA DE CV | 8/9/2024 | $ 11,221.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                     77500
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.67 AQUATOURS SA DE CV | 8/12/2024 | $ 12,651.80 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                     77500
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.68 AQUATOURS SA DE CV | 8/14/2024 | $ 441.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                     77500
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

| | | | |
|---|---|---|---|
| 4.69 AQUATOURS SA DE CV | 8/14/2024 | $  994.70 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City            State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.70 AQUATOURS SA DE CV | 8/15/2024 | $  2,940.00 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City            State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.71 AQUATOURS SA DE CV | 8/19/2024 | $  7,923.30 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City            State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                           Case number *(if known)*:    25-10715
_____
Name

| 4.72 | AQUATOURS SA DE CV | 8/19/2024 | $ | 67,179.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
_____
Street

Zona Hotelera, C.P.
_____

Cancun                          77500
_____
City            State       ZIP Code

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

| 4.73 | AQUATOURS SA DE CV | 8/22/2024 | $ | 2,352.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
_____
Street

Zona Hotelera, C.P.
_____

Cancun                          77500
_____
City            State       ZIP Code

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

| 4.74 | AQUATOURS SA DE CV | 8/23/2024 | $ | 17,047.10 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
_____
Street

Zona Hotelera, C.P.
_____

Cancun                          77500
_____
City            State       ZIP Code

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*: 25-10715

Name

4.75  AQUATOURS SA DE CV                    8/26/2024        $           470.40        Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.76  AQUATOURS SA DE CV                    8/26/2024        $           808.50        Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.77  AQUATOURS SA DE CV                    8/30/2024        $         1,862.00        Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:   Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

4.78  AQUATOURS SA DE CV                            9/2/2024      $              8,624.00    Intercompany Transaction
      Insider's Name

      Boulevard Kukulcan Km 6.5
      Street

      Zona Hotelera, C.P.

      Cancun                        77500
      City            State         ZIP Code

      Mexico
      Country

      **Relationship to Debtor**

      Affiliate

4.79  AQUATOURS SA DE CV                            9/6/2024      $              1,519.00    Intercompany Transaction
      Insider's Name

      Boulevard Kukulcan Km 6.5
      Street

      Zona Hotelera, C.P.

      Cancun                        77500
      City            State         ZIP Code

      Mexico
      Country

      **Relationship to Debtor**

      Affiliate

4.80  AQUATOURS SA DE CV                            9/6/2024      $             20,486.90    Intercompany Transaction
      Insider's Name

      Boulevard Kukulcan Km 6.5
      Street

      Zona Hotelera, C.P.

      Cancun                        77500
      City            State         ZIP Code

      Mexico
      Country

      **Relationship to Debtor**

      Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

4.81  AQUATOURS SA DE CV                     9/9/2024        $           2,665.60   Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.82  AQUATOURS SA DE CV                     9/10/2024       $            230.30    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.83  AQUATOURS SA DE CV                     9/10/2024       $           2,146.20   Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

---

4.84  AQUATOURS SA DE CV
Insider's Name

9/17/2024    $              3,738.70    Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.85  AQUATOURS SA DE CV
Insider's Name

9/17/2024    $              6,825.70    Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.86  AQUATOURS SA DE CV
Insider's Name

9/17/2024    $             25,107.60    Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 4.87 | AQUATOURS SA DE CV | 9/20/2024 | $ 21,707.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                77500
City         State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.88 | AQUATOURS SA DE CV | 9/26/2024 | $ 294.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                77500
City         State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.89 | AQUATOURS SA DE CV | 9/27/2024 | $ 254.80 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                77500
City         State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.90 AQUATOURS SA DE CV     9/27/2024     $     661.50     Intercompany Transaction

Insider's Name

Boulevard Kukulcan Km 6.5

Street

Zona Hotelera, C.P.

Cancun        77500

City     State     ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.91 AQUATOURS SA DE CV     9/27/2024     $     3,479.00     Intercompany Transaction

Insider's Name

Boulevard Kukulcan Km 6.5

Street

Zona Hotelera, C.P.

Cancun        77500

City     State     ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.92 AQUATOURS SA DE CV     10/4/2024     $     19,747.00     Intercompany Transaction

Insider's Name

Boulevard Kukulcan Km 6.5

Street

Zona Hotelera, C.P.

Cancun        77500

City     State     ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.93 AQUATOURS SA DE CV                    10/16/2024        $        877.10        Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.94 AQUATOURS SA DE CV                    10/18/2024        $        3,322.20        Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.95 AQUATOURS SA DE CV                    10/18/2024        $        21,437.50        Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*: 25-10715

Name

---

4.96 AQUATOURS SA DE CV                          10/24/2024    $        2,156.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.97 AQUATOURS SA DE CV                          10/25/2024    $          490.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.98 AQUATOURS SA DE CV                          11/1/2024     $       21,119.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor:  Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715
_____
Name

4.99  AQUATOURS SA DE CV                11/8/2024      $            1,127.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.100  AQUATOURS SA DE CV               11/11/2024     $            1,127.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.101  AQUATOURS SA DE CV               11/14/2024     $            4,557.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

4.102 AQUATOURS SA DE CV
Insider's Name

11/15/2024      $      499.80      Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City      State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.103 AQUATOURS SA DE CV
Insider's Name

11/15/2024      $      9,814.70      Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City      State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.104 AQUATOURS SA DE CV
Insider's Name

11/19/2024      $      6,139.70      Intercompany Transaction

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun          77500
City      State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.105 | AQUATOURS SA DE CV | 11/19/2024 | $ 8,330.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.106 | AQUATOURS SA DE CV | 11/21/2024 | $ 4,875.50 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.107 | AQUATOURS SA DE CV | 11/21/2024 | $ 7,060.90 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                         Case number *(if known)*:    25-10715
        _____
        Name

4.108  AQUATOURS SA DE CV                    11/22/2024    $           1,813.00    Intercompany Transaction
       Insider's Name

       Boulevard Kukulcan Km 6.5
       Street

       Zona Hotelera, C.P.

       Cancun                 77500
       City          State    ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.109  AQUATOURS SA DE CV                    11/27/2024    $             450.80    Intercompany Transaction
       Insider's Name

       Boulevard Kukulcan Km 6.5
       Street

       Zona Hotelera, C.P.

       Cancun                 77500
       City          State    ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.110  AQUATOURS SA DE CV                    11/27/2024    $           3,038.00    Intercompany Transaction
       Insider's Name

       Boulevard Kukulcan Km 6.5
       Street

       Zona Hotelera, C.P.

       Cancun                 77500
       City          State    ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.111  AQUATOURS SA DE CV                        11/28/2024       $           1,813.00     Intercompany Transaction
       Insider's Name

       Boulevard Kukulcan Km 6.5
       Street

       Zona Hotelera, C.P.

       Cancun                    77500
       City          State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.112  AQUATOURS SA DE CV                        11/29/2024       $             759.50     Intercompany Transaction
       Insider's Name

       Boulevard Kukulcan Km 6.5
       Street

       Zona Hotelera, C.P.

       Cancun                    77500
       City          State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.113  AQUATOURS SA DE CV                        11/29/2024       $          21,070.00     Intercompany Transaction
       Insider's Name

       Boulevard Kukulcan Km 6.5
       Street

       Zona Hotelera, C.P.

       Cancun                    77500
       City          State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*: 25-10715
_____
Name

4.114  AQUATOURS SA DE CV                    12/2/2024      $         55,727.70    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.115  AQUATOURS SA DE CV                    12/6/2024      $          2,023.70    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.116  AQUATOURS SA DE CV                    12/9/2024      $         29,400.00    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 4.117 AQUATOURS SA DE CV | 12/13/2024 | $ 19,600.00 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                              77500
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.118 AQUATOURS SA DE CV | 12/16/2024 | $ 19,110.00 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                              77500
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.119 AQUATOURS SA DE CV | 12/17/2024 | $ 686.00 | Intercompany Transaction |
| Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                              77500
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

4.120  AQUATOURS SA DE CV        12/19/2024      $        3,454.50    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.121  AQUATOURS SA DE CV        12/20/2024      $         142.10    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.122  AQUATOURS SA DE CV        12/20/2024      $        2,464.70    Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715
_____
Name

4.123  AQUATOURS SA DE CV                    12/20/2024      $            3,087.00     Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.124  AQUATOURS SA DE CV                    12/20/2024      $           22,040.20     Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.125  AQUATOURS SA DE CV                    12/23/2024      $             249.90      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                    77500
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715
_____
Name

| 4.126 | AQUATOURS SA DE CV | 12/23/2024 | $ | 333.20 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                 77500
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.127 | AQUATOURS SA DE CV | 12/27/2024 | $ | 7,301.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                 77500
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.128 | AQUATOURS SA DE CV | 12/27/2024 | $ | 20,825.00 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                 77500
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

_____

Name

Case number *(if known)*:  25-10715

_____

| 4.129 | AQUATOURS SA DE CV | 1/3/2025 | $ | 171.50 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Boulevard Kukulcan Km 6.5
_____
Street

Zona Hotelera, C.P.
_____

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

| 4.130 | AQUATOURS SA DE CV | 1/3/2025 | $ | 1,666.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Boulevard Kukulcan Km 6.5
_____
Street

Zona Hotelera, C.P.
_____

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

| 4.131 | AQUATOURS SA DE CV | 1/9/2025 | $ | 2,548.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Boulevard Kukulcan Km 6.5
_____
Street

Zona Hotelera, C.P.
_____

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

4.132  AQUATOURS SA DE CV                           1/10/2025        $            279.30      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.133  AQUATOURS SA DE CV                           1/10/2025        $          21,070.00     Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.134  AQUATOURS SA DE CV                           1/15/2025        $           5,096.00     Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                        77500
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.135 | AQUATOURS SA DE CV | 1/17/2025 | $ 196.00 | Intercompany Transaction |
| | Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.136 | AQUATOURS SA DE CV | 1/17/2025 | $ 2,121.70 | Intercompany Transaction |
| | Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.137 | AQUATOURS SA DE CV | 1/20/2025 | $ 13,274.10 | Intercompany Transaction |
| | Insider's Name | | | |

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                        Case number *(if known)*:    25-10715
_____
Name

4.138  AQUATOURS SA DE CV                          1/24/2025        $              20,678.00      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.139  AQUATOURS SA DE CV                          2/7/2025         $                  98.00      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.140  AQUATOURS SA DE CV                          2/7/2025         $              14,798.00      Intercompany Transaction
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                          77500
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.141 | AQUATOURS SA DE CV | 2/14/2025 | $ 906.50 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.142 | AQUATOURS SA DE CV | 2/14/2025 | $ 1,876.70 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.143 | AQUATOURS SA DE CV | 2/14/2025 | $ 18,644.50 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

Cancun                      77500
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.144 AQUATOURS SA DE CV
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

10/15/2024    $    11,769.80    Intercompany Transaction

4.145 AQUATOURS SA DE CV
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

10/15/2024    $    11,769.80    Intercompany Transaction

4.146 AQUATOURS SA DE CV
Insider's Name

Boulevard Kukulcan Km 6.5
Street

Zona Hotelera, C.P.

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

11/20/2024    $    4,130.70    Intercompany Transaction

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | |
|---|---|---|---|
| 4.147 | AQUATOURS SA DE CV | 11/20/2024 | $ 4,130.70 | Intercompany Transaction |

Insider's Name

Boulevard Kukulcan Km 6.5

Street

Zona Hotelera, C.P.

Cancun                    77500

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.148 | DESARROLLO CORPORATIVO DEL PACIFICO SA DE CV | 4/30/2024 | $ 1,371.12 | Intercompany Transaction |

Insider's Name

Nuevo Vallarta

Street

63732 Bahía De Banderas

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | |
|---|---|---|---|
| 4.149 | DESARROLLO CORPORATIVO DEL PACIFICO SA DE CV | 7/23/2024 | $ 1,477.20 | Intercompany Transaction |

Insider's Name

Nuevo Vallarta

Street

63732 Bahía De Banderas

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:     25-10715

Name

| 4.150 | DESARROLLO CORPORATIVO DEL PACIFICO SA DE CV | 10/31/2024 | $ | 1,490.78 | Intercompany Transaction |

Insider's Name

Nuevo Vallarta
Street

63732 Bahía De Banderas

City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

| 4.151 | DESARROLLO CORPORATIVO DEL PACIFICO SA DE CV | 2/5/2025 | $ | 1,755.33 | Intercompany Transaction |

Insider's Name

Nuevo Vallarta
Street

63732 Bahía De Banderas

City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

| 4.152 | DOLPHIN AUSTRAL HOLDING | 1/31/2025 | $ | 98.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro, MZA 1, LT 7-02,
Street

Local B, Supermanzana 13

Cancun                         77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

|  | | | | |
|---|---|---|---|---|
| 4.153 | DOLPHIN CAPITAL COMPANY S DE RL DE CV | 7/11/2024 | $ 98.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | Quintana Roo | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

|  | | | | |
|---|---|---|---|---|
| 4.154 | DOLPHIN CAPITAL COMPANY S DE RL DE CV | 12/4/2024 | $ 147.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | Quintana Roo | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

|  | | | | |
|---|---|---|---|---|
| 4.155 | DOLPHIN CONNECTION INC | 10/23/2024 | $ 5,800.64 | Intercompany Transaction |
| | Insider's Name | | | |

61 Hawks Cay Blvd

Street

| Duck Key | FL | 33050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Affiliate

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.　　　　　　　　　　Case number *(if known)*:　25-10715

Name

---

4.156 DOLPHIN CONNECTION INC　　　　　　11/1/2024　　$　　　　156.00　　Intercompany Transaction

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key　　　　FL　　　33050

City　　　　　　State　　ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.157 Dolphin Leisure　　　　　　　　3/31/2024　　$　　　　817.22　　Intercompany Transaction

Insider's Name

1001 Brickell Bay Drive

Street

Miami　　　　　FL　　　33131

City　　　　　　State　　ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.158 Dolphin Leisure　　　　　　　　3/31/2024　　$　　　8,989.44　　Intercompany Transaction

Insider's Name

1001 Brickell Bay Drive

Street

Miami　　　　　FL　　　33131

City　　　　　　State　　ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

| | | | |
|---|---|---|---|
| 4.159 | Dolphin Leisure | 4/30/2024 | $ 588.42 | Intercompany Transaction |

Insider's Name

1001 Brickell Bay Drive
Street

_____

Miami            FL          33131
City             State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.160 | Dolphin Leisure | 4/30/2024 | $ 1,260.91 | Intercompany Transaction |

Insider's Name

1001 Brickell Bay Drive
Street

_____

Miami            FL          33131
City             State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.161 | Dolphin Leisure | 5/31/2024 | $ 830.55 | Intercompany Transaction |

Insider's Name

1001 Brickell Bay Drive
Street

_____

Miami            FL          33131
City             State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*    25-10715

Name

4.162  Dolphin Leisure                          5/31/2024    $            6,229.13    Intercompany Transaction
Insider's Name

1001 Brickell Bay Drive
Street

Miami              FL        33131
City               State     ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.163  Dolphin Leisure                          5/31/2024    $            6,644.40    Intercompany Transaction
Insider's Name

1001 Brickell Bay Drive
Street

Miami              FL        33131
City               State     ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.164  Dolphin Leisure                          7/31/2024    $              457.70    Intercompany Transaction
Insider's Name

1001 Brickell Bay Drive
Street

Miami              FL        33131
City               State     ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.165 Dolphin Leisure

Insider's Name

1001 Brickell Bay Drive

Street

Miami          FL          33131

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

8/31/2024     $          971.02     Intercompany Transaction

4.166 Dolphin Leisure

Insider's Name

1001 Brickell Bay Drive

Street

Miami          FL          33131

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

9/30/2024     $          5,097.65     Intercompany Transaction

4.167 DOLPHIN LEISURE

Insider's Name

1001 Brickell Bay Drive

Street

Miami          FL          33131

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

2/28/2025     $          1,000.96     Intercompany Transaction

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

| 4.168 | Eduardo Albor | 3/31/2024 | $ | 38,000.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.169 | Eduardo Albor | 4/1/2024 | $ | 1,633.66 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.170 | Eduardo Albor | 4/3/2024 | $ | 2,450.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*:    25-10715

| | | | |
|---|---|---|---|
| 4.171 | Eduardo Albor | 4/4/2024 | $ | 4,900.00 | To be determined |

Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | |
|---|---|---|---|
| 4.172 | Eduardo Albor | 4/5/2024 | $ | 3,675.00 | To be determined |

Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | |
|---|---|---|---|
| 4.173 | Eduardo Albor | 4/8/2024 | $ | 490.00 | To be determined |

Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

4.174  Eduardo Albor                    4/8/2024      $         4,410.00    To be determined

Insider's Name

Address available on request

Street

City          State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.175  Eduardo Albor                    4/8/2024      $         5,767.31    To be determined

Insider's Name

Address available on request

Street

City          State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.176  Eduardo Albor                    4/9/2024      $         2,450.00    To be determined

Insider's Name

Address available on request

Street

City          State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.177  Eduardo Albor
       Insider's Name

4/9/2024          $          4,900.00      To be determined

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.178  Eduardo Albor
       Insider's Name

4/10/2024         $          4,900.00      To be determined

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.179  Eduardo Albor
       Insider's Name

4/11/2024         $          4,900.00      To be determined

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*   25-10715

**4.180** Eduardo Albor                    4/12/2024        $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

**4.181** Eduardo Albor                    4/12/2024        $            4,900.00    To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

**4.182** Eduardo Albor                    4/15/2024        $            1,633.66    To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.183  Eduardo Albor                          4/15/2024        $           4,900.00    To be determined
Insider's Name

Address available on request
Street


City              State         ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.184  Eduardo Albor                          4/16/2024        $           4,900.00    To be determined
Insider's Name

Address available on request
Street


City              State         ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.185  Eduardo Albor                          4/17/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street


City              State         ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.186  Eduardo Albor

Insider's Name

4/18/2024          $          2,450.00     To be determined

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.187  Eduardo Albor

Insider's Name

4/19/2024          $          2,450.00     To be determined

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.188  Eduardo Albor

Insider's Name

4/22/2024          $          2,450.00     To be determined

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

4.189  Eduardo Albor
Insider's Name

4/23/2024

$ _____ 2,450.00    To be determined

Address available on request
Street

_____

City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.190  Eduardo Albor
Insider's Name

4/24/2024

$ _____ 2,450.00    To be determined

Address available on request
Street

_____

City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.191  Eduardo Albor
Insider's Name

4/25/2024

$ _____ 2,450.00    To be determined

Address available on request
Street

_____

City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

4.192  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

4/26/2024        $              2,450.00    To be determined

4.193  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

4/29/2024        $              1,633.66    To be determined

4.194  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

4/29/2024        $              2,450.00    To be determined

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.195  Eduardo Albor                              4/30/2024        $            1,225.00    To be determined
Insider's Name

Address available on request
Street

City              State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.196  Eduardo Albor                              4/30/2024        $           61,300.00    To be determined
Insider's Name

Address available on request
Street

City              State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.197  Eduardo Albor                              5/3/2024         $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.198  Eduardo Albor                    5/6/2024        $            2,450.00    To be determined
       Insider's Name

       Address available on request
       Street

       City              State      ZIP Code

       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.199  Eduardo Albor                    5/7/2024        $            4,900.00    To be determined
       Insider's Name

       Address available on request
       Street

       City              State      ZIP Code

       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.200  Eduardo Albor                    5/8/2024        $            1,470.00    To be determined
       Insider's Name

       Address available on request
       Street

       City              State      ZIP Code

       Country

       **Relationship to Debtor**

       Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.201 | Eduardo Albor | 5/8/2024 | $ | 4,900.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.202 | Eduardo Albor | 5/9/2024 | $ | 980.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.203 | Eduardo Albor | 5/9/2024 | $ | 2,450.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.204  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

5/10/2024    $    4,900.00    To be determined

4.205  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

5/13/2024    $    2,450.00    To be determined

4.206  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

5/14/2024    $    2,450.00    To be determined

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

4.207  Eduardo Albor
Insider's Name

5/15/2024          $          1,633.66          To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.208  Eduardo Albor
Insider's Name

5/15/2024          $          2,450.00          To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.209  Eduardo Albor
Insider's Name

5/16/2024          $          980.00          To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.210  Eduardo Albor          5/16/2024      $          4,900.00    To be determined
Insider's Name

Address available on request
Street



City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.211  Eduardo Albor          5/17/2024      $          2,450.00    To be determined
Insider's Name

Address available on request
Street



City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.212  Eduardo Albor          5/20/2024      $          3,675.00    To be determined
Insider's Name

Address available on request
Street



City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

4.213  Eduardo Albor
_____
Insider's Name

5/21/2024        $              2,450.00        To be determined
_____

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.214  Eduardo Albor
_____
Insider's Name

5/21/2024        $              3,675.00        To be determined
_____

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.215  Eduardo Albor
_____
Insider's Name

5/22/2024        $              3,675.00        To be determined
_____

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

---

4.216  Eduardo Albor
      Insider's Name

      5/23/2024       $            2,450.00      To be determined

Address available on request
Street

City           State      ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

4.217  Eduardo Albor
      Insider's Name

      5/24/2024       $            2,450.00      To be determined

Address available on request
Street

City           State      ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

4.218  Eduardo Albor
      Insider's Name

      5/27/2024       $            2,450.00      To be determined

Address available on request
Street

City           State     ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.219  Eduardo Albor                          5/28/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street


City                State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.220  Eduardo Albor                          5/29/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street


City                State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.221  Eduardo Albor                          5/30/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street


City                State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| 4.222 | Eduardo Albor | 5/31/2024 | $ | 1,633.66 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
_____
Street

_____

_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

| 4.223 | Eduardo Albor | 5/31/2024 | $ | 2,450.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
_____
Street

_____

_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

| 4.224 | Eduardo Albor | 5/31/2024 | $ | 30,730.35 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
_____
Street

_____

_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.225  Eduardo Albor

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

5/31/2024        $        37,000.00    To be determined

4.226  Eduardo Albor

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

6/2/2024        $        2,450.00    To be determined

4.227  Eduardo Albor

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

6/3/2024        $        1,225.00    To be determined

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

| 4.228 | Eduardo Albor | 6/4/2024 | $ | 980.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.229 | Eduardo Albor | 6/4/2024 | $ | 1,225.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.230 | Eduardo Albor | 6/5/2024 | $ | 1,470.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.231  Eduardo Albor                                    6/6/2024        $            2,450.00     To be determined
Insider's Name

Address available on request
Street

City                State           ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.232  Eduardo Albor                                    6/7/2024        $            1,225.00     To be determined
Insider's Name

Address available on request
Street

City                State           ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.233  Eduardo Albor                                    6/7/2024        $            2,450.00     To be determined
Insider's Name

Address available on request
Street

City                State           ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.234  Eduardo Albor
Insider's Name

6/10/2024      $            4,900.00      To be determined

Address available on request
Street


City            State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.235  Eduardo Albor
Insider's Name

6/11/2024      $            2,450.00      To be determined

Address available on request
Street


City            State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.236  Eduardo Albor
Insider's Name

6/12/2024      $            2,450.00      To be determined

Address available on request
Street


City            State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.237  Eduardo Albor                          6/13/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.238  Eduardo Albor                          6/14/2024        $           1,633.66    To be determined
Insider's Name

Address available on request
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.239  Eduardo Albor                          6/14/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:   25-10715
_____
Name

4.240  Eduardo Albor                            6/18/2024        $            2,450.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.241  Eduardo Albor                            6/19/2024        $            2,450.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.242  Eduardo Albor                            6/20/2024        $            2,450.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*   25-10715
_____

4.243  Eduardo Albor
Insider's Name

6/21/2024        $                1,225.00    To be determined

Address available on request
Street

_____

City              State            ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.244  Eduardo Albor
Insider's Name

6/21/2024        $                2,450.00    To be determined

Address available on request
Street

_____

City              State            ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.245  Eduardo Albor
Insider's Name

6/22/2024        $                4,900.00    To be determined

Address available on request
Street

_____

City              State            ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.246 Eduardo Albor    6/24/2024    $    2,450.00    To be determined
Insider's Name

Address available on request
Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.247 Eduardo Albor    6/25/2024    $    980.00    To be determined
Insider's Name

Address available on request
Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.248 Eduardo Albor    6/25/2024    $    2,450.00    To be determined
Insider's Name

Address available on request
Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.249  Eduardo Albor          6/26/2024      $          2,450.00    To be determined
       Insider's Name

Address available on request
Street


City                State           ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.250  Eduardo Albor          6/27/2024      $          2,450.00    To be determined
       Insider's Name

Address available on request
Street


City                State           ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

4.251  Eduardo Albor          6/28/2024      $          1,633.66    To be determined
       Insider's Name

Address available on request
Street


City                State           ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 4.252 | Eduardo Albor | 6/30/2024 | $ 59,000.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.253 | Eduardo Albor | 7/1/2024 | $ 2,450.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.254 | Eduardo Albor | 7/2/2024 | $ 2,450.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 4.255 | Eduardo Albor | 7/3/2024 | $ | 1,225.00 | To be determined |
|-------|---------------|----------|---|----------|------------------|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.256 | Eduardo Albor | 7/3/2024 | $ | 2,450.00 | To be determined |
|-------|---------------|----------|---|----------|------------------|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.257 | Eduardo Albor | 7/4/2024 | $ | 2,450.00 | To be determined |
|-------|---------------|----------|---|----------|------------------|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| 4.258 | Eduardo Albor | 7/5/2024 | $ | 1,225.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.259 | Eduardo Albor | 7/5/2024 | $ | 2,450.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.260 | Eduardo Albor | 7/8/2024 | $ | 2,450.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

4.261  Eduardo Albor                    7/9/2024        $            980.00    To be determined

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.262  Eduardo Albor                    7/9/2024        $          2,450.00    To be determined

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.263  Eduardo Albor                    7/10/2024       $          1,225.00    To be determined

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

4.264 Eduardo Albor                          7/10/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street


City                    State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member


4.265 Eduardo Albor                          7/11/2024        $           2,450.00    To be determined
Insider's Name

Address available on request
Street


City                    State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member


4.266 Eduardo Albor                          7/15/2024        $           1,633.66    To be determined
Insider's Name

Address available on request
Street


City                    State        ZIP Code


Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

4.267  Eduardo Albor
     Insider's Name

Address available on request
Street

_____
City     State     ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

7/16/2024     $     4,900.00     To be determined

4.268  Eduardo Albor
     Insider's Name

Address available on request
Street

_____
City     State     ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

7/17/2024     $     1,225.00     To be determined

4.269  Eduardo Albor
     Insider's Name

Address available on request
Street

_____
City     State     ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

7/17/2024     $     3,675.00     To be determined

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:    25-10715

Name

4.270  Eduardo Albor                            7/18/2024        $          2,450.00     To be determined
       Insider's Name

       Address available on request
       Street


       City              State         ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member


4.271  Eduardo Albor                            7/18/2024        $          3,675.00     To be determined
       Insider's Name

       Address available on request
       Street


       City              State         ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member


4.272  Eduardo Albor                            7/19/2024        $          3,675.00     To be determined
       Insider's Name

       Address available on request
       Street


       City              State         ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:  25-10715
_____
Name

4.273  Eduardo Albor                          7/22/2024        $            2,940.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City          State        ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.274  Eduardo Albor                          7/23/2024        $            2,940.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City          State        ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.275  Eduardo Albor                          7/24/2024        $            2,940.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City          State        ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:  25-10715
_____
Name

4.276  Eduardo Albor                          7/25/2024        $            2,940.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.277  Eduardo Albor                          7/26/2024        $            2,940.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.278  Eduardo Albor                          7/29/2024        $            4,900.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

4.279  Eduardo Albor                                    7/30/2024        $            4,900.00    To be determined
       Insider's Name

       Address available on request
       Street



       _____
       City            State         ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.280  Eduardo Albor                                    7/31/2024        $            1,633.66    To be determined
       Insider's Name

       Address available on request
       Street



       _____
       City            State         ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.281  Eduardo Albor                                    7/31/2024        $            4,900.00    To be determined
       Insider's Name

       Address available on request
       Street



       _____
       City            State         ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 4.282 | Eduardo Albor | 7/31/2024 | $ 52,000.00 | To be determined |
| | Insider's Name | | | |

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.283 | Eduardo Albor | 8/1/2024 | $ 3,675.00 | To be determined |
| | Insider's Name | | | |

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.284 | Eduardo Albor | 8/1/2024 | $ 47,876.92 | To be determined |
| | Insider's Name | | | |

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| | | | |
|---|---|---|---|
| 4.285 | Eduardo Albor | 8/2/2024 | $ 3,675.00 | To be determined |

Insider's Name

Address available on request

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | |
|---|---|---|---|
| 4.286 | Eduardo Albor | 8/5/2024 | $ 4,900.00 | To be determined |

Insider's Name

Address available on request

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | |
|---|---|---|---|
| 4.287 | Eduardo Albor | 8/6/2024 | $ 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.288  Eduardo Albor
Insider's Name

8/7/2024

$                 2,450.00    To be determined

Address available on request
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.289  Eduardo Albor
Insider's Name

8/8/2024

$                 2,450.00    To be determined

Address available on request
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.290  Eduardo Albor
Insider's Name

8/9/2024

$                 1,225.00    To be determined

Address available on request
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

4.291  Eduardo Albor                          8/9/2024        $          2,450.00      To be determined
       Insider's Name

       Address available on request
       Street



       City           State      ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.292  Eduardo Albor                          8/12/2024       $          2,450.00      To be determined
       Insider's Name

       Address available on request
       Street



       City           State      ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.293  Eduardo Albor                          8/13/2024       $          2,450.00      To be determined
       Insider's Name

       Address available on request
       Street



       City           State      ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.294  Eduardo Albor                          8/14/2024        $           1,225.00      To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.295  Eduardo Albor                          8/14/2024        $           1,633.66      To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.296  Eduardo Albor                          8/14/2024        $           2,450.00      To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.297  Eduardo Albor                           8/15/2024        $          3,675.00    To be determined

Insider's Name

Address available on request

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.298  Eduardo Albor                           8/16/2024        $          3,675.00    To be determined

Insider's Name

Address available on request

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.299  Eduardo Albor                           8/17/2024        $          4,900.00    To be determined

Insider's Name

Address available on request

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

4.300  Eduardo Albor                          8/19/2024        $           2,450.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.301  Eduardo Albor                          8/20/2024        $           2,450.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.302  Eduardo Albor                          8/21/2024        $           2,450.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

_____
Name

| | | | | |
|---|---|---|---|---|
| 4.303 | Eduardo Albor | 8/22/2024 | $ 2,450.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

_____

City            State            ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.304 | Eduardo Albor | 8/23/2024 | $ 2,450.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

_____

City            State            ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.305 | Eduardo Albor | 8/26/2024 | $ 3,920.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

_____

City            State            ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

| | | | | |
|---|---|---|---|---|
| 4.306 | Eduardo Albor | 8/27/2024 | $ 3,920.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.307 | Eduardo Albor | 8/28/2024 | $ 3,920.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.308 | Eduardo Albor | 8/29/2024 | $ 3,920.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.309 | Eduardo Albor | 8/30/2024 | $ | 1,633.66 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.310 | Eduardo Albor | 8/30/2024 | $ | 3,920.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.311 | Eduardo Albor | 8/31/2024 | $ | 33,000.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.312  Eduardo Albor
Insider's Name

9/2/2024        $              1,960.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.313  Eduardo Albor
Insider's Name

9/2/2024        $              2,940.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.314  Eduardo Albor
Insider's Name

9/3/2024        $              2,450.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.315  Eduardo Albor                              9/4/2024        $            2,450.00    To be determined
       Insider's Name

       Address available on request
       Street

       _____

       City              State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.316  Eduardo Albor                              9/5/2024        $            2,450.00    To be determined
       Insider's Name

       Address available on request
       Street

       _____

       City              State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.317  Eduardo Albor                              9/6/2024        $            2,450.00    To be determined
       Insider's Name

       Address available on request
       Street

       _____

       City              State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:  25-10715

Name

4.318  Eduardo Albor                          9/9/2024        $            3,675.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.319  Eduardo Albor                          9/10/2024       $            3,675.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.320  Eduardo Albor                          9/11/2024       $            3,675.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.321 | Eduardo Albor | 9/12/2024 | $ | 980.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.322 | Eduardo Albor | 9/12/2024 | $ | 3,675.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.323 | Eduardo Albor | 9/13/2024 | $ | 1,633.66 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.324  Eduardo Albor                           9/13/2024      $            3,675.00    To be determined
Insider's Name

Address available on request
Street

City          State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.325  Eduardo Albor                           9/17/2024      $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City          State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.326  Eduardo Albor                           9/19/2024      $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City          State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.327  Eduardo Albor                          9/20/2024         $          2,450.00   To be determined
Insider's Name

Address available on request
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.328  Eduardo Albor                          9/23/2024         $          2,450.00   To be determined
Insider's Name

Address available on request
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.329  Eduardo Albor                          9/24/2024         $          2,450.00   To be determined
Insider's Name

Address available on request
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

4.330  Eduardo Albor
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

9/25/2024        $            2,450.00    To be determined

4.331  Eduardo Albor
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

9/26/2024        $            2,450.00    To be determined

4.332  Eduardo Albor
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

9/27/2024        $            2,450.00    To be determined

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.333  Eduardo Albor                9/30/2024        $              490.00    To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.334  Eduardo Albor                9/30/2024        $            1,633.66    To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.335  Eduardo Albor                9/30/2024        $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 4.336 | Eduardo Albor | 9/30/2024 | $ | 15,000.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.337 | Eduardo Albor | 10/2/2024 | $ | 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.338 | Eduardo Albor | 10/3/2024 | $ | 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.339  Eduardo Albor        10/4/2024        $        2,450.00     To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.340  Eduardo Albor        10/7/2024        $        2,940.00     To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.341  Eduardo Albor        10/8/2024        $        0.00     To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.342 Eduardo Albor                    10/8/2024        $          1,960.00    To be determined
      Insider's Name

      Address available on request
      Street


      City              State        ZIP Code


      Country

      **Relationship to Debtor**

      Former CEO, Board Member

4.343 Eduardo Albor                    10/9/2024        $          1,960.00    To be determined
      Insider's Name

      Address available on request
      Street


      City              State        ZIP Code


      Country

      **Relationship to Debtor**

      Former CEO, Board Member

4.344 Eduardo Albor                    10/10/2024       $          1,960.00    To be determined
      Insider's Name

      Address available on request
      Street


      City              State        ZIP Code


      Country

      **Relationship to Debtor**

      Former CEO, Board Member

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*: 25-10715

4.345  Eduardo Albor
      Insider's Name

      Address available on request
      Street

      City     State     ZIP Code

      Country

      **Relationship to Debtor**

      Former CEO, Board Member

10/11/2024    $    1,960.00    To be determined

4.346  Eduardo Albor
      Insider's Name

      Address available on request
      Street

      City     State     ZIP Code

      Country

      **Relationship to Debtor**

      Former CEO, Board Member

10/14/2024    $    2,450.00    To be determined

4.347  Eduardo Albor
      Insider's Name

      Address available on request
      Street

      City     State     ZIP Code

      Country

      **Relationship to Debtor**

      Former CEO, Board Member

10/15/2024    $    2,450.00    To be determined

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.348  Eduardo Albor                              10/16/2024      $              490.00      To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.349  Eduardo Albor                              10/16/2024      $            1,225.00      To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.350  Eduardo Albor                              10/16/2024      $            1,633.66      To be determined
Insider's Name

Address available on request
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.351  Eduardo Albor                10/16/2024      $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.352  Eduardo Albor                10/17/2024      $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.353  Eduardo Albor                10/18/2024      $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                                        Case number *(if known)*:    25-10715

Name

---

4.354  Eduardo Albor                              10/22/2024      $            1,960.00    To be determined
Insider's Name

Address available on request
Street

City              State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

4.355  Eduardo Albor                              10/23/2024      $            1,960.00    To be determined
Insider's Name

Address available on request
Street

City              State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

4.356  Eduardo Albor                              10/24/2024      $            1,960.00    To be determined
Insider's Name

Address available on request
Street

City              State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

_____
Name

4.357  Eduardo Albor                          10/25/2024       $           1,960.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City            State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.358  Eduardo Albor                          10/29/2024       $           2,450.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City            State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.359  Eduardo Albor                          10/30/2024       $           2,450.00    To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City            State         ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

**4.360** Eduardo Albor                10/31/2024        $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

**4.361** Eduardo Albor                10/31/2024        $           16,197.00    To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

**4.362** Eduardo Albor                11/4/2024        $            2,450.00    To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.363  Eduardo Albor
Insider's Name

11/5/2024        $            2,450.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.364  Eduardo Albor
Insider's Name

11/6/2024        $            2,450.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.365  Eduardo Albor
Insider's Name

11/7/2024        $            2,450.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

4.366  Eduardo Albor
Insider's Name

11/8/2024  $  2,450.00  To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.367  Eduardo Albor
Insider's Name

11/11/2024  $  490.00  To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.368  Eduardo Albor
Insider's Name

11/11/2024  $  2,450.00  To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

4.369  Eduardo Albor                          11/12/2024      $            2,940.00    To be determined
Insider's Name

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.370  Eduardo Albor                          11/13/2024      $                0.00    To be determined
Insider's Name

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.371  Eduardo Albor                          11/13/2024      $            2,940.00    To be determined
Insider's Name

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.372 Eduardo Albor                    11/14/2024        $            2,940.00      To be determined

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.373 Eduardo Albor                    11/15/2024        $                0.00      To be determined

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.374 Eduardo Albor                    11/15/2024        $            1,633.66      To be determined

Insider's Name

Address available on request

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.375  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

11/15/2024      $          2,940.00      To be determined

4.376  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

11/19/2024      $          2,450.00      To be determined

4.377  Eduardo Albor
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

11/20/2024      $          2,450.00      To be determined

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.378  Eduardo Albor                    11/21/2024    $    2,450.00    To be determined
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

4.379  Eduardo Albor                    11/22/2024    $    2,450.00    To be determined
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

4.380  Eduardo Albor                    11/25/2024    $    0.00    To be determined
Insider's Name

Address available on request
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.381  Eduardo Albor

Insider's Name

11/25/2024    $    2,940.00    To be determined

Address available on request

Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.382  Eduardo Albor

Insider's Name

11/25/2024    $    32,246.74    To be determined

Address available on request

Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.383  Eduardo Albor

Insider's Name

11/26/2024    $    2,940.00    To be determined

Address available on request

Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.384  Eduardo Albor                    11/27/2024        $         2,940.00    To be determined
Insider's Name

Address available on request
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.385  Eduardo Albor                    11/28/2024        $         2,940.00    To be determined
Insider's Name

Address available on request
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.386  Eduardo Albor                    11/29/2024        $         1,633.66    To be determined
Insider's Name

Address available on request
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.387 Eduardo Albor

Insider's Name

11/29/2024    $            2,940.00    To be determined

Address available on request

Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

Former CEO, Board Member

4.388 Eduardo Albor

Insider's Name

11/30/2024    $          25,000.00    To be determined

Address available on request

Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

Former CEO, Board Member

4.389 Eduardo Albor

Insider's Name

12/2/2024    $            2,940.00    To be determined

Address available on request

Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

4.390  Eduardo Albor                          12/3/2024        $            2,940.00    To be determined
       Insider's Name

       Address available on request
       Street



       City                State        ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.391  Eduardo Albor                          12/4/2024        $            2,940.00    To be determined
       Insider's Name

       Address available on request
       Street



       City                State        ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.392  Eduardo Albor                          12/5/2024        $            2,940.00    To be determined
       Insider's Name

       Address available on request
       Street



       City                State        ZIP Code


       Country

       **Relationship to Debtor**

       Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):* 25-10715

4.393  Eduardo Albor
Insider's Name

12/6/2024    $    2,940.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.394  Eduardo Albor
Insider's Name

12/9/2024    $    2,940.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.395  Eduardo Albor
Insider's Name

12/10/2024    $    1,470.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

---

**4.396**  Eduardo Albor
Insider's Name

12/10/2024      $           2,940.00      To be determined

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

**4.397**  Eduardo Albor
Insider's Name

12/11/2024      $           2,450.00      To be determined

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

**4.398**  Eduardo Albor
Insider's Name

12/12/2024      $           2,450.00      To be determined

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.399  Eduardo Albor                    12/13/2024     $         1,633.66    To be determined
Insider's Name

Address available on request
Street

City              State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.400  Eduardo Albor                    12/13/2024     $         2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.401  Eduardo Albor                    12/16/2024     $         1,960.00    To be determined
Insider's Name

Address available on request
Street

City              State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.402  Eduardo Albor                                  12/16/2024        $            2,450.00    To be determined

Insider's Name

Address available on request

Street

City                    State           ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.403  Eduardo Albor                                  12/17/2024        $              490.00    To be determined

Insider's Name

Address available on request

Street

City                    State           ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.404  Eduardo Albor                                  12/17/2024        $            2,450.00    To be determined

Insider's Name

Address available on request

Street

City                    State           ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.405  Eduardo Albor                    12/17/2024    $        4,939.40    To be determined
Insider's Name

Address available on request
Street

City            State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.406  Eduardo Albor                    12/18/2024    $        2,940.00    To be determined
Insider's Name

Address available on request
Street

City            State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.407  Eduardo Albor                    12/19/2024    $        2,940.00    To be determined
Insider's Name

Address available on request
Street

City            State         ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.408  Eduardo Albor
Insider's Name

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

12/20/2024          $          2,940.00          To be determined

4.409  Eduardo Albor
Insider's Name

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

12/23/2024          $          1,633.66          To be determined

4.410  Eduardo Albor
Insider's Name

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

12/23/2024          $          2,940.00          To be determined

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.411  Eduardo Albor
       Insider's Name

12/24/2024       $            2,940.00       To be determined

Address available on request
Street

City            State       ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.412  Eduardo Albor
       Insider's Name

12/26/2024       $            2,940.00       To be determined

Address available on request
Street

City            State       ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.413  Eduardo Albor
       Insider's Name

12/27/2024       $            2,940.00       To be determined

Address available on request
Street

City            State       ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*:    25-10715
_____
Name

4.414  Eduardo Albor                          12/30/2024       $              1,633.66    To be determined
       Insider's Name

       Address available on request
       Street

       _____
       City              State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.415  Eduardo Albor                          12/30/2024       $              2,940.00    To be determined
       Insider's Name

       Address available on request
       Street

       _____
       City              State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

4.416  Eduardo Albor                          12/30/2024       $             30,000.00    To be determined
       Insider's Name

       Address available on request
       Street

       _____
       City              State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

---

4.417  Eduardo Albor                          1/1/2025        $            2,450.00        To be determined
Insider's Name

Address available on request
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

4.418  Eduardo Albor                          1/1/2025        $           22,059.70        To be determined
Insider's Name

Address available on request
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

---

4.419  Eduardo Albor                          1/3/2025        $            2,450.00        To be determined
Insider's Name

Address available on request
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.420  Eduardo Albor                           1/6/2025        $          2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.421  Eduardo Albor                           1/7/2025        $          2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.422  Eduardo Albor                           1/8/2025        $          2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 4.423 | Eduardo Albor | 1/9/2025 | $ | 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.424 | Eduardo Albor | 1/10/2025 | $ | 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.425 | Eduardo Albor | 1/13/2025 | $ | 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

4.426  Eduardo Albor
Insider's Name

1/14/2025

$ 2,450.00

To be determined

Address available on request
Street

_____

City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.427  Eduardo Albor
Insider's Name

1/15/2025

$ 1,633.66

To be determined

Address available on request
Street

_____

City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.428  Eduardo Albor
Insider's Name

1/15/2025

$ 2,450.00

To be determined

Address available on request
Street

_____

City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| 4.429 | Eduardo Albor | 1/16/2025 | $ | 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.430 | Eduardo Albor | 1/17/2025 | $ | 2,450.00 | To be determined |

Insider's Name

Address available on request

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.431 | Eduardo Albor | 1/17/2025 | $ | 2,940.00 | To be determined |

Insider's Name

Address available on request

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*   25-10715
_____

4.432  Eduardo Albor
       _____
       Insider's Name

       1/20/2025          $          1,960.00    To be determined
       _____       _____    _____

       Address available on request
       _____
       Street

       _____

       _____
       City            State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member
       _____

4.433  Eduardo Albor
       _____
       Insider's Name

       1/21/2025          $          2,940.00    To be determined
       _____       _____    _____

       Address available on request
       _____
       Street

       _____

       _____
       City            State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member
       _____

4.434  Eduardo Albor
       _____
       Insider's Name

       1/22/2025          $          2,940.00    To be determined
       _____       _____    _____

       Address available on request
       _____
       Street

       _____

       _____
       City            State        ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Former CEO, Board Member
       _____

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 4.435 | Eduardo Albor | 1/23/2025 | $ 2,940.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.436 | Eduardo Albor | 1/24/2025 | $ 2,940.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.437 | Eduardo Albor | 1/27/2025 | $ 2,940.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*: 25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 4.438 | Eduardo Albor | 1/28/2025 | $ | 2,940.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | | |
|---|---|---|---|---|---|
| 4.439 | Eduardo Albor | 1/29/2025 | $ | 2,940.00 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | | |
|---|---|---|---|---|---|
| 4.440 | Eduardo Albor | 1/30/2025 | $ | 1,633.66 | To be determined |

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715
_____
Name

4.441  Eduardo Albor                           1/30/2025        $            2,940.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City          State      ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.442  Eduardo Albor                           1/31/2025        $            2,940.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City          State      ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

4.443  Eduardo Albor                           2/4/2025         $            2,940.00      To be determined
_____
Insider's Name

Address available on request
_____
Street

_____

_____
City          State      ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor:  Controladora Dolphin, S.A. de C.V.                                            Case number *(if known)*:    25-10715

Name

4.444  Eduardo Albor                              2/5/2025        $            2,940.00    To be determined
Insider's Name

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.445  Eduardo Albor                              2/6/2025        $            2,940.00    To be determined
Insider's Name

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.446  Eduardo Albor                              2/7/2025        $            2,940.00    To be determined
Insider's Name

Address available on request
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.447 Eduardo Albor
Insider's Name

2/10/2025          $          2,940.00    To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.448 Eduardo Albor
Insider's Name

2/11/2025          $          2,940.00    To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.449 Eduardo Albor
Insider's Name

2/12/2025          $          2,940.00    To be determined

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 4.450 | Eduardo Albor | 2/13/2025 | $ 2,940.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.451 | Eduardo Albor | 2/13/2025 | $ 46,000.00 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| | | | | |
|---|---|---|---|---|
| 4.452 | Eduardo Albor | 2/14/2025 | $ 1,633.66 | To be determined |
| | Insider's Name | | | |

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor:   Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:   25-10715

_____
Name

| 4.453 | Eduardo Albor | 2/14/2025 | $ | 1,960.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

| 4.454 | Eduardo Albor | 2/14/2025 | $ | 2,940.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

| 4.455 | Eduardo Albor | 2/28/2025 | $ | 0.00 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Address available on request
_____
Street

_____

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member
_____

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

4.456  Eduardo Albor                    2/28/2025      $        1,633.66      To be determined
Insider's Name

Address available on request
Street


_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.457  Eduardo Albor                    2/28/2025      $       12,250.00      To be determined
Insider's Name

Address available on request
Street


_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.458  Eduardo Albor                    3/7/2025       $        2,450.00      To be determined
Insider's Name

Address available on request
Street


_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

| 4.459 | Eduardo Albor | 3/14/2025 | $ | 1,633.66 | To be determined |

Insider's Name

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.460 | Eduardo Albor | 3/20/2025 | $ | 980.00 | To be determined |

Insider's Name

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.461 | Eduardo Albor | 3/28/2025 | $ | 653.66 | To be determined |

Insider's Name

Address available on request
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.462  Eduardo Albor                     3/28/2025      $           40,000.00     To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.463  Eduardo Albor                     4/2/2024       $            2,450.00     To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.464  Eduardo Albor                     4/2/2024       $            2,450.00     To be determined
Insider's Name

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.465  Eduardo Albor                         5/2/2024        $           2,450.00    To be determined

Insider's Name

Address available on request

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.466  Eduardo Albor                         5/2/2024        $           2,450.00    To be determined

Insider's Name

Address available on request

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.467  Eduardo Albor                         6/28/2024       $           2,450.00    To be determined

Insider's Name

Address available on request

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

4.468  Eduardo Albor
Insider's Name

6/28/2024        $              2,450.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.469  Eduardo Albor
Insider's Name

7/12/2024        $              2,450.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.470  Eduardo Albor
Insider's Name

7/12/2024        $              2,450.00    To be determined

Address available on request
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____
Name

4.471  Eduardo Albor                              9/18/2024        $              1,225.00      To be determined
Insider's Name

Address available on request
Street

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.472  Eduardo Albor                              9/18/2024        $              1,225.00      To be determined
Insider's Name

Address available on request
Street

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

4.473  Eduardo Albor                              9/18/2024        $              2,450.00      To be determined
Insider's Name

Address available on request
Street

_____
City              State          ZIP Code

_____
Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

4.474  Eduardo Albor                                        9/18/2024          $          2,450.00      To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.475  Eduardo Albor                                        10/28/2024         $          2,450.00      To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.476  Eduardo Albor                                        10/28/2024         $          2,450.00      To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.477  Eduardo Albor                    10/31/2024    $             816.83    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.478  Eduardo Albor                    10/31/2024    $             816.83    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

4.479  Eduardo Albor                    11/1/2024    $           2,450.00    To be determined
Insider's Name

Address available on request
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.480 | Eduardo Albor | 11/1/2024 | $ | 2,450.00 | To be determined |
|-------|---------------|-----------|---|----------|------------------|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.481 | Eduardo Albor | 1/20/2025 | $ | 2,940.00 | To be determined |
|-------|---------------|-----------|---|----------|------------------|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

| 4.482 | Eduardo Albor | 1/20/2025 | $ | 2,940.00 | To be determined |
|-------|---------------|-----------|---|----------|------------------|

Insider's Name

Address available on request

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.483  EJECUTIVOS DE TURISMO SUSTENTABLE    1/10/2025    $    416,500.00    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Cancun                          77504
City              State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.484  EJECUTIVOS DE TURISMO SUSTENTABLE    1/31/2025    $    1,413.97    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Cancun                          77504
City              State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.485  EJECUTIVOS DE TURISMO SUSTENTABLE    1/31/2025    $    1,643.75    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Cancun                          77504
City              State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.486 EJECUTIVOS DE TURISMO SUSTENTABLE   1/31/2025   $   1,930.98   Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Cancun                          77504
City             State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.487 EJECUTIVOS DE TURISMO SUSTENTABLE   1/31/2025   $   2,161.77   Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Cancun                          77504
City             State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.488 EJECUTIVOS DE TURISMO SUSTENTABLE   1/31/2025   $   2,599.16   Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Cancun                          77504
City             State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.489 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 1/31/2025 | $ 50,390.87 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                                      77504
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.490 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 1/31/2025 | $ 98,000.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                                      77504
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.491 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 1,421.15 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                                      77504
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.492 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 4,037.08 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                77504
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.493 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 4,444.87 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                77504
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.494 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 6,492.01 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                77504
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:   Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.495 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 7,864.94 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.496 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 9,612.17 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.497 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 9,709.41 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.498 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 12,221.56 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.499 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 12,250.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.500 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 12,409.52 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.501 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 20,825.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.502 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 3/31/2024 | $ 36,774.99 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.503 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ 5,200.82 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.504 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $    5,686.69 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City             State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.505 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $    7,322.51 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City             State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.506 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $    8,067.28 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City             State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.507 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ 8,406.05 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.508 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ 8,487.59 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.509 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ 9,625.77 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.510 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ | 10,808.50 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.511 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ | 11,700.38 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.512 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ | 12,899.08 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| 4.513 | EJECTUIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ | 19,750.01 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.514 | EJECTUIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ | 20,150.14 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.515 | EJECTUIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ | 50,436.29 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | | |
|---|---|---|---|---|---|
| 4.516 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 4/30/2024 | $ | 52,958.10 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | | |
|---|---|---|---|---|---|
| 4.517 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ | 3,095.46 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | | |
|---|---|---|---|---|---|
| 4.518 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ | 3,743.29 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.519 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 4,220.86 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.520 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 4,365.37 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.521 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 4,367.03 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

| | | | |
|---|---|---|---|
| 4.522 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 4,918.52 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.523 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 5,259.04 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.524 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 5,327.15 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.525 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 5,669.33 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.526 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 5,695.91 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.527 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 9,601.16 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.    Case number (if known): 25-10715

Name

4.528 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    5/31/2024    $    9,966.60    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.529 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    5/31/2024    $    12,250.00    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.530 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    5/31/2024    $    14,949.90    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.531 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 24,085.95 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.532 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 27,989.54 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.533 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 41,293.28 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*: 25-10715

Name

| 4.534 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ | 41,527.50 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.535 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ | 45,098.87 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.536 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ | 53,900.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.537 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 5/31/2024 | $ 56,477.40 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.538 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 3,601.95 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.539 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 3,646.07 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.540 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 3,866.69 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.541 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 4,490.73 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.542 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 5,067.04 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| 4.543 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ | 5,951.32 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                     77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.544 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ | 6,022.46 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                     77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.545 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ | 6,199.86 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                     77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

**4.546** EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    6/30/2024    $    6,579.86    Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun    77504

City    State    ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

**4.547** EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    6/30/2024    $    6,602.38    Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun    77504

City    State    ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

**4.548** EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    6/30/2024    $    6,832.00    Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun    77504

City    State    ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.549 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 7,213.81 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.550 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 9,604.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.551 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 11,229.98 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | Insider's Name | | | |
|---|---|---|---|---|
| 4.552 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 16,170.00 | Intercompany Transaction |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                 77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | Insider's Name | | | |
|---|---|---|---|---|
| 4.553 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 20,711.22 | Intercompany Transaction |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                 77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | Insider's Name | | | |
|---|---|---|---|---|
| 4.554 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ 29,400.00 | Intercompany Transaction |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                 77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

| 4.555 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 6/30/2024 | $ | 49,000.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.556 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ | 4,914.83 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.557 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ | 6,830.78 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                     Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.558 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 7,557.61 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                            77504

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.559 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 7,637.25 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                            77504

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.560 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 8,024.47 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                            77504

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.561 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 9,239.22 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.562 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 10,548.25 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.563 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 15,214.08 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.564 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 17,336.92 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.565 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 17,679.28 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.566 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 7/31/2024 | $ 24,500.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.567  EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV
Insider's Name

7/31/2024    $    34,300.00    Intercompany Transaction

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                 77504
City        State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.568  EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV
Insider's Name

8/31/2024    $    3,745.24    Intercompany Transaction

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                 77504
City        State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.569  EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV
Insider's Name

8/31/2024    $    5,029.90    Intercompany Transaction

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                 77504
City        State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| 4.570 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 7,462.31 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.571 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 8,855.73 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.572 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 8,856.70 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 4.573 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 9,390.77 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.574 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 9,621.87 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.575 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 9,710.23 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.576 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    11,346.41 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.577 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    11,760.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.578 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    12,759.24 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.579 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    12,969.96 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City              State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.580 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    13,819.60 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City              State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.581 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    14,167.23 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City              State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.582 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    14,700.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                State            77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.583 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    20,391.49 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                State            77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.584 | EJECTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $    48,551.16 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                State            77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.585 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    8/31/2024    $    78,400.00    Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                     77504

City          State       ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.586 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    9/30/2024    $    503.03    Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                     77504

City          State       ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.587 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV    9/30/2024    $    1,167.65    Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                     77504

City          State       ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.588 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 9/30/2024 | $ 1,263.83 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.589 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 9/30/2024 | $ 1,480.24 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.590 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 9/30/2024 | $ 2,499.77 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

| | EJECUTIVOS EN TURISMO SUSTENTABLE | | | | |
|---|---|---|---|---|---|
| 4.591 | SA DE CV | 9/30/2024 | $ | 3,150.93 | Intercompany Transaction |
| | Insider's Name | | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | EJECUTIVOS EN TURISMO SUSTENTABLE | | | | |
|---|---|---|---|---|---|
| 4.592 | SA DE CV | 9/30/2024 | $ | 3,995.40 | Intercompany Transaction |
| | Insider's Name | | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | EJECUTIVOS EN TURISMO SUSTENTABLE | | | | |
|---|---|---|---|---|---|
| 4.593 | SA DE CV | 9/30/2024 | $ | 4,023.30 | Intercompany Transaction |
| | Insider's Name | | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*: 25-10715

Name

4.594 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 9/30/2024 | $ | 9,954.85 | Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.595 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 9/30/2024 | $ | 24,500.00 | Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.596 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 9/30/2024 | $ | 58,800.00 | Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina

Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.  Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.597 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 539.56 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.598 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 723.99 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.599 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 947.66 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*    25-10715

| | | | |
|---|---|---|---|
| 4.600 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 951.59 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                      77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.601 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 1,016.34 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                      77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.602 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 1,875.71 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                      77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number (if known):    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.603 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $        3,969.20 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                        77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.604 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $        4,624.52 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                        77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.605 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $        9,800.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                        77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.606 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $                24,500.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.607 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $                44,100.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.608 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $                46,550.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                              77504
City              State         ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.609  EJECUTIVOS EN TURISMO SUSTENTABLE
       SA DE CV                                    11/30/2024        $              538.24        Intercompany Transaction
       Insider's Name

       Av. Banco Chinchorro Esquina
       Street

       Acanceh MZA 1, LT 8 SM 13

       Cancun                     77504
       City           State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.610  EJECUTIVOS EN TURISMO SUSTENTABLE
       SA DE CV                                    11/30/2024        $              565.25        Intercompany Transaction
       Insider's Name

       Av. Banco Chinchorro Esquina
       Street

       Acanceh MZA 1, LT 8 SM 13

       Cancun                     77504
       City           State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.611  EJECUTIVOS EN TURISMO SUSTENTABLE
       SA DE CV                                    11/30/2024        $              665.30        Intercompany Transaction
       Insider's Name

       Av. Banco Chinchorro Esquina
       Street

       Acanceh MZA 1, LT 8 SM 13

       Cancun                     77504
       City           State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.612 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ | 890.40 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.613 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ | 1,076.48 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.614 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ | 1,320.59 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 4.615 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 1,327.59 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.616 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 1,370.61 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.617 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 15,006.72 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun            77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.618 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 30,013.43 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun           77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.619 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 34,300.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun           77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.620 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 40,017.91 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun           77504
City        State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.621 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 49,000.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.622 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 11/30/2024 | $ 78,400.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.623 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ 542.26 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.624 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $  772.67 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun              77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.625 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $  1,124.24 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun              77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.626 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $  1,260.30 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun              77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

4.627 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ | 1,378.49 | Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.628 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ | 1,380.47 | Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.629 EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ | 1,563.21 | Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.630 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ 1,589.03 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.631 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ 5,466.01 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.632 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ 19,862.93 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715

Name

| | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ | 49,000.00 | Intercompany Transaction |
|---|---|---|---|---|---|
| 4.633 | | | | | |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.634 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ | 83,300.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.635 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ | 84,417.47 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.636  EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV        12/31/2024    $        193,663.61    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State           ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.637  EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV        12/31/2024    $        198,629.34    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State           ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.638  EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV        1/31/2025     $          4,900.00    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City            State           ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.639 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 1/31/2025 | $ 8,411.34 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.640 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 1/31/2025 | $ 20,156.35 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.641 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 1/31/2025 | $ 110,859.90 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.642 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 1/31/2025 | $ | 122,500.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.643 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 4,855.12 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.644 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $ | 4,855.12 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.645 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $                    24,275.58 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.646 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 8/31/2024 | $                    24,275.58 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.647 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $                    19,600.00 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

|   | | | | |
|---|---|---|---|---|
| 4.648 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 19,600.00 | Intercompany Transaction |
|  | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

|   | | | | |
|---|---|---|---|---|
| 4.649 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 29,400.00 | Intercompany Transaction |
|  | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

|   | | | | |
|---|---|---|---|---|
| 4.650 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 10/31/2024 | $ 29,400.00 | Intercompany Transaction |
|  | Insider's Name | | | |

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun                          77504
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.651 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ 24,500.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.652 | EJECUTIVOS EN TURISMO SUSTENTABLE SA DE CV | 12/31/2024 | $ 24,500.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina
Street

Acanceh MZA 1, LT 8 SM 13

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.653 | Embassy of the Seas | 3/31/2024 | $ 408.61 | Intercompany Transaction |

Insider's Name

27 Old Gloucester Street
Street

London          WCIN 3AX
City          State          ZIP Code

England
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

---

4.654  Embassy of the Seas
Insider's Name

4/30/2024

$ 840.60

Intercompany Transaction

27 Old Gloucester Street
Street

London                          WCIN 3AX
City              State              ZIP Code

England
Country

**Relationship to Debtor**

Affiliate

---

4.655  Embassy of the Seas
Insider's Name

4/30/2024

$ 3,362.42

Intercompany Transaction

27 Old Gloucester Street
Street

London                          WCIN 3AX
City              State              ZIP Code

England
Country

**Relationship to Debtor**

Affiliate

---

4.656  Embassy of the Seas
Insider's Name

4/30/2024

$ 14,374.34

Intercompany Transaction

27 Old Gloucester Street
Street

London                          WCIN 3AX
City              State              ZIP Code

England
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.657  Embassy of the Seas                          7/31/2024        $              6,407.86    Intercompany Transaction

Insider's Name

27 Old Gloucester Street

Street

London                          WCIN 3AX

City                State            ZIP Code

England

Country

**Relationship to Debtor**

Affiliate

4.658  Embassy of the Seas                          7/31/2024        $             10,069.49    Intercompany Transaction

Insider's Name

27 Old Gloucester Street

Street

London                          WCIN 3AX

City                State            ZIP Code

England

Country

**Relationship to Debtor**

Affiliate

4.659  Embassy of the Seas                          8/31/2024        $                971.02    Intercompany Transaction

Insider's Name

27 Old Gloucester Street

Street

London                          WCIN 3AX

City                State            ZIP Code

England

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.660 Embassy of the Seas

Insider's Name

9/30/2024     $     9,618.21     Intercompany Transaction

27 Old Gloucester Street

Street

| London | | WCIN 3AX |
|---|---|---|
| City | State | ZIP Code |

England

Country

**Relationship to Debtor**

Affiliate

4.661 Embassy of the Seas

Insider's Name

10/31/2024     $     784.82     Intercompany Transaction

27 Old Gloucester Street

Street

| London | | WCIN 3AX |
|---|---|---|
| City | State | ZIP Code |

England

Country

**Relationship to Debtor**

Affiliate

4.662 Embassy of the Seas

Insider's Name

11/30/2024     $     1,000.45     Intercompany Transaction

27 Old Gloucester Street

Street

| London | | WCIN 3AX |
|---|---|---|
| City | State | ZIP Code |

England

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 4.663 | Embassy of the Seas | 11/30/2024 | $ | 15,006.72 | Intercompany Transaction |

Insider's Name

27 Old Gloucester Street

Street

| London | | WCIN 3AX |
| City | State | ZIP Code |

England

Country

**Relationship to Debtor**

Affiliate

| 4.664 | EMBASSY OF THE SEAS | 2/28/2025 | $ | 1,000.96 | Intercompany Transaction |

Insider's Name

27 Old Gloucester Street

Street

| London | | WCIN 3AX |
| City | State | ZIP Code |

England

Country

**Relationship to Debtor**

Affiliate

| 4.665 | ESTEBAN MANCHADO CONCEPCION | 4/1/2024 | $ | 605.82 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

| Quintana Roo | Cancun | |
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.666 | ESTEBAN MANCHADO CONCEPCION | 4/8/2024 | $ | 5,261.73 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| 4.667 | ESTEBAN MANCHADO CONCEPCION | 4/15/2024 | $ | 605.82 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| 4.668 | ESTEBAN MANCHADO CONCEPCION | 4/30/2024 | $ | 605.82 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known)*    25-10715

Name

| 4.669 | ESTEBAN MANCHADO CONCEPCION | 5/15/2024 | $ | 605.82 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo            Cancun
City                    State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| 4.670 | ESTEBAN MANCHADO CONCEPCION | 5/31/2024 | $ | 605.82 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo            Cancun
City                    State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| 4.671 | ESTEBAN MANCHADO CONCEPCION | 6/14/2024 | $ | 400.40 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo            Cancun
City                    State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.672  ESTEBAN MANCHADO CONCEPCION          6/28/2024        $            424.83      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.673  ESTEBAN MANCHADO CONCEPCION          7/15/2024        $            424.83      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.674  ESTEBAN MANCHADO CONCEPCION          7/31/2024        $            424.83      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.675  ESTEBAN MANCHADO CONCEPCION          8/14/2024      $          424.83     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo        Cancun
City                State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.676  ESTEBAN MANCHADO CONCEPCION          8/30/2024      $          424.83     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo        Cancun
City                State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.677  ESTEBAN MANCHADO CONCEPCION          9/13/2024      $          424.83     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo        Cancun
City                State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.678  ESTEBAN MANCHADO CONCEPCION         9/30/2024         $         424.83     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.679  ESTEBAN MANCHADO CONCEPCION         10/16/2024        $         424.83     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.680  ESTEBAN MANCHADO CONCEPCION         10/31/2024        $         424.83     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.681 | ESTEBAN MANCHADO CONCEPCION | 11/15/2024 | $ | 424.83 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| 4.682 | ESTEBAN MANCHADO CONCEPCION | 11/29/2024 | $ | 424.83 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| 4.683 | ESTEBAN MANCHADO CONCEPCION | 12/13/2024 | $ | 424.83 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.684 | ESTEBAN MANCHADO CONCEPCION | 12/23/2024 | $ 566.44 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo             Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| | | | | |
|---|---|---|---|---|
| 4.685 | ESTEBAN MANCHADO CONCEPCION | 12/30/2024 | $ 424.83 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo             Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

| | | | | |
|---|---|---|---|---|
| 4.686 | ESTEBAN MANCHADO CONCEPCION | 1/15/2025 | $ 424.83 | To be determined |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo             Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.687  ESTEBAN MANCHADO CONCEPCION          1/30/2025      $          424.83      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.688  ESTEBAN MANCHADO CONCEPCION          2/14/2025      $          424.83      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.689  ESTEBAN MANCHADO CONCEPCION          2/28/2025      $          424.83      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City                  State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.690 ESTEBAN MANCHADO CONCEPCION
Insider's Name

3/14/2025

$ 424.83

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.691 ESTEBAN MANCHADO CONCEPCION
Insider's Name

3/28/2025

$ 424.83

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Legal Officer, Board Member

4.692 FLORES MERINO MARTIN
Insider's Name

4/1/2024

$ 605.82

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.693 FLORES MERINO MARTIN

Insider's Name

4/8/2024

$ 5,952.10

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.694 FLORES MERINO MARTIN

Insider's Name

4/15/2024

$ 605.82

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.695 FLORES MERINO MARTIN

Insider's Name

4/30/2024

$ 605.82

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo          Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.696  FLORES MERINO MARTIN                  5/15/2024        $              605.82        To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City                  State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.697  FLORES MERINO MARTIN                  5/31/2024        $              605.82        To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City                  State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.698  FLORES MERINO MARTIN                  6/14/2024        $              537.74        To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City                  State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

4.699  FLORES MERINO MARTIN                    6/28/2024        $            545.74    To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.700  FLORES MERINO MARTIN                    7/15/2024        $            545.74    To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.701  FLORES MERINO MARTIN                    7/31/2024        $            545.74    To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo          Cancun

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:    25-10715
_____

| 4.702 | FLORES MERINO MARTIN | 8/14/2024 | $ | 545.74 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

_____

Quintana Roo          Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

| 4.703 | FLORES MERINO MARTIN | 8/30/2024 | $ | 545.74 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

_____

Quintana Roo          Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

| 4.704 | FLORES MERINO MARTIN | 9/13/2024 | $ | 545.74 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

_____

Quintana Roo          Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

---

**4.705** FLORES MERINO MARTIN

Insider's Name

9/30/2024        $        545.74      To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo           Cancun

City                State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

---

**4.706** FLORES MERINO MARTIN

Insider's Name

10/16/2024        $        545.69      To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo           Cancun

City                State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

---

**4.707** FLORES MERINO MARTIN

Insider's Name

10/31/2024        $        545.69      To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo           Cancun

City                State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Former Comptroller, Board Member

---

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

4.708  FLORES MERINO MARTIN          11/15/2024     $          545.74     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City               State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.709  FLORES MERINO MARTIN          11/29/2024     $          545.69     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City               State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.710  FLORES MERINO MARTIN          12/13/2024     $          545.69     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City               State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

4.711  FLORES MERINO MARTIN
Insider's Name

12/23/2024    $    727.59    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.712  FLORES MERINO MARTIN
Insider's Name

12/30/2024    $    545.69    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.713  FLORES MERINO MARTIN
Insider's Name

1/15/2025    $    545.69    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo          Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.714 FLORES MERINO MARTIN                          1/30/2025        $              545.69      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo           Cancun
City                   State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.715 FLORES MERINO MARTIN                          2/14/2025        $              545.69      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo           Cancun
City                   State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

4.716 FLORES MERINO MARTIN                          2/28/2025        $              545.69      To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo           Cancun
City                   State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

**4.717** FLORES MERINO MARTIN     3/14/2025     $     545.69     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
| --- | --- | --- |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

---

**4.718** FLORES MERINO MARTIN     3/28/2025     $     545.69     To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

| Quintana Roo | Cancun | |
| --- | --- | --- |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Former Comptroller, Board Member

---

**4.719** FUNDACION DOLPHIN DISCOVERY IAP     4/24/2024     $     230.30     To be determined
Insider's Name

Banco Chinchorro 87,
Street

| Cancun | | 77504 |
| --- | --- | --- |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.720 FUNDACION DOLPHIN DISCOVERY IAP
Insider's Name

5/24/2024          $          325.36          To be determined

Banco Chinchorro 87,
Street

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.721 FUNDACION DOLPHIN DISCOVERY IAP
Insider's Name

6/28/2024          $          230.30          To be determined

Banco Chinchorro 87,
Street

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.722 FUNDACION DOLPHIN DISCOVERY IAP
Insider's Name

7/26/2024          $          230.30          To be determined

Banco Chinchorro 87,
Street

Cancun          77504
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.                                Case number *(if known)*:    25-10715
_____
Name

4.723  FUNDACION DOLPHIN DISCOVERY IAP        8/16/2024        $            227.36    To be determined
Insider's Name

Banco Chinchorro 87,
Street

_____
Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.724  FUNDACION DOLPHIN DISCOVERY IAP        9/30/2024        $            230.30    To be determined
Insider's Name

Banco Chinchorro 87,
Street

_____
Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.725  FUNDACION DOLPHIN DISCOVERY IAP        10/21/2024        $            230.30    To be determined
Insider's Name

Banco Chinchorro 87,
Street

_____
Cancun                    77504
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.726   FUNDACION DOLPHIN DISCOVERY IAP          11/27/2024      $          230.30    To be determined

Insider's Name

Banco Chinchorro 87,

Street

Cancun                              77504

City               State           ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

4.727   FUNDACION DOLPHIN DISCOVERY IAP          12/16/2024      $          227.36    To be determined

Insider's Name

Banco Chinchorro 87,

Street

Cancun                              77504

City               State           ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

4.728   FUNDACION DOLPHIN DISCOVERY IAP          1/17/2025       $          227.36    To be determined

Insider's Name

Banco Chinchorro 87,

Street

Cancun                              77504

City               State           ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

4.729 GULF WORLD MARINE PARK INC        5/7/2024        $        503.89    Intercompany Transaction
Insider's Name

15421 Front Beach Road
Street

_____

Panama City         FL        32413
City                State     ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

4.730 GULF WORLD MARINE PARK INC        6/7/2024        $        437.01    Intercompany Transaction
Insider's Name

15421 Front Beach Road
Street

_____

Panama City         FL        32413
City                State     ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

4.731 GULF WORLD MARINE PARK INC        7/1/2024        $        302.33    Intercompany Transaction
Insider's Name

15421 Front Beach Road
Street

_____

Panama City         FL        32413
City                State     ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

---

4.732  GULF WORLD MARINE PARK INC                8/19/2024        $              803.79     Intercompany Transaction

Insider's Name

15421 Front Beach Road

Street

Panama City              FL              32413

City                     State           ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.733  JACOME PALMA SERGIO SAID                  4/1/2024         $              848.37     To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo             Cancun

City                     State           ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

---

4.734  JACOME PALMA SERGIO SAID                  4/8/2024         $            7,246.97     To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo             Cancun

City                     State           ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

---

Debtor: Controladora Dolphin, S.A. de C.V.  Case number *(if known)*:  25-10715

Name

4.735 JACOME PALMA SERGIO SAID                    4/15/2024        $              848.37      To be determined
        Insider's Name

        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street


        Quintana Roo        Cancun
        City                State        ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Former CFO, Board Member

4.736 JACOME PALMA SERGIO SAID                    4/30/2024        $              848.37      To be determined
        Insider's Name

        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street


        Quintana Roo        Cancun
        City                State        ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Former CFO, Board Member

4.737 JACOME PALMA SERGIO SAID                    5/15/2024        $            3,551.44      To be determined
        Insider's Name

        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street


        Quintana Roo        Cancun
        City                State        ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Former CFO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.738  JACOME PALMA SERGIO SAID                    5/31/2024      $          1,754.87      To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo            Cancun

City                    State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

4.739  JACOME PALMA SERGIO SAID                    6/14/2024      $           982.26      To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo            Cancun

City                    State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

4.740  JACOME PALMA SERGIO SAID                    6/28/2024      $           966.16      To be determined

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo            Cancun

City                    State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known):*  25-10715
_____
Name

4.741  JACOME PALMA SERGIO SAID                7/15/2024        $              966.16    To be determined
       Insider's Name

       Av. Banco Chinchorro Esquina, Acanceh MZA
       1, LT 8 SM 13
       Street
       _____

       Quintana Roo          Cancun
       City                  State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Former CFO, Board Member

4.742  JACOME PALMA SERGIO SAID                7/31/2024        $              966.16    To be determined
       Insider's Name

       Av. Banco Chinchorro Esquina, Acanceh MZA
       1, LT 8 SM 13
       Street
       _____

       Quintana Roo          Cancun
       City                  State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Former CFO, Board Member

4.743  JACOME PALMA SERGIO SAID                8/14/2024        $              966.16    To be determined
       Insider's Name

       Av. Banco Chinchorro Esquina, Acanceh MZA
       1, LT 8 SM 13
       Street
       _____

       Quintana Roo          Cancun
       City                  State       ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Former CFO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.744  JACOME PALMA SERGIO SAID                 8/30/2024        $              966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo          Cancun
City                  State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

4.745  JACOME PALMA SERGIO SAID                 9/13/2024        $              966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo          Cancun
City                  State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

4.746  JACOME PALMA SERGIO SAID                 9/30/2024        $              966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo          Cancun
City                  State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

4.747  JACOME PALMA SERGIO SAID                10/16/2024        $              966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo          Cancun
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

4.748  JACOME PALMA SERGIO SAID                10/31/2024        $              966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo          Cancun
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

4.749  JACOME PALMA SERGIO SAID                11/15/2024        $              966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Quintana Roo          Cancun
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

4.750  JACOME PALMA SERGIO SAID                    11/29/2024        $           966.16      To be determined
       Insider's Name

       Av. Banco Chinchorro Esquina, Acanceh MZA
       1, LT 8 SM 13
       Street


       Quintana Roo          Cancun
       City                  State        ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Former CFO, Board Member

4.751  JACOME PALMA SERGIO SAID                    12/13/2024        $           966.16      To be determined
       Insider's Name

       Av. Banco Chinchorro Esquina, Acanceh MZA
       1, LT 8 SM 13
       Street


       Quintana Roo          Cancun
       City                  State        ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Former CFO, Board Member

4.752  JACOME PALMA SERGIO SAID                    12/23/2024        $         3,607.01      To be determined
       Insider's Name

       Av. Banco Chinchorro Esquina, Acanceh MZA
       1, LT 8 SM 13
       Street


       Quintana Roo          Cancun
       City                  State        ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Former CFO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.                                           Case number *(if known)*:    25-10715

Name

| 4.753 | JACOME PALMA SERGIO SAID | 12/30/2024 | $ | 966.16 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

| Quintana Roo | Cancun | |
|---|---|---|

City              State         ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

| 4.754 | JACOME PALMA SERGIO SAID | 1/15/2025 | $ | 966.16 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

| Quintana Roo | Cancun | |
|---|---|---|

City              State         ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

| 4.755 | JACOME PALMA SERGIO SAID | 1/30/2025 | $ | 966.16 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

| Quintana Roo | Cancun | |
|---|---|---|

City              State         ZIP Code

Mexico

Country

**Relationship to Debtor**

Former CFO, Board Member

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.756  JACOME PALMA SERGIO SAID                    2/14/2025        $            966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo            Cancun
City                    State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

4.757  JACOME PALMA SERGIO SAID                    2/28/2025        $            966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo            Cancun
City                    State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

4.758  JACOME PALMA SERGIO SAID                    3/14/2025        $            966.16    To be determined
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo            Cancun
City                    State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Former CFO, Board Member

Debtor:  Controladora Dolphin, S.A. de C.V.

_____
Name

Case number *(if known)*  25-10715
_____

| 4.759 | JACOME PALMA SERGIO SAID | 3/28/2025 | $ | 966.16 | To be determined |
|---|---|---|---|---|---|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
_____
Street

_____

Quintana Roo        Cancun
_____
City          State          ZIP Code

Mexico
_____
Country

**Relationship to Debtor**

Former CFO, Board Member
_____

| 4.760 | MARINELAND LEISURE INC | 5/6/2024 | $ | 217.04 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine        FL        32080
_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

| 4.761 | Marineland Leisure, Inc. | 3/31/2024 | $ | 40,723.52 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine        FL        32080
_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

Debtor:  Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

---

4.762  Marineland Leisure, Inc.
Insider's Name

3/31/2024          $              40,861.10          Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                        State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.763  Marineland Leisure, Inc.
Insider's Name

3/31/2024          $              57,205.54          Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                        State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.764  Marineland Leisure, Inc.
Insider's Name

3/31/2024          $              73,549.98          Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                        State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.765  Marineland Leisure, Inc.                4/10/2024     $          130.00    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

St. Augustine          FL        32080
City              State      ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.766  Marineland Leisure, Inc.                4/30/2024     $          672.48    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

St. Augustine          FL        32080
City              State      ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.767  Marineland Leisure, Inc.                4/30/2024     $       41,920.96    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

St. Augustine          FL        32080
City              State      ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 4.768 | Marineland Leisure, Inc. | 4/30/2024 | $ 54,639.31 |
| | Insider's Name | | Intercompany Transaction |

9600 Oceanshore Blvd
Street

St. Augustine        FL        32080
City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.769 | Marineland Leisure, Inc. | 4/30/2024 | $ 67,248.38 |
| | Insider's Name | | Intercompany Transaction |

9600 Oceanshore Blvd
Street

St. Augustine        FL        32080
City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.770 | Marineland Leisure, Inc. | 4/30/2024 | $ 75,654.43 |
| | Insider's Name | | Intercompany Transaction |

9600 Oceanshore Blvd
Street

St. Augustine        FL        32080
City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

---

4.771  Marineland Leisure, Inc.

Insider's Name

5/31/2024    $    41,108.99    Intercompany Transaction

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City              State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.772  Marineland Leisure, Inc.

Insider's Name

5/31/2024    $    41,347.24    Intercompany Transaction

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City              State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.773  Marineland Leisure, Inc.

Insider's Name

5/31/2024    $    53,985.75    Intercompany Transaction

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City              State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.774 | Marineland Leisure, Inc. | 5/31/2024 | $ 83,055.00 | Intercompany Transaction |
| | Insider's Name | | | |

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.775 | Marineland Leisure, Inc. | 6/30/2024 | $ 9,004.88 | Intercompany Transaction |
| | Insider's Name | | | |

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.776 | Marineland Leisure, Inc. | 6/30/2024 | $ 27,014.63 | Intercompany Transaction |
| | Insider's Name | | | |

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 1331

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

4.777  Marineland Leisure, Inc.                    6/30/2024      $        67,143.06    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

_____

St. Augustine          FL          32080
City                   State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

---

4.778  Marineland Leisure, Inc.                    7/31/2024      $         7,046.51    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

_____

St. Augustine          FL          32080
City                   State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

---

4.779  Marineland Leisure, Inc.                    7/31/2024      $        45,770.41    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

_____

St. Augustine          FL          32080
City                   State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.                                         Case number *(if known)*:    25-10715
_____
Name

4.780  Marineland Leisure, Inc.                              8/31/2024        $            24,275.58        Intercompany Transaction
_____
       Insider's Name

       9600 Oceanshore Blvd
_____
       Street

_____

       St. Augustine          FL          32080
_____
       City                   State       ZIP Code

_____
       Country

       **Relationship to Debtor**

       Affiliate
_____

4.781  Marineland Leisure, Inc.                              8/31/2024        $            48,551.16        Intercompany Transaction
_____
       Insider's Name

       9600 Oceanshore Blvd
_____
       Street

_____

       St. Augustine          FL          32080
_____
       City                   State       ZIP Code

_____
       Country

       **Relationship to Debtor**

       Affiliate
_____

4.782  Marineland Leisure, Inc.                              8/31/2024        $            96,321.82        Intercompany Transaction
_____
       Insider's Name

       9600 Oceanshore Blvd
_____
       Street

_____

       St. Augustine          FL          32080
_____
       City                   State       ZIP Code

_____
       Country

       **Relationship to Debtor**

       Affiliate
_____

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 4.783 Marineland Leisure, Inc. | 9/30/2024 | $ 9,618.21 | Intercompany Transaction |

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.784 Marineland Leisure, Inc. | 9/30/2024 | $ 14,713.94 | Intercompany Transaction |

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.785 Marineland Leisure, Inc. | 9/30/2024 | $ 28,854.63 | Intercompany Transaction |

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715

Name

4.786  Marineland Leisure, Inc.                   10/31/2024      $        7,848.15     Intercompany Transaction
       Insider's Name

       9600 Oceanshore Blvd
       Street

       _____

       St. Augustine        FL        32080
       City                 State     ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Affiliate

4.787  Marineland Leisure, Inc.                   10/31/2024      $       14,715.29     Intercompany Transaction
       Insider's Name

       9600 Oceanshore Blvd
       Street

       _____

       St. Augustine        FL        32080
       City                 State     ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Affiliate

4.788  Marineland Leisure, Inc.                   10/31/2024      $       58,861.15     Intercompany Transaction
       Insider's Name

       9600 Oceanshore Blvd
       Street

       _____

       St. Augustine        FL        32080
       City                 State     ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*  25-10715

Name

4.789  Marineland Leisure, Inc.                    11/30/2024    $          4,846.17    Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL        32080

City               State     ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.790  Marineland Leisure, Inc.                    11/30/2024    $          5,002.24    Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL        32080

City               State     ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.791  Marineland Leisure, Inc.                    11/30/2024    $          5,633.52    Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL        32080

City               State     ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.792  Marineland Leisure, Inc.
Insider's Name

11/30/2024      $                10,004.98      Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                        State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.793  Marineland Leisure, Inc.
Insider's Name

11/30/2024      $                10,005.48      Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                        State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.794  Marineland Leisure, Inc.
Insider's Name

11/30/2024      $                10,011.08      Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                        State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.795 Marineland Leisure, Inc.
Insider's Name

11/30/2024          $                    15,506.94          Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                    State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.796 Marineland Leisure, Inc.
Insider's Name

11/30/2024          $                    99,044.32          Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                    State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.797 Marineland Leisure, Inc.
Insider's Name

12/31/2024          $                    6,952.03          Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                    State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.798  Marineland Leisure, Inc.                    3/31/2024      $         81,722.20      Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

_____

St. Augustine          FL          32080
City                   State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

4.799  Marineland Leisure, Inc.                    3/31/2024      $         81,722.20      Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

_____

St. Augustine          FL          32080
City                   State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

4.800  Marineland Leisure, Inc.                    4/30/2024      $         42,030.24      Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street

_____

St. Augustine          FL          32080
City                   State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

4.801  Marineland Leisure, Inc.
_____
Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine          FL          32080
_____
City                State          ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

4/30/2024          $          42,030.24          Intercompany Transaction

4.802  Marineland Leisure, Inc.
_____
Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine          FL          32080
_____
City                State          ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

5/31/2024          $          41,527.50          Intercompany Transaction

4.803  Marineland Leisure, Inc.
_____
Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine          FL          32080
_____
City                State          ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

5/31/2024          $          41,527.50          Intercompany Transaction

Debtor:  Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:   25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.804 Marineland Leisure, Inc. | 5/31/2024 | $ | 41,527.50 | Intercompany Transaction |
| Insider's Name | | | | |

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.805 Marineland Leisure, Inc. | 5/31/2024 | $ | 41,527.50 | Intercompany Transaction |
| Insider's Name | | | | |

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.806 Marineland Leisure, Inc. | 5/31/2024 | $ | 41,527.50 | Intercompany Transaction |
| Insider's Name | | | | |

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.807  Marineland Leisure, Inc.                5/31/2024        $            41,527.50        Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine        FL        32080

City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.808  Marineland Leisure, Inc.                5/31/2024        $            41,527.50        Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine        FL        32080

City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.809  Marineland Leisure, Inc.                6/30/2024        $            45,024.39        Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine        FL        32080

City                State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known):*   25-10715

Name

4.810 Marineland Leisure, Inc.     6/30/2024    $      45,024.39    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street



St. Augustine     FL     32080
City       State      ZIP Code



Country

**Relationship to Debtor**

Affiliate

4.811 Marineland Leisure, Inc.     6/30/2024    $      45,024.39    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street



St. Augustine     FL     32080
City       State      ZIP Code



Country

**Relationship to Debtor**

Affiliate

4.812 Marineland Leisure, Inc.     7/31/2024    $      22,885.21    Intercompany Transaction
Insider's Name

9600 Oceanshore Blvd
Street



St. Augustine     FL     32080
City       State      ZIP Code



Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715
_____                                       _____

Name

4.813  Marineland Leisure, Inc.                    7/31/2024        $           22,885.21      Intercompany Transaction
       Insider's Name

       9600 Oceanshore Blvd
       Street

       _____

       St. Augustine        FL        32080
       City              State      ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Affiliate
       _____

4.814  Marineland Leisure, Inc.                    10/31/2024       $           29,430.58      Intercompany Transaction
       Insider's Name

       9600 Oceanshore Blvd
       Street

       _____

       St. Augustine        FL        32080
       City              State      ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Affiliate
       _____

4.815  Marineland Leisure, Inc.                    10/31/2024       $           29,430.58      Intercompany Transaction
       Insider's Name

       9600 Oceanshore Blvd
       Street

       _____

       St. Augustine        FL        32080
       City              State      ZIP Code

       _____
       Country

       **Relationship to Debtor**

       Affiliate
       _____

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

4.816  Marineland Leisure, Inc.
_____
Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine         FL         32080
_____
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

11/30/2024        $              10,004.48      Intercompany Transaction

4.817  Marineland Leisure, Inc.
_____
Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine         FL         32080
_____
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

11/30/2024        $              10,004.48      Intercompany Transaction

4.818  Marineland Leisure, Inc.
_____
Insider's Name

9600 Oceanshore Blvd
_____
Street

_____

St. Augustine         FL         32080
_____
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate
_____

11/30/2024        $              10,004.48      Intercompany Transaction

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.819 MS LEISURE COMPANY                      9/24/2024        $            2,422.00    Intercompany Transaction
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi                FL           33149
City            State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.820 MS LEISURE COMPANY                      10/29/2024       $           15,000.00    Intercompany Transaction
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi                FL           33149
City            State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.821 PROMOTORA GARRAFON SA DE CV             4/1/2024         $            1,249.50    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

| | | | | |
|---|---|---|---|---|
| 4.822 | PROMOTORA GARRAFON SA DE CV | 4/1/2024 | $ 1,656.20 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                  77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.823 | PROMOTORA GARRAFON SA DE CV | 4/2/2024 | $ 58.80 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                  77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.824 | PROMOTORA GARRAFON SA DE CV | 4/2/2024 | $ 43,575.70 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                  77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.825  PROMOTORA GARRAFON SA DE CV          4/3/2024          $          4,787.30        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.826  PROMOTORA GARRAFON SA DE CV          4/5/2024          $          926.10        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.827  PROMOTORA GARRAFON SA DE CV          4/10/2024          $          441.00        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.828  PROMOTORA GARRAFON SA DE CV                4/12/2024        $            7,962.50        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.829  PROMOTORA GARRAFON SA DE CV                4/15/2024        $            9,398.20        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.830  PROMOTORA GARRAFON SA DE CV                4/15/2024        $           21,805.00        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.831  PROMOTORA GARRAFON SA DE CV                    4/17/2024        $              245.00        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.832  PROMOTORA GARRAFON SA DE CV                    4/19/2024        $              945.70        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.833  PROMOTORA GARRAFON SA DE CV                    4/22/2024        $            8,687.70        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            Page 1350

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.834  PROMOTORA GARRAFON SA DE CV                    4/23/2024        $            392.00      Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City            State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.835  PROMOTORA GARRAFON SA DE CV                    4/29/2024        $          1,633.17     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City            State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.836  PROMOTORA GARRAFON SA DE CV                    4/30/2024        $          1,308.30     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City            State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:  25-10715
_____
Name

4.837  PROMOTORA GARRAFON SA DE CV          5/2/2024        $              19.60      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.838  PROMOTORA GARRAFON SA DE CV          5/2/2024        $          22,358.70      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.839  PROMOTORA GARRAFON SA DE CV          5/3/2024        $             945.70      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

4.840  PROMOTORA GARRAFON SA DE CV          5/8/2024          $                421.40        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                          77400

City                  State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.841  PROMOTORA GARRAFON SA DE CV          5/9/2024          $                  9.80        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                          77400

City                  State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.842  PROMOTORA GARRAFON SA DE CV          5/9/2024          $                436.10        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                          77400

City                  State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.843  PROMOTORA GARRAFON SA DE CV                5/13/2024       $            6,884.50       Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.844  PROMOTORA GARRAFON SA DE CV                5/14/2024       $             426.30       Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.845  PROMOTORA GARRAFON SA DE CV                5/15/2024       $            2,876.30       Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.846 | PROMOTORA GARRAFON SA DE CV | 5/17/2024 | $ 529.20 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.847 | PROMOTORA GARRAFON SA DE CV | 5/17/2024 | $ 955.50 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.848 | PROMOTORA GARRAFON SA DE CV | 5/20/2024 | $ 161.70 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.849 PROMOTORA GARRAFON SA DE CV          5/20/2024     $          1,127.00     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres               77400
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.850 PROMOTORA GARRAFON SA DE CV          5/22/2024     $           426.30      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres               77400
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.851 PROMOTORA GARRAFON SA DE CV          5/24/2024     $           666.40      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres               77400
City          State      ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | | | |
|---|---|---|---|
| 4.852 | PROMOTORA GARRAFON SA DE CV | 5/24/2024 | $ 2,450.00 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.853 | PROMOTORA GARRAFON SA DE CV | 5/30/2024 | $ 2,126.60 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.854 | PROMOTORA GARRAFON SA DE CV | 5/31/2024 | $ 377.30 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.855 PROMOTORA GARRAFON SA DE CV          5/31/2024      $          1,019.20      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.856 PROMOTORA GARRAFON SA DE CV          5/31/2024      $          2,881.20      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.857 PROMOTORA GARRAFON SA DE CV          6/3/2024       $            102.90      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.858 | PROMOTORA GARRAFON SA DE CV | 6/4/2024 | $ 1,499.40 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.859 | PROMOTORA GARRAFON SA DE CV | 6/4/2024 | $ 11,647.30 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.860 | PROMOTORA GARRAFON SA DE CV | 6/5/2024 | $ 426.30 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.861 PROMOTORA GARRAFON SA DE CV    6/6/2024    $    1,176.00    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.862 PROMOTORA GARRAFON SA DE CV    6/7/2024    $    519.40    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.863 PROMOTORA GARRAFON SA DE CV    6/10/2024    $    9.80    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

| 4.864 | PROMOTORA GARRAFON SA DE CV | 6/10/2024 | $ 480.20 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

| Isla Mujeres | | 77400 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.865 | PROMOTORA GARRAFON SA DE CV | 6/12/2024 | $ 7,501.90 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

| Isla Mujeres | | 77400 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.866 | PROMOTORA GARRAFON SA DE CV | 6/14/2024 | $ 896.70 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

| Isla Mujeres | | 77400 |
| City | State | ZIP Code |

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.867 | PROMOTORA GARRAFON SA DE CV | 6/14/2024 | $ 2,807.70 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.868 | PROMOTORA GARRAFON SA DE CV | 6/14/2024 | $ 5,443.90 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.869 | PROMOTORA GARRAFON SA DE CV | 6/17/2024 | $ 235.20 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.870 PROMOTORA GARRAFON SA DE CV    6/17/2024    $    931.00    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City        State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.871 PROMOTORA GARRAFON SA DE CV    6/18/2024    $    93.10    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City        State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.872 PROMOTORA GARRAFON SA DE CV    6/20/2024    $    303.80    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City        State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

---

4.873  PROMOTORA GARRAFON SA DE CV                  6/21/2024        $                352.80        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.874  PROMOTORA GARRAFON SA DE CV                  6/25/2024        $                 12.50        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.875  PROMOTORA GARRAFON SA DE CV                  6/25/2024        $              4,008.20        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known)*:    25-10715

Name

---

4.876 PROMOTORA GARRAFON SA DE CV          6/28/2024    $          926.10    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres              77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.877 PROMOTORA GARRAFON SA DE CV          6/28/2024    $        2,807.70    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres              77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.878 PROMOTORA GARRAFON SA DE CV          7/1/2024    $          58.80    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres              77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.879 PROMOTORA GARRAFON SA DE CV        7/3/2024        $        14,611.80        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.880 PROMOTORA GARRAFON SA DE CV        7/5/2024        $        421.40        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.881 PROMOTORA GARRAFON SA DE CV        7/5/2024        $        588.00        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

4.882  PROMOTORA GARRAFON SA DE CV          7/8/2024        $            6,521.90        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.883  PROMOTORA GARRAFON SA DE CV          7/10/2024       $             441.00        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.884  PROMOTORA GARRAFON SA DE CV          7/11/2024       $             695.80        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.885 PROMOTORA GARRAFON SA DE CV

Insider's Name

7/12/2024 $ 921.20 Intercompany Transaction

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City              State       ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.886 PROMOTORA GARRAFON SA DE CV

Insider's Name

7/12/2024 $ 7,923.30 Intercompany Transaction

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City              State       ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.887 PROMOTORA GARRAFON SA DE CV

Insider's Name

7/15/2024 $ 2,807.70 Intercompany Transaction

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City              State       ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.888 PROMOTORA GARRAFON SA DE CV    7/15/2024    $    4,919.60    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres    77400
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.889 PROMOTORA GARRAFON SA DE CV    7/17/2024    $    421.40    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres    77400
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.890 PROMOTORA GARRAFON SA DE CV    7/17/2024    $    534.10    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres    77400
City    State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.891  PROMOTORA GARRAFON SA DE CV          7/23/2024          $          392.00      Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.892  PROMOTORA GARRAFON SA DE CV          7/25/2024          $          14.70       Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.893  PROMOTORA GARRAFON SA DE CV          7/26/2024          $          132.30      Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

4.894 PROMOTORA GARRAFON SA DE CV                7/26/2024    $              916.30    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.895 PROMOTORA GARRAFON SA DE CV                7/29/2024    $           24,127.60    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.896 PROMOTORA GARRAFON SA DE CV                7/30/2024    $              411.60    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

---

4.897 PROMOTORA GARRAFON SA DE CV                    7/31/2024        $              58.80        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.898 PROMOTORA GARRAFON SA DE CV                    7/31/2024        $           1,166.20        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.899 PROMOTORA GARRAFON SA DE CV                    7/31/2024        $           1,636.60        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.900 | PROMOTORA GARRAFON SA DE CV | 7/31/2024 | $  2,650.90 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.901 | PROMOTORA GARRAFON SA DE CV | 8/1/2024 | $  7,938.00 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.902 | PROMOTORA GARRAFON SA DE CV | 8/1/2024 | $  24,323.60 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.903 | PROMOTORA GARRAFON SA DE CV | 8/6/2024 | $ 4,638.14 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.904 | PROMOTORA GARRAFON SA DE CV | 8/6/2024 | $ 4,900.00 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.905 | PROMOTORA GARRAFON SA DE CV | 8/7/2024 | $ 548.80 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Case 25-10715-LSS    Doc 5    Filed 08/05/25    Page 1808 of 1914

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| | | | | |
|---|---|---|---|---|
| 4.906 | PROMOTORA GARRAFON SA DE CV | 8/9/2024 | $ 7.84 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.907 | PROMOTORA GARRAFON SA DE CV | 8/9/2024 | $ 926.10 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.908 | PROMOTORA GARRAFON SA DE CV | 8/12/2024 | $ 563.50 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          Page 1375

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.909 PROMOTORA GARRAFON SA DE CV      8/12/2024      $            8,320.20      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.910 PROMOTORA GARRAFON SA DE CV      8/14/2024      $               19.60      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.911 PROMOTORA GARRAFON SA DE CV      8/14/2024      $              426.30      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                      77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.912  PROMOTORA GARRAFON SA DE CV          8/14/2024      $            2,807.70      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.913  PROMOTORA GARRAFON SA DE CV          8/14/2024      $           24,901.80      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.914  PROMOTORA GARRAFON SA DE CV          8/15/2024      $             235.20       Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.915 | PROMOTORA GARRAFON SA DE CV | 8/16/2024 | $ | 676.20 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.916 | PROMOTORA GARRAFON SA DE CV | 8/16/2024 | $ | 5,443.90 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.917 | PROMOTORA GARRAFON SA DE CV | 8/21/2024 | $ | 735.00 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.918 PROMOTORA GARRAFON SA DE CV          8/22/2024          $          607.60          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                          77400
City                State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.919 PROMOTORA GARRAFON SA DE CV          8/23/2024          $          896.70          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                          77400
City                State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.920 PROMOTORA GARRAFON SA DE CV          8/26/2024          $          12.25          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                          77400
City                State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                           Case number *(if known)*:    25-10715

Name

4.921  PROMOTORA GARRAFON SA DE CV              8/27/2024      $              58.80      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.922  PROMOTORA GARRAFON SA DE CV              8/29/2024      $           1,460.20      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.923  PROMOTORA GARRAFON SA DE CV              8/30/2024      $           2,807.70      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

| 4.924 | PROMOTORA GARRAFON SA DE CV | 9/2/2024 | $ | 38,719.80 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City        State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.925 | PROMOTORA GARRAFON SA DE CV | 9/5/2024 | $ | 784.00 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City        State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.926 | PROMOTORA GARRAFON SA DE CV | 9/6/2024 | $ | 793.80 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City        State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.927 PROMOTORA GARRAFON SA DE CV                9/9/2024        $            137.20        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.928 PROMOTORA GARRAFON SA DE CV                9/10/2024       $            426.30        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.929 PROMOTORA GARRAFON SA DE CV                9/12/2024       $            499.80        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                   Case number *(if known)*:    25-10715

Name

4.930   PROMOTORA GARRAFON SA DE CV                    9/12/2024          $          8,477.00      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.931   PROMOTORA GARRAFON SA DE CV                    9/13/2024          $             29.40      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.932   PROMOTORA GARRAFON SA DE CV                    9/13/2024          $          2,807.70      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| | | | |
|---|---|---|---|
| 4.933 | PROMOTORA GARRAFON SA DE CV | 9/17/2024 | $ 11,000.50 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.934 | PROMOTORA GARRAFON SA DE CV | 9/20/2024 | $ 769.30 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.935 | PROMOTORA GARRAFON SA DE CV | 9/23/2024 | $ 26.95 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.936 | PROMOTORA GARRAFON SA DE CV | 9/23/2024 | $ | 788.90 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.937 | PROMOTORA GARRAFON SA DE CV | 9/27/2024 | $ | 26.95 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.938 | PROMOTORA GARRAFON SA DE CV | 9/27/2024 | $ | 426.30 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.939 | PROMOTORA GARRAFON SA DE CV | 9/27/2024 | $ | 588.00 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.940 | PROMOTORA GARRAFON SA DE CV | 9/27/2024 | $ | 12,000.00 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.941 | PROMOTORA GARRAFON SA DE CV | 9/30/2024 | $ | 2,807.70 | Intercompany Transaction |

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

4.942 PROMOTORA GARRAFON SA DE CV          10/2/2024       $          10,285.10       Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.943 PROMOTORA GARRAFON SA DE CV          10/4/2024       $            735.00       Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.944 PROMOTORA GARRAFON SA DE CV          10/7/2024       $            588.00       Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                      Case number *(if known)*:   25-10715

Name

4.945  PROMOTORA GARRAFON SA DE CV                10/8/2024        $            9.80       Intercompany Transaction
       Insider's Name

       Carretera Garrafon MZA 41 KM 6
       Street

       Punta Sur C.P.

       Isla Mujeres                    77400
       City            State           ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.946  PROMOTORA GARRAFON SA DE CV                10/10/2024       $          426.30       Intercompany Transaction
       Insider's Name

       Carretera Garrafon MZA 41 KM 6
       Street

       Punta Sur C.P.

       Isla Mujeres                    77400
       City            State           ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.947  PROMOTORA GARRAFON SA DE CV                10/14/2024       $        7,183.40       Intercompany Transaction
       Insider's Name

       Carretera Garrafon MZA 41 KM 6
       Street

       Punta Sur C.P.

       Isla Mujeres                    77400
       City            State           ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

4.948 PROMOTORA GARRAFON SA DE CV     10/16/2024     $     1,176.00     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres     77400
City     State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.949 PROMOTORA GARRAFON SA DE CV     10/16/2024     $     1,631.70     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres     77400
City     State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.950 PROMOTORA GARRAFON SA DE CV     10/17/2024     $     230.30     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres     77400
City     State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known): 25-10715

_____
Name

4.951  PROMOTORA GARRAFON SA DE CV          10/30/2024       $            3,033.10      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.952  PROMOTORA GARRAFON SA DE CV          10/31/2024       $            2,807.70      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.953  PROMOTORA GARRAFON SA DE CV          11/1/2024        $               14.70      Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City          State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.954  PROMOTORA GARRAFON SA DE CV                11/1/2024        $              784.00        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400

City            State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.955  PROMOTORA GARRAFON SA DE CV                11/4/2024        $            9,187.50        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400

City            State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.956  PROMOTORA GARRAFON SA DE CV                11/6/2024        $              426.30        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400

City            State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.                                         Case number *(if known)*:  25-10715

Name

4.957  PROMOTORA GARRAFON SA DE CV                    11/11/2024        $            431.20        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.958  PROMOTORA GARRAFON SA DE CV                    11/12/2024        $          6,683.60        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.959  PROMOTORA GARRAFON SA DE CV                    11/15/2024        $             19.60        Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                        77400
City                State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.960 PROMOTORA GARRAFON SA DE CV          11/15/2024    $          347.90    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                77400

City          State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.961 PROMOTORA GARRAFON SA DE CV          11/15/2024    $        2,807.70    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                77400

City          State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.962 PROMOTORA GARRAFON SA DE CV          11/19/2024    $          347.90    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                77400

City          State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.963 PROMOTORA GARRAFON SA DE CV          11/19/2024     $          1,538.60     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                 77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.964 PROMOTORA GARRAFON SA DE CV          11/21/2024     $             93.10     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                 77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.965 PROMOTORA GARRAFON SA DE CV          11/25/2024     $              9.80     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                 77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

4.966 PROMOTORA GARRAFON SA DE CV          11/27/2024     $          112.70     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres          77400

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.967 PROMOTORA GARRAFON SA DE CV          11/29/2024     $          151.90     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres          77400

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.968 PROMOTORA GARRAFON SA DE CV          11/29/2024     $          426.30     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres          77400

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.969 PROMOTORA GARRAFON SA DE CV
Insider's Name

11/29/2024    $    935.90    Intercompany Transaction

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City        State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.970 PROMOTORA GARRAFON SA DE CV
Insider's Name

11/29/2024    $    2,807.70    Intercompany Transaction

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City        State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.971 PROMOTORA GARRAFON SA DE CV
Insider's Name

11/29/2024    $    7,771.40    Intercompany Transaction

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres            77400
City        State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

4.972 PROMOTORA GARRAFON SA DE CV          12/2/2024          $                    34.30          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                           77400
City                 State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.973 PROMOTORA GARRAFON SA DE CV          12/4/2024          $                    12.25          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                           77400
City                 State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.974 PROMOTORA GARRAFON SA DE CV          12/5/2024          $                 1,283.80          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                           77400
City                 State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.975  PROMOTORA GARRAFON SA DE CV           12/10/2024       $           475.30       Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                           77400

City                State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.976  PROMOTORA GARRAFON SA DE CV           12/11/2024       $           514.50       Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                           77400

City                State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.977  PROMOTORA GARRAFON SA DE CV           12/13/2024       $           813.40       Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                           77400

City                State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

---

4.978 PROMOTORA GARRAFON SA DE CV
Insider's Name

12/13/2024        $              2,807.70        Intercompany Transaction

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.979 PROMOTORA GARRAFON SA DE CV
Insider's Name

12/13/2024        $              5,292.00        Intercompany Transaction

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.980 PROMOTORA GARRAFON SA DE CV
Insider's Name

12/17/2024        $              1,803.20        Intercompany Transaction

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 4.981 | PROMOTORA GARRAFON SA DE CV | 12/20/2024 | $ | 88.20 | Intercompany Transaction |
|-------|------------------------------|------------|---|-------|---------------------------|

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                     77400

City          State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.982 | PROMOTORA GARRAFON SA DE CV | 12/20/2024 | $ | 837.90 | Intercompany Transaction |
|-------|------------------------------|------------|---|--------|---------------------------|

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                     77400

City          State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.983 | PROMOTORA GARRAFON SA DE CV | 12/23/2024 | $ | 6,619.90 | Intercompany Transaction |
|-------|------------------------------|------------|---|----------|---------------------------|

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                     77400

City          State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

4.984  PROMOTORA GARRAFON SA DE CV                    12/26/2024        $            19.60        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.985  PROMOTORA GARRAFON SA DE CV                    12/27/2024        $            808.50       Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.986  PROMOTORA GARRAFON SA DE CV                    1/2/2025          $            24.50        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.987 PROMOTORA GARRAFON SA DE CV     1/2/2025     $     426.30     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres         77400

City      State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.988 PROMOTORA GARRAFON SA DE CV     1/3/2025     $     171.50     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres         77400

City      State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.989 PROMOTORA GARRAFON SA DE CV     1/3/2025     $     5,737.90     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres         77400

City      State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | | | | |
|---|---|---|---|---|
| 4.990 | PROMOTORA GARRAFON SA DE CV | 1/8/2025 | $ 6,835.50 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
_____
Street

Punta Sur C.P.
_____

Isla Mujeres                    77400
_____
City              State        ZIP Code

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

| | | | | |
|---|---|---|---|---|
| 4.991 | PROMOTORA GARRAFON SA DE CV | 1/9/2025 | $ 514.50 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
_____
Street

Punta Sur C.P.
_____

Isla Mujeres                    77400
_____
City              State        ZIP Code

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

| | | | | |
|---|---|---|---|---|
| 4.992 | PROMOTORA GARRAFON SA DE CV | 1/9/2025 | $ 872.20 | Intercompany Transaction |
| | Insider's Name | | | |

Carretera Garrafon MZA 41 KM 6
_____
Street

Punta Sur C.P.
_____

Isla Mujeres                    77400
_____
City              State        ZIP Code

Mexico
_____
Country

**Relationship to Debtor**

Affiliate
_____

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.993 PROMOTORA GARRAFON SA DE CV      1/10/2025    $    137.20    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

| Isla Mujeres | | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

4.994 PROMOTORA GARRAFON SA DE CV      1/10/2025    $    882.00    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

| Isla Mujeres | | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

4.995 PROMOTORA GARRAFON SA DE CV      1/10/2025    $    3,861.20    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

| Isla Mujeres | | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| 4.996 | PROMOTORA GARRAFON SA DE CV | 1/13/2025 | $ | 98.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.997 | PROMOTORA GARRAFON SA DE CV | 1/13/2025 | $ | 5,096.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.998 | PROMOTORA GARRAFON SA DE CV | 1/14/2025 | $ | 14.70 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*: 25-10715

_____
Name

4.999  PROMOTORA GARRAFON SA DE CV          1/14/2025       $           230.30       Intercompany Transaction
       Insider's Name

       Carretera Garrafon MZA 41 KM 6
       Street

       Punta Sur C.P.

       Isla Mujeres                    77400
       City              State         ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.1000 PROMOTORA GARRAFON SA DE CV          1/15/2025       $           171.50       Intercompany Transaction
       Insider's Name

       Carretera Garrafon MZA 41 KM 6
       Street

       Punta Sur C.P.

       Isla Mujeres                    77400
       City              State         ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

4.1001 PROMOTORA GARRAFON SA DE CV          1/15/2025       $         2,170.70       Intercompany Transaction
       Insider's Name

       Carretera Garrafon MZA 41 KM 6
       Street

       Punta Sur C.P.

       Isla Mujeres                    77400
       City              State         ZIP Code

       Mexico
       Country

       **Relationship to Debtor**

       Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715

Name

4.1002   PROMOTORA GARRAFON SA DE CV     1/15/2025    $     2,807.70    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres       77400

City      State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1003   PROMOTORA GARRAFON SA DE CV     1/17/2025    $     9.80    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres       77400

City      State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1004   PROMOTORA GARRAFON SA DE CV     1/20/2025    $     1,548.40    Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres       77400

City      State      ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:   25-10715

Name

| 4.1005 | PROMOTORA GARRAFON SA DE CV | 1/21/2025 | $ | 1,283.80 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1006 | PROMOTORA GARRAFON SA DE CV | 1/22/2025 | $ | 612.50 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1007 | PROMOTORA GARRAFON SA DE CV | 1/23/2025 | $ | 426.30 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.1008 PROMOTORA GARRAFON SA DE CV     1/24/2025     $     774.20     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1009 PROMOTORA GARRAFON SA DE CV     1/27/2025     $     14.70     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1010 PROMOTORA GARRAFON SA DE CV     1/27/2025     $     735.00     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres          77400
City          State     ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

4.1011  PROMOTORA GARRAFON SA DE CV          1/28/2025     $            68.60     Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1012  PROMOTORA GARRAFON SA DE CV          1/30/2025     $          2,807.70    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1013  PROMOTORA GARRAFON SA DE CV          2/4/2025      $          5,375.30    Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                    77400
City            State       ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

---

4.1014  PROMOTORA GARRAFON SA DE CV          2/6/2025          $          548.80          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                          77400
City                    State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.1015  PROMOTORA GARRAFON SA DE CV          2/7/2025          $          823.20          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                          77400
City                    State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

4.1016  PROMOTORA GARRAFON SA DE CV          2/10/2025         $          431.20          Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                          77400
City                    State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

Debtor:  Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

---

4.1017  PROMOTORA GARRAFON SA DE CV                2/11/2025        $              16,934.40        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

4.1018  PROMOTORA GARRAFON SA DE CV                2/12/2025        $               5,718.30        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

4.1019  PROMOTORA GARRAFON SA DE CV                2/13/2025        $                 441.00        Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                        77400

City                State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

---

4.1020  PROMOTORA GARRAFON SA DE CV     2/14/2025     $     93.10     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

4.1021  PROMOTORA GARRAFON SA DE CV     2/14/2025     $     2,807.70     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

4.1022  PROMOTORA GARRAFON SA DE CV     10/18/2024     $     901.60     Intercompany Transaction

Insider's Name

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

Isla Mujeres                    77400

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.1023 PROMOTORA GARRAFON SA DE CV | 10/18/2024 | $ | 901.60 | Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1024 PROMOTORA GARRAFON SA DE CV | 10/18/2024 | $ | 901.60 | Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1025 PROMOTORA GARRAFON SA DE CV | 12/30/2024 | $ | 2,925.30 | Intercompany Transaction
Insider's Name

Carretera Garrafon MZA 41 KM 6
Street

Punta Sur C.P.

Isla Mujeres                77400
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| | | | |
|---|---|---|---|
| 4.1026 | PROMOTORA GARRAFON SA DE CV | 12/30/2024 | $ 2,925.30 |

Insider's Name

Intercompany Transaction

Carretera Garrafon MZA 41 KM 6

Street

Punta Sur C.P.

| Isla Mujeres | | 77400 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.1027 | PROYECTOS EJECUTIVOS SUSTENTABLES SA DE CV | 4/17/2024 | $ 98.00 |

Insider's Name

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | |
|---|---|---|---|
| 4.1028 | PROYECTOS EJECUTIVOS SUSTENTABLES SA DE CV | 5/14/2024 | $ 98.00 |

Insider's Name

To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

| Cancun | | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):* 25-10715

Name

4.1029 | PROYECTOS EJECUTIVOS SUSTENTABLES SA DE CV
Insider's Name

6/11/2024

$ 98.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City

77504
State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.1030 | PROYECTOS EJECUTIVOS SUSTENTABLES SA DE CV
Insider's Name

8/5/2024

$ 98.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City

77504
State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.1031 | PROYECTOS EJECUTIVOS SUSTENTABLES SA DE CV
Insider's Name

8/16/2024

$ 98.00    To be determined

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City

77504
State    ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 1416

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.1032 RESERVA BENGALA SA DE CV      3/31/2024      $      24,516.66      Intercompany Transaction

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de Chapultepec VIII SEC, Miguel Hidalgo,

Street

Ciudad de México          11529
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.1033 RESERVA BENGALA SA DE CV      5/31/2024      $      17,441.55      Intercompany Transaction

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de Chapultepec VIII SEC, Miguel Hidalgo,

Street

Ciudad de México          11529
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

4.1034 RESERVA BENGALA SA DE CV      5/31/2024      $      22,424.85      Intercompany Transaction

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de Chapultepec VIII SEC, Miguel Hidalgo,

Street

Ciudad de México          11529
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

| | | | |
|---|---|---|---|
| 4.1035 | RESERVA BENGALA SA DE CV | 5/31/2024 | $ 37,374.75 | Intercompany Transaction |

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,

Street

Ciudad de México                11529

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | |
|---|---|---|---|
| 4.1036 | RESERVA BENGALA SA DE CV | 6/30/2024 | $ 5,402.93 | Intercompany Transaction |

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,

Street

Ciudad de México                11529

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | |
|---|---|---|---|
| 4.1037 | RESERVA BENGALA SA DE CV | 12/13/2024 | $ 15,000.00 | Intercompany Transaction |

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,

Street

Ciudad de México                11529

City            State        ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

---

4.1038 RESERVA BENGALA SA DE CV                3/27/2025        $        12,000.00    Intercompany Transaction
Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,
Street

Ciudad de México                    11529
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

---

4.1039 RESERVA BENGALA SA DE CV                3/27/2025        $       191,500.00    Intercompany Transaction
Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,
Street

Ciudad de México                    11529
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

---

4.1040 RESERVA BENGALA SA DE CV                3/31/2025        $        11,947.10    Intercompany Transaction
Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,
Street

Ciudad de México                    11529
City              State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Non-Debtor Affliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | |
|---|---|---|---|
| 4.1041 | RESERVA BENGALA SA DE CV | 3/31/2025 | $ 190,655.83 | Intercompany Transaction |

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,

Street

| Ciudad de México | | 11529 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | |
|---|---|---|---|
| 4.1042 | RESERVA BENGALA SA DE CV | 6/30/2024 | $ 18,009.75 | Intercompany Transaction |

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,

Street

| Ciudad de México | | 11529 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | |
|---|---|---|---|
| 4.1043 | RESERVA BENGALA SA DE CV | 6/30/2024 | $ 18,009.75 | Intercompany Transaction |

Insider's Name

Av. Sierra Gorda 36, Piso 4, Lomas de
Chapultepec VIII SEC, Miguel Hidalgo,

Street

| Ciudad de México | | 11529 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.1044   SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV     3/31/2024      $          15,680.00     Intercompany Transaction

Insider's Name

Circuito Bosque de Chapultepec, S/N, Segunda Sección, Juegos Mecánicos,

Street

Miguel Hidalgo          11580

City          State       ZIP Code

México

Country

**Relationship to Debtor**

Non-Debtor Affliate

4.1045   SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV     3/31/2024      $          24,500.00     Intercompany Transaction

Insider's Name

Circuito Bosque de Chapultepec, S/N, Segunda Sección, Juegos Mecánicos,

Street

Miguel Hidalgo          11580

City          State       ZIP Code

México

Country

**Relationship to Debtor**

Non-Debtor Affliate

4.1046   SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV     3/31/2024      $          28,602.77     Intercompany Transaction

Insider's Name

Circuito Bosque de Chapultepec, S/N, Segunda Sección, Juegos Mecánicos,

Street

Miguel Hidalgo          11580

City          State       ZIP Code

México

Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.1047 | SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV | 3/31/2024 | $ 34,300.00 | Intercompany Transaction |

Insider's Name

Circuito Bosque de Chapultepec, S/N,
Segunda Sección, Juegos Mecánicos,

Street

| Miguel Hidalgo | | 11580 |
|---|---|---|
| City | State | ZIP Code |

México

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | | |
|---|---|---|---|---|
| 4.1048 | SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV | 4/30/2024 | $ 24,500.00 | Intercompany Transaction |

Insider's Name

Circuito Bosque de Chapultepec, S/N,
Segunda Sección, Juegos Mecánicos,

Street

| Miguel Hidalgo | | 11580 |
|---|---|---|
| City | State | ZIP Code |

México

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | | |
|---|---|---|---|---|
| 4.1049 | SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV | 4/30/2024 | $ 58,842.34 | Intercompany Transaction |

Insider's Name

Circuito Bosque de Chapultepec, S/N,
Segunda Sección, Juegos Mecánicos,

Street

| Miguel Hidalgo | | 11580 |
|---|---|---|
| City | State | ZIP Code |

México

Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:     25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.1050 | SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV<br>Insider's Name | 5/31/2024 | $    47,530.00 | Intercompany Transaction |

Circuito Bosque de Chapultepec, S/N,
Segunda Sección, Juegos Mecánicos,
Street


Miguel Hidalgo                    11580
City                State        ZIP Code

México
Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | | |
|---|---|---|---|---|
| 4.1051 | SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV<br>Insider's Name | 6/30/2024 | $    18,009.75 | Intercompany Transaction |

Circuito Bosque de Chapultepec, S/N,
Segunda Sección, Juegos Mecánicos,
Street


Miguel Hidalgo                    11580
City                State        ZIP Code

México
Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | | |
|---|---|---|---|---|
| 4.1052 | SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV<br>Insider's Name | 6/30/2024 | $    20,580.00 | Intercompany Transaction |

Circuito Bosque de Chapultepec, S/N,
Segunda Sección, Juegos Mecánicos,
Street


Miguel Hidalgo                    11580
City                State        ZIP Code

México
Country

**Relationship to Debtor**

Non-Debtor Affliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | |
|---|---|---|---|
| 4.1053 | SERVICIOS COMPARTIDOS PARA EL ENTRETENIMIENTO SA DE CV | 6/30/2024 | $ 20,580.00 | Intercompany Transaction |

Insider's Name

Circuito Bosque de Chapultepec, S/N, Segunda Sección, Juegos Mecánicos,

Street

Miguel Hidalgo          11580

City          State          ZIP Code

México

Country

**Relationship to Debtor**

Non-Debtor Affliate

| | | | |
|---|---|---|---|
| 4.1054 | The Dolphin Connection | 10/31/2024 | $ 9,024.75 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.1055 | The Dolphin Connection | 10/31/2024 | $ 14,715.29 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor:  Controladora Dolphin, S.A. de C.V.          Case number *(if known)*:  25-10715

Name

4.1056  The Dolphin Connection          10/31/2024    $          14,715.29    Intercompany Transaction

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.1057  The Dolphin Connection          10/31/2024    $          14,715.29    Intercompany Transaction

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.1058  TRITON INVESTMENTS HOLDINGS LLC    1/31/2025    $          10,078.17    Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Quintana Roo

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*:    25-10715

Name

4.1059  TRITON INVESTMENTS HOLDINGS LLC          1/31/2025     $          15,117.26      Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo

Cancun
City                State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate


4.1060  TRITON INVESTMENTS HOLDINGS LLC          1/31/2025     $          55,429.95      Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo

Cancun
City                State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate


4.1061  TRITON INVESTMENTS HOLDINGS LLC          1/31/2025     $          105,820.82     Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo

Cancun
City                State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.1062 | TRITON INVESTMENTS HOLDINGS LLC | 1/31/2025 | $ 20,156.35 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Quintana Roo

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1063 | TRITON INVESTMENTS HOLDINGS LLC | 1/31/2025 | $ 20,156.35 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Quintana Roo

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1064 | TRITON INVESTMENTS HOLDINGS LLC | 1/31/2025 | $ 50,390.87 | Intercompany Transaction |
| | Insider's Name | | | |

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Quintana Roo

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*  25-10715

Name

| 4.1065 | TRITON INVESTMENTS HOLDINGS LLC | 1/31/2025 | $ | 50,390.87 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.1066 | TRITON INVESTMENTS HOLDINGS LLC | 1/31/2025 | $ | 60,469.04 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.1067 | TRITON INVESTMENTS HOLDINGS LLC | 1/31/2025 | $ | 60,469.04 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Quintana Roo

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| | | | |
|---|---|---|---|
| 4.1068 | TRITON INVESTMENTS HOLDINGS LLC | 1/31/2025 | $ 60,469.04 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo

Cancun
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

| | | | |
|---|---|---|---|
| 4.1069 | VIAJERO CIBERNETICO SA DE CV | 4/12/2024 | $ 32,582.49 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Cancun
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

---

| | | | |
|---|---|---|---|
| 4.1070 | VIAJERO CIBERNETICO SA DE CV | 4/19/2024 | $ 10,545.73 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Cancun
City            State            ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known)*:    25-10715

Name

4.1071  VIAJERO CIBERNETICO SA DE CV          4/26/2024       $          5,034.50    Intercompany Transaction
        Insider's Name

        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street


        Cancun
        City              State        ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Affiliate


4.1072  VIAJERO CIBERNETICO SA DE CV          4/30/2024       $            392.00    Intercompany Transaction
        Insider's Name

        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street


        Cancun
        City              State        ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Affiliate


4.1073  VIAJERO CIBERNETICO SA DE CV          4/30/2024       $          3,826.90    Intercompany Transaction
        Insider's Name

        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street


        Cancun
        City              State        ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

4.1074  VIAJERO CIBERNETICO SA DE CV          5/3/2024          $          16,610.68          Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1075  VIAJERO CIBERNETICO SA DE CV          5/10/2024          $          3,381.00          Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1076  VIAJERO CIBERNETICO SA DE CV          5/10/2024          $          4,478.60          Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:   25-10715
_____

4.1077  VIAJERO CIBERNETICO SA DE CV          5/15/2024          $            6,373.95          Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1078  VIAJERO CIBERNETICO SA DE CV          6/3/2024          $            4,900.00          Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

4.1079  VIAJERO CIBERNETICO SA DE CV          6/7/2024          $           24,229.10          Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City              State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:    25-10715
_____
Name

4.1080  VIAJERO CIBERNETICO SA DE CV          6/17/2024          $            980.00      Intercompany Transaction
        Insider's Name
        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street

        _____

        Cancun
        City              State          ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Affiliate

4.1081  VIAJERO CIBERNETICO SA DE CV          6/21/2024          $            181.30      Intercompany Transaction
        Insider's Name
        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street

        _____

        Cancun
        City              State          ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Affiliate

4.1082  VIAJERO CIBERNETICO SA DE CV          6/21/2024          $          12,054.00     Intercompany Transaction
        Insider's Name
        Av. Banco Chinchorro Esquina, Acanceh MZA
        1, LT 8 SM 13
        Street

        _____

        Cancun
        City              State          ZIP Code

        Mexico
        Country

        **Relationship to Debtor**

        Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*: 25-10715
_____

| 4.1083 | VIAJERO CIBERNETICO SA DE CV | 6/28/2024 | $ | 1,911.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1084 | VIAJERO CIBERNETICO SA DE CV | 7/4/2024 | $ | 4,900.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1085 | VIAJERO CIBERNETICO SA DE CV | 8/19/2024 | $ | 1,009.02 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.1086 | VIAJERO CIBERNETICO SA DE CV | 8/19/2024 | $ 20,592.22 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1087 | VIAJERO CIBERNETICO SA DE CV | 8/30/2024 | $ 4,410.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1088 | VIAJERO CIBERNETICO SA DE CV | 8/30/2024 | $ 5,341.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:     25-10715

| 4.1089 | VIAJERO CIBERNETICO SA DE CV | 9/13/2024 | $ | 1,600.82 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City            State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.1090 | VIAJERO CIBERNETICO SA DE CV | 9/13/2024 | $ | 5,370.40 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City            State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.1091 | VIAJERO CIBERNETICO SA DE CV | 9/20/2024 | $ | 1,041.60 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City            State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

_____
Name

Case number *(if known)*:    25-10715
_____

| 4.1092 | VIAJERO CIBERNETICO SA DE CV | 9/20/2024 | $ | 5,693.52 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1093 | VIAJERO CIBERNETICO SA DE CV | 9/20/2024 | $ | 18,957.53 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1094 | VIAJERO CIBERNETICO SA DE CV | 10/11/2024 | $ | 1,960.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

| | | | | |
|---|---|---|---|---|
| 4.1095 | VIAJERO CIBERNETICO SA DE CV | 10/11/2024 | $ 14,220.27 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1096 | VIAJERO CIBERNETICO SA DE CV | 10/16/2024 | $ 1,176.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1097 | VIAJERO CIBERNETICO SA DE CV | 10/18/2024 | $ 9,701.18 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| 4.1098 | VIAJERO CIBERNETICO SA DE CV | 10/25/2024 | $ | 8,575.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1099 | VIAJERO CIBERNETICO SA DE CV | 10/29/2024 | $ | 7,448.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

| 4.1100 | VIAJERO CIBERNETICO SA DE CV | 10/31/2024 | $ | 3,704.40 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13
Street

Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 4.1101 | VIAJERO CIBERNETICO SA DE CV | 11/1/2024 | $ 3,704.40 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1102 | VIAJERO CIBERNETICO SA DE CV | 11/8/2024 | $ 49.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| | | | | |
|---|---|---|---|---|
| 4.1103 | VIAJERO CIBERNETICO SA DE CV | 11/8/2024 | $ 441.00 | Intercompany Transaction |

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number (if known): 25-10715

Name

4.1104  VIAJERO CIBERNETICO SA DE CV          11/8/2024          $          7,874.15          Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate


4.1105  VIAJERO CIBERNETICO SA DE CV          11/15/2024          $          4,067.00          Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate


4.1106  VIAJERO CIBERNETICO SA DE CV          11/30/2024          $          3,351.65          Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street


Cancun
City          State          ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

---

4.1107 VIAJERO CIBERNETICO SA DE CV                     11/30/2024        $            4,042.18      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City                State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

4.1108 VIAJERO CIBERNETICO SA DE CV                     11/30/2024        $            5,962.30      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City                State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

4.1109 VIAJERO CIBERNETICO SA DE CV                     11/30/2024        $           10,004.48      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City                State            ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

---

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.1110 VIAJERO CIBERNETICO SA DE CV          11/30/2024      $        14,406.45      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1111 VIAJERO CIBERNETICO SA DE CV          11/30/2024      $        15,606.98      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1112 VIAJERO CIBERNETICO SA DE CV          12/6/2024      $        80,472.81      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:   25-10715

4.1113  VIAJERO CIBERNETICO SA DE CV          12/13/2024     $          2,463.47     Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1114  VIAJERO CIBERNETICO SA DE CV          12/13/2024     $         27,569.27     Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1115  VIAJERO CIBERNETICO SA DE CV          12/23/2024     $          4,900.00     Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| 4.1116 | VIAJERO CIBERNETICO SA DE CV | 1/22/2025 | $ | 20,089.95 | Intercompany Transaction |
|--------|------|------|---|------|------|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.1117 | VIAJERO CIBERNETICO SA DE CV | 2/14/2025 | $ | 5,341.00 | Intercompany Transaction |
|--------|------|------|---|------|------|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

| 4.1118 | VIAJERO CIBERNETICO SA DE CV | 6/18/2024 | $ | 3,796.58 | Intercompany Transaction |
|--------|------|------|---|------|------|

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.1119  VIAJERO CIBERNETICO SA DE CV          6/18/2024       $          3,796.58      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1120  VIAJERO CIBERNETICO SA DE CV          9/18/2024       $          9,471.23      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1121  VIAJERO CIBERNETICO SA DE CV          9/18/2024       $          9,471.23      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

4.1122 VIAJERO CIBERNETICO SA DE CV          9/30/2024          $          8,000.00          Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1123 VIAJERO CIBERNETICO SA DE CV          9/30/2024          $          8,000.00          Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1124 VIAJERO CIBERNETICO SA DE CV          10/16/2024          $          833.00          Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13

Street

Cancun

City          State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

4.1125  VIAJERO CIBERNETICO SA DE CV                   10/16/2024      $           833.00      Intercompany Transaction

Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13

Street

Cancun

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Affiliate

4.1126  Whale Lovers de Mexico SA de CV                 3/31/2024      $          1,225.83     Intercompany Transaction

Insider's Name

Fco. I. Madero, Centro, 23881 Loreto, B.C.S.,

Street

City            State          ZIP Code

Mexico

Country

**Relationship to Debtor**

Non-Debtor Affliate

4.1127  Zoomarine                                        10/31/2024      $        21,834.84     Intercompany Transaction

Insider's Name

N125 KM 65, 8201-864 Guia

Street

City            State          ZIP Code

Portugal

Country

**Relationship to Debtor**

Non-Debtor Affliate

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 1448

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known):*  25-10715

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 Serfimex Capital, Sociedad Promotora de Inversion de Capital Variable, Sociedad Financiera de objeto multiple <br> Creditor's Name <br><br> PROLONGACION PASEO DE LA REFORMA 379 PISO 7 <br> Street <br><br><br> Mexico City　　　　01210 <br> City　　State　　ZIP Code <br><br> Mexico <br> Country | CAT Victoria | October 2024 | $　　Unknown |
| 5.2 Serfimex Capital, Sociedad Promotora de Inversion de Capital Variable, Sociedad Financiera de objeto multiple <br> Creditor's Name <br><br> PROLONGACION PASEO DE LA REFORMA 379 PISO 7 <br> Street <br><br><br> Mexico City　　　　01210 <br> City　　State　　ZIP Code <br><br> Mexico <br> Country | CAT Santa Maria | January 2025 | $　　Unknown |
| 5.3 Serfimex Capital, Sociedad Promotora de Inversion de Capital Variable, Sociedad Financiera de objeto multiple <br> Creditor's Name <br><br> PROLONGACION PASEO DE LA REFORMA 379 PISO 7 <br> Street <br><br><br> Mexico City　　　　01210 <br> City　　State　　ZIP Code <br><br> Mexico <br> Country | AVEO LS 76610 | December 2024 | $　　Unknown |
| 5.4 Serfimex Capital, Sociedad Promotora de Inversion de Capital Variable, Sociedad Financiera de objeto multiple <br> Creditor's Name <br><br> PROLONGACION PASEO DE LA REFORMA 379 PISO 7 <br> Street <br><br><br> Mexico City　　　　01210 <br> City　　State　　ZIP Code <br><br> Mexico <br> Country | AVEO LS 76617 | December 2024 | $　　Unknown |

Debtor:   Controladora Dolphin, S.A. de C.V.                              Case number *(if known):*    25-10715

Name

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ Creditor's Name | _____ | _____ | $ _____ |
| _____ Street | | | |
| _____ | Last 4 digits of account number: XXXX– _____ | | |
| _____ City         State         ZIP Code | | | |
| _____ Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|-----------|----------------|------------------------------------|----------------|
| 7.1 | See SOFA 7 Attachment | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | | | City          State          ZIP Code | |
| | | | Country | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | Custodian's name and address | Description of the Property | Value |
|---|------------------------------|----------------------------|-------|
| 8.1 | | | $ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State          ZIP Code | | City          State          ZIP Code |
| | Country | **Date of order or assignment** | Country |

Debtor: Controladora Dolphin, S.A. de C.V.        Case number *(if known)*: 25-10715

Name

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | | | | $ |
| | Creditor's Name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| | **Recipient's relationship to debtor** | | | |
| | | | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                           Case number *(if known)*:    25-10715

Name

| Part 5: | Certain Losses |
|---|---|

**10.**  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1  Hurricane Helene damages to Cozumel, Isla Mujeres Dolphinarium, Garrafon Park and Marina Aqua tours | Undetermined | 9/25/2024 | $        Undetermined |
| 10.2  Pier collapse | Undetermined | 4/28/2024 | $        Undetermined |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐  None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | GARZA TELLO Y ASOCIADOS SC | | 10/14/2024 | $            10,000.00 |

**Address**
Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| Mexico City | CDMX | 14010 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.2 | GARZA TELLO Y ASOCIADOS SC | | 11/19/2024 | $             6,500.00 |

**Address**
Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| Mexico City | CDMX | 14010 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:  25-10715

Name

| 11.3 | GARZA TELLO Y ASOCIADOS SC | | 11/20/2024 | $ | 10,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.4 | GARZA TELLO Y ASOCIADOS SC | | 11/27/2024 | $ | 25,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.5 | GARZA TELLO Y ASOCIADOS SC | | 11/29/2024 | $ | 17,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Controladora Dolphin, S.A. de C.V.                           Case number *(if known)*: 25-10715

Name

| | | |
|---|---|---|
| 11.6  GARZA TELLO Y ASOCIADOS SC | 12/26/2024 | $    6,500.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| | | |
|---|---|---|
| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**


**Who made the payment, if not debtor?**


| | | |
|---|---|---|
| 11.7  GARZA TELLO Y ASOCIADOS SC | 12/27/2024 | $    20,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| | | |
|---|---|---|
| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**


**Who made the payment, if not debtor?**


| | | |
|---|---|---|
| 11.8  GARZA TELLO Y ASOCIADOS SC | 12/30/2024 | $    29,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| | | |
|---|---|---|
| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**


**Who made the payment, if not debtor?**

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*:    25-10715

Name

| 11.9 | GARZA TELLO Y ASOCIADOS SC | | 12/31/2024 | $ | 6,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan

Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico

Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.10 | GARZA TELLO Y ASOCIADOS SC | | 1/14/2025 | $ | 20,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan

Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico

Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.11 | GARZA TELLO Y ASOCIADOS SC | | 1/30/2025 | $ | 20,000.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan

Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico

Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*: 25-10715

| 11.12 | GARZA TELLO Y ASOCIADOS SC | | 3/20/2025 | $ | 6,500.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.13 | GARZA TELLO Y ASOCIADOS SC | | 3/24/2025 | $ | 11,200.00 |

**Address**

Camino Sta. Teresa 187 C-PISO 3, Parques del Pedregal, Tlalpan
Street

| Mexico City | CDMX | 14010 |
| City | State | ZIP Code |

Mexico
Country

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

**Trustee**

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:    25-10715

Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Cabo Attractions, S.A. de C.V. | 5 camels | 7/1/2023 | $              44,100.00 |

| **Address** |
|---|
| Boulevard Paseo de la Marina Lt 7-A, Marina |
| Street |

| Cabo San Lucas | BCS | 23410 |
|---|---|---|
| City | State | ZIP Code |

| Mexico |
|---|
| Country |

| **Relationship to Debtor** |
|---|
| Counterparty |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known):*   25-10715

Name

| Part 7: | Previous Locations |
|---------|--------------------|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | | Dates of occupancy | |
|---------|---|---|---|----|----|
| 14.1 | P.º de los Pescadores SN, La Playa | | | From 2011 | To 2025 |
| | Street | | | | |
| | | | | | |
| | San José del Cabo | BCS | 23403 | | |
| | City | State | ZIP Code | | |
| | Mexico | | | | |
| | Country | | | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 Facility Name | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| City        State        ZIP Code | | |
| Country | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*:  25-10715

Name

---

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.    The Dolphin Company Newsletter (email list)

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| | Name of plan | Employer identification number of the plan |
|---|---|---|
| 17.1 | | EIN: |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

Debtor: Controladora Dolphin, S.A. de C.V.        Case number *(if known)*:  25-10715

     Name

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name | XXXX- ____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |
| _____ Street | | | | |
| _____ | | | | |
| _____ City     State     ZIP Code | | | | |
| _____ Country | | | | |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ Name | _____ | _____ | ☐ No<br><br>☐ Yes |
| _____ Street | | | |
| _____ City     State     ZIP Code | **Address** _____ | | |
| _____ Country | | | |

Debtor: Controladora Dolphin, S.A. de C.V.
Name

Case number *(if known)*:  25-10715

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Livek Del Caribe SA DE CV<br>Name | Multiple | Fish, Cold Storage | ☐ No |
| 77567 Parque Industrial Santa Anna<br>Street | | | ☑ Yes |
| Cancun<br>City    State    ZIP Code | **Address** | | |
| Mexico<br>Country | Av. Banco Chinchorro Mz. 1 Lt. 8<br>Supermanzana 13 Cancun,QR 77504<br>Mexico | | |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:  25-10715

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1 | Operadora de Hoteles la Costa, S.A. de C.V. <br> Name <br><br> Calle Punta Celis S/N <br> Street <br><br><br> Solidaridad  QR  77733 <br> City  State  ZIP Code <br><br> Mexico <br> Country | Carretera Federal Chetumal-Puerto Juárez, Solidaridad, MZA. 23 Lote 11 Edif B, C.P. 77782 Puerto Aventuras | Marina Development | $ _____ Unliquidated |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*:    25-10715

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | | Name | | ☐ Pending |
| | | Street | | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | City    State    ZIP Code | | |
| | | Country | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name | Name | | |
| | Street | Street | | |
| | City    State    ZIP Code | City    State    ZIP Code | | |
| | Country | Country | | |

Debtor:  Controladora Dolphin, S.A. de C.V.
_____
Name

Case number *(if known)*:  25-10715
_____

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |
| Country | Country | | |

Debtor:  Controladora Dolphin, S.A. de C.V.                          Case number *(if known)*    25-10715
        Name

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.**  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 Aqua Tours, S.A. de C.V.<br>Name | Dolphin Attraction | EIN: ATO770826586 |
| Boulevard Kukulcan Km 6.5<br>Street | | **Dates business existed**<br>From  2015          To  Present |
| Cancun          QR<br>City          State     ZIP Code | | |
| Mexico<br>Country | | |
| 25.2 Desarrollo Corporativo del Pacifico SA de CV<br>Name | Dolphin Attraction | EIN: n/a |
| <br>Street | | **Dates business existed**<br>From  2015          To  Present |
| <br>City          State     ZIP Code | | |
| <br>Country | | |
| 25.3 Dolphin Austral Holdings, S.A. de C.V.<br>Name | Holding Company | EIN: DAH181116A13 |
| Av. Banco Chinchorro, MZA 1, LT 7-02,<br>Street | | **Dates business existed**<br>From  1990          To  Present |
| Cancun          QR<br>City          State     ZIP Code | | |
| Mexico<br>Country | | |
| 25.4 Dolphin Discovery Inc<br>Name | Dolphin Attraction | EIN: 007674 |
| Avenida Comalcalco, Mz. 4, Lt. A<br>Street | | **Dates business existed**<br>From  2002          To  Present |
| Cancun     QR     77520<br>City          State     ZIP Code | | |
| Mexico<br>Country | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                          Case number *(if known):*    25-10715

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.5  Dolphin Leisure, Inc.

EIN: 47-4167073

Name

**Dates business existed**

1001 Brickell Bay Drive

From  1996          To  Present

Street

| Miami | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

Country

Describe the nature of the business: Holding Company

---

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.6  Embassy of the Seas Limited

EIN: 9624075

Name

**Dates business existed**

27 Old Gloucester Street

From  2008          To  Present

Street

| London | | WC1N 3AX |
|---|---|---|
| City | State | ZIP Code |

United Kingdom

Country

Describe the nature of the business: Holding Company

---

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.7  Promotora Garrafon, S.A. de C.V.

EIN: PGA060330KA2

Name

**Dates business existed**

Carretera Garrafon MZA 41 KM 6

From  2005          To  Present

Street

| Isla Mujeres | QR | |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

Describe the nature of the business: Dolphin Attraction

---

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.8  Viajero Cibernético, S.A. de C.V.

EIN: VCI070531CZ7

Name

**Dates business existed**

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13,

From  1994          To  Present

Street

| Cancun | QR | |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

Describe the nature of the business: Dolphin Attraction

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Controladora Dolphin, S.A. de C.V.       Case number *(if known):*   25-10715
_____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.9 Whale Lovers de México SA de CV<br>Name | Dolphin Attraction | EIN: n/a |
| Paseo San José, Lote 6 y 12<br>Street | | **Dates business existed**<br>From 1994    To Present |
| Los Cabos   BC   23405<br>City   State   ZIP Code | | |
| Mexico<br>Country | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.10 World of Dolphins Inc<br>Name | Dolphin Attraction | EIN: 20393885 |
| 757 SE 17th St #688,<br>Street | | **Dates business existed**<br>From 2015    To Present |
| Fort Lauderdale   FL   33316<br>City   State   ZIP Code | | |
| <br>Country | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| 26a.1 Javier Otero Ibarra - Mexico Comptroller<br>Name | From 9/23/2002    To Present |
| Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street | |
| Cancun   QR   77504<br>City   State   ZIP Code | |
| Mexico<br>Country | |
| 26a.2 Martin Flores  - Controller<br>Name | From 2004    To 2025 |
| Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street | |
| Cancun   QR   77504<br>City   State   ZIP Code | |
| Mexico<br>Country | |

Debtor: Controladora Dolphin, S.A. de C.V.      Case number *(if known)*: 25-10715

Name

| | | | | |
|---|---|---|---|---|
| 26a.3 | Sergio Jacome Palma - Chief Financial Officer | From | 2017 | To | 2025 |

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| | | |
|---|---|---|
| Cancun | QR | 77504 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and Address** | | | **Dates of service** | | |
|---|---|---|---|---|---|

**26b.1** Eduardo Albor    From 1994    To 2025

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| | | |
|---|---|---|
| Cancun | QR | 77504 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**26b.2** FTI Consulting, Inc.    From 2023    To 2024

Name

555 12th Street North West

Street

Suite 700

| | | |
|---|---|---|
| Washington | DC | 20004 |
| City | State | ZIP Code |
| | | |
| Country | | |

**26b.3** Martin Flores    From 2004    To 2025

Name

Banco Chinchorro 87

Street

| | | |
|---|---|---|
| Cancun | QR | 77504 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

**26b.4** RSM México Bogarín S.C    From 2024    To 2024

Name

Blvd. Manuel Ávila Camacho No. 76 PB

Street

| | | |
|---|---|---|
| Mexico City | | 11100 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

Debtor: Controladora Dolphin, S.A. de C.V.    Case number *(if known):*    25-10715

Name

| 26b.5 | Sergio Jacome Palma | From | 2017 | To | 2025 |

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| Cancun | QR | 77504 |
| City | State | ZIP Code |

Mexico

Country

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1  Carr, Riggs and Ingram, LLC

Name

14101 Panama City Beach Pkwy

Street

Suite 200

| Panama City | FL | 32405 |
| City | State | ZIP Code |

Country

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.2  Eduardo Albor

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| Cancun | QR | 77504 |
| City | State | ZIP Code |

Mexico

Country

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.3  Javier Otero

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| Cancun | QR | 77504 |
| City | State | ZIP Code |

Mexico

Country

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number (if known):    25-10715

Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.4  Martin Flores Merino
Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13
Street


Cancun                                    QR          77504
City                                      State       ZIP Code

Mexico
Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.5  Sergio Jacome Palma
Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13
Street


Cancun                                    QR          77504
City                                      State       ZIP Code

Mexico
Country


26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1  BBVA México, S.A., Institución de Banca Múltiple
Name

Avenida Paseo de la Reforma 510
Street

colonia Juárez

Mexico City                                           06600
City                          State                    ZIP Code

Mexico
Country


Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            Page 1473

Debtor: Controladora Dolphin, S.A. de C.V.                    Case number *(if known):*    25-10715

Name

| Name and address |
|---|

26d.2  Cigna Health and Life Insurance Company
Name

900 Cottage Grove Road
Street


| Bloomfield | CT | 06002 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.3  Leisure Investment Funding LLC
Name

9 West 57th Street, 40th Floor
Street


| New York | NY | 10019 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.4  Prudential Legacy Insurance Company of New Jersey
Name

655 Board Street, 17th Floor
Street

South Tower

| Newark | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.5  Serfimex Capital, S.A.P.I. de C.V.
Name

Prol. P.º de la Reforma 379, Santa Fe, Zedec Sta Fé, Álvaro Obregón
Street


| Mexico City | | 01219 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

Debtor: Controladora Dolphin, S.A. de C.V.

Case number *(if known)*: 25-10715

Name

| **Name and address** |
| --- |

26d.6  SOFOM, ENR
Name

Av. Paseo de las Palmas No. 751, Int. 400 Bosque de las Lomas
Street

Miguel Hidalgo

| Mexico City | | 11000 |
| --- | --- | --- |
| City | State | ZIP Code |

Mexico
Country

| **Name and address** |
| --- |

26d.7  The Prudential Insurance Company of America
Name

Two Prudential Plaza 180 N. Stetson Avenue
Street

Suite 5600

| Chicago | IL | 60601 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| **Name and address** |
| --- |

26d.8  Wilmington Trust, National Association
Name

50 South Sixth Street
Street

Suite 1290

| Minneapolis | MN | 55402 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor:  Controladora Dolphin, S.A. de C.V.                                  Case number *(if known)*:  25-10715
_____
Name

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Corporate Inventory Department | 12/31/2024 | $                            876,508.17 |

**Name and address of the person who has possession of inventory records**

27.1  Sergio Jacome
_____
Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
_____
Street

_____

Cancun          QR
_____
City          State              ZIP Code

Mexico
_____
Country

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Corporate Inventory Department | 3/31/2025 | $                            856,107.72 |

**Name and address of the person who has possession of inventory records**

27.2  Sergio Jacome
_____
Name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
_____
Street

_____

Cancun          QR
_____
City          State              ZIP Code

Mexico
_____
Country

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, QR  77504, Mexico | Shareholder | 100.00% |
| 28.2 | Robert Wagstaff | 600 Brickell Avenue, Suite 2550, Miami, FL 33131 | Chief Restructuring Officer | 0.00% |
| 28.3 | Steven Strom | 15412 Front Beach Rd, Panama City Beach, FL  32413 | Independent Director | 0.00% |

Debtor: Controladora Dolphin, S.A. de C.V.

Name

Case number *(if known)*    25-10715

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Concepcion Esteban Manchado | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Chief Legal Officer | From Unknown   To 3/28/2025 |
| 29.2 | Concepcion Esteban Manchado | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Secretary | From Unknown   To 3/28/2025 |
| 29.3 | Eduardo Albor | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Chief Executive Officer | From Unknown   To 3/28/2025 |
| 29.4 | Eduardo Albor | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | President of Board | From Unknown   To 3/28/2025 |
| 29.5 | Martin Flores Merino | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Chief Comptroller Officer | From Unknown   To 3/28/2025 |
| 29.6 | Martin Flores Merino | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Treasurer | From Unknown   To 3/28/2025 |
| 29.7 | Sergio Said Jacome Palma | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Chief Financial Officer | From Unknown   To 3/28/2025 |
| 29.8 | Sergio Said Jacome Palma | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Vocal | From Unknown   To 3/28/2025 |
| 29.9 | Valeria Margarita Albor Dominguez | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Chief Corporate Officer | From Unknown   To 3/28/2025 |
| 29.10 | Valeria Margarita Albor Dominguez | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, Mexico | Vocal | From Unknown   To 3/28/2025 |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA Question 4 | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| | **Relationship to debtor** | | | |

Debtor: Controladora Dolphin, S.A. de C.V.                                    Case number *(if known)*: 25-10715

Name

**31.    Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN: |

**32.    Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN: |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        08/04/2025
                    MM / DD / YYYY

✖    / s / Robert Wagstaff                                    Printed name    Robert Wagstaff

        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor    Chief Restructuring Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐    No

☑    Yes

**In re: Controladora Dolphin, S.A. de C.V.**
**Case No. 25-10715**
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Court Country | Status of case |
|---|---|---|---|---|---|---|---|---|---|---|
| Aqua Tours, S.A. De C.V.; Controladora Dolphin, S.A. De C.V.; Dolphin Austral Holdings, S.A. De C.V.; Dolphin Capital Company, S. De R.L De C.V.; Ejecutivos De Turismo Sustentable, S.A. De C.V.; Promotora Garrafón, S.A. De C.V.; Viajero Cibernético, S.A. De C.V. v. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino, Valeria Margarita Albor Domínguez, Sergio Said Jácome Palma Y Bbva México, S.A. Institución De Banca Múltiple, Grupo Financiero Bbva México | 757/2025 | Appeal | Ninth Civil Chamber Of The Superior Court Of Justice Of Mexico City | José María Pino Suárez 2, Centro Histórico de la Cdad. de México, Centro, Cuauhtémoc, CDMX | | Mexico City | | 06065 | Mexico | Pending |
| Aqua Tours, S.A. De C.V.; Controladora Dolphin, S.A. De C.V.; Dolphin Austral Holdings, S.A. De C.V.; Dolphin Capital Company, S. De R.L De C.V.; Ejecutivos De Turismo Sustentable, S.A. De C.V.; Promotora Garrafón, S.A. De C.V.; Viajero Cibernético, S.A. De C.V. v. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino, Valeria Margarita Albor Domínguez, Sergio Said Jácome Palma Y Bbva México, S.A. Institución De Banca Múltiple, Grupo Financiero Bbva México | 222/2025 | Ordinary Mercantile Trial | Tenth Civil Court Of Written Proceedings Of The Superior Court Of Justice Of Mexico City | Niño Perdido 13, Colonia Doctores, Alcaldía Cuauhtémoc, C.P. | | Mexico City | | 06720 | Mexico | Pending |
| Aqua Tours, S.A. De C.V.; Controladora Dolphin, S.A. De C.V.; Dolphin Austral Holdings, S.A. De C.V.; Dolphin Capital Company, S. De R.L De C.V.; Ejecutivos De Turismo Sustentable, S.A. De C.V.; Promotora Garrafón, S.A. De C.V.; Viajero Cibernético, S.A. De C.V. v. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino, Valeria Margarita Albor Domínguez, Sergio Said Jácome Palma Y Bbva México, S.A. Institución De Banca Múltiple, Grupo Financiero Bbva México | 39/2025 | Exhort Derived From The Ordinary Mercantile Trial 222/2025 | First Commercial Court Of First Instance Of The Judicial District Of Cancun, Quintana Roo | 510, Cecilio Chi, 77534 | | Cancun | QR | 77534 | Mexico | Pending |
| Controladora Dolphin, S.A. De C.V. | 01/2025 | Mercantile Reorganization Proceding | Second Bankruptcy Court Of Mexico City. | Avenida Revolución 366, colonia San Pedro de los Pinos, Benito Juarez | | Mexico City | | | Mexico | Pending |
| Controladora Dolphin, S.A. De C.V. v. Juez Primero De Distrito En Materia De Concursos Mercantiles, Con Residencia En La Ciudad De México Y Jurisdicción En Toda La República Mexicana . | 213/2025 | Complaint Appeal | Eighth Collegiate Court For Civil Matters Of The First Circuit | Av. Boulevard Adolfo López Mateos No. 2321, Torre A, Piso 1, Col. Tlacopac San Angel, Deleg. Alvaro Obregon | | Mexico City | | 01760 | Mexico | Pending |
| Controladora Dolphin, S.A. De C.V. v. Juez Segundo De Distrito En Materia De Concursos Mercantiles, Con Residencia En La Ciudad De México Y Jurisdicción En Toda La República Mexicana | 198/2025 | Complaint Appeal | Eighth Collegiate Court For Civil Matters Of The First Circuit | Av. Boulevard Adolfo López Mateos No. 2321, Torre A, Piso 1, Col. Tlacopac San Angel, Deleg. Alvaro Obregon | | Mexico City | | 01760 | Mexico | Pending |
| Controladora Dolphin, S.A. De C.V. v. Juez Segundo De Distrito En Materia De Concursos Mercantiles, Con Residencia En La Ciudad De México Y Jurisdicción En Toda La República Mexicana | 76/2025, 72/2025 Y 55/2025 | Amparo Trial | First Bankruptcy Court Of Mexico City. | Avenida Revolución 366, colonia San Pedro de los Pinos, Benito Juárez | | Mexico City | | | Mexico | Pending |
| Controladora Dolphin, S.A. De C.V. v. Juez Segundo De Distrito En Materia De Concursos Mercantiles, Con Residencia En La Ciudad De México Y Jurisdicción En Toda La República Mexicana Y Otros. | 320/2025 | Amparo Trial | Eighth Collegiate Court For Civil Matters Of The First Circuit | Av. Boulevard Adolfo López Mateos No. 2321, Torre A, Piso 1, Col. Tlacopac San Angel, Deleg. Alvaro Obregon, | | Mexico City | | 01760 | Mexico | Pending |
| Controladora Dolphin, S.A. De C.V. v. Directora Local Quintana Roo De La Comisión Nacional Del Agua | 559/24-20-01-6 | Federal Contentious-Administrative Lawsuit | Caribbean Regional Chamber Of The Federal Court Of Administrative Justice | 134 Henry Street | | Port of Spain | | | Trinidad | Pending |
| Controladora Dolphin, S.A. De C.V. v. Juzgado Segundo De Distrito En Materia De Concursos Mercantiles Con Residencia En La Ciudad De México Y Jurisdicción En Toda La República Mexicana . | 112/2025 | Amparo Trial | First Bankruptcy Court Of Mexico City. | Avenida Revolución 366, colonia San Pedro de los Pinos, Benito Juárez | | Mexico City | | | Mexico | Pending |
| Controladora Dolphin, S.A. De C.V. v. Titular De La Comisión Nacional De Áreas Naturales Protegidas, Órgano Desconcentrado De La Secretaría De Medio Ambiente Y Recursos Naturales Y Otros | 859/2023 | Amparo Trial | Second Collegiate Circuit Court Of Quintana Roo. | Av. Andrés Quintana Roo 245 | | Cancun | | 77506 | Mexico | Pending |

In re: Controladora Dolphin, S.A. de C.V.
Case No. 25-10715
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Court Country | Status of case |
|---|---|---|---|---|---|---|---|---|---|---|
| Jose Armando Treviño Moyeda Y Controaldora Dolphin, S.A. De C.V.  v. Juzgado Décimo Civil De Proceso Escrito Del Tribunal Superior Justicia De La Ciudad De México | 597/2025 | Amparo Trial | Second District Court For Civil Matters Of Mexico City. | Fray Servando Teresa de Mier 32, Centro Histórico de la Cdad. de México, Centro, Cuauhtémoc, CDMX | | Mexico City | | 06000 | Mexico | Pending |
| Julio Bernave Ramírez Vázquez v. Controladora Dolphin, S.A. De C.V. | 559/24-20-01-6 | Ordinary Labor Trial | First Federal Labor Court For Individual Matters In The State Of Quintana Roo, Based In Cancún. | Av. Andrés Quintana Roo 245, | | Cancun | QR | 77506 | Mexico | Pending |
| Ma. Alejandra Oliua Martínez v. Controladora Dolphin, S.A. De C.V., Dolphin Capital Company S. De R.L. De C.V., Eduardo De Martin Albor Villanueva , Concepcion Esteban Machado , Carlos Gustavo Guerrero Hinojosa , Omar Jesus Carranza Martinez | 8/2025 | Ordinary Civil Trial | Third Civil Court Of First Instance Of The Judicial District Of Cancún. | Av. Andrés Quintana Roo 245, | | Cancun | | 77533 | Mexico | Pending |
| Magistrados Del Octavo Tribunal Colegiado En Materia Civil v. Controladora Dolphin, S.A. De C.V. Como Tercero Interesado. | 7/2025* | Impediment | Fifth Collegiate Court For Civil Matters Of The First Circuit | Insurgentes Sur 1888, Florida, Álvaro Obregón CDMX, | | Mexico City | | 01030 | Mexico | Pending |
| Maria Fernanda Cortez Rodriguez v. Controladora Dolphin, S.A. De C.V. | 950/2024 | Ordinary Labor Trial | Second Labor Court Of Cancún | Avenida Nichupté Supermanzana 50, Manzana 1, Lote 1, Benito Juárez | | Cancun | QR | 77518 | Mexico | Pending |
| TRADEWINDS LTD., d/b/a/ TRADEWINDS CONSULTING, LTD., Petitioner/Creditor, v.GROUPO DOLPHIN DISCOVERY AND CONTROLADORA DOLPHIN S.A. DE C.V. | Case No. 2:17-cv-01292-RGK-RAO | Arbitration | US DISTRICT COURT FOR CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION | 255 East Temple Street | Suite 180 | Los Angeles | CA | 90012 | USA | Concluded |